UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23494-CV-HUCK/O'Sullivan

Olem Shoe Corp.,
a Florida Corporation,

    Plaintiff,
vs.

Washington Shoe Co.,
an Washington corporation,

    Defendants.
_____/

# ORDER GRANTING PLAINTIFF'S MOTION TO COMMISSION A PERSON BEFORE WHOM DEPOSITION UPON WRITTEN QUESTIONS MAY BE TAKEN

This matter is before this Court on Plaintiff's Motion to Commission a Person Before Whom Deposition Upon Written Questions May Be Taken pursuant to Rule 28(b)(2) of the federal Rules of Civil Procedure.

The Court being otherwise fully advised in the premises, it is hereby further **ORDERED AND ADJUDGED** as follows:

    1.    The Clerk of this Court will issue a commission to Dongfang Liu for the taking of the deposition upon written questions of Su Yuan, of Haining Zhong Mei Specialized Printing Co., Ltd., Agricultural Development Zone, Haining City, China, authorizing him to take the testimony of Su Yuan in response to the written questions that have been compiled by Plaintiff and any cross-questions submitted by Defendant within 5 days from the date of this order.

    2.    The commission will direct that the testimony of the witness be reduced to

writing, signed by the witness, and returned to this Court, together with the commission, by mail, with all convenient speed.

3. Plaintiff is ordered to pay all witness and translation fees incurred in connection with the execution of this commission.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 18th day of June, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record