UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23494-CIV-HUCK/O'SULLIVAN

OLEM SHOE CORP.,
a Florida corporation,
    Plaintiff,

v.

WASHINGTON SHOE CO.,
a Washington corporation,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on an informal discovery conference held before the undersigned on July 16, 2010, on the Plaintiff's Objection to the coaching of witnesses. Having heard argument from the parties, it is

ORDERED AND ADJUDGED that for the reasons stated on the record and in compliance with Local Rule 30.1 of the Rules of the Southern District of Florida, there shall be no speaking objections during the depositions in this case. It is further

ORDERED AND ADJUDGED that from this point forward in this case:

1. Neither party may take a break for the purpose of coaching a witness;

2. Attorneys may speak to their witnesses during natural breaks in depositions; and

3. During natural breaks attorneys may not discuss testimony with the deponent that the deponent has already given.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 16th day of July, 2010.

                                                          JOHN J. O'SULLIVAN
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record