**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-23494-CIV-HUCK/O'SULLIVAN**

OLEM SHOE CORP.,

     Plaintiff,

v.

WASHINGTON SHOE CO.,

     Defendant.

_____/

**REQUEST TO THE REGISTER OF COPYRIGHTS**
**PURSUANT TO 17 U.S.C. § 411(b)(2)**

     Plaintiff, Olem Shoe Corp., has alleged that Defendant, Washington Shoe Co., knowingly submitted inaccurate information when it registered two copyrights: Registration No. VAu000756950 ("Ditsy Dots," filed August 9, 2007) and Registration No. VAu001007893 ("Zebra Supreme - Olem," filed January 8, 2010).  For more background about this case, please see the enclosed Order on Motion for Issuance of Request to Register of Copyrights (D.E. #167), entered September 3, 2010.  Pursuant to 17 U.S.C. § 411(b)(2), the Court requests the advice of the Register of Copyrights on the following three questions:

> 1. Would the Register of Copyrights have refused Washington Shoe Company's Registration No. VAu000756950 for 2-dimensional artwork applied to 3-dimensional rain boots ("Ditsy Dots," filed August 9, 2007) if the Register of Copyrights had known that, although Washington Shoe characterized the work as unpublished, Washington Shoe displayed the boots at a public trade show before filing the registration?

> 2. Would the Register of Copyrights have refused Washington Shoe Company's Registration No. VAu001007893 for 2-dimensional artwork applied to 3-dimensional rain boots ("Zebra Supreme - Olem," filed January 8, 2010) if the Register of Copyrights had known that, although Washington Shoe characterized the work as unpublished, Washington Shoe displayed the boots at a public trade show and sold the boots in retail stores before filing the registration?

  3. Would the Register of Copyrights have refused Washington Shoe Company's Registration No. VAu000756950 for 2-dimensional artwork applied to 3-dimensional rain boots ("Ditsy Dots," filed August 9, 2007) if the Register of Copyrights had known that, although Washington Shoe did not identify the work as being a derivative work, Washington Shoe created the artwork by altering its previously registered copyright Registration No. VAu000988278 ("Rose Zebra Supreme," filed May 21, 2009)?

The Court requests a response by Friday, October 15, 2010.

  DONE and ORDERED in Chambers, Miami, Florida, September 3, 2010.

              _____
               Paul C. Huck
               United States District Judge

<u>Enclosure:</u>
Order on Motion for Issuance of Request
to Register of Copyrights (D.E. #167)

<u>Copies furnished to:</u>
All Counsel of Record

Marybeth Peters
Register of Copyrights
U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

David O. Carson
General Counsel
U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

2