# VERDICT

WE, THE JURY, find:

Damages For Infringement of Zebra Supreme Copyrighted Boot Design

$ _6,334.34_   Olem Shoe's Profits; or

$ _____   Washington Shoe's Lost Profits

Damages For Infringement of Ditsy Dot Copyrighted Boot Design

$ _21,061.06_   Olem Shoe's Profits; or

$ _____   Washington Shoe's Lost Profits

SO SAY WE ALL, this _18_ day of January, 2012.

s/ ___, ___ ___ . ___

Jury Foreperson