# EXHIBIT 3



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: January 07, 2010
Invoice No. 12680

Last Bill Date: 12/4/2009

For the period Ending December 20, 2009

IN REFERENCE TO: **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**

CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

**\* General**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date:   January 07, 2010
Invoice No.

Page 22

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|--------------------|-------------|-----------|--------|
| | ██████████████████████████ | ██████████████ | ███ | ██ |
| | ██████████████████████████ | ████████ | ██ | ██ |
| | ██████████████████████████ | █████ | | |
| | ██████████████████████████ | | | ██ |

**Expenses**

| | | | | |
|------|--------------------|-------------|-----------|--------|
| | ███████████ | | ██ | ██ |
| | ████████ | | ██ | ██ |
| | ████████████████████████ | | | |
| | ██████ | | ██ | ██ |
| | ████████ | | ██ | ██ |
| | █████████ | | ██ | ██ |
| | ██████ | | ██ | ██ |
| | █████ | | ██ | ██ |
| | ████ | | ██ | ██ |
| | █████ | | ██ | ██ |
| | █████ | | ██ | ██ |
| OLEM Shoe Corp - Photocopy documents | | | 4 | 0.80 |
| OLEM Shoe Corp - Document scanning | | | 2 | 0.30 |
| OLEM Shoe Corp - Printing charges (b/w) | | | 7 | 0.70 |
| | ████████ | | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  February 02, 2010
Invoice No.    12719

Last Bill Date: 1/7/2010

For the period ending January 14, 2010

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **\* General** | | |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|--------------------|-----------|-----------|--------|

### Advances / FedEx

████████████████████████████████ ██ ███

**OLEM (Zebra)** 01/07/10  FedEx Tracking **798284293179**   1   32.55
Standard Overnight / Envelope -- Delivery 1/8/2010 3:18 PM
Recipient Jesus Sanchelima, Sanchelima & Assoc; Miami FL
Signed by: J. Tabares

████████████████████████████████ ██ ███

███

### Expenses

████████████████████████████████

| Description | Qty | Amount |
|-------------|-----|--------|
| OLEM (Zebra) - Printing charges (b/w) | 16 | 1.60 |
| OLEM - Photocopy documents | 2 | 0.40 |
| OLEM - Document scanning | 14 | 2.10 |
| OLEM - Printing in color (partial page) | 1 | 0.25 |
| OLEM (Engage Agree.) - Printing charges (b/w) | 15 | 1.50 |
| OLEM - Printing charges (b/w) | 118 | 11.80 |
| OLEM (Summary Judgment Research) - Printing charges (b/w) | 50 | 5.00 |
| OLEM (Prep of Ans & Counterclaim) - Printing charges (b/w) | 40 | 4.00 |

████████████████████████████████

███

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  March 06, 2010
Invoice No.     12759

Last Bill Date: 2/2/2010

For the period ending February 24, 2010

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                          $ ████

## Total Due                                                              $ ██████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

**\* General**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|

**Advances / FedEx**

**Expenses**

| | | Olem - Printing charges (b/w) | 594 | 59.40 |
|---|---|---|---|---|
| | | Olem (Legal Research) - Printing charges (b/w) | 40 | 4.00 |
| | | Olem (MSJ Research) - Printing charges (b/w) | 75 | 7.50 |
| | | Olem Shoe Corp (Zebra) - Mailing charges | 1 | 1.22 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|---|---|---|---|---|
| | | Olem Shoe Corp (Zebra) - Printing charges (b/w) | 30 | 3.00 |
| | | Olem (Discovery) - Printing charges (b/w) | 50 | 5.00 |

Total additional charges

TOTAL NEW CHARGES THIS PERIOD

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



Intellectual Property Law
Business Law PS
617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: April 03, 2010
Invoice No. 12813

Last Bill Date: 3/6/2010

For the period ending March 24, 2010

IN REFERENCE TO: **Intellectual Property**



███████

| | |
|---|---|
| NEW CHARGES (Itemized below) | $█████ |

**Total Due**     $██████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES

**\* General**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|---|---|---|---|---|
| | | **Expenses** | | |
| | | Olem Shoe Corp - Printing charges (b/w) | 110 | 11.00 |
| | | Olem Shoe Corp - Mailing charges | 1 | 3.26 |



Total additional charges                                    $

TOTAL NEW CHARGES THIS PERIOD                $

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: May 05, 2010
Invoice No.    12905

Last Bill Date: 4/3/2010

For the period ending April 23, 2010

IN REFERENCE TO:    **Intellectual Property**



NEW CHARGES (Itemized below)                    $███████

**Total Due**                                    $████████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

**\* General**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: April 03, 2010
Invoice No.

Page 32

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|------|------|------|------|
| | ████ | ████ | ██ | ██ |
| | | Olem Shoe Corp (Memo for review) - Printing in color (partial page) | 119 | 29.75 |
| | | Olem Shoe Corp - Printing charges (b/w) | 1500 | 150.00 |
| | | Olem Shoe Corp (Foreign Comm. Resrch) - Printing charges (b/w) | 60 | 6.00 |
| | | Olem Shoe Corp - Printing charges (b/w) | 180 | 18.00 |
| | | Olem Shoe Corp (Discovery Responses) - Printing charges (b/w) | 50 | 5.00 |
| | | Olem Shoe Corp (Draft Discovery Responses) - Printing charges (b/w) | 50 | 5.00 |
| | | Olem Shoe Corp (Rog Responses) - Printing charges (b/w) | 40 | 4.00 |
| | | Olem Shoe Corp - Document scanning | 56 | 8.40 |
| | | Olem Shoe Corp - Photocopy documents | 25 | 5.00 |
| | | Olem Shoe Corp - Deposition Prep DVD | 1 | 307.00 |
| | ████ | ████ | █ | █ |

Total additional charges ████

TOTAL NEW CHARGES THIS PERIOD ████

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   June 07, 2010
Invoice No.      12906

Last Bill Date: 5/5/2010

For the period ending May 31, 2010

IN REFERENCE TO:   **Intellectual Property**

████████████████████████████████████   ███████

NEW CHARGES (Itemized below)                                   $██████

**Total Due**                                                          $███████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

*** General**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date:   April 03, 2010

Page 21

Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | Hours | Amount |
| Fees for Professional Services | | | ███ | $ ███ |
| | | | Qty | |

### Advances

**Olem Shoe Corp** 05/03/10  For expert language translation.    2    500.00
  Pacific Translingual Express, Fremont CA : Invoice # **2010-39**
  Expert evaluation of original translation, certified by Yang Shao.
  2 hours @ $250 per hour
.

**Olem Shoe Corp.**  05/10/10   Sound Legal Copy  Invoice **54238**    1    78.56
$23.20  232 documents scanned to PDF
$11.00  22 docs color scanned to JPG/PDF/TIF format - letter/legal
$20.00  1 CD of burned images, Vol ID = OLEM01
$15.00  1 CD to CD copying of files
$ 2.54  254 Electronic Bates Stamping (EBS)
$ 6.82  Sales Tax (9.5%)
$78.56  Total
  (Note: 50% of scanned images and EBS'ing costs split with Sanchelima)
.

███████████████████████

### Expenses

███████████████████

Olem - Printing chgs (b/w) for Reply Docs     600    60.00
Olem - Document scannings for Reply Docs      125    18.75
Olem - Photocopying documents for Reply Docs  254    50.80
Olem - Mailing charges                          1     1.85

358.05

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: July 09, 2010
Invoice No. 12956

Last Bill Date: 6/7/2010

For the period ending June 30, 2010

IN REFERENCE TO:   **Intellectual Property**

▮▮▮▮▮▮▮▮▮

NEW CHARGES (Itemized below)                                   $▮▮▮▮

**Total Due**                                                 $▮▮▮▮

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES

#### * General



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Page 12

Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| Fees for Professional Services |  |  | ███ | $███ |

### Advances

| | | Qty | |
|---|---|---|---|
| ████████████████ | ██ | ███ |
| ████████████ | ██ | ███ |
| █████████████████ | ██ |  |
|  |  | ███ |

### Expenses

| ████████████ | █ | ███ |
|---|---|---|
| Olem - Printing in color (partial page) | 1 | 0.25 |
| Olem - Printing charges (b/w) | 517 | 51.70 |
| Olem - Printing charges (b/w) - Deposition notice, subpoena duces tecum | 1478 | 147.80 |
| Olem - Document scanning | 256 | 38.40 |
| Olem - Photocopy documents | 492 | 98.40 |
|  |  | 340.20 |

| ████████ | | |
|---|---|---|
| █████████ | █ | ███ |
|  |  | ███ |

### Expenses / Westlaw - Olem Shoe Corp

| Olem - 06/02/10 Westlaw Online Research | 1 | 42.00 |
|---|---|---|
| Olem - 06/03/10 Westlaw Online Research | 1 | 60.00 |
| Olem - 06/07/10 Westlaw Online Research | 1 | 530.75 |
| Olem - 06/08/10 Westlaw Online Research | 1 | 132.25 |
| Olem - 06/10/10 Westlaw Online Research | 1 | 75.00 |
| Olem - 06/10/10 Westlaw Online Research | 1 | 272.00 |
| Olem - 06/10/10 Westlaw Online Research | 1 | 216.25 |
| Olem - 06/11/10 Westlaw Online Research | 1 | 127.00 |
| Olem - 06/11/10 Westlaw Online Research | 1 | 807.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: August 05, 2010
Invoice No.     12998

