# EXHIBIT 4

# Absolute Process & Litigation

P.O. Box 65310
Baltimore, MD 21209
Phone 410.415.0133
Fax 410.415.0124

FEIN 52-1977527

# INVOICE

INVOICE #2010019348

DATE: OCTOBER 18, 2010

**CLIENT BILLED:**

McCormack Intellectual Property Law Business Law P
McCormack Intellectual Property Law Business Law P.S.
617 lee Street
Seattle, WA 98109

(206) 381-8888

**CASE INFORMATION:**
09-23494-Civ-Huck/O'Sullivan

Plaintiff.
**Olem Shoe Corp.**

Defendant:
**Washington Shoe Co.**

Received: 10-07-2010    Completed: 10-13-2010

To be served on: Records Custodian
Houser Shoes. Inc. d/b/a Houser Shoes

| CLIENT PEFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| | | Due on 11-17-2010 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | CV. Service to Northeast Virgina. Southwest Virginia, Northeast North Carolina. Western MD | $60.00 | $60.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | | | |

SUBTOTAL      $60.00
SALES TAX     $0.00
RETAINER PAID $0.00

TOTAL DUE    $60.00

**COMMENTS OR SPECIAL INSTRUCTIONS:**

*If Need To Be Paid & Billed*

**M.I.P.**

Received_____
Sent_____
Scanned  11  4  5

Make all checks payable to Absolute Process & Litigation
Please enclose a copy of this invoice with your payment
Payment of this invoice is not contingent on reimbursement from your client
If you have any questions concerning this invoice. contact:
George Wyler. 410-415-0133. absoluteprocess@comcast.net

Thank you for your business!

Copyright © 2005-2007 Process Server Central. LLC. All rights reserved



Corporate Office
Allied Investigative Services
P.O. Box 1421
Florence, AL 35631
888-366-1550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2010 | 4072 |

**Bill To**

Timothy McCormack
Attn: Brian Stinson
617 Lee St
Seattle, Wa 98109

| Description | | Amount |
|-------------|--|--------|
| Process Service on Name Brand Shoes | 09.23494 | 95.00 |

It's been a pleasure working with you!

| | **Total** | $95.00 |

| Phone # | | E-mail | |
|---------|--|--------|--|
| 256-366-1554 | Fax # | | Web Site |
| | 256-764-0886 | | alliedinvestigativeservices.com |

Lawyers Investigating Service, Inc.
PO Box 8479
Portland, ME 04104-8479

Date  10/7/2010
Invoice #  7833

Bill To

McCormack Legal
Attn.: Mr. Brian Stinson
617 Lee Street
Seattle, WA 98109

Ship To

McCormack Legal
Attn.: Mr. Brian Stinson
617 Lee Street
Seattle, WA 98109

| P.O. # | Olem Shoe |
|--------|-----------|
| Terms  | Due on receipt |

| Ship Date | 10/7/2010 |
|-----------|-----------|
| Due Date  | 10/7/2010 |
| Other     |           |

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Process Service | Process Service in Kennebunk, Maine | 1 | 135.00 | 135.00 |

FEIN

*Lawyers Investigating Service, Inc.*

www.lawyersinvestigatingservice.co

| | |
|---|---|
| Subtotal | $135.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $135.00 |
| Payments/Credits | $0.00 |
| Balance Due | $135.00 |



# INVOICE



Invoice #2010000577
10/9/2010

Timothy McCormack
McCormack Intellectual Property Law
617 Lee St.
Seattle, WA 98109

**Send Payments To:**
**Phoenix Legal, Inc.**
**4651 Woodstock Road**
**Suite 208-200**
**Roswell, GA 30075**
**Phone: (770) 873-6999**
**Fax: (888) 309-9909**

**Case Number: Southern District 09-23494-CIV-HUCK/O'SULLIVAN**

Plaintiff:
**OLEM SHOE CORP.**

Defendant:
**WASHINGTON SHOE CO.**

Served: 10/8/2010 2:55 pm
To be served on: C&w Shoes D/B/A Shoe Gallery Wholesale

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** $85.00

Please enclose a copy of this invoice with your payment.
THANK YOU FOR YOUR BUSINESS

# DOCKET LEGAL SERVICES

80 Howard Street NW
Atlanta, GA. 30314
Phone: (404) 379-3921
Fax: (678) 609-4320
docketlegalservices.com
www.docketlegalservices.com

Brian Stinson
McCormack
617 Lee Street
Seattle, WA 98109

**INVOICE:** 1856
10/15/2010

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** 09-23494-Civ- | **Crt Date:** 10/29/2010 (Fri) | | **Received:** 10/11/2010 | **Completed:** | 10/14/2010 |
| **Job ID:** 10-000483 | **Crt Time:** 10:00 AM | | **Reference:** ronmarshshoes | | 10:37 AM |
| **Plaintiff:** OLEM SHOE CORP. | | | | | |

**Defendant:** WASHTINGTON SHOE CO.
**Name Srvd** RON MARSH SHOES D/B/A GOODEE 2 SHOES
**Location:** 1735 DEFLOOR PLACE NW ATLANTA, GA 30318

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Zone A | 1 | $45.00 | $45.00 |
| | | **Total Fees** | $45.00 |
| | | **Payment -** | |
| | | **Balance Due** | $45.00 |

**Thank You!**

Total due in 15 business days. Overdue accounts subject t a service charge of 15% per month.

**FEIN:**



# ALABAMA STATE CONSTABLE
## DISTRICT 7

Michael Patrick
State Court Enforcement Officer



143 Dauphin St.
Enterprise, AL 36330

334-248-2772

FoR Serve ON   WAShingTON Shoe CO.
CiViL ACTion No. 09-23494. FoR Serve.
# 50.00 ThANKS. PATRich

## Lauren Kingston

| | |
|---|---|
| From: | Alaska Airlines [Alaska.IT@alaskaair.com] |
| Sent: | Monday, January 09, 2012 11:36 AM |
| To: | Karl Moehring |
| Subject: | EasyBiz Confirmation for K.MOEHRING - CXYPTK 01/15/12 - from Alaska Airlines |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME**
**PLAN & BOOK**
**DEALS**
**TRAVEL INFO**
**GIFTS & PRODUCTS**
**MILEAGE PLAN**

