# EXHIBIT 7



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: December 04, 2009
Invoice No. 12636

Last Bill Date: 11/10/2009

For the period October 25 – November 17, 2009

IN REFERENCE TO: **Intellectual Property**

PREVIOUS BALANCE    ███████

████████████████████    █████

NEW CHARGES (Itemized below)    █████

**Total Due**    █████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES

#### * General



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**WSC - OLEM Shoe Corp**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 11/04/09 | LMM | Take telephone call from Jay Sanchelina; make journal entry for files, communicate with Mr. McCormack re same. | 0.20 | 26.00 |
| 11/05/09 | TBM | Communications with opposing counsel re status; communications with client re the same; consider issues re the same; review file and communicate with associate re the | 0.20 | 52.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | same. | | |
| 11/06/09 | LAK | Prepare response to OLEM's response letter of November 4. | 0.30 | 60.00 |
| 11/09/09 | TBM | Communications with opposing counsel re infringements; prepare follow-up letter to opposing counsel re the same. | 0.40 | 104.00 |
| | DLS | File maintenance. | 0.40 | 52.00 |
| 11/12/09 | TBM | Review files; consider issues re source liability. | 0.20 | 52.00 |
| 11/17/09 | TBM | Research re declaratory judgment action filed by Olem Shoes; review pleadings and communications with client re the same. | 0.70 | 182.00 |
| | | | 2.40 | 528.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Page 15

Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ████ | | ███████████████████████ | ███ | ███ |
| | ███ | ██████████████████████ | ████ | ███ |
| | ███ | █████████████████████ | ██ | ██ |
| ██████████████████████ | | | ██ | ██ |
| | ███ | ██████████████████ | ████ | |
| | ███ | █████████████████████ | ██ | ██ |
| ████████ | ████ | | ██ | ██ |
| ███████████████████████ | | | ██ | ██ |
| | ██████████████████ | | ██ | ██ |
| ████████ | ███████████████ | | ██ | ██ |
| ████████ | ███████████████ | | ██ | ██ |
| | ██████████████████ | | ██ | ██ |
| | ██████████████████ | | ██ | ██ |
| | ██████████████████ | | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

preparation of introductory instructions and definitions for



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|-----------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


McCormack
Intellectual Property Law
Business Law PS

Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|------------------------|-------------|--------------|--------|
|      |                        |             |              |        |



**Advances / FedEx**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|------------------------|-------------|-------------|--------|
| | | ███████████████████ | █ | ███ |
| | | | | |
| **OLEM Shoe Corp** | 10/29/09 | FedEx Tracking **796078077092**<br>FedEx Express Saver Envelope -- Delivery 11/3/2009  10:30 AM<br>Receiver H.Horne; OLEM Shoe Corp, 800 NW 21st St, Miami, FL | 1 | 19.63 |

**Expenses**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Intellectual Property Law
Business Law PS

Invoice Date:   December 04, 2009
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
| | | | | |

**TOTAL NEW CHARGES THIS PERIOD**

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   January 07, 2010
Invoice No.     12680

Last Bill Date: 12/4/2009

For the period Ending December 20, 2009

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**

CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>**SERVICES**</u>

**<u>* General</u>**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ███ | ████████████ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ |
| ██ | ███ | ████████████ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   January 07, 2010
Invoice No.

Page 7

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Continued

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **WSC - OLEM Shoe Corp** | | |
| 10/22/09 | NBC | Word processing:  WSC v OLEM Shoes - Letters to opposing counsel.  *(Not previously billed.)* | 0.30 | 22.50 |
| 12/01/09 | LMM | Communications with client re Waiver of Service; Communications with Mr. McCormack re the same; Organize and update office files; Communications with Mr. McCormack re the same. | 0.80 | 104.00 |
| 12/02/09 | TBM | Review communications from client re waiver of service; sign the same; communications with staff re forwarding the same to opposing counsel. | 0.20 | 52.00 |
| | LMM | Send Communications to client re Waiver of Service; Communications with Mr. McCormack re the same; Update files re the same. | 0.80 | 104.00 |
| 12/03/09 | LMM | Process communications to opposing counsel re Waiver of Service; Communications with Mr. McCormack and client re the same. | 0.30 | 39.00 |
| 12/17/09 | TBM | Review docket and deadlines; case planning and preparation re the same. | 0.30 | 78.00 |
| | LMM | Docket extension of deadline to Answer Complaint; Communications with Mr. McCormack re the same. | 0.30 | 39.00 |
| | KRG | Conduct research regarding Florida's long arm statute in preparation for responsive pleading to complaint. | 1.00 | 175.00 |
| | | | 4.00 | 613.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|-----------------------|-------------|-------|--------|
| ███ | █████████████████████ | ██████████ | ██ | ██ |
| ███ | ███████████████████ | ██████████ | ██ | ██ |
| ███ | █████████████████████████ | ██████ | ██ | ██ |
| | | | ██ | ██ |
| | ██████ | | | |
| ███ | ███████████████████ | ██████ | ██ | ██ |
| ███ | █████████████████████████ | ██████ | ██ | ██ |
| ███ | ███████████████████████ | ███ | ██ | ██ |
| ███ | █████████████████████████ | ██████ | ██ | ██ |
| ███ | ███████████████████ | ██████ | ██ | ██ |
| ███ | █████████████████████████ | ███████ | ██ | ██ |
| ███ | ██████████████████████████████████ | | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |
| ███ | ███ | ███████████ | ███ | ███ |


Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


McCormack
Intellectual Property Law
Business Law PS

Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| ████ | ████████████████████████ | ██████ | ██ | ██ |
| | ████ | ████████████ | ██ | ██ |
| ██████████████ | ████████████ | ██████ | ██ | ██ |
| | ████ | ████████████████ | ██ | ██ |
| | ████ | ████████████████ | ██ | ██ |
| | ████ | ██████████████ | ██ | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 19

Invoice Date: January 07, 2010
Invoice No.



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Fees for Professional Services

Qty

**Advances**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|



**Expenses**



| | | | | |
|---|---|---|---|---|
| | OLEM Shoe Corp - Photocopy documents | | 4 | 0.80 |
| | OLEM Shoe Corp - Document scanning | | 2 | 0.30 |
| | OLEM Shoe Corp - Printing charges (b/w) | | 7 | 0.70 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
|      |                     |             | Qty   |        |

### Expenses / Westlaw - OLEM Shoe Corp

| Description | | Qty | Amount |
|-------------|---|-----|--------|
| OLEM - 11/30/09 Westlaw Online Research | | 1 | 71.25 |
| OLEM - 12/01/09 Westlaw Online Research | | 1 | 231.25 |
| OLEM - 12/06/09 Westlaw Online Research | | 1 | 27.50 |
| OLEM - 12/08/09 Westlaw Online Research | | 1 | 12.50 |
| OLEM - 12/02/09 Westlaw Online Research | | 1 | 257.50 |
| OLEM - 12/09/09 Westlaw Online Research | | 1 | 135.00 |
| OLEM - 12/17/09 Westlaw Online Research | | 1 | 507.50 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   January 07, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | | Qty | |
| | OLEM - 12/28/09 Westlaw Online Research | | 1 | 437.95 |
| | | | | 1,680.45 |

Total additional charges

TOTAL NEW CHARGES THIS PERIOD

### CLIENT FUNDS - TRUST ACCOUNT ACTIVITY

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: February 02, 2010
Invoice No. 12719

Last Bill Date: 1/7/2010

For the period ending January 14, 2010

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

**\* General**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ████ | ██████ ██████ | ████████████████████████████ ████████████████ | ███ | ███ |
| ███ | ██████████████ | ████████████████████████████ ████████████ ██████ ████████████████████████ | ███ | ███ |
| ██████████ | ██████ ████████████████████ ████████████ ██████████████████ | ███ | ███ |
| ███ | ██████████████████████ ████ █████ ██████ ████████████████████████ | ███ | ███ |
| ██████████ | ██████ ████████████████████ ████████ | ███ | ███ |
| ███ | ██████████████████████ █████ ██████ | ███ | ███ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Continued

Street
Seattle, WA 98109-3425, USA



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | | |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ███ | ██████ | ████████████████ | ██ | ██ |
| ███ | ██████ | ████████████████ | ██ | ██ |
| ███ | ██████ | █████████████ | ██ | ██ |
| ███████████ | █████████ | ██ | ██ |
| ██ | ██████ | ██████████████ | ██ | ██ |
| ██ | ██████ | ██████████████ | ██ | ██ |
| ███████████ | ████ | | |
| ██████ | ████████████ | ██ | |
| ██ | ██████ | █████████ | ██ | |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:  February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | **WSC - Olem Shoe Corp** | | |
| 12/28/09 | TBM | Research re local counsel; review file re the same; communications with associate re motion to dismiss for lack of jurisdiction and change of venue. | 1.90 | 494.00 |
| | KRG | Research Florida attorneys to serve as local counsel; Research Florida Long-Arm statute; Prepare memo regarding the same; prepare correspondence to client regarding request for additional information and status of pleading stage of litigation. | 8.20 | 1,435.00 |
| 12/29/09 | TBM | Prepare memo to client re jurisdictional issues; prepare E-mail to client outlining strategy and qualifications of local counsel; communications with associate re the same; consider issues re the same; review files re deposit to copyright office re ditsy dot boots. | 2.70 | 702.00 |
| | KRG | Finalize correspondence to client regarding request for information. | 0.40 | 70.00 |
| 12/30/09 | TBM | Communications with prospective local counsel re summary judgment and judge in case; review memo re OLEM Shoe's contacts and business relationships; consider issues re jurisdiction and venue; communications with client. | 1.70 | 442.00 |
| | TBM | Review engagement agreement from Florida counsel for terms consistent with client's expectations; Complete Disclosure of Corporate Interest. | 0.70 | 182.00 |
| | LMM | Communications with Mr. McCormack re local Florida counsel. | 0.10 | 13.00 |
| | KRG | Conduct research regarding Olem's contacts with the state of Washington including research of officers of Olem Shoe Company; assets owned by the same, licenses held by Olem, sales offered via the Internet by Olem and any other jurisdictional facts available for determination of litigation plan. | 3.80 | 665.00 |
| 12/31/09 | KRG | Review and comment on Engagement Agreement with local Florida counsel and send executed copy of same to counsel; review and analyze Complaint for Declaratory Judgment in preparation for responsive pleading to the same;  prepare Answer to Complaint including strategy and legal authority to admit or deny allegations of the Complaint. | 2.20 | 385.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 01/04/10 | TBM | Review and revise answer and counterclaims for copyright infringement; review paragraph re deposit and filing of copyrights; consider issues re the same; communications with counsel re *pro hac vice* application. | 1.10 | 286.00 |
| | KRG | Continue preparation of Answer to Complaint for Declaratory Judgment; Prepare Affirmative Defenses for Answer to Complaint for Declaratory Judgment; prepare Counterclaim for Copyright Infringement, Trade Dress and Unfair Competition; conduct Research regarding Florida's Deceptive and Unfair Trade Practices Act; research and prepare motion for *pro hac vice* and Certification of Mr. McCormack for Admission for pro hac vice; conduct research regarding ███████████████████████████████ ██████████████████████. | 6.50 | 1,137.50 |
| 01/05/10 | TBM | Review and revise answer and counterclaims for copyright infringement; research re deposit and filing of copyrights; consider issues re the same; communications with paralegal re *pro hac vice* application and registering with ECF system. | 2.70 | 702.00 |
| | LMM | Research court rules for US District Court Southern District of Florida; assist Mr. McCormack with review, revision, and proofreading of WSC's Answer to Complaint; communications with Mr. McCormack re the same. | 4.00 | 520.00 |
| | KRG | Continue research regarding ███████████; analyze █████ ████████████████ prepare memorandum regarding ████████████████████████ | 4.30 | 752.50 |
| 01/06/10 | TBM | Case management and communications with local counsel; review research re █████████████████████████████ ████; consider issues re the same; communications with associate the "derivative work" theories. | 1.40 | 364.00 |
| | LMM | Communications with Mr. McCormack and local counsel re *pro hac vice* filing and filing fee. | 0.10 | 13.00 |
| 01/07/10 | TBM | Communications with client re claims and counterclaims; communications with associate re the same; communications with local counsel re the same; review file and case management re the same; review summary judgment decisions from judge and consider issues re the same; review and revise memo re the same. | 1.90 | 494.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date: February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 01/07/10 | LMM | Document and file management (including indexing; updating pleading files and docket review) re Miami local counsel and certification of Timothy B. McCormack to appear *pro hac vice* in US District Court for the Southern Distinct of Florida. | 0.70 | 91.00 |
| 01/08/10 | TBM | Communications with local counsel re answer deadline; review file re the same. | 0.20 | 52.00 |
| | KRG | Prepare modifications to memorandum regarding ███ ████████ | 1.40 | 245.00 |
| 01/11/10 | TBM | Case management. | 0.20 | 52.00 |
| 01/12/10 | TBM | Case management; review local rules and court requirements re special notice to court re filing of copyright matters; communications with associate and paralegal re the same. | 0.40 | 104.00 |
| | LMM | Communications with Client and Mr. McCormack re Order Setting Civil Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge; Document and file management (including indexing; updating pleading files and docket review); using PACER (Public Access to Court Electronic Records), research for Documents 6 and 7; communications with Mr. McCormack re the same. | 0.30 | 39.00 |
| | LAK | Research and forward Form AO-121, required by courts when filing an infringement claim. | 0.50 | 100.00 |
| | LAK | Conference with Mr. McCormack regarding ████ ████████████████████████████████████ discussion of topic in preparation for research project. | 0.20 | 40.00 |
| 01/13/10 | TBM | Case management. | 0.70 | No Charge |
| 01/14/10 | TBM | Review and revise complaint for new counter claims; communications with associate re the same; communications with paralegal re corporate disclosure forms and disclosure to copyright office the copyrights at issue; communications with local counsel and client re the same. | 1.00 | 260.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: February 02, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 01/14/10 | TBM | Communications with paralegal re corporate disclosure forms and disclosure to copyright office the copyrights at issue. | 0.30 | 78.00 |
| | LMM | Research court rules for US District Court re Rule 7.1 Corporate Disclosures and Form AO-121 (Report on the Filing or Determination of an Action or Appeal Regarding a Copyright); review docket for filing of Form AO-121; assist Mr. McCormack with preparation and filing of pleadings: Corporate Disclosure; communications with Mr. McCormack re the same; communications with Florida local counsel re the same. | 1.20 | 156.00 |
| | KRG | Prepare modifications to and finalize Answer and Counterclaim to include infringement of Zebra boot design; gather and prepare final exhibits for filing with Answer and Counterclaim;  finalize Answer and Counterclaim for filing; conference with Mr. McCormack re the same. | 1.80 | 315.00 |
| | | | 52.60 | 10,189.00 |

### WSC - Olem Shoe Corp (Zebra)

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 01/07/10 | TBM | Prepare Cease and Desist letter to source of goods provided to Town Shoes; fact research re the same; communications with associate re the same. | 1.00 | 260.00 |
| | LMM | Assist Mr. McCormack with communications to infringer; communications with Mr. McCormack re the same; communications with Client re the same. | 0.60 | 78.00 |
| | KRG | Review and revise Cease and Desist regarding Zebra Supreme boots; prepare modifications to Counterclaim against Olem. | 0.60 | 105.00 |
| 01/08/10 | TBM | Communications with client re copyright application status; review art submitted to copyright office and pictures of infringing boot; communications with client re ███████ ███████ communications with associate re revised counterclaims; consider issues re the same. | 0.90 | 234.00 |
| 01/11/10 | LMM | Communications with Mr. McCormack re FedEx shipment received; document and file management (including indexing; updating pleading files and docket review). | 0.20 | 26.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98105-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/13/10 | TBM | Case management and communications with client re status of copyright application; review communications from opposing counsel re infringement issues. | 0.20 | 52.00 |
| 01/14/10 | TBM | Communications with client re status of copyright application. | 0.20 | 52.00 |
| | | | 3.70 | 807.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 19



Invoice Date: February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued





| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Fees for Professional Services

**Advances**

Qty

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   February 02, 2010
Invoice No.

Page 21

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date: February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|------------------------|-------------|--------------|--------|

### Advances / FedEx

███████ █ ███
███████████████████
███████

**OLEM (Zebra)** 01/07/10 FedEx Tracking **798284293179** — 1 — 32.55
Standard Overnight / Envelope -- Delivery 1/8/2010 3:18 PM
Recipient Jesus Sanchelima, Sanchelima & Assoc; Miami FL
Signed by: J. Tabares

████████████ █ ███
███████████████
███████████

███

### Expenses

██████████████ █ ███
████████████
████████
██████

OLEM (Zebra) - Printing charges (b/w) — 16 — 1.60
OLEM - Photocopy documents — 2 — 0.40
OLEM - Document scanning — 14 — 2.10
OLEM - Printing in color (partial page) — 1 — 0.25
OLEM (Engage Agree.) - Printing charges (b/w) — 15 — 1.50
OLEM - Printing charges (b/w) — 118 — 11.80
OLEM (Summary Judgment Research) - Printing charges (b/w) — 50 — 5.00
OLEM (Prep of Ans & Counterclaim) - Printing charges (b/w) — 40 — 4.00

████████████ █ ███
██████████
████████

███

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   February 02, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | Qty | |
| | | **Expenses / Westlaw** | | |
| | OLEM - 01/04/10 Westlaw Online Research | | 1 | 310.50 |
| | OLEM - 01/05/10 Westlaw Online Research | | 1 | 250.00 |
| | OLEM - 01/08/10 Westlaw Online Research | | 1 | 31.25 |

Total additional charges

TOTAL NEW CHARGES THIS PERIOD

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: March 06, 2010
Invoice No. 12759

Last Bill Date: 2/2/2010

For the period ending February 24, 2010

IN REFERENCE TO: **Intellectual Property**



NEW CHARGES (Itemized below)   $████████

## Total Due   $████████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

**\* General**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010

Page 2

Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010
Invoice No.

Page 3

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ████ | ████████████ | | |
| ███ | ████ | ███████████████ | ███ | ███ |
| ███ | | ███████████████ | ██ | ██ |
| | | ███████████ | | |
| ███ | | █████████ | ██ | ██ |
| | ██ | ████████ | ████ | ███ |
| | ██ | ███████████ | ████ | ███ |
| ███ | | ████████████ | ██ | ██ |
| ███ | | ████████████ | ██ | ██ |
| ███ | | █████████████ | ██ | ██ |
| ███ | | █████████████ | ██ | ██ |
| ███ | | █████████████ | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| ██ | ██████ | ████████████████ | ██ | ██ |
| | ██████ | ████████████ | ██ | ██ |
| | ██████ | ██████████████ | ██ | ██ |
| ██ | ██████ | ████████████ | ██ | ██ |
| ██ | ████████████████████████ | ████ | | |
| | ██████ | ██████████████ | ██ | ██ |
| ██ | ██████████████████ | | ██ | ██ |
| | ██████ | ████████████ | ██ | ██ |
| ██ | ██████ | ████████████ | ██ | ██ |
| ██ | ████████████████████ | | ██ | ██ |
| ██ | ██████████████ | | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010
Invoice No.

Page 5

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Continued

Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date: March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | | |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ██ | ████ | ████████ | ██ | ██ |
| ██ | ████████████ | | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:  March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Continued

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 11



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|





Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Page 14

Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | ███████████ | | |
| ████████ | | ████████████████████ | ███ | ███ |
| | | ██████████████████ | | |
| | | | ███ | ███ |

### WSC - Olem Shoe Corp

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| 01/15/10 | KRG | Telephone calls with T. Manos regarding status of filing of Answer and Counterclaim in Florida and final modifications of Answer and Counterclaim; review Answer, Counterclaim and Notice of Filing Exhibits as filed by local Florida counsel. | 0.60 | 105.00 |
| 01/18/10 | LMM | Communications with Ms. Griffith re filing Answer to Complaint. | 0.20 | 26.00 |
| 01/19/10 | KRG | Prepare correspondence to client regarding filing of Answer, Counterclaim and Exhibits; receive and review certificate of registration regarding Zebra Supreme boot design. | 0.30 | 52.50 |
| 01/21/10 | KRG | Receive and review copy of Answer and Counterclaim as filed with the Southern District of Florida. | 0.30 | 52.50 |
| | KRG | Receive and review copyright registration for Zebra Supreme design; telephone calls with B. Brewer regarding ████████ ████████████████████. | 0.50 | 87.50 |
| 01/28/10 | TBM | Research re minimum levels of creativity needed to establish copyrights; review cases re the same; consider issues re the same; communications with associate re summary judgment issues and preparation re the same. | 1.20 | 312.00 |
| 02/01/10 | TBM | Communications with associate re copyright issues applied to functional articles; consider issues re the same; review and revise letter to opposing counsel re copyright issues; communications with associate re the same; communications with local counsel re AO121 form; communications with client re case and status. | 0.80 | 208.00 |
| | LMM | Document and file management (including indexing, updating pleading files and docket review). | 0.10 | 13.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/10 | LAK | Review and revise associate K. Griffith's draft letter to Olem's opposing counsel; prepare suggestions and additions to same. | 0.30 | 60.00 |
| | KRG | Conduct research re grounds for granting of motions for summary judgment. | 1.00 | No Charge |
| | KRG | Prepare modifications to and finalize response to correspondence from opposing counsel regarding Zebra Supreme copyright registration; conduct research regarding scope of protection of copyrights relating to useful articles; discuss scope of copyright protection of ideas fixed in tangible form with associate; prepare for filing Form AO121 for Ditsy Dots and Zebra Supreme Boots. | 2.70 | 472.50 |
| 02/02/10 | TBM | Research re summary judgment motion re copyright issues. | 1.00 | 260.00 |
| | KRG | Additional work on above. | 5.00 | No Charge |
| | KRG | Conduct research re the viability of plaintiffs' motions for Summary Judgment and the factual and legal basis supporting findings of Summary Judgment; conduct analysis of case law with respect to facts of current matter; prepare Motion for Summary Judgment Statement of Facts. | 1.00 | 175.00 |
| 02/03/10 | TBM | Extended communications with opposing counsel re liability issues and settlement discussions; consider issues re the same; prepare letter to opposing counsel re the same; review file re the same; review motion to dismiss under 12(b)(6); consider issues re the same; communications with associate re the same. | 3.60 | 936.00 |
| | LMM | Communications with opposing counsel and Mr. McCormack re Olem; communications with associate K. Griffith re Initial Discovery Requests to Defendant; assist Mr. McCormack with correspondence re Ditsy Dots. | 0.40 | 52.00 |
| | LAK | Conference with Mr. McCormack regarding 12(b)(6) motion to dismiss claim filed by Olem; discuss strategy and arguments to address in the reply motion. | 0.30 | 60.00 |
| | KRG | Continue research for preparation of Motion for Summary Judgment; begin preparation of legal argument and authority for Motion for Summary Judgment. | 5.60 | 980.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/04/10 | TBM | Review motion to strike paragraph re RCW; consider choice of law issues re the same; communications with associates re the same. | 0.40 | 104.00 |
| | LMM | Document and file management (including indexing; updating pleading files and docket review); review of federal and local court rules re motions deadlines for Motion to Dismiss Under Rule 12(B)(6) for Failure to State a Cause of Action and Memorandum in Support Thereof, and Plaintiff/Counter Defendant's Motion to Strike and Supporting Memorandum of Law; communications with Mr. McCormack re the same; communications with K. Griffith re the same; communications with local counsel re the same. | 2.20 | 286.00 |
| 02/05/10 | TBM | Communications with associate re summary judgment research; review file re the same; communications with associate re motion to dismiss; review file re the same; research re the same. | 1.90 | 494.00 |
| | KRG | Research Florida Choice of Law rules; Research Choice of Law rules on pendent jurisdiction claims. | 4.00 | 700.00 |
| | JRL | Review case pleading filed on the case by Counter-Defendant and Washington Shoe; review copyright registrations and representative products and designs; perform legal research to find supportive cases on summary judgment actions in the 11th Circuit, including consulting secondary sources on Westlaw including but not limited to: Copyright Law in Business and Practice (COPYLBP), Copyright Litigation Handbook (COPYLITIG), Copyright Throughout the World (COPYWORLD), Corporate Counsels Guide to Intellectual Property: Patents, Copyrights, Trademarks and Trade Secrets (CCGINTLP), Journal of the Copyright Society of the U.S.A. (JCPS), Law of Copyright (COPYLAW), and Patry on Copyright (PATRYCOPY); look up the cases cited in the secondary sources (2ndCiteCases) to evaluate jurisdictional and factual similarities with the present action; look up the cases cited in the 2ndCiteCases relating to related legal issues as well as cases citing the 2ndCiteCases; repeated this process with the cases cited within and citing to the newly found cases. | 8.00 | 1,200.00 |
| 02/06/10 | LAK | Review pleadings and file documents in preparation for filing reply to 12(b)(6) motion to dismiss for failure to state a claim, specifically stating a copyright infringement claim, relationship to two-dimensional works, and trade dress. | 4.00 | 800.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 02/07/10 | LAK | Prepare first draft of reply to 12(b)(6) motion to dismiss, specifically the substantive sections of copyright in two-dimensional works and requirements of section 411 in filing an infringement cause of action; apply law to the facts at issue and create arguments regarding same. | 2.00 | 400.00 |
| | LAK | Verify standard of review cases cited to still be good law; Shepardize to locate any binding precedent for 11th Circuit to reinforce existing citations. | 1.40 | 280.00 |
| | LAK | Prepare first draft of reply to 12(b)(6) motion to dismiss, specifically the standard of review section. | 1.00 | 200.00 |
| | LAK | Prepare first draft of reply to 12(b)(6) motion to dismiss, specifically the remainder of the section regarding requirements to file suit under section 411 of the Copyright Act and the section detailing our trade dress claim; forward to Mr. McCormack for review of first draft. | 1.80 | 360.00 |
| | LAK | Review practice guide samples and common arguments pled in response to 12(b)(6) motion; research legal precedent for standard of review of 12(b)(6) motion; prepare outline of arguments in opposing counsel's brief and outline of our response to same. | 0.80 | 160.00 |
| 02/08/10 | TBM | Review and revise reply to motion to dismiss; consider issues re the same; review cases re the same; communications with associate re the same; review and revise discovery requests to defendant; consider issues re the same. | 2.50 | 650.00 |
| | LMM | Review communications from local counsel's staff re local rules on motion dates; communications with local counsel's staff re the same; communications with Mr. McCormack and K. Griffith re the same; docketing (includes calendaring and time management for litigation and court dates) re Order Setting Civil Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge; review federal and court rules re summary judgment motions; docketing (includes calendaring and time management for litigation and court dates) re Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Cause of Action and Memorandum in Support Thereof; communications with Mr. McCormack re the same; docketing (includes calendaring and time management for litigation and court dates) re Plaintiff/Counter Defendant's Motion to Strike and Supporting Memorandum of Law; document and file management (including indexing; | 4.00 | 520.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | updating pleading files and docket review). | | |
| 02/08/10 | LAK | Conference with Mr. McCormack regarding changes to the reply to 12(b)(6) motion. | 0.30 | 60.00 |
| | JRL | Perform legal research to find supportive cases on summary judgment actions in the 11th Circuit; including consulting secondary sources on Westlaw including, but not limited to: Copyright Law in Business and Practice (COPYLBP), Copyright Litigation Handbook (COPYLITIG), Copyright Throughout the World (COPYWORLD), Corporate Counsels Guide to Intellectual Property: Patents, Copyrights, Trademarks and Trade Secrets (CCGINTLP), Journal of the Copyright Society of the U.S.A. (JCPS), Law of Copyright (COPYLAW), and (William F.) Patry on Copyright (PATRYCOPY); look up cases cited in the secondary sources ('2ndCiteCases') to evaluate jurisdictional and factual similarities with the present action; look up the cases cited in the 2ndCiteCases relating to related legal issues as well as cases citing the 2ndCiteCases; repeat this process with the cases cited within and citing to the newly found cases. | 5.25 | 787.50 |
| | JRL | Additional work on above. | 3.00 | No Charge |
| 02/09/10 | TBM | Communications with local counsel re amended pleading; consider issues re copyright registration; review file and case law re the same; review file re the same; communications with local counsel re filing amended complaint with Zebra copyright registration; review 11th circuit case re the same; consider issues re the same; review materials re choice of law and motion to strike; consider issues re the same; communications with local counsel re the same. | 3.50 | 910.00 |
| | LMM | Docketing (includes calendaring and time management for litigation and court dates) re Order Setting Civil Jury Trial Date and Pretrial Schedule; communications with K. Griffith re the same; communications with Mr. McCormack and K. Griffith re local court rules re motion deadlines. | 4.60 | 598.00 |
| | LAK | Discuss details of new Olems motion with Mr. McCormack and scheduling re same. | 0.10 | 20.00 |
| | LAK | Second draft Revise Reply to 12(b)(6) motion incorporating Mr. McCormack's changes, as discussed. | 1.80 | 360.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/09/10 | KRG | Prepare Washington Shoe's First Set of Interrogatories. | 1.30 | 227.50 |
| | JRL | Additional work on above item. | 3.00 | No Charge |
| | JRL | Perform legal research to find supportive cases on summary judgment actions in the 11th Circuit; including consulting secondary sources on Westlaw including, but not limited to: Copyright Law in Business and Practice (COPYLBP), Copyright Litigation Handbook (COPYLITIG), Copyright Throughout the World (COPYWORLD), Corporate Counsels Guide to Intellectual Property: Patents, Copyrights, Trademarks and Trade Secrets (CCGINTLP), Journal of the Copyright Society of the U.S.A. (JCPS), Law of Copyright (COPYLAW), and Patry on Copyright (PATRYCOPY); look up cases cited in the secondary sources ('2ndCiteCases') to evaluate jurisdictional and factual similarities with the present action; look up the cases cited in the 2ndCiteCases relating to related legal issues as well as cases citing the 2ndCiteCases; repeat this process with the cases cited within and citing to the newly found cases. | 5.50 | 825.00 |
| 02/10/10 | TBM | Review case re summary judgment with associate; consider issues and strategy re the same; review and comment on reply to motion to strike; research re ███████████ ████████████ communications with local counsel re the same; consider issues re the same. | 2.40 | 624.00 |
| | LAK | Second draft prepare and revise reply to 12(b)(6) motion. | 3.50 | 700.00 |
| | JRL | Additional work on above item. | 3.00 | No Charge |
| | JRL | Perform a custom digest search in Westlaw addressing summary judgment cases in copyright law, specifically in the US Supreme Court, 11th Circuit Court of Appeals, other Circuit Courts of Appeals, and District Courts, as well as all 'IP Secondary' materials; repeat the process of reading summaries and then looking up promising cases; evaluate the cited cases therein and look them up when prudent. | 6.75 | 1,012.50 |
| 02/11/10 | TBM | Review and revise response to motion to strike; research re the same. | 1.50 | 390.00 |
| | LMM | Document and file management (including indexing, updating pleading files and docket review). | 0.10 | 13.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/11/10 | LAK | Discuss revisions to reply to 12(b)(6) motion with Mr. McCormack. | 0.30 | 60.00 |
| | KRG | Prepare modifications to Interrogatories. | 0.60 | 105.00 |
| | JRL | Perform legal research at the Law Library at the University of Washington School of Law; perform a search of the most recent United States Patent Quarterly digests to find relevant copyright cases; repeat the process of reading summaries then looking up promising cases; evaluate the cited cases therein and look them up when prudent; perform a search of secondary sources including, but not limited to:  Goldstein – Copyright 2nd Edition, Copyright Law – A Practitioner's Guide by Keller and Cunard, and Substantial Similarity in Copyright Law by Osterberg & Osterberg. | 4.00 | 600.00 |
| 02/12/10 | TBM | Communications with associate re argument raised by opposing counsel concerning 2D artwork and the application of the same to useful articles; consider issues re the same. | 0.40 | 104.00 |
| | LMM | Prepare Washington Shoe's First Set of Requests for Admissions to Olem and Washington Shoe's First Requests for Production to Olem. | 2.30 | 299.00 |
| 02/14/10 | LAK | Review and Revise Reply to 12(b)(6) Motion to Dismiss. | 2.00 | 400.00 |
| 02/15/10 | TBM | Review and revise response to motion to dismiss under 12(b)(6); review zebra boots re exact similarity. | 0.90 | 234.00 |
| 02/16/10 | LMM | Docketing (includes calendaring and time management for litigation and court dates) re Order Setting Civil Jury Trial Date and Pretrial Schedule; research re jury instructions; review and revise discovery requests. | 2.50 | 325.00 |
| | LAK | Discuss second draft of reply with Mr. McCormack, specifically the trade dress section. | 0.70 | 140.00 |
| | LAK | Research legal precedent and case law in relation to trade dress, secondary meaning, and the elements of pleading the same; review and analyze findings. | 3.10 | 620.00 |
| | LAK | Research legal precedent and case law in relation to trade dress, secondary meaning, and the elements of pleading the same; review and analyze findings. | 3.10 | 620.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  March 06, 2010

Page 22

Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 02/16/10 | JRL | Additional work on above item. | 2.00 | No Charge |
|  | JRL | Perform legal research to find supportive cases on striking similarity in copyright actions in the 11th Circuit, including consulting secondary sources on Westlaw including, but not limited to: Copyright Law in Business and Practice (COPYLBP), Copyright Litigation Handbook (COPYLITIG), Copyright Throughout the World (COPYWORLD), Corporate Counsels Guide to Intellectual Property: Patents, Copyrights, Trademarks and Trade Secrets (CCGINTLP), Journal of the Copyright Society of the U.S.A. (JCPS), Law of Copyright (COPYLAW), and Patry on Copyright (PATRYCOPY); look up cases cited in the secondary sources ("2ndCiteCases") to evaluate jurisdictional and factual similarities with the present action; look up the cases cited in the 2ndCiteCases relating to related legal issues as well as cases citing the 2ndCiteCases; repeat this process with the cases cited within and citing to the newly found cases. | 6.50 | 975.00 |
| 02/17/10 | LMM | Docketing (includes calendaring and time management for litigation and court dates) re Order Setting Civil Jury Trial Date and Pretrial Schedule. | 0.40 | 52.00 |
|  | LAK | Review and revise third draft reply to 12(b)(6) motion to dismiss, specifically the sections regarding two-dimensional copyrighted works and its application to 3-dimensional items, and section 411 section; prepare and revise trade dress section; Shepardize trade dress citations to ensure still good law, and obtain other citations for the 11th Circuit; review and revise entire motion for final draft; forward final draft to Mr. McCormack for review and comment. | 5.50 | 1,100.00 |
|  | JRL | Perform legal research to find supportive cases on striking similarity in copyright actions in the 11th Circuit, including consulting secondary sources on Westlaw including, but not limited to: Copyright Law in Business and Practice (COPYLBP), Copyright Litigation Handbook (COPYLITIG), Copyright Throughout the World (COPYWORLD), Corporate Counsels Guide to Intellectual Property: Patents, Copyrights, Trademarks and Trade Secrets (CCGINTLP), Journal of the Copyright Society of the U.S.A. (JCPS), Law of Copyright (COPYLAW), and Patry on Copyright (PATRYCOPY); look up cases cited in the secondary sources ("2ndCiteCases") to evaluate jurisdictional and factual similarities with the present action; look up the cases cited in the 2ndCiteCases relating to related legal issues as well as cases citing the 2ndCiteCases; repeat | 4.00 | 600.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | this process with the cases cited within and citing to the newly found cases; perform legal research to find supportive cases using striking similarity in copyright actions in the 11th Circuit, including performing Boolean searches for applicable case law on Westlaw and CaseMaker2.1 utilizing various search terms and combinations across multiple databases; review the case summaries of the results to evaluate the likelihood of applicability to the present action; look up and evaluate the most promising of the cases found; evaluate cases cited within each case as well as later cases that cited each case. | | |
| 02/18/10 | TBM | Review and revise response to motion to dismiss under 12(b)(6); review zebra boots re exact similarity. | 1.50 | 390.00 |
| | LMM | Docketing (includes calendaring and time management for litigation and court dates) re Order Setting Civil Jury Trial Date and Pretrial Schedule; communications with K. Griffith re the same; assist with review and revision of pleadings and proofreading re Response to Plaintiff's Motion to Dismiss; assist Mr. McCormack with review and revision of pleadings and proofreading re discovery requests. | 3.20 | 416.00 |
| | LAK | Conference with Mr. McCormack regarding final draft of reply to 12(b)(6) motion. | 0.30 | 60.00 |
| | JRL | Perform legal research to find supportive cases using striking similarity in copyright actions in the 11th Circuit, including performing Boolean searches for applicable case law on Westlaw and CaseMaker2.1 utilizing various search terms and combinations across multiple databases; review the case summaries of the results to evaluate the likelihood of applicability to the present action; look up and evaluate the most promising of the cases found; evaluate cases cited within each case as well as later cases that cite each case; collate and organize applicable cases; KeyCite/Shepardize relevant cases to check for validity as well as for other citing cases that may be relevant; evaluate those results. | 6.50 | 975.00 |
| | JRL | Additional work on above item. | 2.00 | No Charge |
| 02/19/10 | JRL | Search for and review opinions by Judge Huck addressing copyright infringement and summary judgment thereon; review cases cited by Judge Huck therein; evaluate Judge Huck's preference for rule statements and citations regarding copyright infringement; collate and organize applicable cases; KeyCite/Shepardize relevant cases to check for validity as well as for other citing cases that may be relevant | 4.00 | 600.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | and evaluate those results; perform a search of United States Patent Quarterly Digests to find relevant copyright cases; repeat the process of reading summaries and then looking up promising cases; evaluate the cited cases therein and look them up when prudent. | | |
| 02/22/10 | TBM | Review motions filed with court; communications with paralegal re the same; communications with client re the same; communications with opposing counsel. | 0.70 | 182.00 |
| | LMM | Communications with Mr. McCormack re discovery requests; document and file management (including indexing; updating pleading files and docket review). | 0.40 | 52.00 |
| | JRL | Research motions filed on PACER for certain cases in the S.D. of Florida and well as cases involving striking similarity and summary judgment finding copyright infringement; prepare draft of motion for summary judgment to find Counter-Defendant liable for copyright infringement including, but not limited to: formulating legal arguments regarding summary judgment, copyright infringement based on striking similarity, access and substantial similarity, and access by wide distribution, identifying and preparing a statement of pertinent facts; review those results. | 4.00 | 600.00 |
| | JRL | Formulate, review, prepare, and revise discovery requests in support of litigation including requests for production, requests for admission, and interrogatories; review federal rules of civil procedure and local court rules to draft requests in compliance therewith. | 8.00 | 1,200.00 |
| 02/23/10 | TBM | Review infringing boots from ██████; communications with client re the same; communications with client and paralegal re ██████████████ ██████████████  communications with associate re discovery requests and summary judgment motion; consider issues re the same; review and revise discovery requests. | 1.80 | 468.00 |
| | LMM | Record keeping tasks re infringing boots samples. | 0.10 | 13.00 |
| | JRL | Additional work on previous item. | 2.50 | No Charge |
| | JRL | Formulate, review, prepare, and revise discovery requests in support of litigation including requests for production, requests for admission, and interrogatories; review federal rules of civil procedure and local court rules to draft requests | 3.00 | 450.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | in compliance therewith. | | |
| | | | 180.80 | 28,173.50 |

### WSC - Olem Shoe Corp (Zebra)

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 01/25/10 | TBM | Review communications from counsel; consider issues re the same; case management; review form CA from copyright office re correction of title to Zebra Supreme boot; consider issues re the same; communications with client re the same. | 0.50 | 130.00 |
| 01/29/10 | TBM | Review communications with opposing counsel re Zebra Stripe; consider issues re the same; communications with associate re the same. | 0.40 | 104.00 |
| | | | 0.90 | 234.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 26



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ███ | ███████████ | ██ | ██ |
| ██ | | ████ | | ██ |
| ███ | | ███████ | ██ | ██ |
| ██ | | ██ | | ██ |
| ███ | | ██████████ | ██ | ██ |
| ██ | | █████████ | | ██ |
| | | ████████ | ██ | ██ |
| | | ██████ | ██ | ██ |
| ███ | | █████ | | ██ |
| ███ | | ███████ | ██ | ██ |
| ███ | | ██████ | ██ | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 28



Invoice Date: March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property


**m¢cormack**
**Intellectual Property Law**
**Business Law** PS

Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ███ | ████████████████ | | ██ | ██ |
| | | | ██ | ██ |
| | ██████ | | | |
| █████ | ████████████████ | | | ██ |
| | ██████████ | | ██ | ██ |
| | | | ██ | ██ |
| | ██████ | | | |
| █████ | ██████████████ | | ██ | ██ |
| | | | ██ | ██ |
| | ██████ | | | |
| █████ | ███████████████ | | ██ | ██ |
| | | | ██ | ██ |

Fees for Professional Services    ████  $ ██████

Qty

**Advances**

| ████████████████ | █ | ██ |
| ████████████████ | █ | ██ |
| ██████████████ | █ | ██ |
| | | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

**Advances / FedEx**

**Expenses**

| | | | | |
|---|---|---|---|---|
| Olem - Printing charges (b/w) | | | 594 | 59.40 |
| Olem (Legal Research) - Printing charges (b/w) | | | 40 | 4.00 |
| Olem (MSJ Research) - Printing charges (b/w) | | | 75 | 7.50 |
| Olem Shoe Corp (Zebra) - Mailing charges | | | 1 | 1.22 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   March 06, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
| | | Olem Shoe Corp (Zebra) - Printing charges (b/w) | 30 | 3.00 |
| | | Olem (Discovery) - Printing charges (b/w) | 50 | 5.00 |



Total additional charges                                    $ ▮

TOTAL NEW CHARGES THIS PERIOD                      $ ▮

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  April 03, 2010
Invoice No.    12813

Last Bill Date: 3/6/2010

For the period ending March 24, 2010

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)                     $██████

# Total Due                                       $██████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|

<div align="center"><u>SERVICES</u></div>

<div align="center">**<u>* General</u>**</div>



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | | |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Invoice Date:   April 03, 2010
Invoice No.



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 11

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ███ | ████████████████ | | ██ | ██ |
| | | | ▬▬ | ▬▬ |
| | | | ██ | ██ |
| ████ | █████████████ | | | ██ |
| ██ | ████████ | | ████ | ████ |
| ████ | █████████ | | ████ | ████ |
| ████ | █████████ | | ████ | ████ |
| | | | ▬▬ | ▬▬ |
| | | | ██ | ██ |
| ████ | ███████████ | | ████ | ██ |
| ████ | ███████████ | | | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



**WSC - Olem Shoe Corp**

| 02/25/10 | TBM | Review communications with opposing counsel re discovery; communications with associate re summary judgment motion; consider issues re the same. | 0.40 | 104.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/25/10 | TBM | Communications with opposing counsel re settlement issues; consider issues re the; review WSC's Ditsy Dot Boots. | 0.50 | 130.00 |
| | PAR | Review and revise Motion for Summary Judgment; create exhibit in support of summary judgment motion re Ditsy Dot Boot's similarity to Olem's boot (i.e. same pattern, spacing, diameter of circles); check case history of copyright infringement citations in summary judgment motion. | 3.00 | 150.00 |
| | LMM | Communications with opposing counsel; communications with Mr. McCormack re the same; assist with review and revision of pleadings and proofreading re discovery requests; communications with Mr. McCormack re the same; document and file management (including indexing; updating pleading files and docket review). | 0.30 | 22.50 |
| | LH | Additional work on previous item. | 2.00 | No Charge |
| | JRL | Formulate, review, prepare, and revise discovery requests in support of litigation including requests for production, requests for admission, and interrogatories; review federal rules of civil procedure and local court rules to draft requests in compliance therewith. | 1.00 | 150.00 |
| | JRL | Prepare draft of motion for summary judgment to find Counter-Defendant liable for copyright infringement including, but not limited to: formulating legal arguments regarding summary judgment, copyright infringement based on striking similarity, access and substantial similarity, and access by wide distribution; identify and prepare a statement of pertinent facts; review work. | 1.25 | 187.50 |
| | JRL | Formulate, review, prepare, and revise discovery requests in support of litigation including requests for production, requests for admission, and interrogatories; review federal rules of civil procedure and local court rules to draft requests in compliance therewith. | 3.75 | 562.50 |
| | JRL | Additional work on preparation of exhibits. | 2.50 | No Charge |
| | JRL | Additional work on above item. | 2.00 | No Charge |
| | JRL | Prepare exhibits in support of Motion for Summary Judgment including, but not limited to: inspecting infringing boots, photographing infringing boots, inspecting Washington Shoe's boots, photographing Washington Shoe's boots, measuring infringing boots, measuring Washington Shoe's boots, comparing the two, and preparing electronic | 2.50 | 375.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | based demonstrative exhibits to submit in support of the motion. | | |
| 02/25/10 | JRL | Prepare exhibits in support of Motion for Summary Judgment including, but not limited to: inspecting infringing boots, photographing infringing boots, inspecting Washington Shoe's boots, photographing Washington Shoe's boots, measuring infringing boots, measuring Washington Shoe's boots, comparing the two, and preparing electronic based demonstrative exhibits to submit in support of the motion; prepare draft of motion for summary judgment to find Counter-Defendant liable for copyright infringement including, but not limited to: formulating legal arguments regarding summary judgment, copyright infringement based on striking similarity, access and substantial similarity, and access by wide distribution; identify and prepare a statement of pertinent facts; review work. | 4.00 | 600.00 |
| 02/26/10 | LH | Review and revise fact statement in summary judgment motion against Olem; discuss exhibits to the motion with attorney. | 4.20 | 525.00 |
| | KRG | Final review and revision of Interrogatories, Requests for Admission and Requests for Production, processing same for service; telephone call with opposing counsel regarding proposed settlement. | 0.90 | 157.50 |
| | JRL | Prepare draft of Motion for Summary Judgment to find Counter-Defendant liable for copyright infringement including, but not limited to: formulating legal arguments regarding summary judgment, copyright infringement based on striking similarity, access and substantial similarity, and access by wide distribution; identify and prepare a statement of pertinent facts; review work. | 5.75 | 862.50 |
| 02/27/10 | TBM | Communications with client re communications from opposing counsel re pending motions; review and revise motion for summary judgment; review material sent by opposing counsel re settlement; consider issues re the same; communications with client and associate re ███████████████████████████████████████. | 3.40 | 884.00 |
| 03/01/10 | TBM | Review and revise motion for summary judgment and exhibits re the same; review sales data re formulation of settlement offer. | 0.60 | 156.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/10 | LMM | Assist with review and revision of pleadings and proofreading re Motion for Summary Judgment; communications with Mr. McCormack re the same. | 0.50 | 37.50 |
| | LAK | Conference with Mr. McCormack regarding declaration of numbers of sales provided by opposing counsel in preparation for creating settlement demand amounts. | 0.10 | 20.00 |
| | KRG | Review and analyze initial disclosure documents received from opposing counsel including invoices and purchase orders for infringing boots, cancellation statement of infringing boots, and fabric manufacturer statement regarding ownership of design; prepare damages chart reflecting number of infringing boots purchased and cancelled and cost of boots; prepare cease and desist letter to Chinese Vendor recently discovered. | 3.30 | 577.50 |
| 03/02/10 | TBM | Communications with associate re summary judgment exhibits; review ██████████████; communications with associate re █████████; review pleadings filed by opposing counsel; communications with client re the same. | 1.50 | 390.00 |
| | LMM | Document and file management (including indexing; updating pleading files and docket review); communications with Mr. McCormack re the same. | 0.20 | 15.00 |
| | LAK | Compare Olem's disclosure of number of boots sold and purchased to that of Shoe Station's disclosures regarding same in preparation for settlement offer; prepare summary of same and forward to Mr. McCormack for review. | 0.80 | 160.00 |
| 03/04/10 | TBM | Conference with opposing counsel re motions and related issues; discuss settlement issues and related law and logistic matters; communications with staff re motion for summary judgment. | 1.30 | 338.00 |
| | LMM | Assist with review and revision of communications and proofreading re Motion for Summary Judgment; review local court rules for format and page length; research format on PACER; communications with Mr. McCormack re the same. | 3.50 | 262.50 |
| 03/05/10 | TBM | Review and revise motion for summary judgment and exhibits re the same. | 1.00 | 260.00 |
| | LMM | Assist with review and revision of communications and proofreading re Motion for Summary Judgment; review local court rules for format and page length; communications with | 2.60 | 195.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Mr. McCormack re the same. | | |
| 03/08/10 | TBM | Review and revise motion for summary judgment and exhibits re the same; communications with associate and client and local counsel re the same; communications with client re damages demand; review file re the same; consider issues re the same. | 4.70 | 1,222.00 |
| | PAR | Review Motion for Summary Judgment, checking content, citations, and general proofreading in preparation of filing with the court. | 5.00 | 250.00 |
| | KRG | Conduct U.S. Border and Protection research and analysis of Olem Shoe's to search for importation of infringing boots and correlate finding with claimed shipments made by Olem. | 1.20 | 210.00 |
| 03/09/10 | TBM | Hearing with judge re motion to strike; review renewed motion from opposing counsel re motion to dismiss; consider issues re the same; communications with local counsel re the same. | 2.70 | 702.00 |
| | LMM | Document and file management (including indexing; updating pleading files and docket review); communications with Mr. McCormack re the same; communications with opposing counsel's staff re conference call; communications with Mr. McCormack re the same. | 0.40 | 30.00 |
| 03/10/10 | TBM | Communications with local counsel re declaration and filing of summary judgment motion; consider issues re ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮ review file. | 1.50 | 390.00 |
| | LMM | Communications with Mr. McCormack re Order Denying Olem Motions to Dismiss and to Strike as Moot and Renewed Motion to Strike Amended Counterclaim. | 0.10 | 7.50 |
| 03/11/10 | TBM | Case management re pending cases and matters. | 0.30 | 78.00 |
| 03/15/10 | TBM | Communication with local counsel re disclosure of possible expert witnesses; prepare disclosure and communications with client re the same; prepare settlement letter and demand; communications with opposing counsel re the same; communications with opposing counsel re summary judgment issues and related matters. | 2.30 | 598.00 |
| | LMM | Communications with opposing counsel re Motion for Summary Judgment; communications with Mr. McCormack re the same; document and file management (including indexing; updating pleading files and docket review) re | 1.00 | 75.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | Notice of Telephonic Hearing; Renewed motion to Dismiss Amended Counterclaim; Order Denying Motions to Dismiss and Strike as Moot; Renewed Motion to Strike Amended Counterclaim; Renewed Motion to Dismiss Amended Counterclaim; Washington Shoe Co.'s Motion for Summary Judgment; Washington Shoe Co.'s Memorandum of Law in Support of Motion for Summary Judgment; Washington Shoe Co.'s Separate Statement of Material facts in Support of Motion for Summary Judgment; Declaration of Timothy B. McCormack. | | |
| 03/15/10 | KRG | Review local rules for Southern District of Florida regarding Disclosure of Possible Expert Witnesses; prepare Initial Expert Disclosures; prepare damages analysis for calculation of settlement demand including review and analysis of documents produced by Olem regarding number of infringing boots purchased and sold. | 3.70 | 647.50 |
| 03/16/10 | TBM | Communications with opposing counsel re case logistics and initial disclosures; communications with associate re the same; prepare initial disclosures re the same; review motion to extend time for discovery; communications with local counsel re the same. | 1.60 | 416.00 |
| | MY | Review Olem's motion to modify scheduling order and previous correspondence between WSC and Olem; review WSC's original design of Zebra and Ditsy Dots and made time frame regarding the same; compare WSC Zebra and Ditsy Dots to photos on Olem's Chinese manufactory fax, analyzing the difference. | 1.50 | 225.00 |
| | KRG | Follow-up regarding status of cease and desist letter to potential infringers discovered from U.S. Customs search and documents received from Olem; review and update case file regarding pleadings filed to date; docket upcoming deadlines. | 1.70 | 297.50 |
| 03/17/10 | TBM | Prepare for telephonic hearing with judge re motion to extend discovery; research re Civil Rule 56 F and G; prepare argument for court; communications with associate re Chinese translation and related issues and paperwork. | 3.20 | 832.00 |
| | MY | Prepare a memorandum regarding objection to Olem's motion to modify scheduling order; translate Olem's Chinese manufactory fax from Mandarin to English, explaining the usage of Mandarin phrases; create a chart of manufacture process to explain how a visual design can become a real product; forward the memorandum to Mr. McCormack for | 3.00 | 450.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | review. | | |
| 03/17/10 | JRL | Research 11th circuit case law for cases supporting the denial of Fed. R. Civ. P. 56(f). Research on Westlaw using custom digests, key word searching in 11th Cir and District Court decisions, and case law annotations of the applicable rule. | 2.75 | 412.50 |
| 03/18/10 | TBM | Case management; review court's order re telephone hearing; consider issues re the same; docket re the same. | 0.10 | 26.00 |
| | KRG | Conduct review of file for potential witnesses and documents to disclose in Initial Disclosures; preparation of Initial Disclosures. | 2.60 | 455.00 |
| 03/19/10 | TBM | Prepare for and participate in telephonic court hearing; research re Federal Rule Civil Pro 56F and review cases re the same; outline argument re the same; research re presumption of copyrighted work and standard of evidence rebutting the same. | 2.70 | 702.00 |
| | KRG | Prepare modifications to Initial Disclosures; prepare same for service; prepare correspondence to client regarding same. | 0.80 | 140.00 |
| | JRL | Additional work on the above. | 2.00 | No Charge |
| | JRL | Prepare information for FRCP 26(a) initial disclosure to opposing counsel; review file to date for documents and other evidence to list in disclosure; prepare list of items to be disclosed; assemble electronic copies of documents to be disclosed. | 2.00 | 300.00 |
| 03/22/10 | TBM | Review and revise paperwork to be filed with the court; communications with local counsel re court deadlines and related issues; review interrogatories from Olem; consider issues re the same; communications with associate re the same. | 1.50 | 390.00 |
| | KRG | Receive and review Olem Interrogatories; docket Washington Shoe's responses to Olem's Requests for Admissions, Interrogatories and Requests for Admissions; conference with associate Lohrmeyer regarding responses to the same and method of responding; assist Lohrmeyer in preparation of the same; review and prepare modifications to correspondence client regarding ▮▮▮▮▮ | 2.00 | 350.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/22/10 | JRL | Additional work on this item. | 1.50 | No Charge |
| | JRL | Scan in Olem's Initial Disclosures and first round of discovery materials; prepare Responses and Answers to the same. | 2.00 | 300.00 |
| 03/23/10 | TBM | Review pleadings files with court and proposed revisions from opposing counsel re report to court; consider issues re the same; case management re the same; review proposed declaration in Olem case and related paperwork; consider strategy issues re the same; communications with local counsel re ████████████████████; review protective order (proposed); consider issues re the same. | 3.30 | 858.00 |
| | JRL | Prepare Responses and Answers to Olem's first round of discovery requests including Requests for Admissions, Requests for Production, and Interrogatories. | 2.50 | 375.00 |
| | JRL | Additional work on previous item. | 4.00 | No Charge |
| 03/24/10 | TBM | Review and revise joint proposal to court re extension of deadlines and Rule 56F issues; consider issues re the same; communications with opposing counsel re the same; review other communications from opposing counsel including a protective order; communications with opposing counsel re deposition and experts and related issues; follow-up communications re the same. | 3.20 | 832.00 |
| | KRG | Analyze documents received by Olem as attachments to Requests for Admissions in order to appropriately respond to Requests to authenticate said documents; discussion with associate Lohrmeyer regarding grounds for authentication of documents; review and prepare modifications to Responses to Requests for Admissions, Requests for Production and Interrogatories; prepare List of Witness to Testify at Time of Trial. | 3.00 | 525.00 |
| | | | 122.70 | 19,218.00 |

**WSC - Olem ████**

| | | | | |
|---|---|---|---|---|
| 02/27/10 | TBM | Communications with client and associate re ████████ ████████████ | 0.20 | 52.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 02/27/10 | TBM | Communications with associate re cease and desist letter re Zebra Supreme and Ditsy Dot boots; consider issues re the same. | 0.20 | 52.00 |
| 03/18/10 | TBM | Communications with client re ███████████ | 0.40 | 104.00 |
| | | | 0.80 | 208.00 |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

mccormack
Intellectual Property Law
Business Law PS

Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | [redacted] | [redacted] |

[redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Continued

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

| | | | Hours | Amount |
|--|--|--|--|--|
| Fees for Professional Services | | | ■ | $ ■ |
| | | | Qty | |

**Advances**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
| | | | | █████ |
| | | ████████ | | |
| | ███████████████ | | █ | █████ |
| | | | █ | █████ |
| | | | | █████ |
| | | ████████ | | |
| | ███████████████ | | █ | █████ |
| | | | | █████ |

**Advances / FedEx**

| | | | █ | █████ |
|------|---------------------|-------------|-----------|--------|
| **Olem Shoe Corp** 03/22/10 FedEx Tracking **793377051290** Int'l Priority / Envelope -- Delivery 03/23/10 11:00 AM Joerg Peschlow, M & M Footwear, Inc Saint-Laurent PQ CA Signed by: Alexis R. | | | 1 | 45.53 |
| **Olem Shoe Corp** 03/22/10 FedEx Tracking **793376953203** Int'l Priority / Envelope -- Delivery 03/25/10 10:59 AM WenJie Bi, Zhejiang G&B Foreign Trading Co, Hangzhou CN Signed by: B. Sanders | | | 1 | 52.43 |
| | | | | 116.48 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|

**Expenses**



| | | Olem Shoe Corp - Printing charges (b/w) | 110 | 11.00 |
| | | Olem Shoe Corp - Mailing charges | 1 | 3.26 |

Total additional charges

TOTAL NEW CHARGES THIS PERIOD

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



McCormack
**Intellectual Property Law**
**Business Law** PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   May 05, 2010
Invoice No.     12905

Last Bill Date: 4/3/2010

For the period ending April 23, 2010

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                          $█████

**Total Due**                                        $██████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

**\* General**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 3

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ██ | ██ | | █ | █ |
| ███ | ████ | | █ | █ |
| █ | ████ | | █ | █ |
| █ | ████ | | █ | █ |
| ███ | ███ | | █ | █ |
| | | | █ | █ |
| | ██ | | | |
| ███ | ████ | | █ | █ |
| ██ | ████ | | █ | █ |
| ██ | ████ | | ███ | |
| █ | ████ | | █ | █ |
| ██ | ████ | | █ | █ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| ██████ | ██ | ████████████████████ | ██ | ██ |
| ██████ | ██ | ████████████████████ | ██ | ██ |
| | ████████████████ | | ██ | ██ |
| ██ | ██████████████ | | ██ | ██ |
| ██████ | ██████████████ | | ██ | ██ |
| | | | ██ | ██ |
| ██████ | ██████████████ | | ██ | ██ |
| | | | ██ | ██ |

### WSC - Olem Shoe Corp

| 03/25/10 | TBM | Communications with associate re research of Chinese attorney proposed by opposing counsel; consider issues re enforcement of perjury laws; consider mechanics of so called deposition on written questions; communications with opposing counsel re the same; review and revise proposed answers and objections to discovery requests, including interrogatories and requests for document production; communications with client re the same; communications with associate and opposing counsel re proposed witness in china; review file re the same; review court's order revising the trial dates. | 2.60 | 676.00 |
| | PAR | Additional work on this item. | 1.00 | No Charge |
| | PAR | Review discovery responses; scan and file served copy of Interrogatories; compare with previously faxed version. | 1.00 | 90.00 |
| | MY | Review previous correspondence with opposing counsel on Chinese witness declaration matter; check background of Olem's Chinese attorney, confirming he was licensed to practice law in year 2000; check background of Olem's | 3.00 | 450.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Chinese witness. | | |
| 03/25/10 | KRG | Discussion with Mr. McCormack and associates regarding admissibility of hearsay evidence for consideration of Motion for Summary Judgment. | 0.40 | No Charge |
| 03/26/10 | JRL | Additional work on this item. | 5.00 | No Charge |
| | JRL | Research 11th circuit case law for cases supporting the exclusion of hearsay evidence in reviewing motions for summary judgment; research with Westlaw and Case Maker, using search terms centered around hearsay and summary judgment; read and evaluate cases; prepare memo of findings. | 2.50 | 375.00 |
| 03/29/10 | TBM | Review communications with opposing counsel re protective order and related motion; review proposed motion from opposing counsel; review request for production subject to the motion; consider issues re attorneys' eyes only classifications; research re protective order classifications re de-classifying information under a protective order; prepare communication to opposing counsel re the same; communications with associate re review of evidence sent by client re proof of creating the original designs at issue; review material from client re the same; consider issues re the same; communications with opposing counsel re settlement and protective order; consider issues re the same. | 2.50 | 650.00 |
| 03/30/10 | TBM | Communications with opposing counsel re discovery and protective order; case management; communications with opposing counsel re depositions, extensions of time and discovery; consider issues re the same. | 0.80 | 208.00 |
| | JRL | Prepare memo summarizing findings of case law research. | 3.75 | 562.50 |
| | JRL | Additional work on this item. | 2.00 | No Charge |
| 03/31/10 | TBM | Review pleadings file with court. | 0.60 | 156.00 |
| | KRG | Conduct research regarding location of deposition for witness in foreign jurisdiction; prepare correspondence to opposing counsel regarding objection to Federal Rules of Civil Procedure (FRCP) 30(b)(6) deposition. | 3.20 | 560.00 |
| | JRL | Discuss research findings with Mr. McCormack and strategize direction of the memo and possible future research directions. | 0.25 | No Charge |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/31/10 | JRL | Additional work on this (above) item. | 4.00 | No Charge |
| | JRL | Prepare memo summarizing findings of case law research; perform supplemental case law and Federal Rules of Evidence research, reviewing associated cases and rules. | 2.75 | 412.50 |
| | JRL | Research Federal Rules of Civil Procedure (FRCP) and associated case law to determine the validity of requiring a defendant deponent to travel to a distant location for deposition by the plaintiff; review relevant FRCPs; perform case law database search with Case Maker; review relevant findings to assemble supportive cases. | 0.50 | 75.00 |
| 04/01/10 | TBM | Communications with opposing counsel re deposition and related issues; consider issues re the same; review and revise proposed protective order; consider issues re the same. | 0.90 | 234.00 |
| | MY | Search on how to take deposition in China and how the court will rule on foreign deposition / declaration and evidence. | 1.50 | 225.00 |
| | KRG | Receive and conduct preliminary review and analysis of Olem's Responses to Interrogatories, Requests for Admissions and Requests for Production; internal conference with M. Yen regarding substantive review, summary and analysis of discovery responses. | 1.30 | 227.50 |
| | KRG | Prepare modifications to correspondence regarding 30(b)(6) objection; Conduct research regarding procedure for foreign depositions. | 1.00 | 175.00 |
| | JRL | Research foreign rules governing depositions of Chinese nationals including governing treaties or conventions, rules, and letters of rogatories. | 1.75 | 262.50 |
| | JRL | Additional work on this item. | 2.00 | No Charge |
| | JRL | Prepare memo summarizing findings of case law research; perform supplemental case law and Federal Rules of Evidence research, reviewing associated cases and rules. | 2.25 | 337.50 |
| 04/02/10 | TBM | Review file and order denying Olem's motion to dismiss; communications with associate re the same; consider issues re the same; case management. | 0.70 | 182.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010

Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/10 | KRG | Receive and review Order Granting In Part and Denying In Part Motion to Dismiss. | 0.20 | 35.00 |
| | JRL | Prepare memo summarizing findings of case law research. perform supplemental case law and Federal Rules of Evidence research and review associated cases and rules; confer with Mr. McCormack re progress and scope. | 3.75 | 562.50 |
| 04/03/10 | LAK | Review Olem court order; prepare letter to WSC summarizing same; research proof required to show secondary meaning in relation to designs as trade dress; summarize and analyze accordingly and advise WSC of the same; prepare recommendations for client in relation to trade dress claim; forward to Mr. McCormack for review and comment. | 2.70 | 540.00 |
| 04/05/10 | TBM | Review and revise letter to client re order from court re denial of motion to dismiss copyright claims; communications with local counsel re the same. | 1.10 | 286.00 |
| | MY | Review Olem's responses to interrogatories and prepare the reply. | 1.50 | 225.00 |
| | MY | Additional work on previous item. | 0.50 | No Charge |
| | LAK | Verify docketed dates for upcoming Olem projects. | 0.30 | 60.00 |
| 04/06/10 | TBM | Review and revise letter to opposing counsel re deposition in China and related issues; communications with associates re the same; review rules and laws concerning the same, including the Federal Rules and international laws. | 0.70 | 182.00 |
| | MY | Search on Chinese government official Websites to double check Chinese regulations on taking depositions in China. | 1.00 | 150.00 |
| | KRG | Telephone call with opposing counsel regarding scheduling of hearing on Motion to Strike; telephone calls with co-counsel regarding the same; receive and review correspondence from opposing counsel regarding request for approval of Chinese deposition official; conduct research regarding Chinese diplomatic procedures and channels for taking of deposition including analysis of Hague Convention Rules and Chinese rules of practice; prepare correspondence to opposing counsel regarding our objection to opposing party's foreign deposition. | 4.20 | 735.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/07/10 | TBM | Review final protective order from opposing counsel; communications with local counsel re hearing with court; consider issues re the same; review memo re hearsay and summary judgment; prepare for hearing with judge re motion to strike; respond to opposing counsel re proposed deposition in China. | 2.10 | 546.00 |
| | MY | Review Olem's responses to interrogatories and prepare the reply. | 0.70 | 105.00 |
| | MY | Additional work on this item. | 1.00 | No Charge |
| | KRG | Internal communications with associate regarding Olem's response to Interrogatories, Requests for Production and Requests for Admissions; prepare calendar in accordance with order continuing trial and providing for other deadlines including archiving all deadlines no longer in effect. | 3.40 | 595.00 |
| | JAR | Docket for new trial deadlines. | 1.00 | 130.00 |
| 04/09/10 | KRG | Additional work on above item. | 4.00 | No Charge |
| | KRG | Docket Second Amended Answer and Counterclaim for Trade Dress Infringement; prepare correspondence to opposing counsel regarding insufficient discovery responses and request for supplemental responses; receive and review responses from client regarding Washington Shoe's responses to Olem's discovery requests and prepare modifications in accordance therewith. | 2.20 | 385.00 |
| | JRL | Review docketing (Double Docket). | 0.50 | 75.00 |
| | JAR | Docket for hearing deadline. | 0.20 | 26.00 |
| 04/11/10 | KRG | Review and analyze responses to Interrogatories, Requests for Production and Requests for Admissions received from Olem for completeness and compliance with discovery rules; prepare correspondence to opposing counsel regarding supplemental responses; review responses from client regarding Washington Shoe's responses to Olem's discovery requests and prepare modifications in accordance therewith. | 5.00 | 875.00 |
| 04/12/10 | TBM | Prepare for hearing re motion to strike; review pleadings re the same; communications with local counsel re the same; internal communications re docketing reply date to motion for summary judgment; hearing re the same; review revised discovery answers; review amended pleading issues re trade dress; review discovery answers and objections re the same; | 5.20 | 1,352.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | communications with client re the same; review answers from Olem to WSC's interrogatories and requests for production and requests for admissions; communications with associate re the same. | | |
| 04/12/10 | LAK | Prepare amended counterclaim inserting facts about trade dress and verifying that the unchanged portions of the amended counterclaim matched that of the originally filed counterclaim. | 2.20 | 440.00 |
| | LAK | Conference with Associate Ms. Griffith reviewing client's responses to Olem's interrogatories, specifically the materials related to the amount spent on advertising and the like in preparation for drafting amended counterclaim. | 0.20 | 40.00 |
| | LAK | Conference with Mr. McCormack re Olem hearing and the need to file amended counterclaim; preparation of advisory letter to client explaining the court's order denying the 12(b)(6) motion. | 0.30 | 60.00 |
| | LAK | Conference with Ms. Griffith re Olem hearing. | 0.20 | No Charge |
| | KRG | Conduct research regarding choice of law of state law claims in federal copyright claims; prepare modifications to correspondence to opposing counsel regarding supplemental discovery responses; process the same for mailing; conduct research regarding Mr. McCormack for filing reply to opposition to motion for summary judgment, including a review of new rules effective this month. | 3.00 | 525.00 |
| | JRL | Research local rules for the Southern District of Florida re reply dates for motions for summary judgment; research locations of other infringing entities in support of hearing. | 0.50 | 75.00 |
| | JRL | Research case law governing application of the state law of the copyright holder to pendent matter in Federal Copyrights case. | 1.00 | 150.00 |
| | JAR | Update pleadings file. | 0.50 | 65.00 |
| 04/13/10 | TBM | Communications with associate re discovery issues; consider issues re the same. | 0.50 | 130.00 |
| | TBM | Review and revise amended language for trade dress claims; communications with client re the same; consider issues re the same. | 0.40 | 104.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 04/13/10 | KRG | Review pretrial deadlines with associate for calendaring purposes including discussion regarding applicable rules and dates. | 0.50 | 87.50 |
| | JRL | Review discovery responses to evaluate the applicability of citing third party recognitions of validity of WSC's relevant copyrights; revise responses to discovery requests. | 1.50 | 225.00 |
| | JRL | Additional work on above item. | 2.00 | No Charge |
| | JRL | Assist with docketing of Olem court dates. Consult with attorneys regarding scheduling order and interpretation of the same. | 0.25 | 37.50 |
| | JAR | Docket amended trial schedule including new trial, conference on pretrial stipulation, filing pretrial stipulation, proposed jury instructions, and exhibit list. | 2.00 | 260.00 |
| 04/14/10 | TBM | Review and revise amended counterclaim re trade dress; communications with local counsel and associate re the same; consider Supreme court cases re trade dress in product configuration; review signed protective order; review and revise discovery answers and objections. | 1.20 | 312.00 |
| | KRG | Review and analyze stipulated protective order for procedure for disclosing confidential information; prepare and finalize responses to requests for admission and review the same for confidential or attorneys' eyes only information; research new rules applicable to proper service as related to facsimile and other electronic means of communication; prepare and finalize modifications to responses to requests for production including review of information for confidential and proprietary information; prepare modifications to responses to interrogatories and review the same for confidential and proprietary information; internal communications with associate regarding scope of evidence in support of trademark infringement specifically relating to intentional copying. | 7.40 | 1,295.00 |
| | JRL | Research Trade Dress elements using resources including Westlaw, Case Maker, and secondary sources including McCarthy on Trademarks and Trade Dress Protection; revise amended counterclaim to bolster support for trade dress claims using additional bases of support. | 1.00 | 150.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/14/10 | JRL | Consult on design publication dates; classification of discovery materials as confidential or attorneys' eyes only; and determining local rules regarding service dates. | 0.80 | 120.00 |
| | JRL | Additional work on this item. | 4.00 | No Charge |
| | JAR | Update pleadings file to include stipulated protective order filed today; update correspondence file including our response to Olem's deposition notice. | 0.20 | 26.00 |
| | JAR | Complete docketing of exhibit list, proposed jury instructions, conference on pretrial stipulation. | 0.30 | 39.00 |
| | JAR | Docket motions to join additional parties, amend pleadings; research Federal Rules of Civil Procedure for return deadline of a faxed discovery demand. | 0.40 | 52.00 |
| 04/15/10 | TBM | Review and revise answers and objections to Requests for Admissions; review and revise amended counter claims for trade dress. | 1.00 | 260.00 |
| | KRG | Prepare responses to requests for production and request for admissions for service on opposing counsel; prepare modifications to responses to interrogatories including review of information and manner of disclosure for confidential and for attorneys' eyes only; receive and review correspondence from opposing counsel regarding motion for appointment of Chinese attorney to take deposition; review proposed motion regarding the same; prepare and process discovery responses for service on opposing counsel. | 4.70 | 822.50 |
| | KRG | Additional work on the above item. | 1.50 | No Charge |
| | JAR | Communications with local counsel re Amended Counterclaim; communications from opposing counsel and prepare notes to file for Mr. McCormack; complete docketing of motion to join, amend pleadings; additional communications from opposing counsel; prepare notes to file for Mr. McCormack. | 0.40 | 52.00 |
| 04/16/10 | TBM | Review proposed motion re so called deposition in China; consider issues re commission for taking deposition; communications with associated re rapid response to issue; follow-up communications with associates and opposing counsel re the same; review and revise letter to opposing counsel re the same; communications with client re the same. | 1.60 | 416.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 04/16/10 | KRG | Review and analyze motion to appoint or commission person for foreign deposition including research of case law cited by opposing party in support of motion and analyzing distinctions with present case; conduct research regarding specific issues involved in Chinese appointee versus American consular for taking of deposition; internal conference with associate and Mr. McCormack regarding status of current Chinese law and strategy in opposing or objecting to motion and commission; prepare correspondence to opposing counsel stating objections and grounds for opposition for motion to appoint or commission; prepare the same for mailing; update file with recently served discovery responses including requests for admissions and production. | 7.70 | 1,347.50 |
|  | JRL | Discuss response strategy to opposing counsel's proposed motion; perform research on foreign depositions using resources including Westlaw, Case Maker, U.S. Dept of State resources; prepare and revise response letter to opposing counsel. | 2.00 | 300.00 |
|  | JRL | Additional work on the above item. | 4.00 | No Charge |
|  | JAR | Correspond with opposing counsel requesting letter be re-sent by regular mail (opposing counsel letter sent to U.S. by certified mail has not been received as of yet); write note to mailman to re-deliver. | 0.20 | 26.00 |
|  | JAR | Call and send E-mail to local counsel's office discussing changes to amended counterclaim; research options for defense in federal court when plaintiff moves to take deposition in foreign country; call contact in state dept. for diplomatic notes; docket for submitting witness list; docket for submitting experts' written reports. | 1.40 | 182.00 |
| 04/19/10 | TBM | Communications with associate re documents produced by client; review communications from opposing counsel re the same; consider issues re the same; review documents re the same. | 0.90 | 234.00 |
|  | KRG | Receive and review correspondence from opposing counsel regarding supplemental discovery responses to WSC discovery requests. | 0.20 | 35.00 |
|  | JAR | Complete docketing of deadlines to submit witness lists and provide experts' reports; update pleading file to include second Amended Answers and second Amended | 0.40 | 52.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Counterclaim. | | |
| 04/20/10 | TBM | Communications with associate re documents produced by client; review communications from opposing counsel re the same; consider issues re the same; review documents re the same; review revised and updated answers from Olem re WSC's discovery; conference with associate re the same; consider issues re the same. | 1.90 | 494.00 |
| | MY | Review Olem's supplemental answers to interrogatories and prepare a followup letter to point out incomplete parts of answers. | 3.00 | No Charge |
| | KRG | Review information recently received from client relating to responses to interrogatories; prepare modifications to responses to interrogatories; internal communication with Mr. McCormack regarding confidential nature of information disclosed in responses; internal communications with and provide assistance to associate regarding analysis of documents received from client in response to requests for production of documents and strategy for disclosing the same; docket reply to motion for summary judgment. | 3.20 | 560.00 |
| | JRL | Consult with attorneys regarding copyright and trade dress evidence as applies to discovery request responses. | 0.40 | 60.00 |
| | JAR | Docket deadline for last day to submit witness list before trial. | 0.30 | 39.00 |
| 04/21/10 | TBM | Case management, including review of docket and planning; review and revise interrogatories; communications with client and associate re the same. | 1.50 | 390.00 |
| | MY | Collect and review all documents from WSC for Olem's request for production; confirm WSC provided all the documents requested from Olem's attorney; verify documents containing WSC financial information are labeled G205 in attorneys' eyes only category; contact Bree to get catalog sent to Target. | 4.00 | 600.00 |
| | KRG | Prepare final modification to confidential and attorneys' eyes only responses to interrogatories; prepare and serve the same; prepare nondisclosure agreement for R. Moehring, K. Moehring and McCormack Intellectual Property; prepare correspondence to opposing counsel regarding coordination of production of documents and nondisclosure agreements; review supplemental answers to interrogatories; assist associate with analysis of supplemental responses to our | 2.40 | 420.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | discovery requests in preparation for further requests to supplement. | | |
| 04/21/10 | JRL | Consult with attorneys regarding copyright and trade dress evidence as applies to discovery request responses. | 0.30 | 45.00 |
| | JAR | Update correspondence file; letter from opposing counsel re Chinese deposition official. | 0.10 | 13.00 |
| 04/22/10 | TBM | Review communications to opposing counsel; communications with client re the same; review response to summary judgment motion and discuss same with associates. | 2.60 | 676.00 |
| | MY | Search on how to challenge a valid copyright registration and how the court might rule when a misstatement or immaterial error occurrs in a copyright registration application; draft a memo for Mr. McCormack to review. | 3.00 | 450.00 |
| | MY | Review Olem's declaration of Su Yuan to verify the accuracy of the translation. | 0.70 | 105.00 |
| | LAK | Review Olem's reply to WSC's Motion for Summary Judgment. | 1.50 | 300.00 |
| | LAK | Office conference regarding Olem's reply to WSC's Motion for Summary Judgment. | 0.50 | 100.00 |
| | KRG | Attend internal meeting with Mr. McCormack and associates regarding strategic development of replying to opposition to motion for summary judgment. | 0.50 | 87.50 |
| | KRG | Receive and review correspondence form opposing counsel regarding interrogatory responses. | 0.20 | 35.00 |
| | JRL | Review response to motion for summary judgment and supporting documents. | 1.00 | 150.00 |
| | JRL | Confer with attorney's regarding response to motion for summary judgment. Strategize as to plan moving forward. | 0.50 | 75.00 |
| | JAR | Verify docketing for last day to file reply to summary motion. | 0.20 | 26.00 |
| 04/23/10 | TBM | Review communications to opposing counsel; communications with client re the same; review response to summary judgment motion and discuss the same with associates; review letter from opposing counsel re invalidity; prepare response re the same; communications with staff and | 2.30 | 598.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| | | associates re the same. | | |
| 04/23/10 | MY | Review Olem's memo in opposition to WSC's Motion for Summary Judgment. | 1.80 | 270.00 |
| | JRL | Review response to motion for summary judgment and supporting documents. | 5.20 | No Charge |
| | JAR | Download, print and file Plaintiff's Response Memo In Opposition to Defendants Motion for Summary Judgment and attached declarations and exhibits; Olem's Material Facts in Opposition to Defendant's Motion for Summary Judgment; Plaintiff's First Set of Requests for Admission to Defendant and Answers Thereto; create working binder for Mr. McCormack; update files re the same. | 4.60 | 598.00 |
| | | | 186.55 | 26,734.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 28

Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date: April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ██   | ██████████████████     |             | ██    | ███    |
|      |                        |             | ██    | ███    |

Fees for Professional Services

**Advances / FedEx**

Qty

**Expenses**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 32

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
| | ▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮ | ▮▮ |
| | Olem Shoe Corp (Memo for review) - Printing in color (partial page) | | 119 | 29.75 |
| | Olem Shoe Corp - Printing charges (b/w) | | 1500 | 150.00 |
| | Olem Shoe Corp (Foreign Comm. Resrch) - Printing charges (b/w) | | 60 | 6.00 |
| | Olem Shoe Corp - Printing charges (b/w) | | 180 | 18.00 |
| | Olem Shoe Corp (Discovery Responses) - Printing charges (b/w) | | 50 | 5.00 |
| | Olem Shoe Corp (Draft Discovery Responses) - Printing charges (b/w) | | 50 | 5.00 |
| | Olem Shoe Corp (Rog Responses) - Printing charges (b/w) | | 40 | 4.00 |
| | Olem Shoe Corp - Document scanning | | 56 | 8.40 |
| | Olem Shoe Corp - Photocopy documents | | 25 | 5.00 |
| | Olem Shoe Corp - Deposition Prep DVD | | 1 | 307.00 |
| | ▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮ | ▮▮ |

Total additional charges                                         $▮▮▮▮

**TOTAL NEW CHARGES THIS PERIOD**                              $▮▮▮▮

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: June 07, 2010
Invoice No.       12906

Last Bill Date: 5/5/2010

For the period ending May 31, 2010

IN REFERENCE TO:   **Intellectual Property**

███████████████████████████       ████████

NEW CHARGES (Itemized below)                    $██████

# Total Due                                        $███████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

<u>* General</u>



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 2

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | ███ | ███ |
| | | ███ | | |
| ███ | | ███ | ███ | ███ |
| | | | ███ | ███ |
| | | ███ | | |
| ███ | | ███ | ███ | ███ |
| | | | ███ | ███ |
| | | ███ | | |
| ███ | | ███ | ███ | ███ |
| | | | ███ | ███ |
| | | ███ | | |
| ███ | | ███ | ███ | ███ |
| | | | ███ | ███ |
| | | ███ | | |
| ███ | | ███ | ███ | ███ |
| ███ | | ███ | ███ | ███ |
| | | | ███ | ███ |
| | | ███ | | |
| ███ | | ███ | ███ | ███ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ████ | ████ | ████████████ | ██ | ██ |
| | | | ██ | ██ |
| | | ████ | | |
| ████ | ████ | ████████████ | ██ | ██ |
| | | | ██ | ██ |
| | | ██████████████ | | |
| ████ | ████ | ████████████ | ████ | |
| ████ | ████ | ████████████ | ██ | ██ |
| | | | ██ | ██ |
| | | ████████ | | |
| ████ | ████ | ████████████ | ████ | |
| ████ | ████ | ████████████ | ██ | |
| | | | ██ | ██ |
| | | ████ | | |
| ████ | ████ | ██████████████ | ██ | ██ |
| | | | ██ | ██ |
| | | ████████ | | |
| ████ | ████ | ████████████ | ████ | |
| ████ | ████ | ████████████ | ██ | ██ |
| | | | ██ | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**WSC - Olem Shoe Corp**

| 04/26/10 | KRG | Read and analyze Statement of Facts, Declaration of J. Acosta, Declaration of S. Yuan, and opposition to motion for summary judgment in preparation for preparation of reply to motion for summary judgment. | 1.50 | 262.50 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/27/10 | NBC | Assist Mr. McCormack with dictation and research notes re Reply to Motion for Summary Judgment. | 1.20 | 90.00 |
| | KRG | Review and Analyze statement of Material Facts presented by Olem as well as declaration and all factual allegations previously filed to form list of undisputed material facts in support of motion for summary judgment; conference with Mr. McCormack regarding the same; conference with associates regarding development of legal argument for reply; prepare factual argument relating to striking similarity and access to designs prior to infringement. | 8.00 | 1,400.00 |
| 04/28/10 | KRG | Preparation of statement of undisputed facts, including review of all discovery, pleading, correspondence and other documents produced by Olem; conference with Mr. McCormack regarding strategy in developing undisputed facts section; conference with associates regarding development of legal argument for reply. | 7.00 | 1,225.00 |
| 04/29/10 | KRG | Preparation of statement of undisputed facts including gathering, assembling and preparing exhibits in support of undisputed facts; conference with Mr. McCormack regarding the same; | 9.00 | 1,575.00 |
| 04/30/10 | KRG | Finalize statement of undisputed material facts; prepare chart of undisputed material facts; conference with Mr. McCormack regarding further development and additional facts required to support legal argument; conference with associates regarding development of legal argument for reply. | 8.50 | 1,487.50 |
| 05/01/10 | TBM | Review and revise motion to strike, statement of undisputed facts and reply for summary judgment; communications with associates and local counsel re the same; case management re the same. | 0.50 | 130.00 |
| | LAK | Prepare outline for reply brief; prepare sections of reply brief including those regarding unpublished works, copyright validity, creativity requirements for copyright, reconstruction of copyright applications, and other arguments. | 7.00 | 1,400.00 |
| | LAK | Research case law regarding reconstruction of a copyright application; print case law. | 0.60 | 120.00 |
| | LAK | Review Julio Acosta Declaration. | 0.40 | 80.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/01/10 | LAK | Review master document outline of assignment of tasks and outline of argument in preparation for drafting response. | 0.50 | 100.00 |
| | JRL | Prepare Motion to Strike the Declaration of Su Yuan; perform case law research on databases including Westlaw and Case Maker; prepare exhibits including sets of fraudulent documents from Olem; prepare declarations in support of motion; review and revise motion to strike. | 3.00 | 450.00 |
| 05/02/10 | TBM | Review and revise motion to strike, statement of undisputed facts and reply for summary judgment; communications with associates and local counsel re the same; case management re the same. | 0.70 | 182.00 |
| | LAK | Prepare sections of reply brief, including sections related to the effect of additional photographs to the Copyright Office; incorporate other sections of brief accordingly; incorporate other sections of reply; review and revise entire reply; forward to Mr. McCormack for review. | 10.20 | 2,040.00 |
| | JRL | Prepare Motion to Strike the Declaration of Su Yuan; perform case law research on databases including Westlaw and Case Maker; prepare exhibits including sets of fraudulent documents from Olem; prepare declarations in support of motion; review and revise motion to strike. | 4.25 | 637.50 |
| 05/03/10 | TBM | Review and revise motion to strike, statement of undisputed facts and reply for summary judgment; communications with associates and local counsel re the same; case management re the same. | 9.50 | 2,470.00 |
| | PAR | Update case file and file maintenance. | 0.70 | 91.00 |
| | PAR | Update files and file maintenance. | 0.50 | 65.00 |
| | MY | Search for court-certified Chinese translators to authenticate client documents; contact ten Chinese translators to confirm whether they are able to provide authenticated documents before Tuesday and whether they are willing to attach a declaration for the authenticated document; review qualifications and certifications of Chinese translators, contact and communicate with one of the best candidates re how to authenticate the documents in order to fulfill the 11th Circuit's requirements; review the draft from the Chinese translator and the errors corrected; review the final version of the Chinese translator's declaration and his opinion of inaccurate translations; send final version of Chinese | 8.00 | 1,200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | translator's declaration to Mr. McCormack for review. | | |
| 05/03/10 | LAK | Review and revise Motion to Strike; forward comment to Mr. McCormack for review. | 1.50 | 300.00 |
| | LAK | Revise Mr. McCormack's Declaration and prepare declaration for Miffy Yen in support of Motion to Strike. | 1.00 | 200.00 |
| | KRG | Prepare argument in support of Washington Shoe as original creator of copyright designs and gather and prepare exhibits to support the same; prepare declaration of R. Salonga in support of Washington Shoe's creation of designs; prepare, review and revise legal arguments in reply to opposition to motion for summary judgment, including review of duplicative arguments and for continuity; communications with associates regarding development of legal argument; communications with Mr. McCormack regarding the same. | 10.00 | 1,750.00 |
| | JRL | Prepare Motion to Strike the Declaration of Su Yuan; prepare and revise exhibits including sets of fraudulent documents from Olem; prepare declarations in support of motion; review and revise motion to strike; check pinpoint citations on Reply to Response to Motion for Summary Judgment. | 4.25 | 637.50 |
| | JAR | Update pleading file with Plaintiff's Motion For Issuance of Request to Register of Copyrights and accompany exhibits; review same and outline arguments posed; docket our response date re same, research local Florida rules and communicate with associate re same; communicate by phone and E-mail with opposing counsel re scheduling of Rob Moehring's deposition; communicate with Mr. McCormack re same; communicate with opposing counsel re future depositions in general, including in China, and document production; begin to research statute and case law and write WSC opposition to Olem's motion for issuance of request to Register of Copyrights. | 5.00 | 650.00 |
| 05/04/10 | TBM | Review and revise motion to strike, statement of undisputed facts and reply for summary judgment; communications with associates and local counsel re the same; case management re the same. | 10.40 | 2,704.00 |
| | MY | Review motion to strike Chinese translation part; make charts comparing different Chinese characters to show our point on the inaccurate translations; add Pinyin (phonics) to every Chinese character; verify correctness of Mr. McCormack's declaration re Chinese translation part; review | 8.00 | 1,200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | the letter from opposing counsel on supplemental documents, drafting a letter requesting supplemental documents; proofread Facts part of motion to strike. | | |
| 05/04/10 | LAK | Review, revise, edit, and citation check Motion to Strike and Reply to Opposition to Motion for Summary Judgment; forward comments to Mr. McCormack. | 4.00 | 800.00 |
| | KRG | Prepare declaration of Mr. McCormack in support of Reply brief; prepare declaration of R. Moehring in support of reply and reaffirming previous declaration; prepare modifications to declaration of R. Salonga including finalization of exhibits in support of factual statements contained in the declaration; prepare motion to file over length brief; review and prepare modifications to statement of facts relating to motion to strike declaration of S. Yuan. | 10.50 | 1,837.50 |
| | JRL | Prepare Motion to Strike the Declaration of Su Yuan; prepare and revise exhibits including sets of fraudulent documents from Olem; prepare declarations in support of motion; review and revise motion to strike; check pinpoint citations on Reply to Response to Motion for Summary Judgment. | 11.25 | 1,687.50 |
| | JAR | Write opinion for issuance of request to register copyrights; communicate with Mr. McCormack re same; edit our reply to Olem's Response to WSC's Motion for Summary Judgment; write conclusion to same. | 4.00 | 520.00 |
| 05/05/10 | TBM | Review and revise motion to strike, statement of undisputed facts and reply for summary judgment; communications with associates and local counsel re the same; case management re the same. | 3.70 | 962.00 |
| | MY | Key Cite motion to strike and reply in support of motion for summary judgment. | 4.00 | 600.00 |
| | KRG | Finalize reply brief, declaration of R. Moehring; motion to strike, including verification of case law cited for accuracy and status of cases cited; prepare all documents for final review including reply, declaration of Mr. McCormack and exhibits, declaration of R. Salonga and exhibits, declaration of R. Moehring, motion to strike and exhibits, motion for over length brief and accompanying proposed orders, telephone call with co-counsel regarding final review of all documents. | 4.20 | 735.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/10 | JRL | Prepare Motion to Strike the Declaration of Su Yuan; prepare and revise exhibits including sets of fraudulent documents from Olem; prepare declarations in support of motion; review and revise motion to strike. | 3.75 | 562.50 |
| | JAR | Conduct detailed review of and make edits to WSC's reply memorandum; discuss same with associate; update correspondence file with request from opposing counsel to supplement interrogatory answers and docket same; coordinate copying of discovery documents with opposing counsel and copy service; write WSC opposition to Olem's motion for issuance of request to register copyrights; research copyright forms and instructions for same. | 4.00 | 520.00 |
| 05/06/10 | TBM | Review and revise motion to strike, statement of undisputed facts and reply for summary judgment; communications with associates and local counsel re the same; case management re the same. | 1.50 | 390.00 |
| | PAR | Update case file and file maintenance. | 0.20 | 26.00 |
| | LAK | Assist with scanning and filing of exhibits to opposition to Reply to Motion for Summary Judgment. | 1.00 | 200.00 |
| | KRG | Telephone call with co-counsel regarding filing of reply motion and all supporting documents and reductions of file size in order to comply with federal court filing rules and technical requirements for electronic filing; upload and save documents accordingly; electronically file documents with court. | 4.00 | 700.00 |
| | JAR | Communicate with local counsel re formatting, certificate of service, electronic filing, etc., for reply and accompanying declarations and exhibits; communicate with electronic case filing personnel re uploading of exhibits with hyperlinks; edit documents to reflect same; update correspondence file; update discovery file with Olem's response to document production and privilege log; meet with copy service representative re discovery documents and CD; communicate with opposing counsel re discovery documents and CD. | 3.50 | 455.00 |
| 05/07/10 | TBM | Communications with local counsel staff re filing of motions. | 0.20 | 52.00 |
| | PAR | Update case file and file maintenance. | 2.10 | 273.00 |
| | KRG | Receive and review Olem's motion to compel deposition testimony of Mr. McCormack; analyze arguments presented by Olem; conduct research regarding applicable standard for | 2.00 | 350.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | deposing opposing counsel. | | |
| 05/07/10 | JAR | Update clients re filing of reply to Olem's opposition to our motion for summary judgment, motion to strike and related declarations and exhibits; update pleading file with same. | 1.00 | 130.00 |
| 05/10/10 | KRG | Analyze legal standard for deposing opposing counsel and prepare legal argument in support of Olem's opposition to its motion to compel Mr. McCormack's deposition. | 4.30 | 752.50 |
| | JAR | Docket due date for our opposition to Olem's Motion to Compel Deposition of Mr. McCormack; update pleading file with same and judge's order granting our motion for leave to file over length brief; cont. write opposition memo to Olem's motion to request copyright register. | 3.00 | 390.00 |
| 05/11/10 | TBM | Review response to motion to motion to compel; review order striking motion from magistrate judge; review and revise motion to ask for determination from copyright office; reviews cases re the same. | 2.30 | 598.00 |
| 05/12/10 | PAR | Update case file and file maintenance. | 0.50 | 65.00 |
| | JAR | Continue to edit memo in opposition to Olem's motion to issue request to Register of Copyrights. | 1.00 | 130.00 |
| 05/14/10 | JAR | Edit and cite check memo in opposition to Olem's motion to issue request to Register of Copyrights; communicate with Mr. McCormack re same; communicate with local counsel re telephonic hearing for Olem's motion to compel Mr. McCormack's deposition; update correspondence file with letters from our law firm to Sanchelima re request to supplement discovery responses and documents in response to requests for production. | 2.70 | 351.00 |
| 05/17/10 | TBM | Review and revise response to motion by Olem asking for a duplicative advisory opinion to the United States Copyright Office; consider issues re the same; communications with associate re the same; review motion by Olem to have a commission to take a deposition in China; consider issues re the same; communications with associates re the same. | 2.70 | 702.00 |
| | KRG | Review Judge Huck requirements for discovery disputes; telephone call to Judge's chambers regarding appearance at discovery conference via telephone and submission of brief for hearing. | 0.20 | 35.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| 05/17/10 | JAR | Update pleading file with notice of hearing on Plaintiff's Motion To Compel Defendant's Counsel to Testify in Deposition; docket same; update pleading file with Plaintiff's Motion to Commission Person Before Whom Deposition Upon Written Questions May Be Taken; docket WSC's response to same; revise, including cite check, our memo in opposition to Olem's Motion For Request to Register of Copyrights; write proposed order for same; communicate with local counsel re same. | 4.00 | 520.00 |
| 05/18/10 | TBM | Communications with local counsel staff re filing of motion and telephonic hearing re second motion to compel testimony; review third motion re commission to have over seas person testify; communications with staff re the same. | 2.50 | 650.00 |
| | KRG | Review and analyze Olem's motion to commission a person before whom deposition upon written questions may be taken; meeting with Mr. McCormack and associate regarding legal grounds for opposition to motion and strategy in preparing the same; prepare correspondence to co-counsel regarding motion to take deposition of Mr. McCormack. | 1.50 | 262.50 |
| | JAR | Prepare for meeting with associate and Mr. McCormack re response to Olem's Motion to Commission Person Before Whom deposition Upon Written Questions May Be taken; meet with Mr. McCormack and associate re same to discuss strategy; update pleading file with court order striking Olem's motion above. | 1.00 | 130.00 |
| 05/19/10 | TBM | Review case file; consider issues re the same. | 0.40 | 104.00 |
| 05/20/10 | TBM | Communications with opposing counsel and staff re status of case and pending matter. | 0.30 | 78.00 |
| 05/21/10 | JAR | Update master status list and review file re same. | 0.20 | 26.00 |
| | JAR | Update pleading file with judge's order striking Olem's motion to Commission Person Before Whom Deposition Upon Written Questions May Be Taken; WSC's Memo in opposition to Olem's Motion for Issuance of Request to the Register of Copyrights, proposed order of same, amended notice of discovery hearing and notices from court rescheduling same; docket Discovery hearing. | 0.80 | 104.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/23/10 | MY | Review Olem's response to WSC's motion to strike; review Olem's Chinese translator's declaration; point out all inconsistencies in Olem's Chinese translator's declaration. | 2.00 | 300.00 |
| 05/24/10 | TBM | Case management; review docket and communicate with staff re the same; review response to motion to strike; communicate with staff re docketing the reply due date; consider issues re the same. | 0.90 | 234.00 |
| | JAR | Communicate with judge's chambers re scheduling of discovery hearing; communicate with opposing counsel, local counsel and Mr. McCormack re same; update archive file with past court-set deadlines; update pleading file with Olem's response to WSC's objection and motion to strike declaration of Su Yuan, docketing same. | 1.70 | 221.00 |
| 05/25/10 | TBM | Review Olem's response to Washington Shoe's motion to strike the declaration of Su Yuan; consider issues re the same; communications with staff attorneys re the same; review memo re taking deposition in China; communications with staff attorney re the same. | 3.90 | 1,014.00 |
| | LAK | Conference with Mr. McCormack regarding upcoming reply to opposition to motion to strike; verify docketing of deadline for same. | 0.20 | 40.00 |
| | JAR | Research and write internal memo for Mr. McCormack in opposition to Olem's motion to depose Chinese witness in China; communicate with Mr. McCormack re same; research case law on translators, re Olem's opposition to WSC's motion to strike Su Yuan's declaration. | 9.50 | 1,235.00 |
| 05/26/10 | TBM | Review motion to strike and communications with attorneys re the same. | 2.10 | 546.00 |
| | KRG | Receive and review Olem's response to Motion to Strike Declaration of Su Yuan; attend meeting with Mr. McCormack and associates regarding legal strategy in developing reply to the same; analyze response for admissions by Olem of inaccuracies in declaration. | 2.80 | 490.00 |
| | JAR | Edit and cite check internal memo re Chinese deposition; communicate with Mr. McCormack re same, prepare exhibits for same; communicate with Mr. McCormack and associates re WSC reply to Olem's opposition to WSC's motion to strike Su Yuan's declaration; research case law and | 6.50 | 845.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | secondary sources for said reply; write portion of reply. | | |
| 05/27/10 | TBM | Review memo and cases re motion to take overseas deposition in China; consider issues re the same; communications with local counsel re the same. | 1.20 | 312.00 |
| | KRG | Prepare legal argument regarding lack of accuracy in Olem's supporting documents in response to motion to strike; prepare outline of admitted inaccuracies presented by Olem. | 7.40 | 1,295.00 |
| | JAR | Continue to research for reply memo to strike Su Yuan's declaration and write same; communicate with associates re same. | 5.00 | 650.00 |
| 05/28/10 | KRG | Prepare legal argument regarding lack of accuracy in Olem's supporting documents including preparation of chart outlining each inaccuracy; prepare legal argument regarding requirement to provide certified documents referred to in declarations and affidavit; conference with associate regarding status of consolidating all legal arguments. | 7.80 | 1,365.00 |
| | JAR | Write and edit a reply memo to strike Su Yuan's declaration; discuss same with Mr. McCormack and associate. | 5.00 | 650.00 |
| 05/29/10 | JAR | Edit reply memo to strike Su Yuan's declaration. | 4.00 | 520.00 |
| 05/31/10 | TBM | Review and revise reply to Olem's opposition to Washington Shoe's motion to strike. | 1.20 | 312.00 |
| | | | 274.70 | 48,174.50 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98101-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 20

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ████████ | ████████████████████ | ████ | ████ |
|  |  |  | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
|  |  |  | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
|  |  |  | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
|  |  |  | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
|  |  |  | ████ | ████ |
| ███ | ████████ | ████████████████████ | ████ | ████ |
|  |  |  | ████ | ████ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

Invoice Date:  April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | Hours | Amount |
| Fees for Professional Services | | | █████ | $███ |
| | | | Qty | |

**Advances**

| | | | | |
|---|---|---|---|---|
| **Olem Shoe Corp**  05/03/10   For expert language translation. | | | 2 | 500.00 |
| Pacific Translingual Express, Fremont CA : Invoice # **2010-39** | | | | |
| Expert evaluation of original translation, certified by Yang Shao. | | | | |
| 2 hours @ $250 per hour | | | | |
| . | | | | |
| **Olem Shoe Corp.**  05/10/10   Sound Legal Copy  Invoice **54238** | | | 1 | 78.56 |
| $23.20  232 documents scanned to PDF | | | | |
| $11.00  22 docs color scanned to JPG/PDF/TIF format - letter/legal | | | | |
| $20.00  1 CD of burned images, Vol ID = OLEM01 | | | | |
| $15.00  1 CD to CD copying of files | | | | |
| $  2.54  254 Electronic Bates Stamping (EBS) | | | | |
| $  6.82  Sales Tax (9.5%) | | | | |
| $78.56  Total | | | | |
| (Note: 50% of scanned images and EBS'ing costs split with Sanchelima) | | | | |

**Expenses**

| | | | | |
|---|---|---|---|---|
| Olem - Printing chgs (b/w) for Reply Docs | | | 600 | 60.00 |
| Olem - Document scannings for Reply Docs | | | 125 | 18.75 |
| Olem - Photocopying documents for Reply Docs | | | 254 | 50.80 |
| Olem - Mailing charges | | | 1 | 1.85 |
| | | | | 358.05 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010

Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|----------------------|-------------|-------|--------|
| | | | Qty | |

### Expenses / Westlaw - Olem Shoe Corp

| Description | Qty | Amount |
|-------------|-----|--------|
| Olem Shoe Corp - 04/30/2010 Westlaw Online Research | 1 | 75.00 |
| Olem Shoe Corp - 04/30/2010 Westlaw Online Research | 1 | 229.83 |
| Olem Shoe Corp - 05/01/2010 Westlaw Online Research | 1 | 331.49 |
| Olem Shoe Corp - 05/01/2010 Westlaw Online Research | 1 | 75.75 |
| Olem Shoe Corp - 05/01/2010 Westlaw Online Research | 1 | 227.63 |
| Olem Shoe Corp - 05/02/2010 Westlaw Online Research | 1 | 50.24 |
| Olem Shoe Corp - 05/03/2010 Westlaw Online Research | 1 | 184.08 |
| Olem Shoe Corp - 05/03/2010 Westlaw Online Research | 1 | 439.92 |
| Olem Shoe Corp - 05/04/2010 Westlaw Online Research | 1 | 193.97 |
| Olem Shoe Corp - 05/04/2010 Westlaw Online Research | 1 | 112.02 |
| Olem Shoe Corp - 05/04/2010 Westlaw Online Research | 1 | 222.64 |
| Olem Shoe Corp - 05/04/2010 Westlaw Online Research | 1 | 14.00 |
| Olem Shoe Corp - 05/05/2010 Westlaw Online Research | 1 | 151.09 |
| Olem Shoe Corp - 05/05/2010 Westlaw Online Research | 1 | 156.70 |
| Olem Shoe Corp - 05/05/2010 Westlaw Online Research | 1 | 28.00 |
| Olem Shoe Corp - 05/09/2010 Westlaw Online Research | 1 | 208.32 |
| Olem Shoe Corp - 05/10/2010 Westlaw Online Research | 1 | 691.08 |
| Olem Shoe Corp - 05/11/2010 Westlaw Online Research | 1 | 144.03 |
| Olem Shoe Corp - 05/14/2010 Westlaw Online Research | 1 | 14.00 |
| Olem Shoe Corp - 05/18/2010 Westlaw Online Research | 1 | 76.79 |
| Olem Shoe Corp - 05/25/2010 Westlaw Online Research | 1 | 92.82 |
| Olem Shoe Corp - 05/25/2010 Westlaw Online Research | 1 | 14.00 |
| Olem Shoe Corp - 05/26/2010 Westlaw Online Research | 1 | 516.71 |
| Olem Shoe Corp - 05/27/2010 Westlaw Online Research | 1 | 237.70 |
| Olem Shoe Corp - 05/27/2010 Westlaw Online Research | 1 | 40.77 |
| Olem Shoe Corp - 05/28/2010 Westlaw Online Research | 1 | 581.37 |
| Olem Shoe Corp - 05/28/2010 Westlaw Online Research | 1 | 439.99 |
| | | 5,549.94 |

Total additional charges                                         $▮▮▮▮▮

TOTAL NEW CHARGES THIS PERIOD                          $▮▮▮▮▮

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



McCormack
**Intellectual Property Law**
**Business Law** PS

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID ████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  June 07, 2010
Invoice No.     12907

Last Bill Date: 4/3/2010

For the period ending May 31, 2010

IN REFERENCE TO:  **Associate Law Firm Tom J. Manos, PA**
**in Olem Shoe Corp vs. Washington Shoe Company**

5/25/2010 Payment - Thank You.  Client's Check No. ████    ████████

NEW CHARGES (Itemized below)                                        ████████

**Total Due**                                                        ████████

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
| | | **Advances** | | |
| | | Advance fee deposit for local counsel Tom J. Manos, PA. | █ | ████████ |
| | | | | ████████ |
| | | Total additional charges | | $████████ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A fee of 1% per month may be imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   July 09, 2010
Invoice No.      12956

Last Bill Date: 6/7/2010

For the period ending June 30, 2010

IN REFERENCE TO:   **Intellectual Property**

████████████████

NEW CHARGES (Itemized below)                              $████

## Total Due                                             $██████



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**CHARGES THIS STATEMENT**

**SERVICES**

**\* General**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ████████████████████ | | ███ | ███ |
| ███ | ████████████████████ | | ███ | ███ |
| ███ | ████████████████████ | | ███ | ███ |
| ████████ | | | ███████ | |
| | | | ███ | ███ |
| | ███████ | | | |
| ███ | ████████████████ | | ███ | ███ |
| | | | ███ | ███ |
| | ███████ | | | |
| ███ | ██████████████████ | | ███ | ███ |
| ███ | ███████████████ | | ███ | ███ |
| ███ | ██████████████ | | ███ | ███ |
| ███ | ███████████████ | | ███ | ███ |
| ███ | ███████████████ | | ███ | ███ |
| ███ | ████████████████ | | ███ | ███ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 4

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

**WSC - Olem Shoe Corp**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/10 | MM | Document and file management (including indexing; updating pleading files and docket review); update correspondence file with bill from local counsel; print Reply from opposing counsel, scan and file Disclosure of Expert Witness List; proof read Reply to Olem's Response to WSC's Objection and Motion to Strike the Declaration of Su Yuan. | 2.60 | 195.00 |
| | JAR | Communicate with Mr. McCormack re edits to Reply memo; edit Reply; begin writing declaration of Mr. McCormack for Reply. | 1.00 | 200.00 |
| 06/02/10 | TBM | Review and revise response to motion to strike; finalize declaration and related documents; communications with associate re the same; communications with local counsel re the same; review response to motion re request to seek opinion of copyright office re validity; prepare for hearing re motion to compel testimony and to commission a deposition in China; review memos re the same. | 4.30 | 1,118.00 |
| | KRG | Receive and review Olem's Reply in Support of Motion for the Issuance of Request to the Copyright Office and attached exhibits; evaluate necessity for sur-reply or any such response by Washington Shoe. | 0.70 | 122.50 |
| | JAR | Continue editing Reply; write declaration and prepare exhibit re same; communicate with local counsel re filing of same. | 5.00 | 1,000.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 06/03/10 | TBM | Prepare for discovery hearing with Magistrate Judge; review pleadings and memos on issues to be discussed; participate in telephonic hearing. | 3.00 | 780.00 |
| | MM | FAX Exhibit 2 in Tom Manos office; update Pleadings Board. | 0.60 | 45.00 |
| | KRG | Conference with Mr. McCormack regarding hearing on taking his deposition and appointing a commission to take written deposition of the Chinese witness; discuss plan of action including follow-up briefing for the same; telephone call to opposing counsel regarding missing documents from production CD and the follow-up request to supplement responses with those documents. | 0.30 | 52.50 |
| | JAR | Communicate with local counsel re electronic filing and formatting of Reply to Olem's Response to WSC's Motion to Strike Declaration of Su Yuan and supporting docs. | 0.40 | 80.00 |
| 06/04/10 | TBM | Meet with associates re hearing with court re deposition in China and related issues; consider issues re the same; conduct research re proposed mediator. | 2.10 | 546.00 |
| | MM | Document and file management (including indexing; updating pleading files and docket review); update Pleadings Board; docket Judge's Order from informal discovery conference held June 3rd. | 4.00 | 300.00 |
| | KRG | Meet with Mr. McCormack and associate re recent discovery hearing outcome and response; assist with docketing of deadlines to respond to Motion to Commission as well as service of cross, re-direct and re-cross examination questions. | 1.00 | 175.00 |
| | JAR | Meet with associate and Mr. McCormack re discovery hearing and strategy for brief re opposition to Olem's motion for deposition in China; communicate with local counsel re filing of Reply; verify docketing for new affidavits in support of: motion for summary judgment, WSC response to Olem's motion to commission deposition in China, Olem reply to motion to commission, WSC cross-questions, Olem's redirect, and WSC recross questions; discuss same with paralegal. | 1.30 | 260.00 |
| 06/07/10 | TBM | Review replacement declarations and communications with client re same; communications with court staff re scheduling of oral argument. | 1.00 | 260.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010

Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/07/10 | MM | Document and file management (including indexing; updating pleading files and docket review); update Pleadings Board. | 0.60 | 45.00 |
| | KRG | Prepare affidavit of K. Moehring in support of motion for summary judgment and in support of reply to motion for summary judgment in accordance with court order requesting new affidavits; prepare exhibits in support of the same. | 4.10 | 717.50 |
| | JAR | Research and prepare written response to Olem's motion to commission a person before whom deposition may be taken. | 4.30 | 860.00 |
| 06/08/10 | TBM | Prepare for oral argument re motion to ask question of U.S. Copyright Office and motion to strike testimony of Chinese witness; communications with staff re the same; review and revise response to motion to commission deposition in China; communications with client re the same. | 5.90 | 1,534.00 |
| | MM | Research with Westlaw re cites and research and Exhibits for recent pleadings. | 3.90 | 292.50 |
| | KRG | Make arrangements for copying of Olem's documents for production to be scanned to disk and delivered to MIP office. | 0.20 | 35.00 |
| | JAR | Continue to research and write opposition to Olem's motion to commission a person before whom deposition may be taken; communicate with Mr. McCormack re same; edit opposition papers; prepare exhibits for same. | 9.00 | 1,800.00 |
| 06/09/10 | TBM | Oral argument re two motions:  motion to strike and motion to ask question to copyright registrar; prepare notes for argument; follow-up communications with associate re the same; follow-up with local counsel re the same. | 3.20 | 832.00 |
| | MM | Docket three Court-determined deadlines. | 0.80 | 60.00 |
| | MM | Document and file management: update Pleading Index with last three docketed items. | 0.50 | 37.50 |
| | LAK | Review docketing dates. | 0.30 | 60.00 |
| | JAR | Prepare for and assist Mr. McCormack during discovery hearing; communicate with Mr. McCormack re hearing results and strategize for upcoming motion papers due as a result of hearing; continue to compile and redline exhibits for opposition to Olem's motion to commission person before whom deposition may be taken; continue to edit same; verify and complete docketing for production of witness lists and | 6.70 | 1,340.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | expert witness lists. | | |
| 06/10/10 | TBM | Communications with client re ████████████; communications with local counsel and with associate re the same. | 0.50 | 130.00 |
| | MM | Document and file management: update Pleading Index with last docketed items. | 2.20 | 165.00 |
| | KRG | Finalize declaration and exhibits of Karl Moehring; assist associate with filing the same; telephone call with local Florida counsel regarding filing of all documents. | 0.40 | 70.00 |
| | JAR | Research sur-reply to Olem's copyright office motion; electronically file and serve new affidavits of client in support of motion for summary judgment. | 4.00 | 800.00 |
| 06/11/10 | TBM | Communications with associate re brief on issue of staying proceedings and sending questions to the copyright office; consider issues re the same. | 0.70 | 182.00 |
| | MM | Document and file management: update Pleading Index with last docketed items. | 0.40 | 30.00 |
| | JAR | Research for sur-reply to Olem's copyright office motion and write same; communicate with Mr. McCormack re same. | 5.10 | 1,020.00 |
| 06/13/10 | JAR | Write Sur-Reply to Olem's copyright office motion and research memo for issuance of stay; communicate with Mr. McCormack re same. | 4.10 | 820.00 |
| 06/14/10 | TBM | Review and revise motion to oppose certifying question to copyright office; communications with associate re motion and issue of stay of jurisdiction. | 1.00 | 260.00 |
| | JAR | Write memo for issuance of stay; update docketing file; maintain pleading file; review research on local rules and associate research notes; communicate with Mr. McCormack re same. | 5.70 | 1,140.00 |
| 06/15/10 | TBM | Revise and revise and finalize motion to oppose certifying question to copyright office; communications with local counsel re the same; communications with associate re cross examination questions for proposed deposition upon written questions; communications with V. Moering re ████████ ████████████████████ | 3.50 | 910.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/15/10 | JAR | Finalize edits on memos for advisory opinion from Copyright Office and whether to grant stay; communicate with Mr. McCormack and with local counsel re same, in preparation for filing/service; write cross-exam questions for deposition of Su Yuan. | 5.20 | 1,040.00 |
| 06/16/10 | TBM | Review and revise proposed cross examination questions re witness in China; conference with associate re the same. | 0.40 | 104.00 |
|  | JAR | Write and edit cross-exam questions for deposition of Su Yuan; communicate with Mr. McCormack re same; serve same. | 2.00 | 400.00 |
| 06/17/10 | JAR | Communicate with opposing counsel's office re scheduling depositions. | 0.20 | 40.00 |
| 06/18/10 | TBM | Case management (review files, review correspondence, internal conferences re planning and preparation). | 0.30 | 78.00 |
|  | JAR | ██████████ Research deadline for expert witness disclosure and confirm submission of said disclosure; update pleadings file with judge's orders re Plaintiff's Motion To Comm. Person Before Whom Deposition Upon Written Questions May Be Taken; review same and communicate with Mr. McCormack re same. | 0.80 | 160.00 |
| 06/21/10 | JAR | Communicate with opposing counsel's office re scheduling depositions; communicate with Mr. McCormack re same; review all recent pleadings to verify deadlines and any responses due; review Plaintiff's reply to WSC's opposition to taking deposition in China; communicate with local counsel re same. | 1.20 | 240.00 |
| 06/22/10 | TBM | Communications with associate re deadlines and strategy and related issues; consider issues re appeal of magistrate decision re taking a deposition in China. | 1.00 | 260.00 |
|  | KH | Complete credit card authorization form; scan form; E-mail to associate. | 0.30 | 60.00 |
|  | KH | Phone call to clerk's office; research length of time permitted to appeal an order from a magistrate judge for a discovery motion in the Southern District of Florida. | 0.20 | 40.00 |
|  | JAR | Communicate with local counsel re motion strategy and plaintiff's production of documents; communicate with copy service re same; communicate with Mr. McCormack re same; communicate with client re scheduling of depositions; | 1.50 | 300.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | communicate with opposing counsel re same; research local rules for appeal of magistrate ruling. | | |
| 06/23/10 | JAR | Communicate with local counsel re possible appeal and reconsideration and deposition of Su Yuan; review Olem's brief on issuance of stay and our prior related briefs; communicate with Mr. McCormack re same; review correspondence from opposing counsel re extension of time to take deposition; respond to said correspondence; communicate with local counsel re said correspondence. | 2.50 | 500.00 |
| 06/24/10 | JAR | Communicate with opposing counsel re production of discovery docs; review discovery file re same; communicate with Mr. McCormack re same. | 0.50 | 100.00 |
| 06/28/10 | LAK | Verify docketing dates. | 0.20 | 40.00 |
| | KH | Print and save pleadings from PACER system. | 0.20 | 40.00 |
| | JAR | Docket deadline for submitting expert written reports; docket deadline for filing Summary Judgment motion and other dispositive motions; docket deadline for discovery cutoff; review Olem's response to Sur-Reply in Opposition to Olem's Motion for Issuance of Request to Register of Copyrights and Submission of Amended Proposed Request. | 2.50 | 500.00 |
| 06/29/10 | TBM | Discuss review of magistrate ruling re deposition in China with associate; consider issues re the same; frame questions presented and reasons for review of ruling; communications with associate re deposition schedules; review deposition notice from opposing counsel and consider document request objections. | 1.60 | 416.00 |
| | JAR | Research appeal of Magistrate's rulings; write appeal brief; communicate with opposing counsel's office and client re scheduling of depositions; communicate with Mr. McCormack re same. | 5.50 | 1,100.00 |
| 06/30/10 | TBM | Review communications with opposing counsel re scheduling of objections to questions to Copyright Office and depositions; prepare reply to the same; communications with associate re the same; review and revise appeal of Magistrate's order re voluntary depositions in China. | 2.20 | 572.00 |
| | JAR | Edit appeal brief; begin docketing depositions; update correspondence file with communications between counsel re objections to questions to the Copyright Office and depositions; communicate with opposing counsel re | 4.70 | 940.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | deposition notices and location; communicate with client re same. | | |
| | | | 127.40 | 25,204.50 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

Page 12

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | __Hours__ | __Amount__ |
| Fees for Professional Services | | | ▉ | $ ▉ |
| | | | Qty | |

### Advances

| | | | | |
|---|---|---|---|---|
| ▉ | | | ▉ | ▉ |
| . ▉ | | | ▉ | ▉ |
| ▉ | | | ▉ | ▉ |
| | | | | ▉ |

### Expenses

| | Qty | Amount |
|---|---|---|
| ▉ | 1 | ▉ |
| Olem - Printing in color (partial page) | 1 | 0.25 |
| Olem - Printing charges (b/w) | 517 | 51.70 |
| Olem - Printing charges (b/w) - Deposition notice, subpoena duces tecum | 1478 | 147.80 |
| Olem - Document scanning | 256 | 38.40 |
| Olem - Photocopy documents | 492 | 98.40 |
| | | 340.20 |
| ▉ | | |
| ▉ | ▉ | ▉ |
| | | ▉ |

### Expenses / Westlaw - Olem Shoe Corp

| | Qty | Amount |
|---|---|---|
| Olem - 06/02/10 Westlaw Online Research | 1 | 42.00 |
| Olem - 06/03/10 Westlaw Online Research | 1 | 60.00 |
| Olem - 06/07/10 Westlaw Online Research | 1 | 530.75 |
| Olem - 06/08/10 Westlaw Online Research | 1 | 132.25 |
| Olem - 06/10/10 Westlaw Online Research | 1 | 75.00 |
| Olem - 06/10/10 Westlaw Online Research | 1 | 272.00 |
| Olem - 06/10/10 Westlaw Online Research | 1 | 216.25 |
| Olem - 06/11/10 Westlaw Online Research | 1 | 127.00 |
| Olem - 06/11/10 Westlaw Online Research | 1 | 807.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   April 03, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | Qty | |
| Olem - 06/11/10 | Westlaw Online Research | | 1 | 75.00 |
| Olem - 06/14/10 | Westlaw Online Research | | 1 | 231.00 |
| Olem - 06/15/10 | Westlaw Online Research | | 1 | 205.75 |
| Olem - 06/19/10 | Westlaw Online Research | | 1 | 308.00 |
| Olem - 06/21/10 | Westlaw Online Research | | 1 | 30.50 |
| Olem - 06/29/10 | Westlaw Online Research | | 1 | 648.00 |
| Olem - 06/30/10 | Westlaw Online Research | | 1 | 298.10 |
| | | | | 4,058.60 |

Total additional charges                                $█████

TOTAL NEW CHARGES THIS PERIOD              $█████

████████████████████████████████████████

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: August 05, 2010
Invoice No.    12998

Last Bill Date: 7/9/2010

For the period ending July 31, 2010

IN REFERENCE TO:   **Intellectual Property**





NEW CHARGES (Itemized below)                    $█████

**Total Due**                                   $█████

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

**SERVICES**

**Corporate**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   August 05, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 4

Invoice Date:   August 05, 2010
Invoice No.



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:    August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ███ | ████████ | ████ | ██ | ██ |
| ███ | ████████ | ████ | ██ | ██ |
| ███ | ████████ | ████ | | |
| | | | ██ | ██ |
| | ████ | | | |
| ███ | ████████ | ████ | ██ | ██ |
| ███ | ████████ | ████ | ██ | ██ |
| | | | ██ | ██ |
| | ████ | | | |
| ███ | ████████ | ████ | | ██ |
| | | | ██ | ██ |
| | ████ | | | |
| ███ | ████████ | ████ | ██ | ██ |
| ███ | ████████ | ████ | | |
| | | | ██ | ██ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | | |

**WSC - Olem Shoe Corp**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 07/01/10 | TBM | Review and revise notice of appeal on Magistrate's order / ruling re deposition in China; consider issues re the same; communications with associate re the same. | 1.70 | 442.00 |
| | ATTY | Review court calendar for July deadlines and review same with Mr. McCormack; edit Appeal brief; communicate with opposing counsel re deposition location; communicate with local counsel re electronic filing; file Appeal of Magistrate Judge's Orders; update pleading folder with same; review all pleadings re issuance of request to copyright register; prepare for hearing re same; discuss same with Mr. McCormack; write outline of pleading for submission to copyright office and brief for court re Olem's questions to the copyright office. | 6.00 | 1,200.00 |
| 07/02/10 | TBM | Review and revise WASHINGTON SHOE'S PROPOSED REQUEST TO COPYRIGHT REGISTER; communications with associate re the same; review and revise Opposition and objection to OLEM'S PROPOSED REQUEST TO COPYRIGHT REGISTER. | 1.70 | 442.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/10 | BLH | Docket Last Day To Submit List Of Rebuttal Expert Witnesses (WSC adv. Olem) including review of Federal and Local Rules. | 0.30 | 39.00 |
| | BLH | Additional work on above item. | 0.90 | No Charge |
| | ATTY | Write WSC's Opposition To Olem's Proposed Request to Copyright Register; communicate with Mr. McCormack re same; communicate with local counsel re same. | 6.50 | 1,300.00 |
| 07/06/10 | TBM | Review letter to opposing counsel re deposition dates; communications with client re deposition preparation; communications with local counsel re issues for hearing with judge re questions to the copyright office; prepare for hearing re the same; communications with associate re discovery and related issues; review file re the same; review judges order re Chinese depositions and related laws concerning the same; consider issues re the same. | 3.20 | 832.00 |
| | KH | Open and save Order from the PACER System; print and file Order; E-mail a copy to Mr. McCormack. | 0.20 | No Charge |
| | ATTY | Write letter to opposing counsel objecting to Olem's deposition notices; communicate with Mr. McCormack re same; update correspondence file re same; compile schedule of date/time of depositions to assist Mr. McCormack and client; review Olem's expert report; review case schedule for related deadlines; communicate with Mr. McCormack re same; analyze Olem's responses to WSC's interrogatories; write draft of letter to opposing counsel re objections to Olem's discovery responses. | 5.00 | 1,000.00 |
| 07/07/10 | TBM | Prepare for hearing re questions to the copyright office; review pleadings and outline arguments re the same; communications with court clerk re re-schedule and related issues; communications with opposing counsel re the same; follow-up communications with opposing counsel re questions to the copyright office; prepare submission re the same per court instructions. | 4.70 | 1,222.00 |
| | BLH | Scan, Docket and file Plaintiff's Notice Of Deposition of Kim Bertholf, Dave Wise, Kelly Towsley, Karl Moehring, Robert Moehring, Mark Moehring, Valerie Moehring, Bryce Dulay, Roel Salonga and Bree Brewer; update files re the same. | 1.20 | 156.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/07/10 | BLH | Additional work on above item. | 2.20 | No Charge |
| | ATTY | Teleconference with opposing counsel; prepare for same; discuss same with Mr. McCormack; write objections to Olem's third amended request to copyright office; discuss same with Mr. McCormack; research and write letter re privilege; discuss same with Mr. McCormack. | 13.00 | 2,600.00 |
| 07/08/10 | TBM | Review and revise opposition to motion to submit questions to the copyright office; communications with associate and local counsel re the same; prepare for hearing re the same; review and revise amended witness list and review letter to opposing counsel re details of missing discovery and insufficient production of documents; consider issues re the same. | 4.40 | 1,144.00 |
| | BLH | Review and revise WASHINGTON SHOE'S OBJECTIONS TO OLEM'S PROPOSED (THIRD AMENDED) REQUEST TO THE COPYRIGHT OFFICE. | 1.20 | No Charge |
| | ATTY | Research and write letter re discovery issues for magistrate; review Olem's discovery responses for same; write proposed questions for copyright office; communicate with local counsel and Mr. McCormack re objections and proposed questions; prepare exhibit; electronically file same; write amended witness list; communicate with Mr. McCormack re same. | 10.10 | 2,020.00 |
| 07/09/10 | TBM | Prepare for hearing with judge; attend hearing with judge. | 4.00 | 1,040.00 |
| | ATTY | Write/edit letter re privilege; edit witness list; write and edit letter re discovery issues for magistrate; communicate with Mr. McCormack re same. | 11.50 | 2,300.00 |
| 07/13/10 | TBM | Preparations with client re depositions. | 10.00 | 2,600.00 |
| | ATTY | Soft docket WSC's response to Olem's second set of Requests for Admission; communicate with Mr. McCormack re Olem's. | 0.50 | 100.00 |
| | ATTY | Write letter re amended witness list in response to Olem's objection; discuss same with associate. | 1.00 | 200.00 |
| 07/14/10 | TBM | Depositions at WSC. | 10.00 | 2,600.00 |
| | ATTY | Edit letter re amended witness list in response to Olem's objection; discuss same with Mr. McCormack; mail and update correspondence file with same;  update pleading file | 4.90 | 980.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | with Olem's motion to strike portion of Roel Salonga's declaration; docket response deadline for same; review Olem's response to our demand for return of privileged docs; discuss same with Mr. McCormack; write follow-up letter and update correspondence file with same; write follow up letter re Olem's missing sales figures and other missing responses to WSC's discovery requests; communicate with Mr. McCormack re same; send letter and update correspondence file with same. | | |
| 07/15/10 | TBM | Defend deposition and deposition training. | 10.00 | 2,600.00 |
| | ATTY | Update correspondence files with letter from opposing counsel re forthcoming supplemental discovery response and WSC alleged deficiency in resp.; update discovery file with instructions for deposition in China including relevant judge's orders, rules and questions; review and analyze same for deficiencies; communicate with Mr. McCormack re same; research applicable rules for noticing commissioned officer to take deposition abroad; review plaintiff's second set of RFAs and begin to strategize re response; review and analyze Olem's objections to WSC's responses to discovery requests; communicate with Mr. McCormack re same. | 2.00 | 400.00 |
| 07/16/10 | TBM | Defend deposition and deposition training. | 10.00 | 2,600.00 |
| 07/18/10 | TBM | Deposition training. | 4.50 | 1,170.00 |
| 07/19/10 | TBM | Defend deposition and deposition training. | 10.00 | 2,600.00 |
| 07/21/10 | TBM | Communications with associate re response to motion to strike paragraphs of client declaration based on alleged lack of personal knowledge; communications with staff re the same; review other pending matters. | 1.50 | 390.00 |
| | ATTY | Communicate with Mr. McCormack re RFAs from Olem and Olem's Motion To Strike Declaration of Roel Salonga. | 0.20 | 40.00 |
| 07/22/10 | TBM | Case management. | 1.20 | 312.00 |
| | ATTY | Review Olem's second set of RFAs; research response tactics, including objections; start writing responses. | 2.00 | 400.00 |
| 07/23/10 | BLH | Docket Request for Admission and Request for Performance. | 0.30 | 39.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/23/10 | BLH | Additional work on above item. | 0.30 | No Charge |
|  | ATTY | Review Olem's communication re mediator; communicate re same with Mr. McCormack; write response; write response to Olem's second set of RFAs. | 4.20 | 840.00 |
| 07/25/10 | ATTY | Write opposition to Olem's motion to strike portions of Roel Salonga's affidavit. | 7.00 | 1,400.00 |
| 07/26/10 | TBM | Communications with associate re motion to strike declaration items from Roel; communications with opposing counsel paralegal re documents re sales and quantity and related items; consider issues and strategy re Rule 30(b)(6) deposition. | 1.20 | 312.00 |
| 07/27/10 | TBM | Review case schedule re deadline for rebuttal experts and related matters; communications with client re the same; review and revise responses to Requests for Admission; consider issues re the same; prepare E-mail to client re second requests for production; communications with associate re second set of admissions to Olem; communications with client re ▮▮▮▮▮▮ consider issues re the same. | 2.60 | 676.00 |
|  | ATTY | Edit response to second set of RFAs and communicate re same with Mr. McCormack. | 1.00 | 200.00 |
| 07/28/10 | TBM | INCOMPLETE DESCRIPTION / MISSING TIME: Communications with opposing counsel re… |  | No Charge |
|  | PAR | Prepare exhibits re Zebra boots; take pictures of infringing boots and prepare exhibits re the same; communications with Mr. McCormack re the same. | 1.10 | 104.50 |
| 07/29/10 | PAR | Prepare spreadsheet re attorneys' eyes only sales figures; communications with Mr. McCormack re the same. | 4.00 | 380.00 |
|  | ATTY | Communicate with local counsel re Opposition to Olem's motion to strike portions of Roel Salonga affidavit; communicate with Mr. McCormack re response to plaintiff's second set of RFAs; make final edits of response to plaintiff's second set of RFAs and serve same. | 1.00 | 200.00 |
| 07/30/10 | TBM | Review expert witnesses disclosure for rebuttal witness and filing re declaration of Roel; communications with associate re the same; review attorneys eyes only sales figures; | 0.80 | 208.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | communications with staff re the same. | | |
| 07/30/10 | ATTY | Communicate with local counsel re response to Plaintiff's second set of RFAs, WSC's Opposition to Olem's Motion To Strike Roel Salonga's Affidavit; review Olem's expert witness report; write WSC's disclosure of rebuttal expert witness; communicate with Mr. McCormack re same; serve same. | 1.50 | 300.00 |
| | | | 170.60 | 37,388.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | ██ | ██ |
| | | ████ | | |
| ████ | ███████ | ███████ | ██ | ██ |
| | | | ██ | ██ |

Fees for Professional Services    ██  $██

**Advances**

████████    █   ██
                 ██

**Expenses**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: August 05, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| | Olem - FAX charges (outgoing) | | 6 | 6.00 |
| | Olem - Photocopy documents | | 64 | 12.80 |
| | Olem - Mailing charges | | 1 | 5.08 |
| | Olem - Printing charges (b/w) | | 169 | 16.90 |
| | Olem - Document scanning | | 76 | 11.40 |

**Expenses / Westlaw - Olem Shoe Corp**

| | | | | |
|---|---|---|---|---|
| | Olem - 07/01/10 Westlaw Online Research | | 1 | 13.00 |
| | Olem - 07/07/10 Westlaw Online Research | | 1 | 956.25 |
| | Olem - 07/08/10 Westlaw Online Research | | 1 | 39.00 |
| | Olem - 07/08/10 Westlaw Online Research | | 1 | 45.90 |
| | Olem - 07/09/10 Westlaw Online Research | | 1 | 26.00 |
| | Olem - 07/25/10 Westlaw Online Research | | 1 | 218.00 |
| | Olem - 07/25/10 Westlaw Online Research | | 1 | 92.00 |
| | Olem - 07/26/10 Westlaw Online Research | | 1 | 351.60 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: August 05, 2010

Page 14

Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | Qty | |
| | Olem - 07/26/10 Westlaw Online Research | | 1 | 158.00 |
| | | | | 1,899.75 |

Total additional charges $█████

TOTAL NEW CHARGES THIS PERIOD $█████

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   September 08, 2010
Invoice No.      13035

Last Bill Date: 8/9/2010

For the period ending August 26, 2010

IN REFERENCE TO:   **Intellectual Property**





NEW CHARGES (Itemized below)                    $████

**Total Due**                                                      $████████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

**\* General**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Page 3



Invoice Date:   September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



### WSC - Olem Shoe Corp

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 08/02/10 | TBM | Review attorneys' eyes only documents re sales figures; communications with staff re the same; review status of discovery and related issues. | 0.50 | 130.00 |
| | ATTY | Review and analyze Olem's objections to Washington Shoe's Response to Plaintiff's First Set of Interrogatories ('ROGs'); research federal rules and case law on interrogatory responses; communicate with Mr. McCormack re same; verify docketing for Washington Shoe's response to Olem's Second Set of Requests for Admissions ('RFAs'); verify docketing for Washington Shoe's response to Olem's Second Set of Requests for Performance ('RFPs'); analyze Olem's responses to Washington Shoe's First Set of RFAs; write first draft of Washington Shoe's Second Set of RFAs; review prior correspondences between counsel re Olem's deficient discovery responses; write letter to opposing counsel re Olem's deficient discovery responses. | 5.20 | 1,040.00 |
| 08/03/10 | TBM | Case management. | 1.00 | 260.00 |
| | ATTY | Communicate with Mr. McCormack re letter to opposing counsel re Olem's deficient discovery responses; finalize same and send; communicate with Mr. McCormack re Washington Shoe's Second Set of RFAs. | 1.00 | 200.00 |
| 08/04/10 | ATTY | Continue to analyze data set provided by opposing counsel re sales and purchase figures of infringing boots; continue to write and edit second set of RFAs; prepare exhibits for same. | 5.00 | 1,000.00 |
| 08/05/10 | TBM | Review and revise requests for admissions; communications with associate re the same; communications with opposing counsel re deadline to file notice of mediator; prepare topic areas for deposition of corporate entity; consider issues re the same; prepare motion to renew motion to strike declaration of Su Yan; review file re the same; consider requests for admissions re Chinese print manufacturer; communications with associate re the same; review discovery requests from Olem to Washington Shoe and the burdensome natures of the | 5.60 | 1,456.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | same; extended discovery conference with Jay re discovery. | | |
| 08/05/10 | JDR | Draft organizational outline of discovery and interrogatory requests in preparation for discovery meeting with defendants. | 0.70 | 105.00 |
| | JDR | Meeting with Mr. McCormack and opposing counsel over discovery. | 2.00 | 300.00 |
| | ATTY | Continue to write and edit Second Set of RFAs, including separate set for attorneys' eyes only; mark up exhibits for same; finalize exhibits; communicate with Mr. McCormack re adjustments to RFAs following discovery conference with opposing counsel; finalize RFAs and serve same; update discovery file with same. | 9.00 | 1,800.00 |
| 08/06/10 | TBM | Prepare exhibit for hearing with Judge Huck; communications with local counsel re the same. | 1.20 | 312.00 |
| | ATTY | Review docket and case files; compile all pleadings, exhibits and correspondence relevant to privilege issue and amended witness list issue, in preparation for discovery conference; communicate with Mr. McCormack re same; compile all pleadings, exhibits and correspondence relevant to Olem's motion under 411(b)(2) in preparation for hearing on same. | 1.30 | 260.00 |
| 08/09/10 | TBM | Communications with mediator and client re mediation; communication with court re hearing; review file and consider issues re discovery; prepare for hearing with judge and review and revise notice of filing exhibits with associate. | 2.80 | 728.00 |
| | ATTY | Research local rules for notice of filing; write notice of filing for exhibits; research Olem's memos of law for homebuilder case; prepare exhibits and communicate with local counsel re filing of notice of filing with exhibits for upcoming hearing on Olem's 411(b)(2) motion; write discovery document re Washington Shoe's expert witness written report to comply with case schedule; communicate with Mr. McCormack re same; serve same; update discovery file with same; research federal rules of civil procedure and local court rules re when service is complete for discovery docs/non-responsive pleadings. | 5.20 | 1,040.00 |
| 08/10/10 | TBM | Confer with opposing counsel re discovery; prepare for hearing. | 3.80 | 988.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:  September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/10/10 | ATTY | Research federal civil procedure rules, federal case law, and the Hague Convention re taking compulsory deposition by commission in a foreign country; communicate with Mr. McCormack re same in preparation for hearing. | 1.20 | 240.00 |
| | ATTY | Verify docketing for hearing on 411(b)(2); verify docketing for Washington Shoe's response to Olem's Second Set of RFPs. | 0.40 | 80.00 |
| 08/11/10 | TBM | Prepare for hearing with Judge Huck re pending copyright issues; prepare notes re hearing; communications with client re the same; communications with local counsel re the same. | 3.20 | 832.00 |
| | ATTY | Communicate with paralegal re docketing of discovery cutoff and docketing deadlines for Interrogatories, Requests for Admission, and Requests for Performance. | 0.50 | 100.00 |
| 08/12/10 | TBM | Prepare for hearing with Judge Huck re pending copyright issues; prepare notes re hearing; communications with client re the same; communications with local counsel re the same. | 0.50 | 130.00 |
| | ATTY | Update pleadings file with plaintiff's motion to file under seal and amended motion to file under seal; communicate with Mr. McCormack re same. | 0.20 | 40.00 |
| 08/13/10 | TBM | Communications with client re case; review motions to file documents under seal. | 0.20 | 52.00 |
| 08/16/10 | TBM | Review discovery conference issues; prepare E-mail summary to client; communications with client re Jessica Stetson re creation of Ditsy Dots and employment documents re the same; review summary judgment motion re trade dress issues; consider issues re the same. | 3.70 | 962.00 |
| | JDR | Phone call with Michelle Sebree about potential mediation prices. | 0.10 | 15.00 |
| | ATTY | Communicate with Mr. McCormack re Washington Shoe's response to Olem's First Set of RFPs. | 0.40 | 80.00 |
| | ATTY | Assist associate in preparing letter to client re Washington Shoe's allegedly deficient ROGs responses. | 0.30 | 60.00 |
| 08/17/10 | TBM | Communications with client re case; communications and strategy re depositions and discovery in case; consider issues re the same; case management re the same; review paperwork re summary judgment of trade dress issues; consider issues re the same; research trade dress issues | 4.20 | 1,092.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | including standard or proof; timing of establishing trade dress and cases denying summary judgment of trade dress issues. | | |
| 08/18/10 | TBM | Prepare summary and argument re rule 11 sanctions and related issues; including detailed review of hearing transcript; review and revise argument re the same; communications with client and local counsel re the same. | 7.00 | 1,820.00 |
| | JRL | Find pleadings referencing FRCP 56(g) sanctions and supporting evidence. | 1.40 | 210.00 |
| | ATTY | Docket 30 day signature period for all 10 depositions of client; research federal civil procedural rule for same; communicate with Mr. McCormack re same. | 1.00 | 200.00 |
| 08/19/10 | TBM | Prepare topics for corporate deposition; review pleadings filed by opposing counsel re questions to the copyright office; prepare responsive pleading re the same. | 3.60 | 936.00 |
| | JDR | Review memo on trade dress law in preparation for a Response to Plaintiff's Motions for Partial Summary Judgment. | 1.10 | 165.00 |
| 08/20/10 | TBM | Communications with client re pending deadlines and Jessica Stetson issues; consider issues re the same; review files re discovery conference issues; review and revise reply to Olem's recent pleading re submitting questions to the copyright office; consider issues re the same. | 3.60 | 936.00 |
| | JRL | Review Summary of Rule 11 Sanctions Notes and provide feedback. | 1.25 | 187.50 |
| | JDR | For a Plaintiff's Motion for Partial Summary Judgment, in response to Olem's summary judgment motion, research case law for trade dress with emphasis on cases in federal court where Appeals Courts overturned District Court rulings where there were triable issues of fact on trade dress claims. | 3.60 | 540.00 |
| | ATTY | Communicate with local counsel re upcoming deadlines; communicate with local counsel re scheduling of discovery conference; soft docket deadlines for in limine motions, unresolved discovery motions, and joint pre-trial stipulations; review Olem's Response to Defendant's Objections to Proposed Request to Copyright Office; review and edit Mr. McCormack's draft response of same; meet with Mr. McCormack to discuss response, case strategy, and | 3.00 | 600.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | upcoming discovery hearing. | | |
| 08/21/10 | JDR | Research summary judgment cases for response motion to Olem's summary judgment motion; research case law for trade dress for Plaintiff's Motion for Partial Summary Judgment with emphasis on cases in federal court where Appeals Courts overturned District Court rulings where there were triable issues of fact on trade dress claims, summary judgment cases, for response motion to Olem's summary judgment motion. | 5.20 | 780.00 |
| 08/22/10 | TBM | Prepare declaration of J. Stetson; communications with client re the same; consider issues re the same; review files re the same. | 2.00 | 520.00 |
| | JDR | Research and organize list of cases where Appeals Courts overturned District Court rulings where there were triable issues of fact on trade dress claims; research case law for issue of what evidence to put forward in order to create issue of fact for Trade Dress claim; meet with Mr. McCormack to discuss building a factual record to support Washington Shoe's trade dress claim in line with supporting cases. | 5.20 | 780.00 |
| | JDR | Review Olem's Summary Judgment Motion in preparation for Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress Infringement. | 1.30 | 195.00 |
| | ATTY | Edit Defendant's Response to Plaintiff's Third Amended Questions to the Copyright Office; research federal case law and statutory law for same. | 3.50 | 700.00 |
| 08/23/10 | TBM | Prepare declarations of Rob Moehring, Diane Bennett and Roel Salanga; meet with Jessica Stetson and revise declaration; communications with local counsel and associate counsel re wrongs by opposing counsel in attempting to defraud the court re the ownership of Ditsy Dots; research re the same; communications with associates re factual development re the same; communications with client re the same; communications with associate re trade dress issues; communications with client re the same; review and revise memorandum to court re misrepresentations to court; consider issues re the same. | 10.00 | 2,600.00 |
| | LAK | Review Stetson declaration per discussion with Mr. McCormack. | 0.50 | 100.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/23/10 | LAK | Conference with Mr. McCormack regarding Jessica Stetson declaration and opposing counsel's related actions. | 0.40 | 80.00 |
| | LAK | Review August 11 hearing transcript and analyze its contents in comparison with Ms. Stetson's declaration; identify and analyze inconsistencies regarding same; prepare section of motion detailing opposing counsel's misrepresentations; forward to Mr. McCormack for review. | 2.50 | 500.00 |
| | JDR | Research for Washington Shoe's Response to Plaintiff's Motion for Partial Summary Judgment; research and organize cases where Appeals Courts overturned District Court rulings where there were triable issues of fact on trade dress claims; research case law on standards for summary judgments; research to find favorable case law where courts disfavor summary judgment in trade dress cases. | 6.20 | 930.00 |
| | ATTY | Continue editing Defendant's Response to Plaintiff's Third Amended Questions; research local rules re length for same. | 3.00 | 600.00 |
| | ATTY | Re-send Defendant's Second Set of RFAs via U.S. mail. | 0.10 | 20.00 |
| 08/24/10 | TBM | Prepare declarations of Rob Moehring, Diane Bennett and Roel Salanga; meet with Jessica Stetson and revise declaration; communications with local counsel and associate counsel re wrongs by opposing counsel in attempting to defraud the court re the ownership of Ditsy Dots; research re the same; communications with associates re factual development re the same; communications with client re the same; communications with associate re trade dress issues; communications with client re the same; review and revise memorandum to court re misrepresentations to court; consider issues re the same; review and revise sanctions motion re the same. | 8.00 | 2,080.00 |
| | LAK | Conference with Mr. Reingold regarding Stetson motion. | 0.30 | 60.00 |
| | JDR | Draft, edit, and revise Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress Infringement; research case law on courts presuming the existence of trade dress when there is exact copying; research case law on likelihood of confusion; draft, edit, and revise sections of Plaintiff's Motion for Partial Summary Judgment on Trade Dress infringement for ""likelihood of confusion"" and ""presumption of trade dress issues"". | 10.00 | 1,500.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/24/10 | ATTY | Communicate with Mr. McCormack re Renewed Request for Summary Judgment, Response to Olem's Third Amended Questions, and Notice of Witness Tampering; edit same; prepare exhibits for same, including redlining hearing transcript; write declaration for Mr. McCormack re same; communicate with local counsel re instructions for filing same. | 6.00 | 1,200.00 |
| 08/25/10 | TBM | Review motion for partial summary judgment filed by Olem of Stetson's employment issue; consider sanctions motion re the same; communications with associates re the same; consider issues re the same; consider sanctions for discovery conference; consider extending timeline for damages discovery; consider deposition schedule for corporate defendant of Olem. | 3.40 | 884.00 |
| | LAK | Conference with Mr. McCormack regarding Olem's motion for summary judgment of the trade dress claims. | 0.30 | 60.00 |
| | LAK | Prepare legal analysis and application portions of response to Motion for Summary Judgment on trade dress causes of action; forward to Mr. McCormack for review. | 2.50 | 500.00 |
| | JDR | Draft and revise outline to organize Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress infringement; research case law for ""inherent distinctiveness"" and ""Secondary meaning""; research case law for ""Secondary Meaning,"" ""in the making and researched,"" ""likelihood of confusion,"" within the context of ""Secondary meaning""; draft, edit and revise the same for application of facts to rule sections; edit and reorganize law sections; research case law on ""confusing similarity"" trade dress issue with particular emphasis on the Eleventh Circuit Court. | 12.00 | 1,800.00 |
| 08/26/10 | TBM | Review and revise opposition to motion for Summary Judgment Motion; communications with client and associates re the same. | 5.80 | 1,508.00 |
| | LAK | Review Washington Shoe sales and advertising data in relation to Florida stores Burdines' and Dillard's, research geographics of said stores. | 0.30 | 60.00 |
| | JDR | Draft, edit and revise for statement of facts section for Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress infringement; create factual support for statement of facts including finding customer reviews and stores and Websites that advertise Washington | 8.00 | 1,200.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:  September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | Shoe's Ditsy Dots and Zebra Supreme; research case law on trade dress where copyright claims are also made; research case files for factual support including past pleadings, discovery, and depositions. | | |
| 08/26/10 | HP | Update pleading folder with recent court filings. | 1.00 | 95.00 |
| | ATTY | Docket Olem's partial summary judgment motion on trade dress; review and analyze Olem's motion and create list of exhibits for opposition; meet with Mr. McCormack and associate to discuss Washington Shoe's response to same; begin research on exhibits. | 4.00 | 800.00 |
| | ATTY | Write statement of case/settlement posture letter to mediator; prepare seven attachments for mediator; communicate with Mr. McCormack re same; send same via FedEx. | 5.00 | 1,000.00 |
| | | | 191.25 | 39,448.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Fees for Professional Services

Qty

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |

### Advances / Courier - ██████████

| **Olem - Mediator** 08/26/10 FedEx Tracking **798990122101** FedEx Priority Overnight -- Delivery 8/27/10 10:12 AM Leslie J. Lott, Lott & Friedland, 355 Alhambra Cir Miami FL 33134 Receipt signed by: E. Acosta, Coral Gables FL . | | | 1 | 52.87 |

52.87

### Advances / Courier - Olem

| **Olem** 06/30/10 FedEx Tracking **870949285395** FedEx Priority Overnight -- Delivery 7/1/10 7:16 AM Jamison Insurance 100 Executive Dr West Orange NJ 07052 Rcvd by Wanda Robinson, Signed: 225-7231 . | | | 1 | 65.98 |
| **Olem** 08/03/10 FedEx Tracking **798907675870** FedEx First Overnight -- Delivery 8/4/10 10:15 AM John W Widell, 3937 Agua Fria St., Santa Fe NM 87507 Sig not required, left at door . | | | 1 | 27.26 |
| ████████████████████████████ ████████████████████████████████ . | | | █ | ████ |
| **Olem** 08/25/10 FedEx Tracking **798981602808** FedEx Priority Overnight -- Delivery 8/26/10 9:55 AM Tom J Manos PA, 801 Brickell Ave FL 9, Miami FL 33131 Receipt signed by: L. Rodriguez . | | | 1 | 31.63 |

████

### Advances / WSC v Olem

| **Olem** 08/11/10 Parking garage charge, Attorney Manos. . | | | 1 | 9.00 |
| **Olem** 08/12/10 Transcript of hearing with Judge Huck (MIP Chk No. 1291) . | | | 1 | 192.24 |
| **Olem** 08/26/10 Mediation Fee to Lott and Friedland (MIP Chk No. 1295). . | | | 1 | 2,000.00 |

2,201.24

### Expenses

████████████████████████████████  ████  ████

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:  September 08, 2010
Invoice No.

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|---|---|---|---|---|
| | | Olem (Final w/decl and exhibits) - Printing in color (partial page) | 10 | 2.50 |
| | | Olem (Transcript of Hon. Huck's hearing) - Printing in color (partial page) | 18 | 4.50 |
| | | Olem (Pleadings, etc. for mediator) - Printing in color (partial page) | 20 | 5.00 |
| | | Olem - Printing in color (partial page) | 50 | 12.50 |
| | | Olem (RFAs) - Printing in color (partial page) | 60 | 15.00 |
| | | Olem (Transcript of Hon. Huck's hearing) - Printing in color (full page) | 20 | 20.00 |
| | | Olem - Printing in color (full page) | 26 | 26.00 |
| | | Olem (Exhibit production) - Printing charges (b/w) | 17 | 1.70 |
| | | Olem (Pleadings, corr., exhibits) - Printing charges (b/w) | 100 | 10.00 |
| | | Olem (RFAs: 2nd Set, Attys Eyes Only set, etc.) - Printing charges (b/w) | 100 | 10.00 |
| | | Olem (re: Plaintiff's Deficient Disc Responses - Printing charges (b/w) | 20 | 2.00 |
| | | Olem (3rd proposed Amend., Q's , Resp's., etc.) - Printing charges (b/w) | 73 | 7.30 |
| | | Olem (Docketing) - Printing charges (b/w) | 25 | 2.50 |
| | | Olem (Transcript of Hon. Huck's hearing) - Printing charges (b/w) | 789 | 78.90 |
| | | Olem - Printing charges (b/w) | 45 | 4.50 |
| | | Olem (Pleadings, etc. to FedEx to Mediator) - Printing charges (b/w) | 40 | 4.00 |
| | | Olem (Opp'n to Olem's Part. SJM) - Printing charges (b/w) | 20 | 2.00 |
| | | Olem (Rule 11 case law research) - Printing charges (b/w) | 21 | 2.10 |
| | | Olem - Printing charges (b/w) | 2007 | 200.70 |
| | | Olem - Document scanning | 76 | 11.40 |
| | | Olem (Tanscript of Hon. Huck's hearing) - Document scanning | 120 | 18.00 |
| | | Olem - Photocopy documents | 25 | 5.00 |
| | | Olem (Ltr with tbl, enclosures re Disc. Resp.) - Photocopy documents | 32 | 6.40 |
| | | Olem - Mailing charges | 1 | 0.88 |
| | | Olem (2nd set RFAs, etc.) - Mailing charges | 1 | 2.07 |
| | | Olem (Ltr with tables, enclosures re Disc. Resp.) - Mailing charges | 1 | 3.44 |
| | | Olem (Transcript of Hon. Huck's hearing) - Mailling charges | 1 | 16.10 |
| | | Olem (Exhibit production) - FAX charges (outgoing) | 2 | 2.00 |
| | | Olem (2nd Sets of RFAs, Exhibits in Color) - FAX charges (outgoing) | 2 | 2.00 |
| | | Olem (Transcript of Hon. Huck's hearing) - FAX charges (outgoing) | 15 | 15.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|------------------------|-------------|-------------|--------|
| ███ | ███ | ███ | █ | ███ |

### Expenses / Westlaw - Olem Shoe Corp

| | | HOURS Qty | AMOUNT |
|---|---|---|---|
| OLEM (Rogs) 08/02/10 Westlaw Online Research | | 1 | 122.00 |
| OLEM (Rogs) 08/02/10 Westlaw Online Research | | 1 | 91.00 |
| OLEM (RFAs) 08/04/10 Westlaw Online Research | | 1 | 180.00 |
| OLEM (SJM) 08/04/10 Westlaw Online Research | | 1 | 28.00 |
| OLEM 08/05/10 Westlaw Online Research | | 1 | 597.70 |
| OLEM 08/05/10 Westlaw Online Research | | 1 | 94.45 |
| OLEM (Hearing on 411(b)2 08/09/10 Westlaw Online Research | | 1 | 35.25 |
| OLEM (Svc Issues) 08/09/10 Westlaw Online Research | | 1 | 205.00 |
| OLEM (Compulsory Depo) 08/10/10 Westlaw Online Research | | 1 | 13.00 |
| OLEM (Compulsory Depo) 08/10/10 Westlaw Online Research | | 1 | 100.05 |
| OLEM 08/10/10 Westlaw Online Research | | 1 | 14.00 |
| OLEM 08/10/10 Westlaw Online Research | | 1 | 261.80 |
| OLEM 08/16/10 Westlaw Online Research | | 1 | 251.00 |
| OLEM (Trade Dress) 08/17/10 Westlaw Online Research | | 1 | 293.50 |
| OLEM (Trade Dress) 08/20/10 Westlaw Online Research | | 1 | 86.00 |
| OLEM (Trade Dress) 08/21/10 Westlaw Online Research | | 1 | 102.70 |
| OLEM 08/22/10 Westlaw Online Research | | 1 | 336.45 |
| OLEM (Trade Dress) 08/22/10 Westlaw Online Research | | 1 | 671.30 |
| OLEM (Digital File) 08/23/10 Westlaw Online Research | | 1 | 13.00 |
| OLEM (Trade Dress) 08/23/10 Westlaw Online Research | | 1 | 447.75 |
| OLEM (Trade Dress) 08/24/10 Westlaw Online Research | | 1 | 337.65 |
| OLEM (Trade Dress) 08/25/10 Westlaw Online Research | | 1 | 549.95 |
| OLEM 08/25/10 Westlaw Online Research | | 1 | 553.25 |
| OLEM 08/26/10 Westlaw Online Research | | 1 | 648.25 |
| OLEM (Trade Dress) 08/26/10 Westlaw Online Research | | 1 | 297.00 |
| OLEM 08/27/10 Westlaw Online Research | | 1 | 273.50 |
| OLEM (Rule 11) 08/27/10 Westlaw Online Research | | 1 | 170.00 |
| OLEM (Rule 11) 08/28/10 Westlaw Online Research | | 1 | 113.00 |
| OLEM (Rule 11) 08/30/10 Westlaw Online Research | | 1 | 500.00 |

7,386.55

Total additional charges      $███

**TOTAL NEW CHARGES THIS PERIOD**      $███

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property

Invoice Date: September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

### CLIENT FUNDS - TRUST ACCOUNT ACTIVITY



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



McCormack
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  September 08, 2010
Invoice No.    13036

Last Bill Date: 6/7/2010

For the period ending August 30, 2010

IN REFERENCE TO:  **Associate Law Firm Tom J. Manos, PA**
**in Olem Shoe Corp vs. Washington Shoe Company**

NEW CHARGES (Itemized below)                    $4,515.00

**Total Due**                                         $▮▮▮

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **Services** | | |
| | | **Expenses** | | |
| 08/02/10 | TJM | Review Washington Shoe's Responses to Olem's Second Set of Requests for Admissions; exchange correspondence with Mr. McCormack re the same. | 0.30 | 105.00 |
| 08/03/10 | TJM | Receipt and review letter from Mr. McCormack re deficient discovery responses; receipt and review letter from opposing counsel re selecting new mediator, and Mr. McCormack's response thereto. | 0.20 | 70.00 |
| 08/04/10 | TJM | Receipt and review Olem's Reply to Response to Motion to Strike paragraphs 4 and 5, etc. | 0.20 | 70.00 |
| 08/05/10 | TJM | Exchange correspondence with Mr. McCormack re potential mediators ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ exchange correspondence with judge's law clerk re attendance at hearing; receipt and review letter from opposing counsel. | 0.50 | 175.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Associate Law Firm Tom J. Manos, PA
in Olem Shoe Corp vs. Washington Shoe Company**



Invoice Date:   September 08, 2010

Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 08/06/10 | TJM | Research re: notice of filing; prepare same re Zebra designs; exchange correspondence with Mr. McCormack re the same. | 0.50 | 175.00 |
| | TJM | Receipt and review selection of Mutual election of mediator, L. Lott; receipt and review correspondence from Judge's clerk re: scheduling hearing; receipt and review notice of hearing. | 0.30 | 105.00 |
| 08/09/10 | TJM | Receipt and review correspondence from Mr. McCormack; review status of hearing on Motion to issue request to registry of copyrights; prepare notice of filing in opposing Olem's motion for request to registry of copyrights; exchange correspondence with Judge Huck's clerk re rescheduling hearing. | 0.60 | 210.00 |
| 08/10/10 | TJM | Receipt and review correspondence from opposing counsel re: hearing; review Washington Shoe's written report from rebuttal expert witness; receipt and review Olem's statement of material facts in support of its motion for partial summary judgment and deposition transcripts; review affidavit of Gabriele Golaper; review affidavit of Julio Acosta; review correspondence from Mr. McCormack re discovery issues with opposing counsel; receipt and review Olem's motion for partial summary judgment. | 1.40 | 490.00 |
| 08/11/10 | TJM | Prepare for and attend status hearing on motion to request opinion from register of copyrights; prepare motion to strike and motion for summary judgment. | 3.00 | 1,050.00 |
| 08/17/10 | TJM | Review ▇▇▇▇▇▇▇▇▇▇▇▇ prepare correspondence to client re same; telephone conference with client re ▇▇▇▇▇▇▇▇ and corporate representative deposition; telephone conference with opposing counsel re outstanding discovery and corporate representative deposition; telephone conference with Jay Sanchelima re possible deposition dates and outstanding discovery; exchange correspondence with Mr. McCormack re the same. | 1.60 | 560.00 |
| 08/18/10 | TJM | Receipt and review transcript of recent hearing; prepare notes re same; exchange correspondence with Mr. McCormack re the same; receipt and review correspondence from J. Sanchelima re deposition dates. | 1.20 | 420.00 |
| 08/19/10 | TJM | Receipt and review Olem's Response to Objections re questions to registrar of copyrights; prepare correspondence to Mr. McCormack re the same; review Mr. McCormack's | 1.40 | 490.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring



**Associate Law Firm Tom J. Manos, PA**
**in Olem Shoe Corp vs. Washington Shoe Company**

Invoice Date:   September 08, 2010
Invoice No.

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | notes; exchange additional correspondence re the same. | | |
| 08/24/10 | TJM | Review client materials; review correspondence re inadvertent disclosure of attorney client materials and correspondence from opposing counsel that such inadvertent disclosure is not waived; prepare for hearing. | 0.60 | 210.00 |
| 08/25/10 | TJM | Review Renewed Motion for Summary Judgment, Response to Olem's Amended Third Request to Copyright Office and Notice of Witness Tampering; prepare same for file with court; telephone conference with Mr. McCormack re hearing strategy. | 1.10 | 385.00 |
| | | | 12.90 | 4,515.00 |
| Fees for Professional Services | | | 12.90 | $4,515.00 |

### CLIENT FUNDS - TRUST ACCOUNT ACTIVITY




**\* A fee of 1% per month may be imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: October 11, 2010
Invoice No.      13078

Last Bill Date: 9/8/2010

For the period ending September 30, 2010

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**                                                          $ █████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  October 11, 2010
Invoice No.    13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010
Invoice No. 13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|



**WSC - Olem Shoe Corp**

| 08/27/10 | TBM | Review motion for partial summary judgment filed by Olem of Stetson employment issue; consider sanctions motion re the same; communications with associates re the same; consider issues re the same; consider sanctions for discovery conference; consider extending timeline for damages discovery; consider deposition schedule for corporate defendant of Olem. | 2.50 | 650.00 |
| | ATTY | Edit Response to Olem's partial summary judgment motion on trade dress; write statement of facts for same; research exhibits and review discovery files for same; communicate re | 8.00 | No Charge |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | exhibits and arguments with associate. | | |
| 08/27/10 | JDR | Edit and revise Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress Infringement for Statement of Facts; continue to build factual record with research into past pleadings; draft declarations for Karl Moehring, Mark Moehring, Robert Moehring and Kimberly Bertholf; create copies of accompanying exhibits and organize exhibits in support of Karl Moehring's declaration; edit Karl Moehring's declaration; research Target locations in Florida for factual exhibit in Karl Moehring's declaration. | 8.50 | 1,275.00 |
| | HRP | Update pleading folder with recent court filings. | 1.00 | 95.00 |
| 08/28/10 | ATTY | Research, write and edit Washington Shoe's Motion for Rule 11 Sanctions, 56(g) Sanctions, and Contempt Against Olem. | 7.10 | No Charge |
| 08/30/10 | TBM | Communications with Diane Bennett re declaration and related issues; communications with staff re coordinating signature; communications with client re the same; review pending discovery matters and consider issues re the same; communications with local counsel in Florida re the same; review and revise motion for sanctions; communications with local counsel and associates re the same; review and revise opposition to motion for summary judgment on trade dress; communications with local counsel and associates re the same. | 8.10 | 2,106.00 |
| | ATTY | Edit Memorandum of Law for Opposition to Olem's Motion for Partial Summary Judgment on Trade Dress; edit declaration of Karl Moehring; quick-docket due date for Washington Shoe's Opposition to Olem's Motion for Partial Summary Judgment on Copyright Infringement; organize docketing materials for this case; communicate with paralegal re docketing for this case; write letter to opposing counsel re deposition correction sheets; send deposition correction sheets to opposing counsel; write letter re Washington Shoe's discovery response re Jessica Stetson employment records; send records and Arranged Employment Opinion ('AEO') letter to the opposing counsel; research Rule 11(c)(2) re 21-day safe harbor, add section to Memorandum on Rule 11 re same; communicate with Mr. McCormack re same. | 13.00 | No Charge |
| | JDR | Edit and revise Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress Infringement in preparation for filing; draft, edit and revise response to Olem's Statement of Material Facts, checking Olem's | 13.50 | 2,025.00 |

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | citations for accuracy as well as research own case file for response; organize declarations and certificates of service for filing; create attorneys' eyes only documents for Declaration of Karl Moehring and Response to Plaintiff's Motion for Partial Summary Judgment; edit and review response to Olem's request for production; file response to Plaintiff's Motion for Partial Summary Judgment online; served faxed copies of attorneys' eyes only documents to Opposing Counsel (Olem); serve faxed copies for response to Olem's requests for production. | | |
| 08/30/10 | JDR | Edit and revise Response to Plaintiff's Motion for Partial Summary Judgment on Trade Dress Infringement; sheppardize cases for motion; draft declarations for Karl Moehring, Mark Moehring, Robert Moehring and Kimberly Bertholf; create copies of accompanying exhibits and organize exhibits in support of Karl Moehring's declaration; edit Karl Moehring's declaration; draft declaration of Timothy B. McCormack; edit and revise factual section to add customer statements and supporting evidence from declarations; edit and revise citations; edit and revise factual application to analysis sections of trade dress to account for new exhibits and declarations made. | 12.80 | 1,920.00 |
| | BOS | Off-site meeting with D. Bennett regarding Bennett declaration signature and notarization; prepare correspondence and exhibit for service on all counsel regarding Plaintiff's Cross Notice of Hearing; prepare and finalize email to all counsel regarding Plaintiff's Cross Notice of Hearing and attachments. | 2.60 | 390.00 |
| 08/31/10 | TBM | Prepare for hearing re discovery issues; attend hearing re discovery issues; review exhibits and damages calculations re; review and revise papers re the Motion for SJ on Trade Dress Infringement issues; communications with client re the same; prepare updated responses to discovery answers; communications with associate re the same. | 8.50 | 2,210.00 |
| | LAK | Prepare responses to Olem's statement of material facts, specifically paragraphs 13 & 14; conference with associate regarding same. | 1.10 | 220.00 |
| | ATTY | Prepare separate statement of material facts for Opposition to Olem's Motion for Partial Summary Judgment on Trade Dress Infringement; edit declaration of Karl Moehring; quick-docket due date for WSC's opposition to Olem's Partial MSJ on Copyright Infringement; organize docketing materials for this case; communicate with paralegal re | 8.20 | 1,640.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | docketing for this case; write letter to opposing counsel re deposition correction sheets; send deposition correction sheets to opposing counsel; write letter re WSC's discovery response re Jessica Stetson employment records; send records and letter AEO to opposing counsel; research Rule 11(c)(2) re 21-day safe harbor, adding section to Memo on Rule 11 re same; communicate with Mr. McCormack re same. | | |
| 08/31/10 | ATTY | Additional work on above item. | 3.70 | No Charge |
| | BOS | Travel to and from client's home and meet with Diane Bennett regarding signature to her revised Declaration and notarization of same. | 0.90 | 135.00 |
| | JDR | Edit and revise declaration of Karl Moehring; edit and revise declaration for Vincent Deland; draft edit, draft, edit and revise Proposed Order on WSC's Response to Plaintiff's Partial MSJ (Motion for Summary Judgment) on Trade Dress Infringement; research requirements for responding to Olem's Statement of Material Facts; draft, edit, and revise response to Olem's Statement of Material Facts; meet with Mr. McCormack regarding Attorneys Eyes Only copies of Karl Moehring declaration and Response to Plaintiff's Partial MSJ; revise and rearrange exhibit file for WSC's Response to Plaintiff's Partial MSJ on Trade Dress Infringement; prepare copies Attorney's Eyes Only Papers for Response to Plaintiff's Partial MSJ; edit and revise copy of Attorney's Eyes Only copy for Karl Moehring Declaration; edit and revise Statement of Facts for Washington Shoe's Response to Plaintiff's Partial MSJ on Trade Dress Infringement; consult with Mr. McCormack regarding final edits to Response to Plaintiff's Partial MSJ organized and prepared Washington Shoe's Response to Plaintiff's Partial MSJ, with accompanying exhibits and declarations for filing purposes; file Response to Plaintiff's Partial MSJ, as well as exhibits and declarations; file and serve by Faxed response to Olem's Statement of Material Facts; serve by Fax and E-mail to opposing counsel Response to Plaintiff's Partial MSJ on Trade Dress Infringement. | 13.20 | 1,980.00 |
| | NBC | Word processing:  WSC v Olem Shoe Corp - Trade Dress. | 1.20 | No Charge |
| 09/01/10 | TBM | Review and revise statement of material facts in Opposition to Partial MSJ; review answers to revised discovery requests; review documents produced by client; communications with | 4.30 | 1,118.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | opposing counsel re the status of discovery. | | |
| 09/01/10 | LAK | Double check docketing deadlines for mediation. | 0.10 | No Charge |
| | BOS | Prepare and update the case matter pleading file re the revised Declaration of client D. Bennett; prepare working papers of defendant's answers to plaintiff's Second Requests for Admission and Requests for Production for attorney analysis; review of document production including invoiced and received records, E-mail and attachments regarding Ditsy Dot and Zebra Rose documents incoming from R. Salonga, identifying potential privileged documents for use in production to opposing counsel and preparation of a privilege log. | 3.40 | 510.00 |
| 09/02/10 | TBM | Review case file. | 2.00 | No Charge |
| | TBM | Case management; prepare deposition topics for corporate deposition of Olem Shoe Corp.; review Partial MSJ on copyright infringement. | 3.70 | 962.00 |
| | LAK | Discuss Opposition to Motion for Partial Summary Judgment on copyright claims with Mr. McCormack; verify deadline and docket accordingly. | 0.50 | 100.00 |
| | BOS | Complete a review of WSC's documents received from R. Salonga, identifying potential privilege claim references in preparation for production to Plaintiff's counsel J. Sanchelima; prepare memorandum regarding outline of document review for privilege claim for attorney review and approval of documents for production; review E-mail received from Court and prepare working papers for attorney review; communications with C. Daniels (of Plaintiff's counsel Sanchelima & Associates, P.A.) re copy production of WSC's documents from R. Salonga; communication with B. O'Brien of Pacific Legal regarding copy production of client documents; communications with R. Erickson of Lighthouse regarding copy production of client documents; communication in Florida with L. Friedland confirming Mediation set for Friday, Sept. 10; prepare and update WSC's client file with incoming pleadings, prepare working papers for attorney review for case management; prepare and update the master case docket calendar regarding court deadlines for case management, review of Court rules regarding same. | 5.70 | 855.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:   October 11, 2010

Invoice No.     13078

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 09/02/10 | BOS | Additional work on previous item. | 2.00 | No Charge |
| | HRP | Coordinate production of client documents from Roel Salanga to assist with plaintiff's request for production and upload documents to an FTP (File Transfer Protocol) site. | 0.50 | 47.50 |
| 09/03/10 | TBM | Trial preparation; research re jury instructions and related issues; review case schedule and discovery. | 5.60 | 1,456.00 |
| | BOS | Ongoing preparation and update of master case docket calendar re plaintiff's Partial MSJ on WSC's Counterclaim Count I and WSC's Motion for Rule 11 Sanctions and Rule 56(g) Sanctions; review of specific Federal Civil Rules pertaining to the filing of WSC's response and reply to each pleading; review pleadings received and prepare working paper copies for attorney analysis; update client file for case management; prepare Excel privilege log regarding WSC's document production, analyze 136 client documents, identify privilege claims, incorporate in privilege log for service on plaintiff's counsel. | 3.30 | 495.00 |
| 09/04/10 | BOS | Ongoing analysis for privilege claims of 136 WSC documents; prepare and update privilege log to comply with the Court's Order and Notice of Hearing deadline for service on plaintiff's counsel, J. Sanchelima. | 2.00 | 300.00 |
| 09/06/10 | LAK | Read and analyze Olem's Partial MSJ re 'copyright'. | 0.30 | 60.00 |
| | LAK | Research and prepare legal standard of review section of Response to Partial MSJ. | 1.00 | 200.00 |
| | LAK | Prepare argument section re authorship of the design. | 1.50 | 300.00 |
| | LAK | Prepare statement of facts, remaining arguments sections including misrepresentation. | 1.00 | 200.00 |
| | BOS | Review received pleadings; prepare, update client file for case management; prepare working copy production of pleadings for attorney analysis and communications with client WSC. | 4.80 | 720.00 |
| 09/07/10 | TBM | Review and revise privilege log; communications with staff re the same; review and revise letter to client re the same; communications with client re signed and notarized discovery responses; review case for other discovery issues and communications with opposing counsel re the same; review courts order re questions to the copyright office and related matter; review outline of opposition to Motion for SJ; | 3.50 | 910.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | communications with associate re the same. | | |
| 09/07/10 | TBM | Additional work previous item. | 3.00 | No Charge |
| | LAK | Prepare Notice of Intent to Seek Sanctions re Partial MSJ and request withdrawal of motion; process and send to opposing counsel. | 1.00 | 200.00 |
| | LAK | Revise Reply to Partial MSJ. | 2.00 | No Charge |
| | BOS | Prepare and finalize client WSC's privilege log for service on plaintiff's counsel J. Sanchelima as directed by the court's order; prepare correspondence to plaintiff's counsel enclosing the privilege log; prepare correspondence to plaintiff's counsel, enclosing hard-copy version of WSC's Answers to Plaintiff's First Set of Interrogatories; review the disc of WSC's documents responsive to plaintiff's Second Discovery Requests  for finalization for service on plaintiff's counsel, J. Sanchelima; communication with opposing counsel J. Sanchelima regarding production of WSC's documents responsive to plaintiff's Second Discovery Requests. | 4.20 | 630.00 |
| | LAK | Conference with Mr. McCormack regarding Response to Partial MSJ. | 0.20 | 52.00 |
| 09/08/10 | TBM | Review and revise discovery answers; communications with client re the same; prepare for discovery hearing in case; attend discovery hearing; follow-up re the same; revise and revise motion to extend discovery; communications with associate counsel re the same; review and revise Motion for SJ opposition for authorship issue; communications with associate re the same. | 6.70 | 1,742.00 |
| | LAK | Finalize reply to MSJ and verify citations to declarations and case law; conference with Mr. McCormack regarding same. | 3.00 | 600.00 |
| | BOS | Review of client WSC's file, identifying Agreements with Shoe Station for document production responsive to plaintiff Olem's Second Discovery Requests; communication with Gloria Xiques of WSC's co-counsel Tom Manos law firm re service of specific pleadings to opposing counsel as directed by the court's Order; review and finalize for service a digitized disc of WSC's document production, responsive to plaintiff Olem's Second Discovery Requests; prepare correspondence to plaintiff's counsel J. Sanchelima and B. Burstein re the same. | 4.40 | 660.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/09/10 | TBM | Review and revise Response to Motion for SJ re partial claims regarding authorship issues; review and revise section addressing Rule 11 sanctions re the same; communications with local counsel re the same; communications with client re mediation and related issues; communications with client re discovery and related issues; review communications from opposing counsel re notice of renewed summary judgment and related issues; communications with local counsel re the same; review and revise motion for extended deadlines; communications with local counsel re the same. | 4.50 | 1,170.00 |
| | LAK | Review Mr. McCormack's changes to reply to Partial MSJ. | 0.30 | No Charge |
| | BOS | Prepare and update the master case docket regarding WSC's Motion on Rule 11 Sanction for case management; review of the Federal Civil Rules of Procedure to calculate case docket dates; prepare copies of specific exhibits to Karl Moehring's Declaration in Opposition to Plaintiff's Motion for SJ for Trade Dress Infringement for use in mediation preparation by Mr. Moehring; prepare correspondence to G. Xiques (of co-counsel Tom Manos law firm) regarding production of WSC's documents to opposing counsel J. Sanchelima; prepare and update master case docket re the Court's Order and deadlines for case management; communications with C. Daniel (of Sanchelima & Assoc.) re confirmation of receipt of Fax and attachments re Plaintiff's Second Supplemental document production. | 2.30 | 345.00 |
| 09/10/10 | TBM | Review sales and ordering documents; communications with staff re the same; review case cases; review discovery issues and conduct discovery conference with opposing counsel; review motion to extend discovery deadlines and related issues and communications from opposing counsel. | 3.20 | 832.00 |
| | BOS | Prepare and finalize for filing WSC's Reply Motion in Support of the SJ pleading and file with the court; prepare file copies for case management; review and proof read the Reply Motion for finalization and filing; review master case file and identify the Settlement Agreements with Shoe Station regarding Ditsy Dots issue, for production and service on Plaintiff Olem's counsel J. Sanchelima; review for accuracy additional document production received from J. Sanchelima responsive to their Second Supplement to WSC's First Requests for Production; communication with C. Daniel (of Sanchelima & Assoc.) re the request for missing documents from their production received; prepare and update the master case file regarding correspondence received from opposing counsel on their Second | 5.70 | 855.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Supplemental document production; prepare correspondence to Plaintiff's counsel J. Sanchelima attaching additional document production of WSC's Settlement Agreements with Shoe Station; communication with J. Sanchelima re the Court's order requesting discovery conference between he and Mr. McCormack. | | |
| 09/10/10 | HRP | Review Olem Invoices and Process Data; update Sold and Received Data and Vendor Invoices into spreadsheet and analyze data for discrepancies; review Olem client ID numbers. | 7.00 | 665.00 |
| 09/12/10 | TBM | Review pending discovery issues; prepare for telephone conference with opposing counsel re the same; follow-up communications re the same. | 3.60 | 936.00 |
| 09/13/10 | TBM | Communications with client re settlement and strategy issues. | 0.40 | 104.00 |
| | TBM | Review PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S TRADEDRESS CLAIMS; consider issues re the same. | 1.20 | 312.00 |
| | BOS | Communications with G. Xiques of co-counsel Tom Manos law firm regarding production of WSC's Co. documents to opposing counsel; prepare and update the master case docket with court deadlines regarding Plaintiff's Motion for SJ for Counter-Claim for Copyright Infringement; Plaintiff's Motion for SJ on Trade Dress Infringement and WSC's Motion to Continue Discovery Cut-off, for case management; review of the Federal Civil Rules of Procedure and the U.S. District Court of Southern Florida's Local Civil Rules to calculate deadline dates; prepare file copies of incoming pleadings for case management and working copies of same for attorney analysis. | 5.30 | 795.00 |
| 09/14/10 | BOS | Ongoing preparation and update of the master case docket regarding Plaintiff's Partial MSJ on WSC's Counter-Claim for Copyright Infringement, WSC's Response to Plaintiff Olem's Motion for Partial Summary Judgment on Trade Dress Infringement and the Court Order with specific party deadlines for case management; review of the Federal Civil Rule of Procedure and the U.S. District Court of Southern Florida's Local Civil Rules to calculate case deadlines; prepare file copies for case management and working copies for attorney analysis of the docketed pleadings. | 3.10 | 465.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/14/10 | BOS | Additional work on previous item. | 1.00 | No Charge |
| 09/15/10 | TBM | Discovery update; prepare summary of discovery deadlines and outcome of discovery conference; communications with opposing counsel and local counsel re the same; review file re the same; review motion re return of attorney-client documents; communications with associate and paralegals re discovery and discovery chart re the same. | 3.50 | 910.00 |
| | TBM | Additional work on above item | 1.00 | No Charge |
| | BOS | Discovery update; prepare summary of discovery deadlines and outcome of discovery conference; communications with opposing counsel and local counsel re the same; review file re the same; review motion re return of attorney-client documents; communications with associate and paralegals re discovery and discovery chart re the same. | 3.20 | 480.00 |
| 09/16/10 | BOS | Ongoing preparation and update the master case docket regarding Plaintiff Olem's Response to Defendant WSC's Motion to Continue Discovery Cut-off, E-mail between the parties setting deadline to review and disclose discovery documents, E-mail between the parties regarding WSC's production of J. Stetson's employment and related documents for case management; review of Federal Civil Rules of Procedure to calculate docket deadlines; prepare filing copies for case management and prepare working copies for attorney analysis. | 3.20 | 480.00 |
| | BOS | Additional work on this item. | 1.00 | No Charge |
| 09/17/10 | TBM | Review orders on case re extending discovery; prepare motion for reconsideration re the same; communications with local counsel re the same; consider issues re the same; communications with counsel re deposition of Olem and related issues. | 4.50 | 1,170.00 |
| | BOS | Ongoing preparation and bring the master case docket current for case management; review of the Federal Rules of Civil Procedure and court order received to calculate case deadlines; prepare file copies for case management and working copies for attorney analysis of the Order Denying WSC's Motion to Continue Discovery, Amended Order Denying WSC's Motion to Continue, Order Granting Plaintiff's Motion for Extension of Time to File a Response to WSC's Renewed Motion for SJ, Plaintiff's Motion for Extension of Time to File Response and E-mail agreement between parties for stipulated service deadlines dated | 8.30 | 1,245.00 |



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | September 12, 2010; perform comprehensive review of all WSC documents produced responsive to Plaintiff's Requests for Production 1 and 2 and Interrogatories 1, for use in preparing an Excel spreadsheet catalog of document production per the September 15, 2010 agreement of exchange between the parties; prepare for filing WSC's Motion for Reconsideration and supporting exhibits responsive to the court order denying discovery extension, review and proof read the draft of the motion to assist with finalization, prepare file copies for case management. | | |
| 09/18/10 | BOS | Prepare Excel spreadsheet catalog of WSC's document production responsive to Plaintiff's 1st and 2nd Requests for Production and 1st Interrogatories; review of WSC's documents and collate with the corresponding discovery request; review of final versions of WSC's responses and answers to Plaintiff's discovery and update the catalog of documents. | 5.30 | 795.00 |
| | JDR | File and organize pleadings folders. | 4.10 | 615.00 |
| 09/19/10 | BOS | Ongoing preparation of the Excel spreadsheet catalog of WSC's document production responsive to Plaintiff's 1st and 2nd Requests for Production and 1st Interrogatories; review of WSC's documents and collate with the corresponding discovery request; review of final versions of WSC's responses and answers to Plaintiff's discovery and update the catalog of documents; prepare working copies of specific documents produced by WSC for attorney analysis. | 5.10 | 765.00 |
| 09/20/10 | TBM | Communications with staff re review of documents and preparation of discovery chart; case management; review discovery chart and evidence re the same. | 2.20 | 572.00 |
| | BOS | Ongoing preparation of and update the master case docket deadlines for case management; review Federal Rules of Civil Procedure and U.S. District Court of Southern Florida Local Rules to calculate deadlines for these pleadings and discovery: WSC's Motion for Protective Order regarding the Return of Privileged Documents, Motion for Extension of Time regarding Plaintiff Olem's Response to Sanctions, Plaintiff's Third Set of Requests for Admission and Second Set of Interrogatories; prepare file copies for case management and working copies for attorney analysis; prepare CD containing WSC document production responsive to Plaintiff Olem's discovery requests for review by Karl Moehring and approval to finalize WSC's catalog of | 5.60 | 840.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| | | produced documents. | | |
| 09/20/10 | JDR | Review and revise discovery spreadsheet to correspond with Plaintiff's First Set of Requests for Documents and Revised Responses Thereto, Plaintiff's Second Set of Requests for Documents and Responses Thereto, Plaintiff's First set of Interrogatories to Defendant and Answers Thereto (Strictly Confidential and For Attorneys' Eyes Only); examine documents produced and pleadings to ensure accuracy with documentation in spreadsheet. | 3.90 | 585.00 |
| | JDR | Additional work on this item. | 1.00 | No Charge |
| 09/21/10 | TBM | Review discovery prepared by client; communications with staff re production of the same; prepare communications to opposing counsel re discovery cut-off; consider issues re damages re the same; communications with local counsel re deposition and related issues and accounting; consider damages issues. | 4.60 | 1,196.00 |
| | BOS | Review U.S. District Court of Southern Florida's E-mail and attached Order Reference to Magistrate Judge with respect to WSC's Motion for Protective Order and Return of Privileged Documents and for Sanctions, and prepare and update the master case docket for case management; prepare file copies for case management and working copies for attorney analysis; review received client documents and determine privilege claim for document production to Plaintiff Olem's counsel J. Sanchelima; prepare product exhibits of WSC footwear and forward to co-counsel T. Manos, for use in deposition preparation of Plaintiff Olem Shoe Corp's representative. | 2.10 | 315.00 |
| | JDR | Prepare and organize discovery spreadsheet to correspond with Plaintiff's First Set of Requests for Documents and Revised Responses Thereto, Plaintiff's Second Set of Requests for Documents and Responses Thereto, Plaintiff's First set of Interrogatories to Defendant and Answers Thereto (Strictly Confidential and For Attorneys' Eyes Only); examine documents produced and pleadings to ensure accuracy with documentation in spreadsheet. | 3.80 | 570.00 |
| 09/22/10 | TBM | Review all pending discovery issues; review discovery answers and logs correlating discovery to responses; Trial preparation and research re jury instructions. | 2.60 | 676.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010

Invoice No.     13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/22/10 | BOS | Prepare key document production with Bates numbering and a CD containing WSC's additional document production for service on Plaintiff Olem's counsel J. Sanchelima; prepare and update the case file regarding the additional document production for case management; prepare WSC's document chart responsive to Plaintiff's discovery requests per the agreement by counsel for attorney review and approval and finalize the chart for service on Plaintiff's counsel J. Sanchelima; prepare correspondence to J. Sanchelima regarding WSC's additional document production and CD; prepare file copies for case management. | 3.30 | 495.00 |
|  | JDR | Prepare and organize discovery spreadsheet to correspond with Plaintiff's First Set of Requests for Documents and Revised Responses Thereto, Plaintiff's Second Set of Requests for Documents and Responses Thereto, and Plaintiff's First set of Interrogatories; review changes to discovery spreadsheet. | 1.20 | 180.00 |
| 09/23/10 | TBM | Review E-mail from local counsel re deposition and related issues; consider discovery issues and communicate with staff re the same; case management; communications with staff re docket and related issues and deadlines; review discovery in case; trial preparation re the same. | 2.30 | 598.00 |
|  | BOS | Review of incoming case-related E-mail and attachments and prepare file copies for case management and working copies for attorney analysis; prepare and update the master case docket deadlines regarding Plaintiff Olem's 2nd Set of Interrogatories, Plaintiff Olem's 3rd Set of Requests for Admission, Plaintiff Olem's 3rd Set of Requests for Production, WSC's Motion for Protective Order and Return of Privilege Documents and Agreed Motion for Plaintiff Time Extension regarding WSC's Renewed Motion for SJ for case management; review of the Federal Rules of Civil Procedure to calculate deadline dates; communication with C. Daniel, legal assistance to opposing counsel J. Sanchelima, requesting Word version of Plaintiff's recent discovery requests to prepare WSC's answers and responses; Ongoing preparation and update the client pleading and document production files for case management. | 5.40 | 810.00 |
|  | JDR | Research local rule for discovery cutoff date; research case law interpreting local rule for discovery cutoff date and how courts have applied it; draft and revise memo for Mr. McCormack on discovery cutoff date. | 2.80 | 420.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010

Invoice No.     13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/24/10 | BOS | Communications with C. Daniels (of Sanchelima & Assoc.) re status of their receipt of the CD production of 15 customers' information; ongoing preparation of and update pleading and correspondence files for case management; prepare and update master case docket re WSC's Reply to Plaintiff's Response to Motion for Relief regarding Privilege Documents for case management; review of the Court's order deadlines re the same. | 3.80 | 570.00 |
| | JDR | Consult with Mr. McCormack regarding memorandum of law for discovery cutoff date; review Olem's request for admission. | 0.20 | 30.00 |
| 09/27/10 | TBM | Review Reply to Motion for SJ filed by Olem Shoe Corp. on ownership issues; consider issues re the same; review opposition to our Renewed Motion for SJ; consider issues re the same; review opposing to our motion for attorneys' fees under Rule 11, Rule 56(g) and contempt powers of the court; consider issues re the same; communications with associate re the same; research case law re ownership of copyrights and related issues; review cases' records, including discovery and pleadings re factual and legal inconsistencies. | 4.30 | 1,118.00 |
| | BOS | Prepare draft versions of Plaintiff's 3rd Set of Requests for Production and Requests for Admission and the 2nd Set of Interrogatories for WSC's responses and answers to same; Ongoing preparation of and update the master case docket regarding WSC's Motion for Protective Order of Privilege Documents; prepare file copies for case management. | 1.70 | 255.00 |
| 09/28/10 | TBM | Communications with opposing counsel re outstanding discovery issues and related issues; review pleadings filed by opposing counsel re return of privileged documents. | 1.50 | 390.00 |
| | TBM | Review Reply to Motion for SJ filed by Olem Shoe Corp. on ownership issues; consider issues re the same; review opposition to our Renewed Motion for SJ; consider issues re the same; review opposing to our motion for attorneys' fees under Rule 11, Rule 56(g) and contempt powers of the court; consider issues re the same; communications with associate re the same; research case law re ownership of copyrights and related issues; review cases' records, including discovery and pleadings re factual and legal inconsistencies. | 5.80 | 1,508.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010
Invoice No.    13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/28/10 | TBM | Review and revise settlement agreement; communications with opposing counsel re the same. | 0.50 | 130.00 |
| | BOS | Prepare draft of WSC's answers to Plaintiff Olem's 3rd set of Requests for Production for attorney analysis; prepare and update the case service list regarding Notice of Address Change of Plaintiff co-counsel B. Burstein; prepare correspondence to N. Egerer with Watkins Court Reporters attaching client deposition correction sheets in response to E-mail request; communications with C. Daniels (of Sanchelima & Assoc.) re the status of production of a disk with 15 customers' information; Ongoing preparation of and update the master case docket regarding WSC's answers and responses to Olem's recent discovery requests and WSC's Motion for Protective Order regarding Privileged Documents for case management; review and compare Plaintiff's discovery of interrogatories and Requests for Admission received via eFax and U.S. mail for consistency and accuracy for use in preparation of WSC's answers and responses. | 3.60 | 540.00 |
| | JDR | Download Plaintiff's Response in Opposition to Defendant's Motion for Protective Order and Return of Privileged Documents and For Sanctions for Violating an Existing Protective Order and E-mail copies to counsel; review and revise the same; consider issues re the same. | 2.80 | 420.00 |
| 09/29/10 | TBM | Communications with opposing counsel re missing discovery; review file re the same; consider issues re the same; communications with client re damages estimates; review response to motion on return of privileged documents; communications with local counsel re the same; research re the same; review other pleadings and consider issues re the same; communications with associate re the same. | 6.70 | 1,742.00 |
| | TBM | Review Reply to Motion for SJ filed by Olem Shoe Corp. on ownership issues; consider issues re the same; review opposition to our Renewed Motion for SJ; consider issues re the same; review opposing arguments to our motion for attorneys' fees under Rule 11, Rule 56(g) and contempt powers of the court; consider issues re the same; communications with associate re the same; research case law re ownership of copyrights and related issues; review cases' records, including discovery and pleadings re factual and legal inconsistencies. | 10.20 | 2,652.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/29/10 | BOS | Prepare table and index of trial and related pretrial deadlines for case management; prepare and update the master case docket regarding trial and pretrial deadlines; review of prior Court orders to calculate trial and pretrial deadlines; prepare file copies for case management and working copies for attorney analysis of Plaintiff's Partial MSJ on Defendant's Counterclaim for Copyright Infringement, Plaintiff's Response to WSC's Request for Renewed SJ, Plaintiff's Opposition to WSC's Motion for Rule 11 and 56(G) Sanctions and Plaintiff's Motion to File Specific Documents Under Seal. | 5.30 | 795.00 |
|  | JDR | Meeting with Mr. McCormack to prepare for response motions for Plaintiff's Opposition to WSC's Request for Renewed Summary Judgment and Olem Shoe Corp's Memorandum of Law in Opposition to WSC's Request for Rule 11 and 56(g) Sanctions; review earlier pleadings, responses and order, including Motion to Strike the Declaration of Su Yuan; Review Olem's Responses to Interrogatories and Response to Requests for production; draft outline for to prepare responding to Olem opposition motions; review documents in preparation of responding to motions and transcripts. | 10.40 | 1,560.00 |
| 09/30/10 | TBM | Review Reply to Motion for SJ filed by Olem Shoe Corp. on ownership issues; consider issues re the same; review opposition to our Renewed Motion for SJ; consider issues re the same; review opposing to our motion for attorneys' fees under Rule 11, Rule 56(g) and contempt powers of the court; consider issues re the same; communications with associate re the same; research case law re ownership of copyrights and related issues; review cases' records, including discovery and pleadings re factual and legal inconsistencies; review deposition transcripts of Olem's 30(b)(6) deposition; consider issues re sanctions for speaking objections. | 8.00 | 2,080.00 |
|  | TBM | Review Reply to Motion for Summary Judgment (SJ) filed by Olem Shoe Corp. on ownership issues; consider issues re the same; review opposition to our Renewed Motion for SJ; consider issues re the same; review opposing to our motion for attorneys' fees under Rule 11, Rule 56(g) and contempt powers of the court; consider issues re the same; communications with associate re the same; research case law re ownership of copyrights and related issues; review cases' records, including discovery and pleadings re factual and legal inconsistencies. | 5.40 | 1,404.00 |

Washington Shoe Company
Rob Moehring

Intellectual Property



| | | | Invoice Date: | October 11, 2010 |
|---|---|---|---|---|

Page 21          Invoice No.    13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/30/10 | BOS | Review of discovery file, E-mail attachments and document production CD's received from office of Plaintiff's counsel Sanchelima & Associates, P.A., for accuracy to prepare attorney working copy notebook for analysis; prepare WSC's Amended Answer pertaining to Plaintiff's Motion to File Under Seal Defendant's answer to Interrogatory No. 8 of Olem's First Set of Interrogatories; communications with C. Daniels at Sanchelima & Assoc. office regarding Plaintiff's claim of production of specific documents; prepare attorney working copies of specific pleadings for use in preparing WSC's reply motions in support of Rule 11 Sanctions and Defendant's Renewed SJ; prepare attorney working copies of the deposition transcripts of deponents S. Rezaie, J. Acosta and R. Olemberg for analysis; prepare and update the master case electronic file regarding newly received pleadings and deposition transcripts for case management; Ongoing preparation of client WSC's responses to Plaintiff's 3rd Set of Requests for Production. | 5.80 | 870.00 |
| | JDR | Collected documents and pleading in preparation for Olem's response deadline for Plaintiff's Opposition to WSC's Request for Renewed Summary Judgment and Olem Shoe Corp's Memorandum of Law in Opposition to WSC's Motion for Rule 11 and 56(G) Sanctions; review WSC's Request for Renewed Summary Judgment and Exhibits and Plaintiff's Opposition; Review; review WSC's Motion for Rule 11 Sanctions, Rule 56(g) Sanctions and for Contempt of Court Against Plaintiff, and Supporting Memorandum of Law and Olem's Response. | 10.60 | 1,590.00 |
| | | | 387.80 | 64,613.50 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010
Invoice No.    13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ████ | ████████ | ████████████████████ | ██ | ██ |
| | | | ██ | ██ |
| | ████████ | | | |
| ████ | ████████ | ████████████████████ | ██ | ██ |
| ████ | ████████ | ████████████████████ | ██ | ██ |
| | | | ██ | ██ |
| | ████████ | | | |
| ████ | ████████████████████████████ | | | ██ |
| | | | ██ | ██ |

Fees for Professional Services                    ██    $ ████

## **ADDITIONAL CHARGES**

Qty

█████████████████████████████    █    ██

██

████████████████
██████████████████████    █    ██
████████████████████████████    █    ██

██

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: October 11, 2010
Invoice No.   13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|------|------|------|------|

### Advances / Courier - Olem

**OLEM**  08/03/10  Delivery by Courier  WLM Invoice **211700** — 1 — 55.00
To: R. Solonga @ 21001 72nd Ave S, Kent WA

**OLEM**  09/20/10  Delivery by Courier  WLM Invoice **214578** — 1 — 52.50
To:  K. Moehring @ 21001 72nd Ave S, Kent W

_____

107.50

### Advances / FedEx

**Olem (Zebra)**  09/08/10  FedEx Tracking **796226262093** — 1 — 56.98
FedEx First Overnight -- Delivery 9/9/10 9:30 AM
Jesus Sanchelima PA, 235 SW 42nd Ave, Coral Gables FL 33134
Receipt signed by: Y. Ruiz

**Olem**  09/21/10  FedEx Tracking **873581486505** — 1 — 111.40
FedEx Priority Overnight, 8-lbs -- Delivery 9/22/10 9:22 AM
Tom J Manos PA, 801 Brickell Ave FL 9, Miami FL 33131
Receipt signed by: A. Trujillo

_____

168.38

### Advances / Olem Shoe Corp

**Olem**  07/15/10  Watkins Court Reporters, Seattle  Invoice **408796** — 1 — 1,798.73
*(This invoice, dated 9/7/2010, not previously billed.)*
<u>Order for July 15, 2010</u>  Deposition pages - Copy via e-tran   $ 435.70*
For: Kim Bertholf, Kelly Towsley, David Eugene Wise
<u>Order for July 16, 2010</u>  Deposition pages - Copy via e-tran   $ 607.40*
For: Karl Moehring, Robert Moehring
<u>Order for July 19, 2010</u>  Deposition pages - Copy via e-tran   $ 755.63*
For: Mark Moehring, Bryce Dulay, Valerie Moehring,
Roel Salonga (rough draft, same day), Brigida Brewer
* Includes charges for regular exhibit copies and color exhibit copies

**Olem**  09/10/10  Lott and Friedland, PA, Coral Gables FL  Invoice **30121** — 1 — 1,342.75
Mediation Fee (Examining, preparing, conducting, reporting, filing)

**Olem**  09/20/10  U.S. Legal Support Inc, Miami FL  Invoice **779540** — 1 — 1,021.75
1 Certified copy of transcript of *Julio Acosta*,
<u>67 Pages E-cd Litigation Package, full day per diem, shipping</u>  $436.05
1 Certified copy of transcript of *Shahin Rezaie*
<u>98 Pages E-cd Litigation Package, 9 Pages Exhibit</u>   $349.10
1 Certified copy of transcript of *Robert Olemberg*

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  October 11, 2010
Invoice No.    13078

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | | HOURS Qty | AMOUNT |
|------|---------------------|-------------|--|-----------|--------|
| | | 60 Pages E-cd Litigation Package, 21 Pages Exhibit | $236.60 | | |
| | . | | | | |
| **Olem** | 09/20/10 | U.S. Legal Support Inc, Miami FL  Invoice **780118** | | 1 | 1,025.00 |
| | | Videotaped depositions of *Shahin Rezaie, Julio Acosta* | | | |
| | | 1.Videotape Services | $ 225.00 | | |
| | | 2.Videotape Services - Additional Hours (6 @ $95) | $ 570.00 | | |
| | | Master Videotapes  4 @ $17.50 | $ 70.00 | | |
| | | Video Conversion - DVD  4 Hours @ $35.00 | $ 140.00 | | |
| | | Shipping/Handling/Processing | $ 20.00 | | |
| | . | | | | |
| **Olem** | 09/23/10 | LighthouseDataTech, Seattle  Invoice **98784** | | 1 | 101.93 |
| | | 32 Bates labels-applied | $ 1.92 | | |
| | | 32 Protective Order Desig | $ 1.92 | | |
| | | 430 Printing  B&W | $ 25.80 | | |
| | | 31 Printing color | $ 29.45 | | |
| | | 4 Oversize color copy/print (sqft) | $ 34.00 | | |
| | | 9.5% WA State Sales Tax | $ 8.84 | | |

5,290.16

**Expenses / Olem Shoe Corp.**

| | | |
|--|--|--|
| Olem - Printing charges (b/w) | 26 | 2.60 |
| Olem - Document scanning | 593 | 88.95 |
| Olem - Photocopy documents | 2294 | 458.80 |
| Olem - Mailing charges | 1 | 14.15 |
| Olem - Fax charges (outgoing) | 26 | 26.00 |
| . | | |

590.50

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|





### Expenses / Westlaw - Olem Shoe Corp

| | | Qty | Amount |
|---|---|---|---|
| OLEM (Rule 11) 08/31/10 Westlaw Online Research | | 1 | 52.00 |
| OLEM (Rule 11) 08/31/10 Westlaw Online Research | | 1 | 206.00 |
| OLEM (Rule 11) 08/31/10 Westlaw Online Research | | 1 | 97.65 |
| OLEM 09/01/10 Westlaw Online Research | | 1 | 224.00 |
| OLEM 09/02/10 Westlaw Online Research | | 1 | 211.00 |
| OLEM 09/06/10 Westlaw Online Research | | 1 | 373.25 |
| OLEM 09/07/10 Westlaw Online Research | | 1 | 286.00 |
| OLEM 09/08/10 Westlaw Online Research | | 1 | 313.25 |
| OLEM 09/27/10 Westlaw Online Research | | 1 | 395.00 |
| OLEM 09/29/10 Westlaw Online Research | | 1 | 204.00 |
| | | | 2,362.15 |

Total Additional Charges                    $

TOTAL NEW CHARGES THIS PERIOD               $

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ██████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  October 11, 2010
Invoice No.    13079

Last Bill Date: 9/9/2010

For the period ending September 30, 2010

IN REFERENCE TO:  **Associate Law Firm Tom J. Manos, PA  (Invoice 10883)
in Olem Shoe Corp vs. Washington Shoe Company**

███████████████████████████████████████

NEW CHARGES (Itemized below)                                 $████████

**Credit balance**                                            ████████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 08/29/10 | TJM | Receipt and review draft of WSC's Response to Olem Shoe Corp's Motion for SJ on Trade Dress Infringement; respond to Mr. McCormack's E-mail re same. | 0.50 | 175.00 |
| 08/30/10 | TJM | Review Motion for Sanctions; telephone conference with Mr. McCormack re same, and Rule 11 safe harbor provision; research re whether Rule 11 notice is necessary if it would be a futile act; review materials in preparation for hearing. | 1.80 | 630.00 |
| 08/31/10 | TJM | Preparation for and attendance at hearing on Motion to Compel and discovery status; prepare Order and Notice of Filing re Sanctions motion; review Motion for Sanctions with revised footnote re safe harbor issue; exchange correspon- dence with client re same; review correspondence from McCormack to Sanchelima. | 3.10 | 1,085.00 |
| 09/01/10 | TJM | Review Summary of facts in Support of Motion for SJ; review affidavits of Washington shoe personnel re sales of boots; review court procedures for filing under seal; review statement of material facts in Support of Motion for SJ; prepare same for filing with court; exchange correspondence | 1.50 | 525.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**Associate Law Firm Tom J. Manos, PA  (Invoice 10883)
in Olem Shoe Corp vs. Washington Shoe Company**

Invoice Date:  October 11, 2010

Invoice No.    13079

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | with Mr. McCormack re preparation of Motion setting forth remedies we are seeking as a result of J. Sanchelima failing to return the inadvertently disclosed attorney-client documents. | | |
| 09/07/10 | TJM | Receive and review court's order re questions to be submitted to the copyright registration office; review E-mail concerning same; exchange E-mails with Mr. McCormack concerning status hearing tomorrow; review materials to be submitted at hearing; review language of addendum to 30(b)(6) notice of taking deposition, file same with court; review correspon- dence to opposing counsel re rescheduling the hearing. | 0.70 | 245.00 |
| 09/08/10 | TJM | Review proposed Motion for Sanctions for filing a frivolous Motion for SJ; prepare comments re same; review status of 30(b)(6) motion; telephone conference with opposing counsel; receipt and review responses to first and second requests for admission; receipt and review E-mails from Mr. McCormack re rescheduling hearing; telephone conference with opposing counsel; receipt and review order on informal discovery hearing and notice of discovery hearing; prepare motion to continue discovery deadline. | 2.50 | 875.00 |
| 09/09/10 | TJM | Exchange correspondence with Mr. McCormack re mediation, depositions, and other issues; finalize Motion for Extension of Discovery deadlines; prepare for mediation; review correspondence re motion to strike. | 1.70 | 595.00 |
| 09/10/10 | TJM | Preparation for, and attendance at, all day mediation; telephone conference with Mr. McCormack for post-mediation de-briefing. | 10.00 | 3,500.00 |
| 09/13/10 | TJM | Review correspondence from Mr. McCormack and opposing counsel re discovery agreements. | 0.20 | 70.00 |
| 09/14/10 | TJM | Review mediator's report and transmittal letter; respond to mediator concerning same; prepare Motion for Protection and for the Immediate Return of Privileged Documents and for Sanctions and memorandum of law. | 8.20 | 2,870.00 |
| 09/15/10 | TJM | Review and revise Response to Olem's Partial MSJ; telephone conference with Mr. McCormack re same; exchange correspondence with Mr. McCormack re same; receive and review Olem's Response to Motion to Continue Discovery Deadline. | 2.80 | 980.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Associate Law Firm Tom J. Manos, PA  (Invoice 10883) in Olem Shoe Corp vs. Washington Shoe Company**

McCORMACK
Intellectual Property Law
Business Law PS

Invoice Date:  October 11, 2010
Invoice No.    13079

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| 09/16/10 | TJM | Receive and review report of mediation; review written report from rebuttal expert witness; Review Plaintiff's motion to file under seal; review Plaintiff's amended motion to file under seal; review order on motion to file under seal; review privilege log; review Plaintiff's reply memorandum in support of its Partial MSJ on Defendant's counterclaims in count II for trade dress infringement; review additional documents submitted by J. Sanchelima. | 1.40 | 490.00 |
| 09/17/10 | TJM | Receipt and review Order from the Magistrate re denying motion for extension of discovery deadline; Review Amended Order re same; Telephone conference with Mr. McCormack re same; review and revise Motion for reconsideration of Order denying Motion for continuance of discovery deadline; additional revisions to same; prepare materials for 30(b)(6) deposition of corporate representative on Monday morning; exchange correspondence with opposing counsel re Monday's deposition; prepare outline for deposition; receipt and review correspondence form opposing counsel; research re location of 30(b)(6) deposition under local rules and federal rules; telephone conference with court reporter and videographer. | 5.30 | 1,855.00 |
| 09/19/10 | TJM | Prepare for 30(b)(6) deposition of Olem Shoe Corp's representative. | 3.50 | 1,225.00 |
| 09/20/10 | TJM | Attendance at three depositions of Olem Shoe Corp. representatives for 30(b)(6) discovery; receipt and review order denying motion for reconsideration; exchange correspondence with client re same. | 7.30 | 2,555.00 |
| 09/22/10 | TJM | Receipt and review letter from Olem's CPA in reference to damage calculations; telephone conference with Mr. McCormack re reporting on deposition and strategy going forward; telephone conference with court reporter re expedited transcript; review transcript. | 2.80 | 980.00 |
| 09/23/10 | TJM | Preparation for and continuation of deposition of Julio Acosta; telephone conference with Mr. McCormack re same; exchange correspondence with opposing counsel re document production at deposition. | 5.30 | 1,855.00 |
| 09/25/10 | TJM | Conference with opposing counsel re agreeing to extend discovery deadline for his most recent discovery requests, in exchange for him agreeing to extend expert witness disclosure deadline; also discussed returning privileged documents and disclosing the privileged information relayed | 1.00 | 350.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Associate Law Firm Tom J. Manos, PA  (Invoice 10883)
in Olem Shoe Corp vs. Washington Shoe Company**



Invoice Date: October 11, 2010
Invoice No.   13079

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
|      |                     | to his client. |    |        |
|      |                     |             | 59.60 | 20,860.00 |
|      |                     | Fees for Professional Services | 59.60 | $20,860.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A fee of 1% per month may be imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: November 10, 2010
Invoice No.    13118

Last Bill Date: 11/10/2010

For the period ending October 31, 2010

IN REFERENCE TO:    **Intellectual Property**

NEW CHARGES (Itemized below)                                    $████

**Total Due**                                                  $████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

**SERVICES**

**\* General**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: November 10, 2010
Invoice No.  13118

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: November 10, 2010
Invoice No. 13118

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



### WSC - Olem Shoe Corp

| DATE | ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/01/10 | JDR | Draft outline for Reply to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment; draft outline for Reply to Opposition to Rules 11 and 56(g) sanctions; review August 11 hearing transcripts to research inconsistent statements for Sanchelima; research Mr. Sanchelima's past sanctions; review and create outline for Julio Acosta, Robert Olemberg, and Sahin Rezaie; consult with Mr. McCormack. | 3.50 | 525.00 |
| 10/02/10 | JDR | Review Olem's answer to interrogatories; review Olem's reply to Washington Shoe's Request for Admissions; review Defendant's Second Set of Requests for Admissions; review case law for "work for hire" doctrine in copyright law; read and review Community for Creative Non-Violence v. Reid case; draft and revise section of Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions explaining why Olem's scope of employment argument is irrelevant; review Declaration of Jessica Stetson and Declaration of Diane Bennett; draft and revise section on Mr. Su Yuan's | 10.40 | 1,560.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | declaration being submitted in bad faith for Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) sanctions; draft and revise 21-day safe harbor section of Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) sanctions; research and review Miller v. Relation serve case to distinguish from case at hand in Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) sanctions. | | |
| 10/03/10 JDR | | Research and review local rules to determine dates that replies are due; draft and revise section on frivolous legal claims with no factual basis section of Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions; draft certificates of service for Response to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment and Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions; draft and revise section responding to Olem's "affixer theory" argument in for Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) sanctions; draft and revise section of Response to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment for section "Washington Shoe Has Not Created Issues of Fact"; review and distinguish Community for Creative Non-Violence case for "Issues of Fact" Section in Response to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment; email Mr. McCormack first drafts of Response to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment and Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions; research local rules for filing and procedural requirements concerning summary judgment motions n the Southern District of Florida for Response to Plaintiff's Opposition to Washington shoe's Request for Renewed Summary Judgment; draft and revise section "Washington Shoe's Renewed Motion for Summary Judgment Complies with the Local Rules" for Response to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment; proof read both Response to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment and Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's | 10.20 | 1,530.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Motion for Rules 1 | | |
| 10/04/10 | TBM | Review and revise Plaintiff/Counter-Defendant Olem Shoe Corporation's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions; review and revise Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment; outline additional facts and arguments re the same; communications with associate re the same; review transcripts re the same; review objections to Olem's Third Requests For Production; Second Interrogatories and Third Set of Requests for Admission; case management. | 5.60 | 1,456.00 |
| | BOS | Ongoing preparation of Washington Shoe's answers to Plaintiff Olem's Second Set of Interrogatories and Third Set of Requests for Admission; review specific Washington Shoe Co. documents produced referenced in Plaintiff's Requests for Admission for use in preparing Washington Shoe's answers; prepare and finalize for service Washington Shoe's Amended Answer to Olem's First Set of Interrogatories; prepare file copies of the Amended Answer for case management; review of the newly received Plaintiff Olem document production and identify the fifteen customer references, for use in preparing and serving Subpoenas Duces Tecum on each requesting case-related documents. | 5.70 | 855.00 |
| | JDR | Consult with paralegal to research due dates for reply to Plaintiff's Opposition to Washington Shoe's Request for Renewed Summary Judgment; research and consult with paralegal and Mr. McCormack for when Washington Shoe filed its Renewed Motion for Summary Judgment, when Olem filed its response, and whether Olem was in compliance with due dates for response motions; meeting with Mr. McCormack on revisions; research issue of whether an employer owns the copyright to something where creator is an independent contractor and intent of employer and independent contractor are for the employer to own the contract and where there is no written instrument expressing such; research independent contractor versus employee working under the scope of employment for "work for hire" doctrine. | 6.80 | 1,020.00 |
| 10/05/10 | TBM | Review and revise Reply to its Motion for Protective Order and Return of Privilege Documents; review transcripts; review and revise Subpoena Duces Tecum. | 4.40 | 1,144.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 10/05/10 | BOS | Ongoing review of Plaintiff Olem's CD of document production received for Olem customer references and inventory of documents produced for attorney analysis; review for accuracy Plaintiff's Motion to File Under Seal for specific documents referenced; prepare fifteen subpoenas duces tecum, cover letter and Declarations of Record Custodian(s) to Plaintiff Olem's customers for document production of Olem-related materials held by each business; prepare and file Washington Shoe's Reply to Plaintiff's Response to Defendant's Motion for Protective Order and Return of Privileged Documents; prepare an updated Certificate of Service supporting Washington Shoe's reply motion; prepare and bring current the master case file with Washington Shoe's reply motion for case management; communications with Washington Legal Messenger Service re out-of-state process servers for service of subpoenas and supporting documents; research of process servers in Maine, Georgia, Florida, North Carolina, Alabama and Mississippi to serve Washington Shoe's subpoenas. | 6.60 | 990.00 |
| | JDR | Research case law for "inextricably intertwined" issue in Motion for Rules 11 and 56(g0 Sanctions; research case law for "work for hire" issue and reviewed distinguishing cases; draft and revise section in Motion for Rules 11 and 56(g) for valid copyright claim by way of oral assignment and understanding of the parties. | 8.80 | 1,320.00 |
| 10/06/10 | TBM | Review and revise Reply to its Motion for Protective Order and Return of Privilege Documents; review transcripts; review and revise Subpoena Duces Tecum; review issues re Chinese manufacturers and Chinese names re the same. | 1.90 | 494.00 |
| | BOS | Communications with C. Daniels at Sanchelima Law Office re the status of incomplete document production of Plaintiff Olem; prepare and bring current the master case docket re the Notice of Unavailability of Plaintiff's counsel J. Sanchelima for case management; prepare file copies for case management and working copies for attorney analysis re the same; prepare and revise ten subpoenas duce tecum, cover letters and Declarations of Record Custodian(s) for submittal to retained process servers in Maine, Florida, Georgia, Alabama, North Carolina and Mississippi; communications with twelve process servers to engage service of Washington Shoe's subpoenas and supporting documents; research individual process servers in Georgia, Alabama, Maine, Florida, North Carolina and Mississippi on the National Association of Professional Process Servers Website for use in determining engagement of process | 6.90 | 1,035.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Intellectual Property

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| | | servers on Olem customers; prepare FedEx service to process server in Mississippi re the pre-payment request. | | |
| 10/06/10 | JDR | Review oral argument transcript for evidence of court's disapproval of "affixer theory" for Rule 11 Sanctions Motion; edit and revise "affixer theory" section for Rule 11 Sanctions Motion; edit and revise frivolous claims argument for Rule 11 Sanctions Motion; review Su Yuan for frivolous claims argument in Rule 11 Sanctions Motion; review and analyze declarations of Jessica Stetson and Diane Bennett for Rule 11 Sanctions Motion; create outline for Sanchelima's discrepancies representing to the court who created designs for "frivolous claim" section of Rule 11 Sanctions Motion; review and reexamine interrogatories for Olem's basis of legal claim for Rule 11 Sanctions Motion; review, analyze, and reexamine Olem's answer to requests for admissions; review and analyze depositions for inconsistent statements on creation of designs by Olem for "frivolous claim" section of Rule 11 Sanctions Motion. | 8.10 | 1,215.00 |
| 10/07/10 | TBM | Communications with paralegal re subpoenas to Olem customers; communications with opposing counsel re status; review transcripts and discovery answers and objections. | 2.30 | 598.00 |
| | BOS | Prepare and finalize ten subpoenas duces tecum, cover letters and Declarations of Record Custodian(s) to Plaintiff Olem customers for related document production; prepare email correspondence with attachments to ten out-of-state process servers regarding Washington Shoe's subpoenas and supporting documents; communications with S. Green with Bulldog Investigations regarding service of subpoena; communications with M. Kafiv, shoe retailer, regarding production of Olem related documents; prepare correspondence to Plaintiff's counsel J. Sanchelima regarding incomplete Olem document production and claims of service of documents to Washington Shoe Co.; inventory document production received from Plaintiff Olem regarding same; communications with court reporter service U.S. Legal Service regarding request for exhibits to Olem 30(b)(6) deponents. | 5.40 | 810.00 |
| | JDR | Edit and revise section of Rule 11 Sanctions Motion of submitting a false declaration in bad faith; meeting with Mr. McCormack regarding 21 day safe-harbor rule; research additional caselaw for inextricably intertwined issue to supplement 21 day safe harbor section of Rule 11 Sanctions Motion; rewrite conclusion for rule 11 Sanctions Motions; edit and revise introduction to renewed motion for summary | 8.20 | 1,230.00 |



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | judgment; edit and revise material facts argument section for Renewed Motion for Summary Judgment; brief creative-non violence case for Renewed SJ motion; review and analyze Arthur Homes case for issue of whether an author can orally assign their copyrights; edit and revise conclusion for Renewed Motion for SJ; edit and revise "no procedural defects" section of Renewed Motion for SJ. | | |
| 10/08/10 | TBM | Review file re discovery of Olem customer and issues related to scope; communications with paralegal re review of notes and transcripts; communications with opposing counsel re issues; communications with local counsel re the same. | 2.40 | 624.00 |
| | BOS | Prepare and revise correspondence to Plaintiff's counsel J. Sanchelima requesting production of incomplete Olem documents; review three-hour recorded conference between Mr. McCormack, J. Sanchelima and B. Burstein, counsel for Plaintiff Olem re the discovery issue of Washington Shoe's ten subpoenas to Olem's customers and the agreement between the parties re the same; prepare notes of key exchanges between Mr. McCormack and J. Sanchelima regarding same; prepare a fact memorandum for attorney use in forming a reply to Plaintiff's counsel's denial of their agreement to produce an entire customer file via the ten subpoenas; prepare file copy of the Order Granting and Denying in Part Washington Shoe's Motion for Protective Order and the Return of Privileged Documents for case management; prepare a working copy for attorney analysis regarding same; prepare and bring current the case pleading file and index for case management. | 6.70 | 1,005.00 |
| | JDR | Review and analyze edits of Timothy B. McCormack for Motion for Rules 11 and 56(g) Sanctions and Reply to Olem's Opposition To Renewed SJ; edit and revise Rule 11 Sanctions Motions with Mr. McCormack's edits. | 4.50 | 675.00 |
| 10/09/10 | TBM | Review and revise RESPONSE TO OLEM SHOE'S MEMORANDUM OF LAW IN OPPOSITION TO WASHINGTON SHOE'S MOTION FOR RULES 11 AND 56(g) SANCTIONS; review and revise REPLY TO PLAINTIFF'S OPPOSITION TO WASHINGTON SHOE'S REQUEST FOR RENEWED SUMMARY JUDGMENT; review and revise exhibits re the same. | 2.00 | 520.00 |
| | JDR | Meet with Mr. McCormack on finalizing and editing Renewed Motion for Summary Judgment and Rules 11 and 56(g) motions; create new and rearranged exhibits and attached annex for Rules 11 and 56(g) Motion; create new | 7.20 | 1,080.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | and rearrange exhibits for Renewed Motion for Summary Judgment; edit and revise "affixer theory" section Motion for Rules 11 and 56(g) sanctions; edit and revise frivolous litigation section for Motion for Rules 11 and 56(g) sanctions. | | |
| 10/10/10 | TBM | Review and revise RESPONSE TO OLEM SHOE'S MEMORANDUM OF LAW IN OPPOSITION TO WASHINGTON SHOE'S MOTION FOR RULES 11 AND 56(g) SANCTIONS; review and revise REPLY TO PLAINTIFF'S OPPOSITION TO WASHINGTON SHOE'S REQUEST FOR RENEWED SUMMARY JUDGMENT; review and revise exhibits re the same. | 1.50 | 390.00 |
| | JDR | Review and revise edits done by Mr. McCormack to Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions; create new exhibits and table of contents for Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) sanctions; edit and revise citations for documents and exhibits cited in Response to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's Motion for Rules 11 and 56(g) Sanctions. | 5.10 | 765.00 |
| 10/11/10 | TBM | Review and revise RESPONSE TO OLEM SHOE'S MEMORANDUM OF LAW IN OPPOSITION TO WASHINGTON SHOE'S MOTION FOR RULES 11 AND 56(g) SANCTIONS; review and revise REPLY TO PLAINTIFF'S OPPOSITION TO WASHINGTON SHOE'S REQUEST FOR RENEWED SUMMARY JUDGMENT; review and revise exhibits re the same; communications with local counsel re the same; communications with opposing counsel re trial stipulations; review case schedule and outstanding discovery issues; prepare for hearing re subpoenas issued. | 6.50 | 1,690.00 |
| | BOS | Communication with C. Daniels with opposing counsel J. Sanchelima's office regarding issue of incomplete Olem document production; prepare and bring current the master case docket re Notice of Status Conference; prepare file copies of same for case management and working copies for attorney analysis; prepare and revise memorandum timeline of correspondence between Mr. McCormack and Plaintiff's counsel J. Sanchelima and B. Burstein documenting the issue of the disclosure of fifteen of each parties' customers and the subsequent objections by Plaintiff's counsel to same; review key email and correspondence between counsel regarding same; prepare and bring current the attorney working copy | 6.00 | 900.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| | | notebook re Olem's document production received for case management; review Court's order pertaining to deposition objections, for comparison with Olem's witness Julio Acosta's testimony and possible coaching of this witness by counsel B. Burstein during the deposition; review specific Washington Shoe's document production and compare for accuracy with copies submitted by Plaintiff supporting their Third Request for Admission to Washington Shoe Company; prepare and bring current the correspondence file for case management. | | |
| 10/11/10 JDR | | Edit and revise Response to Olem Shoe's Memo of Law in Opp. To WSC Motion for Rules 11 and 56(g) sanctions in response to Mr. McCormack's edits; edit and revise introduction of Response to Olem Shoe's Memo of Law in Opp. To WSC Motion for Rules 11 and 56(g) to incorporate deposition of Julio Acosta; edit and revise Reply to Plaintiff's Opposition to Washington Shoe's Request for Renewed SJ per Mr. McCormack's suggested changes. | 1.20 | 180.00 |
| 10/12/10 TBM | | Prepare for and attend discovery conference with local counsel and opposing counsel to discuss subpoenas and scope of the same; review pre-trial order requirements and prepare for meeting re the same. | 3.60 | 936.00 |
| BOS | | Prepare and bring current pleading and discovery folders for case management; prepare and bring current master file regarding Washington Shoe's Reply Motion in Support of its Renewed Summary Judgment, Memorandum of Law in Support of Washington Shoe's Motion for Rule 11 Sanctions and supporting exhibits; prepare file copies for case management and working copies for attorney analysis; review of plaintiff's correspondence regarding requested Olem document production and prepare inventory of still incomplete production. | 5.20 | 780.00 |
| JDR | | Docket  Plaintiff's Third Set of Requests for Admissions; docket Request for Interrogatories; docket Olem's Response to Washington Shoe's Motion for Relief re Return of Docs; docket Plaintiff Third Set of Requests for Documents; docket Olem's Third Set of Requests for Documents; docket Olem's Agreed Motion for Extension of Time; docket Washington Shoe's Response to Olem's Motion for Partial SJ of Count 1: Copyright Infringement and Supporting Memorandum of Law; docket Plaintiff's Third Set of Requests for Admission to Defendant; docket Olem's Notice of unavailability; docket Last Day to Meet with Opposing Counsel to Confer on Prep of Pretrial Stipulation; docket Plaintiff's Motion for Partial | 2.30 | 345.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | Summary Judgment on Defendant's Counterclaim Count I for Copyright Infringement. | | |
| 10/13/10 | TBM | Review and revise scope of subpoenas re communications with counsel and in light of hearing with judge; trial preparation and related issues; communications with associate re jury instructions; communications with paralegals re trial exhibits and related materials. | 4.30 | 1,118.00 |
| | BOS | Review of court orders regarding trial deadlines and prepare chronology for use in pretrial preparation; communication with U.S. Legal court reporters regarding status of exhibits to Olem's deposition witnesses; prepare trial subpoenas to plaintiff Olem witnesses; review of Federal Rules of Civil Procedure and U.S. District Court of Southern Florida's local rules regarding trial witness fees and time computation for serving subpoenas; prepare and revise Washington Shoe's responses and answers to Olem's Third Set of Requests for Production, Second Set of Interrogatories and Third Set of Requests for Admission; review of plaintiff Olem's answers and responses to Washington Shoe's discovery requests and identify specific referenced documents for use in trial preparation. | 7.80 | 1,170.00 |
| | JDR | Consult with Mr. McCormack on how to proceed in drafting jury instructions for litigation; draft and revise jury instructions for Copyright Infringement and Trade Dress issues; review and analyze preliminary jury instructions definition section; draft and revise preliminary instructions for jury instructions; review and analyze sample definition of copyright for jury instruction; draft, edit, and revise section defining copyright for proposed jury instructions; review and analyze sample jury instructions for "copyright-subject matter 'generally'" for proposed jury instructions; draft edit, and revise section of proposed jury instructions for "copyright subject matter 'generally'"; review and analyze "Ideas and copyright" section of sample jury instruction from the 9th circuit; draft and revise section of proposed jury section for "ideas and copyright"; review and analyze "ownership and copying" section of sample jury instructions from the 9th Circuit; draft and revise "ownership and copying" section for proposed jury instructions; review and analyze "authorship" sample jury instructions from the 9th circuit; draft and revise "authorship" of copyright section for proposed jury instructions; research and review trade dress definition and damages in 9th circuit and other circuits for proposed jury instructions; draft and revise trade dress sections for proposed jury instructions; review and analyze | 7.80 | 1,170.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| | | statutory and actual damages sample from 9th circuit jury instructions; draft and revise section of jury instructions for statutory and actual damages; telephone call with Mr. McCormack ███████████████████████████████ . | | |
| 10/14/10 | TBM | Review and revise jury instructions; communications with associate re the same; approve final answers and objections to untimely discovery requests; communications with paralegal re the same; communications with opposing counsel re pre-trial conference and prepare for the same; review opinion from Copyright Office; communications with client and associate re the same; research re the same; consider issues re the same. | 4.60 | 1,196.00 |
| | BOS | Prepare and bring master case file current re the Notice by Olem re the Order of Response from Copyright Register, Washington Shoe's Reply in Support of its Renewed Motion for Summary Judgment, and Notice to Strike; prepare file copies for case management and working copies for attorney analysis; prepare and finalize for service Washington Shoe's responses to Olem's Third Requests for Production, Second Set of Interrogatories and Third Requests for Admission; prepare correspondence to Olem's counsel J. Sanchelima and B. Burstein regarding Washington Shoe's discovery responses; prepare correspondence to J. Sanchelima regarding CD of Olem document production received; review of CD of Olem document production and compare with list of plaintiff's documents responsive to Washington Shoe's discovery requests for accuracy of production. | 6.60 | 990.00 |
| | JDR | Consult with Mr. McCormack on jury instructions for trade dress and copyright instructions; review and analyze Response of the Register of Copyrights to Request Pursuant to 17 U.S.C. 411(b)(2); consult and confer with Mr. McCormack analyzing Response of the Register of Copyrights to Request Pursuant to 17 U.S.C. 411(b)(2); review and research 11th circuit jury instructions for supplementing preliminary instructions; edit and add citations to jury instructions; review and analyze Brief for the United States as Amicus Curiae; review Reply to Opposition to Rules 11 and 56(g) motions; review filed exhibits for Renewed Motion for Summary Judgment and Motion for Rules 11 and 56(g) sanctions to check for filing compliance and proper red lining; research and locate cases cited in Response of the Register of Copyrights to Request | 6.10 | 915.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: November 10, 2010
Invoice No.    13118

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | Pursuant to 17 U.S.C. 411(b)(2). | | |
| 10/14/10 | HRP | Prepare, print and Index complete set of Exhibits for Trial. | 4.00 | 380.00 |
| 10/15/10 | TBM | Review opinion from copyright office; communications with client and associate re the same; research re the same; consider issues re the same. | 3.20 | 832.00 |
| | BOS | Prepare and bring case master file current re the Notice of Hearing; prepare file copy for case management and working copy for attorney analysis; prepare and bring current master docket regarding deadline of Hearing Conference with court. | 0.40 | 60.00 |
| | JDR | Researched case law for Florida unfair competition act for proposed jury instructions; edited and revised unfair practices section of proposed jury instructions; reviewed and analyze Washington Shoe's responses to Olem's Motion for Issuance of Copyright Register.; researched notice pleading rules for Mr. McCormack's oral argument memorandum. | 4.40 | 660.00 |
| | HRP | Prepare, print and Index complete set of Exhibits for Trial. | 3.00 | 285.00 |
| 10/17/10 | LAK | Research and analyze case law regarding minimum level of creativity and originality required to copyright and create a new work in the context of a derivative work; prepare memorandum to Mr. McCormack summarizing and analyzing same. | 5.00 | 1,000.00 |
| | JDR | Research and review caselaw on issue of what constitutes an original and separate copyrightable work as created from a derivative work; draft, edit, and revise memorandum for Mr. McCormack. | 6.30 | 945.00 |
| 10/18/10 | TBM | Review and revise research re copyright opinion; review and revise objections to interrogatory, and requests for admission; communications with local counsel re motion to continue trial date; case management re the same. | 4.20 | 1,092.00 |
| | LAK | Research, review, and analyze case law re jurisdictional prerequisites and notice pleading necessary for copyright infringement claims when authenticity of registration is at issue; prepare memorandum to Mr. McCormack summarizing same. | 3.50 | 700.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/18/10 | LAK | Research case law re jurisdictional prerequisites for filing copyright infringement claim prior to registration in the Eleventh Circuit; forward information to Mr. McCormack. | 0.20 | 40.00 |
| | BOS | Prepare and bring current master case docket regarding deadline for ten Olem customers to produce Olem related documents per subpoena duces tecum; prepare and bring current master case file regarding Washington Shoe's Motion to Continue Trial Date; prepare file copies for case management and working copies for attorney analysis; review of CD of Washington Shoe Co. privileged documents received from J. Sanchelima's office for accuracy and completeness; review and prepare for payment invoices received from process servers regarding Washington Shoe Co. subpoenas for Olem customer documents; prepare and bring current pleading file and index and correspondence file for use in trial preparation; prepare and revise Washington Shoe's answers and responses to plaintiff Olem's Second set of interrogatories and Third set of Requests for Admission; review of Federal Rules of Civil Procedure nos. 33 and 36 regarding number of answers and requests served per party; review of prior Olem discovery served and determine number of requests served by plaintiff as applied to the rules; prepare correspondence to Olem counsel J. Sanchelima and B. Burstein regarding Washington Shoe's answers and responses to plaintiff's current discovery requests; ongoing preparation of Washington Shoe Co. trial subpoenas to specific Olem witnesses. | 6.20 | 930.00 |
| | JDR | Confer with Mr. McCormack re memorandum for notice pleading; research Federal Rules of Civil Procedure on The Rutter Group (Rutter's) Website for notice pleading; review and analyze rules for notice pleading; draft, edit, and revise rule section of memorandum for notice pleading; draft, edit, and revise rule analysis section of memorandum for notice pleading; edit rules of notice pleading to convert to outline form in memorandum; research case law and statutory on issue of whether registrations are jurisdictional perquisite to filing a complaint for copyright infringement; review and analyze 5th and 9th circuit cases on copyright jurisdiction; review and analyze Reed v. Elsevier Supreme Court case for copyright jurisdiction issue; brief Reed v. Elsivier case; research case law citing Section 411(a); draft, edit, and revise section "411 Does not Limit Court's Subject-Matter Jurisdiction Over Copyright Infringement Claims" for Memorandum; confer with associate Kingston re the first draft of a memorandum and revisions; review and analyze | 9.30 | 1,395.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | associate's revisions for the memorandum. | | |
| 10/19/10 | TBM | Prepare for hearing re copyright issues; review and revise notes re the same; communications with associate re estoppel and waiver issues; consider lack of notice of claimed defenses; communications with counsel re subpoenas and related issues; review research re new supreme court case on issue; consider issues re the same; planning and preparation re the same. | 3.60 | 936.00 |
| | BOS | Prepare and serve fax copies of Washington Shoe's subpoenas, record declarations and cover letters to ten Olem customers to opposing counsel B. Burstein; prepare and bring current master case docket regarding plaintiff Olem's response to Washington Shoe's Motion to Continue Trial Date, our reply to same and Notice of Unavailability of J. Sanchelima for case management; prepare file copies of Notice of Unavailability for case management and working copies for attorney analysis; review of U.S. District Court of South Florida local rules regarding time computation for Washington Shoe's reply to its Motion to Continue; finalize and serve to opposing counsel Washington Shoe's answers to Olem's Second interrogatories and responses to Olem's Third requests for admission; prepare additional Washington Shoe's documents with Bates numbering for production to Olem's counsel. | 5.40 | 810.00 |
| | JDR | Research affirmative defenses for estoppel argument; review and analyze Supreme Court and Circuit Court decisions on applying estoppel defense; draft, edit, and revise memorandum to Mr. McCormack on affirmative defense and estoppel issue. | 5.20 | 780.00 |
| | HRP | Prepare, print and Index complete set of Exhibits for Trial. | 2.00 | 190.00 |
| 10/20/10 | TBM | Hearing and research re dates relating back to original application; communications with associate re the same. | 5.30 | 1,378.00 |
| | BOS | Prepare second volume of attorney working notebook containing plaintiff Olem's additional document production for trial preparation; prepare attorney working notebook containing all of Washington Shoe's documents produced to Olem for trial preparation; prepare attorney working notebook containing plaintiff Olem deposition witness transcripts and exhibits for trial preparation; prepare and bring current master case file regarding Minutes of Hearing for case management; prepare file copies for case | 6.10 | 915.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| | | management and working copies for attorney analysis. | | |
| 10/20/10 | JDR | Meeting with Mr. McCormack to discuss issues related to memorandum; review and analyze Mr. McCormack's research for memorandum on how submit supplemental registration; review and analyze Copyright Office rules for procedure on supplementing registration for memorandum; draft, edit, and revise section of memorandum on procedures of the copyright office; draft, edit, and revise fact section for memorandum on how to submit supplemental registration; research cases citing Gener-Villar case from Puerto Rico; draft, edit, and revise section on correcting registration for minor errors; research case law for how "amplification" is defined; draft and revise "Authority of the Copyright Office and Rules of Registration" section of Memorandum on how to submit supplemental registration; draft, edit, and revise section on "major errors" issue for Memorandum on supplementing registration. | 6.50 | 975.00 |
| 10/21/10 | TBM | Opinion strategy, etc. | 5.70 | 1,482.00 |
| | LAK | Review, revise, and analyze memo re the procedure to correct error to copyright registration and its effects on date of registration; discuss issues with Mr. McCormack. | 4.00 | 800.00 |
| | BOS | Prepare and bring current master case docket deadlines regarding order to file report on Register of Copy issue and plaintiff Olem's Notice to Withdrawal of Motion to Strike Paragraph 4 to Roel Salonga's affidavit; prepare file copies for case management and working copies for attorney analysis; prepare and bring current master case file regarding same; prepare and bring current correspondence, discovery and pleading files and indices for case management. | 3.20 | 480.00 |
| | JDR | Meeting with Mr. McCormack to discuss issues related to memorandum; research case law for "amplification" issue for argument in memorandum responding to copyright register opinion; review, analyze, and brief Velazquez case for memorandum; review and analyze case from District of Puerto Rico for issue of whether copyright registration date remains intact; meeting with associate to plan for finalizing memorandum on supplementing registrations; draft and revise new section of memorandum on supplementing registration for Ditsy Dot design to account for work being previously published and whether registration date remains intact; draft new issue statements to account for the Ditsy | 5.20 | 780.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Dot issue. | | |
| 10/22/10 | TBM | Review and revise memo re copyright corrections and procedures; communications with associates and client and local counsel re the same; consider issues re the same. | 2.50 | 650.00 |
| | LAK | Prepare cover letter and argument to USCO (U.S. Copyright Office) re the supplemental application of Ditsy Dot and Zebra Supreme and processing of same, specifically including contents of past week's memorandum and recent court order. | 2.00 | 400.00 |
| | BOS | Research regarding location for Olem Shoe customer for process service of Washington Shoe's records subpoena; communication with G. Navarro regarding process service to same; prepare trial notebook regarding plaintiff Olem's discovery answers and supporting documents for attorney use; communication with Olem Shoe customer regarding receipt of store records responsive to WSC's subpoena. | 3.30 | 495.00 |
| | JDR | Review and analyze associate Kingston's changes to memorandum; add missing citations to memorandum. | 1.40 | 210.00 |
| 10/24/10 | LAK | Prepare cover letter and argument to USCO re the supplemental application of Ditsy Dot and Zebra Supreme and processing of same; review and revise same; begin preparation of supplemental applications for the two designs; forward to Mr. McCormack for review. | 3.00 | 600.00 |
| 10/25/10 | TBM | Review and revise memo re supplemental copyright applications to correct minor defects; communications with associate re the same; review hearing transcript and communications with client re the same; communications with staff re review of materials produced via subpoena; review discovery re the same. | 3.40 | 884.00 |
| | BOS | Complete preparation of trial notebook of plaintiff Olem's answers, responses and supporting documents to Washington Shoe's discovery requests for attorney analysis; review of Olem document production and identify specific documents referenced in Olem's discovery answers to prepare trial notebook; prepare and bring current master case file regarding order on Olem's Motion to Strike paragraph from R. Solanga affidavit; prepare file copy for case management and working copy for attorney analysis; review of Olem's document production and identify specific invoice purchase orders responsive to Washington Shoe's Second set of Requests for Admission to plaintiff; preparation of trial | 6.80 | 1,020.00 |



Invoice Date: November 10, 2010
Invoice No.    13118

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | notebook of Washington Shoe Co. deposition witness transcripts and exhibits for attorney trial preparation. | | |
| 10/25/10 | JDR | Review and analyze Mr. McCormack's letter to the Copyright Office re Supplemental Registration; edit and revise Supplemental Application; edit and revise supplemental registration for Ditsy Dot design; edit and revise supplemental registration for Zebra Supreme design; review and analyze oral argument transcripts. | 2.90 | 435.00 |
| | HRP | Analyze, compare and cross reference Olem Shoe's sales data with invoices provided from Footloose Apparel and Footworks. | 1.00 | 95.00 |
| 10/26/10 | TBM | Prepare for meeting with opposing counsel; communications with opposing counsel re the same; communications with local counsel re the same. | 1.60 | 416.00 |
| | BOS | Communication with plaintiff Olem's customer regarding Olem related documents responsive to Washington Shoe's subpoena; prepare and bring current master case file regarding transcript of court hearing; prepare file copy for case management and working copy for attorney analysis; ongoing preparation of two trial notebooks containing Washington Shoe's deposition witness transcripts and exhibits for attorney trial preparation; review of master deposition file regarding same. | 4.40 | 660.00 |
| 10/27/10 | TBM | Communications with paralegal re organization of trial materials and exhibits; communications with paralegal re communications with third parties to received subpoenas; consider issues re the same; communications with counsel for Olem customer re subpoena for sales records and information. | 1.60 | 416.00 |
| | BOS | Prepare status report of production of plaintiff Olem's customer documents responsive to Washington Shoe's record subpoenas; review of process service records regarding same; communications with Olem customers regarding status of production of records; prepare file notes regarding same; complete preparation of two trial notebooks of Washington Shoe's deposition witness transcripts and exhibits for attorney trial preparation. | 4.70 | 705.00 |
| 10/28/10 | JDR | Consult with Mr. McCormack regarding memorandum on amending Washington Shoe's complaint; research Gener-Villar docket regarding how plaintiff's amended complaint; review and analyze order in Gener-Villar case; | 7.10 | 1,065.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | review and analyze Gener-Villar "Objection to ADCOM Group's Motion to Dismiss"; brief docket files for Gener-Villar Case for memorandum; review and analyze Computer Associates case for memorandum along with briefing case; draft, edit, and revise first argument for memorandum on whether supplemental registration can be amended and how to amend; research Rutters 9th circuit for "lawyer-activist" issue in memorandum; review and analyze American Bar Association's model rules for "lawyer-activist" issue; review, analyze, and brief O.T. Pickell Builders case for attorney testimony issue for memorandum; draft, edit, and revise sections 2 and 3 of memorandum for issue of whether attorney testifying precludes firm from representing client; draft and revise issue statements and statement of the facts; revise and finish final draft of proposed jury instructions. | | |
| 10/29/10 TBM | | Review and revise jury instructions; review and revise memo re supplemental copyright registration issues and related issues such as calling the attorney as a witness; preparation with local counsel for telephone meeting with opposing counsel; communications with opposing counsel re the same; review copyright registration for Zebra Rose; consider issues that might relate to additional Form CA. | 3.40 | 884.00 |
| | BOS | Prepare file copies for case management and working copies for attorney analysis of Olem customer production of documents regarding Washington Shoe's subpoena; communications with process servers regarding service of subpoenas on Olem customers; prepare and bring current master correspondence and pleading file and index for case management; prepare and organize Olem case trial "war room" for trial preparation and attorney review of case records; prepare trial notebook of Washington Shoe's answers, responses, and supporting documents to plaintiff Olem's discovery requests; review of answers and response to identify supporting document references. | 5.30 | 795.00 |
| | HRP | Analyze, compare and cross reference Olem Shoe Sales data with invoices provided from Ron Marsh Shoes. | 0.20 | 19.00 |
| | | | 342.70 | 59,825.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: November 10, 2010
Invoice No. 13118

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Fees for Professional Services █████ $█████

### ADDITIONAL CHARGES

Qty

### Advances / Courier - Olem

| | | Qty | Amount |
|---|---|---|---|
| **Olem**  10/07/10  Process Service  Invoice **7833** by Lawyers Investigating Service Inc, Portland ME Upon:  Olem Shoe, Kennebunk, Maine | | 1 | 135.00 |
| **Olem**  10/08/10  Process Service  Invoice **2010000577** by Phoenix Legal, Inc, Roswell GA Upon: C&W Shoes d/b/a Shoe Gallery Wholesale | | 1 | 85.00 |
| **Olem**  10/13/10  Process Service  Invoice **2010019348** by Absolute Process & Litigation, Baltimore MD Upon: Records Custodian, Houser Shoes, Inc | | 1 | 60.00 |
| **Olem**  10/13/10  Process Service  Invoice **2010002326** by SpecOps Protection Inc, Columbus GA Upon: Footloose Apparel, 10 N Scott St., Camilla GA | | 1 | 125.00 |
| **Olem**  10/14/10  Process Service  Invoice No. **1856** by Docket Legal Services, Atlanta GA Upon: Ron Marsh Shoes d/b/a Goodee 2 Shoes | | 1 | 45.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | | Qty | |

1735 Defloor Place NW Atlanta GA 30318

| | | | | |
|------|------|------|------|------|
| **Olem**  October, 2010   Alabama State Constable, District 7 | | | 1 | 50.00 |

  143 Dauphin St, Enterprise, AL 36330
  Manual receipt by Court Enforcement Officer Michael Patrick
Upon: Washington Shoe Co, in Civil Action No. 09-23494

| | | | | |
|------|------|------|------|------|
| **Olem**  10/28/10  Process Service  Invoice **4072** | | | 1 | 95.00 |

  by Allied Investigative Svcs, Florence AL
Upon: Name Brand Shoes    Ref: 09.23494

                                                    595.00

### Advances / FedEx

| | | | | |
|------|------|------|------|------|
| **Olem**  10/08/10   FedEx Tracking **796326888184** | | | 1 | 111.40 |

  FedEx Priority Overnight, Delivery 10/11/2010 9:12 AM
  Tom J Manos PA, 801 Brickell Ave FL 9, Miami FL 33131
  For delivery of payment to Attorney Manos
  Receipt signed by: K. Nunez                           .

| | | | | |
|------|------|------|------|------|
| **Olem**  10/06/10   FedEx Tracking **763986651482** | | | 1 | 24.49 |

  FedEx Standard Overnight -- Delivery 10/7/2010 11:04 AM
  Office Mgr, SRA Investigations, 1456 Ellis Ave, Jackson MS 39204
  Receipt signed by: W. Waturas                        .

                                                    135.89

### Advances / Olem Shoe Corp

| | | | | |
|------|------|------|------|------|
| **Olem** 09/30/10  <u>Deposition</u>  USLegalSupport (Miami) Inv **781687** | | | 1 | 337.50 |

Videotaped Deposition Of C/R Olem Shoe Corporation
  $ 225.00  1. Videotape Services
  $  95.00  2. Videotape Services - Additional Hour(s)
  $  17.50  3. Master Videotape
.

| | | | | |
|------|------|------|------|------|
| **Olem**  10/04/10  <u>Transcript</u>  USLegalSupport (Miami) Inv **782038** | | | 1 | 423.80 |

Original and 1 certified copy of transcript of Julio Acosta:
  $ 243.00  60 pages @ $4.05 ea.
  $  85.00  Half Day Per Diem
  $  20.00  Shipping/Handling/Processing
  $  35.00  E-cd Litigation Package
  $  40.80  Exhibit, 68 pages @ $0.60 ea.
.

| | | | | |
|------|------|------|------|------|
| **Olem**  10/05/10  LighthouseDataTech, Seattle  Invoice **98910-IN** | | | 1 | 179.03 |

Litigation services, Washington Shoe Co v Olem Shoe Corporation
  $  24.80  Printing: stapled / clipped, 248 items @ $0.10 ea.
  $ 138.70  Printing color, 146 items @ $0.95 ea

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| | | Invoice Date: | November 10, 2010 |
| | | Invoice No. | 13118 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|------------|-------------|-------|--------|
| | $  15.53   Sales Tax | | | |
| **Olem**  10/11/10  LighthouseDataTech, Seattle  Invoice **98979-IN** | | | 1 | 43.49 |
| Litigation services, Washington Shoe Co v Olem Shoe Corporation | | | | |
| $  15.90   Printing B&W, 662 items @ $0.06 ea. | | | | |
| $   3.77   Sales Tax | | | | |
| **Olem**  10/18/10  LighthouseDataTech, Seattle  Invoice **99060-IN** | | | 1 | 37.80 |
| Litigation services, Washington Shoe Co v Olem Shoe Corporation | | | | |
| $  15.90   OCR processing, 530 items @ $0.03 ea. | | | | |
| $  20.00   CD mastering, 1 items @ $20.00 ea | | | | |
| $   1.90   Sales Tax | | | | |
| **Olem**  11/10/10  Fee to submit Form CA to Copyright Office for "ZEBRA SUPREME". VAU001007893 | | | 1 | 100.00 |
| **Olem**  11/10/10  Special Handling Fee in submission of Form CA to Copyright Office, for "ZEBRA SUPREME". | | | 1 | 760.00 |
| **Olem**  11/10/10  Fee to submit Form CA to Copyright Office for "DITSY DOTS". VAU00756950 | | | 1 | 100.00 |
| **Olem**  11/10/10  Special Handling Fee in submission of Form CA to Copyright Office, for "DITSY DOTS". | | | 1 | 760.00 |

2,741.62

███████████

███████████████████████  ██  ████

██

### Expenses / Olem Shoe Corp.

| | | |
|---|---|---|
| Olem - Printing in color (full page) | 443 | 443.00 |
| Olem - Printing charges (b/w) | 628 | 62.80 |
| Olem - Printing charges (b/w) | 3012 | 301.20 |
| Olem - Document scanning (Working papers, discovery) | 402 | 60.30 |
| Olem - Photocopy documents (Working papers, discovery) | 252 | 50.40 |
| Olem - Photocopy documents (Docketing and files) | 222 | 44.40 |
| Olem - Photocopy documents (Case mgmt, trial notebook, working papers) | 237 | 47.40 |
| Olem - Photocopy documents (Trial prep notebook) | 1000 | 200.00 |
| Olem - Photocopy documents (Discovery responses, case mgmt) | 46 | 9.20 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



|  | ATTORNEY/ | | | |
| DATE | PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| | | | Qty | |
| | Olem - Mailing charges (Serving discovery) | | 1 | 9.02 |
| | Olem - Fax charges (Case management) | | 1 | 1.00 |
| | | | | 1,228.72 |



### Expenses / Westlaw - Olem Shoe Corp

| | | |
| --- | --- | --- |
| 10/02/10 Westlaw Online Research (Rule 11) | 1 | 369.10 |
| 10/03/10 Westlaw Online Research (Rule 11) | 1 | 208.00 |
| 10/04/10 Westlaw Online Research (Rule 11) | 1 | 265.50 |
| 10/05/10 Westlaw Online Research (Rule 11) | 1 | 330.90 |
| 10/06/10 Westlaw Online Research (Rule 11) | 1 | 144.90 |
| 10/07/10 Westlaw Online Research (Rule 11) | 1 | 13.00 |
| 10/08/10 Westlaw Online Research (Rule 11) | 1 | 232.00 |
| 10/12/10 Westlaw Online Research (Rule 11) | 1 | 73.00 |
| 10/13/10 Westlaw Online Research (Jury Instructions) | 1 | 436.00 |
| 10/14/10 Westlaw Online Research (Jury Instructions) | 1 | 205.70 |
| 10/14/10 Westlaw Online Research (Jury Instructions) | 1 | 59.10 |
| 10/17/10 Westlaw Online Research | 1 | 587.25 |
| 10/17/10 Westlaw Online Research | 1 | 162.00 |
| 10/18/10 Westlaw Online Research | 1 | 195.50 |
| 10/18/10 Westlaw Online Research | 1 | 398.40 |
| 10/19/10 Westlaw Online Research | 1 | 423.25 |
| 10/20/10 Westlaw Online Research | 1 | 537.20 |
| 10/20/10 Westlaw Online Research | 1 | 35.40 |
| 10/20/10 Westlaw Online Research | 1 | 343.20 |
| 10/21/10 Westlaw Online Research | 1 | 154.30 |
| 10/22/10 Westlaw Online Research | 1 | 231.25 |
| 10/27/10 Westlaw Online Research | 1 | 170.00 |
| 10/28/10 Westlaw Online Research | 1 | 553.35 |
| | | 6,128.30 |

| Total Additional Charges | $ |
| --- | --- |
| **TOTAL NEW CHARGES THIS PERIOD** | $ |

**Dial Address**                    **Mailing Address**                **Courier Address**
Telephone 206.381.8888         617 Lee Street                       617 Lee Street
Facsimile 206.381.1988           Seattle, WA 98109-3425, USA    Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: November 10, 2010
Invoice No.    13119

Last Bill Date: 11/10/2010

For the period ending October 31, 2010

IN REFERENCE TO: **Associate Law Firm Tom J. Manos, PA (Invoice 10910)**
**in Olem Shoe Corp vs. Washington Shoe Company**

███████████████████████████████████    ████████

NEW CHARGES (Itemized below)                                    $ ████

**Total Due**                                                  $ ████

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 10/04/10 | TJM | Prepare Reply brief to Olem's Response to Washington Shoe's Motion for the Return of Privileged Documents; research in support of same; review cases cited by Olem; revise Reply; finalize same for filing with the court. | 6.50 | 2,275.00 |
| 10/08/10 | TJM | Review correspondence from opposing counsel, Burstein and Sanchelima re objection to subpoenas; review correspondence to opposing counsel from Tim McCormack re the same; review letters to third parties re the subpoenaed documents; review subpoenas; prepare correspondence to Sanchelima; review McCormack correspondence to Sanchelima; receipt and review order from court on our motion for protection; review correspondence re the same; review additional correspondence re subpoenas and hearing re the same. | 1.20 | 420.00 |
| 10/10/10 | TJM | Review additional correspondence re the hearing and discovery dispute concerning the subpoenas. | 0.40 | 140.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Associate Law Firm Tom J. Manos, PA  (Invoice 10910)
in Olem Shoe Corp vs. Washington Shoe Company

Page 2

| | | | Invoice Date: | November 10, 2010 |
| | | | Invoice No. | 13119 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/11/10 | TJM | Review and revise Reply Memorandum to Olem's Response in Opposition to Washington Shoe's Motion for Sanctions; review and revise Reply memorandum to Olem's Response to Renewed Motion for Summary Judgment; review correspondence to and from Mssrs. McCormack and Sanchelima re discovery conference; exchange correspondence with McCormack re exhibits to Reply Memoranda. | 3.20 | 1,120.00 |
| 10/12/10 | TJM | Preparation for and attendance at hearing on discovery issues and subpoenas for production of records from Olem's customers; receipt and review Order re the same; Exchange correspondence with McCormack re the same; conference with opposing counsel re the same. | 2.00 | 700.00 |
| 10/13/10 | TJM | Review Olem's proposed language for subpoenas to Olem's customers; prepare response to same; review McCormack's proposed revisions. | 0.60 | 210.00 |
| 10/14/10 | TJM | Review federal rules re content of pre-trial stipulation; review order re the same; lengthy telephone conference with Mr. McCormack and Bernardo Burstein re the pre-trial conference; prepare materials for meeting; receipt and review correspondence from McCormack and opposing counsel re discovery issues; review correspondence from McCormack re ███████████████; telephone conference with clerk of court; prepare notice of striking Docket entry 203; prepare and re-file Reply to Opposition to Renewed Motion for Summary Judgment and exhibits thereto; receipt and review of correspondence from McCormack re whether red-line comments appeared on final exhibits filed with court; review exhibits re the same and respond to McCormack's inquiry. | 3.80 | 1,330.00 |
| 10/18/10 | TJM | Prepare motion for continuance of trial date to second week of trial period; exchange correspondence with Mr. McCormack re the same; review trial order; receipt and review e-mail from McCormack's paralegal re the local rule concerning amount of notice required for trial subpoena; research same; review status of language for subpoenas; review correspondence from opposing counsel. | 2.20 | 770.00 |
| 10/19/10 | TJM | Receipt and review correspondence and materials in support of hearing before Judge Huck on status of case following the Copyright Office's advisory opinion; prepare for hearing. | 1.70 | 595.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Associate Law Firm Tom J. Manos, PA  (Invoice 10910)

in Olem Shoe Corp vs. Washington Shoe Company

Page 3

| | | | Invoice Date: | November 10, 2010 |
| | | | Invoice No. | 13119 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/20/10 | TJM | Preparation for and attendance at status hearing on Copyright Registrar's advisory opinion; lengthy telephone conference with Mr. McCormack re strategy for amending registration application. | 3.20 | 1,120.00 |
| 10/21/10 | TJM | Receipt and review Olem's Notice of Withdrawal of Motion to Strike; Exchange correspondence with McCormack re Burstein's request to withdraw the subpoenas; prepare correspondence to Burstein re the same. | 0.60 | 210.00 |
| | TJM | Exchange additional correspondence with opposing counsel re whether subpoenas are stayed. | 0.20 | 70.00 |
| 10/22/10 | TJM | Exchange e-mails with opposing counsel re subpoenas; receipt and review memorandum of law re the procedure for obtaining supplemental registration from Copyright Office. | 0.80 | 280.00 |
| 10/28/10 | TJM | Review correspondence from all counsel re the telephone conference; review draft of motion re a follow up with the Copyright Office. | 0.50 | 175.00 |
| | | | 26.90 | 9,415.00 |
| | | Fees for Professional Services | 26.90 | $9,415.00 |

## **ADDITIONAL CHARGES**

| | Qty | |
|---|---|---|
| **Advances** | | |
| Parking - Hearing | 1 | 6.00 |
| Parking expense | 1 | 9.00 |
| Court Reporter fees for transcript of Hearing on 10-20-10 before Judge Huck. | 1 | 170.88 |
| | | 185.88 |
| Total Additional Charges | | $185.88 |
| TOTAL NEW CHARGES THIS PERIOD | | $9,600.88 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: December 07, 2010
Invoice No. 13200

Last Bill Date: 11/10/2010

For the period ending November 30, 2010

IN REFERENCE TO: **Intellectual Property**



NEW CHARGES (Itemized below)                              $█████

**Total Due**                                            $█████

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| | Invoice Date: | December 07, 2010 |
|---|---|---|
| Page 2 | Invoice No. | 13200 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ███ | ███ | ███████████████ | ██ | ██ |
| ███ | ███ | ███████████████ | ██ | ██ |
| | | | ── | ── |
| | | | ██ | ██ |
| ███ | █████████ | ██████████ | | |
| ███ | ████████████████████ | | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ |
| ███ | █████ | ████████ | | |
| | | | ── | ── |
| | | | ██ | ██ |

### WSC - Olem Shoe Corp

| DATE | ATTORNEY/PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/10 | LAK | Prepare supplemental applications for registration forms for Ditsy Dot & Zebra Supreme designs; prepare correspondence to client requesting additional information. | 1.50 | 300.00 |
| | TBM | Review copyright registrations for "work for hire" status; communications with client re the same; communications with associate re Form CA corrections; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 4.60 | 1,196.00 |
| 11/03/10 | LAK | Discuss supplemental application forms with Mr. McCormack; revise forms accordingly; conference call with Ms. Brewer regarding additional information; research expedition procedures with USCO. | 0.70 | 140.00 |
| | JDR | Revise and supplement first draft of jury instructions with new instructions for preliminary matters; research and draft new jury instructions for Consideration of the Evidence, Credibility of Witness, Impeachment of Witness Inconsistent Statement, Expert Witness, Plaintiff's Burden of Proof, Duty to Deliberate, Burden of Proof w/ Multiple Claims, Duty to Deliberate When Only the Plaintiff Claims Damages; revise | 3.40 | 510.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | "ownership of Valid Copyright" section of Jury Instructions; revise "Access Defined" section of jury instructions; draft sections of jury instruction for trade dress damages and Washington and Florida Deceptive and Unfair Trade Practices Act. | | |
| 11/03/10 | JDR | Additional work on previous item. | 2.00 | No Charge |
| | TBM | Review copyright registrations for "work for hire" status; communications with client re the same; communications with associate re Form CA corrections; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 5.70 | 1,482.00 |
| 11/04/10 | LAK | Prepare and finalize USCO supplemental application; print and prepare copies for mailing; forward to Mr. McCormack for review and approval. | 2.50 | 500.00 |
| | TBM | Review and revise letters to Olem customers re subpoenas of business records; communications with associate re letter to copyright office to amend applications; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 4.80 | 1,248.00 |
| | JDR | Revise and supplement first draft of jury instructions with new instructions for preliminary matters; research and draft new jury instructions for Consideration of the Evidence, Credibility of Witness, Impeachment of Witness Inconsistent Statement, Expert Witness, Plaintiff's Burden of Proof, Duty to Deliberate, Burden of Proof w/ Multiple Claims, Duty to Deliberate When Only the Plaintiff Claims Damages; revise "ownership of Valid Copyright" section of Jury Instructions; revise "Access Defined" section of jury instructions; draft sections of jury instruction for trade dress damages and Washington and Florida Deceptive and Unfair Trade Practices Act. | 7.30 | 1,095.00 |
| 11/05/10 | TBM | Copyright Office issues; review and revise. | 2.50 | 650.00 |
| 11/08/10 | TBM | Communications with local counsel re U.S. Copyright Office (USCO) submissions; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 2.80 | 728.00 |
| | JDR | Docketing (includes calendaring and time management for litigation and court dates). | 0.60 | No Charge |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 11/08/10 | LAK | Review published and unpublished deposit requirements and analyze our submissions in comparison to same; advise Mr. McCormack on issues; prepare section of USCO letter addressing said concerns. | 2.10 | 420.00 |
| 11/09/10 | HRP | Analyze, compare and cross reference Olem Shoe Corp. sales data with invoices provided from Houser Shoes Inc. | 1.80 | 171.00 |
| | TBM | Communications with opposing counsel re Form CA to the Copyright Office; review file and consider issues re the same; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 3.50 | 910.00 |
| | LAK | Review, analyze, and revise proposed jury instructions. | 1.50 | 300.00 |
| 11/10/10 | LAK | Conference with Mr. McCormack regarding filing requirements for USCO supplemental applications for Ditsy Dots and Zebra Supreme. | 0.20 | 40.00 |
| | TBM | Communications with opposing counsel re Form CA to the Copyright Office; review file and consider issues re the same. | 2.20 | 572.00 |
| | HRP | Complete Copyright Office Form CA packet for Zebra Supreme and Ditsy Dots and mail to USCO; file maintenance. | 4.50 | 427.50 |
| | LAK | Review, analyze, and revise proposed jury instructions. | 1.50 | 300.00 |
| | JDR | Research filing fee for supplementary registration to amend a completed registration (Form CA), for paper filing. | 0.40 | No Charge |
| 11/11/10 | LAK | Review, analyze, and revise proposed jury instructions; forward to associate Rosenblum for review. | 1.50 | 300.00 |
| 11/12/10 | TBM | Review and revise jury instructions; communications with associate attorneys re the same. | 1.20 | 312.00 |
| 11/16/10 | TBM | Prepare joint status report and communicate with opposing counsel re the same; consider issues re the same; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 3.90 | 1,014.00 |
| 11/17/10 | TBM | Review emails from opposing counsel re classy classic and joint status report; communications with opposing counsel and local counsel re the same; review exhibits and discovery re trial exhibits; consider damages issues re the same. | 1.70 | 442.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: December 07, 2010
Invoice No.     13200

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/18/10 | TBM | Review joint status report; consider issues re the same. | 0.30 | 78.00 |
| | JDR | Revise and edit jury instructions in accordance with Mr. McCormack and associate Kingston's edits and revisions; research and draft Jury instructions for derivative woks in copyright; research and draft Federal Declaratory Judgment Act section of jury instructions; research and draft definitions for consumer protection act claim to supplement first draft of jury instructions including "Injury in consumer protections claim", causation, definition of unfair trade and practice. | 3.80 | 570.00 |
| | JDR | Additional work on previous item. | 3.00 | No Charge |
| 11/19/10 | TBM | Review joint status report; consider issues re the same; communications with local counsel and opposing counsel and staff re the same. | 1.90 | 494.00 |
| 11/22/10 | LAK | Review incoming correspondence from USCO re Ditsy Dot supplementary applications and additional information required; review and analyze both Zebra designs for differences; request additional information from client re same; revise Ditsy Dot supplemental application per USCO request; forward to Mr. McCormack for review. | 1.30 | 260.00 |
| | TBM | Review pleading filed on Friday; communications with client re the same; communications with client re scheduling; case management; review discovery and jury instructions; communications with staff re exhibits and a jury instruction element chart to help organize the exhibits; review communications from Copyright Office re issues with Form CA; communications with associate re the same. | 3.60 | 936.00 |
| 11/23/10 | TBM | Copyright Office issue; communicate with client and associate. | 2.20 | 572.00 |
| | LAK | Review prior response to USCO; research and analyze levels of originality in relation to derivative works and the general definitions of derivative works in comparison to original works; prepare response to USCO's email, analyzing and synthesizing same. | 4.00 | 800.00 |
| | LAK | Review revised jury instructions. | 0.30 | 60.00 |
| 11/24/10 | LAK | Revise and review Olem jury instructions, insert missing instructions. | 3.00 | 600.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/10 | LAK | Prepare second draft of response to USCO's email re originality and creativity in Zebra Supreme design. | 3.00 | 600.00 |
| | TBM | Review jury instructions and prepare Elements Chart breaking down elements of case; review evidence and exhibits re the same; communications with associates and paralegals re the same; consider issues re the same; review emails and communications from client re issues concerning examination of Zebra Supreme and Ditsy Dot applications; consider issues re the same. | 5.50 | 1,430.00 |
| | JDR | Research and draft jury instructions for "striking similarity" and damages under Washington State Consumer Protection Act; docketing; draft and create spreadsheet from jury instructions, stating each element for each cause of action in the case with Olem Shoe Corp. | 4.60 | 690.00 |
| | JDR | Additional work on this item. | 1.00 | No Charge |
| 11/30/10 | HRP | Compile sales data broken down by type of boot, put data received on Zebra and B&W boot into a spreadsheet; communications with Mr. McCormack re the same. | 1.70 | 161.50 |
| | LAK | Prepare third draft of response to USCO's email re originality and creativity in the Zebra Supreme design. | 2.00 | 400.00 |
| | JDR | Revise elemental spreadsheet; add jury instructions to spread sheet. | 0.90 | 135.00 |
| | TBM | Review jury instructions and prepare Elements Chart breaking down elements of case; review evidence and exhibits re the same; communications with associates and paralegals re the same; consider issues re the same; review emails and communications from client re issues concerning examination of Zebra Supreme and Ditsy Dot applications; consider issues re the same. | 1.70 | 442.00 |
| | | | 108.20 | 21,286.00 |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: December 07, 2010
Page 7  Invoice No.  13200

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date:  December 07, 2010

Invoice No.   13200

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Fees for Professional Services

## ADDITIONAL CHARGES

|  | Qty |  |
|--|-----|--|

### Advances / Olem Shoe Corp

| | | |
|--|--|--|
| **Olem**  10/25/10  LighthouseDataTech, Seattle  Invoice **99083-IN** | 1 | 169.40 |

Litigation services, Washington Shoe Co v Olem Shoe Corporation
  $  61.60   Printing: stapled / clipped, 616 items @ $0.10 ea.
  $  93.10   Printing color, 98 items @ $0.95 ea.
  $  14.70   Sales Tax        *(Not previously billed)*
.

169.40

### Expenses / Olem Shoe Corp.

| | Qty | |
|--|--|--|
| Printing in color (full page) - Olem | 15 | 3.75 |
| Printing in color (partial page) - Olem | 242 | 242.00 |
| Printing charges (b/w) - Olem | 720 | 72.00 |
| Photocopy documents - Olem | 40 | 8.00 |
| Document scanning - Olem | 130 | 19.50 |
| Mailing charges - Olem | 1 | 11.33 |
| Fax charges (outgoing) - Olem | 18 | 18.00 |

374.58

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: December 07, 2010
Invoice No.  13200

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|





### Expenses / Westlaw - Olem Shoe Corp

| | Qty | Amount |
|---|---|---|
| Olem Shoe Corp - 02/02/10 Westlaw Online Research | 1 | 168.75 |
| Olem Shoe Corp - 02/03/10 Westlaw Online Research | 1 | 299.75 |
| Olem Shoe Corp - 02/04/10 Westlaw Online Research | 1 | 127.25 |
| Olem Shoe Corp - 02/05/10 Westlaw Online Research | 1 | 401.50 |
| Olem Shoe Corp - 02/05/10 Westlaw Online Research | 1 | 113.00 |
| Olem Shoe Corp - 02/05/10 Westlaw Online Research | 1 | 301.50 |
| Olem Shoe Corp - 02/07/10 Westlaw Online Research | 1 | 284.75 |
| Olem Shoe Corp - 02/08/10 Westlaw Online Research | 1 | 144.25 |
| Olem Shoe Corp - 02/09/10 Westlaw Online Research | 1 | 195.00 |
| Olem Shoe Corp - 02/10/10 Westlaw Online Research | 1 | 262.00 |
| Olem Shoe Corp - 02/10/10 Westlaw Online Research | 1 | 209.75 |
| Olem Shoe Corp - 02/16/10 Westlaw Online Research | 1 | 360.00 |
| Olem Shoe Corp - 02/16/10 Westlaw Online Research | 1 | 73.00 |
| Olem Shoe Corp - 02/16/10 Westlaw Online Research | 1 | 170.00 |
| Olem Shoe Corp - 02/17/10 Westlaw Online Research | 1 | 267.00 |
| Olem Shoe Corp - 02/25/10 Westlaw Online Research | 1 | 106.25 |
| Olem Shoe Corp - 03/17/10 Westlaw Online Research | 1 | 180.50 |
| Olem Shoe Corp - 03/17/10 Westlaw Online Research | 1 | 275.00 |
| Olem Shoe Corp - 03/19/10 Westlaw Online Research | 1 | 156.50 |
| Olem Shoe Corp - 03/26/10 Westlaw Online Research | 1 | 47.50 |
| Olem Shoe Corp - 03/31/10 Westlaw Online Research | 1 | 98.15 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| | Invoice Date: | December 07, 2010 |
| --- | --- | --- |
| | Invoice No. | 13200 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | Qty | |
| Olem Shoe Corp - 03/31/10 Westlaw Online Research | | | 1 | 86.00 |
| Olem Shoe Corp - 04/02/10 Westlaw Online Research | | | 1 | 155.50 |
| Olem Shoe Corp - 04/02/10 Westlaw Online Research | | | 1 | 70.50 |
| Olem Shoe Corp - 04/03/10 Westlaw Online Research | | | 1 | 51.50 |
| Olem Shoe Corp - 04/05/10 Westlaw Online Research | | | 1 | 55.20 |
| Olem Shoe Corp - 04/06/10 Westlaw Online Research | | | 1 | 105.10 |
| Olem Shoe Corp - 04/06/10 Westlaw Online Research | | | 1 | 110.50 |
| Olem Shoe Corp - 04/09/10 Westlaw Online Research | | | 1 | 158.00 |
| Olem Shoe Corp - 04/12/10 Westlaw Online Research | | | 1 | 85.00 |
| Olem Shoe Corp - 04/12/10 Westlaw Online Research | | | 1 | 80.00 |
| Olem Shoe Corp - 04/12/10 Westlaw Online Research | | | 1 | 110.25 |
| Olem Shoe Corp - 04/12/10 Westlaw Online Research | | | 1 | 138.00 |
| Olem Shoe Corp - 04/12/10 Westlaw Online Research | | | 1 | 57.00 |
| Olem Shoe Corp - 04/12/10 Westlaw Online Research | | | 1 | 183.10 |
| Olem Shoe Corp - 04/14/10 Westlaw Online Research | | | 1 | 136.00 |
| Olem Shoe Corp - 04/14/10 Westlaw Online Research | | | 1 | 70.00 |
| Olem Shoe Corp - 04/16/10 Westlaw Online Research | | | 1 | 14.00 |
| Olem Shoe Corp - 04/16/10 Westlaw Online Research | | | 1 | 20.25 |
| Olem Shoe Corp - 04/16/10 Westlaw Online Research | | | 1 | 151.25 |
| Olem Shoe Corp - 04/21/10 Westlaw Online Research | | | 1 | 110.25 |
| Olem Shoe Corp - 04/22/10 Westlaw Online Research | | | 1 | 135.55 |
| Olem Shoe Corp - 04/22/10 Westlaw Online Research | | | 1 | 20.25 |
| Olem Shoe Corp - 04/23/10 Westlaw Online Research | | | 1 | 14.00 |
| Olem Shoe Corp - 04/23/10 Westlaw Online Research | | | 1 | 176.75 |
| Olem Shoe Corp - 04/26/10 Westlaw Online Research | | | 1 | 145.50 |
| Olem Shoe Corp - 04/26/10 Westlaw Online Research | | | 1 | 198.00 |
| Olem Shoe Corp - 04/27/10 Westlaw Online Research | | | 1 | 95.35 |
| Olem Shoe Corp - 04/28/10 Westlaw Online Research | | | 1 | 269.75 |
| Olem Shoe Corp - 04/28/10 Westlaw Online Research | | | 1 | 105.20 |
| Olem Shoe Corp - 04/29/10 Westlaw Online Research | | | 1 | 34.75 |
| Olem Shoe Corp - 04/29/10 Westlaw Online Research | | | 1 | 128.50 |
| Olem Shoe Corp - 11/01/10 Westlaw Online Research | | | 1 | 337.00 |
| Olem Shoe Corp - 11/03/10 Westlaw Online Research | | | 1 | 364.00 |
| Olem Shoe Corp - 11/04/10 Westlaw Online Research | | | 1 | 85.00 |
| Olem Shoe Corp - 11/11/10 Westlaw Online Research | | | 1 | 150.00 |
| Olem Shoe Corp - 11/15/10 Westlaw Online Research | | | 1 | 13.00 |
| Olem Shoe Corp - 11/16/10 Westlaw Online Research | | | 1 | 13.00 |
| Olem Shoe Corp - 11/22/10 Westlaw Online Research | | | 1 | 349.00 |
| Olem Shoe Corp - 11/23/10 Westlaw Online Research | | | 1 | 344.00 |
| Olem Shoe Corp - 11/24/10 Westlaw Online Research | | | 1 | 105.00 |
| Olem Shoe Corp - 11/29/10 Westlaw Online Research | | | 1 | 144.45 |
| Olem Shoe Corp - 11/23/10 Westlaw Online Research | | | 1 | 40.50 |

9,457.35

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: December 07, 2010
Invoice No.    13200

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|



Total Additional Charges

TOTAL NEW CHARGES THIS PERIOD

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**Intellectual Property Law**
**Business Law** PS
617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ■■■■■■

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   December 07, 2010

Invoice No.    13201

Last Bill Date: 11/10/2010

For the period ending November 30, 2010

IN REFERENCE TO:   **Associate Law Firm Tom J. Manos, PA  (Invoice 10921)**
**in Olem Shoe Corp vs. Washington Shoe Company**

NEW CHARGES (Itemized below)                                   $■■■■

## Total Due                                                    $■■■

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 10/29/10 | TJM | Review material transmitted by McCormack re: amending application to copyright office; prepare and review materials for telephone conference; telephone conference with Tim McCormack, Jay Sanchelima, Bernardo Burstein, and Side Ruwe (attorney advisor of General Counsel's office at the Copyright Office) re: next steps following the Copyright Offices' advisory opinion; prepare summary of conversation. | 2.60 | 910.00 |
| 10/30/10 | TJM | Exchange correspondence with Tim McCormack re: telephone conference;  Review and revise report re: summary of telephone conference on 10/29/10; review correspondence to and from Sanchelima; review discovery status. | 1.00 | 350.00 |
| 11/08/10 | TJM | Review letter from Jay Sanchelima; review correspondence from Tim McCormack; respond to same (concerning Sanchelima's opinion of the copyright office's participation in the recent telephone conference. | 0.70 | 245.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Associate Law Firm Tom J. Manos, PA  (Invoice 10921)
in Olem Shoe Corp vs. Washington Shoe Company

Invoice Date:                December 07, 2010

Invoice No.        13201

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/09/10 | TJM | Review letter from Tim McCormack to copyright office with supplemental applications; prepare response to same. | 0.30 | 105.00 |
| 11/10/10 | TJM | Review letter to copyright office; telephone conference with Tim McCormack re: whether to send letter to copyright office yet, and strategy for telephone conference tomorrow; exchange correspondence with Bernardo Burstein and Jay Sanchelima. | 0.80 | 280.00 |
| 11/11/10 | TJM | Telephone conference with Tim McCormack re: form CA and strategy; exchange e-mails with all counsel re: scheduling telephone conference; prepare correspondence to opposing counsel re: our submission of form CA to copyright office. | 0.70 | 245.00 |
| 11/12/10 | TJM | Telephone conference with bookkeeper Jerre at Tim McCormack's office; review correspondence from opposing counsel re: form CA. | 0.40 | 140.00 |
| 11/16/10 | TJM | Receipt and review correspondence from opposing counsel; prepare response to same; analysis of rules for filing form CA. | 0.60 | 210.00 |
| 11/17/10 | TJM | Receipt and review proposed status report from opposing counsel; review Tim McCormack's response thereto; prepare response to McCormack; prepare response to Sanchelima. | 1.20 | 420.00 |
| 11/23/10 | TJM | Receipt and review correspondence from Tim McCormack re: communications received from the Copyright office in response to our Form CA; review correspondence from copyright office; prepare response to McCormack; receipt and review Order from court extending stay of proceedings until further notice. | 0.70 | 245.00 |
| | | | 9.00 | 3,150.00 |
| | | Fees for Professional Services | 9.00 | $3,150.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: January 10, 2011
Invoice No. 13204

Last Bill Date: 12/7/2010

For the period ending December 31, 2010

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)  $█████

**Total Due**  $███████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**SERVICES**

__* General__

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:  January 10, 2011
Invoice No.    13204

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|



### WSC - Olem Shoe Corp

| | | | | |
|------|-----|-------------|------|--------|
| 08/19/10 | JDR | *Not previously billed:*<br>Research summary judgment cases for a response motion to Olem's Motion of Summary Judgme | 6.40 | 960.00 |
| 12/01/10 | TBM | Review and revise response to copyright office; communications with associate re the same; consider issues re the same. | 1.60 | 416.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: January 10, 2011
Invoice No. 13204

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/10 | LAK | Review and revise response to the U.S. Copyright Office (USCO) re: Zebra Supreme copyrightability. | 1.00 | 200.00 |
| | LAK | Prepare response to USCO re Zebra Supreme copyrightability. | 2.00 | 400.00 |
| | HRP | Prepare binder of exhibits from case; review all case pleadings re the same; prepare trial binders of depositions and exhibits; updated work re the same. | 4.00 | 380.00 |
| 12/02/10 | TBM | Review and revise response to copyright office; communications with associate re the same; review cases re the same; consider issues re the same. | 3.20 | 832.00 |
| | LAK | Conference with Mr. McCormack regarding revisions to fourth draft of USCO letter. | 0.70 | 140.00 |
| 12/03/10 | TBM | Review and revise response to copyright office; communications with associate re the same; review pictures and draft from associate. | 2.40 | 624.00 |
| | LAK | Photograph Zebra Supreme boot, specifically the variations in the silver and grey stripes, to include with the USCO letter. | 0.50 | 100.00 |
| | HRP | Prepare binder of exhibits from case; review all case pleadings re the same; prepare trial binders of depositions and exhibits; updated work re the same. | 3.20 | 304.00 |
| 12/04/10 | LAK | Review and revise fourth draft in accordance with Mr. McCormack's suggestions; Prepare two new versions of USCO letter with variations on placement of arguments for readability; review and analyze copyright law cases regarding derivative works. | 3.00 | 600.00 |
| 12/06/10 | TBM | Review and revise response to copyright office; communications with associate re the same; review pictures and draft from associate; communications with paralegal re exhibit organization. | 2.70 | 702.00 |
| | LAK | Prepare USCO letter regarding copyrightability of Zebra Supreme, including format and insert photographs of grey stripes taken December 3, 2010; forward to Mr. McCormack for review. | 2.50 | 500.00 |
| 12/07/10 | TBM | Review and revise response to copyright office; communications with associate re the same; communications with client and local counsel re the same; review pictures and draft from associate; communications with paralegal re | 2.20 | 572.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | exhibit organization. | | |
| 12/07/10 | LAK | Revise USCO letter, specifically inserting and formatting additional pictures in support of textual arguments. | 1.70 | 340.00 |
| 12/08/10 | TBM | Trial exhibits; review and consider. | 2.70 | 702.00 |
| | LAK | Verify docketing of joint progress deadline. | 0.10 | 20.00 |
| | PCB | Prepare Notice of Unavailability regarding Mr. McCormack; final edits.; file the same with federal court. | 0.40 | 38.00 |
| | PCB | Prepare Notice of Unavailability regarding Mr. McCormack; final edits.; file the same with federal court. | 0.50 | No Charge |
| 12/09/10 | PCB | Electronic court records search regarding opposing counsel; final edits; email draft of Notice of Unavailability to Mr. McCormack for submission to local counsel for filing. | 0.20 | 30.00 |
| | LAK | Prepare response to USCO email inquiry, specifically inserting additional close-up photographs comparing infringing boots; review prior pleadings to obtain and verify photos submitted to the court. | 1.50 | 300.00 |
| 12/12/10 | LAK | Reformat and insert close-up photographs of Zebra Supreme boot into USCO letter. | 0.70 | 140.00 |
| 12/13/10 | TBM | Review and revise response to copyright office; communications with associate re the same; review pictures and draft from associate; communications with paralegal re exhibit organization; review cases re the same; consider issues re the same. | 4.70 | 1,222.00 |
| | LAK | Reformat and insert additional Zebra Rose and Zebra Supreme photographs into USCO letter, prepare final revisions to same; revise Ditsy Dots form CA in accordance with the request from the USCO; forward to Mr. McCormack for review and comment. | 1.80 | 360.00 |
| 12/14/10 | TBM | Review and revise response to copyright office; communications with associate re the same; review pictures and draft from associate; communications with paralegal re exhibit organization. | 2.90 | 754.00 |
| 12/15/10 | TBM | Review and revise response to copyright office; communications with associate re the same; review pictures and draft from associate; communications with paralegal re | 3.80 | 988.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| | | exhibit organization. | | |
| 12/15/10 | LAK | Verify and finalize case citations for USCO letter; final formatting; send letter and revised Form CA (Ditsy Dots) to USCO; advise Mr. McCormack and client of the same. | 1.00 | 200.00 |
| 12/20/10 | LAK | Review USCO response to letter re; Zebra Supreme and necessary changes to Form CA; discuss results of incoming correspondence with Mr. McCormack and next steps for same. | 0.70 | 140.00 |
| | LAK | Prepare revised Form CA for Zebra Supreme in accordance with USCO instructions given by email of today; forward to Mr. McCormack for review. | 1.60 | 320.00 |
| 12/21/10 | LAK | Finalize and submit revised Form CA for Zebra Supreme design. | 0.20 | 40.00 |
| 12/28/10 | TBM | Review file re communications with Copyright Office; communications with associate re file wrapper history and joint status report to the court; consider issues re no further defenses by Olem and litigation costs and fees relating back to original copyright application. | 5.50 | 1,430.00 |
| | LAK | Conference with Mr. McCormack regarding joint status report to be filed with the court and necessary steps in filing same; review correspondence history with USCO; prepare joint status report for the court regarding progress with USCO filings and paperwork; review file history in support thereof. | 3.60 | 720.00 |
| 12/29/10 | TBM | Communications with associate re joint status report and discovery in case; consider issues re the same. | 0.60 | 156.00 |
| | LAK | Prepare joint status report for the court regarding progress with USCO filings and paperwork; detail WSC & Olem's positions regarding same; Shepardize cited case law; conference with Mr. McCormack regarding additions to report. | 3.00 | 600.00 |
| 12/30/10 | LAK | Prepare joint status report for the court regarding progress with USCO filings and paperwork, paying specific attention to analysis of deposition transcripts and notice of deposition request for persons able to discuss the validity of the registrations; forward to Mr. McCormack for review/. | 2.50 | 500.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: January 10, 2011
Invoice No. 13204

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | 75.10 | 15,730.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Intellectual Property



Invoice Date: January 10, 2011
Invoice No.    13204

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | ███ | | |
| ███ | ███████ | | █ | ███ |
| | | | ███ | ███ |

Fees for Professional Services                            ███ $███

## **ADDITIONAL CHARGES**

                                                          **Qty**

███

███████████████                                    █      ███

                                                          ███

### **Expenses / Westlaw - Olem Shoe Corp**

| 12/06/10 Westlaw Online Research | 1 | 230.25 |
|----------------------------------|---|--------|
| 12/06/10 Westlaw Online Research | 1 | 217.00 |
| 12/15/10 Westlaw Online Research | 1 | 120.25 |
| 12/29/10 Westlaw Online Research | 1 | 32.75 |
| | | 600.25 |

Total Additional Charges                                  $███

**TOTAL NEW CHARGES THIS PERIOD**                         $███

████████████████████████████

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



mccormack
**Intellectual Property Law**
**Business Law** PS

████████████████████

Fed ID: ██████

████████████████████

Invoice Date: January 10, 2011
Invoice No.        ████████

████████████████

IN REFERENCE TO:  **Associate Law Firm Tom J. Manos, PA  (Invoice 10942)**
                  **in Olem Shoe** ████████████████

████████████████                                    ████████

████████                                            ████████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 12/03/10 | TJM | Receipt and review correspondence from client; respond to same. | 0.20 | 70.00 |
| 12/07/10 | TJM | Review letter to copyright office; prepare correspondence to Tim McCormack re: same; review correspondence from Bernardo Burstein. | 0.60 | 210.00 |
| 12/09/10 | TJM | Receipt and review correspondence from opposing counsel; prepare notice of unavailability; review status of copyright office reevaluation of Zebra Supreme application. | 1.00 | 350.00 |
| 12/22/10 | TJM | Review correspondence with documents re: copyright office's finding re: Zebra design; review file re: status of pending matters. | 0.50 | 175.00 |
| | | | 2.30 | 805.00 |
| | | Fees for Professional Services | 2.30 | $805.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



McCormack
**Intellectual Property Law**
**Business Law** PS

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  February 02, 2011
Invoice No.     13240

Last Bill Date: 1/10/2011

For the period ending January 31, 2011

IN REFERENCE TO:   **Intellectual Property**

                                        ███████

NEW CHARGES (Itemized below)                    $██████

**Total Due**                                                    $████████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

<div align="center"><u>SERVICES</u></div>

<div align="center">* <u>General</u></div>



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date: February 02, 2011
Invoice No.    13240

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: Intellectual Property

Invoice Date:  February 02, 2011
Invoice No.    13240

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



### WSC - Olem Shoe Corp

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/11 | TBM | Communications with opposing counsel re extension of time to review materials and prepare joint status report; consider issues re the same; review proposed changes from local counsel to Washington Shoe's section of the joint status report; communications with associate re the same. | 6.00 | 1,560.00 |
| 01/06/11 | TBM | Review finalized joint status report; double check case cites; communications with paralegal re exhibits; communications with local counsel's paralegal re the same. | 1.70 | 442.00 |
| | HRP | Compile Exhibits for Joint Status Report, Convert and Combine PDFs, Organize and Label Exhibits to be included in Report and Prepare exhibits for filing with the court. | 2.00 | 300.00 |
| | LAK | Prepare file wrapper of correspondence with USCO re: Form CA; verify all pieces of correspondence are included; advise Mr. McCormack re: same. | 0.50 | 100.00 |
| | LAK | Review Olem's position detailed in the joint status report. | 0.20 | 40.00 |
| 01/10/11 | TBM | Review judges order re joint status report and communications with client re the same; consider issues re the same; communications with associate re following briefing to the court. | 0.50 | 130.00 |
| | LAK | Review Court Order re: Form CA and next steps. | 0.10 | 20.00 |
| 01/11/11 | TBM | Consider the issues that need to be addressed in the case per the judge's order the same; consider four page limit and issues re highlight to increase the probability of ending | 1.80 | 468.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | the case with summary judgment; consider liability, defenses and damages; consider asking for a ruling on statutory damages and or attorneys' fees as part of summary judgment ruling; consider related issues concerning Zebra Supreme and Zebra Rose; outline issues for internal memo re the same, including issues that become ""intertwined"" where attorneys' fees are awarded for the whole matter; communications with associate the same; consider issues re attorneys' fees where one party drives up the cost with unneeded or elaborate defenses that all fail. | | |
| 01/11/11 | LAK | Conference with Mr. McCormack on court order and plan for upcoming motion. | 0.30 | 60.00 |
| 01/12/11 | TBM | Communication with associate re attorneys' fees memo and issues re the same; consider theories that issues can't be divided; that overcoming frivolous defenses is a basis or awarding fees; and related issues; research re the same. | 4.60 | 1,196.00 |
| | JRL | Review case file and pleadings; review and evaluate preliminary research results with counsel. | 2.50 | 500.00 |
| 01/17/11 | JRL | Research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw. | 1.25 | 250.00 |
| 01/18/11 | JRL | Research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw, Law of Copyright, Abrams, Patry on Copyright, Patry. | 2.50 | 500.00 |
| | LAK | Review and analyze Olem sales and purchase data (pink/green dot, red/white dot, & brown/pink dot designs) in preparation for damages memo; prepare spreadsheet detailing same. | 2.50 | 500.00 |
| 01/19/11 | HRP | Assist attorney in Analyzing Olem Shoe company sales data to determine profits of infringing boots. | 0.50 | 75.00 |
| | LAK | Review and analyze Olem sales and purchase data in preparation for damages memo (brown/pink dot, black/white dot, zebra designs); prepare spreadsheet detailing same; verify WSC selling prices, include data; forward to TBM for review. | 3.00 | 600.00 |
| 01/20/11 | JRL | Research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw, Law of Copyright, Abrams, | 11.50 | 2,300.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| | | Copyright Law in Business and Practice, Hazard, Copyright Litigation Handbook, Dowd, Computer Software Protection-Liability-Law, Kutten, Patry on Copyright, Patry, Rutter Group Practice Guide: Federal Civil Trials and Evidence, Jones. | | |
| 01/20/11 | LAK | Research & review case law regarding available damages, interest, and attorney's fees; prepare memorandum detailing same and applying to the information on damages provided by Olem. | 5.00 | 1,000.00 |
| 01/21/11 | TBM | Communications with associate re attorneys' fees research; consider issues re the same;  review memo on damages from associate; consider issues re prejudgment interest and statutory damages vs. actual damages; review damages documents; communications with associate re the same. | 1.70 | 442.00 |
| | JRL | Research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw, Copyright Litigation Handbook, Dowd, Computer Software Protection-Liability-Law, Kutten. | 3.50 | 700.00 |
| | LAK | Review Olemberg deposition for references to amount of stock and sales in support of conclusions made in memorandum; revise memo to include same; forward to Mr. McCormack for review. | 1.50 | 300.00 |
| 01/23/11 | JRL | Research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw. | 1.50 | 300.00 |
| 01/24/11 | TBM | Review memo on damages from associate; consider issues re prejudgment interest and statutory damages vs. actual damages; review damages documents; communications with associate re Attorneys' eyes only designation of damages documents and declassification of the same; communications with associate re follow-up research re summary judgment cases re damages, actual and statutory and pre-judgment interest. | 1.60 | 416.00 |
| | JRL | Research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw, Law of Copyright, Abrams, Copyright Law in Business and Practice, Hazard, Copyright Litigation Handbook, Dowd, Computer Software Protection-Liability-Law, Kutten, Patry on Copyright, Patry, Rutter Group Practice Guide: Federal Civil Trials and Evidence, Jones; draft memo of findings, analysis and | 12.00 | 2,400.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: February 02, 2011
Invoice No.      13240

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | application to the present case. | | |
| 01/24/11 | LAK | Prepare letter to opposing counsel requesting declassification of Attorney's Eyes Only documents (boot invoices and the like) pursuant to Court's Protective Orders of April 2010; verify items for same; forward to Mr. McCormack for review. | 0.60 | 120.00 |
| | LAK | Research and analyze law on availability of actual and/or statutory damages on summary judgment; apply law to facts re: same; prepare memorandum incorporating and applying results of research; forward to Mr. McCormack for review. | 2.10 | 420.00 |
| 01/25/11 | TBM | Review and revise letter to opposing counsel re declassification of damages documents; Review copyright certificates updates from United States Copyright Office; prepare letter transmitting the same to opposing counsel; communications with local counsel re ███████████ ██████████████████████████████; consider issues re the same; review court's order re additional briefing; prepare outline re response; docket re the same research . . . | 5.30 | 1,378.00 |
| | HRP | Create and send letters to Attorneys Sanchelima and Burstein re receipt of corrected copyright registration; edit, compile exhibits and send letter to OC's regarding declassification of attorneys eyes only documents; mail and email letters to OC and co-counsel; update correspondence file; update pleadings file with filed corrected copyright registrations. | 4.00 | 600.00 |
| | JRL | Revise memo of finding and analysis; perform additional research basis for awarding attorneys' fees based on copyright statute and supporting case law using research tools including Westlaw. | 10.50 | 2,100.00 |
| 01/26/11 | TBM | Review and revise memos re damages and attorneys' fees; communications with associate re follow-up research re attorneys' fees awards after summary judgment. Communications with local counsel re the same and re issues to be presented to the judge; consider issues re the same; communications with client re the same; prepare pleading for court re outstanding issues; review file re the same; prepare list of pleadings re the same. | 4.40 | 1,144.00 |
| | JRL | Research case law and rules governing filing motions for costs and attorneys' fees in the Southern District of Florida using research tools including Westlaw, Federal Rules of | 5.00 | 1,000.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: Intellectual Property

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Civil Procedure, and Local Rules for relevant district. | | |
| 01/26/11 | LAK | Prepare updated master status list for upcoming status meeting; review ad include prior correspondence on all pending infringement, copyright, and trademark matters; forward to Mr. McCormack for review. | 0.40 | 80.00 |
| | LAK | Review and consider Mr. Lohrmeyer's memorandum regarding availability of attorney's fees. | 0.20 | 40.00 |
| | LAK | Revise Olem Damages calculation spreadsheet to include citations to source of damages numbers; forward to Mr. McCormack for review. | 0.70 | 140.00 |
| 01/27/11 | TBM | Review memo on timing of attorneys' fees after summary judgment; communications with bookkeeping staff re attorneys' fees and costs. | 1.20 | 312.00 |
| 01/28/11 | TBM | Prepare additional briefing to court re issues in case re attorneys" fees, pre-judgment interest; liability for summary judgment; amending the pleadings and related issues; communications with associate re research re statutory damages and method of calculating the same; review and revise pleadings; review file. | 5.70 | 1,482.00 |
| 01/29/11 | JRL | Research statutory damages for copyright infringement using resources including Westlaw and treatises. | 1.25 | 250.00 |
| 01/30/11 | JRL | Research statutory damages for copyright infringement using resources including Westlaw and treatises; prepare memo of findings and recommendations. | 3.00 | 600.00 |
| 01/31/11 | JRL | Review document of remaining issues to be submitted to the court for citation accuracy, quotation accuracy, and currency of law; perform supplemental research and recommend additional/alternative cases to cite. | 2.50 | 500.00 |
| | TBM | Review and review memo to the court re remaining issues; communications with local counsel re the same; communications with associate re case cite checking and quote checking; review and revise the same. | 3.50 | 910.00 |
| | TBM | Review court's order re jurisdiction and attorneys' fees; consider issues re the same; communications with appeals counsel re the same. | 0.90 | 234.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | 119.50 | 25,909.00 |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Invoice Date:   February 02, 2011
Invoice No.      13240

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: February 02, 2011
Invoice No.    13240

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ██ | ██████ | | ██ | ██ |
| | | | ██ | ██ |

Fees for Professional Services                    ██    $██

## ADDITIONAL CHARGES

Qty

██

████████

### Expenses / Olem Shoe Corp.

| | Qty | Amount |
|---|---|---|
| Printing charges (b/w) | 286 | 28.60 |
| Photocopy documents | 20 | 3.00 |
| Mailing charges | 80 | 16.00 |
| | | 47.60 |

████

### Expenses / Westlaw - Olem Shoe Corp

| | Qty | Amount |
|---|---|---|
| 01/06/2011 Westlaw Online Research | 1 | 42.00 |
| 01/17/2011 Westlaw Online Research | 1 | 25.00 |
| 01/20/2011 Westlaw Online Research | 1 | 326.00 |
| 01/20/2011 Westlaw Online Research | 1 | 218.60 |
| 01/21/2011 Westlaw Online Research | 1 | 426.60 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: Intellectual Property

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | Qty | |
| 01/24/2011 | Westlaw Online Research | | 1 | 315.35 |
| 01/24/2011 | Westlaw Online Research | | 1 | 524.30 |
| 01/24/2011 | Westlaw Online Research | | 1 | 133.00 |
| 01/25/2011 | Westlaw Online Research | | 1 | 336.55 |
| 01/26/2011 | Westlaw Online Research | | 1 | 217.85 |
| 01/27/2011 | Westlaw Online Research | | 1 | 77.05 |
| | | | | 2,642.30 |

Total Additional Charges                                    $

TOTAL NEW CHARGES THIS PERIOD                               $

### CLIENT FUNDS - TRUST ACCOUNT ACTIVITY



**Dial Address**                 **Mailing Address**              **Courier Address**
Telephone 206.381.8888           617 Lee Street                   617 Lee Street
Facsimile 206.381.1988           Seattle, WA 98109-3425, USA      Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law** PS

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   March 04, 2011
Invoice No.      13278

Last Bill Date: 2/2/2011

For the period ending February 25, 2011

IN REFERENCE TO:   **Intellectual Property**

NEW CHARGES (Itemized below)                    $██████

**Total Due**                                              $███████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ██ | ████████ | ████████████ | ██ | ██ |
| ██ | ██ | ██████████ | | ██ |
| | | | ██ | ██ |
| ██ | ████████ | █████████████ | ██ | ██ |
| ██ | ████████ | █████████████ | ██ | ██ |
| ██ | ████████ | █████████████ | ██ | ██ |
| ██ | ████ | █████████████ | ██ | ██ |
| ██ | ████████ | █████████████ | ██ | ██ |
| ██ | ████████ | ████████ | ██ | ██ |
| ██ | ██ | ████████ | ██ | ██ |
| ██ | ████████ | ████████ | ██ | ██ |
| ██ | ████████ | ████████ | ██ | ██ |

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | Invoice Date: | March 04, 2011 |
| | Invoice No. | 13278 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | | Invoice Date: | March 04, 2011 |
Page 4 | | | Invoice No. | 13278 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |

### WSC - Olem Shoe Corp

| 01/31/11 | TBM | Review and review memo to the court re remaining issues; communications with local counsel re the same; communications with associate re case cite checking and quote checking; review and revise the same. | 3.50 | 910.00 |
| 02/01/11 | TBM | Review defendants response to the court's issue re remaining issues; research footnote 6 re discovery directed at attorneys; review file re pleadings on this issues and ruling by Magistrate judge; communications with local counsel re the same. | 2.40 | 624.00 |
| 02/04/11 | HRP | Calendar phone conference and update pleading file and pleading index with order for telephonic conference. | 0.30 | 39.00 |
| 02/08/11 | TBM | Communications with local counsel re hearing; prepare for the same. | 0.70 | 182.00 |
| 02/09/11 | HRP | Update pleadings file and pleadings index with three new pleadings; save electronic copy to file. | 0.30 | 39.00 |
| | TBM | Review pleadings re trade dress issues and pleadings re outstanding issues in the case; prepare for hearing; attend telephone hearing in case with other counsel and the judge. | 2.50 | 650.00 |
| 02/10/11 | TBM | Communications with counsel and court re rescheduling telephone hearing; communications with associate re research re factors the judge must consider in awarding attorneys fees and research re cases where judge abused discretion; consider issues re the same. | 0.50 | 130.00 |
| 02/11/11 | TBM | Telephone hearing with judge and opposing counsel; prepare notes re the same; communications with client re the same; follow-up communications with client and local counsel; communications with associate re re-filed motions for summary judgment. | 2.60 | 676.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 02/11/11 | HRP | Docket Amended complaint and Counterclaim. | 0.30 | 39.00 |
| 02/12/11 | LAK | Review file wrapper for Rose Zebra Copyright Office correspondence; advise Mr. McCormack regarding same and its implications for damages sought. | 2.00 | 400.00 |
| 02/14/11 | TBM | Review requests for document production; communications with client re the same; consider issues re the same; prepare objections to the same; prepare answers to the same; consider issues of privilege and prepare a privilege log re the same; communications with staff re preparation of an amended complaint; communications with associate attorney re preparations for renewed motion for summary judgment; consider issues re the same. | 4.40 | 1,144.00 |
| 02/15/11 | TBM | Review communication from opposing counsel re discovery and amending of claims; consider issues re the same; prepare response re the same. | 0.50 | 130.00 |
|  | HRP | Proofread and edit third amended complaint and counterclaim; print, tab, compile and organize exhibits. | 1.00 | 130.00 |
| 02/16/11 | JRL | Search for Zebra Rose and Rose Zebra in the Copyright Office's registration listing; review and gather relevant pleadings and supporting documents in support of new motion for summary judgment of copyright infringement. | 3.00 | 600.00 |
|  | TBM | Review communication from opposing counsel re discovery and amending of claims; consider issues re the same; communications with client re the same; prepare response re the same; prepare amendment to counterclaims; review and revise exhibits re the same; review and revise answers to privilege log and documents related to "production" of documents; communications with staff re the same; communication with local counsel re the same; meeting with associate attorney re statements of undisputed facts and updated summary judgment motion with emphasis of evidence; consider issues re the same; review pleadings re the same. | 5.40 | 1,404.00 |
|  | HRP | Review and edit final copy of amended complaint and counterclaim; re-organize exhibits due to revisions; e-file pleadings electronically following ECF (Electronic Case Filing) rules; update pleadings file. | 2.00 | 260.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| 02/16/11 | HRP | Proofread and edit plaintiff's fourth set of Requests for Performance (RFP); compile document produce and mark with index numbers; stamp attorneys eyes only documents. | 1.00 | 130.00 |
| 02/17/11 | JRL | Review and gather relevant pleadings and supporting documents in support of new motion for summary judgment of copyright infringement; prepare outline of motion for summary judgment. | 3.25 | 650.00 |
| 02/18/11 | HRP | Docket MSJ (Motion for Summary Judgment), Responses to MSJ and Replies to MSJ. | 0.70 | 91.00 |
|  | TBM | Case management re scheduling and related items. | 0.20 | 52.00 |
| 02/22/11 | TBM | Case management re scheduling and related items; consider issues re summary judgment of willful acts; review discovery re the same; consider summary judgment of all other issues based on willful copyright infringement; research re the same; communications with associate re strategy and summary judgment as to no defenses and other issues; consider exhibits and evidence re the same; communications with associate attorney re short section on number of boots sold by Olem and exhibits re the same; consider short motion for summary judgment of trade dress infringement re exact copying; review pleadings re the same; consider willful aspects of the case re trade dress issues; prepare summary judgment paperwork re the same; follow-up communications re additional claims and related discovery issues. | 6.70 | 1,742.00 |
|  | LAK | Prepare portion of Motion for Summary Judgment re attorneys' fees, pre-judgment interest and detail of numbers of boots sold; review files and discovery re same. | 2.00 | 400.00 |
|  | JRL | Review and gather relevant pleadings and supporting documents in support of new motion for summary judgment of copyright infringement; prepare outline of motion for summary judgment; review outline and strategize motion with counsel; draft Motion for Summary Judgment. | 7.00 | 1,400.00 |
|  | HRP | Review discovery produced and look for willfully infringed boots (boots sold after the demand letter); file maintenance. | 1.70 | 221.00 |
| 02/23/11 | JRL | Prepare Motion for Summary Judgment integrating previous motions including the original motion for summary judgment, the reply to the original motion for summary judgment, the renewed motion for summary judgment, the reply to the renewed motion for summary judgment, the joint status report, the third amended complaint, and other | 7.50 | 1,500.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: March 04, 2011
Invoice No. 13278

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | associated documents. | | |
| 02/23/11 | TBM | Research re short motion for summary judgment of trade dress infringement re exact copying; review pleadings re the same; consider willful aspects of the case re trade dress issues; review cases and prepare argument re the same; review and revise the same; research re case for unfair competition under state law for violations of copyrights and trade dress; consider issues re the same. | 2.60 | 676.00 |
| 02/24/11 | LAK | Review and revise portion of Motion for Summary Judgment re attorneys' fees, pre-judgment interest and detail of numbers of boots sold; forward to Mr. McCormack for review. | 0.60 | 120.00 |
| | JRL | Prepare Motion for Summary Judgment integrating previous motions including the original motion for summary judgment, the reply to the original motion for summary judgment, the renewed motion for summary judgment, the reply to the renewed motion for summary judgment, the joint status report, the third amended complaint, and other associated documents. | 2.00 | 400.00 |
| | TBM | Review amended answer and affirmative defenses; consider issues re the same; communications with local counsel re motion to strike and summary judgment related issues; communications with client re amended pleading; work on summary judgment issues, including the unfair competition claims; communications with associates re summary judgment; review and revise section on attorneys' fess and number of boots sold; consider issues re the same. | 3.60 | 936.00 |
| | | | 70.25 | 15,675.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | Invoice Date: | March 04, 2011 |
| | | Invoice No. | 13278 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | ▇ | ▇ |
| | | ▇ | | |
| ▇ | ▇ | | ▇ | ▇ |
| | | | ▇ | ▇ |
| | | ▇ | | |
| ▇ | ▇ | | ▇ | ▇ |
| ▇ | ▇ | | ▇ | ▇ |
| | | | ▇ | ▇ |
| Fees for Professional Services | | | ▇ | $▇ |

## **ADDITIONAL CHARGES**

| | | | **Qty** | |
| --- | --- | --- | --- | --- |
| | | ▇ | | |
| ▇ | | | ▇ | ▇ |
| | | | | ▇ |

### **Expenses / Olem Shoe Corp.**

| 02/2011 | Color print (full page) | 10 | 2.50 |
| --- | --- | --- | --- |
| 02/2011 | Color print (partial page) | 2 | 2.00 |
| 02/2011 | Printing charges (b/w) | 546 | 54.60 |
| 02/2011 | Photocopy documents | 110 | 22.00 |
| | | | 81.10 |

| | ▇ | | |
| --- | --- | --- | --- |
| ▇ | | ▇ | ▇ |
| | | | ▇ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: March 04, 2011
Invoice No. 13278

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|------------------------|-------------|-------------|--------|
| | | ███████████ | | |
| ███████████████ | | | █ | ████ |
| | | | | ████ |

### Expenses / Westlaw - Olem Shoe Corp

| DATE | | DESCRIPTION | Qty | AMOUNT |
|------|---|-------------|-----|--------|
| 01/28/11 | | Westlaw Online Research | 1 | 24.00 |
| 01/29/11 | | Westlaw Online Research | 1 | 455.25 |
| 01/30/11 | | Westlaw Online Research | 1 | 168.95 |
| 01/31/11 | | Westlaw Online Research | 1 | 395.00 |
| 02/01/11 | | Westlaw Online Research | 1 | 150.00 |
| 02/04/11 | | Westlaw Online Research | 1 | 107.00 |
| 02/17/11 | | Westlaw Online Research | 1 | 28.00 |
| 02/18/11 | | Westlaw Online Research | 1 | 75.00 |
| 02/22/11 | | Westlaw Online Research | 1 | 170.00 |
| 02/23/11 | | Westlaw Online Research | 1 | 45.00 |
| 02/23/11 | | Westlaw Online Research | 1 | 107.00 |
| | | | | 1,725.20 |

Total Additional Charges                     $█████

TOTAL NEW CHARGES THIS PERIOD          $█████

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**m<sup>c</sup>cormack**
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: 

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  March 04, 2011
Invoice No.      13279

Last Bill Date: 2/2/2011

For the period ending February 25, 2011

IN REFERENCE TO:  **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Combined billing: January # 10956, February # 10968*

NEW CHARGES (Itemized below)                                        $▮▮▮▮▮

**Total Due**                                                                       $▮▮▮▮▮

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 01/05/11 | TJM | Review and revise Report to court re: Copyright Office findings; exchange communications with Tim McCormack re same; review correspondence from opposing counsel re same; review additional correspondence from opposing counsel. | 1.20 | 420.00 |
| 01/06/11 | TJM | Review final version of Joint Status report; review several e-mails back and forth regarding same. | 0.40 | 140.00 |
| 01/07/11 | TJM | Receipt and review file wrapper from McCormack; review correspondence from opposing counsel. | 0.50 | 175.00 |
| 01/26/11 | TJM | Review e-mail from Tim McCormack; review memo re: damages; review spread sheet re damages; prepare response to McCormack's memo. | 0.70 | 245.00 |
| 01/27/11 | TJM | Exchange correspondence with Tim McCormack and opposing counsel re: report to the court pursuant to the Court's order, and declassifying of documents; review previous confidentiality agreement; receipt and review notice of unavailability. | 0.80 | 280.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
     For local Florida Associate Attorney Tom J. Manos, PA
     *Combined billing: January # 10956, February # 10968*

|  |  |  | Invoice Date: | March 04, 2011 |
|  |  |  | Invoice No. | 13279 |

Page 2

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/31/11 | TJM | Receipt and review correspondence from Tim McCormack re "remaining issues" brief; review draft of brief; make proposed revisions; telephone conference with Tim McCormack. | 0.50 | 175.00 |
| 02/01/11 | TJM | Receipt and review revised draft of Status report to court; revise same and finalize for filing with the court; exchange correspondence with opposing counsel re the same. | 0.90 | 315.00 |
| 02/02/11 | TJM | Exchange e-mails with McCormack re the exhibit; receive and review letter from Sanchelima. | 0.30 | 105.00 |
| 02/03/11 | TJM | Telephone conference with court and counsel re: scheduling telephonic hearing; exchange correspondence with all counsel re: same. | 0.40 | 140.00 |
| 02/09/11 | TJM | Telephone conference with Tim McCormack re: hearing strategy; receipt and review notice of cancellation of hearing; exchange correspondence with the court and counsel re scheduling hearing; receipt and review notice of hearing. | 1.00 | 350.00 |
| 02/10/11 | TJM | Exchange correspondence with court and counsel re: rescheduling hearing; receipt and review re-notice of hearing; telephone conference with Tim McCormack. | 0.80 | 280.00 |
| 02/11/11 | TJM | Telephone conference with Tim McCormack; attendance at hearing; telephone conference with opposing counsel and McCormack re a discovery plan; telephone conference with court; telephone conference with McCormack; review correspondence from opposing counsel; receipt and review order from court; calendar new deadlines; exchange correspondence with opposing counsel re: deposition dates of Washington Shoe representative. | 3.40 | 1,190.00 |
| 02/14/11 | TJM | Review correspondence re discovery. | 0.20 | 70.00 |
| 02/15/11 | TJM | Receipt and review correspondence from Tim McCormack and opposing counsel; prepare response to same. | 0.30 | 105.00 |
| 02/16/11 | TJM | Review correspondence from Opposing counsel; review correspondence from Tim McCormack; review amended complaint; review additional correspondence from opposing counsel and from client. | 0.60 | 210.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
     For local Florida Associate Attorney Tom J. Manos, PA
     *Combined billing: January # 10956, February # 10968*

Invoice Date: March 04, 2011
Invoice No.    13279

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 02/18/11 | TJM | Review correspondence from opposing counsel; prepare response to same. | 0.30 | 105.00 |
| 02/22/11 | TJM | Exchange numerous communications with opposing counsel and Tim McCormack. | 0.70 | 245.00 |
| 02/23/11 | TJM | Review Answer and Affirmative defenses; review correspondence between McCormack and Burnstein. | 0.50 | 175.00 |
| | | | 13.50 | 4,725.00 |
| Fees for Professional Services | | | 13.50 | $4,725.00 |

## ADDITIONAL CHARGES

|  | Qty |  |
|--|-----|--|
| **Advances** | | |
| 01/07/11  Photocopy expense. | 1 | 32.50 |
| 01/27/11  Photocopy expense. | 1 | 23.25 |
| 02/2011   Photocopy expense. | 1 | 29.50 |
| | | 85.25 |
| Total Additional Charges | | $85.25 |
| TOTAL NEW CHARGES THIS PERIOD | | $4,810.25 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

| | |
|---|---|
| Invoice Date: | April 06, 2011 |
| Invoice No. | 13316 |

Last Bill Date: 3/4/2011

For the period ending March 31, 2011

IN REFERENCE TO:   **Intellectual Property**

NEW CHARGES (Itemized below)                                   $████

**Total Due**                                                              $████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

#### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**m:cormack**
**Intellectual Property Law**
**Business Law** PS

Invoice Date: April 06, 2011
Invoice No.     13316

Page 2

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ████ | | ███████ | ██ | ██ |
| | ██ | | ██ | ██ |
| | ███████ | | ██ | ██ |
| | | | ██ | ██ |
| | ████ | | | |
| ██ | ████ | | ██ | ██ |
| ██ | █████ | | ██ | ██ |
| | | | ██ | ██ |

### WSC - Olem Shoe Corp

| 02/28/11 LAK | Review Olem purchase numbers for boot designs, redline and annotate Bates numbered exhibits provided by Olem to file as exhibits with court; update Motion for Summary Judgment draft re the same; forward to Mr. McCormack for review. | 2.00 | 400.00 |
|---|---|---|---|
| 03/01/11 JRL | Prepare statement of undisputed facts in support of motion for summary judgment; review case file for factual support including previously filed motions and exhibits and previously drafted memorandums; revise memorandum in support of motion for summary judgment. | 3.00 | 600.00 |
| JRL | Additional work on previous item. | 2.00 | No Charge |
| TBM | Research re summary judgment issues re willful infringement; communications with staff re evidence and exhibits re the same; Review and revise summary judgment motion re the same. | 3.20 | 832.00 |
| 03/02/11 JRL | Prepare statement of undisputed facts in support of motion for summary judgment; review case file for factual support including previously filed motions and exhibits and previously drafted memorandums; revise memorandum in support of motion for summary judgment. | 4.00 | 800.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: April 06, 2011

Page 4                                    Invoice No.    13316

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/11 | JRL | Additional work on previous item. | 2.00 | No Charge |
|  | TBM | Research and writing re summary judgment motion and related issues such as trade dress infringement, and liability for attorneys' fees and costs. | 4.10 | 1,066.00 |
| 03/03/11 | LAK | Double docket of deadlines for Motion for Summary Judgment and responses thereto. | 0.10 | 20.00 |
|  | LAK | Review & prepare spreadsheet regarding Olem willful infringement and sales dates of dot and zebra boots. | 1.00 | 200.00 |
|  | JRL | Prepare preliminary arguments in support of the motion for summary judgment for copyright and trade dress infringement addressing striking similarity, exact copying, and refining the summary judgment standard statement. | 4.00 | 800.00 |
|  | JRL | Additional work on previous item. | 2.50 | No Charge |
|  | TBM | Prepare Motion for Summary Judgment integrating previous motions including the original motion for summary judgment, the reply to the original motion for summary judgment, the renewed motion for summary judgment, the reply to the renewed motion for summary judgment, the joint status report, the third amended complaint, and other associated documents; review the associated materials and synthesize logical approach in leveraging the facts and arguments Olem and Washington Shoe had made to date. | 5.80 | 1,508.00 |
| 03/04/11 | JRL | Prepare statement of undisputed facts in support of motion for summary judgment; review case file for factual support including previously filed motions and exhibits and previously drafted memorandums; revise memorandum in support of motion for summary judgment; prepare and revise chart of Olem's asserted defenses and how they are not applicable. | 5.50 | 1,100.00 |
|  | TBM | Prepare statement of undisputed facts in support of motion for summary judgment; review case file for factual support including previously filed motions and exhibits and previously drafted memorandums; revise memorandum in support of motion for summary judgment; prepare supporting exhibits and affidavits; revise and refine chart of defenses, revise and refine arguments supporting lack of evidence of Olem's other more developed defenses. | 6.50 | 1,690.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/05/11 | JRL | Prepare and revise the statement of undisputed facts identifying and adding supportive evidence already contained in the record. | 2.00 | 400.00 |
| | JRL | Additional work on previous item. | 1.00 | No Charge |
| | TBM | Review and revise motion for summary judgment; edit and reorganize and research re key cases; consider issues re the same. | 4.20 | 1,092.00 |
| 03/06/11 | JRL | Revise statement of undisputed facts in support of motion for summary judgment including, synthesizing simplified expressions of the facts and most supportive and effective citations in the record. | 5.00 | 1,000.00 |
| | JRL | Additional work on previous item. | 3.00 | No Charge |
| | TBM | Review and revise motion for summary judgment; edit and reorganize and research re key cases; consider issues re the same. | 4.40 | 1,144.00 |
| 03/07/11 | HRP | Help compile exhibits for Motion for Summary Judgment; e-file MSJ, Declaration and Exhibits. | 2.00 | 300.00 |
| | JRL | Revise memorandum in support of motion for summary judgment including citations and exhibit references; prepare supporting exhibits and affidavits. | 3.00 | 600.00 |
| | JRL | Additional work on previous item. | 1.00 | No Charge |
| | TBM | Review and revise final version of summary judgment motion; communications with local counsel re filing exhibits under seal; communications with client re declaration of facts; communications with associate re revised motion and memo; review and revise proposed order re summary judgment; review and revise exhibits to motion for summary judgment; extended conference with opposing counsel re discovery and deposition issues. | 6.40 | 1,664.00 |
| 03/08/11 | HRP | Download latest pleadings, deposition transcripts and notices of depositions and all exhibits and attachments to file. | 3.50 | 525.00 |
| | TBM | Communications with local counsel re sealed documents and email to judge re proposed final order; communication with client re proposed deposition and related topics; communications with opposing counsel re proposed hearing re discovery issues; review and revise statement of undisputed facts in support of motion for summary | 6.80 | 1,768.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



|  | ATTORNEY/ |  |  |  |
|---|---|---|---|---|
| DATE | PARALEGAL | DESCRIPTION | HOURS | AMOUNT |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | judgment; revise memorandum in support of motion for summary judgment including refining, clarifying, and highlighting arguments and facts most supportive of Washington Shoe; prepare supporting exhibits and affidavits; review and finalize documents to be filed. |  |  |
| 03/09/11 | SK | Copy and download pleadings to file; update pleading index in electronic file. | 1.50 | 225.00 |
|  | JRL | Review Olem's motion for summary judgment and prepare strategy for Washington Shoe's response including reviewing the memorandum of law in support of the motion, the statement of material facts, and the supporting affidavits and exhibits. | 5.00 | 1,000.00 |
|  | TBM | Review motion for summary judgment filed by Olem; consider issues re the same; outline response with associate attorney; communications with client re the same. | 3.20 | 832.00 |
| 03/10/11 | JRL | Review Olem's submitted materials in support of its motion; synthesize and prepare a response strategy; develop and prepare outline to Olem's motion for summary judgment. | 3.50 | 700.00 |
| 03/11/11 | SK | Print copies for Chron file; create tabs; update pleading index. | 3.00 | 450.00 |
|  | JRL | Review Olem's submitted materials in support of its motion; synthesize and prepare a response strategy. | 3.50 | 700.00 |
|  | JRL | Additional work on previous item. | 1.50 | No Charge |
|  | TBM | Review Olem's submitted materials in support of its motion; synthesize and prepare a response strategy; develop and prepare outline to Olem's motion for summary judgment; review and address substantive issues raised by Olem; review . | 5.00 | 1,300.00 |
| 03/14/11 | JRL | Prepare response to Olem's motion for summary judgment including reviewing and annotating Olem's submitted exhibits and declarations, reviewing and analyzing legal and factual assertions; retrieve and review cases cited by Olem and prepare distinguishing approaches using legal research tools including Westlaw and CaseMaker. | 6.75 | 1,350.00 |
|  | TBM | Communications with local counsel re motion for protection; review and revise outline of summary judgment response; consider issues re the same; communications with associate re the same; review file re motion for summary judgment and | 2.90 | 754.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: April 06, 2011
Invoice No.    13316

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | related papers; consider issues re the same. | | |
| 03/15/11 | JRL | Prepare response to Olem's motion for summary judgment including reviewing Olem's assertions and identifying factual and legal errors pertaining to copyright infringement; retrieve and review cases cited by Olem and prepare distinguishing approaches including why Olem's cited cases do not apply to the case at hand as well as why Washington Shoe still meets the standard even if the cases were to apply. | 5.25 | 1,050.00 |
| | TBM | Communications with client re insurance defense complaint; review papers re the same; consider issues re the same. | 2.10 | 546.00 |
| 03/16/11 | JRL | Prepare response to Olem's motion for summary judgment including reviewing Olem's assertions and identifying factual and legal errors pertaining to copyright infringement; retrieve cases cited by Olem; communications with Mr. McCormack re the same. | 3.20 | 640.00 |
| | JRL | Additional work on previous item. | 2.30 | No Charge |
| | TBM | Review cases cited by Olem and prepare distinguishing approaches including why Olem's cited cases do not apply to the case at hand as well as why Washington Shoe still meets the standard even if the cases were to apply. | 5.30 | 1,378.00 |
| 03/17/11 | JRL | Synthesize the errors of fact and errors of law into articulable arguments; develop legal and factual support by reviewing the record of pleadings, orders, hearing transcripts, exhibits, and discovery materials. | 4.40 | 880.00 |
| | TBM | Prepare response to Olem's motion for summary judgment including reviewing Olem's assertions and identifying factual and legal errors pertaining to copyright infringement; retrieve and review cases cited by Olem and prepare distinguishing approaches including why Olem's cited cases do not apply to the case at hand as well as why Washington Shoe still meets the standard even if the cases were to apply. | 5.50 | 1,430.00 |
| 03/18/11 | JRL | Review and revise argument for response to Olem's motion for summary judgment addressing trade dress assertions addressing secondary meaning. | 1.75 | 350.00 |
| | TBM | Synthesize the errors of fact and errors of law into articulable arguments; develop legal and factual support by reviewing the record of pleadings, orders, hearing transcripts, exhibits, and discovery materials; review Olem's material for trade dress infringement and prepare response strategy; review the | 6.20 | 1,612.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | record including orders, motions, and exhibits for support. | | |
| 03/19/11 | JRL | Prepare response to Olem's motion for summary judgment including reviewing Olem's assertions and identifying factual and legal errors pertaining to copyright infringement; retrieve and review cases cited by Olem and prepare distinguishing approaches including why Olem's cited cases do not apply to the case at hand as well as why Washington Shoe still meets the standard even if the cases were to apply; synthesize the errors of fact and errors of law into articulable arguments; develop legal and factual support by reviewing the record of pleadings, orders, hearing transcripts, exhibits, and discovery materials; review Olem's material for trade dress infringement and prepare response arguments and factual support; review the record including orders, motions, and exhibits for support; research case law using legal research tools including Westlaw and CaseMaker. | 6.25 | 1,250.00 |
| | JRL | Additional work on previous item. | 1.00 | No Charge |
| | TBM | Prepare and revise response to Olem's motion for summary judgment including revising copyright and trade dress infringement arguments; identify material and statements required to be submitted with response; prepare supporting affidavits for Moehring and Salonga and exhibits; review files re the same. | 6.50 | 1,690.00 |
| 03/20/11 | JRL | Prepare and revise response to Olem's motion for summary judgment including revising copyright and trade dress infringement arguments. | 4.50 | 900.00 |
| | JRL | Additional work on previous item. | 1.00 | No Charge |
| | TBM | Research and prepare argument supporting unfair competition including case law research using research tools including Westlaw,, and associated legal treaties; review and analyze case; consider issues re the same; communications with associate re the same. | 4.70 | 1,222.00 |
| 03/21/11 | LAK | Conference with Mr. Lohrmeyer re the Motion for Summary Judgment and status thereof. | 0.10 | 20.00 |
| | JRL | Prepare and revise Washington Shoe's Response to Olem's motion for summary judgment including revising copyright, trade dress, and unfair competition arguments including researching supporting case law using research tools | 6.40 | 1,280.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: April 06, 2011
Invoice No. 13316

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | including Westlaw, CaseMaker, and associated legal treaties. | | |
| 03/21/11 | JRL | Additional work on previous item. | 1.20 | No Charge |
| | TBM | Prepare and revise response to Olem's motion for summary judgment including revising copyright, trade dress, and unfair competition arguments; prepare supporting affidavits; prepare statement of undisputed facts including coordinating to Olem's motion's paragraph numbering system and order, researching and providing factual citation support where available; finalize and prepare for filing; review motion for protection; communications with local counsel re the same. | 7.40 | 1,924.00 |
| 03/22/11 | JRL | Prepare supporting affidavits and exhibits; prepare statement of undisputed facts in opposition to Olem's asserted facts including identifying factual support in the record or in affidavit form. | 4.40 | 880.00 |
| | TBM | Prepare and revise Washington Shoe's Response to Olem's motion for summary judgment including revising copyright, trade dress, and unfair competition arguments including researching supporting case law using research tools including Westlaw, CaseMaker, and associated legal treaties.; prepare supporting affidavits and exhibits; prepare statement of undisputed facts in opposition to Olem's asserted facts including identifying factual support in the record or in affidavit form. | 5.60 | 1,456.00 |
| 03/24/11 | SK | Download pleadings from Pacer to MIP database; print pleadings. | 5.50 | 825.00 |
| | JRL | Review and revise pleadings re arguments and factual support. | 2.00 | 400.00 |
| | JRL | Additional work on previous item. | 1.00 | No Charge |
| | | | 217.40 | 44,553.00 |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: April 06, 2011
Invoice No.    13316

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: April 06, 2011
Invoice No.    13316

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| ███ | ███ | ███ | ███ | ███ |

Fees for Professional Services   ███ $ ███

**ADDITIONAL CHARGES**

Qty

███

███   ███

███

**Expenses / Olem Shoe Corp.**

| | | Qty | |
|------|------|------|------|
| 03/09/11 | Printing charges (b/w) - Olem Shoe | 500 | 50.00 |
| 03/11/11 | Printing charges (b/w) - Olem Shoe | 900 | 90.00 |
| 03/17/11 | Printing charges (b/w) - Olem Shoe | 125 | 12.50 |
| 03/18/11 | Printing charges (b/w) - Olem Shoe | 100 | 10.00 |
| 03/21/11 | Printing charges (b/w) - Olem Shoe | 75 | 7.50 |
| 03/24/11 | Printing charges (b/w) - Olem Shoe | 1300 | 130.00 |
| 03/25/11 | Printing charges (b/w) - Olem Shoe | 650 | 65.00 |
| 03/28/11 | Printing charges (b/w) - Olem Shoe | 400 | 40.00 |
| 03/30/11 | Printing charges (b/w) - Olem Shoe | 80 | 8.00 |
| 03/31/11 | Printing charges (b/w) - Olem Shoe | 125 | 12.50 |

425.50

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: April 06, 2011
Invoice No. 13316

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
| | | ████████ | | |
| ████████████████ | | | █ | █ |
| ████████████████ | | | | |
| | | ████████ | | █ |
| | | ██████████ | | |
| ████████████ | | | █ | █ |
| | | | | █ |

**Expenses / Westlaw - Olem Shoe Corp**

| 03/14/11 | Westlaw Online Research | 1 | 352.75 |
|----------|-------------------------|---|--------|
| 03/19/11 | Westlaw Online Research | 1 | 283.15 |
| 03/20/11 | Westlaw Online Research | 1 | 93.45 |
| 03/21/11 | Westlaw Online Research | 1 | 300.10 |
| 03/22/11 | Westlaw Online Research | 1 | 78.15 |
| 03/26/11 | Westlaw Online Research | 1 | 123.25 |
| 03/27/11 | Westlaw Online Research | 1 | 13.00 |
| 03/28/11 | Westlaw Online Research | 1 | 278.95 |
| 03/29/11 | Westlaw Online Research | 1 | 95.00 |
| | | | 1,617.80 |

Total Additional Charges                     $████

TOTAL NEW CHARGES THIS PERIOD                $████

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: 68-0599960

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

| | |
|---|---|
| Invoice Date: | April 06, 2011 |
| Invoice No. | 13317 |

Last Bill Date: 3/4/2011

For the period ending March 31, 2011

IN REFERENCE TO: **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' March Invoice No. 10984 [4-4-11]*



NEW CHARGES (Itemized below)                                      $▮▮▮▮▮

**Total Due**                                                            $▮▮▮▮▮

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 03/02/11 | TJM | Receipt and review Order lifting stay and re-setting trial and calendar call; review status of deadline for summary judgment motion; exchange correspondence with McCormack. | 0.30 | 105.00 |
| 03/04/11 | TJM | Review correspondence from opposing counsel and Mr. McCormack re the deposition; review scheduling issues re trial date. | 0.40 | 140.00 |
| 03/05/11 | TJM | Review Motion for Summary Judgment; prepare correspondence to Mr. McCormack re same. | 1.20 | 420.00 |
| 03/07/11 | TJM | Telephone conference with Sanchelima, Burstein, and McCormack; review discovery requests; telephone conference with Magistrate O'Sullivan's chambers; telephone conference with Tim McCormack re analysis of meeting with opposing counsel; review correspondence re filing | 3.20 | 1,120.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' March Invoice No. 10984 [4-4-11]*

Invoice Date:  April 06, 2011
Invoice No.    13317

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | exhibits under seal; review second draft of Motion for summary judgment and statement of material facts; review various exhibits filed by Olem in support of their motion for summary judgment. | | |
| 03/07/11 | TJM | Review rules and procedures re Filing Requirement for Documents under Seal; aid Tim McCormack in the filing of sealed documents. | 0.30 | 60.00 |
| 03/08/11 | TJM | Receipt and review correspondence from opposing counsel and McCormack; prepare response to same; analysis of issues raised by Sanchelima and whether hearing on discovery issues should be before Judge Huck or Magistrate O'Sullivan, in light of Judge Huck's ruling on limited additional discovery prior to adjudicating summary judgment motions; prepare proposed order for filing with court. | 2.40 | 840.00 |
| | TJM | Draft Motion to File Under Seal Exhibit 11 supporting motion for summary judgment; draft notice accompanying notice of filing and tracking form. | 2.30 | 460.00 |
| | TJM | Draft email to Honorable Judge Huck enclosing Proposed Order Grating Summary Judgment of Infringement. | 0.40 | 80.00 |
| | TJM | Serve notice of filing to all parties re sealed documents enclosing Exhibit 11 in support to Motion for Summary Judgment. | 0.30 | 60.00 |
| | TJM | Draft notice of striking Docket Entry 253 per clerk's corrective action notice; refiled such document. | 0.40 | 80.00 |
| 03/09/11 | TJM | Exchange correspondence with opposing counsel re their belief that discovery deadline has been extended and filing a motion for clarification; exchange e-mails with McCormack re same. | 1.20 | 420.00 |
| 03/10/11 | TJM | Exchange correspondence with Burstein; begin preparation of motion for clarification. | 1.80 | 630.00 |
| 03/11/11 | TJM | Telephone conference with Judge Huck's office; prepare proposed order on motion to file under seal. | 0.50 | 175.00 |
| 03/17/11 | TJM | Continue preparation of Motion for clarification. | 1.70 | 595.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
     For local Florida Associate Attorney Tom J. Manos, PA
     *Manos' March Invoice No. 10984 [4-4-11]*

|  |  |
|---|---|
| Invoice Date: | April 06, 2011 |
| Invoice No. | 13317 |

Page 3

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/21/11 | TJM | Continue preparation of Motion for Clarification, for Protective Order, and for Sanctions; prepare correspondence to Tim McCormack; prepare exhibits to motion. | 3.60 | 1,260.00 |
| 03/22/11 | TJM | Review subpoenas issued to Copyright Office; exchange correspondence with McCormack re same; finalize Motion for Clarification, for Protective Order and for Sanctions; telephone conference with Tim McCormack; review and revise Response to Motion for Summary Judgment and prepare same for filing with the court; receipt and review declaration of Goldaper filed by Olem; receipt and review declaration of Julio Acosta filed by Olem; review deposition excerpts filed by Olem Shoe. | 2.50 | 875.00 |
|  | TJM | Review Analysis, Edit, and Electronic Filing of Washington Shoe's Motion for Clarification, Protective Order, and for Sanctions. | 0.90 | 180.00 |
| 03/23/11 | TJM | Draft proposed order and email to Judge Huck; draft notice of filing; preparation of exhibits; filing of documents under seal. | 1.00 | 200.00 |
| 03/24/11 | TJM | Receipt and review Olem's Statement in Opposition to Washington Shoe's Statement of Undisputed Material Facts; Review Olem's response to motion for summary judgment. | 1.50 | 525.00 |
|  | TJM | Preparation and filing of Washington Shoe's Notice of Conflict. | 0.80 | 68.00 |
| 03/30/11 | TJM | Analysis of whether to set up hearing with Magistrate O'Sullivan ▮▮▮▮▮▮▮▮▮▮▮; conference with McCormack re same. | 0.60 | 210.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' March Invoice No. 10984 [4-4-11]*

| | Invoice Date: | April 06, 2011 |
|---|---|---|
| | Invoice No. | 13317 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| 04/01/11 | TJM | Telephone conference with opposing counsel and Tim McCormack re insurance coverage case and whether Washington Shoe should amend its complaint; receipt and review Motion to Amend Response in opposition to motion filed by Olem Shoe. | 0.80 | 280.00 |
| | | | ███ | ███ |
| Fees for Professional Services | | | ███ | $███ |

## ADDITIONAL CHARGES

**Qty**

### Advances

| | | Qty | Amount |
|---|---|---|---|
| 01/07/10 | Photocopy Expense | 24 | 6.00 |
| 02/01/10 | Photocopy Expense | 3 | 0.75 |
| 05/06/10 | Photocopy Expense | 254 | 63.50 |
| 11/12/10 | Photocopy Expense | 37 | 9.25 |
| 03/10/11 | Photocopy Expense (Docket Entries 237 thru 260) | 1000 | 250.00 |
| 02/01/10 | Postage expense | 1 | 0.88 |
| 04/06/10 | Postage Expense | 1 | 0.61 |
| 05/04/10 | Postage Expense | 1 | 0.61 |
| 08/03/10 | Postage Expense | 1 | 0.61 |
| 10/25/10 | Postage Expense | 1 | 0.44 |
| . | | | |
| 09/20/10 | Day one:  Use of a large conference room for the deposition of Olem's Corp. Representatives (Building Mgmt Fees) | 1 | 265.21 |
| 09/20/10 | Parking charges for Deposition Attendees (day one)        . | 1 | 57.67 |
| 09/23/10 | Day two:  Continuation of the use of the conference room for the Olem deposition | 1 | 99.67 |
| 09/23/10 | Parking charges for Deposition Attendees (day two)        . | 1 | 12.36 |
| 03/09/11 | Courier Expense  Invoice # 2011000342 Filing chgs and deliveries to U.S. District Court on 3/8 and 3/9 | 1 | 43.50 |
| | | | 811.06 |

| Total Additional Charges | $811.06 |
|---|---|

| TOTAL NEW CHARGES THIS PERIOD | $███ |
|---|---|

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: May 04, 2011
Invoice No. 13355

Last Bill Date: 4/6/2011

For the period March 25 through April 30, 2011

IN REFERENCE TO: **Intellectual Property**

████████████████████████ ████
██████████████████████████████ $████

NEW CHARGES (Itemized below) $████

**Total Due** $███████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: May 04, 2011
Invoice No.    13355

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| Invoice Date: | May 04, 2011 |
| Invoice No. | 13355 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ██ | ████ | ██████████ | ██ | ██ |
| | ███████ | ██████████ | ██ | ██ |
| | ███████ | ██████████ | ██ | ██ |
| | ███████ | ██████████ | | ██ |
| | | | ── | ── |
| | | | ██ | ██ |
| | ████ | ███████ | | |
| | ████ | ██████████ | ██ | ██ |
| | | | ── | ── |
| | | | ██ | ██ |

### WSC - Olem Shoe Corp

| 03/25/11 | SAK | Scan documents to the MIP database; update plaintiff's discovery index. | 0.25 | 37.50 |
| | SAK | Document and file management (including update pleadings for Chron files; assemble pleadings in binder; create tabs; update pleading index). | 5.00 | 750.00 |
| | JRL | Review Olem's Response and compare its factual assertions with Washington Shoe's and evaluate Olem's factual support; review Olem's submitted affidavits and supporting exhibits including Acosta's, Goldaper, and Sharkey prepare outline of reply. | 4.50 | 900.00 |
| | TBM | Prepare and revise Washington Shoe's Response to Olem's motion for summary judgment including revising copyright, trade dress, and unfair competition arguments including researching supporting case law using research tools including Westlaw, Casemaker, and associated legal treaties; prepare supporting affidavits and exhibits; prepare statement of undisputed facts in opposition to Olem's asserted facts including identifying factual support in the record or in affidavit form; review Olem's response to Washington Shoe's motion for summary judgment including reviewing Olem's | 10.50 | 2,730.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| | | | Invoice Date: | May 04, 2011 | |
|---|---|---|---|---|---|
| | | | Invoice No. | 13355 | |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | response memorandum, statement of facts, and supporting material including photographs of Olem's infringing boots and allegedly purchased Washington Shoe boots; prepare strategy for associated reply. | | |
| 03/26/11 | JRL | Review Olem's responsive pleadings and supporting documents including the declarations of gabby, deposition excerpts of Karl M. and Robert M., photographs of Olem's infringing boots, and Washington Shoe correspondence with CR office; prepare outline of reply approach; read cited case-law by Olem and prepare distinguishing arguments; address Olem's best evidence claim and other rules of evidence cases. | 7.25 | 1,450.00 |
| | TBM | Prepare discussion of Olem's exhibits to support Washington Shoe's exact copying position; prepare discussion on striking similarity distinguishing Olem's expert and photographic evidence; research Copyright Office practices and procedures and leverage in to supportive arguments as applied to deposit material, derivative works, and associated applications. | 4.40 | 1,144.00 |
| 03/27/11 | JRL | Review and revise reply to summary judgment motion; communications with Mr. McCormack re the same. | 5.00 | 1,000.00 |
| | JRL | Additional work on previous item. | 2.00 | No Charge |
| | TBM | Revise draft of reply memo; address trade dress, willful infringement, and attorneys' fees assertions and counter Olem's arguments. | 2.90 | 754.00 |
| 03/28/11 | ████ | ████████████████████ | ████ | ████ |
| | SAK | Assemble pleadings in binder: create tabs and new files; update pleading files. | 2.00 | 300.00 |
| | JRL | Prepare reply to motion for summary judgment; review and distinguish Olem's cited cases addressing willful infringement; confer regarding strategy with counsel; revise reply memorandum to incorporate new over arching theme and narrative; find citations for previously submitted deposit material to the court; review deposition transcripts for Acosta, Olemberg, and Rezaie; revise reply memo and complete citations; review cited cases for attorneys fees; research additional supporting cases for attorneys fees; | 8.30 | 1,660.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | prepare exhibits for reply memo; prepare Moehring Affidavit. | | |
| 03/28/11 | JRL | Additional work on previous item. | 3.00 | No Charge |
| | TBM | Prepare reply to response to motion for summary judgment; review Olem's response and prepare counter arguments and leverage flaws in Olem's case law and factual assertions; review cited cases to distinguish and research counter cases to support; review Olem's factual citations for accuracy. | 5.90 | 1,534.00 |
| 03/29/11 | HRP | Download, print and file pleading; update pleading index; docket due date for court docket entry for response. | 0.70 | 105.00 |
| | JRL | Prepare reply to motion for summary judgment; prepare exhibits to Moehring's Affidavit; revise and finalize Moehring's affidavit; research factual support for new arguments added to the reply; confirm citations in reply memorandum; revise, review, and finalize reply memo, affidavit, and exhibits; prepare motion for filing. | 5.50 | 1,100.00 |
| | TBM | Prepare reply to motion for summary judgment; prepare exhibits to Moehring's Affidavit; revise and finalize Moehring's affidavit; research factual support for new arguments added to the reply; confirm citations in reply memorandum; revise, review, and finalize reply memo, affidavit, and exhibits; prepare motion for filing. | 6.50 | 1,690.00 |
| 03/30/11 | SAK | Scan new pleading documents to MIP database; print pleadings; update pleading index. | 2.00 | 300.00 |
| | TBM | Review pleadings; communications with local counsel re preparing responses to motion to strike. | 1.00 | 260.00 |
| 03/31/11 | LAK | Verify docketing deadline of response to Olem's Motion to Strike Declaration of Diane Bennett. | 0.10 | 20.00 |
| | SAK | Print pleading documents; update pleading index. | 1.50 | 225.00 |
| | TBM | Review pleadings. | 0.40 | 104.00 |
| 04/04/11 | TBM | Review Olem Shoe Corp.'s Motion to Strike Certain Paragraphs and Exhibits of Karl Moehring's Declaration and Incorporated Memorandum of Law; Olem Shoe Corp.'s (Amended) Motion to Strike Certain Paragraphs and Exhibits of Karl Moehring's Declaration and Inc. Memo of Law; [Proposed] Order on Olem Shoe Corp.'s Motion to Strike Certain Paragraphs and Exhibits of Karl Moehring's Declaration and Inc. Memo of Law | 2.20 | 572.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | Motion to Strike Exhibits 1-3 to the Second Affidavit of Karl Moehring [D.E. 287-1] and Exhibit "1" Motion to Strike Exhibits 1-3 to the Second Affidavit of Karl Moehring [D.E. 287-1]; [Proposed] Order on Motion to Strike Exhibits 1-3 to the Second Affidavit of Karl Moehring [D.E. 287-1]; consider issues re the same. | | |
| 04/04/11 | HRP | Review depositions and extract pages for Mr. McCormack. | 0.30 | 45.00 |
| 04/05/11 | TBM | Communications with opposing counsel re declarations and deposition transcripts; consider issues re the same; review file re the same; Review Declaration of Karl Moehring and Affidavit of Karl Moehring and Second Affidavit of Karl Moehring including: Karl Moehring Exhibits 1-8, Karl Moehring Exhibits 9-10, Karl Moehring Exhibits 12-1, Karl Moehring Exhibits 18-20, Karl Moehring Exhibits 21-26. | 2.50 | 650.00 |
| | SAK | Document and file management (include update pleadings for Chron files; assemble pleadings in binder; create tabs; update pleading index). | 2.00 | 300.00 |
| 04/07/11 | TBM | Review motion to strike second affidavit of Karl Moehring; communications with local counsel re filing responses to the same; consider issues re the same; Review Declaration of Roel Salonga and Affidavit of Roel Salonga and Roel Salonga Exhibits 1-5. | 2.10 | 546.00 |
| 04/08/11 | TBM | Review Declaration of Diane Bennett and Revised Declaration of Bennett and Olem Shoe Company's Motion to Strike Declaration of Diana Bennett, Proposed Order on Olem Shoe Corp.'s Motion to Strike the Declaration of Diane Bennett; Review declarations with Karl; consider issues re the same; communications with local counsel re the same. | 2.10 | 546.00 |
| | SAK | Document and file management (process incoming litigation correspondence). | 0.50 | 75.00 |
| ██ | ███████████████████████ | | ██ | ██ |
| 04/11/11 | TBM | Review motion to strike second affidavit of Karl Moehring; follow-up communications with local counsel re filing responses to the same and docketing the same; consider issues re the same; Review Declaration of Jessica Stetson Olem Shoe Corp.'s Motion to Strike the Declaration of Jessica Stetson and Incorporated Memorandum of Law; | 2.60 | 676.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | review: Motion to Strike the Declaration of Jessica Stetson - Affidavit of Stetson, Par. 12. [D.E. 143-1, pp.1-2], Motion to Strike the Declaration of Jessica Stetson - Affidavit of Stetson, Par. 12 [D.E. 143-1, p.3], Motion to Strike the Declaration of Jessica Stetson - Declaration of Salonga, Par 4 [D.E.79-1, p2], Motion to Strike the Declaration of Jessica Stetson – Exhibit 1 Screenshot of the file's data, Motion to Strike the Declaration of Jessica Stetson - Exhibit 2 Excerpt of Salonga's Deposition Pg10, Motion to Strike the Declaration of Jessica Stetson - Exhibit 2 Excerpt of Salonga's Deposition Pg 52, Motion to Strike the Declaration of Jessica Stetson - Exhibit 2 Excerpt of Salonga's Deposition Pg 12-13, Motion to Strike the Declaration of Jessica Stetson - Exhibit 2 Excerpt of Salonga's Deposition Pg 51, Motion to Strike the Declaration of Jessica Stetson - Exhibit 3, Motion to Strike the Declaration of Jessica Stetson - Exhibit 4, Motion to Strike the Declaration of Jessica Stetson - Olem-000277, [Proposed} Order on Olem Shoe Corp.'s Motion to Strike the Declaration of Jessica Stetson and Incorporated Memorandum of Law; consider issues re the same. | | |
| 04/11/11 | SAK | Review documents to locate exhibits 1- 3 of Karl Moehring; download exhibits from Pacer; print documents for Chron file and attorney copy. | 1.00 | 150.00 |
| 04/12/11 | TBM | Review and revise Review WSC's Response to Olem Shoe Corp.'s Motion to Strike the Declaration of Diane Bennett and Inc. Memo of Law; consider issues re the same; communications with local counsel re the same; consider issues re the same; Review and revise WSC's Response to Olem Shoe Corp.'s Motion to Strike the Declaration of Jessica Stetson and Inc. Memo. of Law Olem Shoe Corp.'s Reply in Support of its Motion to Strike the Declaration of Jessica Stetson, including Exhibit "1" Deposition Excerpt of Roel Salonga, p. 13 and Exhibit "1" Deposition Excerpt of Robert Moehring, p. 34; consider issues re the same; communications with local counsel re the same; consider issues re the same; communications with paralegal re updated exhibits for trial binders; Review WSC's Response to Olem Shoe Corp.'s Motion to Strike the Declaration of Diane Bennett and Inc. Memo of Law; consider issues re the same. | 4.40 | 1,144.00 |
| 04/13/11 | TBM | Review WASHINGTON SHOE COMPANY'S RESPONSE TO OLEM SHOE CORP.'S MOTION TO STRIKE PARAGRAPHS 3, 5, 7 AND 9 OF ROEL SALONGA'S AFFIDAVIT AND EXHIBITS "2" AND "4" (THIRD) AND | 4.50 | 1,170.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | INCORPORATED MEMORANDUM OF LAW; consider issues re the same; communications with local counsel re the same. | | |
| 04/13/11 | SAK | Document and file management. | 0.10 | 15.00 |
| 04/14/11 | TBM | Communications with local counsel re possible correction to pleading; consider issues re the same; review case file and all pending motions to strike. | 2.40 | 624.00 |
| 04/15/11 | TBM | WSC's Response to Olem Shoe Corp.'s (Amended) Motion to Strike Certain Paragraphs and Exhibits of Karl Moehring's Declaration and Inc. Memo of Law WSC's Response to Olem Shoe Corp.'s Motion to Strike Exhibits 1-3 of the Second Affidavit of Karl Moehring; consider issues re the same. | 2.20 | 572.00 |
| | SAK | Document and file management (include update pleadings for Chron files; assemble pleadings in binder; create tabs; update pleading index). | 0.30 | 45.00 |
| | SAK | Document and file management. | 0.20 | 30.00 |
| 04/18/11 | TBM | Olem Shoe Corp.'s Motion to Strike Paragraphs 3; 5; 7 and 9 of Roel Salonga's Affidavit and Exhibits "2" and "4" (Third) and Incorporated Memorandum of Law including Exhibit "1" Communications received from Washington's counsel as its "expert" witness list,[Proposed] Order on Olem Shoe Corp.'s Motion to Strike Paragraphs 3; 5; 7 and 9 of Roel Salonga's Affidavit and Exhibits "2" and "4" (Third) and Incorporated Memorandum of Law,[Proposed] Order on Olem Shoe Corp.'s Motion to Strike Paragraphs 3; 5; 7 and 9 of Roel Salonga's Affidavit and Exhibits "2" and "4" (Third) and Incorporated Memorandum of Law; consider issues re the same. | 2.10 | 546.00 |
| 04/20/11 | TBM | Washington Shoe Company's notice of filing correction to its response to Olem Shoe Corp.'s motion to strike paragraphs 3,5,7 and 9 of Roel Salonga's affidavit and exhibits "2" and "4" (third) and incorporated memorandum of law. | 0.40 | 104.00 |
| | SAK | Document and file management. | 0.10 | 15.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| 04/21/11 | TBM | Olem Shoe Corp.'s Reply in Support of its Motion to Strike Paragraphs 3:5:7 and 9 of Roel Salonga's Affidavit and Exhibits "2" and "4" Salonga's Deposition Transcript excerpt, p. 11; consider issues re the same. | 1.20 | 312.00 |
|  | SAK | Document and file management. | 0.10 | 15.00 |
| 04/22/11 | SAK | Document and file management. | 0.10 | 15.00 |
| 04/25/11 | TBM | Review Olem Shoe Corp.'s Reply in Support of its Motion to Strike the Declaration of Diane Bennett; consider issues re the same. | 1.60 | 416.00 |
|  | SAK | Research correspondence for documents regarding "Motion to Strike"; print documents. | 0.10 | 15.00 |
| 04/26/11 | TBM | Prepare for hearing including review of all pleadings and motions and responses and replies to four pending motions to strike; consider issues re the same; prepare for hearing re the same. | 4.60 | 1,196.00 |
|  | SAK | Document and file management. | 0.30 | 45.00 |
|  | SAK | Research correspondence for documents regarding "Motion to Strike"; print documents; assemble pleading binder; create tabs; create index. | 7.50 | 1,125.00 |
| 04/27/11 | TBM | Prepare for court hearing in the morning re motions to strike. | 1.20 | 312.00 |
|  | SAK | Document and file management (include update pleadings for Chron files; assemble pleadings in binder; create tabs; update pleading index). | 1.50 | 225.00 |
|  | SAK | Document and file management. | 0.10 | 15.00 |
|  | SAK | Print "Motion to Strike"; documents; update pleading binder; create tabs; update index. | 0.10 | 15.00 |
| 04/28/11 | TBM | Prepare for court hearing in the morning re motions to strike; attend hearing on motion to strike; communications with local counsel re the same; follow-up re transcript from court hearing; review files and exhibits re the same; consider issues re amending witness list and adding expert to case. | 3.70 | 962.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | Invoice Date: | May 04, 2011 |
| | | Invoice No. | 13355 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| 04/29/11 | TBM | Review order re motions to strike; review filing of conference of counsel re copyright registrations; communications with local counsel re the same. | 0.60 | 156.00 |
| | SAK | Document and file management. | 0.30 | 45.00 |
| 04/30/11 | TBM | Review court's order re motions to strike; review copyright file histories; consider issues re the same. | 1.60 | 416.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**mccormack**
**Intellectual Property Law**
**Business Law** PS

| | | |
|---|---|---|
| Invoice Date: | May 04, 2011 | |
| Invoice No. | 13355 | |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ |
| ██ | ████████ | | ██ | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ████ | | ██ | ██ |
| ██ | ██ | | ██ | ██ |
| | | | ██ | ██ |
| | Fees for Professional Services | | ██ | $ ██ |

## ADDITIONAL CHARGES

**Qty**

| ██ | | |
|---|---|---|
| ████████ | ██ | ██ |
| | | ██ |

### Advances / Courier - Olem

**Olem**  04/12/11  Delivery by Courier  WLM Invoice **226264**        1        40.00
To : K. Moehring @ 21001 72nd Ave S, Kent WA

                                                                      40.00

| ██ | | |
|---|---|---|
| ████ | ██ | ██ |
| | | ██ |

### Expenses / Olem Shoe Corp.

| | Qty | |
|---|---|---|
| 04/05/11 Printing charges (b/w) - Olem | 25 | 2.50 |
| 04/08/11 Printing charges (b/w) - Olem | 53 | 5.30 |
| 04/11/11 Printing charges (b/w) - Olem (Exhibits) | 102 | 10.20 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | Invoice Date: | May 04, 2011 |
| | | Invoice No. | 13355 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | Qty | |
| 04/15/11 | Printing charges (b/w) - Olem | | 25 | 2.50 |
| 04/21/11 | Printing charges (b/w) - Olem | | 30 | 3.00 |
| 04/26/11 | Printing charges (b/w) - Olem (Motion to Strike) | | 512 | 51.20 |
| 04/27/11 | Printing charges (b/w) - Olem | | 75 | 7.50 |
| 04/28/11 | Printing charges (b/w) - Olem (Motion to Strike) | | 2108 | 210.80 |
| | | | | 293.00 |



Total Additional Charges

TOTAL NEW CHARGES THIS PERIOD

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: May 04, 2011
Invoice No.     13356

Last Bill Date: 4/6/2011

For the period March 25 through April 30, 2011

IN REFERENCE TO:  **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' April Invoice No. 10988 [04-28-11]*

███████████████████████████████    ██████

NEW CHARGES (Itemized below)                      $ ██████

# Total Due                                          $ ████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 04/05/11 | TJM | Receipt and review correspondence from McCormack re: amending counterclaim and stipulation with opposing counsel re: same; review correspondence from Sanchelima. | 0.30 | 105.00 |
| 04/08/11 | TJM | Conference regarding motions in limine filed by Olem and responses needed thereto; preparatory notes for proper responses. | 0.50 | 137.50 |
| | TJM | Analysis of various motions to strike filed by Olem. | 0.60 | 165.00 |
| | TJM | Review four Motions to Strike re: statements of Jessica Stetson, Karl Moehring, Raul Salonga; and Diane Bennet; begin preparation of responses to same; research in support of same;  conference with Starr Parker re: preparing memorandum of law; receipt and review correspondence from Tim McCormack and Jesus Sanchelima. | 4.20 | 1,470.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' April Invoice No. 10988 [04-28-11]*

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/09/11 | TJM | Conducted legal research and prepared reply and portion of memorandum in response to Olem's motions to strike the Declaration of Diane Bennett. | 5.80 | 1,595.00 |
| 04/10/11 | TJM | Conducted legal research and prepared additional portion of reply and memorandum in response to Olem's motion to strike Declaration of Diane Bennett and prepared reply to Olem's motion to strike Jessica Stetson; detailed analysis of each of Olem's arguments and case law cited. | 6.70 | 1,842.50 |
| 04/11/11 | TJM | Prepared portion of reply and memorandum in response to Olem's motion to strike Roel Salonga affidavit; additional preparation of opposition memorandum to Olem's motion to strike declaration of Diane Bennett and Jessica Stetson and legal research for case law directly on point and factually similar for inclusion of lay witness affidavits at hearing summary judgment motion. | 6.90 | 1,897.50 |
| | TJM | Revise Memorandum of law in opposition to motion to strike paragraph 7 of Jessica Stetson's affidavit; additional research in support of same. | 3.20 | 1,120.00 |
| 04/12/11 | TJM | Prepared portion of response to Olem's motion to strike declaration of Roel Salonga. | 1.00 | 275.00 |
| | TJM | Conducted legal research regarding Olem's motion to strike affidavit of Roel Salonga and memo and prepared additional portion of memorandum, finalizing first draft of same. | 5.70 | 1,567.50 |
| | TJM | Prepared additional portion of response to Olem's motion to strike affidavit of Bennett and Stetson and added caselaw in support thereof for Bennett response. | 3.50 | 962.50 |
| | TJM | Review case law cited by Olem; review cases distinguishing Olem's cases; revise Response to Motions to strike. | 1.70 | 595.00 |
| 04/13/11 | TJM | Continued drafting and finalization of Olem's motion to strike Salonga's affidavit having conducted additional legal research regarding cases cited by Olem from Fifth Circuit. | 4.50 | 1,237.50 |
| | TJM | Revise Response to Motion to strike declaration re: Raul Salonga. | 1.50 | 525.00 |
| 04/14/11 | TJM | Prepared portion of response to Olem's motion to strike affidavit of Karl Moehring focusing primarily on beginning of argument regarding his not testifying as an expert as Olem | 1.50 | 412.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' April Invoice No. 10988 [04-28-11]*

Invoice Date: May 04, 2011

Page 3          Invoice No.    13356

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | argues. | | |
| 04/14/11 | TJM | Receipt and review correspondence from client and Karl Moehring re: Roel Salonga's declaration; exchange correspondence with McCormack re: correction to Response; begin preparation of notice of correction. | 0.60 | 210.00 |
| 04/15/11 | TJM | Prepared final draft of response to Olem's motion to strike affidavit of Karl Moehring and conducted legal research for caselaw and rules in support thereof. | 5.50 | 1,512.50 |
| | TJM | Exchange correspondence with Tim McCormack re: Raul Salonga's declaration; prepare notice of correction to Response re: Motion to Strike sections of Raul Salonga's declaration; review and revise Response to Motion to Strike re: Moehring's declaration; receipt and review correspondence from McCormack re: motion for protection; begin preparation of Motion for Protection. | 3.20 | 1,120.00 |
| 04/18/11 | TJM | Review status of preparing motion for protection; continue preparation of same. | 1.30 | 455.00 |
| 04/19/11 | TJM | Conducted legal research and analyzed each argument presented in Olem's Motion to Strike Exhibits 1 through 3 of Karl Moehring's Affidavit; began preparing response thereto. | 4.60 | 1,265.00 |
| | TJM | Conference with Starr Parker re: response to Motion to Strike Karl Moehring's affidavit; review affidavit; review Olem's legal arguments; formulate argument in response. | 0.70 | 245.00 |
| 04/20/11 | TJM | Continued preparation of response to Olem's motion to strike Exhibits 1-3 of Karl Moehring's Affidavit; analysis of Olem's case law and additional legal research in support of our position that their motion is frivolous and unsupported. | 5.60 | 1,540.00 |
| | TJM | Receipt and review correspondence from opposing counsel re: entering default; exchange correspondence with McCormack re: same; prepare notice of appearance and answer to complaint. | 1.00 | 350.00 |
| 04/21/11 | TJM | Review and revise Response to Motion to Strike exhibits to Karl Moehring's affidavit; exchange correspondence with Tim McCormack; review status of whether Answer was filed. | 2.80 | 980.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' April Invoice No. 10988 [04-28-11]*

Invoice Date: May 04, 2011
Invoice No. 13356

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/11 | TJM | Reviewed reply from Olem to our response to their motion to strike Roel Salonga's Affidavit. | 0.10 | 27.50 |
| | TJM | Reviewed reply from Olem to our response to their motion to strike Diane Bennett's Affidavit. | 0.10 | 27.50 |
| | TJM | Receipt and review Reply to our Response re: Motion to Strike Jessica Stetson's Declaration; Receipt and review Reply to our Response re: Motion to Strike Raul Salonga's Declaration. | 0.40 | 140.00 |
| 04/26/11 | TJM | Research regarding motion for protection re Olem's preponderance of discovery requests beyond the discovery deadline. | 0.90 | 180.00 |
| | TJM | Prepare Motion for Protective Order re: Olem's Third Set of Interrogatories and Requests for Documents; Prepare proposed order; receipt and review Notice of Hearing; Prepare for Hearing; receipt and review Sealed Document Tracking Form and attached motion and exhibits. | 3.80 | 1,330.00 |
| 04/27/11 | TJM | Receipt and review Reply to Response to motion re: exhibits to Karl Moehring's declaration; prepare for hearing on motions to strike. | 1.80 | 630.00 |
| 04/28/11 | TJM | Preparation for, and attendance at hearing on Motions to strike declarations of Stetson, Bennett, Salonga, and Moehring; conference with Sanchelima and Burstein. | 4.70 | 1,645.00 |
| | | | 84.70 | 25,565.00 |
| Fees for Professional Services | | | 84.70 | $25,565.00 |

## ADDITIONAL CHARGES

### Advances / Olem Shoe Corp

| | Qty | |
|---|---|---|
| March 2011 Courier Services; Invoice Nos. 2011000374 & 2011000400 For filings/deliveries to Miami (FL) U.S. District Court on 3/11. 3/23. 3/24 *(Not previously billed.)* | 1 | 67.50 |
| . | | |
| 04/11/11 Filing fee | 1 | 75.00 |
| . | | |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' April Invoice No. 10988 [04-28-11]*



| | | Invoice Date: | May 04, 2011 |
| Page 5 | | Invoice No. | 13356 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS<br>Qty | AMOUNT |
|------|-----------|-------------|-------|--------|
| | | AT&T charges for Telephone Conference on 02/11/11 to Judge Paul Huck<br>*(Not previously billed.)* | 1 | 154.72 |
| | | | | 297.22 |
| | | Total Additional Charges | | $297.22 |
| | | TOTAL NEW CHARGES THIS PERIOD | | $25,862.22 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law** PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  June 08, 2011
Invoice No.    13389

Last Bill Date: 5/4/2011

For the period April 28 through May 31, 2011

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)          $▮▮▮▮▮

**Total Due**                         $▮▮▮▮▮

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



|  | ATTORNEY/ |  |  |  |
|---|---|---|---|---|
| DATE | PARALEGAL | DESCRIPTION | HOURS | AMOUNT |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: June 08, 2011
Invoice No. 13389

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: June 08, 2011
Invoice No. 13389

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| ███ | ██ | ██████████ | █ | █ |
| | █ | ████████ | █ | █ |
| ███ | ██ | ████████ | █ | █ |
| | █ | ██████████ | █ | █ |
| | | █████ | | |
| ███ | | ███████████ | █ | █ |
| ███ | | ████████ | █ | █ |
| | | ██████ | █ | █ |
| | | | █ | █ |
| | | ████ | | |
| ███ | | █████████ | █ | █ |
| | | ████ | | |
| | | | █ | █ |

**WSC - Olem Shoe Corp**

| 05/02/11 | TBM | Review judge's order re motions to strike, consider issues re adding J. Stetson and D. Bennett as witnesses; consider issues R. Salonga as an expert witness; communications with client re the same; review file re file wrappers for two copyright applications; prepare correspondence re the same; prepare report to court; review and revise the same; file the same. | 4.30 | 1,118.00 |
| | SAK | Document and file management (including indexing, updating pleading files and docket review). | 0.10 | 15.00 |
| | SAK | Assist with preparing pleadings for Electronic Filing - pleading number 315 Status Report. | 0.20 | 30.00 |
| 05/03/11 | TBM | Communications with D. Bennett re representation and deposition; communications with J. Stetson re representation and deposition; communications with R. Salonga re expert | 2.70 | 702.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: June 08, 2011
Invoice No. 13389

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | report and issues re the same; review copyright file wrappers and prepare certification for client re the same; communications with local counsel re case and strategy. | | |
| 05/03/11 | SAK | Print documents and update files. | 0.10 | 15.00 |
| 05/04/11 | TBM | Review and revise certified file wrappers for Zebra Rose, Zebra Supreme and Ditsy Dots; communications with client re the same; communications with associate re the same. | 3.30 | 858.00 |
| 05/06/11 | TBM | Review communications from opposing counsel re report to court; consider issues re the same; communications with opposing counsel re the same. | 2.20 | 572.00 |
| | SAK | Document and file management. | 0.10 | 15.00 |
| | SAK | Other client related activity, dropping off WSC document in Kent. | 1.00 | 150.00 |
| 05/09/11 | TBM | Review communications with opposing counsel re case and outstanding issues; communications with designer witness re case preparation and related issues; review PLAINTIFF/COUNTER-DEFENDANT RESPONSE TO WASHINGTON SHOE'S MOTION FOR PROTECTIVE ORDER CONCERNING DISCOVERY PROPOUNDED BY PLAINTIFF AFTER DISCOVERY CUTTOFF; review and make suggestions to Roel Salonga re expert report; communicate with client re contacting Mr. Salonga; communicate with opposing counsel re short extension due to witness illness. | 1.70 | 442.00 |
| | SAK | Document and file management. | 0.10 | 15.00 |
| 05/11/11 | TBM | Review communications re deposition of Roel Salonga; communications with client re the same. | 0.20 | 52.00 |
| 05/12/11 | SAK | Review and analyze documents for specific documents (declaration, exhibits, deposition and expert report). | 1.00 | 150.00 |
| 05/16/11 | SAK | Review and analyze documents for specific documents (declaration, exhibits, deposition and expert report - Salonga); create index. | 3.00 | 450.00 |
| 05/17/11 | SAK | Document and file management. | 0.10 | 15.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date:  June 08, 2011
Invoice No.    13389

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/18/11 | TBM | Meet with Mr. Salonga to prepare for Deposition. | 1.60 | 416.00 |
| 05/20/11 | TBM | Attend deposition of Mr. Salonga. | 6.00 | 1,560.00 |
| | SAK | Save documents and update files. | 0.10 | 15.00 |
| 05/27/11 | TBM | Communications with local counsel re motions in limne and related matters; consider issues re the same; review e-mails and voice-mails from opposing counsel. | 0.50 | 130.00 |
| | SAK | Document and file management. | 0.10 | 15.00 |
| 05/31/11 | SAK | Document and file management. | 0.10 | 15.00 |
| | | | 28.50 | 6,750.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: June 08, 2011
Invoice No.    13389

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| ███ | ███ | ███ | ██ | ██ |
| ██ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ██ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ██ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ██ | ███ | ███ | | |

Fees for Professional Services                        ██  $████

**ADDITIONAL CHARGES**

Qty

███████

| ███████ | █ | ██ |
| ██████ | █ | ██ |
| | | ██ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|------|---------------------|-------------|-----------|--------|
|      |                     |             |           |        |

### Expenses / Olem Shoe Corp.

| DATE | DESCRIPTION | Qty | AMOUNT |
|------|-------------|-----|--------|
| 05/12/11 | Printing charges (b/w) - Olem (Salonga Exhibits) | 191 | 19.10 |
| 05/13/11 | Print full page in color - Olem (Salonga Exhibits) | 32 | 32.00 |
| 05/16/11 | Print full page in color - Olem (Salonga Exhibits) | 13 | 13.00 |
|  | One, 3-in binder (9.5% STx) - Olem | 1 | 7.47 |
| 05/17/11 | Document scanning charges - Olem - Deposition Notice | 4 | 0.60 |
|  |  |  | 72.17 |

Total Additional Charges                                        $

TOTAL NEW CHARGES THIS PERIOD                        $

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**m**c**cormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  June 08, 2011
Invoice No.    13390

Last Bill Date: 5/4/2011

For the period April 28 through May 31, 2011

IN REFERENCE TO:  **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' May Invoice No. 11003 [05-31-11]*

████████████████████████████████████  ███████

NEW CHARGES (Itemized below)                             $▮▮▮▮

**Total Due**                                            $▮▮▮

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 04/28/11 | TJM | Reviewed Order on Motions to Strike and Siemens' proposed orders which were not proper and attempted to include arguments which were not discussed at the hearing, nor in their memorandum to date. | 0.30 | 82.50 |
| 04/29/11 | TJM | Receipt and review Order on April 28th hearing; review correspondence from Sanchelima; receipt and review Order granting pro hac vice motion; receipt and review Olem's Notice of filing supporting evidence of compliance with local Rule 7.1 and supporting exhibits; exchange correspondence with Tim McCormack re preparing a declaration of materials that were submitted to the copyright office; receipt and review letter from Burstein; review order on motion to strike. | 1.80 | 630.00 |
| 05/02/11 | TJM | Telephone conference with Opposing counsel and Tim McCormack re court-ordered status conference; telephone conference with Tim McCormack re hearing and strategy for meeting; review previous correspondence; review court order. | 1.70 | 595.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11003 [05-31-11]*

Invoice Date:  June 08, 2011
Page 2                                         Invoice No.     13390

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/11 | TJM | Exchange correspondence with McCormack and opposing counsel re mandatory conference. | 0.40 | 140.00 |
| 05/04/11 | TJM | Attendance at mandatory telephone scheduling conference. | 1.20 | 420.00 |
| | TJM | Receipt and review correspondence from Burstein re the certification from Washington Shoe concerning the file wrapper; receipt and review McCormack's response to same. | 0.10 | 35.00 |
| 05/05/11 | TJM | Receipt and review letter from Julie Linhart re joint scheduling report; review joint scheduling report. | 0.20 | 70.00 |
| 05/06/11 | TJM | Receipt and review Clerk's notice of compliance; receipt and review letter from Sanchelima; receipt and review McCormack response to same. | 0.30 | 105.00 |
| 05/10/11 | TJM | Review numerous e-mails from Burstein, Sanchelima, and McCormack; prepare response to same; calendar response to Motion to Dismiss. | 0.50 | 175.00 |
| | TJM | Review correspondence from McCormack re whether we need to respond to discovery in light of the pending motion for protection; research re same; prepare response to McCormack letter. | 1.30 | 455.00 |
| | TJM | Reviewed Olem's response to our motion for protective order. | 0.30 | 82.50 |
| 05/11/11 | TJM | Receipt and review correspondence from opposing counsel re deposition of Raul Salonga; review stipulated pretrial deadlines and report. | 0.30 | 105.00 |
| 05/13/11 | TJM | Receipt and review Answer to Counterclaim; review correspondence from opposing counsel and McCormack. | 0.60 | 210.00 |
| ███████ | ████ | ███████████████████████████████ | ████ | ████ |
| 05/17/11 | TJM | Receipt and review e-mail re notice of deposition of Raul Salonga; receipt and review correspondence from Bernardo Burstein. | 0.20 | 70.00 |
| ███████ | ████ | ███████████████████████████████ | ████ | ████ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11003 [05-31-11]*



Invoice Date: June 08, 2011
Invoice No.    13390

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ███ | ███████████████ | ██ | ███ |
| ███ | ███ | ███████████████ | ██ | ███ |
| ███ | ███ | ███████████████ | ██ | ███ |
| ███ | ███ | ███████████████ | ██ | ███ |
| ███ | ███ | ███████████████ | ██ | ███ |
| 05/24/11 | TJM | Receipt and review correspondence from Burstein; review notice of taking deposition; review previous correspondence re parameters of taking the corporate rep's deposition. | 0.70 | 245.00 |
| 05/25/11 | TJM | Review transcript of hearing; prepare letter to McCormack; review correspondence from Burstein; calendar discovery deadlines; review final version of Response to Motion to dismiss and calendar Reply date. | 2.20 | 770.00 |
| 05/26/11 | TJM | Review correspondence re extension of time to file dispositive motions; review file and previous orders to calculate same; review correspondence from opposing counsel; telephone conference with opposing counsel; exchange correspondence with Tim McCormack re same; respond to request from opposing counsel. | 1.00 | 350.00 |
| 05/31/11 | TJM | Receipt and review Motion for enlargement of time; receipt and review order on motion for enlargement of time; receipt and review Reply. | 1.30 | 455.00 |
| | | | ███ | ███ |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11003 [05-31-11]*

|  | | Invoice Date: | June 08, 2011 |
| Page 4 | | Invoice No. | 13390 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
|  | | | <u>Hours</u> | <u>Amount</u> |
| Fees for Professional Services | | | ██ | $ ███ |

### ADDITIONAL CHARGES

**Advances / Olem Shoe Corp** <u>Qty</u>

| 04/29/11 | Hearing on 04/28/11. | 1 | 12.00 |
| 04/29/11 | Mailing charges. | 1 | 1.05 |
| 04/29/11 | Photocopying charges. | 21 | 5.25 |
|  |  |  | 18.30 |

Total Additional Charges  $18.30

TOTAL NEW CHARGES THIS PERIOD $███

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: July 08, 2011
Invoice No.    13430

Last Bill Date: 7/8/2011

For the period through July 2, 2011

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)          $▮▮▮▮

**Total Due**                         $▮▮▮▮

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**SERVICES**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: July 08, 2011
Invoice No. 13430

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



 **Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date:  July 08, 2011
Invoice No.    13430

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date:  July 08, 2011
Invoice No.      13430

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



|       | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|-------|------------------------|-------------|-------|--------|
| DATE  | | | | |

### WSC - Olem Shoe Corp

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/01/11 | TBM | Case management; communication with staff re case. | 0.40 | 104.00 |
| 06/02/11 | TBM | Case management. | 0.20 | 52.00 |
| 06/07/11 | TBM | Review transcript RE 05/20/11 Videotaped Deposition of Roel Salonga [e-transcript, signature letter & correction sheet attached] Olem Shoe vs. Washington Shoe; communications with client re the same; consider issues re the same. | 1.60 | 416.00 |
| | SAK | Document and file management (including indexing, updating pleading files and docket review). | 1.00 | 150.00 |
| 06/09/11 | HRP | Docket Mediation. | 0.40 | 60.00 |
| 06/15/11 | SAK | Review and Print documents for summary judgment hearing. | 4.50 | 675.00 |
| 06/16/11 | TBM | Review communications with opposing counsel re summary judgment issues; communications with local counsel re the same; communications with opposing counsel re the same; consider issues re hearing with court; review correction sheet from Mr. Salonga; review changes to statement and compare to transcript; consider issues re the same; communications with opposing counsel re the same. | 2.50 | 650.00 |
| | TBM | Review defendant's Motion For Leave to Supplement Record on Summary Judgment; Exhibit A to Motion Supplement the Record on Summary Judgment; Exhibit B to Motion Supplement the Record on Summary Judgment; Exhibit C to Motion Supplement the Record on Summary Judgment; consider issues re the same; review Renewed MOTION to Strike [315] Status Report ( Responses due by 7/5/2011), MOTION in Limine by Olem Shoe Corporation. | 1.40 | 364.00 |
| | HRP | Create and efile notice of unavailability of Timothy B. McCormack. | 0.40 | 60.00 |
| 06/17/11 | TBM | Review new motions from defendant and order from judge; trials scheduling and planning; communications with staff re the same; communications with local counsel and client re meditation and other issues in case; review ORDER granting motion to supplement the record. | 2.60 | 676.00 |
| | TBM | Review Renewed Motion to Strike Affidavit of Roel Salonga Filed in Opposition to Motion for Summary Judgment and Motion in Limine to Exclude Testimony of Roel Salonga; consider issues re the same; review Notice of Hearing and | 1.20 | 312.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date:  July 08, 2011
Invoice No.    13430

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | Order on Motion for Leave to Supplement Record; consider issues re the same; review order re Status regarding Parties Shall File Update with the Court by 1:00 p.m. Monday, June 27; communications with staff re exhibits. | | |
| 06/17/11 | HRP | Docket Trial Dates; download and print recent pleadings, update file. | 1.10 | 165.00 |
| | SAK | Document and file management. | 0.10 | 15.00 |
| 06/19/11 | TBM | Review file re upcoming deadlines including pre-trail stipulation; jury instructions and motions in limine; research re the same. | 3.20 | 832.00 |
| 06/20/11 | HRP | Docket deadlines and reminders for trial calendar call, evidentiary hearing, deadline to file jury instructions, deadline for pretrial stipulation, deadline for attorneys to meet and confer and deadline to file motions in limine and other trial motions. | 1.60 | 240.00 |
| 06/21/11 | HRP | Locate, FedEx samples to Local Counsel for hearing. | 1.00 | 150.00 |
| 06/22/11 | TBM | Review communications re boots to send to judge; consider issues; communications with paralegal re the same; follow-up communications re the same. | 0.40 | 104.00 |
| 06/24/11 | TBM | Review WSC's Response to Olem Renewed Motion to Strike Affidavit of Roel Salonga Filed in Opposition to Motion for Summary Judgment and Motion in Limine to Exclude Testimony of Roel Salonga; review WSC's Notice of Compliance with Court's Order [D.E.327]; review Status Report Pursuant to Court's Order of June 22, 2011; consider issues re the same; review update from local counsel re the hearing and related issues; consider issues re the same. | 2.90 | 754.00 |
| 06/27/11 | TBM | Review WSC's Notice of Compliance with Court's Directive to File Memorandum of Law Concerning Sanctions; Plaintiff, Olem Shoe Corp.'s Memorandum of Law Regarding the Court's Ability to Order Attorneys to Pay Monetary Sanctions to Charity; consider issues re the same. | 0.70 | 182.00 |
| | KFF | Research general motions in limine for plaintiffs in copyright cases; review defendant's motions in opposition to Plaintiff's Motions in Limine. | 4.60 | 920.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 06/27/11 | SAK | Document and file management. | 0.20 | 30.00 |
| 06/28/11 | TBM | Research issues re motions in limine; communications with staff re pleadings index and related issues; communications with associate re the same; communications with local counsel re the same; consider issues re the same. | 0.90 | 234.00 |
| | KFF | Continued researching general motions in limine for plaintiffs in copyright cases; began preparing outline of motions in limine; discussed motions in limine with Mr. McCormack; began reviewing motions for summary judgment and court orders to prepare motions in limine. | 4.80 | 960.00 |
| | SAK | Document and file management. | 3.50 | 525.00 |
| | SAK | Retrieve docket from PACER and print docket. | 0.10 | 15.00 |
| 06/29/11 | TBM | Detailed review of motion in limine outline; communication with local counsel re the same; follow-up communications re the same; consider additional issue re possible motion in limine topics; follow-up communications with associate attorney re the same; communication with associate re jury instructions; research 11th circuit instructions re the same; consider issues re the same; prepare outline of issues to be covered in pre-trial statement; research local rules and federal rules of civ. procedure re the same; consider strategic advantage re details admitted in pre-trial order; follow-up research re the same. | 4.30 | 1,118.00 |
| | KFF | Continue reviewing pleadings relevant to Motion in Limine; continue preparing motion in limine, including sections regarding hearsay of Su Yuan, claims that someone other than Washington Shoe owns the copyright, and that there should be no mention of any proceedings before the U.S. Copyright Office. | 4.20 | 840.00 |
| | SAK | Document and file management. | 0.50 | 75.00 |
| | SAK | Print out pleadings for attorney review. | 0.50 | 75.00 |
| 06/30/11 | TBM | Communications with products liability counsel re warning tags; research issues re the same; consider issues re the same. | 2.30 | 598.00 |
| | AS | Continue drafting jury instructions for the copyright infringement claim; research case law for particular issues that are going to be different than those in the 9th Circuit instructions because of different interpretations by various districts, particularly: issues with affirmative defenses and | 6.70 | 1,340.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: July 08, 2011
Invoice No.  13430

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | what constitutes copying; look up 11th Circuit cases that discuss affirmative defenses. | | |
| 06/30/11 | TBM | Prepare for mediation; review file; make plans; review and revise motion in limine; communications with associate re the same; review previously filed pleadings re court's various orders ruling against Olem's ""defenses"" and review statement of undisputed material facts re the same; consider issues re the same. | 4.60 | 1,196.00 |
| | PAR | Travel plans for Mr. McCormack for mediation in Miami. | 0.80 | 76.00 |
| | | | 65.20 | 13,963.00 |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: July 08, 2011
Invoice No. 13430

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: July 08, 2011
Invoice No.   13430

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|-----------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: July 08, 2011
Invoice No. 13430

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | Invoice Date: | July 08, 2011 |
| | | Invoice No. | 13430 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|



Fees for Professional Services

## **ADDITIONAL CHARGES**

Qty

### **Advances / FedEx**

**Olem**  06/22/10   FedEx Tracking **794894854022**                    1        123.09
FedEx Priority Box, 14 lbs.; Delivery 06/23/2011 9:21 AM
Tom J Manos PA, 801 Brickell Ave FL 9, Miami FL 33131
 Ref: Olem Boots   Rcpt signed by: K. Nunez         .
**Olem**  06/23/11   FedEx Tracking **794901780700**                    1        104.27
 FedEx First Overnight Box, 4 lbs.; Delivery 06/24/2011 7:35 AM
 Tom J Manos PA, 801 Brickell Ave Fl 9, Miami FL 33131
 For delivery of payment to Attorney Manos
 Receipt signed by: K. Nunez                     .
**Olem**  06/23/11   FedEx shipment via SHIPNEX.COM                     1        183.95
 Overnight Shipping of Exhibits to USDC Judge, Miami FL
                                                                              ———
                                                                              411.31

### **Advances / Olem Shoe Corp**

06/22/11 Shipping/Packaging Materials                                  1          4.37
06/22/11 Shipping/Packaging Materials                                  1          7.38

07/01/11 Tickets for July 2nd flight to Miami                          1        834.40
07/01/11 Reservation July 2nd for Lodging during Mediation in Miami    1        322.80

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: July 08, 2011
Invoice No.   13430

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|---|---|---|---|---|

### Expenses / Olem Shoe Corp

| 06/07/11 | Printing charges (b/w) - Olem (Pleadings) | 227 | 22.70 |
|---|---|---|---|
| 06/18/11 | Printing charges (b/w) - Olem (Pleadings, SJ) | 426 | 42.60 |
| 06/28/11 | Printing charges (b/w) - Olem (Docket) | 41 | 4.10 |
| 06/28/11 | Printing charges (b/w) - Olem (File pleadings) | 282 | 28.20 |
| 06/29/11 | Printing charges (b/w) - Olem (File pleadings) | 228 | 22.80 |

120.40

### Expenses / Westlaw - Olem Shoe Corp

| 06/27/11 | Westlaw Online Research - Olem | 1 | 73.00 |
|---|---|---|---|
| 06/27/11 | Westlaw Online Research - Olem | 1 | 218.15 |
| 06/28/11 | Westlaw Online Research - Olem | 1 | 60.00 |
| 06/28/11 | Westlaw Online Research - Olem | 1 | 173.25 |

524.40

Total Additional Charges                        $▇▇▇

TOTAL NEW CHARGES THIS PERIOD                   $▇▇▇

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ██████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   July 08, 2011
Invoice No.     13431

Last Bill Date: 6/8/2011

For the period through June 30, 2011

IN REFERENCE TO:  **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
***Manos' May Invoice No. 11022 [07-01-11]***



NEW CHARGES (Itemized below)                    $██████

**Total Due**                                    $████

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|

**SERVICES**

**Advances**

| 06/08/11 | TJM | Receipt and review correspondence from mediator; receipt and review correspondence from McCormack; exchange correspondence with Julie Linhart; exchange correspondence with Burstein | 1.60 | 560.00 |

| 06/15/11 | | | | |

| | TJM | Receipt and review letter from Burstein; receipt and review e-mail from Alison Epting, clerk to Judge Huck; receipt and review letter from Julie Linhart re: Scheduling report; review correspondence from Burstein re: same; receipt and review | 0.40 | 140.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11022 [07-01-11]*

Invoice Date:  July 08, 2011
Invoice No.    13431

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Scheduling order from the court. | | |
| 06/17/11 | TJM | Receipt and review Order referring case to mediation; review status of hearing on evidentiary issues; exchange communications with McCormack re: same; review file re: previous correspondence re: same; review motion for miscellaneous relief; receipt and review Order granting motion to supplement record; exchange correspondence with McCormack re: mediation; receipt and review notice of hearing; exchange e-mails with McCormack re: responding to Olem's recent motions; review motions; prepare response to McCormack; review errata sheet re: Raul Salonga; Receipt and review notice of unavailability; review motion to strike; receipt and review notice of mediator selection. | 2.10 | 735.00 |
| ███ | ███ | ████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | ██ |
| 06/22/11 | TJM | Preparation for and attendance at hearing on status of evidentiary matters; Prepare response to Motion to Strike; calendar court requirements; telephone conference with Heather at McCormack's office. | 4.00 | 1,400.00 |
| | TJM | Prepare response to Motion to Strike; calendar court requirements; telephone conference with Heather at McCormack's office. | 3.50 | 1,225.00 |
| 06/23/11 | TJM | Prepare Response to Olem's motion to strike Raul Salonga's Affidavit on Daubert grounds; research in support of same. | 6.50 | 2,275.00 |
| 06/24/11 | TJM | Prepare report letter to Tim McCormack re: evidentiary hearing; exchange e-mails re: same. Continue preparation of Response to Motion to Strike expert and Memorandum of Law in support thereof; continue research in support of same; revise Response; meeting with opposing counsel pursuant to Court Order to inspect and photograph boots of both parties. | 10.50 | 3,675.00 |
| | TJM | Review and File Washington's Response in Opposition to Motion to Strike Raul Salonga's Affidavit and Testimony. | 0.30 | 60.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' May Invoice No. 11022 [07-01-11]*

| | | Invoice Date: | July 08, 2011 |
| --- | --- | --- | --- |
| Page 3 | | Invoice No. | 13431 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 06/24/11 | TJM | Research issue regarding Court's discretion and ability to sanction parties for non-intentional matters and designate charity recipient of such sanctionable funds. | 0.60 | 120.00 |
| 06/26/11 | TJM | Telephone conference with Bernardo Burstein re: preparation of status report to the court. | 0.50 | 175.00 |
| 06/27/11 | TJM | Prepare report to Court re: inspection of boots and resolution of evidentiary issue concerning authenticity of photographs; research re: sanctions and whether court can assess sanctions and donate them to charity; prepare memorandum of law re: same. | 5.20 | 1,820.00 |
| 06/28/11 | TJM | Prepare memorandum of law regarding sanctions as ordered by the court; research in support of same; receipt and review Olem's memorandum of law concerning sanctions. | 4.20 | 1,470.00 |
| | TJM | Review, revise and file Washington Shoe's Notice of Compliance With Court's Directive to File Memorandum of Law re: sanctions. | 0.40 | 80.00 |
| 06/29/11 | ██ | ████████████████████████████████████████ | ██ | ██ |
| | TJM | Receipt and review notice of mediation; telephone conferences with other counsel re: scheduling mediation; exchange correspondence re: same. | 0.30 | 105.00 |

|  | ██ | ██ |
| --- | --- | --- |
| Fees for Professional Services | ██ | $ ██ |

## ADDITIONAL CHARGES

|  | Qty | |
| --- | --- | --- |
| **Advances / Olem Shoe Corp - Courier** | | |
| 06/02/11 Courier Expense - filing and delivery to USDC - Job #2011001449 | 1 | 12.00 |
| | | 12.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
    For local Florida Associate Attorney Tom J. Manos, PA
    *Manos' May Invoice No. 11022 [07-01-11]*

|  |  |
|---|---|
| Invoice Date: | July 08, 2011 |
| Invoice No. | 13431 |

Page 4

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | | <u>Amount</u>  |
| Total Additional Charges | | | | $12.00 |
| **TOTAL NEW CHARGES THIS PERIOD** | | | | $███ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ▮▮▮▮▮

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

| | |
|---|---|
| Invoice Date: | August 08, 2011 |
| Invoice No. | 13490 |

Last Bill Date: 7/31/2011

For the period through July 31, 2011

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)                    $▮▮▮▮

**Total Due**                                                   $▮▮▮▮

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-----|-------|--------|



■ Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| ███ | ████████ | ████████ | ██ | ███ |
| | | | ██ | ██ |
| | ████ | | | |
| ███ | ███████████ | ██████ | ██ | ██ |
| ██████ | ███████ | | | |
| ███ | ███████████ | ████ | ██ | ██ |
| ██████ | ███████ | | | |
| | | | ██ | ██ |

**WSC - Olem Shoe Corp**

| 06/30/11 | TBM | Continue reviewing pleadings, in particular Affidavit of Karl Moehring and Declaration of Jessica Stetson; continue preparing Motion in Limine including sections re evidence of settlement discussions, evidence of other lawsuits, and evidence of other infringers; revise section re mentioning that someone else owns copyright; revise statement of facts. | 6.10 | 1,586.00 |
| 07/01/11 | TBM | Continue working on jury instructions; find 11th circuit cases that support 9th circuit patterned instructions; find WA and FL laws re unfair competition, craft instructions for general unfair claim; look up trade dress infringement and copyright infringement cases for 11th circuit, particularly how a particular circuit addresses substantial similarity standard or if they go by a different standard altogether. | 6.70 | 1,742.00 |
| 07/04/11 | TBM | Review Motion for Summary Judgment and Statement of Material Facts and supporting material including Olem's responses to interrogatories; prepare motion in limine sections re Olem should not be allowed to discuss defenses already dismissed by the court and should be limited to its responses to interrogatories. | 5.90 | 1,534.00 |
| 07/05/11 | TBM | Travel to and from mediation in Miami; attend mediation and prepare for the same; begin to prepare pretrial order; locate various pleadings to find information to incorporate into the pretrial order review summary judgment motions, list of | 20.00 | 5,200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | undisputed facts by both parties to find out possible pieces to draw from for the stipulation; review and revise motion in limine. | | |
| 07/05/11 | TBM | Complete jury instructions; include damages for each cause of action; continue to supplement the 9th circuit instructions with 11th circuit / SD Fla cases. | 1.60 | 416.00 |
| | TBM | Revise Motion in Limine  included section regarding public domain; add exhibits. | 5.80 | 1,508.00 |
| | SAK | Save documents and update files. | 0.10 | 15.00 |
| 07/06/11 | TBM | Begin to prepare pretrial order; locate various pleadings to find information to incorporate into the pretrial order. Reviewed summary judgment motions, list of undisputed facts by both parties to find out possible pieces to draw from for the stip. | 3.30 | 858.00 |
| | TBM | Research pretrial orders using practice guides and local rules. | 3.60 | 936.00 |
| | HRP | Research Olem's supplemental answers, finding specific passages for Mr. McCormack; run Lexis public records search on Olem Shoe Company, lo. | 0.70 | 105.00 |
| 07/07/11 | TBM | Prepare pretrial order; wrote the summary statement, jurisdiction, and undisputed facts and agreed upon issues of law. | 4.50 | 1,170.00 |
| | TBM | Create exhibit list for the pretrial order; go through exhibit binders and make a chart to attach to the pretrial order, arrange columns so they comply with local rules; review following pleadings: Notice of Telephonic Conference; Washington Shoe Co's Motion in Limine; Exhibit 1 to Washington Shoe Co's Motion in Limine; Exhibit 2 to Washington Shoe Co's Motion in Limine; Exhibit 3 to Washington Shoe Co's Motion in Limine; Plaintiff's Second Motion in Limine; Exhibit A to Plaintiff's Second Motion in Limine. | 2.70 | 702.00 |
| 07/08/11 | TBM | Conference with Tim to go over pretrial order, take note of edits. | 0.20 | 52.00 |
| | SAK | Produce documents needed for July 12th meeting. | 0.20 | 30.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: Intellectual Property

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| 07/08/11 | SAK | Save documents and update files. | 0.20 | 30.00 |
| | SAK | Review pleadings for July 12th meeting and send to Mr. McCormack for review. | 0.50 | 75.00 |
| ███ | ███████ | ████████████████ | ███ | ███ |
| 07/11/11 | TBM | Continue to work on the pretrial order; add the agree upon issues of law, reference jury instructions for elements of legal claims; reference initial disclosures to create the witnesses for the witness section in the pretrial order. | 4.20 | 1,092.00 |
| | LAK | Review and analyze discovery request for e-mails between me and Mr. Salonga re Form CA; research files as needed; prepare memorandum to local counsel Tom Manos analyzing whether e-mails should be provided as discovery; conference with Mr. McCormack regarding same. | 2.00 | 400.00 |
| 07/12/11 | TBM | Complete the pretrial order; go through undisputed facts and summary of facts, organizing into proper chronological order, removing irrelevant information. | 5.10 | 1,326.00 |
| | SAK | Save documents and update files. | 0.10 | 15.00 |
| 07/14/11 | TBM | Case management. | 0.60 | 156.00 |
| 07/15/11 | TBM | e-mail Tom Manos the pretrial order draft with research re pretrial orders / local rules; review the following pleadings: Plaintiff's Memorandum of Law in Opposition WSC's motion to appear telephonically; Bernardo Burstein's Request to be Excused from the Teleconference on July 12, 2011; Amended Notice of Telephonic Conference; Order Denying as Moot (324) Motion to Strike; Denying (324) Motion in Limine; Emergency Motion to Reschedule Settlement Conference; Proposed Order Granting WSC's Emergency Motion to Reschedule Settlement Conference; Notice of Striking Docket Entry No 345 by WSC; Emergency Motion to Reschedule Settlement Conference; Proposed Order Granting WSC's Emergency Motion to Reschedule Settlement Conference; Notice of Unavailability of Bernardo Burstein; Order Granting WSC's Emergency Motion to Reschedule Settlement Conference. | 2.60 | 676.00 |

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------------|-------|--------|
| 07/15/11 | TBM | Travel to and from Miami re mediation. | 5.00 | 650.00 |
| | TBM | Review court's order re settlement conference; communications with magistrate judge office re scheduling / re-scheduling; communications with local counsel re the same; review and revise jury instructions; review and revise motion in limine; prepare for mediation; review file; review REPLY to Response to Motion re [324] Renewed MOTION to Strike [315] Status Report MOTION in Limine filed by Olem Shoe Corporation; consider issues re the same. | 5.40 | 1,404.00 |
| | TBM | Look at opposing counsel's undisputed facts; collect opinions on which to agree and disagree with basis for opinion; compare their undisputed facts to ours. | 0.80 | 208.00 |
| 07/18/11 | TBM | Review and revise pre-trial stipulation; consider issues re the same; review checklist for preparing pre-trial stipulation; review local rules re the same. | 3.90 | 1,014.00 |
| | TBM | Begin edits to pretrial order; read over comments and notes; locate WSC's undisputed set of facts (chart used as an exhibit); incorporate these facts into the undisputed facts section of pretrial order. | 4.60 | 1,196.00 |
| | HRP | Create CD disk for summer associate to catch up on Olem case; work on exhibit binder for all Olem exhibits filed. | 1.90 | 285.00 |
| 07/19/11 | TBM | Continue edits to the pretrial order; locate four 30(b)(6) witness depositions and include in the witness list of PO; go through Roel Salonga deposition to find credentials as expert and what he will testify about as an expert, locate his expert report. | 3.60 | 936.00 |
| | SAK | Locate Roel Salonga exhibits binder for court filing. | 0.20 | 30.00 |
| | HRP | Work on Exhibit binder; locate, compile, tab out and prepare for filing exhibits for the expert report of Roel Salonga. | 1.90 | 285.00 |
| 07/20/11 | SAK | Assist with deposition exhibits - Roel Salonga. | 0.10 | 15.00 |
| | HRP | Finish preparing exhibits for expert report of Roel Salonga for filing; order deposition transcripts from court reporter and save to file. | 1.30 | 195.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 07/21/11 | TBM | Prepare and review and revise undisputed facts for pre-trial stipulation ; review file wrapper issues; prepare response re the same. | 4.70 | 1,222.00 |
| | HRP | Call copyright office regarding ordering certified registrations; create letter to copyright office to order registrations and fax; draft letter from Karl Moehring to copyright office giving permission to pick up deposits and pick up letter from WSC. | 2.60 | 390.00 |
| 07/22/11 | HRP | Re-order certified registrations without deposit copies and fax copyright office; download recent pleadings, save to file, and e-mail Mr. McCormack; finish exhibit binder and Index. | 3.90 | 585.00 |
| 07/24/11 | TBM | Edit pretrial order; check all the fact cites and make sure they are correct; re-order the paragraphs so that they read easier and are more organized; should read easily as if it was to a jury; look at updated expert report of Roel Salonga to find a factual summary of why designs are not in the public domain. Look at motion for sanctions to find more factual evidence re: willful infringement. | 5.50 | 1,430.00 |
| 07/25/11 | TBM | Prepare and review and revise undisputed facts for pre-trial stipulation; review file wrapper issues; prepare response re the same. | 4.20 | 1,092.00 |
| | LAK | Review and respond to questions from opposing counsel relating to the creation of the Form CA for Ditsy Dots; advise Mr. McCormack of same. | 0.80 | 160.00 |
| | HRP | Contact Watkins court reporter and send corrections to deposition of Roel Salonga; contact Roel to send original to court reporter; review hearing transcripts for Mr. McCormack to find specific passages regarding judge's orders; create shipping label and e-mail to copyright office for registrations; proofread, edit, format, print e-mail and mail letter from Mr. McCormack to Jesus Sanchelima. | 2.80 | 420.00 |
| 07/26/11 | TBM | Review and revise pre-trial order and communicate with associate re the same; review RESPONSE in Opposition re [336] Defendant's MOTION in Limine filed by Olem Shoe Corporation; (attachments: # (1) Exhibit Exhibit A, # (2) Exhibit Exhibit B) (Burstein, Bernardo; consider issues re the same; outline reply re the same; review and revise joint pre-trial order; review deadlines re the same; communication with associate re trial exhibits / PowerPoint; review other pleadings in case; prepare lode star calculations; consider issues re; review other pleadings including: Notice of Filing; | 8.00 | 2,080.00 |



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|
| | | Expert Report of Roel Salonga; Expert Report of Roel Salonga; Exhibits A-H to Expert Report of Roel Salonga; WSC's Response to Olem's Second Motion in Limine; Notice of Filing Undisputed Photographs; Undisputed Photographs; WSC's Motion for Clarification Regarding Trial Setting; Order Resetting Trial Date and Granting Motion for Clarification; Transcript of hearing held on 6-22-11 before Judge Paul C. Huck, 38 pages; telephone conference re issues with opposing counsel re authenticity of documents and issues re photographs of boots. | | |
| 07/26/11 | HRP | Research 30(b)(6) depositions for Mr. McCormack regarding samples provided by Olem; update hard copy pleadings file and pleadings index; get copy of 6/22 hearing from court reporter and send copies of invoices to accountant; proofread, edit, format, print and mail/e-mail letter to opposing counsel. | 3.70 | 555.00 |
| | EH | Review case history. | 2.00 | 300.00 |
| | EH | Review third amended complaint; review expert report by Roel Salonga. | 1.00 | 150.00 |
| | EH | Review undisputed disputed facts based on evidence submitted by both parties; edit Pretrial Order of proposed undisputed facts. | 3.00 | 450.00 |
| | EH | Review disputed facts based on evidence submitted by both parties; edit Pretrial Order of proposed undisputed facts. | 2.00 | 300.00 |
| | EH | Conference with Mr. McCormack re pretrial order and proposed undisputed facts. | 0.50 | 75.00 |
| 07/27/11 | HRP | Get original undisputed photos from Tom Manos and store. | 0.30 | 45.00 |
| | EH | Prepare opening PowerPoint presentation re Washington Shoe Co's Zebra Supreme Pattern's substantial similarity to Olem's zebra shoe. | 4.00 | 600.00 |
| | EH | Conference with Mr. McCormack regarding undisputed photos and opening PowerPoint presentation. | 0.50 | 75.00 |
| | EH | Edit opening PowerPoint presentation re Washington Shoe Co's Zebra Supreme Pattern striking similarity to Olem's zebra shoe. | 4.00 | 600.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: August 08, 2011
Invoice No.    13490

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/28/11 | TBM | Letter to opposing counsel re copyright registrations and deposits; research re reconstruction issues; review transcripts re the same; research past arguments re the same. | 2.50 | 650.00 |
| | HRP | Proofread, edit, format, print and e-mail letter from Mr. McCormack to Opposing counsel. | 0.50 | 75.00 |
| | EH | Prepare opening PowerPoint presentation re Washington Shoe Co's Ditsy Dot Pattern's substantial similarity to Olem's dot shoe. | 4.00 | 600.00 |
| | EH | Conference with Mr. McCormack re undisputed photos and opening PowerPoint presentation. | 0.50 | 75.00 |
| | EH | Prepare opening PowerPoint presentation re Washington Shoe Co's Ditsy Dot Pattern's striking similarity to Olem's dot shoe. | 3.00 | 450.00 |
| | EH | Draft changes to opening PowerPoint presentation regarding Washington Shoe Co's Ditsy Dot Pattern's striking similarity to Olem's dot shoe. | 2.00 | 300.00 |
| 07/29/11 | TBM | Review subpoena and related paperwork re Deckers v. Romeo and Juliette; communications with client re the same. | 0.50 | 130.00 |
| | TBM | Review PowerPoint presentation and communicate with client and local counsel re the same; consider use of materials in settlement conference; consider discovery violations re gold boot; communications with associate re trial exhibits and re PowerPoint presentation re public domain rebuttal; review correspondence with opposing counsel re declarations and certified copies of copyright registrations; consider issues re the same. | 3.40 | 884.00 |
| | HRP | Scan Certified Copyright Registrations and save to Client's electronic file; locate best usable copy of Google images search for dots and zebra in discovery for attorney; create PDF binder of certified registrations with deposit copies from file wrapper; coordinate accommodations and travel arrangements for Mr. McCormack (book, pay and get itinerary). | 1.60 | 240.00 |
| | EH | Edit final changes to settlement PowerPoint presentation re Washington Shoe Co's Zebra Supreme's striking similarity to Olem's dot shoe. | 2.00 | 300.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



| | | | | Invoice Date: | August 08, 2011 |
Page 10

Invoice Date: August 08, 2011
Invoice No.   13490

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 07/29/11 | EH | Edit final changes to settlement PowerPoint re Washington Shoe Co's Ditsy Dot Pattern's striking similarity to Olem's dot shoe. | 2.00 | 300.00 |
| | | | 181.30 | 40,435.00 |

Fees for Professional Services

### ADDITIONAL CHARGES

#### Advances / FedEx

Qty

**Olem** 07/26/11  FedEx Tracking **797338352466**
FedEx Priority Overnight; Envelope; Delivery 07/26/2011 9:45 AM
From: Richard Sharp, US Copyright Office, Washington DC 20540
To: Timothy McCormack, McCormack Intellectual Property

1          36.15

#### Advances / Olem Shoe Corp

**Olem** 07/28/11  Expedite Copyright Registrations, USPTO          1          1,923.50

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring

Ref: Intellectual Property



Invoice Date: August 08, 2011
Invoice No.    13490

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS Qty | AMOUNT |
|---|---|---|---|---|
| **Olem** . | 07/29/11 | Flight to Miami for Mediation Conference | 1 | 1,407.48 |
| **Olem** . | 07/29/11 | Lodging for Mediation Conference in Miami | 1 | 456.00 |
| | | | | 3,786.98 |

### Expenses / Olem Shoe Corp

| | | HOURS | AMOUNT |
|---|---|---|---|
| Olem 7/1/11 | Printing charges (b/w) | 3 | 0.30 |
| Olem 7/8/11 | Printing charges (b/w) - Pleadings | 238 | 23.80 |
| Olem 7/29/11 | Printing charges (b/w) - Copr. Reg & Deposit copies | 683 | 68.30 |
| Olem 7/29/11 | Document scans - Copr. Reg & Deposit copies | 13 | 1.95 |
| Olem 7/29/11 | Mailing chgs - Copr. Reg & Deposit copies | 1 | 2.64 |
| Olem 7/29/11 | FAX (outgoing, per page) | 2 | 2.00 |
| | | | 98.99 |

### Expenses / Westlaw - Olem Shoe Corp

| | HOURS | AMOUNT |
|---|---|---|
| 06/30/11 Westlaw Online Research - Boot Tag | 1 | 60.00 |
| 06/30/11 Westlaw Online Research - Boot Tag | 1 | 367.25 |
| 06/30/11 Westlaw Online Research - OLEM | 1 | 60.00 |
| 06/30/11 Westlaw Online Research - OLEM | 1 | 85.00 |
| 07/05/11 Westlaw Online Research - OLEM | 1 | 99.00 |
| 07/05/11 Westlaw Online Research - OLEM | 1 | 93.30 |
| 07/24/11 Westlaw Online Research - OLEM | 1 | 144.50 |
| | | 909.05 |

Total Additional Charges                                            $▮

TOTAL NEW CHARGES THIS PERIOD                          $▮

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: August 08, 2011
Invoice No.      13489

Last Bill Date: 7/8/2011

For the period through July 31, 2011

IN REFERENCE TO:  **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' July Invoice No. 11055 [07-31-11]*

████████████████████████████         ████████

NEW CHARGES (Itemized below)                    $ ██████

## Total Due                                           $ ████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 07/05/11 | TJM | Receipt and review e-mail from McCormack re pre-trial stipulation and other correspondence re Settlement conference. review local rules re pre-trial stipulation contents; respond to Tim McCormack's e-mail. | 0.40 | 140.00 |
| | TJM | Prepare additional clarification for Appendix and some modification of Brief. | 0.80 | 220.00 |
| 07/07/11 | TJM | Draft motion to appear telephonically on behalf of Timothy B. McCormack; and text of proposed order; file the motion electronically upon review/edits. | 0.70 | 140.00 |
| | TJM | Review Court's Order Scheduling Settlement Conference. | 0.10 | 20.00 |
| 07/08/11 | TJM | Telephone conference with Tim McCormack; telephone conversation with Roel Salonga; prepare correspondence to Mr. McCormack re hearing; telephone conference with opposing counsel re being excused from hearing; exchange correspondence with McCormack re hearing. | 2.90 | 1,015.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' July Invoice No. 11055 [07-31-11]*

Invoice Date:  August 08, 2011
Invoice No.   13489

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 07/11/11 | TJM | Receipt and review correspondence from Sanchelima; telephone conversation with Sanchelima; telephone conversation with Bernardo Burstein; telephone conference with Magistrate Turnoff's chambers; prepare correspondence to all counsel re rescheduling the settlement conference. | 1.30 | 455.00 |
| 07/12/11 | TJM | Receive and review correspondence from Tim McCormack re need for experts at all in this case; prepare response to same; begin preparation of letter to Burstein; prepare motion to reschedule settlement conference; prepare for and attend telephonic hearing before Judge Huck on motion to strike affidavit of Roel Salonga; telephone conferences with Mr. McCormack; revise motion to reschedule settlement conference. | 3.70 | 1,295.00 |
| | TJM | Draft notice of striking docket entry no. 345; re-file Washington Shoe's Emergency motion rescheduling settlement conference. | 0.50 | 100.00 |
| 07/13/11 | TJM | Receive and review correspondence from Burstein re withdrawing statement that he would not cooperate with rescheduling; prepare response to same; receive and review letter from Opposing counsel re requesting information concernng Mr. Salonga's involvement with the Form CA submission; review response to same; receive and review Order on Motion to Reschedule Settlement Conference; exchange communications with McCormack re the same; exchange correspondence with opposing counsel re rescheduling; exchange correspondence with all counsel re pre-trial stipulation. | 2.50 | 875.00 |
| 07/15/11 | TJM | Telephone conference with opposing counsel to comply with order requiring meeting of counsel to discuss preparation of pretrial stipulation; review proposed pretrial stip from Tim McCormack. | 1.50 | 525.00 |
| 07/19/11 | TJM | Exchange e-mails with Tim McCormack re Washington Shoe's expert report; review and revise expert witness report. | 0.70 | 245.00 |
| | TJM | Prepare expert report of Roel Salonga, consistent with Local Rule, and sequencing report with necessary exhibits. | 4.10 | 1,127.50 |
| 07/20/11 | TJM | Review and revise expert witness report; telephone conference with Roel Salonga; prepare lengthy letter to opposing counsel re Olem's motion in limine; receipt and review letter from opposing counsel re joint pre-trial stipulation; exchange correspondence with Tim McCormack | 2.40 | 720.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
      For local Florida Associate Attorney Tom J. Manos, PA
      *Manos' July Invoice No. 11055 [07-31-11]*

Invoice Date: August 08, 2011
Invoice No.   13489

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | re trial schedule; review trial exhibits to be submitted with expert report. | | |
| 07/20/11 | TJM | Finalize Expert Report of Roel Salonga with exhibits after conducting comparative analyses to ensure suitability of exhibits for report without providing too much supporting documentation; and prepare notice of filing, furnishing same to court and all parties of record. | 1.30 | 357.50 |
| 07/21/11 | TJM | Exchange e-mails with McCormack re response to motion in limine; conference with Starr Parker re strategy concerning Washington Shoe's response to Olem's motion in limine; exchange correspondence with opposing counsel re his theories of the case concerning two-dimensional image vs. photo of three-dimensional application; review and revise response to motion in limine; review applications and form CA's; telephone conference with Tim McCormack re Response to motion in limine and motion for clarification of trial date; further revisions and preparation of Response to Motion in Limine; finalize same for filing with the court. | 8.20 | 2,870.00 |
| | TJM | Review Olem Shoe's Second Motion in Limine; analyze their arguments for excluding certain critical testimony and conduct legal research analyzing legal authority in support of their arguments; prepare Response to their motion with respect to each argument raised. | 7.10 | 1,952.50 |
| | TJM | Modify pictures taken of the disputed boots during the meeting with opposing counsel; pictures are being modified in order to comply with the CM/ECF 5MB requirement; draft notice of filing undisputed photos; filing pictures. | 3.30 | 660.00 |
| 07/22/11 | TJM | Receive and review letter from Jay Anaheim: review McCormack's response to same: review memorandum prepared by McCormack's associate re answers to Anaheim's questions; prepare motion for clarification of trial setting. | 2.40 | 840.00 |
| | TJM | Additional work and legal analysis responding to Olem's motion in limine, analyzing various discovery documents and correspondences to ensure judge understands exactly why Olem's two-dimensional vs. three-dimensional argument is nonsensical, and also respond to Olem's other arguments. | 3.50 | 962.50 |
| | TJM | Convert 37 files depicting the photographs of the boots exhibits to Olem and Washington's Shoes such that files were converted from JPeg to PDF Format in order to be properly filed with the Court through CM/ECF; photos were | 2.00 | 400.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' July Invoice No. 11055 [07-31-11]*

| | | Invoice Date: | August 08, 2011 |
|---|---|---|---|
| Page 4 | | Invoice No. | 13489 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | filed through the system upon conversion. | | |
| 07/25/11 | TJM | Review memo from associate Lauren Kingston; review questions from Sanchelima; prepare correspondence to Ms. Kingston; review correspondence to and from McCormack and Sanchelima; review additional correspondence from Kingston; receive and review order granting motion for clarification and order continuing trial date; exchange correspondence with McCormack re same. | 1.70 | 595.00 |
| 07/26/11 | TJM | Telephone conference with opposing counsel and Tim McCormack; review correspondence between the parties re which deposit materials were submitted to the copyright office in 2007; follow up telephone conference with McCormack re determining what was submitted to copyright office; exchange e-mails with McCormack's office re hearing transcripts; receive and review correspondence from Burstein. | 2.60 | 910.00 |
| | TJM | Reviewed Judge's Order on motion for clarifcation. | 0.10 | 27.50 |
| | TJM | Analysis of court's order to ensure there is no confusion regarding Olem's inability to bring, submit new discovery. or file dispositive motions. | 0.10 | 27.50 |
| | TJM | Review and analyze Cedars' response to our motion for reconsideration and prepare reply thereto, citing additional case law in support of our position and addressing each of Cedars' defenses. | 4.20 | 1,155.00 |
| 07/27/11 | TJM | Review status of new trial deadlines, exchange e-mails with McCormack re same. | 0.20 | 70.00 |
| | TJM | Receipt and review letter from Tim McCormack re documenting yesterday's telephone conference; receipt and review Sanchelima's letter re same; review trial deadlines and respond to McCormack's letter re same; begin preparation of Reply to Olem's Response to our Motion in Limine; conference with Starr Parker re same. | 2.70 | 945.00 |
| | TJM | Review e-mail from Heather regarding the need to take the photos of Olem red and white dot boots and zebra boots; draft response e-mail re the same. | 0.30 | 60.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Washington Shoe Company
Rob Moehring



Ref: In Olem Shoe Corp vs. Washington Shoe Company
For local Florida Associate Attorney Tom J. Manos, PA
*Manos' July Invoice No. 11055 [07-31-11]*

| | | | Invoice Date: | August 08, 2011 |
| | | | Invoice No. | 13489 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/28/11 | TJM | Review Motion in Limine and Plaintiff's memorandum in opposition thereto, analyzing portion of their argument and case law in preparation for reply. | 3.50 | 962.50 |
| 07/29/11 | TJM | Receipt and review PowerPoint presentation of opening argument for summary judgment hearing; review McCormack's e-mail re same; receipt and review correspondence from opposing counsel re proposed declarations; review McCormack's response to same. Review status of photographing addition red dot boot; assist with photographing same; review status of Reply of Response to our motion in Limine. | 3.80 | 1,330.00 |
| | TJM | Legal research for preparation of reply to Olem's memo in opposition to our motion in limine and drafting of portion of reply. | 7.10 | 1,952.50 |
| | TJM | Locate Washington Shoe's Exhibits - Olem Red Dotted Boots and take photographs to be placed on file; modify photos; save photos in our files and send to Mr. McCormack via e-mail. | 0.90 | 180.00 |
| 07/31/11 | TJM | Additional legal research for cases in support of court's ruling and current arguments; prepare final portions of reply to Olem Shoe's memorandum in opposition to our motion in limine. | 9.10 | 2,502.50 |
| | | | _____ | _____ |
| | | | 85.70 | 25,637.50 |
| | | | _____ | _____ |
| | | Fees for Professional Services | 85.70 | $25,637.50 |

| Dial Address | Mailing Address | Courier Address |
|---|---|---|
| Telephone 206.381.8888 | 617 Lee Street | 617 Lee Street |
| Facsimile 206.381.1988 | Seattle, WA 98109-3425, USA | Seattle, Washington, USA |

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



Intellectual Property Law
Business Law PS
617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  September 10, 2011
Invoice No.    13576

Last Bill Date: 8/8/2011

For the period ending August 31, 2011

IN REFERENCE TO:  **Intellectual Property**

NEW CHARGES (Itemized below)                     $ ████

# Total Due                                       $ ████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



Invoice Date: September 10, 2011
Invoice No. 13576

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|



**WSC - Olem Shoe Corp**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 07/26/11 | EJH | Review case history; Review third amended complaint; review expert report by Roel Salonga; Review undisputed disputed facts based on evidence submitted by both parties, Washington Shoe Company (WSC) and Olem Shoe Corporation (Olem); edit Pretrial Order of proposed undisputed facts; Review disputed facts based on evidence submitted by both parties; edit Pretrial Order of proposed undisputed facts; Conference with Mr. McCormack re pretrial order and proposed undisputed facts. | 8.50 | 1,275.00 |
| 07/27/11 | EJH | Conference with Mr. McCormack regarding undisputed photos and opening presentation PowerPoint; Edit opening presentation PowerPoint re WSC's Zebra Supreme Pattern striking similarity to Olem's zebra shoe; Prepare opening | 8.50 | 1,275.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



Invoice Date: September 10, 2011
Invoice No. 13576

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | presentation PowerPoint regarding WSC's Zebra Supreme Pattern substantial similarity to Olem's zebra shoe. | | |
| 07/28/11 | EJH | Conference with Mr. McCormack re undisputed photos and opening PowerPoint presentation; Drafted changes to opening presentation PowerPoint regarding WSC's Ditsy Dot Pattern striking similarity to Olem's dot shoe; Prepared opening presentation PowerPoint regarding WSC's Ditsy Dot Pattern substantial similarity to Olem's dot shoe; Prepared opening presentation PowerPoint regarding WSC's Ditsy Dot Pattern striking similarity to Olem's dot shoe. | 9.50 | 1,425.00 |
| 07/29/11 | EJH | Edited final changes to settlement presentation PowerPoint regarding WSC's Zebra Supreme striking similarity to Olem's dot shoe; Edited final changes to settlement PowerPoint regarding WSC's Ditsy Dot Pattern striking similarity to Olem's dot shoe. | 4.00 | 600.00 |
| 08/01/11 | TBM | Case management and review case files; communications with associate re the same; review and revise memo in opposition to motion in limine; communications with local counsel re the same. | 0.70 | 182.00 |
| | EJH | Edited opening presentation PowerPoint regarding WSC's Ditsy Dot Pattern striking similarity to Olem's ditsy dot boot; Prepared opening presentation PowerPoint regarding Olem's expert witness; created slides comparing WSC's Zebra Supreme to Olem's expert witness's public domain pleading exhibits of zebra patterns; Prepared opening presentation PowerPoint regarding Olem's expert witness; created slides comparing WSC's Ditsy Dots to Olem's expert witness's public domain pleading exhibits of dot patterns; Prepared opening presentation PowerPoint regarding Olem's expert witness; created slides showing WSC copyrighted both the Zebra Supreme Pattern and the Ditsy Dot Pattern and obtained certification by United States Copyright Office; Prepared illustrative presentation PowerPoint regarding WSC's design process; incorporated client's photographs of machining process at factory; Reviewed pleading files on expert witness testimony; analyzed WSC's expert witness argument for modifications; Conference with Mr. McCormack regarding edits to clients PowerPoint presentation; discussion included the addition of both silver boot exhibits - Olem's Exhibit and Washington Shoe's Exhibit; discussed presentation of manufacturing process; discussed expert witness exhibit and the ability to show visually errors in opposing counsel's expert; Edited opening presentation PowerPoint regarding WSC's Zebra Supreme | 8.00 | 1,200.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | Pattern striking similarity to Olem's zebra boot; added Olem's Exhibit of right silver boot. | | |
| 08/02/11 | TBM | Review PowerPoint slides re manufacturing process and substantial similarity and re rebuttal of expert testimony; communications with associate re the same; review pleadings filing by both parties re reply to motions in limine; communications with local counsel re the same; prepare response to letters from opposing counsel re deposits and related issues; travel to Miami for settlement conference. | 10.00 | 2,600.00 |
| | HRP | Research Discovery Files for Attorney; proofread, edit, mail and email letter to opposing counsel; update file with recent pleadings. | 1.20 | 180.00 |
| | EJH | Edited pre-settlement presentation PowerPoint regarding Olem's expert witness; redrafted animation sequence; enhanced fluid transition of photographs and individual slides; Edited pre-settlement presentation PowerPoint regarding WSC's Zebra Supreme Pattern striking similarity to Olem's zebra boot; added U.S. Copyright Office deposit photographs; created additional animation for PowerPoint; Edited pre-settlement presentation PowerPoint regarding WSC's Ditsy Dot Pattern striking similarity to Olem's Ditsy Dot; added U.S. Copyright Office deposit photographs; created additional animation for PowerPoint; Prepared pre-settlement PowerPoint regarding Olem's expert witness; created slides comparing WSC's Zebra Supreme to Olem's expert witness's public domain pleading exhibits of zebra patterns; made additional animated slides compatible for print versions; Prepared pre-settlement presentation PowerPoint regarding Olem's expert witness; created slides comparing WSC's Ditsy Dots to Olem's expert witness's public domain pleading exhibits of dot patterns; made additional animated slides compatible for print versions; Re-drafted illustrative presentation PowerPoint regarding WSC's design process; incorporated opposing counsel photographs of machining process; Meeting with Mr. McCormack regarding edits to pre-settlement PowerPoint presentation; discussion included the addition of titles for every infringing boot and various other editorial changes; discussed modification of presentation describing manufacturing process; discussed modification of expert witness exhibit and the ability to show visually errors in opposing counsel's expert. | 8.00 | 1,200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



| | | | Invoice Date: | September 10, 2011 |
| | | | Invoice No. | 13576 |

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 08/03/11 | TBM | Settlement conference in Miami. | 8.00 | 2,080.00 |
| | EJH | Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 37 from pleading number 252; Created visual motion graphic slides illustrating Washington Shoe's Zebra Supreme design is not shown in Olem's Exhibit number 80 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 81 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 82 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 83 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 84 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 85 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 86 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 87 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 88 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 89 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 90 from pleading number 252; Created visual motion graphic slides illustrating WSC's Zebra Supreme design is not shown in Olem's Exhibit number 90 from pleading number 252. | 8.00 | 1,200.00 |
| 08/04/11 | TBM | Settlement conference in Miami; meet with opposing counsel to discuss settlement; meet with local counsel re the same; travel home from Miami. | 8.00 | 2,080.00 |
| | EJH | Created visual motion graphic slides illustrating Washington Shoe's Zebra Supreme design is not shown in Olem's Exhibit number 92 from pleading number 252; Created visual motion graphic slides illustrating Washington Shoe's Ditsy Dot design is not shown in Olem's Exhibit number 33 from pleading number 252; Created visual motion graphic slides illustrating Washington Shoe's Ditsy Dot design is not shown | 8.00 | 1,200.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | in Olem's Exhibit number 34 from pleading number 252; Created visual motion graphic slides illustrating Washington Shoe's Ditsy Dot design is not shown in Olem's Exhibit number 38 from pleading number 252; Created visual motion graphic slides illustrating Washington Shoe's Ditsy Dot design is not shown in Olem's Exhibit number 39 from pleading number 252; Incorporated and reviewed all of the motion graphic slides into one presentation illustrating Washington Shoe's Zebra Supreme design is not in the Public Domain; Incorporated and reviewed all of the motion graphic slides into one presentation illustrating Washington Shoe's Ditsy Dot design is not in the Public Domain; Reviewed exhibits from pleading numbers 1 through 33; examined exhibits to decide whether to include for trial; Reviewed exhibits from pleading numbers 33 through 78; examined exhibits to decide whether to include for trial; Reviewed exhibits from pleading numbers 78 through 105; examined exhibits to decide whether to include for trial; Reviewed exhibits from pleading numbers 105 through 143; examined exhibits to decide whether to include for trial. | | |
| 08/05/11 TBM | | Meeting with opposing counsel re trial preparation and settlement. | 3.20 | 832.00 |
| 08/08/11 TBM | | Communications with client re strategy and related legal issues and settlement; review billing history re case. | 1.40 | 364.00 |
| 08/10/11 TBM | | Communications with opposing counsel re settlement terms; prepare language re the same; review language from opposing counsel re the same. | 0.40 | 104.00 |
| 08/11/11 TBM | | Review court docket and pending deadlines and related issues; consider timing and possible supplement to summary judgment papers based on new undisputed photographs. | 0.50 | 130.00 |
| 08/12/11 TBM | | Review and revise settlement agreement. | 1.60 | 416.00 |
| 08/15/11 TBM | | Communications with opposing counsel re settlement. | 0.30 | 78.00 |
| 08/18/11 TBM | | Review changes to settlement agreement; consider issues re the same communicate with client re the same. | 1.20 | 312.00 |





Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: September 10, 2011
Invoice No.   13576

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------|-------------|-------|--------|



| 08/22/11 | TBM | Review and revise settlement agreement; communications with opposing counsel and client re the same. | 1.10 | 286.00 |
| 08/23/11 | TBM | Review and revise settlement agreement; consider issues re the same. | 0.70 | 182.00 |
| 08/30/11 | TBM | Communications with opposing counsel re settlement issues. | 0.20 | 52.00 |



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**Intellectual Property Law**
**Business Law PS**

Invoice Date: September 10, 2011
Invoice No. 13576

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|



Fees for Professional Services

### ADDITIONAL CHARGES

Qty



### Advances / Courier - Olem

**08/09/11** Washington Express Order # **1209916**      1      80.20

80.20

### Advances / FedEx

**Olem** 08/20/11 FedEx Tracking **795062838275**      1      37.15
FedEx Priority Overnight; Letter; Delivery 08/15/2011 9:38 AM
From: Kerstin Mills, Washington Express LLC, Washington DC 20001
To: Timothy McCormack, McCormack Intellectual Property
.

37.15

### Advances / Olem Shoe Corp

**Olem** 05/20/10 Watkins Court Reporters, Seattle Invoice # **74480**      1      628.75
*(This invoice, dated 6/10/2011, was not previously billed.)*
Order for May 20, 2010 Deposition pages - copy via e-tran $628.75

Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Rob Moehring

**Intellectual Property**



Invoice Date:  September 10, 2011
Invoice No.    13576

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | | Qty | |

**Copy Transcript Deposition of Roel Salonga**
Certified Transcript (150 pages @ $2.95 ea)...$442.50
Color Copies (45 pages @ $1.25 ea)...$56.25    ETranscript...$25.00
Scanning PDF or TIFF (300 pages @ $0.35 ea)...$105.00
.

628.75

### Expenses / Olem Shoe Corp

| | | HOURS | AMOUNT |
|---|---|---|---|
| Meals and Misc. Expenses (Miami, FL) | | 1 | 275.26 |
| . | | | |
| Color print (partial page) | | 64 | 16.00 |
| Print full page in color | | 156 | 156.00 |
| Printing charges (b/w) | | 397 | 39.70 |
| Document scans | | 99 | 14.85 |
| Photocopies | | 262 | 52.40 |

554.21

### Expenses / Westlaw - Olem Shoe Corp

| | | HOURS | AMOUNT |
|---|---|---|---|
| 08/02/11 Westlaw Online Research - OLEM | | 1 | 72.00 |
| 08/02/11 Westlaw Online Research - OLEM | | 1 | 85.00 |
| 08/02/11 Westlaw Online Research - OLEM | | 1 | 550.40 |
| 08/08/11 Westlaw Online Research - OLEM | | 1 | 246.00 |
| 08/15/11 Westlaw Online Research - OLEM | | 1 | 201.00 |

1,154.40

Total Additional Charges                                    $

TOTAL NEW CHARGES THIS PERIOD                       $

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**

When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.





McCormack
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date   8/31/2011
Invoice No.    13575

Last Bill Date 7/31/2011

For the period ending August 31, 2011

IN REFERENCE TO:   **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' August Invoice No. 11059 [ending 08-11-11]*

███████████████████████████████████████   ████████████

NEW CHARGES (Itemized below)                          $██████

**Total Due**                                          $██████

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 08/01/11 | TJM | Receipt  and review letter from Burstein and proposed declaration; review and finalize our Reply to Olem's Response to our Motion in Limine. | 2.50 | 875.00 |
| 08/02/11 | TJM | Receipt and review correspondence from McCormack re: Sur-Reply to Motion in Limine; receipt and review correspondence from McCormack re: objection to discovery outside scope and time for discovery; review reports re: Washington Shoe's damages in preparation for settlement conference; receipt and review correspondence from McCormack to Sanchelima and Burstein re: two dimensional vs. three dimensional issue;  review Sanchelima's letter re: same; review Power point demonstrative exhibit from McCormack; prepare materials for settlement conference. | 2.60 | 910.00 |
| | TJM | Reviewed Olem Shoe's response to Reply to our Response to their Second Motion in Limine and accompanying exhibits; research of local rules for next reply if necessary | 0.70 | 192.50 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring



**In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
***Manos' August Invoice No. 11059 [ending 08-11-11]***

Invoice Date: 8/31/2011
Invoice No.    13575

Page 2

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 08/03/11 | TJM | Attendance at court-ordered settlement conference. | 9.00 | 3,150.00 |
| 08/04/11 | TJM | Attendance at second day of court-ordered settlement conference. | 7.00 | 2,450.00 |
| | TJM | Receipt and review order from court re: outcome of settlement conference; exchange e-mails with opposing counsel re: scheduling meeting tomorrow. | 0.30 | 105.00 |
| 08/05/11 | TJM | Continued settlement conference at our offices with opposing counsel and McCormack; parties arrived at settlement. Prepare outline of settlement agreement. | 4.00 | 1,400.00 |
| | | | 26.10 | 9,082.50 |
| Fees for Professional Services | | | 26.10 | $9,082.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A fee of 1% per month may be imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: October 07, 2011
Invoice No. 13624

Last Bill Date: 9/10/2011

For the period ending September 30, 2011

IN REFERENCE TO:   **Intellectual Property**





NEW CHARGES (Itemized below)                                      $██████

**Total Due**                                                              $████████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



Invoice Date: October 07, 2011
Invoice No. 13624

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**WSC - Olem Shoe Corp**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 09/06/11 | TBM | Case management (review files, review correspondence, internal conferences re planning and preparation) and settlement issues. | 0.50 | 130.00 |
| 09/07/11 | HRP | Proofread, edit, mail and email letter to Olem Shoe Corp. opposing counsel regarding settlement issues. | 0.40 | 60.00 |
| 09/09/11 | TBM | Case management and settlement issues. | 0.40 | 104.00 |
| 09/12/11 | TBM | Review billing history with local counsel; prepare email to local counsel re the same; consider ████████ research re the same. | 2.70 | 702.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



Invoice Date: October 07, 2011
Invoice No.    13624

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 09/12/11 | EJH | Review pleading filings; review previous exhibits; draft motion to supplement record. ▮▮▮▮▮ . | 5.00 | 750.00 |
| 09/13/11 | TBM | Communications with Olem counsel re settlement; communications with client re the same; consider release issues re Valley Forge. | 0.20 | 52.00 |
| | EJH | Draft issue statement and answer; provide substantive legal analysis backing answer. ▮▮▮▮ | 6.00 | 900.00 |
| | HRP | Scan certified copyright registrations for motion to supplement. | 0.40 | 60.00 |
| 09/14/11 | TBM | Review and revise motion to supplement record and notice to the court re settlement; review communications from opposing counsel re settlement; communications with client and associate re the same. | 2.20 | 572.00 |
| | EJH | Edit draft on motion to supplement record; include additional pages to Exhibits. ▮▮▮▮ | 6.00 | 900.00 |
| 09/15/11 | TBM | Review and revise motion to supplement record and notice to the court re settlement; review communications from opposing counsel re settlement; communications with client and associate re the same. | 1.60 | 416.00 |
| | HRP | Gather, organize and tab out exhibits to motion to supplement; proofread motion; find best available copies of deposits for motion; make changes to PowerPoint per Mr. McCormack; format in pleading format and create PDF. | 2.90 | 435.00 |
| 09/16/11 | TBM | Case management and settlement issues. | 0.30 | 78.00 |
| 09/19/11 | TBM | Case management and settlement issues. | 1.20 | 312.00 |
| 09/20/11 | TBM | Case management and settlement issues. | 0.40 | 104.00 |
| | SAK | Review electronic documents and files - locate Manos engagement letter. | 0.60 | 90.00 |
| 09/21/11 | TBM | Interview and research local counsel. | 0.50 | 130.00 |
| | HRP | Download, file and print recent pleadings filed by Tom Manos; docket deadline to retain new counsel. | 0.70 | 105.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Intellectual Property**



Invoice Date: October 07, 2011
Invoice No.    13624

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 09/22/11 | TBM | Interview and research local counsel. | 0.30 | 78.00 |
| | HRP | Docket deadlines for: filing of Jury Instructions, filing Pre-Trial Stipulation, Calendar Call, meeting of parties to prepare Pre-Trial Stipulation, Trial Deadlines, and travel deadline for Mr. McCormack. | 1.80 | 270.00 |
| 09/26/11 | TBM | Research and communicate with proposed local counsel; meet with attorney who is former law clerk of Judge Turnoff. | 0.70 | 182.00 |
| 09/27/11 | TBM | Case management and settlement issues. | 0.50 | 130.00 |
| 09/28/11 | TBM | Communications with potential local counsel representation; research re the same; communications with opposing counsel re hearing with Magistrate Judge Turnoff re motion to withdraw as counsel. | 1.50 | 390.00 |
| 09/29/11 | TBM | Research re license as method of proving validity of copyrights. | 1.50 | 390.00 |
| 09/30/11 | HRP | Create, make edits and additions per Mr. McCormack; scan and compile exhibits for license agreement; create PDFs and email to Mr. McCormack. | 1.40 | 210.00 |
| | TBM | Prepare license agreement; review and revise the same. Research ████████ | 2.20 | 572.00 |
| | | | 41.90 | 8,122.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Fees for Professional Services                                              $

**ADDITIONAL CHARGES**

Qty

Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Rob Moehring

**Intellectual Property**



Invoice Date: October 07, 2011
Invoice No.    13624

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|



### Expenses / Westlaw - Olem Shoe Corp

| | | | | |
|------|------------|-------------|-------|--------|
| 09/29/11 | | Westlaw Online Research - Olem Shoe Corp | 1 | 201.00 |
| 09/29/11 | | Westlaw Online Research - Olem Shoe Corp | 1 | 60.15 |
| | | | | 261.15 |

### WSC - Olem Shoe Corp

| | | | |
|------|-------------|-------|--------|
| Olem - Color print (full page) | | 12 | 12.00 |
| Olem - Printing charges (b/w) | | 108 | 10.80 |
| Olem - Document scanning | | 55 | 8.25 |
| | | | 31.05 |

Total Additional Charges                                        $▇▇▇▇

TOTAL NEW CHARGES THIS PERIOD                     $▇▇▇▇

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**

When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date   10/7/2011
Invoice No.    13623

Last Bill Date 8/31/2011

For the period ending September 30, 2011

IN REFERENCE TO:   **In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' September Invoice No. 11113*

NEW CHARGES (Itemized below)                                    $███

**Total Due**                                                  $███

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| | | **SERVICES** | | |
| | | **Advances** | | |
| 09/12/11 | TJM | Draft proposed order to motion to withdraw; assist in its filing through CM/ECF (Case Management / Electronic Case Files). | 0.40 | 80.00 |
| ███ | ███ | ███ | ███ | ███ |
| 09/22/11 | TJM | Review correspondence from Bernardo Burstein re: objections to MeCormack filing ccrtian documents with the court; prepare response to same. | 0.30 | 105.00 |
| 09/24/11 | TJM | Exchange correspondence with MeCormack re: his proposed filing, my objections thereto, and other issues. | 1.00 | 350.00 |
| 09/27/11 | TJM | Receipt and review correspondence from MeCormack re: hearing and second settlement conference; prepare response to same. | 0.20 | 70.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring



**In Olem Shoe Corp vs. Washington Shoe Company**
**For local Florida Associate Attorney Tom J. Manos, PA**
*Manos' September Invoice No. 11113*

Invoice Date: 10/7/2011
Invoice No. 13623

Page 2

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 09/28/11 | TJM | Receipt and review letter from Julie Linhart re: objection to McCormack's appearance by phone; lengthy telephone conference with all counsel re: status of settlement negotiations and motion to withdraw. | 1.20 | 420.00 |
| 09/29/11 | TJM | Receipt and review letter from MeCormack re: revised settlement terms proposal. | 0.10 | 35.00 |

Fees for Professional Services

## ADDITIONAL CHARGES

Qty

### Advances

| Mailing charges | 1 | 0.44 |
|------|------|------|
| | | 0.44 |

Total additional charges $0.44

TOTAL NEW CHARGES THIS PERIOD

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A fee of 1% per month may be imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days of date of invoice, absent objection.



617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:  November 09, 2011

Invoice No.    13661

Last Bill Date: 10/31/2011

For the period ending October 31, 2011

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                                $█████

**Total Due**                                           $████████

## CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:  November 09, 2011

Invoice No.  13661

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


Invoice Date: November 09, 2011

Invoice No. 13661

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Continued

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA



Rob Moehring
**Intellectual Property**

Invoice Date:  November 09, 2011

Invoice No.  13661

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



### WSC - Olem Shoe Corp

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| 10/03/11 | TBM | Communications with client re status of settlement and related issues re billing and new local counsel; review pleadings to be send to new counsel; review and revise emails to client with updates. | 2.70 | 702.00 |
| | HRP | Create letter to new local counsel including most significant recent pleadings; go through pleading file and select key pleadings and print to be sent; create memorandum to client regarding qualifications for new local counsel. | 2.30 | 345.00 |
| 10/05/11 | HRP | Mail and email letter with most recent pleading to new local counsel; scan copy of check and include in letter; email key pleadings and pending pleadings to new local counsel. | 0.40 | 60.00 |
| 10/06/11 | TBM | Review pleadings and send the same to opposing counsel. | 1.20 | 312.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: November 09, 2011

Invoice No. 13661

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/10/11 | TBM | Communications with local counsel re case and notice of appearance. | 0.20 | 52.00 |
| | HRP | Docket hearing on 10/21/2011. | 0.20 | 30.00 |
| 10/11/11 | TBM | Review renewed motion to withdraw as counsel; communications with opposing counsel re status of settlement conference. | 0.20 | 52.00 |
| | HRP | Download, file, print and email most recent Olem pleadings. | 0.30 | 45.00 |
| 10/12/11 | HRP | Locate and email hearing transcript to Mr. McCormack; email court reporter to follow up on status of hearing transcript. | 0.20 | 30.00 |
| | LAK | Review & analyze Court Order for hearing on validity of Zebra Rose Supreme copyright; review file for relevant materials. | 1.50 | 300.00 |
| 10/14/11 | LAK | Review and research file and filed pleadings to verify date Zebra Rose Supreme file wrapper was provided to opposing counsel and/or court. | 1.00 | 200.00 |
| 10/16/11 | LAK | Research and analyze whether use of Form CA to correct errors in an application is required or optional; consider application to errors in registration and effect on factual situation; prepare memorandum detailing same. | 3.00 | 600.00 |
| 10/17/11 | LAK | Review incoming correspondence from opposing counsel regarding sale dates of Rose Zebra Supreme design; research and analyze case law regarding error in the application versus error in the registration; prepare memorandum applying and analyzing in relation to Rose Zebra Supreme design; forward to Mr. McCormack for review. | 5.00 | 1,000.00 |
| 10/18/11 | TBM | Review file wrappers and memo re questions from judge re copyright issues; consider issues re the same. | 2.60 | 676.00 |
| | HRP | Locate correspondence from Mr. McCormack to Opposing Counsel with file wrapper attached; find and print supporting documents and pleadings for WSC memorandum; set up Drop Box for local counsel and send key pleadings and documents; create high-quality full color scans of certified copyright registrations and deposit copies. | 2.40 | 360.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: November 09, 2011

Invoice No.    13661

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 10/18/11 | LAK | Revise memorandum regarding need to obtain U.S. Copyright Office review of Rose Zebra Supreme copyright registration with emphasis on the Registrar's October 2010 advisory opinion and section 411(b)(3) of the Copyright Act; conference with Mr. McCormack regarding same. | 1.50 | 300.00 |
| 10/19/11 | TBM | Review revised memo re issues to be heard before Judge Huck; communications with client re the facts re the same; communications with local counsel re the same and issues related to supplementing the record; review file wrappers and memo re questions from judge re copyright issues; consider issues re the same; prepare for hearing re the same. | 2.20 | 572.00 |
|  | LAK | Review Mr. McCormack's letter to opposing counsel regarding Zebra Rose Supreme registration and request to withdraw objections to same. | 0.10 | 20.00 |
| 10/20/11 | TBM | Prepare for hearing; review cases and internal memos; travel to and from Miami. | 15.00 | 3,900.00 |
|  | HRP | Create binders of evidence for 10/21/11 hearing; print PowerPoint presentation, correspondence, key pleadings make color copies of certified copyright registrations; create tabs in binders and make 3 CD copies of PowerPoint information; make hotel reservations for Mr. McCormack. | 3.60 | 540.00 |
|  | SAK | Download pleading, secure copy on server as pdf file. | 0.10 | 15.00 |
|  | SAK | Retrieve cases from Westlaw. | 0.80 | 120.00 |
| 10/21/11 | TBM | Hearing with court; travel to and from the court house; additional hearing preparation. | 3.50 | 910.00 |
| 10/24/11 | TBM | Review motion to add argument; communications with U.S. Copyright Office re Rose Zebra. | 0.40 | 104.00 |
| 10/26/11 | TBM | Communicate with United States Copyright Office re correction of copyright registration; prepare detailed summary and email to the United States Copyright Office re the same; communicate with opposing counsel re the same. | 1.70 | 442.00 |
| 10/27/11 | TBM | Review communications with United States Copyright Office; consider issues re the same; communications with client and local counsel re the same; communications with opposing counsel re. | 0.70 | 182.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: November 09, 2011

Invoice No.    13661

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 10/27/11 | HRP | Download most recent pleadings Including Motion for leave to File MSJ, email and print for Mr. McCormack; download print and docket notice of hearing. | 0.60 | 90.00 |
| 10/28/11 | TBM | Communications with associate re Olem's memo of law in response to supplemental argument; review memo re the same; consider issues re the same. | 1.10 | 286.00 |
| | LAK | Review and analyze Olem's Memo in Response to Supplemental Argument by Washington Shoe; prepare a memo to Mr. McCormack detailing and rebutting arguments of same in preparation for hearing on November 1. | 2.30 | 460.00 |
| 10/31/11 | TBM | Review filed pleadings and evidence; prepare for telephone hearing. | 1.50 | 390.00 |
| | LAK | Conference with Mr. McCormack regarding Fourth Amended Complaint, issues and exhibits; discuss interrogatories for Valley Forge portion of case. | 0.50 | 100.00 |
| | | | 58.80 | 13,195.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date:   November 09, 2011

Invoice No.    13661

|  | ATTORNEY/ |  |  |  |
|---|---|---|---|---|
| DATE | PARALEGAL | DESCRIPTION | HOURS | AMOUNT |



Fees for Professional Services

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: November 09, 2011

Invoice No. 13661

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

### ADDITIONAL CHARGES



### Expenses / Olem Shoe Corp

| DATE | DESCRIPTION | Qty | AMOUNT |
|------|-------------|-----|--------|
| 10/01/11 | Print full page in color | 38 | 38.00 |
| 10/01/11 | Printing charges (b/w) | 224 | 22.40 |
| 10/01/11 | Document scans | 39 | 5.85 |
| 10/01/11 | Fax Charges (outgoing, per page) | 1 | 1.00 |
| 10/01/11 | Printing charges (b/w) | 86 | 8.60 |
| 10/01/11 | Printing charges (b/w) | 62 | 6.20 |
| 10/20/11 | Flight to and from Miami | 1 | 1,200.00 |
| 10/20/11 | Hotel charges | 1 | 470.00 |
| | | | 1,752.05 |



### Expenses / Westlaw - Olem Shoe Corp

| DATE | DESCRIPTION | Qty | AMOUNT |
|------|-------------|-----|--------|
| 10/17/11 | Westlaw Online Research - OLEM | 1 | 55.00 |
| 10/18/11 | Westlaw Online Research - OLEM | 1 | 366.00 |
| 10/20/11 | Westlaw Online Research - OLEM | 1 | 172.00 |
| | | | 593.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**


**mccormack**
Intellectual Property Law
Business Law PS

Invoice Date:  November 09, 2011

Invoice No.      13661

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | Qty | |
| | █████████████ | | | |
| ███████████████████ | | | █ | ██████ |
| | | | | ██████ |
| Total Additional Charges | | | | $██████ |
| **TOTAL NEW CHARGES THIS PERIOD** | | | | $██████ |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
**Intellectual Property Law**
**Business Law PS**

617 Lee Street
Seattle, WA  98109  USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date:   November 09, 2011
Invoice No.      13662

Last Bill Date:

For the period ending October 31, 2011

IN REFERENCE TO:   **Local Florida Associate Law Firm, Lewis Tein PL**
**<u>Tein Invoice No. 10737, dated 10-31-2011</u>**
**In Olem Shoe Corp vs. Washington Shoe Company**
***Case No. 09-23494-Civ-Huck/O'Sullivan***

███████████████████████████████    ████████

NEW CHARGES (Itemized below)                                    $█████

**Total Due**                                                                          $████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | **<u>SERVICES</u>** | | |
| | | **<u>Advances</u>** | | |
| 10/06/11 | KAM | Confer with Mr. McCormack concerning documents; confer with Heather concerning the same; review emails from Mr. McCormack. | 0.20 | 90.00 |
| | SLM | Discuss Washington Shoe Company's litigation with Olem Shoe Corporation with Ms. Meyers; review documents submitted by Washington Shoe's counsel. | 1.40 | 385.00 |
| 10/07/11 | SLM | Review documents filed in Olem v. WSC that were forwarded from the client. | 3.70 | 1,017.50 |
| 10/10/11 | KAM | Confer with Ms. McAlister, Ms. Chiong and Mr. Tein concerning the notice of appearance. Review draft of the same. | 0.20 | 90.00 |
| | SLM | Review documents from WSC's lead counsel; review Olem Shoe Corp. v. WSC docket sheet; confer with Ms. Meyers; prepared a notice of appearance for Lewis Tein LP. | 0.40 | 110.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring

**Local Florida Associate Law Firm, Lewis Tein PL**
  **Tein Invoice No. 10737, dated 10-31-2011**
**In Olem Shoe Corp vs. Washington Shoe Company**
  *Case No. 09-23494-Civ-Huck/O'Sullivan*



Invoice Date:   November 09, 2011
Invoice No.     13662

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 10/11/11 | KAM | Confer with Mr. McCormack concerning the notices of appearance. | 0.10 | 45.00 |
| | | | | |
| 10/18/11 | KAM | Place telephone call to Mr. McCormack, Review draft motion for leave to supplement the record on summary judgment. | 0.10 | 45.00 |
| 10/19/11 | KAM | Confer with Mr. McCormack concerning the upcoming hearing before Judge Huck and motion to supplement the record on summary judgment. | 0.50 | 225.00 |
| | SLM | Confer with Ms. Meyers; discuss upcoming hearing with Ms. Meyers and Mr. McCormack via telephone; format the motion to supplement the summary judgment record to conform to local rules. | 0.90 | 247.50 |
| 10/20/11 | SLM | Review materials for tomorrow's hearing; prepare and file motion to supplement the summary judgment record along with exhibits. | 0.50 | 137.50 |
| 10/21/11 | KAM | Attend hearing before Judge Huck, plus travel time. | 2.30 | 1,035.00 |
| | SLM | Attend hearing before Judge Huck regarding whether Washington Shoe must obtain corrected copyright registrations; confer with Ms. Meyers and Mr. McCormack; prepare motion to supplement the already-supplemented summary judgment record with color copies of copyright registrations. | 3.50 | 962.50 |
| 10/24/11 | KAM | Revise motion to supplement and confer with Ms. McAlister concerning the same. | 0.10 | 45.00 |
| | SLM | Confer with Ms. Meyers; edit motion to supplement the summary judgment record; send motion to Mr. McCormack for final approval and to Mr. Burstein for his position. | 0.60 | 165.00 |
| 10/25/11 | SLM | Confirm with opposing counsel that the motion to supplement the summary judgment record is unopposed; file the motion, propose order, and exhibits; confirm filing with Mr. McCormack; locate contact information for Mr. Manos to facilitate evidence return. | 0.90 | 247.50 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring



**Local Florida Associate Law Firm, Lewis Tein PL**
 <u>**Tein Invoice No. 10737, dated 10-31-2011**</u>
**In Olem Shoe Corp vs. Washington Shoe Company**
 *Case No. 09-23494-Civ-Huck/O'Sullivan*

Page  3

| | Invoice Date: | November 09, 2011 |
|---|---|---|
| | Invoice No. | 13662 |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/26/11 | SLM | Receive evidence (boots) from office of Tom Manos; photograph the boots; confirm with Mr. McCormack which boots we received. | 0.80 | 220.00 |
| 10/27/11 | KAM | Review order setting telephonic hearing; review emails from Mr. McCormack concerning the copyright registration issue. | 0.10 | 45.00 |

Fees for Professional Services 



**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



# mccormack

**Intellectual Property Law**
**Business Law ps**
617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: 12/8/2011
Invoice No.     13705

Last Bill Date: 11/9/2011

For the period ending November 30, 2011

IN REFERENCE TO:   **Intellectual Property**



NEW CHARGES (Itemized below)                                    $████

**Total Due**                                                  $██████

### CHARGES THIS STATEMENT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

<u>SERVICES</u>

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 12/8/2011
Invoice No.    13705

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|





**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**mc̄cormack**
Intellectual Property Law
Business Law PS

Invoice Date: 12/8/2011
Invoice No. 13705

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**WSC - Olem Shoe Corp**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 11/01/11 | TBM | Review order rescheduling the status conference; review and respond to Emails re the revised copyright registration for Rose Zebra; review file re the same; consider issues re the same; Email to insurance attorney re settlement issues. | 2.20 | 572.00 |
| | LAK | Review materials, prior pleadings, and court orders to prepare 4th Amended complaint including Rose Zebra Supreme and the amended registration for same. | 1.00 | 200.00 |
| 11/02/11 | LAK | Prepare 4th Amended complaint including Rose Zebra Supreme and the amended registration for same. | 1.50 | 300.00 |
| 11/03/11 | TBM | Rreview and revise third amended complaint including exhibits; communications with paralegal re the same; communications with opposing counsel and local counsel re the same. | 1.30 | 338.00 |
| | HRP | Edit and revise initial version of 4th Amended Complaint and compile exhibits. | 1.80 | 270.00 |
| | LAK | Revise and finalise 4th amended complaint and exhibits thereto | 1.50 | 300.00 |
| 11/04/11 | TBM | Hearing and preparation for the hearing; follow-up issues with client and local counsel; communications with paralegal re new revised complaint and related issues. | 3.20 | 832.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 11/07/11 | TBM | Review discovery re Rose Zebra; communications with opposing counsel re the same; review and revise amended counterclaims; prepare affidavit for the United States Copyright Office; review Minute Entry for proceedings held before Judge Paul C. Huck: Telephone Conference held on 11/4/2011; review second Minute Entry for proceedings held before Judge Paul C. Huck: Status Conference held on 11/4/2011; review WSC 0067 – 0068, WSC 0135, and WSC 0384 – 406 and communicate with client and opposing counsel re the same. | 3.50 | 910.00 |
| | HRP | Begin preparation of affidavit of William Briganti; pull phone records and Emails to support affidavit. | 0.70 | 105.00 |
| | HRP | Pull discovery documents and print and Email to Mr. McCormack per request from Mr. Burstein. | 0.60 | 90.00 |
| | HRP | Make finishes to Fourth Amended Complaint per ruling from Judge in telephonic conference; re-organize exhibits and make edits per Mr. McCormack; create review draft for Mr. McCormack comparing changes with Third Amended Complaint; send copy with exhibits to local counsel using drop-box; download, print, file and Email recent pleadings for Mr. McCormack. | 3.20 | 480.00 |
| 11/08/11 | TBM | Review and revise declaration and exhibits to United States Copyright Office Representative re what they did with Zebra Rose; prepare the same. | 2.20 | 572.00 |
| | HRP | Prepare and make finishes to affidavit of William Briganti and exhibits; make edits per Mr. McCormack; prepare cover letter for Mr. Briganti; send via Email and US Mail; fax to opposing counsel. | 1.80 | 270.00 |
| 11/09/11 | TBM | Review opposing counsel's letter and exhibits to the US Copyright Office; consider issues re the same; prepare short response re the same. | 3.20 | 832.00 |
| | HRP | Order hearing transcript for 11/4/11 hearing from Court Reporter; update client file and Email recent pleadings for Mr. McCormack; fax copies from Mr. McCormack to William Briganti to Opposing Counsel; create template for Affidavit of Timothy B. McCormack; create template for request for testimony from U.S. Copyright Office. | 1.40 | 210.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/09/11 | SAK | Finalize letter sent to Mr. Briganti at US Copyright Office; send via U.S. Mail and Email. | 0.30 | 45.00 |
| 11/10/11 | TBM | Prepare affidavit to copyright office; communications with CA counsel; prepare motion re more time; communications with opposing counsel. | 3.90 | 1,014.00 |
| | HRP | Save hearing transcript from 11/4/11 to file and Email to Mr. McCormack; contact court reporter regarding payment; prepare motion for additional time to file affidavit from copyright office, proof of service and proposed order; make edits per Mr. McCormack; proofread and assist with the final edits of affidavit of Timothy McCormack. | 2.40 | 360.00 |
| 11/11/11 | TBM | Case management. | 0.40 | 104.00 |
| 11/14/11 | TBM | Review order re motion to extend time re meet and confer requirement; consider issues re the same; communications with opposing counsel and local counsel re the same. | 0.20 | 52.00 |
| 11/15/11 | TBM | Review file and consider issues re pre-trial statement; review previous drafts and consider in light of court's proposed ruling on summary judgment. | 0.90 | 234.00 |
| 11/16/11 | TBM | Review revised motion for more time; communications local counsel re the same. | 0.20 | 52.00 |
| 11/17/11 | HRP | Order hearing transcript for 10/21/11 hearing from court reporter; Email accounting for payment of hearing transcript; save to pleadings file; send copy to Mr. McCormack. | 0.70 | 105.00 |
| 11/18/11 | HRP | Create, save and Email FedEx label to Mr. Ruwe at U.S. Copyright Office for return of affidavit of Mr. Briganti; prepare notice of unavailability for Mr. McCormack and Proof of Service. | 0.70 | 105.00 |
| ██████ | ██████ | ██████████████████████████ | ██████ | ██████ |
| 11/21/11 | TBM | Review copyright office affidavit and consider issues re the same; communications with local counsel and client re the same. | 0.70 | 182.00 |
| 11/22/11 | TBM | Review transcript of recent court hearing; review notice to court re declaration from the United States Copyright Office and related filings; communications with local counsel re the | 0.40 | 104.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 12/8/2011
Invoice No.    13705

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | same. | | |
| 11/22/11 | HRP | Download, file, print and Email to Mr. McCormack NOA, notice of filing affidavit of William Briganti . | 0.20 | 30.00 |
| 11/23/11 | TBM | Review NOTICE by Olem Shoe Corporation (a Florida corporation) re [390] Notice (Other) Objection to Declaration of William Briganti; consider issues re the same. | 1.20 | 312.00 |
| 11/25/11 | HRP | Docket the 11/29/11 hearing. | 0.20 | 30.00 |
| 11/28/11 | TBM | Prepare for hearing. | 2.10 | 546.00 |
| 11/29/11 | TBM | Review hearing transcripts and pleadings in case; prepare for telephone hearing re the same; consider issues re the same; prepare and review notes from hearing; communications with local counsel re the same. | 3.40 | 884.00 |
| 11/30/11 | TBM | Communications with local counsel re status of case and related issues concerning strategy; review file re motion for summary judgment on new affirmative defenses raised by the court; review pleadings re the same; consider issues re the same; begin preparing outline of briefs and prepare the same. | 5.50 | 1,430.00 |
| | HRP | Download, file, print and Email to Mr. McCormack the minute order from the 11/29/11 hearing. | 0.10 | 15.00 |
| | | | 53.40 | 12,030.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 12/8/2011
Invoice No.    13705

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



Fees for Professional Services

**ADDITIONAL CHARGES**

Qty

**Advances - Courier**

Olem 11/14/11 For service on U.S. Copyright Office.          1          215.57
        Washington Express (of Washington D.C.)

215.57

**Advances - FedEx**

**Olem** 11/21/11  FedEx Tracking **795425271296**          1          33.61
  FedEx Priority Overnight Envelope; Delivery 11/22/2011 10:15 AM
  From: Steven Ruse, US Copyright Office, Washington D.C. 20510

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Qty

To: MIP, Seattle WA 98109
 Ref: WSC adv Olem; Rcpt sig. not required              .

33.61



### Advances / Olem Shoe Corp

| | | | | |
|---|---|---|---|---|
| 11/04/11 | | Transcript of Case 1:09-cv-23494-PCH Olem Shoe v WA Shoe from USCourt Reporter D. Miller, RMR, CRR . | 1 | 29.70 |
| 11/15/11 | | Transcript of Case 09-cv-23494-Olem Shoe v WA Shoe from USCourt Reporter G. Pastor-Hernandez, RPR, FPR. . | 1 | 29.70 |
| 11/30/11 | | November expenses incurred by Attorney Lewis Tein, P.L.<br>　　$57.55  Delivery services/messengers<br>　　$ 8.00  Local travel costs<br><br>　[See attached Tein Invoice No. 10844, dated 11/30/11] | 1 | 65.55 |

124.95

### Expenses - Westlaw

| | | | | |
|---|---|---|---|---|
| 11/06/11 | | Westlaw Online Research - Olem Shoe Corp. | 1 | 75.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 12/8/2011
Invoice No.    13705

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| | | | Qty | |
| | ███████████████ | ████████████ | █ | █ |
| | | | | █ |
| | ███████████████ | ████████████ | █ | █ |
| | | | | █ |
| | ███████████████ | ████████████ | █ | █ |
| | | | | █ |

**Expenses / Olem Shoe Corp**

| 11/2011 | Printing charges (b/w) | | 471 | 47.10 |
|---------|------------------------|--|-----|-------|
| | | | | 47.10 |

Total Additional Charges                                    $███████

TOTAL NEW CHARGES THIS PERIOD                    $███████

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

**Courier Address**
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due from date of invoice, absent objection.

**Lewis Tein, P.L.**

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: 20-2621820

November 30, 2011

c/o Timothy B. McCormack, Esq.
Washington Shoe Company
617 Lee Street
Seattle, WA  98109
USA

Bill Number  10844
Billed through  11/30/2011

**391      0001**
**Re:  Olem Shoe Corp. v. Washington Shoe Company, Case No. 09-23494-Civ-Huck/O'Sullivan**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|---|---|---|---|
| 11/01/11 | KAM | Review emails between Mr. Bernstein and Mr. McCormack concerning the copyright registration.  Review order re-setting telephonic conference with Judge Huck. | 0.20 hrs |
| 11/01/11 | SLM | Reviewed voicemail message from Copyright Office regarding registration of Rose Zebra; reviewed responses to requests for admissions. | 0.30 hrs |
| 11/03/11 | KAM | Confer with Mr. Weaver concerning the telephonic conference set by Judge Huck. | 0.10 hrs |
| 11/04/11 | KAM | Confer with Mr. Weaver concerning the hearings before Judge Huck and the grant of partial summary judgment. | 0.20 hrs |
| 11/04/11 | ZLW | Review file; prepare for conference call; attend conference call before Judge Huck; email Ms. Meyers summary of same; emails with Ms. Meyers regarding dates for trial; telephone call with Ms. Meyers regarding trial dates; email Mr. McCormack regarding same; telephone call with Mr. McCormack regarding hearing; second conference call with Judge Huck; email Ms. Meyers and Mr. McCormack notes from same. | 2.20 hrs |
| 11/07/11 | ZLW | Confer with Ms. McAlister regarding hearing; review civil notes from hearings; review multiple emails from Mr. McCormack and opposing counsel. | 0.20 hrs |
| 11/07/11 | SLM | Discussed Status Conference held on Friday with Mr. Weaver. | 0.20 hrs |
| 11/08/11 | KAM | Confer with Mr. McCormack and Mr. Weaver concerning the amended complaint and affidavit. | 0.20 hrs |
| 11/08/11 | ZLW | Telephone call with Mr. McCormack; emails with Mr. McCormack regarding fourth amended counterclaim; edit and finalize fourth amended counterclaim; review affidavit sent to US Copyright Office. | 0.60 hrs |

██████  ██████      ████████████████████████████████                            ██████ ██

| 11/09/11 | ZLW | Telephone call with Mr. McCormack regarding proposed affidavit; second telephone call with Mr. McCormack; review emails and regulations relating to obtaining affidavit from US Copyright Office. | 0.40 hrs |
| 11/10/11 | ZLW | Confer with Ms. McCalister regarding case status and affidavit from US Copyright Office. | 0.10 hrs |

██████  ██████      ███████████████████████████                                 ██████████

| 11/11/11 | ZLW | Confer with Ms. Meyers regarding motion for extension of time; emails with Mr. McCormack regarding same; emails with paralegal regarding exhibits; finalize and file motion for extension; email Judge Huck regarding proposed order. | 1.00 hrs |
| 11/11/11 | SLM | Conferred with Mr. Weaver regarding the filing of the motion for extension of time. | 0.30 hrs |

██████  ██████      █████████████████████████████████████████                   ██████

██████  ██████      ████████████████████████████                                 ██████ ████

| 11/16/11 | KAM | Confer with Mr. Weaver concerning the motion for an extension of time. | 0.10 hrs |
| 11/16/11 | ZLW | Edit unopposed motion for extension of time; confer with Ms. Meyers regarding same; incorporate Ms. Meyers comments; email Mr. McCormack regarding same; edit and finalize motion, proposed order, and exhibits; confer with Ms. Meyers regarding same. | 1.40 hrs |
| 11/16/11 | SLM | Reviewed the draft of the motion for extension of time and proposed order written by Mr. Weaver; discussed the draft with Mr. Weaver. | 0.60 hrs |

██████  ██████      ████████████████████████                                     ████ ████
██████  ██████      █████████████████████████████████                            ████ ████

| 11/22/11 | KAM | Review draft notice of unavailability and notice of filing. | 0.40 hrs |

██████  ██████      ██████████████████████████████████████                       ████ ████

| 11/22/11 | SLM | Edited the notices of filing drafted by Mr. Weaver; assisted in filing the notices of filing. | 0.20 hrs |
| 11/23/11 | KAM | Review notice of hearing filed by the Court. | 0.10 hrs |
| 11/23/11 | SLM | Reviewed objection to declaration filed by Olem and notice of hearing entered by the Court; calendared the hearing. | 0.30 hrs |

| | | | |
|---|---|---|---|
| 11/28/11 | KAM | Confer with Mr. Weaver concerning hearing preparation.  Review Olem's opposition to the declaration filed by the U.S. Copyright Office. | 0.30 hrs |
| 11/28/11 | ZLW | Review opposition to filing of affidavit; meet with Ms. Meyers regarding same; telephone call with Mr. McCormack; confer with Ms. Meyers regarding same. | 1.00 hrs |
| 11/29/11 | KAM | Confer with Mr. Weaver concerning the outcome of the hearing before Judge Huck. | 0.10 hrs |
| 11/29/11 | ZLW | Prepare for status conference before Judge Huck; travel to and attend status conference; confer with Ms. Meyers regarding same. | 2.00 hrs |

Total fees for this matter                                                    $█████

**DISBURSEMENT RECAP**

Delivery services/messengers          $57.55
Local travel                          $8.00


TOTAL FEES               ██████          $█████
TOTAL DISBURSEMENTS                      $████
                                        ------------------
TOTAL CHARGES FOR THIS BILL             $█████



**m<sup>c</sup>cormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID: █████████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: 1/9/2012

Invoice No.  13749

Last Bill Date: 12/8/2011

For the period ending December 31, 2011

IN REFERENCE TO:  **Intellectual Property**



NEW CHARGES (Itemized below)                                    $█████

**Total Due**                                                  $████████

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |

█████ Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 1/9/2012
Invoice No.   13749

|  | ATTORNEY/ |  |  |  |
|---|---|---|---|---|
| DATE | PARALEGAL | DESCRIPTION | HOURS | AMOUNT |

### SERVICES



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|



**WSC - Olem Shoe Corp**

| 12/01/11 | TBM | Review summary judgment order on case; consider issues re the same; review pleadings re affirmative defenses from Olem Shoe re Rose Zebra; consider issues re the same; research re the same; communications with client and appeals counsel re willful issue and related issues re recent order; review also pre-trial state and prepare notes re sections to modify for damages. | 4.50 | 1,170.00 |



| 12/02/11 | TBM | Review summary judgment order on case; consider issues re the same; review pleadings re affirmative defenses from Olem Shoe re Rose Zebra; consider issues re the same; research re the same; communications with client and appeals counsel re willful issue and related issues re recent order; review also pre-trial state and prepare notes re sections to modify for damages. | 3.40 | 884.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/11 | HRP | Research federal and SDFL local rules regarding pre-trial order; print and email to Mr. McCormack. | 0.60 | 90.00 |
| 12/05/11 | TBM | Review file; communications with associate re issues re same operative facts for both applications and registrations re the Rose Zebra file; review and revise pre-emptive summary judgment motion. | 3.40 | 884.00 |
| | HRP | Scan and email notated version of supplement motion and Briganti declaration to Associate Kingston. | 0.20 | 30.00 |
| | LAK | Conference with Mr. McCormack regarding Olem's Fourth Amended Answer & Counter Claim and plans for upcoming trial preparation and strategy. | 0.60 | 120.00 |
| | LAK | Research and analyze case law regarding institution of lawsuits using rejected and cancelled copyright registrations. | 1.20 | 240.00 |
| | LAK | Prepare Response to Eighth Affirmative Defense of Fourth Amended Answer regarding validity of suit under the cancelled and corrected Rose Zebra Supreme copyright registrations. | 0.90 | 180.00 |
| 12/06/11 | TBM | Review file; review and revise pre-emptive summary judgment motion; prepare declaration of Roel Salonga re the same; review and revise the same; communications with paralegal re preparation of documents; review and revise section on eighth affirmative defense. | 4.30 | 1,118.00 |
| | HRP | Proofread, pin-point cites, format for filing and make final edits to summary judgment motion for filing by local counsel, put in final format with caption and proof of service; docket due dates for summary judgment motion, reply and response; locate exhibit to Salonga Deposition and email Mr. McCormack the same. | 2.40 | 360.00 |
| | LAK | Prepare proposed Order on Supplemental Motion for Summary Judgment in favor of WSC. | 0.30 | 60.00 |
| | LAK | Review case pleadings, including Olem's Fourth Amended Answer & Counter Claim, Court's December 1, 2011 Order, and USCO ('United States Copyright Office') Declaration, in preparation for Motion for Summary Judgment on Olem's Fourth Amended Answer & Counter Claim. | 1.40 | 280.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 12/06/11 | LAK | Prepare and finalize Response to Eighth Affirmative Defense, review and revise entire Supplemental Motion for Summary Judgment, forward to Mr. McCormack for review. | 1.50 | 300.00 |
| | LAK | Prepare Exhibit 1 to Roel Salonga's deposition, Zebra Rose file wrapper and MIP email to opposing counsel re: same. | 0.40 | 80.00 |
| 12/07/11 | TBM | Communications with local counsel re summary judgment motion and related issues; communications with staff re the same; review and revise paperwork re the same; communications with client re declaration and related issues; review motions for summary. | 3.20 | 832.00 |
| | HRP | Save motion to file under seal to file; download, file, print and email Mr. McCormack Supplement Motion for Summary Judgment by Olem and statement of Material Fact; research local rules and filing Summary Judgment and Statement of Material Fact; Email requested Word documents to Mr. McCormack. | 1.50 | 225.00 |
| | LAK | Review and analyze Olem's Supplement to Motion for Summary Judgment, specifically referencing Rose Zebra Supreme. | 1.50 | 300.00 |
| | LAK | Prepare outline of reply to Olem's Supplement to Motion for Summary Judgment. | 1.10 | 220.00 |
| 12/08/11 | TBM | Trial preparation. | 2.00 | 520.00 |
| | LAK | Review and analyze Olem's Statement of Undisputed Facts in Support of Supplemental Motion for Motion for Summary Judgment. | 1.00 | 200.00 |
| 12/09/11 | HRP | Download, file, print and email Mr. McCormack Order Granting Sealed Motion. | 0.10 | 15.00 |
| 12/11/11 | LAK | Prepare Reply to Olem's Supplement to Motion for Summary Judgment, specifically Washington Shoe's knowledge of publication dates and Olem's sales of infringing boots. | 3.00 | 600.00 |
| 12/12/11 | TBM | Review notes from Roel Salonga re case; review arguments drafted by associate; consider issues re the same; review and revise the same. | 2.00 | 520.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/12/11 | ███ | ████████████████ | ██ | ██ |
|  | ███ | ████████████████ | ██ | ██ |
|  | LAK | Prepare and revise Reply to Olem's Supplement to Motion for Summary Judgment, specifically regarding availability of damages and Washington Shoe's knowledge of publication dates. | 3.60 | 720.00 |
|  | LAK | Review and prepare Statement of Disputed Facts in Support of Reply to Olem's Motion for Summary Judgment. | 1.20 | 240.00 |
| 12/13/11 | TBM | Review and revise motion for summary Judgment responses; communicate with associate re the same; review and revise statement of material facts and counter statement re the same. | 1.50 | 390.00 |
|  | LAK | Conference with Mr. McCormack regarding draft Reply to Olem's Supplement to Motion for Summary Judgment. | 0.20 | 40.00 |
|  | LAK | Revise Statement of Disputed Facts in Support of Reply to Olem's Motion for Summary Judgment. | 0.40 | 80.00 |
|  | LAK | Review and revise Reply to Olem's Supplement to Motion for Summary Judgment. | 4.00 | 800.00 |
| 12/14/11 | TBM | Review and revise motion for summary Judgment responses; communicate with associate re the same; review and revise statement of material facts and counter statement re the same. | 2.30 | 598.00 |
|  | HRP | Proofread, pin-point cites, format for filing and make final edits to Response to Motion for Summary Judgment and Response to Statement of Undisputed Facts; email to local counsel to file; download, file print and email Notice filed by Olem and Response on Opposition to Motion for Summary Judgment Filed by WSC. | 2.70 | 405.00 |
|  | LAK | Revise Reply to Olem's Supplement to Motion for Summary Judgment; research and include application of best evidence rule to the 2007 application; send to local counsel for filing. | 1.70 | 340.00 |
|  | LAK | Prepare pre-trial stipulation in preparation for tomorrow's conference with opposing counsel. | 1.80 | 360.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**


m<sup>c</sup>cormack
Intellectual Property Law
Business Law PS

Invoice Date: 1/9/2012
Invoice No.   13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/11 | LAK | Review upcoming trial deadlines; conference with Mr. McCormack regarding trial strategy and preparation; consider and plan accordingly. | 0.60 | 120.00 |
| 12/15/11 | TBM | Trial Preparation. | 3.60 | 936.00 |
| | TBM | Review damages case; research re the same; consider power point slides to show damages; review recently filed responses to motions for summary Judgment; consider issues re the same; prepare notes re reply issues. | 3.50 | 910.00 |
| | HRP | Download, file, print and email Mr. McCormack response to Motion Re Supplemental Summary Judgment, and Notice by WSC of Filing Response; locate and email Mr. McCormack most recent copy of Jury Instructions. | 0.60 | 90.00 |
| | LAK | Review Olem's Opposition to WSC's Supplemental Motion for Summary Judgment. | 1.00 | 200.00 |
| | LAK | Conference with opposing counsel regarding Pre-Trial Stipulation; follow-up conference with Mr. McCormack discussing strategy and deadlines. | 0.70 | 140.00 |
| | LAK | Prepare Reply to Olem's Opposition to WSC's Supplemental Motion for Summary Judgment; forward to Mr. McCormack for review. | 3.90 | 780.00 |
| | LAK | Research and review trial strategy, specifically related to damages and testimony in support thereof. | 2.00 | 400.00 |
| 12/17/11 | TBM | Review and revise reply to supplemental Motion for Summary Judgment; communicate with associate re the same; review and revise reply to supplemental Motion for Summary Judgment; communicate with associate re the same. | 2.90 | 754.00 |
| | LAK | Conference with Mr. McCormack regarding revisions to Reply to Olem's Opposition, review and revise document. | 1.50 | 300.00 |
| 12/18/11 | LAK | Review and revise Reply to Olem's Opposition; forward to Mr. McCormack for review. | 3.00 | 600.00 |
| 12/19/11 | HRP | Proofread, pin-point cites, review and edit WSC's reply to Olem's Opposition; coordinate with local counsel for filing of the same. | 1.20 | 180.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**mccormack**
Intellectual Property Law
Business Law PS

Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/19/11 | LAK | Conference with USCO, Steve Ruwe, regarding minor change to Rose Zebra registration, specifically the name of the individual at WSC who signed the application. | 0.30 | 60.00 |
| | LAK | Research and confirm page number requirements for filing, review and revise Reply to Olem's Opposition in accordance thereto; forward to Mr. McCormack for review. | 1.70 | 340.00 |
| | LAK | Prepare proposed declaration of Steve Ruwe regarding change to certifying individual on the Rose Zebra registration and detailing phone conference of December 19, 2011; conference with Mr. McCormack regarding same, prepare email to Washington Shoe to confirm their consent to the change. | 0.70 | 140.00 |
| | LAK | Prepare Pre-Trial Stipulation, specifically regarding witness and evidence lists; prepare draft testimony scripts for listed witnesses; prepare jury instructions related to damages. | 1.70 | 340.00 |
| | LAK | Prepare and finalize Reply to Olem's Opposition for filing, conference with Mr. McCormack and local counsel regarding same. | 1.50 | 300.00 |
| 12/20/11 | TBM | Review pleading and copyright office issues;   Communicate with associate re the same. | 1.20 | 312.00 |
| | HRP | Download, file, print and email the WSC reply to response on Supplemental Summary Judgment to Mr. McCormack and Associate Kingston. | 0.20 | 30.00 |
| | LAK | Revise Ruwe affidavit to include reference to his vacation time and our consent; forward to Mr. McCormack for review; conference with Mr. McCormack regarding revisions. | 0.20 | 40.00 |
| | LAK | Prepare Jury Instructions regarding stipulations of fact, admissible evidence, and others related to determination of damages. | 1.50 | 300.00 |
| 12/21/11 | TBM | Review and revise draft affidavit re copyright office administrative error; communications with associate re the same; consider issues re the same. | 0.90 | 234.00 |



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


Intellectual Property Law
Business Law ᴘs

Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 12/21/11 | LAK | Conference with Steve Ruwe at Copyright Office confirming consent to re-issue Rose Zebra registration; finalize affidavit detailing same; prepare correspondence to Mr. Ruwe enclosing affidavit. | 0.50 | 100.00 |
| | LAK | Conference with local counsel regarding filing of notice of intent to file affidavit and process to file same. | 0.10 | 20.00 |
| | LAK | Review proposed Notice of Intent to File re: Rose Zebra registration; conference with Mr. McCormack and local counsel regarding strategy for submitting same; call to USCO checking on status of their materials. | 0.50 | 100.00 |
| | LAK | Research, review, and analyze sample testimony regarding proving actual and statutory damages. | 1.20 | 240.00 |
| | LAK | Prepare jury instructions, exhibit list, and testimony scripts for issues surrounding sales timeline of Olem's boots;. | 4.50 | 900.00 |
| | LAK | Research, review and analyze trial techniques for pre-trial preparation and witness testimony. | 1.00 | 200.00 |
| 12/22/11 | HRP | Locate spreadsheet with Olem sales damages; email same to Associate Kingston. | 0.20 | 30.00 |
| | LAK | Conference with USCO, Steve Ruwe, regarding update to process of change to Rose Zebra registration; review and analyze proposed Notice of Intent to File in accordance with what USCO was willing to provide. | 0.40 | 80.00 |
| | LAK | Prepare Exhibit List for trial, including D.E. numbers, related jury instruction, and any other necessary information; review discovery and pleadings related to same. | 3.00 | 600.00 |
| | LAK | Prepare and finalize proposed Jury Instructions, verify citations of same; prepare jury instruction elements spreadsheet cross-referencing relevant exhibits and witness testimony. | 2.00 | 400.00 |
| | LAK | Conference with Mr. McCormack regarding updates to trial preparation. | 0.20 | 40.00 |
| | LAK | Revise Notice of Intent to File in accordance with discussion with Mr. Ruwe, forward to local counsel for filing, conference with local counsel regarding filing and minor changes to the pleading; double check no additional | 0.40 | 80.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


**m̄cormack**
Intellectual Property Law
Business Law PS

Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | upcoming deadlines this week. | | |
| 12/22/11 | LAK | Review and analyze deposition transcripts for Rob & Karl Moehring; prepare witness testimony outlines and scripts for same. | 3.00 | 600.00 |
| 12/23/11 | TBM | Trial Preparation. | 1.30 | 338.00 |
| | TBM | Trial Preparation; review trial scripts and review exhibits and pre-trial statement; consider issues re the same; communications with associate re the same. | 1.50 | 390.00 |
| | TBM | Trial Preparation; review trial scripts and review exhibits and pre-trial statement; consider issues re the same; communications with associate re the same. | 1.70 | 442.00 |
| | HRP | Create drop-box for Olem Trial Exhibits; beginning pulling exhibits from list from Associate Kingston; look through discovery docs for Invoices for use in Damage Calculations. | 0.90 | 135.00 |
| | LAK | Review and analyze deposition transcripts for Rob & Karl Moehring; prepare witness testimony outlines and scripts for same. | 1.90 | 380.00 |
| | LAK | Review and analyze deposition transcripts for Kim Bertholf, Valerie Moehring, and Mark Moehring for additional details regarding WSC history, customers, and sales data. | 1.20 | 240.00 |
| | LAK | Review and analyze Court Order to determine undisputed facts and conclusions of law; prepare Joint Trial Stipulation sections of undisputed facts and issues of law on which there is agreement. | 1.80 | 360.00 |
| | LAK | Prepare testimony script for Rob Moehring, focusing on market share, copyrights, and other matters. | 1.50 | 300.00 |
| | LAK | Prepare & submit summary of trial prep progress for Mr. McCormack. | 0.30 | 60.00 |
| 12/26/11 | TBM | Trial Preparation. | 2.10 | 546.00 |
| 12/27/11 | LAK | Conference with Mr. McCormack regarding trial strategy and pending drafts. | 1.00 | 200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 12/27/11 | LAK | Conference with Karl Moehring regarding license rates and calculations, Olem's market, and how to calculate the order placed with the manufacturer. | 0.50 | 100.00 |
| | LAK | Revise exhibit list, removing documents without direct relevance to damages; review proposed exhibits. | 0.60 | 120.00 |
| | LAK | Prepare testimony script for Karl Moehring, focusing on explaining damages calculations, expenses, and incorporating elements from earlier conversation. | 5.00 | 1,000.00 |
| | LAK | Prepare and revise testimony script for Rob Moehring. | 1.90 | 380.00 |
| 12/28/11 | TBM | Trial Preparation. | 2.50 | 650.00 |
| | TBM | Trial Preparation; review trial scripts and review exhibits and pre-trial statement; consider issues re the same; communications with associate re the same. | 3.90 | 1,014.00 |
| | HRP | Pull set of discovery documents and review; create trial exhibit PDFs and update trial exhibit spreadsheet; create drop-box for exhibits. | 3.10 | 465.00 |
| | LAK | Prepare testimony script for Karl Moehring, focusing on explaining damages calculations, expenses, and incorporating elements from earlier conversation. | 5.00 | 1,000.00 |
| | LAK | Review and analyze 30(b)(6) depositions of Olem representative for issues to include or contradict in trial. | 3.00 | 600.00 |
| | LAK | Revise exhibit list, consider applicable Federal Rule of Evidence re: same. | 2.00 | 400.00 |
| | LAK | Conference with Mr. McCormack regarding status of trial preparation. | 1.00 | 200.00 |
| 12/29/11 | TBM | Trial Preparation; review trial scripts and review exhibits and pre-trial statement; consider issues re the same; communications with associate re the same. | 2.10 | 546.00 |
| | HRP | Conference with Local Counsel regarding Trial Brief; edit trial exhibits into sub-exhibits per input from Mr. McCormack; update trial exhibit spreadsheet with new sub-exhibit numbers; scan and insert declarations of custodians of records into exhibits; re-name trial exhibits (such as 30(b)(6) depositions per Mr. McCormack; review discovery provided by Olem and find specific bates numbers | 6.30 | 945.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


mccormack
Intellectual Property Law
Business Law PS

Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | as requested by attorney. | | |
| 12/29/11 | LAK | Conference with Mr. McCormack regarding draft testimony scripts and changes thereto. | 1.00 | 200.00 |
| | LAK | Review and analyze 30(b)(6) depositions of Olem representative for issues to include or contradict in trial; break-down each deposition in accordance with the legal element for trial; prepare itemized spreadsheet detailing results. | 3.00 | 600.00 |
| | LAK | Revise witness testimony transcripts, specifically regarding proof of willfulness, based on deposition spreadsheet. | 2.00 | 400.00 |
| | LAK | Review Olem's invoices, purchase orders, and other materials to compare to the totals we had, attempt to balance and rectify any discrepancies. | 2.00 | 400.00 |
| | LAK | Review Washington Shoe's sales history for Ditsy Dot and zebra styles in preparation for inclusion in testimony; prepare summary spreadsheet of same, correspond with Mr. Karl Moehring regarding numbers. | 2.00 | 400.00 |
| 12/30/11 | HRP | Download, file, print and email Mr. McCormack Notice of Hearing; continue working on trial exhibits; update OP Exhibits such as declaration of Su Yan and Notice of Witness Tampering; research address for Jessica Stetson; search through Olem discovery and pull out all invoices showing willful sales; scan and create PDF of willful invoices and list of Bates numbers; updated Olem customer exhibits removing Subpoena Duces Tecum and all customers who did not produce; make updates to OP Exhibit Spreadsheet and Trial Exhibit Spreadsheet. | 4.40 | 660.00 |
| | LAK | Prepare exhibit list for Offer of Proof on Willfulness, review and analyze documents and trial record in preparation for same. | 4.00 | 800.00 |
| | LAK | Review and revise Trial Exhibit list, Witness List, and Offer of Proof Exhibit list. | 2.50 | 500.00 |
| | LAK | Finalize Trial Exhibit list, Witness List, and Offer of Proof Exhibit list, prepare cover letters for same; submit to opposing and local counsel. | 1.00 | 200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**


Intellectual Property Law
Business Law PS

Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 12/30/11 | LAK | Conference with Mr. McCormack regarding the final versions of exhibit and witness lists. | 0.50 | 100.00 |
| | LAK | Prepare correspondence to opposing counsel regarding specifics of Local Rules and application to proposed exhibit lists. | 0.50 | 100.00 |
| | Subtotal | | ■■■ | ■■■ |

### WSC - Olem Shoe Corp / ADVANCES

| | | | | |
|------|---------------------|-------------|-------|--------|
| 12/31/11 | ADV | Services rendered December 2011 by Attorney John Widell (of Santa Fe, NM) re WSC v. Olem Shoe Corp. | 14.60 | 3,796.00 |
| | | ~ Review and edit pre-trial documents, including jury instructions, pre-trial stipulations, witness outlines and scripts, and issue summaries. | | |
| | | ~ Legal research regarding evidence, damages, and other trial issues. | | |
| | | ~ Telephone conference and correspondence with Mr. McCormack and associate, Ms. Kingston. | | |
| | Subtotal | | 14.60 | 3,796.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**





Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

Fees for Professional Services

## ADDITIONAL CHARGES

Qty

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



mccormack
**Intellectual Property Law**
**Business Law PS**

Invoice Date: 1/9/2012
Invoice No.   13749

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | | Qty | |

**Expenses / Olem Shoe Corp**

| | | | | |
|------|------|------|------|------|
| 12/05/11 | | Photocopies, Fourth Amended Complaint (working copy) | 14 | 2.80 |
| 11/2011 | | Color print (full page) | 490 | 490.00 |
| 11/2011 | | Printing charges (b/w) | 3,936 | 393.60 |
| 12/22/11 | | Printing charges (b/w); Deposition Transcript of Karl Moehring | 116 | 11.60 |
| 12/22/11 | | Printing charges (b/w); Deposition Transcript of Rob Moehring | 61 | 6.10 |
| 12/23/11 | | Printing charges (b/w); Deposition Transcript of Shahin Rezaie | 85 | 8.50 |
| 12/23/11 | | Printing charges (b/w); Deposition Transcript of Robert Olemberg | 60 | 6.00 |
| 12/23/11 | | Printing charges (b/w); Deposition Transcript of Mark Moehring | 48 | 4.80 |
| 11/2011 | | Photocopies | 26 | 5.20 |
| | | Subtotal | | 928.60 |

**Expenses / Westlaw - Olem Shoe Corp**

| | | | | |
|------|------|------|------|------|
| 12/05/11 | | Westlaw Online Research - Olem | 1 | 635.00 |
| 12/07/11 | | Westlaw Online Research - Olem | 1 | 13.00 |
| 12/12/11 | | Westlaw Online Research - Olem | 1 | 289.00 |
| 12/14/11 | | Westlaw Online Research - Olem | 1 | 245.00 |
| 12/15/11 | | Westlaw Online Research - Olem | 1 | 313.00 |
| 12/15/11 | | Westlaw Online Research - Olem | 1 | 220.00 |
| 12/22/11 | | Westlaw Online Research - Olem | 1 | 60.00 |
| | | Subtotal | | 1,775.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



mccormack
Intellectual Property Law
Business Law PS

Invoice Date: 1/9/2012
Invoice No.    13749

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
|      |                        |             |       | Amount |

Total Additional Charges                               $ ▮▮▮▮

**TOTAL NEW CHARGES THIS PERIOD**            $ ▮▮▮▮

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**

When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.



**mccormack**
Intellectual Property Law
Business Law PS

617 Lee Street
Seattle, WA 98109 USA
p.206.381.8888 / f.206.381.1988
www.McCormackLegal.com
tim@McCormackLegal.com

Fed ID ███████

ROB MOEHRING
WASHINGTON SHOE COMPANY
21001 72ND AVE S
KENT WA 98032-1338
USA

Invoice Date: 2/3/2012

Invoice No.    13793

Last Bill Date: 1/9/2012

For the period ending January 23, 2011

IN REFERENCE TO:    **Intellectual Property**



NEW CHARGES (Itemized below)

**Total Due**

**CHARGES THIS STATEMENT**

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|

**SERVICES**



*Dial Address*
Telephone 206.381.8888
Facsimile 206.381.1988

*Mailing Address*
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|



**WSC - Olem Shoe Corp**

| 01/02/12 LAK | Review and revise Pre-trial Stipulation, focusing on sections for undisputed facts and issues of law; review and analyze Olem's reported sales and purchase figures to verify and identify discrepancies; review and revise testimony | 8.80 | 2,288.00 |
|------|------|------|------|

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | scripts for Rob, Karl, and Roel, specifically focusing on boot identification and damages clarification; prepare and revise letter to opposing counsel regarding Notice of Intent to File Re-Issued Copyright Registration. | | |
| 01/02/12 | TBM | Trial Preparation; review finalized jury instruction; review and revise pretrial stipulation. | 3.60 | 1,080.00 |
| | AT | Produce copies of invoice data from Olem sale records. | 7.00 | 665.00 |
| | RCR | Input data from invoice to Excel for **Zebra** print; input data from invoice to Excel for **Ditsy Dot** print. | 4.00 | 380.00 |
| | HRP | Update damages calculations for willful infringement; review Olem sales invoices and highlight willful sales, adding to spreadsheet; mail, fax, email and save to file, letter to B. Burstein and J. Sanchelima. | 2.10 | 315.00 |
| 01/03/12 | LAK | Review and analyze case and statutory law regarding requirements and procedures for submitting offer of proof testimony; revise deposition excerpts to specifically reference the parts of the deposition that revised Olem's answers to the Requests for Admission; conference with Mr. McCormack regarding Status Conference with court; provide drafts of current materials for review; discuss next steps; review and analyze Olem's reported sales and purchase figures to verify and identify discrepancies, specifically those numbers included on Acosta's Exhibit G but not included in their Bates disclosures; review and revise draft Brief Detailing Motions In Limine; forward comments to Mr. McCormack; prepare Memorandum on Legal Theories of Damages & Calculations; revise Pre-Trial Stipulation to include Washington Shoe's lost revenue and Olem's profits as calculated by boots Olem purchased form supplier and sold to customers; forward to Mr. McCormack for review; research legal precedent regarding timing & separate incident of infringement matters in preparation for Memo on Legal Theories of Damages & Calculations. | 9.80 | 2,548.00 |
| | AT | Produce copies of invoice data from Olem sale records. | 2.00 | 190.00 |
| | TBM | Trial Preparation; review finalized jury instruction; review and revise pretrial stipulation; hearing with Judge Huck re status of case and related issues; communications with client and associate re the same; prepare motion to Court re memo concerning Motions In Limine; discuss with associate re trial scripts and damages memo / trial brief to | 8.10 | 2,430.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.   13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| | | the court. | | |
| 01/03/12 | RCR | Input remaining data from invoice to Excel for ditsy dot print. | 2.00 | 190.00 |
| | HRP | Create spreadsheet for exhibits to be entered into evidence with element listed per court rules and proposed script for admission and evidentiary basis; edit, format and mail to local counsel Brief Motions In Limine to be filed. | 6.10 | 915.00 |
| 01/04/12 | LAK | Review and revise Pre-Trial Stipulation incorporating Mr. John Waddell's proposed changes and revising the license portion of the stipulations; prepare Memorandum on Legal Theories of Damages & Calculations; review and revise same; prepare chart of damages for inclusion in brief. | 9.50 | 2,470.00 |
| | TBM | Trial Preparation; review finalized jury instruction; review and revise pretrial stipulation; hearing with Judge Huck re status of case and related issues; communications with client and associate re the same; prepare motion to Court re memo concerning Motions In Limine; discuss with associate re trial scripts and damages memo / trial brief to the court. | 7.30 | 2,190.00 |
| | HRP | Download from PACER (Public Access to Court Electronic Records), file, print and email Minute Entries for 1/3/12, Order of Reference to Magistrate Judge Turnoff, and Notice of Pending Motion In Limine; finish evidentiary basis spreadsheet; assist Associate Kingston with research re damages theories. | 2.20 | 330.00 |
| 01/05/12 | LAK | Review and revise Memo on Damages per Mr. McCormack's revisions; conference with Mr. McCormack regarding same; revise Pre-Trial Stipulating for consistency with Memo on Damages; review and analyze Court's Order of Validity of Rose Zebra Supreme copyright; consider how affects Memo on Damages; revise testimony script for Karl Moehring, specifically for consistency with Memo on Damages and other theories on damages, such as license costs and intangible damages; review and analyze Affidavit from U.S. Copyright Office (USCO) regarding re-issue of Rose Zebra Supreme copyright; request certified copy from Information & Records Division; forward to Mr. McCormack for review; revise testimony script for Rob Moehring and Roel, specifically for consistency with Memo on Damages and other theories on damages. | 9.00 | 2,340.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


**mccormack**
Intellectual Property Law
Business Law PS

Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 01/05/12 | TBM | Review judges order re statutory damages; review and revise damages brief to the court; review and revise pre-trial statement; review additional exhibits; communications with client and associate re the same; communications with local counsel re the same and other issues; additional trial preparation. | 7.80 | 2,340.00 |
| | HRP | Insert updated Zebra Rose Copyright Registration into exhibit; Download from PACER, file, print and email Notice by Washington Shoe Co. of Status Conference, Order RE: MSJ Supp, and Updated Notice of Settlement Conference. | 0.90 | 135.00 |
| 01/06/12 | TBM | Trial Preparation. | 8.20 | 2,460.00 |
| | LAK | Prepare Damages Summary Presentation for trial testimony; review Potential Evidence Exhibits List from Olem, determine objections if any; prepare summary of same; prepare testimony outline for Karl Moehring; prepare Washington Shoe's sales summary, and line item support thereto, for trial testimony. | 11.00 | 2,860.00 |
| | HRP | Compile Opposing Counsel's proposed exhibits based on exhibit list and print for Mr. McCormack; create new exhibit list with Plaintiff's exhibits and ad objections key, make updates to objections per Mr. McCormack; save letter from Sanchelima to file; add trade show photos to exhibits; download, save and print Trial Exhibits provided by Olem. | 3.40 | 510.00 |
| 01/07/12 | LAK | Prepare testimony outline for Karl Moehring. | 4.00 | 1,040.00 |
| 01/08/12 | TBM | Pre-trial stipulation; motions to exclude; issues re initial disclosures and related trial preparation. | 2.50 | 750.00 |
| | LAK | Prepare testimony outline for Karl Moehring, Rob Moehring, and Roel Salonga. | 8.70 | 2,262.00 |
| 01/09/12 | TBM | Pre-trial stipulation; motions to exclude; issues re initial disclosures and related trial preparation; preparation for settlement conference. | 6.70 | 2,010.00 |
| | RCR | Print documents in "Pleadings-filed" folder for Washington Shoe adv Olem (PLD 1 Through PLD 232). | 5.50 | 522.50 |
| | LAK | Conference with Mr. McCormack regarding Testimony Outlines, trial progress, and status update on other pending tasks; review and analyze Olem's Chinese invoices against line item summaries for consistency and full disclosure, | 9.80 | 2,548.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**mccormack**
Intellectual Property Law
Business Law ᴘs

Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | prepare summary of discrepancies therein, update damages theories accordingly and consider effect of additional boots sold than purchased; conference with USCO regarding certified copies of copyright registration for Rose Zebra Supreme registration & deposit; coordinate mailing and shipping of same for trial; review and analyze WSC sales history for variations between information disclosed in discovery and that in December 2011; prepare Excel summary of Olem's number of boots purchased, including line item support thereto, include in PowerPoint for trial. | | |
| 01/09/12 | HRP | Make updated travel arrangements for Mr. McCormack; Download from PACER, file, print and email Defendant's Motion In Limine; review updated exhibit list as provided by Olem and notify Mr. McCormack of differences and possible objections; print and create file for Mr. McCormack settlement documents. | 2.40 | 360.00 |
| 01/10/12 | TBM | Trial preparation. | 8.00 | 2,400.00 |
| | RCR | Print documents in "Pleadings-filed" folder for Washington Shoe adv Olem (PLD 233 Through PLD 402). | 6.00 | 570.00 |
| | LAK | Format and provide case law cited in WSC Damages Brief DE 419 to Mr. McCormack in preparation for hearing; review and analyze WSC sales history for variations between information disclosed in discovery and that in December 2011; revise to differentiate discovery numbers and that of after discovery cut-off; review and revise Testimony Outline of Karl Moehring to include revised damages numbers and license calculations based on higher number of boots purchased rather than sold; research pleadings for response to Olem's motion for sanctions for alleged failure to reference license rates and higher damages numbers; review numbers for Olem, double check Bates / Exhibit G discrepancies for boots sold; update PowerPoints and materials re the same; trial Prep with Karl Moehring. | 10.20 | 2,652.00 |
| | HRP | Assist Associate Kingston in researching any pleadings referencing the higher damages amount; convert Jury Instructions into WordPerfect. | 2.30 | 345.00 |
| 01/11/12 | TBM | Trial preparation. | 8.00 | 2,400.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/11/12 | RCR | Print remaining documents in "Pleadings-filed" folder for Washington Shoe adv Olem (PLD 403 through 428). | 2.00 | 190.00 |
| | LAK | Prepare fact section of Reply to Sanctions Motion, including the damages disclosures and other information in the record; prepare Exhibits to Reply to Sanctions Motion, including the pleadings, discovery, and deposition transcripts; redact and revise deposition transcripts to focus on excerpts of damages; conference with Mr. McCormack regarding Exhibits to Reply and other pending matters; conference with Tim & Karl about WSC sales history and materials disclosed in discovery in preparation for January 12, 2012 hearing on damages; prepare Declaration of Fact of Timothy McCormack detailing the steps taken to disclose WSC damages to Olem; prepare for Reply to Sanctions Motion; review Olem's depositions of Washington Shoe representatives, discovery requests, and pleadings for questions as to specific amounts of damages or any other reference to license and alternative actual damages theories; prepare for Reply to Sanctions Motion; review WSC's depositions of Olem Shoe representatives, discovery requests, and pleadings for questions as to specific amounts of offsets or any other reference to expenses theories. | 11.90 | 3,094.00 |
| | SAK | Trial Preparation - print depositions and exhibits, create tabs and update index for deposition binders; Trial Preparation - assist with pleading files for trial preparation. | 8.00 | 1,200.00 |
| | RCR | Assist in creating PowerPoint presentation with timeline for opening arguments. | 1.00 | 95.00 |
| | HRP | Update Mr. McCormack's return flight: research shortest flight possible and book and research hotel options; download from PACER, file, print and email Olem's Motion for Sanctions, Clerk's Notice and Notice of Scrivener's Error; commence printing and indexing entire discovery file to bring for trial; assist Associate Kingston with research for Sanctions response. | 4.60 | 690.00 |
| 01/12/12 | TBM | Trial preparation. | 8.00 | 2,400.00 |
| | SAK | Trial Preparation: create tabs and update index for deposition binders; review and analyze pleading files for trial prep; proof trial exhibits and trial exhibit list for inaccuracies. | 4.50 | 675.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------------------|-------------|-------|--------|
| 01/12/12 | LAK | Finalize Exhibit 1, Presentation on Damages; send for printing; conference with Mr. McCormack regarding court hearing results and ruling on damages, consider impact on testimony; review WSC sales data for wholesale prices, prices for different retailers and tie-ins to Olem's type of business; research local stores for testimony to familiarize jury with type of business WSC would sell to in their area; verify full name of customer codes for same; revise testimony outline of Karl Moehring to focus on retail and wholesale losses, including comparable customers to Olem; returns data and exclusion of references to licensing and buyout factors; travel to WSC for testimony practice with Karl Moehring; witness preparation and testimony practice with Karl Moehring; review prior PowerPoints for consistency with recent ruling, select portions for new Opening Argument Presentation, conference with associate on creation of new a PowerPoint exhibit. | 11.20 | 2,912.00 |
| | AT | Trial Preparation: organize pleadings. | 2.00 | 190.00 |
| | RCR | Produce binders of all printed pleadings. | 6.00 | 570.00 |
| | HRP | Download from PACER, file, print and email joint motion RE: electronic equipment; assist RR with reviewing trial pleadings file; ship trial documents Fed Ex to local counsel office. | 2.10 | 315.00 |
| 01/13/12 | TBM | Trial preparation. | 8.00 | 2,400.00 |
| | LAK | Prepare cross-examination questions for Julio Acosta; review deposition transcripts for inconsistencies and factual answers in preparation of same; revise testimony of Karl Moehring to comply with Court's order today, removing references to license, buyout and intangible losses, focusing more on retail and wholesale losses; teleconference with Karl for witness preparation and testimony practice; prepare and print documents, outlines, and exhibits for testimony practice; conference with Mr. McCormack regarding witness testimony; prepare and revise opening statement PowerPoint. | 11.50 | 2,990.00 |
| | SAK | Trial Preparation - review and analyze discovery  assist with locating custom documentation and invoices from China; Trial Preparation - assist with power point presentation, locate images for presentation. | 3.00 | 450.00 |

Continued

Rob Moehring
**Intellectual Property**



McCormack
Intellectual Property Law
Business Law PS

Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/13/12 | RCR | Tab and number pleading documents in binders. | 6.50 | 617.50 |
| | HRP | Review discovery for references to boots being returned; Create form AO187 for judge and email to local counsel; order hearing transcript from Court Reporter; Download from PACER, file, print and email order on electronic equipment and minute entries from hearing; assist Associate Kingston with sales summary totals for PowerPoint; Update master spreadsheet of exhibits with our responses to Olem's objections and email to Local Counsel. | 4.40 | 660.00 |
| 01/14/12 | TBM | Trial preparation. | 8.00 | 2,400.00 |
| | LAK | Travel to and from WSC for testimony practice with Karl & Rob Moehring; witness preparation and testimony practice with Karl & Rob Moehring; revise testimony of Karl Moehring to include new topics and re-organizations discussed during day's practice; update PowerPoint with corrected numbers of discrepancies and sales losses; highlight and identify bates number / Exhibit G&H discrepancies. | 12.00 | 3,120.00 |
| | SAK | Trial Preparation - review and analyze Olem invoices against Olem Line Item List. | 6.00 | 900.00 |
| 01/15/12 | TBM | Travel to and from Miami; trial preparation | 8.00 | 2,400.00 |
| | TBM | Trial preparation. | 8.00 | 2,400.00 |
| | LAK | Revise testimony of Rob Moehring to include new topics and re-organizations discussed during yesterday's practice; prepare and print documents, outlines, and exhibits for testimony practice; travel to and from WSC for testimony practice with Karl & Rob Moehring; witness preparation and testimony practice with Karl & Rob Moehring; revise testimony of Rob & Karl Moehring to include new topics and re-organizations discussed during day's practice, forward to both including talking points; update PowerPoint with new photo slide and review numbers for accuracy; prepare Trial Testimony Exhibit notebook and deposition transcripts for review for Mr. McCormack; review and analyze customer invoices supplied by Olem (Bates 863-1145) for consistency with Acosta Exhibits G & H; travel with Mr. McCormack to airport, confer and discuss trial strategy, jury selection, and themes of case in preparation for trial. | 14.10 | 3,666.00 |

**Dial Address**
Telephone 206.381.8888
Facsimile 206.381.1988

**Mailing Address**
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/15/12 | SAK | Trial Preparation - review and analyze Olem invoices against Olem Line Item List. | 10.00 | 1,500.00 |
| | HRP | Travel, pick up rental car. | 7.50 | 1,125.00 |
| 01/16/12 | TBM | Trial preparation. | 10.00 | 3,000.00 |
| | LAK | Review and analyze customer invoices supplied by Olem (Bates 863-1145) for consistency with Acosta Exhibits G & H; review subpoena duces tecum invoices supplied by Olem's customers for same continuity, advise Mr. McCormack of findings; prepare and revise cross-examination outline for Julio Acosta; review and analyze deposition transcripts for preparation of same, focusing on consistency of sales & purchase data, international sales, and explanation of deductible expenses; prepare and revise cross-examination outline for Robert Olemberg; review and analyze deposition transcripts for preparation of same, focusing on knowledge of sales, and international business; prepare and revise cross-examination outline for Shahin Rezaie; review and analyze deposition transcripts for preparation of same, focusing on purchases of boots from China; review discrepancies between Bates Nos. and Exhibit G for finalization and determination if will include in testimony; update PowerPoint and summary spreadsheets with results of same. | 11.20 | 2,912.00 |
| | HRP | Pick up clients and Mr. McCormack at airport, transport to Local Counsel office; continue preparing four sets of trial exhibits and tabbing, per local rule. | 10.00 | 1,500.00 |
| 01/17/12 | TBM | Trial. | 12.00 | 3,600.00 |
| | HRP | TRIAL: Transport Mr. McCormack, Trial Exhibits and supporting documentation to Courthouse; take notes of voir dire and opposing counsel's objections, arguments and trial proceedings, assist Mr. McCormack with locating requested documents and any other requests. | 9.00 | 1,350.00 |
| | LAK | Research and analyze proving causation of actual damages as a result of infringement, advise Mr. McCormack and local counsel on same; review jury instruction for instruction on calculating actual damages; obtain Exhibit B from Olemberg deposition; forward to Mr. McCormack for review; conference with Ms. Post about proof of WSC other costs; gather and forward documents to Mr. McCormack for review; conference with Mr. McCormack | 6.30 | 1,638.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued


Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | regarding disclosures of WSC costs, discovery Requests for Production regarding same; prepare closing PowerPoint slides detailing multiple colors of infringing Ditsy Dot boots, cost of goods summary and examples of math for same, and cancelled order discrepancy; conference with Mr. McCormack regarding same; review file for specimens of use of mark in relation to boots; request samples of same from Ms. Brewer; conference with Mr. McCormack about the results of the Exhibit G / Bates Nos. review and use at trial; review discovery materials, trial exhibits, and deposition transcripts of Washington Shoe for any and all references to WSC's cost of goods of designs at issue; prepare summary of results; forward to Mr. McCormack for review. | | |
| 01/18/12 | TBM | Trial and post trial. | 12.00 | 3,600.00 |
| | HRP | TRIAL: Transport Mr. McCormack to Courthouse; remove all exhibits and trial documents from courtroom and transport out; take notes of trial proceedings; assist Mr. McCormack with locating requested documents and any other requests. | 9.00 | 1,350.00 |
| | LAK | Conference with Ms. Post about proof of WSC other costs; forward documents from prior evening for use at trial; research and review statute and case law regarding motion for attorney's fees and requirements to obtain same; review all Washington Shoe trademarks to ensure all information is on file and deadlines updated. | 2.60 | 676.00 |
| 01/19/12 | TBM | Post trial. | 4.00 | 1,200.00 |
| | LAK | Research, review, and analyze case law regarding award of attorney's fees, specifically publication requirements, definition of prevailing party and costs; prepare motion for attorney's fees. | 8.00 | 2,080.00 |
| | HRP | Update travel arrangements for Mr. McCormack and myself; arrange disposal of trial documents and drop off at Trial Copy; ship trial exhibits back to Seattle. | 4.50 | 675.00 |
| 01/20/12 | TBM | Travel to and from Miami; post trial preparation. | 8.00 | 2,400.00 |
| | LAK | Prepare motion for attorney's fees, focusing in inextricably intertwined, frivolity, and reasonableness of amounts. | 8.00 | 2,080.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued



**mccormack**
Intellectual Property Law
Business Law ps

Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 01/20/12 | HRP | Travel to and from Miami. | 7.50 | 1,125.00 |
| 01/23/12 | TBM | Post trial. | 4.00 | 1,200.00 |
| | Subtotal | | 481.30 | 111,841.00 |

### WSC - Olem Shoe Corp / ADVANCES

| | | | | |
|------|------|------|------|------|
| 01/23/12 | ADV | Services rendered January 2012 by Attorney John Widell (of Santa Fe, NM) re WSC v. Olem Shoe Corp.: Telephone conferences and correspondence with Mr. McCormack and Ms. Kingston regarding pretrial documents, trial preparation, and other pending matters; review and edit jury instructions, witness preparation documents, pretrial stipulation, and other pretrial documents; legal research and preparation of memoranda and briefing regarding admissibility of evidence, claim elements, burdens of proof, damages, and related issues. | 36.10 | 9,386.00 |
| | Subtotal | | 36.10 | 9,386.00 |

Fees for Professional Services 

### ADDITIONAL CHARGES

Qty

#### Advances / Olem Shoe Corp

| | Qty | |
|------|------|------|
| 01/04/12 TBM's flight to Miami for settlement confernce and trial call. | 1 | 1,381.60 |
| 01/06/12 TBM's flight to Miami for Trial. | 1 | 1,534.60 |
| 01/09/12 HRP's flight to Miami for Trial. | 1 | 1,504.60 |
| 01/19/12 Parking | 1 | 11.00 |
| 01/19/12 Gas | 1 | 45.56 |
| 01/19/12 Rental Car | 1 | 271.69 |
| 01/20/12 4 Nights Hotel Stay for TBM | 1 | 925.16 |
| 01/23/12 4 Days @ Per Diem of $66 (TBM) | 1 | 264.00 |
| 01/20/12 5 Nights Hotel Stay for HRP, incl. Parking | 1 | 1,202.85 |
| 01/23/12 5 Days @ Per Diem of $66 (HRP) | 1 | 330.00 |
| 01/09/12 Rose Zebra Supreme   Copyright Office Rcpt No. 1-BPXW33 Certified Copyright Registration fees: $165 for certification; $35 for certificate itself | 1 | 200.00 |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.    13793

|  | ATTORNEY/ | | | | |
|---|---|---|---|---|---|
| DATE | PARALEGAL | DESCRIPTION | | HOURS | AMOUNT |
| | | | Qty | | |
| 01/09/12 | Rose Zebra Supreme | Copyright Office Rcpt No. 1-BPXW33 | 1 | | 177.00 |
| | | Certified Copyright Registration fees (for additional certification): | | | |
| | | $165 for certification; $12 for color photocopy of deposit. | | | |
| | | | | | |
| **01/12/12** | Printing Charges  TERIS - Seattle  Invoice No. **156149** | | 1 | | 894.06 |
| | 4 sets Trial Exhibits   WSC v Olem   Job No. 2062 NF | | | | |
| | 3,080 B&W Blowbacks (8¢/p) $246.40; 256 BB sllpsheets (3¢/p) $7.68 | | | | |
| | 484 Color BBs (99¢/p) $479.16; 8 3" View Binders ($6.50ea) $52.00 | | | | |
| | Tech Time 0.25 hrs ($125/hr) $31.25; 9.5% WA STX  $77.57 | | | | |
| | | | | | |
| 01/12/12 | Hearing Transcript. | | 1 | | 439.56 |
| 01/18/12 | Shipping | | 1 | | 215.12 |
| 01/19/12 | Trial Copy (Document Disposal) | | 1 | | 112.35 |
| 01/23/12 | Hearing Transcript. | | 1 | | 299.70 |
| 01/23/12 | Hearing Transcript. | | 1 | | 181.56 |
| | | | | | |
| | Subtotal | | | | 9,990.41 |

### Advances / Olem Shoe Corp - FedEx

| | | | | |
|---|---|---|---|---|
| **Olem**  1/12/12   FedEx Tracking **793113178797** | | 1 | | 326.80 |
| FedEx Priority Overnight, 60-lbs; Delivery 1/13/2012 9:24 AM | | | | |
| To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | | | |
| Rcpt sig. .JIRALDO | | | | |
| **Olem**  1/12/12   FedEx Tracking **793113178856** | | 1 | | 101.19 |
| FedEx Priority Overnight, 18-lbs; Delivery 1/13/2012 9:24 AM | | | | |
| To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | | | |
| Rcpt sig. .JIRALDO | | | | |
| **Olem**  1/12/12   FedEx Tracking **793113178878** | | 1 | | 85.08 |
| FedEx Priority Overnight, 15-lbs; Delivery 1/13/2012 9:24 AM | | | | |
| To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | | | |
| Rcpt sig. .JIRALDO | | | | |
| **Olem**  1/12/12   FedEx Tracking **793113178889** | | 1 | | 251.59 |
| FedEx Priority Overnight, 46-lbs; Delivery 1/13/2012 10:10 AM | | | | |
| To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | | | |
| Rcpt sig. .J.ANDERSON | | | | |
| **Olem**  1/12/12   FedEx Tracking **793113178904** | | 1 | | 267.70 |
| FedEx Priority Overnight, 49-lbs; Delivery 1/13/2012 10:10 AM | | | | |
| To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | | | |
| Rcpt sig. .J.ANDERSON | | | | |
| **Olem**  1/12/12   FedEx Tracking **793113178915** | | 1 | | 165.66 |
| FedEx Priority Overnight, 30-lbs; Delivery 1/13/2012 10:10 AM | | | | |
| To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | | | |
| Rcpt sig. .J.ANDERSON | | | | |

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Invoice Date: 2/3/2012
Invoice No.     13793

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| | | | Qty | |
| **Olem** | 1/12/12 | FedEx Tracking **793113179017** | 1 | 144.17 |
| | | FedEx Priority Overnight, 26-lbs; Delivery 1/13/2012 9:24 AM | | |
| | | To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | |
| | | Rcpt sig. ..JIRALDO | | |
| **Olem** | 1/12/12 | FedEx Tracking **793113179040** | 1 | 138.80 |
| | | FedEx Priority Overnight, 25-lbs; Delivery 1/13/2012 9:24 AM | | |
| | | To: Zachary Weaver, Lewis Tein PLLC, Coconut Grove FL 33133 | | |
| | | Rcpt sig. ..JIRALDO | | |

Subtotal     1,480.99

### Expenses / Olem Shoe Corp

| Description | | AMOUNT |
|------|------|------|
| Printing charges (b/w); case law (US v Adams) re offer of proof | 11 | 1.10 |
| Printing charges (b/w); draft Pre-Trial Stipulation | 17 | 1.70 |
| Printing charges (b/w); deposition excerpts | 62 | 6.20 |
| Printing charges (b/w); Depositions | 2,658 | 265.80 |
| Printing charges (b/w); 3 Copies Invoices to Customers | 846 | 84.60 |
| Printing charges (b/w); 3 copies Karl Moehring testimony | 51 | 5.10 |
| Printing charges (b/w); 3 copies Rob Moehring testimony | 15 | 1.50 |
| Printing charges (b/w); 3 Copies Exh. B-2; B-7 | 21 | 2.10 |
| Printing charges (b/w); 3 Copies Exh. B-3 | 51 | 5.10 |
| Printing charges (b/w); 3 Copies Exh. B-5 | 36 | 3.60 |
| Printing charges (b/w); 3 Copies Exh. G & H Acosta Depo | 84 | 8.40 |
| Printing charges (b/w); WSC Sales Data (Exh. D-2) | 123 | 12.30 |
| Printing charges (b/w); WSC Sales Data Summary (Exh. D-1) | 13 | 1.30 |
| Printing charges (b/w); Summary of China Invoices | 1 | 0.10 |
| Printing charges (b/w); Summary Chart of Damages, PO and Exh. G | 3 | 0.30 |
| Printing charges (b/w); Invoices and Lined Items | 32 | 3.20 |
| Printing charges (b/w); Trial Exhibit Binder printouts | 391 | 39.10 |
| Printing charges (b/w); Copies of Depositions and Exhibits | 204 | 20.40 |
| Color prints (full page) January thru 1/23 | 177 | 177.00 |
| Printing charges (b/w); January thru 1/23 | 15,919 | 1,591.90 |
| Photocopies - January thru 1/24 | 1,159 | 231.80 |

Subtotal     2,462.60



Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Continued

Rob Moehring
**Intellectual Property**



Intellectual Property Law
Business Law PS

Invoice Date: 2/3/2012
Invoice No.    13793

| DATE | ATTORNEY/<br>PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| | | | Qty | |

### Expenses / Westlaw - Olem Shoe Corp

| DATE | DESCRIPTION | Qty | AMOUNT |
|------|-------------|-----|--------|
| 01/03/12 | Westlaw Online Research - Olem | 1 | 701.00 |
| 01/04/12 | Westlaw Online Research - Olem | 1 | 477.00 |
| 01/06/12 | Westlaw Online Research - Olem | 1 | 60.00 |
| 01/07/12 | Westlaw Online Research - Olem | 1 | 221.00 |
| 01/10/12 | Westlaw Online Research - Olem | 1 | 90.00 |
| 01/10/12 | Westlaw Online Research - Olem | 1 | 195.00 |
| 01/11/12 | Westlaw Online Research - Olem | 1 | 112.00 |
| 01/11/12 | Westlaw Online Research - Olem | 1 | 86.00 |
| 01/13/12 | Westlaw Online Research - Olem | 1 | 341.00 |
| 01/17/12 | Westlaw Online Research - Olem | 1 | 230.00 |
| 01/17/12 | Westlaw Online Research - Olem | 1 | 45.00 |
| 01/17/12 | Westlaw Online Research - Olem | 1 | 488.00 |
| 01/17/12 | Westlaw Online Research - Olem | 1 | 55.00 |
| 01/18/12 | Westlaw Online Research - Olem | 1 | 52.00 |
| 01/19/12 | Westlaw Online Research - Olem | 1 | 13.00 |
| 01/20/12 | Westlaw Online Research - Olem | 1 | 375.00 |

Subtotal      3,541.00

Total Additional Charges    $▇▇▇▇▇

TOTAL NEW CHARGES THIS PERIOD    $▇▇▇▇▇

Dial Address
Telephone 206.381.8888
Facsimile 206.381.1988

Mailing Address
617 Lee Street
Seattle, WA 98109-3425, USA

Courier Address
617 Lee Street
Seattle, Washington, USA

**\* A late fee of 1% per month is imposed on billed amounts remaining unpaid after 30 days.**
When indicated, funds held in trust are applied to the Total Due ten days from date of invoice, absent objection.