Last Bill Date: 7/9/2010

For the period ending July 31, 2010

IN REFERENCE TO:  **Intellectual Property**





NEW CHARGES (Itemized below)                    $█████

**Total Due**                                   $█████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

<u>Corporate</u>



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:    August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| | Olem - FAX charges (outgoing) | | 6 | 6.00 |
| | Olem - Photocopy documents | | 64 | 12.80 |
| | Olem - Mailing charges | | 1 | 5.08 |
| | Olem - Printing charges (b/w) | | 169 | 16.90 |
| | Olem - Document scanning | | 76 | 11.40 |

**Expenses / Westlaw - Olem Shoe Corp**

| | | HOURS | AMOUNT |
|---|---|---|---|
| Olem - 07/01/10 Westlaw Online Research | | 1 | 13.00 |
| Olem - 07/07/10 Westlaw Online Research | | 1 | 956.25 |
| Olem - 07/08/10 Westlaw Online Research | | 1 | 39.00 |
| Olem - 07/08/10 Westlaw Online Research | | 1 | 45.90 |
| Olem - 07/09/10 Westlaw Online Research | | 1 | 26.00 |
| Olem - 07/25/10 Westlaw Online Research | | 1 | 218.00 |
| Olem - 07/25/10 Westlaw Online Research | | 1 | 92.00 |
| Olem - 07/26/10 Westlaw Online Research | | 1 | 351.60 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

| | |
|---|---|
| Invoice Date: | September 08, 2010 |
| Invoice No. | 13035 |

Last Bill Date: 8/9/2010

For the period ending August 26, 2010

IN REFERENCE TO:   **Intellectual Property**

 



NEW CHARGES (Itemized below)                                        $████

**Total Due**                                                              $████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES

#### * General



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

### Advances / Courier - ▉▉▉▉▉

| | | | | |
|---|---|---|---|---|
| **Olem - Mediator**  08/26/10   FedEx Tracking **798990122101**<br>FedEx Priority Overnight -- Delivery 8/27/10 10:12 AM<br>Leslie J. Lott, Lott & Friedland, 355 Alhambra Cir Miami FL 33134<br> Receipt signed by: E. Acosta, Coral Gables FL   . | | | 1 | 52.87 |
| | | | | 52.87 |

### Advances / Courier - Olem

| | | | | |
|---|---|---|---|---|
| **Olem**  06/30/10   FedEx Tracking **870949285395**<br>FedEx Priority Overnight -- Delivery 7/1/10 7:16 AM<br>Jamison Insurance 100 Executive Dr West Orange NJ 07052<br> Rcvd by Wanda Robinson, Signed: 225-7231      . | | | 1 | 65.98 |
| **Olem**  08/03/10   FedEx Tracking **798907675870**<br>FedEx First Overnight -- Delivery 8/4/10 10:15 AM<br>John W Widell, 3937 Agua Fria St., Santa Fe NM 87507<br> Sig not required, left at door                        . | | | ▉ | ▉ |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. | | | | |
| **Olem**  08/25/10   FedEx Tracking **798981602808**<br>FedEx Priority Overnight -- Delivery 8/26/10 9:55 AM<br>Tom J Manos PA, 801 Brickell Ave FL 9, Miami FL 33131<br> Receipt signed by: L. Rodriguez                     . | | | 1 | 31.63 |
| | | | | ▉ |

### Advances / WSC v Olem

| | | | | |
|---|---|---|---|---|
| **Olem**  08/11/10  Parking garage charge, Attorney Manos.<br>. | | | 1 | 9.00 |
| **Olem**  08/12/10  Transcript of hearing with Judge Huck (MIP Chk No. 1291)<br>. | | | 1 | 192.24 |
| **Olem**  08/26/10   Mediation Fee to Lott and Friedland (MIP Chk No. 1295).<br>. | | | 1 | 2,000.00 |
| | | | | 2,201.24 |

### Expenses

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| | | Olem (Final w/decl and exhibits) - Printing in color (partial page) | 10 | 2.50 |
| | | Olem (Transcript of Hon. Huck's hearing) - Printing in color (partial page) | 18 | 4.50 |
| | | Olem (Pleadings, etc. for mediator) - Printing in color (partial page) | 20 | 5.00 |
| | | Olem - Printing in color (partial page) | 50 | 12.50 |
| | | Olem (RFAs) - Printing in color (partial page) | 60 | 15.00 |
| | | Olem (Transcript of Hon. Huck's hearing) - Printing in color (full page) | 20 | 20.00 |
| | | Olem - Printing in color (full page) | 26 | 26.00 |
| | | Olem (Exhibit production) - Printing charges (b/w) | 17 | 1.70 |
| | | Olem (Pleadings, corr., exhibits) - Printing charges (b/w) | 100 | 10.00 |
| | | Olem (RFAs: 2nd Set, Attys Eyes Only set, etc.) - Printing charges (b/w) | 100 | 10.00 |
| | | Olem (re: Plaintiff's Deficient Disc Responses - Printing charges (b/w) | 20 | 2.00 |
| | | Olem (3rd proposed Amend., Q's , Resp's., etc.) - Printing charges (b/w) | 73 | 7.30 |
| | | Olem (Docketing) - Printing charges (b/w) | 25 | 2.50 |
| | | Olem (Transcript of Hon. Huck's hearing) - Printing charges (b/w) | 789 | 78.90 |
| | | Olem - Printing charges (b/w) | 45 | 4.50 |
| | | Olem (Pleadings, etc. to FedEx to Mediator) - Printing charges (b/w) | 40 | 4.00 |
| | | Olem (Opp'n to Olem's Part. SJM) - Printing charges (b/w) | 20 | 2.00 |
| | | Olem (Rule 11 case law research) - Printing charges (b/w) | 21 | 2.10 |
| | | Olem - Printing charges (b/w) | 2007 | 200.70 |
| | | Olem - Document scanning | 76 | 11.40 |
| | | Olem (Tanscript of Hon. Huck's hearing) - Document scanning | 120 | 18.00 |
| | | Olem - Photocopy documents | 25 | 5.00 |
| | | Olem (Ltr with tbl, enclosures re Disc. Resp.) - Photocopy documents | 32 | 6.40 |
| | | Olem - Mailing charges | 1 | 0.88 |
| | | Olem (2nd set RFAs, etc.) - Mailing charges | 1 | 2.07 |
| | | Olem (Ltr with tables, enclosures re Disc. Resp.) - Mailing charges | 1 | 3.44 |
| | | Olem (Transcript of Hon. Huck's hearing) - Mailling charges | 1 | 16.10 |
| | | Olem (Exhibit production) - FAX charges (outgoing) | 2 | 2.00 |
| | | Olem (2nd Sets of RFAs, Exhibits in Color) - FAX charges (outgoing) | 2 | 2.00 |
| | | Olem (Transcript of Hon. Huck's hearing) - FAX charges (outgoing) | 15 | 15.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: October 11, 2010
Invoice No. 13078

Last Bill Date: 9/8/2010

For the period ending September 30, 2010

IN REFERENCE TO: **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**                                                    $██████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  October 11, 2010
Invoice No.    13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|

### Advances / Courier - Olem

| | | | | |
|---|---|---|---|---|
| **OLEM** | 08/03/10 | Delivery by Courier  WLM Invoice **211700**<br>To: R. Solonga @ 21001 72nd Ave S, Kent WA | 1 | 55.00 |
| **OLEM** | 09/20/10 | Delivery by Courier  WLM Invoice **214578**<br>To:  K. Moehring @ 21001 72nd Ave S, Kent W | 1 | 52.50 |
| | | | | 107.50 |

### Advances / FedEx

| | | | | |
|---|---|---|---|---|
| **Olem (Zebra)** | 09/08/10 | FedEx Tracking **796226262093**<br>FedEx First Overnight -- Delivery 9/9/10 9:30 AM<br>Jesus Sanchelima PA, 235 SW 42nd Ave, Coral Gables FL 33134<br>Receipt signed by: Y. Ruiz | 1 | 56.98 |
| **Olem** | 09/21/10 | FedEx Tracking **873581486505**<br>FedEx Priority Overnight, 8-lbs -- Delivery 9/22/10 9:22 AM<br>Tom J Manos PA, 801 Brickell Ave FL 9, Miami FL 33131<br>Receipt signed by: A. Trujillo | 1 | 111.40 |
| | | | | 168.38 |

### Advances / Olem Shoe Corp

| | | | | |
|---|---|---|---|---|
| **Olem** | 07/15/10 | Watkins Court Reporters, Seattle  Invoice **408796**<br>*(This invoice, dated 9/7/2010, not previously billed.)* | 1 | 1,798.73 |

<u>Order for July 15, 2010</u>  Deposition pages - Copy via e-tran   $ 435.70*
    For: Kim Bertholf, Kelly Towsley, David Eugene Wise
<u>Order for July 16, 2010</u>  Deposition pages - Copy via e-tran   $ 607.40*
    For: Karl Moehring, Robert Moehring
<u>Order for July 19, 2010</u>  Deposition pages - Copy via e-tran   $ 755.63*
    For: Mark Moehring, Bryce Dulay, Valerie Moehring,
        Roel Salonga (rough draft, same day), Brigida Brewer
  * Includes charges for regular exhibit copies and color exhibit copies

| | | | | |
|---|---|---|---|---|
| **Olem** | 09/10/10 | Lott and Friedland, PA, Coral Gables FL Invoice **30121**<br>  Mediation Fee (Examining, preparing, conducting, reporting, filing) | 1 | 1,342.75 |
| **Olem** | 09/20/10 | U.S. Legal Support Inc, Miami FL  Invoice **779540** | 1 | 1,021.75 |

1 Certified copy of transcript of *Julio Acosta*,
    <u>67 Pages E-cd Litigation Package, full day per diem, shipping</u>  $436.05
1 Certified copy of transcript of *Shahin Rezaie*
    <u>98 Pages E-cd Litigation Package, 9 Pages Exhibit</u>        $349.10
1 Certified copy of transcript of *Robert Olemberg*

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010

Invoice No.    13078

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

60 Pages E-cd Litigation Package, 21 Pages Exhibit $236.60

.