# Confirmation Code: CXYPTK

Below is your EasyBiz booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16 Boeing 737-800 | Seattle, WA (SEA) Sun, Jan 15 10:40 pm | Miami (MIA) Mon, Jan 16 7:09 am | Y (Coach) | Karl Moehring | 10A |
| Alaska Airlines AS17 Boeing 737-800 | Miami (MIA) Thu, Jan 19 8:25 am | Seattle, WA (SEA) Thu, Jan 19 12:09 pm | Y (Coach) | Karl Moehring | 9A |

### Summary of Airfare Charges

Karl Moehring
*Mileage Plan MVP Gold 75K Member # ***¹*
Ticket 027-2180705964

| | |
|---|---|
| Base Fare and Surcharges | $1,114.42 |
| Taxes and Other Fees | $105.18 |
| per person total: | $1,219.60 |

### Total Fare                USD $1,219.60

### Total Charges and Credits

$1,219.60 was charged to American Express ***********    held
by Karl Moehring on 01/09/2012

### Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your
trip from Access America at 1-800-496-6593. Learn more

### Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays,
early arrivals, and cancellations of Alaska Airlines flights (email or text
message).

### Hotels & Cars

**Need a Hotel?**
Use our hotel deal finder to
book a hotel in Miami.

**Need a Ride?**
Use our car deal finder to
rent a car in Miami.

### Get the Signature Card

Apply now for the Alaska
Airlines Visa Signature ® card
and earn 25,000 Bonus Miles
upon approval. §

1

## Lauren Kingston

| | |
|---|---|
| **From:** | Alaska Airlines [Alaska.IT@alaskaair.com] |
| **Sent:** | Monday, January 09, 2012 11:39 AM |
| **To:** | Karl Moehring |
| **Subject:** | EasyBiz Confirmation for R.MOEHRING - BFLHMK 01/15/12 - from Alaska Airlines |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



HOME
PLAN & BOOK
DEALS
TRAVEL INFO
GIFTS & PRODUCTS
MILEAGE PLAN

# Confirmation Code: BFLHMK

Below is your EasyBiz booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| <br>Alaska Airlines AS16<br>Boeing 737-800 | Seattle, WA (SEA)<br>Sun, Jan 15<br>10:40 pm | Miami (MIA)<br>Mon, Jan 16<br>7:09 am | Y<br>(Coach) | Robert Moehring | 9D |

### Summary of Airfare Charges

Robert Moehring
Mileage Plan MVP Gold 75K Member # ***
Ticket 027-2180706577

| | |
|---|---|
| Base Fare and Surcharges | $557.21 |
| Taxes and Other Fees | $52.59 |
| per person total: | $609.80 |

### Total Fare                                              USD $609.80

### Total Charges and Credits

$609.80 was charged to American Express **********                held by ___
Karl Moehring on 01/09/2012

### Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your
trip from Access America at 1-800-496-6593. Learn more

### Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays,
early arrivals, and cancellations of Alaska Airlines flights (email or text
message).

[Create Alert]

### Check-In

### Hotels & Cars



**Need a Hotel?**
Use our hotel deal finder to
book a hotel in Miami.

**Need a Ride?**
Use our car deal finder to
rent a car in Miami.

### Get the Signature Card

Apply now for the Alaska
Airlines Visa Signature ® card
and earn 25,000 Bonus Miles
upon approval. §

[Apply]

### Sign up for the Insider

Our weekly e-mail

1

## Lauren Kingston

**From:** Expedia Travel Services [usmail@expediamail.com]
**Sent:** Sunday, January 15, 2012 2:18 PM
**To:** Karl Moehring
**Subject:** Expedia travel confirmation - Jan 16, 2012 - (Itin# 142394306524)

## Travel Confirmation

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked.

Remember that you can always view your itinerary online for the most up-to-date information.

| ☒ **Hotel: Hyatt Regency Miami** | | Total room cost: | $209.00 /night |
|---|---|---|---|
| **Room reservation:** Karl Moehring - 2 adults | | Taxes & Service Fees (where applicable): | $27.51 /night |
| Hyatt Regency Miami 400 Se 2nd Ave Miami, FL 33131 Phone: 1 (305) 358-1234 | | Lodging total: | $709.52 |
| Check in: Mon 01/16/12    Check out: Thu 01/19/12    Nights: 3 Hotel Rules and Regulations. | | ▫ | |

## Special requests

Hotel: Hyatt Regency Miami
Room: Guestroom 2 Doubles
Non-smoking/Smoking: Non-Smoking
Room type: 2 DOUBLE BEDS

☒ View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

**Itinerary number: 142394306524**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

☒

### Earn Points & Get Free Travel

Join Expedia Rewards™ today and start earning points towards travel rewards with your next booking. Best of all, there's no blackout dates and membership is completely FREE!

☒ Learn more and join

☒ Want to know about great travel deals? Sign up to receive Expedia emails!

☒

**Lauren Kingston**

| | |
|---|---|
| From: | Expedia Travel Services [usmail@expediamail.com] |
| Sent: | Sunday, January 15, 2012 2:16 PM |
| To: | Karl Moehring |
| Subject: | Expedia travel confirmation - Jan 15, 2012 - (Itin# 142394151728) |

## Travel Confirmation

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked.

Remember that you can always view your itinerary online for the most up-to-date information.

| ☒ **Hotel: Hyatt Regency Miami** | | | Total room cost: | $199.00 /night |
|---|---|---|---|---|
| Room reservation: Roel Salonga - 1 adult | | | Taxes & Service | |
| Hyatt Regency Miami<br>400 Se 2nd Ave<br>Miami, FL 33131 | | | Fees<br>(where<br>applicable): | $26.19 /night |
| Phone: 1 (305) 358-1234 | | | Lodging total: | $675.57 |
| Check in: Sun 01/15/12      Check out: Wed 01/18/12      Nights: 3<br>Hotel Rules and Regulations. | | | ▫ | |

## Special requests

Hotel: Hyatt Regency Miami
Room: Guestroom 2 Doubles
Non-smoking/Smoking: Non-Smoking
Room type: 2 DOUBLE BEDS

☒ View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

### Itinerary number: 142394151728

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

☒

### Earn Points & Get Free Travel

Join Expedia Rewards™ today and start earning points towards travel rewards with your next booking. Best of all, there's no blackout dates and membership is completely FREE!