**Olem**  09/20/10  U.S. Legal Support Inc, Miami FL  Invoice **780118**     1     1,025.00
    Videotaped depositions of *Shahin Rezaie, Julio Acosta*
    1.Videotape Services                          $ 225.00
    2.Videotape Services - Additional Hours (6 @ $95)   $ 570.00
    Master Videotapes  4 @ $17.50            $ 70.00
    Video Conversion - DVD  4 Hours @ $35.00      $ 140.00
    Shipping/Handling/Processing                $ 20.00

.

**Olem**  09/23/10  LighthouseDataTech, Seattle  Invoice **98784**     1     101.93
    32 Bates labels-applied             $ 1.92
    32 Protective Order Desig           $ 1.92
   430 Printing  B&W                  $ 25.80
    31 Printing color                  $ 29.45
    4 Oversize color copy/print (sqft)    $ 34.00
    9.5% WA State Sales Tax             $ 8.84

---

    5,290.16

### Expenses / Olem Shoe Corp.

| | | |
|---|---|---|
| Olem - Printing charges (b/w) | 26 | 2.60 |
| Olem - Document scanning | 593 | 88.95 |
| Olem - Photocopy documents | 2294 | 458.80 |
| Olem - Mailing charges | 1 | 14.15 |
| Olem - Fax charges (outgoing) | 26 | 26.00 |

.

---

    590.50

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   November 10, 2010
Invoice No.      13118

Last Bill Date: 11/10/2010

For the period ending October 31, 2010

IN REFERENCE TO:   **Intellectual Property**

█████████████████████████████████     ███████
█████████       ████████████████     ███████

NEW CHARGES (Itemized below)                       $██████

**Total Due**                                            $██████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES

**\* General**



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  November 10, 2010
Invoice No.    13118

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Fees for Professional Services

## ADDITIONAL CHARGES

Qty

### Advances / Courier - Olem

| | | | Qty | |
|---|---|---|---|---|
| **Olem**  10/07/10  Process Service  Invoice **7833**<br>by Lawyers Investigating Service Inc, Portland ME<br>Upon:  Olem Shoe, Kennebunk, Maine | | | 1 | 135.00 |
| **Olem**  10/08/10  Process Service  Invoice **2010000577**<br>by Phoenix Legal, Inc, Roswell GA<br>Upon: C&W Shoes d/b/a Shoe Gallery Wholesale | | | 1 | 85.00 |
| **Olem**  10/13/10  Process Service  Invoice **2010019348**<br>by Absolute Process & Litigation, Baltimore MD<br>Upon: Records Custodian, Houser Shoes, Inc | | | 1 | 60.00 |
| **Olem**  10/13/10  Process Service  Invoice **2010002326**<br>by SpecOps Protection Inc, Columbus GA<br>Upon: Footloose Apparel, 10 N Scott St., Camilla GA | | | 1 | 125.00 |
| **Olem**  10/14/10  Process Service  Invoice No. **1856**<br>by Docket Legal Services, Atlanta GA<br>Upon: Ron Marsh Shoes d/b/a Goodee 2 Shoes | | | 1 | 45.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| | | | Invoice Date: | November 10, 2010 |
| Page 21 | | | Invoice No. | 13118 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

1735 Defloor Place NW Atlanta GA 30318

| | | | | |
|---|---|---|---|---|
| **Olem** October, 2010   Alabama State Constable, District 7 143 Dauphin St, Enterprise, AL 36330 Manual receipt by Court Enforcement Officer Michael Patrick Upon: Washington Shoe Co, in Civil Action No. 09-23494 | | | 1 | 50.00 |
| **Olem**  10/28/10  Process Service  Invoice **4072** by Allied Investigative Svcs, Florence AL Upon: Name Brand Shoes    Ref: 09.23494 | | | 1 | 95.00 |
| | | | | 595.00 |

### Advances / FedEx

| | | | | |
|---|---|---|---|---|
| **Olem**  10/08/10   FedEx Tracking **796326888184** FedEx Priority Overnight, Delivery 10/11/2010 9:12 AM Tom J Manos PA, 801 Brickell Ave Fl 9, Miami FL 33131 For delivery of payment to Attorney Manos  Receipt signed by: K. Nunez                          . | | | 1 | 111.40 |
| **Olem**  10/06/10   FedEx Tracking **763986651482** FedEx Standard Overnight -- Delivery 10/7/2010 11:04 AM Office Mgr, SRA Investigations, 1456 Ellis Ave, Jackson MS 39204  Receipt signed by: W. Waturas                          . | | | 1 | 24.49 |
| | | | | 135.89 |

### Advances / Olem Shoe Corp

| | | | | |
|---|---|---|---|---|
| **Olem** 09/30/10  Deposition  USLegalSupport (Miami) Inv **781687** Videotaped Deposition Of C/R Olem Shoe Corporation $ 225.00  1. Videotape Services $  95.00  2. Videotape Services - Additional Hour(s) $  17.50  3. Master Videotape . | | | 1 | 337.50 |
| **Olem**  10/04/10  Transcript  USLegalSupport (Miami) Inv **782038** Original and 1 certified copy of transcript of Julio Acosta: $ 243.00  60 pages @ $4.05 ea. $  85.00  Half Day Per Diem $  20.00  Shipping/Handling/Processing $  35.00  E-cd Litigation Package $  40.80  Exhibit, 68 pages @ $0.60 ea. . | | | 1 | 423.80 |
| **Olem**  10/05/10  LighthouseDataTech, Seattle  Invoice **98910-IN** Litigation services, Washington Shoe Co v Olem Shoe Corporation $  24.80  Printing: stapled / clipped, 248 items @ $0.10 ea. $ 138.70  Printing color, 146 items @ $0.95 ea | | | 1 | 179.03 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| | | | Invoice Date: | November 10, 2010 |
| | | | Invoice No. | 13118 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

$ 15.53   Sales Tax
.
**Olem**  10/11/10  LighthouseDataTech, Seattle  Invoice **98979-IN**    1    43.49
Litigation services, Washington Shoe Co v Olem Shoe Corporation
$ 15.90   Printing B&W, 662 items @ $0.06 ea.
$  3.77   Sales Tax
.
**Olem**  10/18/10  LighthouseDataTech, Seattle  Invoice **99060-IN**    1    37.80
Litigation services, Washington Shoe Co v Olem Shoe Corporation
$ 15.90   OCR processing, 530 items @ $0.03 ea.
$ 20.00   CD mastering, 1 items @ $20.00 ea
$  1.90   Sales Tax
.
**Olem**  11/10/10  Fee to submit Form CA to Copyright Office for "ZEBRA    1    100.00
SUPREME". VAU001007893
.
**Olem**  11/10/10  Special Handling Fee in submission of Form CA to    1    760.00
Copyright Office, for "ZEBRA SUPREME".
.
**Olem**  11/10/10  Fee to submit Form CA to Copyright Office for "DITSY    1    100.00
DOTS". VAU00756950
.
**Olem**  11/10/10  Special Handling Fee in submission of Form CA to    1    760.00
Copyright Office, for "DITSY DOTS".
.