☒ Learn more and join

☒ Want to know about great travel deals? Sign up to receive Expedia emails!

☒

## Lauren Kingston

| | |
|---|---|
| **From:** | Alaska Airlines [Alaska.IT@alaskaair.com] |
| **Sent:** | Wednesday, January 18, 2012 2:27 PM |
| **To:** | Karl Moehring |
| **Subject:** | EasyBiz Confirmation for R.SALONGA - PKZSVO 01/19/12 - from Alaska Airlines |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME**
**PLAN & BOOK**
**DEALS**
**TRAVEL INFO**
**GIFTS & PRODUCTS**
**MILEAGE PLAN**

# Confirmation Code: PKZSVO

Below is your EasyBiz booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS17 Boeing 737-800 | Miami (MIA) Thu, Jan 19 8:25 am | Seattle, WA (SEA) Thu, Jan 19 12:09 pm | S (Coach) | Roel Salonga | 22F |

### Summary of Airfare Charges

Roel Salonga
Mileage Plan Member # ****
Ticket 027-2181190898

| | | |
|---|---|---|
| Base Fare and Surcharges | | $493.95 |
| Taxes and Other Fees | | $47.85 |
| | per person total: | $541.80 |

### Total Fare

USD $541.80

### Total Charges and Credits

$541.80 was charged to Visa ************ held by Karl R Moehring on 01/18/2012 —

### Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

### Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays, early arrivals, and cancellations of Alaska Airlines flights (email or text message).

Create Alert

### Check-In

### Hotels & Cars

**Need a Hotel?**
Use our hotel deal finder to book a hotel in Seattle, WA.

**Need a Ride?**
Use our car deal finder to rent a car in Seattle, WA.

### Get the Signature Card

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

Apply

### Sign up for the Insider

Our weekly e-mail

| | |
|---|---|
| **From:** | Diane Miller |
| **Sent:** | Thursday, November 10, 2011 4:37 AM |
| **To:** | Heather Post |
| **Subject:** | Re: Hearing Transcript for 11/4/11 Hearing Case 1:09-cv-23494-PCH Olem Shoe Corporation v. Washington Shoe Corporation |
| **Attachments:** | STATS4nv11b.pdf |
| **Categories:** | WSC v. OLEM Shoe Corp. |

Attached is copy of the hearing. It is 33 pages @ .90 pp totaling $29.70.
Thank you.

DIANE MILLER, RMR, CRR
Official Court Reporter
U.S. District Court
Southern District of Florida
400 North Miami Avenue #11-2
Miami, FL 33129
305.523.5152

--- On **Wed, 11/9/11, Heather Post** <████████████████████████> wrote:

From: Heather Post <████████████████████
Subject: Hearing Transcript for 11/4/11 Hearing Case 1:09-cv-23494-PCH Olem Shoe Corporation v.
Washington Shoe Corporation
To: "Diane_Miller ████████████████████
Date: Wednesday, November 9, 2011, 9:58 PM

Ms. Miller,


May I order a copy of this hearing transcript?


Thanks,


    Heather R. Post

    Paralegal to Timothy B. McCormack

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 00000132

**—MAKE CHECKS PAYABLE TO: —**

| | |
|---|---|
| Timothy B. McCormack, Esq.<br>McCormack Intellectual Property<br>617 Lee Street<br>Seattle, WA 98109<br><br>Phone:   (206) 381-8888 | Gilda Pastor-Hernandez, RPR, FPR<br>Official U.S. Court Reporter<br>DUNS No. 965017150<br>400 N. Miami Avenue, Suite 13-3<br>Miami, FL 33128<br><br>Phone:   (305) 523-5118 |

| CRIMINAL | X CIVIL | DATE ORDERED: 11-15-2011 | DATE DELIVERED: 11-15-2011 |
|---|---|---|---|

**Case Style:** 09-23494, Olem Shoe Corporation v Washington Shoe Company
Transcript of oral argument proceedings before the Honorable Paul C.
Huck, United States District Judge, on October 21, 2011.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 33 | 0.90 | 29.70 | | | | 29.70 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 29.70 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $29.70 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

(All previous editions of this form are
cancelled and should be destroyed)





FL
4c

Date: January 27, 2012

LIBRARY
OF
CONGRESS

COPYRIGHT
OFFICE

101 Independence
Avenue, S.E.

Washington, D.C.
20559-6000

McCormack Intellectual Property Law
Attn: Lauren Kingston
617 Lee Street
Seattle, WA 98109

Type of remittance received:

_____ check or money order

_____ deposit account--
      description number:

X    credit card

The Certifications and Documents Section has provided the following services and applied
fees as shown below.

| | |
|---|---|
| Retrieval of records from storage | $165.00 |
| Photocopying of deposit, assignment, or correspondence | $12.00 |
| Certification (official statement with embossed seal and ribbon) | $165.00 |
| Additional certificate | $35.00 |
| **Total fees charged** | **$377.00** |
| **Total remittance received** | **$377.00** |

Sincerely yours,

Chanda Malik
RRC Technician

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Enclosures: 2
Additional Certificate of Registration and Certified Copy of Deposit VA 1-792-044

Teris - Seattle
1001 Fourth Ave, Ste 2110
Seattle, WA 98154-1119

# Statement

**Bill To**

McCormack Intellectual Property Law
617 Lee Street
Seattle, WA 98109

*OK to PAY*
*WS vram*

| Date | Description | Amount | Balance | Item |
|---|---|---|---|---|
| 01/12/2012 | INV #156149. Orig. Amount $894.06. | 894.06 | 894.06 | |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 894.06 | 0.00 | 0.00 | 0.00 | $894.06 |

| Phone # | Fax # | E-mail | | Web Site |
|---|---|---|---|---|
| 206-521-8717 | 206-521-8730 | ███████████████ | | www.discoverteris.com |

The American Legal Copy, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms
Fed ID# ███████████



## Please Pay From This Invoice

This is the only invoice you will receive
Please forward it to your payable department

www.teris.com

| DATE | INVOICE NO. |
|------|-------------|
| 1/12/2012 | 156149 |

<table>
<tr><td>

**BILL TO**

McCormack Intellectual Property Law
617 Lee Street
Seattle, WA 98109

</td><td>

**PLEASE PAY**

TERIS - SEATTLE
1001 Fourth Avenue, Suite 2110
Seattle, Washington 98154
ph: 206.521.8717
Fed. Tax ID