                                                                        _____
                                                                          2,741.62

### Expenses / Olem Shoe Corp.

| | | |
|---|---|---|
| Olem - Printing in color (full page) | 443 | 443.00 |
| Olem - Printing charges (b/w) | 628 | 62.80 |
| Olem - Printing charges (b/w) | 3012 | 301.20 |
| Olem - Document scanning (Working papers, discovery) | 402 | 60.30 |
| Olem - Photocopy documents (Working papers, discovery) | 252 | 50.40 |
| Olem - Photocopy documents (Docketing and files) | 222 | 44.40 |
| Olem - Photocopy documents (Case mgmt, trial notebook, working papers) | 237 | 47.40 |
| Olem - Photocopy documents (Trial prep notebook) | 1000 | 200.00 |
| Olem - Photocopy documents (Discovery responses, case mgmt) | 46 | 9.20 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| | | | | Invoice Date: | November 10, 2010 |
| | | | | Invoice No. | 13118 |

Page 23

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| | Olem - Mailing charges (Serving discovery) | | 1 | 9.02 |
| | Olem - Fax charges (Case management) | | 1 | 1.00 |
| | | | | 1,228.72 |



### Expenses / Westlaw - Olem Shoe Corp

| Date | Description | Qty | Amount |
|---|---|---|---|
| 10/02/10 | Westlaw Online Research (Rule 11) | 1 | 369.10 |
| 10/03/10 | Westlaw Online Research (Rule 11) | 1 | 208.00 |
| 10/04/10 | Westlaw Online Research (Rule 11) | 1 | 265.50 |
| 10/05/10 | Westlaw Online Research (Rule 11) | 1 | 330.90 |
| 10/06/10 | Westlaw Online Research (Rule 11) | 1 | 144.90 |
| 10/07/10 | Westlaw Online Research (Rule 11) | 1 | 13.00 |
| 10/08/10 | Westlaw Online Research (Rule 11) | 1 | 232.00 |
| 10/12/10 | Westlaw Online Research (Rule 11) | 1 | 73.00 |
| 10/13/10 | Westlaw Online Research (Jury Instructions) | 1 | 436.00 |
| 10/14/10 | Westlaw Online Research (Jury Instructions) | 1 | 205.70 |
| 10/14/10 | Westlaw Online Research (Jury Instructions) | 1 | 59.10 |
| 10/17/10 | Westlaw Online Research | 1 | 587.25 |
| 10/17/10 | Westlaw Online Research | 1 | 162.00 |
| 10/18/10 | Westlaw Online Research | 1 | 195.50 |
| 10/18/10 | Westlaw Online Research | 1 | 398.40 |
| 10/19/10 | Westlaw Online Research | 1 | 423.25 |
| 10/20/10 | Westlaw Online Research | 1 | 537.20 |
| 10/20/10 | Westlaw Online Research | 1 | 35.40 |
| 10/20/10 | Westlaw Online Research | 1 | 343.20 |
| 10/21/10 | Westlaw Online Research | 1 | 154.30 |
| 10/22/10 | Westlaw Online Research | 1 | 231.25 |
| 10/27/10 | Westlaw Online Research | 1 | 170.00 |
| 10/28/10 | Westlaw Online Research | 1 | 553.35 |
| | | | 6,128.30 |

Total Additional Charges     $ ▮▮▮▮

TOTAL NEW CHARGES THIS PERIOD     $ ▮▮▮▮

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.

Washington Shoe Company
Rob Moehring



Associate Law Firm Tom J. Manos, PA  (Invoice 10910)

in Olem Shoe Corp vs. Washington Shoe Company

Page 3

| | | | November 10, 2010 |
|---|---|---|---|
| | | Invoice Date: | |
| | | Invoice No. | 13119 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/20/10 | TJM | Preparation for and attendance at status hearing on Copyright Registrar's advisory opinion; lengthy telephone conference with Mr. McCormack re strategy for amending registration application. | 3.20 | 1,120.00 |
| 10/21/10 | TJM | Receipt and review Olem's Notice of Withdrawal of Motion to Strike; Exchange correspondence with McCormack re Burstein's request to withdraw the subpoenas; prepare correspondence to Burstein re the same. | 0.60 | 210.00 |
| | TJM | Exchange additional correspondence with opposing counsel re whether subpoenas are stayed. | 0.20 | 70.00 |
| 10/22/10 | TJM | Exchange e-mails with opposing counsel re subpoenas; receipt and review memorandum of law re the procedure for obtaining supplemental registration from Copyright Office. | 0.80 | 280.00 |
| 10/28/10 | TJM | Review correspondence from all counsel re the telephone conference; review draft of motion re a follow up with the Copyright Office. | 0.50 | 175.00 |
| | | | 26.90 | 9,415.00 |
| Fees for Professional Services | | | 26.90 | $9,415.00 |

## ADDITIONAL CHARGES

| | Qty | |
|---|---|---|
| **Advances** | | |
| Parking - Hearing | 1 | 6.00 |
| Parking expense | 1 | 9.00 |
| Court Reporter fees for transcript of Hearing on 10-20-10 before Judge Huck. | 1 | 170.88 |
| | | 185.88 |
| Total Additional Charges | | $185.88 |
| TOTAL NEW CHARGES THIS PERIOD | | $9,600.88 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: December 07, 2010
Invoice No.    13200

Last Bill Date: 11/10/2010

For the period ending November 30, 2010

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                    $████

**Total Due**                                   $████

CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

SERVICES

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: December 07, 2010
Invoice No. 13200

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Fees for Professional Services

### ADDITIONAL CHARGES

Qty

### Advances / Olem Shoe Corp

**Olem**  10/25/10  LighthouseDataTech, Seattle  Invoice **99083-IN**          1          169.40
Litigation services, Washington Shoe Co v Olem Shoe Corporation
$  61.60   Printing: stapled / clipped, 616 items @ $0.10 ea.
$  93.10   Printing color, 98 items @ $0.95 ea.
$  14.70   Sales Tax          *(Not previously billed)*
.

169.40

### Expenses / Olem Shoe Corp.

| | Qty | Amount |
|---|---|---|
| Printing in color (full page) - Olem | 15 | 3.75 |
| Printing in color (partial page) - Olem | 242 | 242.00 |
| Printing charges (b/w) - Olem | 720 | 72.00 |
| Photocopy documents - Olem | 40 | 8.00 |
| Document scanning - Olem | 130 | 19.50 |
| Mailing charges - Olem | 1 | 11.33 |
| Fax charges (outgoing) - Olem | 18 | 18.00 |

374.58

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



McCormack
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: February 02, 2011
Invoice No.    13240

Last Bill Date: 1/10/2011

For the period ending January 31, 2011

IN REFERENCE TO:    **Intellectual Property**



NEW CHARGES (Itemized below)          $▮▮▮▮

**Total Due**                          $▮▮▮▮

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

\* <u>**General**</u>



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: Intellectual Property

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ████ | ████████████████ ████████ | | ███ | ███ |
| | | | ███ | ███ |

Fees for Professional Services                        ███  $ ███

## ADDITIONAL CHARGES

Qty

████

████████████████████████████  █   ███

███

### Expenses / Olem Shoe Corp.

| | Qty | |
|---|-----|---|
| Printing charges (b/w) | 286 | 28.60 |
| Photocopy documents | 20 | 3.00 |
| Mailing charges | 80 | 16.00 |
| | | 47.60 |

████████████████

████████████████  █  ███

███

████████████████

████████████████  █  ███

███

### Expenses / Westlaw - Olem Shoe Corp

| | Qty | |
|---|-----|---|
| 01/06/2011 Westlaw Online Research | 1 | 42.00 |
| 01/17/2011 Westlaw Online Research | 1 | 25.00 |
| 01/20/2011 Westlaw Online Research | 1 | 326.00 |
| 01/20/2011 Westlaw Online Research | 1 | 218.60 |
| 01/21/2011 Westlaw Online Research | 1 | 426.60 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  March 04, 2011
Invoice No.    13278

Last Bill Date: 2/2/2011

For the period ending February 25, 2011

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)                          $▮

**Total Due**                                          $▮

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | Invoice Date: | March 04, 2011 |
| | | Invoice No. | 13278 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ |
| | | | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| | | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | ▮ | ▮ |

Fees for Professional Services     ▮  $▮

## **ADDITIONAL CHARGES**

**Qty**

▮        ▮     ▮

                                           ▮

## **Expenses / Olem Shoe Corp.**

| 02/2011 | Color print (full page) | 10 | 2.50 |
| 02/2011 | Color print (partial page) | 2 | 2.00 |
| 02/2011 | Printing charges (b/w) | 546 | 54.60 |
| 02/2011 | Photocopy documents | 110 | 22.00 |
| | | | 81.10 |

▮

▮        ▮     ▮
                                      ▮

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Combined billing: January # 10956, February # 10968*

Invoice Date:  March 04, 2011
Page 3                                              Invoice No.   13279

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/18/11 | TJM | Review correspondence from opposing counsel; prepare response to same. | 0.30 | 105.00 |
| 02/22/11 | TJM | Exchange numerous communications with opposing counsel and Tim McCormack. | 0.70 | 245.00 |
| 02/23/11 | TJM | Review Answer and Affirmative defenses; review correspondence between McCormack and Burnstein. | 0.50 | 175.00 |
| | | | 13.50 | 4,725.00 |
| Fees for Professional Services | | | 13.50 | $4,725.00 |

## ADDITIONAL CHARGES

Qty

### Advances

| | | Qty | |
|---|---|---|---|
| 01/07/11 | Photocopy expense. | 1 | 32.50 |
| 01/27/11 | Photocopy expense. | 1 | 23.25 |
| 02/2011 | Photocopy expense. | 1 | 29.50 |
| | | | 85.25 |