</td></tr>
</table>

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 2062 NF | Due on receipt | NF | FREE | Susan | WSC Trial Ex |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|----------|-------------|------|--------|
| 0.25 | Mid-Level Tech Time (Putting name of PDF on slipsheets) @ $125/hour | 4226 - Mid-L... | 31.25T |
| 3,080 | Blowbacks - 8.5x11 (B&W) @ $.08/page (4 sets) | 4212 - Blowb... | 246.40T |
| 256 | Blowbacks - Slipsheets @ $.03/page (4 sets) | 4215 - Blowb... | 7.68T |
| 484 | Blowbacks - Color @ $.99/page (4 sets) | 4214 - Blowb... | 479.16T |
| 8 | 3" View Binder | 4125 - 3" Vie... | 52.00T |
| | WA - 9.5% Seattle ( 1726 ) | | 77.57 |

Received & Approved

Date

**TOTAL** $894.06

The TERIS Customer is ultimately
responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 00000163

**MAKE CHECKS PAYABLE TO:**

Timothy B. McCormack, Esq.
McCormack Intellectual Property
617 Lee Street
Seattle, WA 98109

Phone: (206) 381-8888

Gilda Pastor-Hernandez, RPR, FPR
Official U.S. Court Reporter
DUNS No. 965017150
400 N. Miami Avenue, Suite 13-3
Miami, FL 33128

Phone: (305) 523-5118

| ☐ CRIMINAL | X CIVIL | DATE ORDERED: 01-12-2012 | DATE DELIVERED: 01-12-2012 |
|---|---|---|---|

**Case Style:** 09-23494, Washington Shoe v Olem Shoe
Transcript of proceedings before the Honorable Paul C. Huck, United
States District Judge, on January 12, 2012.
**REVISED INVOICE** Total pages 66 **

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 66 | 6.66 | 439.56 | | | | | | | 439.56 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 439.56 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No:** 1862    **Deposit Date: 01-13-2012** | LESS AMOUNT OF DEPOSIT: | 419.58 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $19.98 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 01-14-12 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 00011201

**MAKE CHECKS PAYABLE TO:**

TIMOTHY B. MCCORMACK
MCCORMACK INTELLECTUAL PROPERTY LA
617 LEE STREET
SEATTLE, WA 98109

Phone: (206) 381-8888

tim@mccormacklegal.com

ROBIN MARIE DISPENZIERI, RPR
FEDERAL OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
400 NO. MIAMI AVE. STE. 08S67
MIAMI, FL 33128

Phone: (305) 523-5659

| | | |
|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-14-2012 | DATE DELIVERED: 01-14-2012 |

**Case Style:** 09-23494-CV-HUCK, OLEM SHOE v WASHINGTON SHOE

CALENDAR CALL HELD ON JAN. 11. 2012 BEFORE HONORABLE PAUL C. HUCK

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 45 | 6.66 | 299.70 | | | | | | | 299.70 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 299.70 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $299.70 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 00000035

**─MAKE CHECKS PAYABLE TO:─**

TIMOTHY McCORMACK
McCormack Property Law
617 Lee Street
Seatle, WA 98109

Phone:   (206) 381-8888

OUSCR, Inc.
Official U.S. Court Reporter
U. S. District Court, Rm 11-2
400 North Miami Avenue
Miami, FL 33128

Phone:   (303) 523-5152
FAX      (305) 523-5159

| | CRIMINAL | X CIVIL | DATE ORDERED: 01-13-2012 | DATE DELIVERED: 01-20-2012 |
| --- | --- | --- | --- | --- |

**Case Style:** 1:09-CV-2323494-PCH, Olem Shoe v Washington Shoe
1/3/2012 Status hearing before Judge Huck

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 4.02 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.68 | | | 0.90 | | | 0.60 | | |
| Expedited | 34 | 5.34 | 181.56 | | 0.90 | | | 0.60 | | 181.56 |
| Daily | | 6.66 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.98 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| | |
| --- | --- |
| Misc. Desc.                                    MISC. CHARGES: | |
| TOTAL: | 181.56 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $181.56 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 01-21-2012 |
| --- | --- |

(All previous editions of this form are
cancelled and should be destroyed)



BankAmericard | Cash Rewards™

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|

**Purchases and Adjustments**

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 01/19 | 01/20 | CHEVRON 00308755    MIAMI    FL | 1913 | 5529 | 45.56 | |
| 01/19 | 01/20 | TRIAL COPY    MIAMI    FL | 0010 | 5529 | 112.35 | |
| 01/20 | 01/21 | ENTERPRISE RENT-A-CAR MIAMI    FL 122251437 CHECK OUT DATE 1/15/12 | 4375 | 5529 | 271.69 | |
| 01/21 | 01/23 | FEDEX 045733115054325 800-4633339 TN 0333300120450409 | 3450 | 5529 | 19.50 | |
| 01/23 | 01/24 | FEDEX 077043059932    800-4633339 TN 0555500013104718 | 7187 | 5529 | 10.70 | |
| 01/25 | 01/26 | FEDEX 898750871385    800-4633339 TN 0333300121680575 | 5770 | 5529 | 184.92 | |

Fees



**Receipt**

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



No. **1-AK68FH**

**Date: 7/22/2011 11:23:47 AM**

## Received

| Form(s): | | Search Report |
|---|---|---|
| Deposit Count: | | Search |
| Piece Count: | | x Retrieval |
| Type of Deposit: | | Correspondence |
| Other Enclosures: | | Inspection |
| Title: | **Rose Zebra Supreme & 2 others** | x Photocopies |
| # of Additional Titles: | | x Additional Certificate |
| | | x Certification |
| Priority: | **Expedited** | Secure Test Exam |
| # Of Documents: | | Other: |

**Received From: Tim McCormack**          Phone: **(206) 381-8888**
                **617 Lee St.**

                **Seattle, WA 98109**
                **United States**

Representing:                                   Phone:

**Corresponding Id:**

| Fees | | Method of Payment | | Amount | |
|---|---|---|---|---|---|
| No Fee: | | Check: | | | |
| Fee to be Determined: | | Money Order: | | | |
| Base Fee: | $1,483.50 | Deposit Account: | | | |
| Special Handling Fee: | $ | Deposit Account Name: | | | |
| Secure Test Exam Fee: | $ | | | | |
| Total Due: | $1,483.50 | | | | |
| | | **Credit Card** | Auth #: | $1,483.50 | **Visa** |
| | | | **Total Payment:** | $1,483.50 | |

## Notes
VAu 988-278 & 2 others

*Rush Order for Richard Sharp*

*Please bundle

**Hold for pick up

Received By:    **JHASS**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.



## Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



No.    **1-AK7MAY**

**Date: 7/22/2011 1:57:26 PM**

### Received

| Form(s): | | | Search Report |
|---|---|---|---|
| Deposit Count: | | | Search |
| Piece Count: | | | Retrieval |
| Type of Deposit: | | | Correspondence |
| Other Enclosures: | | | Inspection |
| Title: | **Ditsy Dots & 2 others** | | Photocopies |
| # of Additional Titles: | | | x Additional Certificate |
| Priority: | **Expedited** | | Certification |
| # Of Documents: | | | Secure Test Exam |
| | | Other: | |

**Received From: Heather Post**          Phone:  **(206) 381-8888**
  **617 Lee St.**

  **Seattle, WA 98109**
  **United States**

**Representing:   Tim McCormack**          Phone:

**Corresponding Id:**

| Fees | | Method of Payment | | Amount | |
|---|---|---|---|---|---|
| No Fee: | | Check: | | | |
| Fee to be Determined: | | Money Order: | | | |
| Base Fee: | **$440.00** | Deposit Account: | | | |
| Special Handling Fee: | $ | Deposit Account Name: | | | |
| Secure Test Exam Fee: | $ | | | | |
| Total Due: | **$440.00** | | | | |

|  |  |  |  |
|---|---|---|---|
| **Credit Card** | Auth #: | **$175.00** | **Visa** |
| **Credit Card** | Auth #: | **$265.00** | **Visa** |
| | Total Payment: | **$440.00** | |

### Notes

VAu 756-950 & 2 others

*Rush Order for Don Ratliff*

**Please hold for pick up

Received By:    **JHASS**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 779540 | 9/23/2010 | 749368 |
| Job Date | Case No. | |
| 9/20/2010 | 0923494CIVHUCK/OSULLIVAN | |
| Case Name | | |
| Olem Shoe Corporation vs. Washington Shoe Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Julio Acosta | | | | | |
| | 67.00 Pages | @ | 3.15 | | 211.05 |
| Full Day Per Diem | | | 170.00 | | 170.00 |
| Shipping/Handling/Processing | | | 20.00 | | 20.00 |
| E-cd Litigation Package | | | 35.00 | | 35.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Shahin Rezaie | | | | | |
| | 98.00 Pages | @ | 3.15 | | 308.70 |
| E-cd Litigation Package | | | 35.00 | | 35.00 |
| Shahin Rezaie | | | | | |
| Exhibit | | | | | |
| | 9.00 Pages | @ | 0.60 | | 5.40 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Robert Olemberg | | | | | |
| | 60.00 Pages | @ | 3.15 | | 189.00 |
| E-cd Litigation Package | | | 35.00 | | 35.00 |
| Robert Olemberg | | | | | |
| Exhibit | | | | | |
| | 21.00 Pages | @ | 0.60 | | 12.60 |
| | TOTAL DUE >>> | | | | $1,021.75 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID

Phone: 305-341-3100    Fax:305-341-3102

*Please detach bottom portion and return with payment.*

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

Job No.      : 749368          BU ID        :51-MIAMI
Case No.     : 0923494CIVHUCK/OSULLIVAN
Case Name  : Olem Shoe Corporation vs. Washington Shoe
             Company
Invoice No. : 779540          Invoice Date  :9/23/2010
Total Due  : $ 1,021.75

Remit To: **U.S. Legal Support, Inc.**
   **P.O. Box 864407**
   **Orlando FL 32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 779540 | 9/23/2010 | 749368 |
| **Job Date** | **Case No.** | |
| 9/20/2010 | 0923494CIVHUCK/OSULLIVAN | |
| **Case Name** | | |
| Olem Shoe Corporation vs. Washington Shoe Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL  33131-2945

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,021.75 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID:

Phone: 305-341-3100   Fax:305-341-3102

*Please detach bottom portion and return with payment.*

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL  33131-2945

Job No.      : 749368          BU ID      :51-MIAMI
Case No.     : 0923494CIVHUCK/OSULLIVAN
Case Name  : Olem Shoe Corporation vs. Washington Shoe
                  Company
Invoice No.  : 779540          Invoice Date  :9/23/2010
**Total Due  : $ 1,021.75**

Remit To: **U.S. Legal Support, Inc.**
              **P.O. Box 864407**
              **Orlando FL  32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 780118 | 9/24/2010 | 749370 |
| **Job Date** | **Case No.** | |
| 9/20/2010 | 0923494CIVHUCK/OSULLIVAN | |
| **Case Name** | | |
| Olem Shoe Corporation vs. Washington Shoe Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

Videotaped Deposition Of:

Shahin Rezaie, Juilio Acosta

| | | | | |
|---|---|---|---|---|
| 1.Videotape Services | | | 225.00 | 225.00 |
| 2.Videotape Services - Additional Hour(s) | 6.00 Hours | @ | 95.00 | 570.00 |
| Master Videotape | 4.00 | @ | 17.50 | 70.00 |
| Video Conversion - DVD | 4.00 Hours | @ | 35.00 | 140.00 |
| Shipping/Handling/Processing | | | 20.00 | 20.00 |

TOTAL DUE >>> $1,025.00

Reference No.   : 2010-572

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 1,025.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 59-177-9907

Phone: 305-341-3100   Fax:305-341-3102

*Please detach bottom portion and return with payment*

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

Job No.       : 749370            BU ID       : 51-MIAMI
Case No.      : 0923494CIVHUCK/OSULLIVAN
Case Name : Olem Shoe Corporation vs. Washington Shoe
              Company
Invoice No. : 780118              Invoice Date : 9/24/2010
**Total Due  : $ 1,025.00**

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 864407**
          **Orlando FL 32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |



1001 Fourth Avenue
Suite 4400
Seattle, WA 98154
206.622.4044
800.588.4181

# Invoice

| INITIAL INVOICE DATE | INVOICE # |
|---|---|
| **8/1/2010** | **408796** |
| Tax ID # | |

www.watkinsreporters.com

| BILL TO |
|---|
| Mr. Timothy B. McCormack<br>Attorney at Law<br>617 Lee Street<br>Seattle, Washington 98109 |

| CASE INFORMATION |
|---|
| Depositions in re:<br>OLEM v. WASHINGTON SHOE<br>Taken July 15, 16 & 19, 2010 |

| COURT REPORTER | TODAY'S DATE | DATE TAKEN | CITY TAKEN | DATE ORDERED |
|---|---|---|---|---|
| Laura Venegas | 8/1/2010 | 7/15/2010 | Kent | 07/15/2010 |

| ITEM | SERVICES RENDERED | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | Order for July 15, 2010: | | | |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Kim Bertholf | 88 | 2.95 | 259.60 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Kelly Towsley | 37 | 2.95 | 109.15 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - David Eugene Wise | 19 | 2.95 | 56.05 |
| 9 | Regular Exhibit Copies - PDF | 24 | 0.35 | 8.40 |
| A | Color Exhibit Copies - PDF | 2 | 1.25 | 2.50 |
| | Order for July 16, 2010: | | | |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Karl Moehring | 116 | 2.95 | 342.20 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Robert Moehring | 61 | 2.95 | 179.95 |
| 9 | Regular Exhibit Copies - PDF | 240 | 0.35 | 84.00 |
| A | Color Exhibit Copies - PDF | 1 | 1.25 | 1.25 |
| | Order for July 19, 2010: | | | |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Mark Moehring | 48 | 2.95 | 141.60 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Bryce Dulay | 22 | 2.95 | 64.90 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Valerie Moehring | 16 | 2.95 | 47.20 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Roel Salonga | 65 | 2.95 | 191.75 |
| D | Rough Draft Transcript Pages - Same Day - Copy via e-tran - Roel Salonga | 63 | 2.35 | 148.05 |
| 4 | 1 Copy Deposition Pages - Copy via e-tran - Brigida Brewer | 34 | 2.95 | 100.30 |
| 9 | Regular Exhibit Copies - PDF | 65 | 0.35 | 22.75 |
| A | Color Exhibit Copies - PDF | 10 | 1.25 | 12.50 |

| *Free MobileTranscript.com files with all orders ~ Read depositions on your iPhone & BlackBerry!* | Total | $1,772.15 |
|---|---|---|
| Full payment due upon receipt. Invoices over 30 days will be assessed 1.5% monthly finance charge. Thank you! | **Payments/Credits** | $0.00 |
| | **Balance Due** | **$1,772.15** |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone: 305-373-8404   Fax: 305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 782038 | 10/4/2010 | 750242 |
| **Job Date** | **Case No.** | |
| 9/23/2010 | 0923494CIVHUCK/OSULLIVAN | |
| **Case Name** | | |
| Olem Shoe Corporation vs. Washington Shoe Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Julio Acosta | | | | |
| | 60.00 Pages | @ | 4.05 | 243.00 |
| Half Day Per Diem | | | 85.00 | 85.00 |
| Shipping/Handling/Processing | | | 20.00 | 20.00 |
| E-cd Litigation Package | | | 35.00 | 35.00 |
| Julio Acosta | | | | |
| Exhibit | 68.00 Pages | @ | 0.60 | 40.80 |

| | |
|---|---|
| TOTAL DUE >>> | $423.80 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 423.80 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 

Phone: 305-341-3100   Fax: 305-341-3102

*Please detach bottom portion and return with payment.*

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

Job No.     : 750242                    BU ID     : 51-MIAMI
Case No.    : 0923494CIVHUCK/OSULLIVAN
Case Name : Olem Shoe Corporation vs. Washington Shoe
            Company
Invoice No. : 782038                    Invoice Date : 10/4/2010
Total Due  : $ 423.80

Remit To: **U.S. Legal Support, Inc.**
         **P.O. Box 864407**
         **Orlando FL 32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 781687 | 9/30/2010 | 750243 |
| **Job Date** | **Case No.** | |
| 9/23/2010 | 0923494CIVHUCK/OSULLIVAN | |
| **Case Name** | | |
| Olem Shoe Corporation vs. Washington Shoe Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

Videotaped Deposition Of:
C/R: Olem Shoe Corporation

| | | |
|---|---|---|
| 1.Videotape Services | 225.00 | 225.00 |
| 2.Videotape Services - Additional Hour(s) | 95.00 | 95.00 |
| Master Videotape | 17.50 | 17.50 |

**TOTAL DUE >>>**     **$337.50**

Reference No.  : 2010-573

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     337.50

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: [redacted]

Phone: 305-341-3100  Fax:305-341-3102

*Please detach bottom portion and return with payment.*

Tom Manos, Esquire
Tom J. Manos, P.A.
801 Brickell Avenue
9th Floor
Miami FL 33131-2945

Job No.  : 750243     BU ID     :51-MIAMI
Case No.  : 0923494CIVHUCK/OSULLIVAN
Case Name  : Olem Shoe Corporation vs. Washington Shoe Company
Invoice No. : 781687     Invoice Date :9/30/2010
Total Due  : $ 337.50

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL 32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |



# LIGHTHOUSE
DOCUMENT TECHNOLOGIES

925 4th Avenue, Suite 2250 | Seattle WA 98104
t 206.223.9690 | f 206.223.7690
www.lighthousedt.com
FEIN:

**Invoice #0098910-IN**

| | |
|---|---|
| Date: | October 05, 2010 |
| Customer no: | 00-MCC |
| Lighthouse job no: | MCC01_10001_NS001 |
| Lighthouse contact: | Lighthouse |

**Bill to:**

**McCormick Intellectual Propert**
**617 Lee Street**

Seattle          WA

| | |
|---|---|
| Client matter no: | *Washington Shoe Compan* |
| Ordered by: | Brian Stinson |
| Terms: | Net 15 |

| Description | Unit | Qty | Amt | Total |
|---|---|---|---|---|
| Printing stapled / clipped | EA | 248.00 | $.100 | $24.80 |
| Printing color | EA | 146.00 | $.950 | $138.70 |

Print color for color 2xs

| | |
|---|---|
| Net invoice | $163.50 |
| Sales tax | 15.53 |
| Invoice total | $179.03 |

Lighthouse Document Technologies does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.