Total Additional Charges                                        $85.25

TOTAL NEW CHARGES THIS PERIOD                          $4,810.25

**Dial Address**             **Mailing Address**          **Courier Address**
Telephone 206.381.8888       617 Lee Street               617 Lee Street
Facsimile 206.381.1988       Seattle, WA 98109-3425, USA  Seattle, Washington, USA
**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  April 06, 2011
Invoice No.     13316

Last Bill Date: 3/4/2011

For the period ending March 31, 2011

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                    $██████

**Total Due**                                            $██████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: April 06, 2011
Invoice No. 13316

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ██ | ████████ | ████████████ | ██ | ██ |
| | | | ██ | ██ |
| | ████ | | | |
| ████ | ████████ | | ██ | ██ |
| ████ | ████████████████ | | ██ | ██ |
| | | | ██ | ██ |

Fees for Professional Services ██ $████

## **ADDITIONAL CHARGES**

<u>Qty</u>

████████

████████████ ██ ██

██

### **Expenses / Olem Shoe Corp.**

| | | Qty | Amount |
|---|---|-----|--------|
| 03/09/11 | Printing charges (b/w) - Olem Shoe | 500 | 50.00 |
| 03/11/11 | Printing charges (b/w) - Olem Shoe | 900 | 90.00 |
| 03/17/11 | Printing charges (b/w) - Olem Shoe | 125 | 12.50 |
| 03/18/11 | Printing charges (b/w) - Olem Shoe | 100 | 10.00 |
| 03/21/11 | Printing charges (b/w) - Olem Shoe | 75 | 7.50 |
| 03/24/11 | Printing charges (b/w) - Olem Shoe | 1300 | 130.00 |
| 03/25/11 | Printing charges (b/w) - Olem Shoe | 650 | 65.00 |
| 03/28/11 | Printing charges (b/w) - Olem Shoe | 400 | 40.00 |
| 03/30/11 | Printing charges (b/w) - Olem Shoe | 80 | 8.00 |
| 03/31/11 | Printing charges (b/w) - Olem Shoe | 125 | 12.50 |

425.50

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' March Invoice No. 10984 [4-4-11]*

| | | | Invoice Date: | April 06, 2011 |
| | | | Invoice No. | 13317 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ██ | ██ | ███ | ██ | ██ |
| 04/01/11 | TJM | Telephone conference with opposing counsel and Tim McCormack re insurance coverage case and whether Washington Shoe should amend its complaint; receipt and review Motion to Amend Response in opposition to motion filed by Olem Shoe. | 0.80 | 280.00 |
| | | | ██ | ██ |
| Fees for Professional Services | | | ██ | $██ |

## ADDITIONAL CHARGES

| | | Qty | |
|---|---|---|---|
| | **Advances** | | |
| 01/07/10 | Photocopy Expense | 24 | 6.00 |
| 02/01/10 | Photocopy Expense | 3 | 0.75 |
| 05/06/10 | Photocopy Expense | 254 | 63.50 |
| 11/12/10 | Photocopy Expense | 37 | 9.25 |
| 03/10/11 | Photocopy Expense (Docket Entries 237 thru 260) | 1000 | 250.00 |
| 02/01/10 | Postage expense | 1 | 0.88 |
| 04/06/10 | Postage Expense | 1 | 0.61 |
| 05/04/10 | Postage Expense | 1 | 0.61 |
| 08/03/10 | Postage Expense | 1 | 0.61 |
| 10/25/10 | Postage Expense | 1 | 0.44 |
| . | | | |
| 09/20/10 | Day one: Use of a large conference room for the deposition of Olem's Corp. Representatives (Building Mgmt Fees) | 1 | 265.21 |
| 09/20/10 | Parking charges for Deposition Attendees (day one)        . | 1 | 57.67 |
| 09/23/10 | Day two: Continuation of the use of the conference room for the Olem deposition | 1 | 99.67 |
| 09/23/10 | Parking charges for Deposition Attendees (day two)        . | 1 | 12.36 |
| 03/09/11 | Courier Expense  Invoice # 2011000342 Filing chgs and deliveries to U.S. District Court on 3/8 and 3/9 | 1 | 43.50 |
| | | | 811.06 |

Total Additional Charges                    $811.06

TOTAL NEW CHARGES THIS PERIOD                    $██

| Dial Address | Mailing Address | Courier Address |
|---|---|---|
| Telephone 206.381.8888 | 617 Lee Street | 617 Lee Street |
| Facsimile 206.381.1988 | Seattle, WA 98109-3425, USA | Seattle, Washington, USA |

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: May 04, 2011
Invoice No.     13355

Last Bill Date: 4/6/2011

For the period March 25 through April 30, 2011

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                    $████

**Total Due**                                    $████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ████ | ████████ | ███████████████ | ██ | ███ |
| ████████████ | █████████████████████████ | | ██ | ███ |
| ████ | ████████ | ██████████ | ██ | ███ |
| ████████ | █████████████████████████████ | | ██ | ███ |
| ████ | ████████ | ██████████ | ██ | ███ |
| | | | ██ | ███ |

Fees for Professional Services                    ████    $████

**ADDITIONAL CHARGES**

Qty

████████████████████████████████████████    █    ████

████

**Advances / Courier - Olem**

**Olem**  04/12/11  Delivery by Courier  WLM Invoice **226264**    1    40.00
To : K. Moehring @ 21001 72nd Ave S, Kent WA

40.00

█████████████████████████████████    ██    ████

████

**Expenses / Olem Shoe Corp.**

04/05/11 Printing charges (b/w) - Olem                25    2.50
04/08/11 Printing charges (b/w) - Olem                53    5.30
04/11/11 Printing charges (b/w) - Olem (Exhibits)    102    10.20

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Page 13

| | Invoice Date: | May 04, 2011 |
|---|---|---|
| | Invoice No. | 13355 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| 04/15/11 | Printing charges (b/w) - Olem | | 25 | 2.50 |
| 04/21/11 | Printing charges (b/w) - Olem | | 30 | 3.00 |
| 04/26/11 | Printing charges (b/w) - Olem (Motion to Strike) | | 512 | 51.20 |
| 04/27/11 | Printing charges (b/w) - Olem | | 75 | 7.50 |
| 04/28/11 | Printing charges (b/w) - Olem (Motion to Strike) | | 2108 | 210.80 |
| | | | | 293.00 |



Total Additional Charges   $▉

TOTAL NEW CHARGES THIS PERIOD   $▉

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' April Invoice No. 10988 [04-28-11]*

Invoice Date: May 04, 2011
Invoice No. 13356

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/11 | TJM | Reviewed reply from Olem to our response to their motion to strike Roel Salonga's Affidavit. | 0.10 | 27.50 |
| | TJM | Reviewed reply from Olem to our response to their motion to strike Diane Bennett's Affidavit. | 0.10 | 27.50 |
| | TJM | Receipt and review Reply to our Response re: Motion to Strike Jessica Stetson's Declaration; Receipt and review Reply to our Response re: Motion to Strike Raul Salonga's Declaration. | 0.40 | 140.00 |
| 04/26/11 | TJM | Research regarding motion for protection re Olem's ponderance of discovery requests beyond the discovery deadline. | 0.90 | 180.00 |
| | TJM | Prepare Motion for Protective Order re: Olem's Third Set of Interrogatories and Requests for Documents; Prepare proposed order; receipt and review Notice of Hearing; Prepare for Hearing; receipt and review Sealed Document Tracking Form and attached motion and exhibits. | 3.80 | 1,330.00 |
| 04/27/11 | TJM | Receipt and review Reply to Response to motion re: exhibits to Karl Moehring's declaration; prepare for hearing on motions to strike. | 1.80 | 630.00 |
| 04/28/11 | TJM | Preparation for, and attendance at hearing on Motions to strike declarations of Stetson, Bennett, Salonga, and Moehring; conference with Sanchelima and Burstein. | 4.70 | 1,645.00 |
| | | | 84.70 | 25,565.00 |
| Fees for Professional Services | | | 84.70 | $25,565.00 |

## ADDITIONAL CHARGES

### Advances / Olem Shoe Corp

| | Qty | |
|---|---|---|
| March 2011 Courier Services; Invoice Nos. 2011000374 & 2011000400 For filings/deliveries to Miami (FL) U.S. District Court on 3/11. 3/23. 3/24 *(Not previously billed.)* . | 1 | 67.50 |
| 04/11/11 Filing fee . | 1 | 75.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

| | |
|---|---|
| Invoice Date: | June 08, 2011 |
| Invoice No. | 13389 |

Last Bill Date: 5/4/2011

For the period April 28 through May 31, 2011

IN REFERENCE TO: **Intellectual Property**



NEW CHARGES (Itemized below)            $███████

**Total Due**                                 $███████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date:  June 08, 2011
Invoice No.    13389

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|---|---|---|---|---|
| | | ███████████ | | |
| ███████████████████ | | █████████ | █ | █ |
| | | | | █ |

### Expenses / Olem Shoe Corp.

| DATE | DESCRIPTION | Qty | AMOUNT |
|---|---|---|---|
| 05/12/11 | Printing charges (b/w) - Olem (Salonga Exhibits) | 191 | 19.10 |
| 05/13/11 | Print full page in color - Olem (Salonga Exhibits) | 32 | 32.00 |
| 05/16/11 | Print full page in color - Olem (Salonga Exhibits) | 13 | 13.00 |
| | One, 3-in binder (9.5% STx) - Olem | 1 | 7.47 |
| 05/17/11 | Document scanning charges - Olem - Deposition Notice | 4 | 0.60 |
| | | | 72.17 |