**LIGHTHOUSE**
DOCUMENT TECHNOLOGIES

**925 4th Avenue, Suite 2250 | Seattle WA 98104**
**t 206.223.9690 | f 206.223.7690**
**www.lighthousedt.com**
**FEIN:** 

Bill to:

| | | |
|---|---|---|
| **McCormick Intellectual Propert** | | |
| **617 Lee Street** | | |
| **Seattle** | **WA** | |

**Invoice #0099060-IN**

| | |
|---|---|
| Date: | October 18, 2010 |
| Customer no: | 00-MCC |
| Lighthouse job no: | MCC01_10001_PP001 |
| Lighthouse contact: | Seattle Group |

| | |
|---|---|
| Client matter no: | *Washington Shoe Compan* |
| Ordered by: | Brian Stinson |
| Terms: | Net 15 |

| Description | Unit | Qty | Amt | Total |
|---|---|---|---|---|
| OCR processing | EA | 530.00 | $.030 | $15.90 |
| CD mastering | EA | 1.00 | $20.000 | $20.00 |

WSC_001

| | |
|---|---|
| Net invoice | $35.90 |
| Sales tax | 1.90 |
| Invoice total | $37.80 |

Lighthouse Document Technologies does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.



# LIGHTHOUSE
DOCUMENT TECHNOLOGIES

925 4th Avenue, Suite 2250 | Seattle WA 98104
t 206.223.9690 | f 206.223.7690
www.lighthousedt.com
FEIN: 

| | |
|---|---|
| Date: | October 11, 2010 |
| Customer no: | 00-MCC |
| Lighthouse job no: | MCC01_10001_NS002 |
| Lighthouse contact: | Lighthouse |

**Bill to:**

McCormick Intellectual Propert
617 Lee Street

Seattle        WA

| | |
|---|---|
| Client matter no: | Washington Shoe Compan |
| Ordered by: | Brian Stinson |
| Terms: | Net 15 |

| Description | Unit | Qty | Amt | Total |
|---|---|---|---|---|
| Printing B&W | EA | 662.00 | $.060 | $39.72 |

Print color for color 2xs

| | |
|---|---|
| Net invoice | $39.72 |
| Sales tax | 3.77 |
| Invoice total | $43.49 |

Lighthouse Document Technologies does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

SPECOPS PROTECTION, INC.
6501 Veterans Pkwy.
@ 1F
Columbus, GA 31904
Phone: (877) 321-1251
~~Fax: (866) 262-7550~~

706-507-0112

**INVOICE**

Invoice #2010002326
11/4/2010

Original Date: 10/20/2010



MCCORMACK
617 Lee St
Seattle, WA 98109

Reference Number: 09-23494-CIV-HUCK/O'SULLIVAN

Case Number: SOUTHERN DISTRICT 09-23494-CIV-HUCK/O'SULLIVAN

Plaintiff:
OLEM SHOE CORP.

Defendant:
WASHINGTON SHOE CO.

Received: 10/7/2010   Served: 10/13/2010 1:28 pm  CORPORATE
To be served on: FOOTLOOSE APPAREL

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

**BALANCE DUE:**

$125.00

Thank you !

Thank You for Your Business. Please enclose a copy of this invoice with your payment.

Copyright © 1992-2008 Database Services, Inc. - Process Servers Toolbox V5 3f


DOCUMENT TECHNOLOGIES

**925 4th Avenue, Suite 2250 | Seattle WA 98104**
**t 206.223.9690 | f 206.223.7690**
www..com
FEIN:

## Invoice #0099083-IN

| | |
|---|---|
| Date: | October 25, 2010 |
| Customer no: | 00-MCC |
| Lighthouse job no: | MCC01_10001_NS003 |
| Lighthouse contact: | Seattle Group |

**Bill to:**

**McCormick Intellectual Propert**
**617 Lee Street**

Seattle      WA

| | |
|---|---|
| Client matter no: | Washington Shoe Compan |
| Ordered by: | Brian Stinson |
| Terms: | Net 15 |

| Description | Unit | Qty | Amt | Total |
|---|---|---|---|---|
| Printing stapled / clipped | EA | 616.00 | $.100 | $61.60 |
| Printing color | EA | 98.00 | $.950 | $93.10 |

Print color for color 2xs

| | |
|---|---|
| Net invoice | $154.70 |
| Sales tax | 14.70 |
| Invoice total | $169.40 |

Lighthouse Document Technologies does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

925 4th Ave, Ste 2250 | Seattle, WA 98104 | t: 206.223.9690 | f: 206.223.7690 | www.lighthousedt.com

# Premier Realtime for Watkins Court Reporters

2200 Sixth Avenue, Suite 425
Seattle, WA 98121
Phone: 206-622-4044
Fax: 206-405-1799

McCormack Intellectual Property Business Law
617 Lee Street
Seattle, WA 98109

## *Statement*

| Statement Date | 09/30/2011 |
|---|---|

| Sent Date | Due Date | Invoice# | Assignment | Case Name/Deponent | Policy Number | Amount |
|---|---|---|---|---|---|---|
| **Timothy B. McCormack** | | | | | | |
| 06/10/2011 | 06/10/2011 | 74480 | 05/20/2011 | Olem Shoe Corp.vs. Washington Shoe Co. (Ditsy Dot) Roel Salonga | | $ 628.75 |
| | | | | | | $ 628.75 |

| | Total Amount | $ 628.75 |
|---|---|---|

| Current | 30 - 60 Days | 60 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|

Thank you for working with Watkins Court Reporters - Please make checks payable to Premier Realtime.
Tax ID

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plaintiff's Motion to Dismiss Counterclaim and exhibits; review copyright forms. | | | | | | | | | |
| Feb  9/2010 3090 | Lawyer: TJM  0.70 Hrs X 350.00 Review Motion to Strike; review correspondence from Mr. McCormack; review case law and law review article provided by McCormack; repond to McCormack inquiry re: preparation of Motion to Strike | | | | 245.00 | 10359 | | | | |
| Feb 10/2010 3091 | Lawyer: TJM  6.50 Hrs X 350.00 Prepare Response to Olem's Motion to Strike; research in support of same; Prepare Amended Complaint; revise exhibits to same; exchange e-mails with client re: response to motion; prepare brief report to client re: copyright act preemption decision written by Judge Huck. | | | | 2275.00 | 10359 | | | | |
| Feb 20/2010 3092 | Lawyer: TJM  2.50 Hrs X 350.00 Revise Respose to Motion to Strike and finalize same for filing; Review Motion to Dismiss, Review and Revise Respose to Motion to Dismiss and finalize same for filing; exchange correspondence with client. | | | | 875.00 | 10359 | | | | |
| Feb 28/2010 3166 | Billing on         10359 FEES | | | █████ | | ████ | | | | |
| Feb 28/2010 3184 | Tom J. Mano█ Client pmt of fees and costs - Inv. No:   - to cover A/R - Inv. 10359 | ███ | | | | █ | | ████ | ████ | |
| Feb 28/2010 3186 | Tom J. Manos, P.A. PMT - Legal fees and costs - to cover A/R - Inv. 10359 | ███ | ████ | | | | | | | |
| Mar  1/2010 3298 | Expense Recovery copies | X0162 | | 2.00 | | 10441 | | | | |
| Mar  1/2010 3542 | Expense Recovery Postage Postage | X0168 | | 0.44 | | 10441 | | | | |
| Mar  3/2010 3308 | Lawyer: TJM  0.50 Hrs X 350.00 Review correspondence to and from opposing counsel re: attorney legal fees and costs and settlement discussions; review Reply to Response to Motion to Strike; Review Reply to Response to Motion to Dismiss. | | | | 175.00 | 10441 | | | | |
| Mar  4/2010 3791 | Lawyer: TJM  0.90 Hrs X 350.00 Telephone conference with Ezra Greenberg, the law clerk for Judge Huck regarding Amended Counterclaim; Review file re: same; second telephone conference with Mr. Greenberg; review Request for Admissions to Plaintiff; review Request for Production to Plaintiff; review letter from McCormack to Sanchelima; third telephone conference with Ezra Greenberg re: whether Washington Shoe, as counter-plaintiff,  must comply with all "pliantiff" deadlines in the Pre-Trial Order. | | | | 315.00 | 10441 | | | | |
| Mar  5/2010 3792 | Lawyer: TJM  0.60 Hrs X 350.00 Telephone conferences with Judge Huck's law clerk; exchange e-mails with client re: hearing on Motion to Strike; review correspondence from opposing counsel; prepare materials for hearing on Motion to Strike. | | | | 210.00 | 10441 | | | | |
| Mar  9/2010 3568 | Lawyer: TJM  3.80 Hrs X 350.00 Prepare for hearing on Motion to Strike; telephone conferences with Tim McCormack; review draft of Motion for Summary Judgment, Memorandum of Law, Statement of Material Facts; and Declarations of McCormack and Moehring; revise same. | | | | 1330.00 | 10441 | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Bld Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | thereto; review order striking Motion to Compel and notice of hearing; review memorandum re: Chinese discovery; prepare for hearing. | | | | | | | | | |
| Jun 2/2010 4561 | Billing on        10601 FEES | | | ▇ | | 10601 | | | | |
| Jun 2/2010 4946 | Lawyer: TJM ▇ Hrs X 350.00 Receipt and review Reply to Olem's Response to Washington Shoe's objection and Motion to Strike the Declaration of Su Yuan; Receipt and review Declaration of Timothy McCormack in support of Reply to Olem's Response to objections and Motion to Strike; review exhibit to McCormack Declaration. | | | | 175.00 | 10689 | | | | |
| Jun 3/2010 4580 | Lawyer: TJM 3.50 Hrs X 350.00 Preparation for and attendance at hearing on Motion to Compel and motion re: deposition of witness in China | | | | 1225.00 | 10689 | | | | |
| Jun 3/2010 4873 | Expense Recovery Postage Expense | X0184 | | 0.44 | | 10689 | | | | |
| Jun 4/2010 4597 | Tom J. Manos, P.A. Client pmt of fees and costs - Inv. No:  - transfer to cover AR | ▇ | | | | ▇ ▇ | ▇ | ▇ ▇ | ▇ | |
| Jun 4/2010 4609 | Tom J. Manos, P.A. PMT - Legal fees and costs - transfer to cover AR | ▇ | ▇ | | | | | | | |
| Jun 4/2010 4614 | Lawyer: TJM 1.60 Hrs X 350.00 Receipt and review Order from court re: hearing on 6/3/10; telephone conference with McCormack re: hearing; review Reply to Olem's Response to Washington Shoe's Motion to Strike Declaration of Su Yuan; review Declaration of Tim McCormack; Review Exhibit to Declaration of Tim McCormack; finalize same for filing with Court. | | | | 560.00 | 10689 | | | | |
| Jun 7/2010 4628 | Lawyer: TJM 0.00 Hrs X 350.00 Receipt and review correspondecne from Judge Huck's chambers; receipt and review correspondence from Tim McCormack's office; | | | | 0.00 | 10689 | | | | |
| Jun 8/2010 4626 | Lawyer: TJM 0.90 Hrs X 350.00 Telephone conference with Judge Huck's chambers re: hearing on oral argument concerning motion to strike declaration of Yuan; review documents re: hearing; telephone conference with opposing counsel; telephone conference with Tim McCormack's office; receipt and review corresondence from opposing counsel. | | | | 315.00 | 10689 | | | | |
| Jun 9/2010 4634 | Lawyer: TJM 2.20 Hrs X 350.00 Preparation for and attendance at hearing on Motion to strike declaration of Su Yuan and Motion for issuance of Request to Register of copyrights. | | | | 770.00 | 10689 | | | | |
| Jun 10/2010 4637 | Lawyer: TJM 0.50 Hrs X 350.00 Review memorandum of law in support of opposition to appointment of commissioner in China; review exhibits thereto; finalize documents for filing with Court. | | | | 175.00 | 10689 | | | | |
| Jun 10/2010 4914 | Expense Recovery Photocopy Expense | X0185 | | 32.25 | | 10689 | | | | |
| Jun 10/2010 4915 | Expense Recovery Photocopy Expense | X0185 | | 19.25 | | 10689 | | | | |
| Jun 11/2010 4644 | Lawyer: TJM 0.40 Hrs X 350.00 Receipt and review new affidavits in support of motion for summary judgment; Review response to plaintiff's motion to commission a person before whom deposition upon written questions may be taken. | | | | 140.00 | 10689 | | | | |
| Jun 14/2010 | Lawyer: TJM 0.60 Hrs X 350.00 | | | | | | | | | |