Total Additional Charges                                   $████

TOTAL NEW CHARGES THIS PERIOD                  $████

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11003 [05-31-11]*

|  |  | Invoice Date: | June 08, 2011 |
|---|---|---|---|
| Page 4 |  | Invoice No. | 13390 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  |  | <u>Hours</u> | <u>Amount</u> |
| Fees for Professional Services |  |  | ████ | $ ████ |

### **ADDITIONAL CHARGES**

|  |  | <u>Qty</u> |  |
|---|---|---|---|
| **Advances / Olem Shoe Corp** |  |  |  |
| 04/29/11 Hearing on 04/28/11. |  | 1 | 12.00 |
| 04/29/11 Mailing charges. |  | 1 | 1.05 |
| 04/29/11 Photocopying charges. |  | 21 | 5.25 |
|  |  |  | 18.30 |

| Total Additional Charges |  | $18.30 |
|---|---|---|

| TOTAL NEW CHARGES THIS PERIOD |  | $ ████ |
|---|---|---|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   July 08, 2011
Invoice No.      13430

Last Bill Date: 7/8/2011

For the period through July 2, 2011

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**

CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | SERVICES | | |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property


mccormack
Intellectual Property Law
Business Law PS

Invoice Date: July 08, 2011
Invoice No. 13430

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|

### Expenses / Olem Shoe Corp

| | | | | |
|------|-------------|-----|-------|
| 06/07/11 | Printing charges (b/w) - Olem (Pleadings) | 227 | 22.70 |
| 06/18/11 | Printing charges (b/w) - Olem (Pleadings, SJ) | 426 | 42.60 |
| 06/28/11 | Printing charges (b/w) - Olem (Docket) | 41 | 4.10 |
| 06/28/11 | Printing charges (b/w) - Olem (File pleadings) | 282 | 28.20 |
| 06/29/11 | Printing charges (b/w) - Olem (File pleadings) | 228 | 22.80 |
| | | | 120.40 |

### Expenses / Westlaw - Olem Shoe Corp

| | | | | |
|------|-------------|-----|-------|
| 06/27/11 | Westlaw Online Research - Olem | 1 | 73.00 |
| 06/27/11 | Westlaw Online Research - Olem | 1 | 218.15 |
| 06/28/11 | Westlaw Online Research - Olem | 1 | 60.00 |
| 06/28/11 | Westlaw Online Research - Olem | 1 | 173.25 |
| | | | 524.40 |

Total Additional Charges                                              $███

TOTAL NEW CHARGES THIS PERIOD                          $███

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11022 [07-01-11]*

Invoice Date: July 08, 2011
Page 3                    Invoice No.    13431

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 06/24/11 | TJM | Research issue regarding Court's discretion and ability to sanction parties for non-intentional matters and designate charity recipient of such sanctionable funds. | 0.60 | 120.00 |
| 06/26/11 | TJM | Telephone conference with Bernardo Burstein re: preparation of status report to the court. | 0.50 | 175.00 |
| 06/27/11 | TJM | Prepare report to Court re: inspection of boots and resolution of evidentiary issue concerning authenticity of photographs; research re: sanctions and whether court can assess sanctions and donate them to charity; prepare memorandum of law re: same. | 5.20 | 1,820.00 |
| 06/28/11 | TJM | Prepare memorandum of law regarding sanctions as ordered by the court; research in support of same; receipt and review Olem's memorandum of law concerning sanctions. | 4.20 | 1,470.00 |
| | TJM | Review, revise and file Washington Shoe's Notice of Compliance With Court's Directive to File Memorandum of Law re: sanctions. | 0.40 | 80.00 |
| 06/29/11 | ██ | ████████████████████████████ | ██ | ██ |
| | TJM | Receipt and review notice of mediation; telephone conferences with other counsel re: scheduling mediation; exchange correspondence re: same. | 0.30 | 105.00 |

Fees for Professional Services                    ██  $██

## **ADDITIONAL CHARGES**

Qty

### **Advances / Olem Shoe Corp - Courier**

| | Qty | |
|---|---|---|
| 06/02/11 Courier Expense - filing and delivery to USDC - Job #2011001449 | 1 | 12.00 |
| | | 12.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



McCormack
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

| Invoice Date: | August 08, 2011 |
|---|---|
| Invoice No. | 13490 |

Last Bill Date: 7/31/2011

For the period through July 31, 2011

IN REFERENCE TO: **Intellectual Property**



NEW CHARGES (Itemized below)                                $████

**Total Due**                                               $████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



|  |  | Invoice Date: | August 08, 2011 |
|---|---|---|---|
|  |  | Invoice No. | 13490 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/29/11 | EH | Edit final changes to settlement PowerPoint re Washington Shoe Co's Ditsy Dot Pattern's striking similarity to Olem's dot shoe. | 2.00 | 300.00 |
|  |  |  | 181.30 | 40,435.00 |

Fees for Professional Services

### ADDITIONAL CHARGES

Qty

#### Advances / FedEx

**Olem** 07/26/11 FedEx Tracking **797338352466**    1    36.15
FedEx Priority Overnight; Envelope; Delivery 07/26/2011 9:45 AM
From: Richard Sharp, US Copyright Office, Washington DC 20540
To: Timothy McCormack, McCormack Intellectual Property

.

.

#### Advances / Olem Shoe Corp

**Olem** 07/28/11 Expedite Copyright Registrations, USPTO    1    1,923.50
.

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: August 08, 2011
Invoice No. 13490

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| | | | Qty | |
| **Olem**. | 07/29/11 | Flight to Miami for Mediation Conference | 1 | 1,407.48 |
| **Olem**. | 07/29/11 | Lodging for Mediation Conference in Miami | 1 | 456.00 |
| | | | | 3,786.98 |

### Expenses / Olem Shoe Corp

| | | | |
|---|---|---|---|
| Olem 7/1/11 Printing charges (b/w) | 3 | 0.30 |
| Olem 7/8/11 Printing charges (b/w) - Pleadings | 238 | 23.80 |
| Olem 7/29/11 Printing charges (b/w) - Copr. Reg & Deposit copies | 683 | 68.30 |
| Olem 7/29/11 Document scans - Copr. Reg & Deposit copies | 13 | 1.95 |
| Olem 7/29/11 Mailing chgs - Copr. Reg & Deposit copies | 1 | 2.64 |
| Olem 7/29/11 FAX (outgoing, per page) | 2 | 2.00 |
| | | 98.99 |

### Expenses / Westlaw - Olem Shoe Corp

| | | |
|---|---|---|
| 06/30/11 Westlaw Online Research - Boot Tag | 1 | 60.00 |
| 06/30/11 Westlaw Online Research - Boot Tag | 1 | 367.25 |
| 06/30/11 Westlaw Online Research - OLEM | 1 | 60.00 |
| 06/30/11 Westlaw Online Research - OLEM | 1 | 85.00 |
| 07/05/11 Westlaw Online Research - OLEM | 1 | 99.00 |
| 07/05/11 Westlaw Online Research - OLEM | 1 | 93.30 |
| 07/24/11 Westlaw Online Research - OLEM | 1 | 144.50 |
| | | 909.05 |

Total Additional Charges $▮

TOTAL NEW CHARGES THIS PERIOD $▮

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



Intellectual Property Law
Business Law PS
617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: September 10, 2011
Invoice No.    13576

Last Bill Date: 8/8/2011

For the period ending August 31, 2011

IN REFERENCE TO:    **Intellectual Property**



NEW CHARGES (Itemized below)                    $██████

**Total Due**                                   $████████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

**SERVICES**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



Invoice Date: September 10, 2011
Invoice No.  13576

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Fees for Professional Services ████ $ ████

### ADDITIONAL CHARGES

<u>Qty</u>



### Advances / Courier - Olem

| | | | | |
|------|------|------|------|------|
| **08/09/11** | Washington Express Order # **1209916** | | 1 | 80.20 |
| | | | | 80.20 |

### Advances / FedEx

**Olem**  08/20/11   FedEx Tracking **795062838275**    1    37.15
  FedEx Priority Overnight; Letter; Delivery 08/15/2011 9:38 AM
  From: Kerstin Mills, Washington Express LLC, Washington DC 20001
  To: Timothy McCormack, McCormack Intellectual Property
  .

37.15

### Advances / Olem Shoe Corp

**Olem**  05/20/10  Watkins Court Reporters, Seattle  Invoice # **74480**    1    628.75
    *(This invoice, dated 6/10/2011, was not previously billed.)*
    <u>Order for May 20, 2010</u>  Deposition pages - copy via e-tran  $628.75

Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Rob Moehring

**Intellectual Property**



Invoice Date:  September 10, 2011
Invoice No.    13576

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | Qty | |

**Copy Transcript Deposition of Roel Salonga**
Certified Transcript (150 pages @ $2.95 ea)...$442.50
Color Copies (45 pages @ $1.25 ea)...$56.25    ETranscript...$25.00
Scanning PDF or TIFF (300 pages @ $0.35 ea)...$105.00
.

628.75

███████████████

██████████████████                        ███        ███

                                                       ███

### Expenses / Olem Shoe Corp

| | | | | |
|---|---|---|---|---|
| Meals and Misc. Expenses (Miami, FL) | | | 1 | 275.26 |
| . | | | | |
| Color print (partial page) | | | 64 | 16.00 |
| Print full page in color | | | 156 | 156.00 |
| Printing charges (b/w) | | | 397 | 39.70 |
| Document scans | | | 99 | 14.85 |
| Photocopies | | | 262 | 52.40 |

554.21

### Expenses / Westlaw - Olem Shoe Corp

| | | | |
|---|---|---|---|
| 08/02/11 Westlaw Online Research - OLEM | | 1 | 72.00 |
| 08/02/11 Westlaw Online Research - OLEM | | 1 | 85.00 |
| 08/02/11 Westlaw Online Research - OLEM | | 1 | 550.40 |
| 08/08/11 Westlaw Online Research - OLEM | | 1 | 246.00 |
| 08/15/11 Westlaw Online Research - OLEM | | 1 | 201.00 |

1,154.40

Total Additional Charges                                    $████████

TOTAL NEW CHARGES THIS PERIOD                               $████████

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  October 07, 2011
Invoice No.    13624

Last Bill Date: 9/10/2011

For the period ending September 30, 2011

IN REFERENCE TO:   **Intellectual Property**





NEW CHARGES (Itemized below)                              $▮▮▮▮▮

**Total Due**                                            $▮▮▮▮▮

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



| | | |
|---|---|---|
| Invoice Date: | October 07, 2011 | |
| Invoice No. | 13624 | |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



### Expenses / Westlaw - Olem Shoe Corp

| DATE | DESCRIPTION | Qty | AMOUNT |
|---|---|---|---|
| 09/29/11 | Westlaw Online Research - Olem Shoe Corp | 1 | 201.00 |
| 09/29/11 | Westlaw Online Research - Olem Shoe Corp | 1 | 60.15 |
| | | | 261.15 |

### WSC - Olem Shoe Corp

| DESCRIPTION | Qty | AMOUNT |
|---|---|---|
| Olem - Color print (full page) | 12 | 12.00 |
| Olem - Printing charges (b/w) | 108 | 10.80 |
| Olem - Document scanning | 55 | 8.25 |
| | | 31.05 |

| | |
|---|---|
| Total Additional Charges | $▮▮▮▮ |
| TOTAL NEW CHARGES THIS PERIOD | $▮▮▮▮ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**

When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' September Invoice No. 11113*

| | | | Invoice Date: | 10/7/2011 |
| | | | Invoice No. | 13623 |

Page 2

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/28/11 | TJM | Receipt and review letter from Julie Linhart re: objection to McCormack's appearance by phone; lengthy telephone conference with all counsel re: status of settlement negotiations and motion to withdraw. | 1.20 | 420.00 |
| 09/29/11 | TJM | Receipt and review letter from MeCormack re: revised settlement terms proposal. | 0.10 | 35.00 |

Fees for Professional Services █████ $████

**ADDITIONAL CHARGES**

| | Qty | |
|---|---|---|
| **Advances** | | |
| Mailing charges | 1 | 0.44 |
| | | 0.44 |
| Total additional charges | | $0.44 |
| TOTAL NEW CHARGES THIS PERIOD | | $█████ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A fee of 1% per month may be imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID:

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  November 09, 2011
Invoice No.     13661

Last Bill Date: 10/31/2011

For the period ending October 31, 2011

IN REFERENCE TO:   **Intellectual Property**

NEW CHARGES (Itemized below)                        $

**Total Due**                                                $

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### ADDITIONAL CHARGES



### Expenses / Olem Shoe Corp

| DATE | DESCRIPTION | Qty | AMOUNT |
|------|-------------|-----|--------|
| 10/01/11 | Print full page in color | 38 | 38.00 |
| 10/01/11 | Printing charges (b/w) | 224 | 22.40 |
| 10/01/11 | Document scans | 39 | 5.85 |
| 10/01/11 | Fax Charges (outgoing, per page) | 1 | 1.00 |
| 10/01/11 | Printing charges (b/w) | 86 | 8.60 |
| 10/01/11 | Printing charges (b/w) | 62 | 6.20 |
| 10/20/11 | Flight to and from Miami | 1 | 1,200.00 |
| 10/20/11 | Hotel charges | 1 | 470.00 |
| | | | 1,752.05 |



### Expenses / Westlaw - Olem Shoe Corp

| DATE | DESCRIPTION | Qty | AMOUNT |
|------|-------------|-----|--------|
| 10/17/11 | Westlaw Online Research - OLEM | 1 | 55.00 |
| 10/18/11 | Westlaw Online Research - OLEM | 1 | 366.00 |
| 10/20/11 | Westlaw Online Research - OLEM | 1 | 172.00 |
| | | | 593.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



# mccormack
### Intellectual Property Law
### Business Law PS
617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ██████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: 12/8/2011
Invoice No.     13705

Last Bill Date: 11/9/2011

For the period ending November 30, 2011

IN REFERENCE TO:   **Intellectual Property**

NEW CHARGES (Itemized below)                                    $██████

## Total Due                                                    $███████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

#### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date:  12/8/2011
Invoice No.     13705

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|



Fees for Professional Services                                                                                    $

## **ADDITIONAL CHARGES**

Qty

### **Advances - Courier**

Olem 11/14/11 For service on U.S. Copyright Office.                                     1          215.57
         Washington Express (of Washington D.C.)

215.57

### **Advances - FedEx**

**Olem**  11/21/11   FedEx Tracking **795425271296**                                    1           33.61
  FedEx Priority Overnight Envelope; Delivery 11/22/2011 10:15 AM
  From: Steven Ruse, US Copyright Office, Washington D.C. 20510

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 12/8/2011
Invoice No.   13705

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

To: MIP, Seattle WA 98109
 Ref: WSC adv Olem; Rcpt sig. not required                          .

33.61



### Advances / Olem Shoe Corp

| | | | |
|---|---|---|---|
| 11/04/11 Transcript of Case 1:09-cv-23494-PCH Olem Shoe v WA Shoe from USCourt Reporter D. Miller, RMR, CRR | 1 | 29.70 |
| . | | |
| 11/15/11 Transcript of Case 09-cv-23494-Olem Shoe v WA Shoe from USCourt Reporter G. Pastor-Hernandez, RPR, FPR. | 1 | 29.70 |
| . | | |
| 11/30/11 November expenses incurred by Attorney Lewis Tein, P.L.<br>    $57.55  Delivery services/messengers<br>    $  8.00  Local travel costs | 1 | 65.55 |

[See attached Tein Invoice No. 10844, dated 11/30/11]

124.95

### Expenses - Westlaw

| | | | |
|---|---|---|---|
| 11/06/11 Westlaw Online Research - Olem Shoe Corp. | 1 | 75.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 12/8/2011
Invoice No.   13705

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | Qty | | |

**Expenses / Olem Shoe Corp**

| 11/2011 | Printing charges (b/w) | 471 | 47.10 |
|---------|------------------------|-----|-------|
| | | | 47.10 |

Total Additional Charges $▓▓▓▓

TOTAL NEW CHARGES THIS PERIOD $▓▓▓▓

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/28/11 | KAM | Confer with Mr. Weaver concerning hearing preparation. Review Olem's opposition to the declaration filed by the U.S. Copyright Office. | 0.30 hrs |
| 11/28/11 | ZLW | Review opposition to filing of affidavit; meet with Ms. Meyers regarding same; telephone call with Mr. McCormack; confer with Ms. Meyers regarding same. | 1.00 hrs |
| 11/29/11 | KAM | Confer with Mr. Weaver concerning the outcome of the hearing before Judge Huck. | 0.10 hrs |
| 11/29/11 | ZLW | Prepare for status conference before Judge Huck; travel to and attend status conference; confer with Ms. Meyers regarding same. | 2.00 hrs |

Total fees for this matter

**DISBURSEMENT RECAP**

Delivery services/messengers     $57.55
Local travel     $8.00

TOTAL FEES
TOTAL DISBURSEMENTS

TOTAL CHARGES FOR THIS BILL



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: 1/9/2012

Invoice No.   13749

Last Bill Date: 12/8/2011

For the period ending December 31, 2011

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                                    $▮▮▮▮

**Total Due**                                              $▮▮▮▮

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

▮▮ **Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Rob Moehring
**Intellectual Property**



Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |



### Expenses / Olem Shoe Corp

| | | | | |
|---|---|---|---|---|
| 12/05/11 | Photocopies, Fourth Amended Complaint (working copy) | | 14 | 2.80 |
| 11/2011 | Color print (full page) | | 490 | 490.00 |
| 11/2011 | Printing charges (b/w) | | 3,936 | 393.60 |
| 12/22/11 | Printing charges (b/w); Deposition Transcript of Karl Moehring | | 116 | 11.60 |
| 12/22/11 | Printing charges (b/w); Deposition Transcript of Rob Moehring | | 61 | 6.10 |
| 12/23/11 | Printing charges (b/w); Deposition Transcript of Shahin Rezaie | | 85 | 8.50 |
| 12/23/11 | Printing charges (b/w); Deposition Transcript of Robert Olemberg | | 60 | 6.00 |
| 12/23/11 | Printing charges (b/w); Deposition Transcript of Mark Moehring | | 48 | 4.80 |
| 11/2011 | Photocopies | | 26 | 5.20 |
| | Subtotal | | | 928.60 |

### Expenses / Westlaw - Olem Shoe Corp

| | | | | |
|---|---|---|---|---|
| 12/05/11 | Westlaw Online Research - Olem | | 1 | 635.00 |
| 12/07/11 | Westlaw Online Research - Olem | | 1 | 13.00 |
| 12/12/11 | Westlaw Online Research - Olem | | 1 | 289.00 |
| 12/14/11 | Westlaw Online Research - Olem | | 1 | 245.00 |
| 12/15/11 | Westlaw Online Research - Olem | | 1 | 313.00 |
| 12/15/11 | Westlaw Online Research - Olem | | 1 | 220.00 |
| 12/22/11 | Westlaw Online Research - Olem | | 1 | 60.00 |
| | Subtotal | | | 1,775.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: 2/3/2012

Invoice No.  13793

Last Bill Date: 1/9/2012

For the period ending January 23, 2011

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)

_____

# Total Due

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/20/12 | HRP | Travel to and from Miami. | 7.50 | 1,125.00 |
| 01/23/12 | TBM | Post trial. | 4.00 | 1,200.00 |
| | Subtotal | | 481.30 | 111,841.00 |

### WSC - Olem Shoe Corp / ADVANCES

| 01/23/12 | ADV | Services rendered January 2012 by Attorney John Widell (of Santa Fe, NM) re WSC v. Olem Shoe Corp.: Telephone conferences and correspondence with Mr. McCormack and Ms. Kingston regarding pretrial documents, trial preparation, and other pending matters; review and edit jury instructions, witness preparation documents, pretrial stipulation, and other pretrial documents; legal research and preparation of memoranda and briefing regarding admissibility of evidence, claim elements, burdens of proof, damages, and related issues. | 36.10 | 9,386.00 |

| | Subtotal | | 36.10 | 9,386.00 |

Fees for Professional Services  

### ADDITIONAL CHARGES

**Qty**

### Advances / Olem Shoe Corp

| | Qty | |
|---|---|---|
| 01/04/12 TBM's flight to Miami for settlement confernce and trial call. | 1 | 1,381.60 |
| 01/06/12 TBM's flight to Miami for Trial. | 1 | 1,534.60 |
| 01/09/12 HRP's flight to Miami for Trial. | 1 | 1,504.60 |
| 01/19/12 Parking | 1 | 11.00 |
| 01/19/12 Gas | 1 | 45.56 |
| 01/19/12 Rental Car | 1 | 271.69 |
| 01/20/12 4 Nights Hotel Stay for TBM | 1 | 925.16 |
| 01/23/12 4 Days @ Per Diem of $66 (TBM) | 1 | 264.00 |
| 01/20/12 5 Nights Hotel Stay for HRP, incl. Parking | 1 | 1,202.85 |
| 01/23/12 5 Days @ Per Diem of $66 (HRP) | 1 | 330.00 |
| 01/09/12 Rose Zebra Supreme   Copyright Office Rcpt No. 1-BPXW33<br>Certified Copyright Registration fees:<br>$165 for certification; $35 for certificate itself | 1 | 200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | Qty | |
| 01/09/12 | <u>Rose Zebra Supreme</u> | Copyright Office Rcpt No. 1-BPXW33<br>Certified Copyright Registration fees (for additional certification):<br>$165 for certification; $12 for color photocopy of deposit. | 1 | 177.00 |
| **01/12/12** | Printing Charges | TERIS - Seattle  Invoice No. **156149**<br>4 sets Trial Exhibits   WSC v Olem   Job No. 2062 NF<br>3,080 B&W Blowbacks (8¢/p) $246.40; 256 BB sllpsheets (3¢/p) $7.68<br>484 Color BBs (99¢/p) $479.16; 8 3" View Binders ($6.50ea) $52.00<br>Tech Time 0.25 hrs ($125/hr) $31.25; 9.5% WA STX  $77.57 | 1 | 894.06 |
| 01/12/12 | Hearing Transcript. | | 1 | 439.56 |
| 01/18/12 | Shipping | | 1 | 215.12 |
| 01/19/12 | Trial Copy (Document Disposal) | | 1 | 112.35 |
| 01/23/12 | Hearing Transcript. | | 1 | 299.70 |
| 01/23/12 | Hearing Transcript. | | 1 | 181.56 |
| | Subtotal | | | 9,990.41 |

### Advances / Olem Shoe Corp - FedEx

| | | | | |
|------|------------------------|-------------|-------|--------|
| **Olem**  1/12/12 | FedEx Tracking **793113178797**<br>FedEx Priority Overnight, 60-lbs; Delivery 1/13/2012 9:24 AM<br>To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133<br>Rcpt sig. .JIRALDO | | 1 | 326.80 |
| **Olem**  1/12/12 | FedEx Tracking **793113178856**<br>FedEx Priority Overnight, 18-lbs; Delivery 1/13/2012 9:24 AM<br>To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133<br>Rcpt sig. .JIRALDO | | 1 | 101.19 |
| **Olem**  1/12/12 | FedEx Tracking **793113178878**<br>FedEx Priority Overnight, 15-lbs; Delivery 1/13/2012 9:24 AM<br>To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133<br>Rcpt sig. .JIRALDO | | 1 | 85.08 |
| **Olem**  1/12/12 | FedEx Tracking **793113178889**<br>FedEx Priority Overnight, 46-lbs; Delivery 1/13/2012 10:10 AM<br>To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133<br>Rcpt sig. .J.ANDERSON | | 1 | 251.59 |
| **Olem**  1/12/12 | FedEx Tracking **793113178904**<br>FedEx Priority Overnight, 49-lbs; Delivery 1/13/2012 10:10 AM<br>To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133<br>Rcpt sig. .J.ANDERSON | | 1 | 267.70 |
| **Olem**  1/12/12 | FedEx Tracking **793113178915**<br>FedEx Priority Overnight, 30-lbs; Delivery 1/13/2012 10:10 AM<br>To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133<br>Rcpt sig. .J.ANDERSON | | 1 | 165.66 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



mccormack
Intellectual Property Law
Business Law ᴘs

Page 14

Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| **Olem** 1/12/12 | | FedEx Tracking **793113179017** | 1 | 144.17 |
| | | FedEx Priority Overnight, 26-lbs; Delivery 1/13/2012 9:24 AM | | |
| | | To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | |
| | | Rcpt sig. ..JIRALDO | | |
| **Olem** 1/12/12 | | FedEx Tracking **793113179040** | 1 | 138.80 |
| | | FedEx Priority Overnight, 25-lbs; Delivery 1/13/2012 9:24 AM | | |
| | | To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | |
| | | Rcpt sig. ..JIRALDO | | |
| | Subtotal | | | 1,480.99 |

### Expenses / Olem Shoe Corp

| Description | Qty | Amount |
|---|---|---|
| Printing charges (b/w); case law (US v Adams) re offer of proof | 11 | 1.10 |
| Printing charges (b/w); draft Pre-Trial Stipulation | 17 | 1.70 |
| Printing charges (b/w); deposition excerpts | 62 | 6.20 |
| Printing charges (b/w); Depositions | 2,658 | 265.80 |
| Printing charges (b/w); 3 Copies Invoices to Customers | 846 | 84.60 |
| Printing charges (b/w); 3 copies Karl Moehring testimony | 51 | 5.10 |
| Printing charges (b/w); 3 copies Rob Moehring testimony | 15 | 1.50 |
| Printing charges (b/w); 3 Copies Exh. B-2; B-7 | 21 | 2.10 |
| Printing charges (b/w); 3 Copies Exh. B-3 | 51 | 5.10 |
| Printing charges (b/w); 3 Copies Exh. B-5 | 36 | 3.60 |
| Printing charges (b/w); 3 Copies Exh. G & H Acosta Depo | 84 | 8.40 |
| Printing charges (b/w); WSC Sales Data (Exh. D-2) | 123 | 12.30 |
| Printing charges (b/w); WSC Sales Data Summary (Exh. D-1) | 13 | 1.30 |
| Printing charges (b/w); Summary of China Invoices | 1 | 0.10 |
| Printing charges (b/w); Summary Chart of Damages, PO and Exh. G | 3 | 0.30 |
| Printing charges (b/w); Invoices and Lined Items | 32 | 3.20 |
| Printing charges (b/w); Trial Exhibit Binder printouts | 391 | 39.10 |
| Printing charges (b/w); Copies of Depositions and Exhibits | 204 | 20.40 |
| Color prints (full page) January thru 1/23 | 177 | 177.00 |
| Printing charges (b/w); January thru 1/23 | 15,919 | 1,591.90 |
| Photocopies - January thru 1/24 | 1,159 | 231.80 |
| Subtotal | | 2,462.60 |



Continued

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA