# EXHIBIT 9



October 7, 2010

Timothy B. McCormack, Esq.          *Via e-mail*
McCormack Intellectual Property P.S.     *Confirmation by Mail*
617 Lee Street
Seattle, Washington  98109

Re:     Mediation – *Olem Shoe Corp. v. Washington Shoe Co.*
          Our File No. 30121-1-9999

Dear Tim:

It was a pleasure to have worked with you on the referenced mediation. I am sorry we were not able to reach resolution, but hope that the progress made will assist the parties in doing so. If there is any way in which you think I might be of further assistance, please do not hesitate to let me know.

Enclosed please find our firm's statement in connection with this matter. Fees have been divided equally, and the retainer has been applied, leaving only a remaining balance of $1,342.75 from each side. Please note that Local Rule 16.2(b)7 requires fees to be paid to the mediator within forty-five days of invoice.

With best regards,

Very truly yours,

**LOTT & FRIEDLAND**

By:     Leslie J. Lott

LJL/mas
Enclosure
cc: Luis Garcia, Finance Manager

INTELLECTUAL PROPERTY LAW:

PATENTS · TRADEMARKS · COPYRIGHTS
THE INTERNET · ENTERTAINMENT LAW
TRANSACTIONAL & LITIGATION MATTERS
DOMESTIC & INTERNATIONAL REPRESENTATION

355 ALHAMBRA CIRCLE
SUITE 1100
CORAL GABLES, FLORIDA 33134
305.448.7089 TELEPHONE
305.446.6191 FACSIMILE
WWW.LFIPLAW.COM

**Lott & Friedland, P.A.**
**Post Office Drawer 141098**
**Coral Gables, Florida 33114-1098**
**(305) 448-7089**
**Federal Tax I.D.**

McCormack Intellectual Properties, Inc.
Timothy B. McCormack, Esq.
617 Lee Street
Seattle   WA   98109

**Remittance Statement**
*Please return with your payment. Thank you.*

| Previous Balance | | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|---|
| 30121-300000 300000-Oelm Shoe Corp. v Washington Shoe Co. | | | | | | |
| | 0.00 | 3,341.25 | 0.00 | 0.00 | | |
| 30121-999600 999600-Costs | | | | | | |
| | 0.00 | 0.00 | 1.50 | 0.00 | | |
| 30121-999800 999800-Trust Account | | | | | | |

**Lott & Friedland, P.A.**
**Post Office Drawer 141098**
**Coral Gables, Florida 33114-1098**
**(305) 448-7089**
**Federal Tax I.D.**

McCormack Intellectual Properties, Inc.
Timothy B. McCormack, Esq.          Account No:
617 Lee Street                      Statement No:          48004
Seattle  WA  98109


300000-Oelm Shoe Corp. v Washington Shoe Co.


**For Professional Services Ending 09/30/2010**

|            |     |                                                                                                                                                                                                                              | Rate    | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|-------|----------|
| 09/05/2010 | LJL | Examination of mediation materials                                                                                                                                                                                          | 525.00  | 1.25  | 656.25   |
| 09/10/2010 | LJL | Preparation for and conducting mediation                                                                                                                                                                                   | 525.00  | 4.90  | 2,572.50 |
| 09/14/2010 | LJL | Preparation of mediator's report, transmittal to counsel for approval, filing same                                                                                                                                        | 525.00  | 0.15  | 78.75    |
| 09/16/2010 | JME | Analysis and examination of electronic mail regarding mediators report. Analysis and examination of Report of Mediation. Finalize and prepare for CM/ECF filing. Electronically file Motion with Florida Southern District Court. Print, download to server, update pleading clip. | 135.00  | 0.25  | 33.75    |
|            |     |                                                                                                                                                                                                                              |         | 6.55  | 3,341.25 |
|            |     | Subtotal:                                                                                                                                                                                                                  |         | 6.55  | 3,341.25 |

**Payments**

| 10/06/2010 | Payment from funds - Thank you - ███████████████ |
|------------|---------------------------------------------------|

Total Due For This Matter                      ████████

                                        Account No:
                                        Statement No:          48004

999600-Costs


**Expenses**

| 09/16/2010 | Photocopies      | 1.50 |
|------------|------------------|------|
|            | Total Expenses   | 1.50 |

Total Due For This Matter                      $1.50

McCormack Intellectual Properties, Inc.

999800-Trust Account

Your trust account balance is

Opening Balance
10/06/2010 Mediation Fee
PAYEE: Lott & Friedland, P.A.
Closing Balance

**Total Balance Due**




January 4 - February 2, 2012
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 01/02 | 01/04 | | 0019 | 5529 | 108.97 | |
| 01/03 | 01/04 | | 2451 | 5529 | 5.48 | |
| 01/03 | 01/05 | | 0013 | 5529 | 120.97 | |
| 01/09 | 01/11 | | 3443 | 5529 | 47.42 | |
| 01/09 | 01/11 | | 2117 | 5529 | 269.98 | |
| 01/12 | 01/14 | | 7780 | 5529 | 13.12 | |
| 01/12 | 01/14 | | 8506 | 5529 | 3.00 | |
| 01/13 | 01/14 | | 2688 | 5529 | 0.25 | |
| 01/18 | 01/20 | | 0017 | 5529 | 107.96 | |
| 01/19 | 01/20 | CHEVRON 00308755    MIAMI    FL | 1913 | 5529 | 45.56 | |
| 01/19 | 01/20 | TRIAL COPY    MIAMI    FL | 0010 | 5529 | 112.35 | |
| 01/20 | 01/21 | ENTERPRISE RENT-A-CAR MIAMI    FL 122251437 CHECK OUT DATE 1/15/12 | 4375 | 5529 | 271.69 | |
| 01/21 | 01/23 | FEDEX 045733115054325 800-4633339 TN 0333300120450409 | 3450 | 5529 | 19.50 | |
| 01/23 | 01/24 | FEDEX 077043059932    800-4633339 TN 0555500013104718 | 7187 | 5529 | 10.70 | |
| 01/25 | 01/25 | | 0079 | 5529 | 13.00 | |
| 01/25 | 01/26 | FEDEX 898750871385    800-4633339 TN 0333300121680575 | 5770 | 5529 | 184.92 | |
| 01/26 | 01/27 | | 0067 | 5529 | 10.00 | |
| 01/27 | 01/27 | | 6553 | 5529 | 21.85 | |
| 01/26 | 01/28 | | 4425 | 5529 | 402.83 | |
| 01/27 | 01/30 | | 9798 | 5529 | 131.59 | |
| 01/27 | 01/30 | | 0017 | 5529 | 52.98 | |
| 01/30 | 02/01 | | 8816 | 5529 | 547.50 | |
| 01/30 | 02/01 | | 5206 | 5529 | 5.00 | |
| 02/01 | 02/01 | | 6905 | 5529 | 1.41 | |
| 02/01 | 02/02 | | 3413 | 5529 | 5.48 | |
| | | **Fees** | | | | |
| 02/02 | 02/02 | CREDIT PROTECTION PLUS 800.942.1083 TOTAL FEES FOR THIS PERIOD | 500A | | 8.44 | $8.44 |
| | | **Interest Charged** | | | | |
| 02/02 | 02/02 | Interest Charged on Purchases | | | 0.00 | |

continued on next page...



**WASHINGTON LEGAL MESSENGERS**

PROCESS SERVICE
SPECIAL MESSENGER
SKIP TRACE
PROCESS FORWARDING
LEGAL RESEARCH

phone: 206.374.0100
fax: 206.374.0200

**last day and time for completion**

date: 4-11-11    time: ~~10:00 am~~    CiA ECP

**today's date:** 4/11/11    **Firm Name:** Timothy B. McCormack    **case:** WSC v Olem

**Special Instructions:** Please deliver these Exhbits to: Karl Moehring at 21001 72nd Ave S

Kent, WA  98032

## Process Service:

Kristin K Nbbu

| SUPERIOR | AUDITOR | APPEALS COURT | | FEDERAL COURT | | | | SUPREME COURT |
|----------|---------|---------------|----|-------|-----------|-----|-----|---------------|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | I | II | Civil | Bankruptcy | SEA | TAC | |

# Washington Legal Messengers, Inc.
## 2225 Fourth Ave Suite B
## Seattle, WA 98121

| DATE | INVOICE # |
|------|-----------|
| 4/12/2011 | 226264 |

BILL TO:

McCormack Intellectual Property Law
617 Lee Street
Seattle, WA 98109

| Requested By: | Case | | Job # | Client Number |
|---------------|------|---|-------|---------------|
| Timothy McCormack | WSC v Olem | | | Olem |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Delivery To:<br>K. Moehring @21001 72nd Ave S, Kent | | 40.00 | 40.00 |

**TOTAL**             $40.00

**Heather Post**

# Thank you for your order!

**Order Information**

| | |
|---|---|
| Merchant: | WWW.SHIPNEX.COM |
| Description: | 1073976444 |
| Customer ID: | ████ |

**Billing Information**                    **Shipping Information**

Timothy McCormack
McCormack Intellectual Property Law
PO Box 34628 # 9163
Seattle, WA 98124
United States of America

206-381-3888
Fax: 206-381-1988

**Total:  US $183.95**

**Visa**

| | |
|---|---|
| Date/Time: | 21-Jun-2011 06:06:38 PM ET |
| Transaction ID: | ███████ |

**Heather Post**

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓ |
| **Sent:** | Wednesday, August 10, 2011 6:57 AM |
| **To:** | Heather Post |
| **Subject:** | Tracking Number 1209916 Order Status |
| **Categories:** | WSC v. OLEM Shoe Corp. |



Order Notification

Toll Free: (800) WEXLIN
(800) 939-54
MD & DC: (301) 210-350

# Washington Express LLC | 1209916 Order Delivered

**Order Placed by:** Heather Post

**Vehicle Type:** Any

**Pieces:** 10

**Ready:** 8/9/2011 4:00:00 PM

**Order Number:** 1209916

**Service Type:** H90

**Weight:** 1

**Authorization Code:** 0981o98124

**Pickup Address:**
RMS then to Copyright LOC
101 Independence Ave SE
Suite LM401
Washington,DC, 20003

**Delivery Address:**
FedEx
715 D St SE
Washington,DC, 20003

**Signed By:** Documents sent/ receipt received

If there is no name in the Signed By field above, please contact Washington Express at 301-210-3500 for additional information if needed.

**Delivered On:** 8/10/2011 9:55

**Price:** $80.20

*{Final Price subject to change due to excess delivery delay, tolls, weight, extra rooms, redelivery or wrong vehicle type request.}

**How are we doing? Click Here to take survey**
You can track your shipment in more detail at any time from Wex Tracking

**Did you know Washington Express offers full service visa, passport and document processing? Visit us at www.washingtonexpressvisas.com for more information.**

Please note that this communication was automatically generated at the request of the Shipper and any attempt to reply to the communication cannot and will not be answered or received by Shipper. Any claims for damages, loss or misdelivery must be made by a customer in writing to Washington Express within fifteen (15) days following the order date. Washington Express shall not be liable for: (i) any claims resulting from an act of God, the public enemy, the authority of law, or the act or default of customer; (ii) any loss, damage or delay which results when the property is stopped and held in transit for any reason; (iii) any special, consequential, or incidental damages. The liability of Washington Express for damages, losses, misdelivery or nondelivery shall be limited to $200 per shipment unless additional insurance is specifically contracted for.

Copyright 2011 Washington Express, Inc.

This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.



February 21, 2012

HEATHER POST
MCCORMACK IP
617 LEE ST
SEATTLE,  WA 981093425


Dear Heather Post :


Recently, you asked us for information. Here is our response to your inquiry.
Enclosed is a copy of the information that you requested.

...................................................................................................................

| Customer Nbr | Airbill Nbr | Check Nbr | Payment |
|---|---|---|---|
| ____ ____ _ | 795062838275 | 00000141 | $37.51 |

...................................................................................................................

If you have questions, you can reach us at 1-800-622-1147.  We appreciate
your business and look forward to meeting your future shipping needs.

Sincerely,


Fedex Billing Department
Fax: 1-800-548-3020

**Heather Post**

---

| | |
|---|---|
| **From:** | Alaska Airlines ██████████ |
| **Sent:** | Monday, October 17, 2011 2:24 PM |
| **To:** | Timothy McCormack |
| **Subject:** | Confirmation Letter - GDLERT 10/20/11 - from Alaska Airlines |
| **Categories:** | WSC v. Olem |

If you have trouble viewing this message, [click here](#) to request a plain text-only version of this email.



**HOME**
**PLAN & BOOK**
**DEALS**
**TRAVEL INFO**
**GIFTS & PRODUCTS**
**MILEAGE PLAN**

# Confirmation Code: GDLERT

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, [online](#) or through [reservations](#).

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16<br>Boeing 737-800 | Seattle, WA (SEA)<br>Thu, Oct 20<br>10:40 pm | Miami (MIA)<br>Fri, Oct 21<br>7:15 am | Y<br>(Coach) | Timothy Mccormack | 8F |
| Alaska Airlines AS17<br>Boeing 737-800 | Miami (MIA)<br>Sun, Oct 23<br>8:30 am | Seattle, WA (SEA)<br>Sun, Oct 23<br>11:53 am | F<br>(First) | Timothy Mccormack | 1F |

## Summary of Airfare Charges

Timothy Mccormack
*Mileage Plan Member # **`*
Ticket 027-2176782869

| | |
|---|---|
| Base Fare and Surcharges | $1,253.95 |
| Taxes and Other Fees | $115.45 |
| per person total: | $1,369.40 |

| **Total Fare** | **USD $1,369.40** |
|---|---|

## Total Charges and Credits

$1,369.40 was charged to Visa *********** held by Timothy Mccormack on 10/17/2011

## Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. [Learn more](#)

## Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays, early arrivals, and cancellations of Alaska Airlines flights (email or text

### Hotels & Cars

**Need a Hotel?**
Use our hotel deal finder to [book a hotel](#) in Miami.

**Need a Ride?**
Use our car deal finder to [rent a car](#) in Miami.

### Get the Signature Card

Apply now for the [Alaska Airlines Visa Signature ® card](#) and earn 25,000 Bonus Miles upon approval. §



**FedEx Billing Online**

## Tracking ID Details                                                       Back



### Tracking ID Summary                                              Help Hide

**Billing Information**

Tracking ID no.          < Prev   795425271296   Next >

Invoice no.                                  1-865-30087
Account no.
Bill date                                     11/21/2011
Total Billed                                      $33.61
Status                                            Paid CC

View Tracking ID History
View signature proof of delivery

**Messages**

Package Delivered to Recipient Address - Release A Read More..
Package sent from: 20002 zip code
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

### Transaction Details                                              Help Hide

**Sender Information**

Steven Ruse
US Copyright Offce
101 Independence
WASHINGTON DC 20510
US

**Recipient Information**

Timothy McCormack
McCormack Intellectual Propert
617 LEE ST
SEATTLE WA 98109
US

**Shipment Details**

| | |
|---|---|
| Ship date | 11/21/2011 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | FedEx Envelope |
| Pieces | 1 |
| Weight | 0.0 lbs |
| Rated method | 000 |
| Meter No. | 3261519 |
| Declared value | $1.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 29.70 |
| Declared Value Charge | 0.00 |
| Fuel Surcharge | 4.13 |
| Residential Delivery | 2.75 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -2.97 |
| **Total charges** | **$33.61** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | WSC adv Olem |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 11/22/2011 10:15 |
| Service area code | A1 |
| Signed by | see above |

View signature proof of delivery

Back

**Heather Post**

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME
PLAN & BOOK
DEALS
TRAVEL INFO
GIFTS & PRODUCTS
MILEAGE PLAN**

# Confirmation Code: NJFCOL

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16 Boeing 737-800 | Seattle, WA (SEA) Mon, Jan 9 10:40 pm | Miami (MIA) Tue, Jan 10 7:10 am | F (First) | Timothy Mccormack | 1A |
| Alaska Airlines AS17 Boeing 737-800 | Miami (MIA) Thu, Jan 12 8:25 am | Seattle, WA (SEA) Thu, Jan 12 12:10 pm | T (Coach) | Timothy Mccormack | 9F |

**Summary of Airfare Charges**

Timothy Mccormack
*Mileage Plan MVP Member # ***)*
New Ticket 027-2180695183
(previous ticket 027-2180438570)

| | |
|---|---|
| New Ticket Value | $949.60 |
| Additional Amount Due | $228.00 |
| *per person total:* | $228.00 |

| **Total Fare** | **USD $228.00** |
|---|---|

**Total Charges and Credits**

$228.00 was charged to Visa ************ held by Timothy B Mccormack on 01/09/2012

**Trip Protection by Access America**

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

**Flight Status Alerts**

When you create a Flight Status Alert, we notify you in the event of delays,

**Hotels & Cars**

**Need a Hotel?**

Use our hotel deal finder to book a hotel in Miami.

**Need a Ride?**

Use our car deal finder to rent a car in Miami.

**Get the Signature Card**

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

**Heather Post**

From:   Alaska Airlines ███████████████
Sent:   Wednesday, January 04, 2012 11:04 AM
To:    Timothy McCormack
Subject:  Confirmation Letter - NJFCOL 01/10/12 - from Alaska Airlines

Categories: WSC v. Olem

If you have trouble viewing this message, click here to request a plain text-only version of this email.



HOME
PLAN & BOOK
DEALS
TRAVEL INFO
GIFTS & PRODUCTS
MILEAGE PLAN

# Confirmation Code: NJFCOL

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16 Boeing 737-800 | Seattle, WA (SEA) Tue, Jan 10 10:40 pm | Miami (MIA) Wed, Jan 11 7:10 am | S (Coach) | Timothy Mccormack | 9F |
| Alaska Airlines AS17 Boeing 737-800 | Miami (MIA) Thu, Jan 12 8:25 am | Seattle, WA (SEA) Thu, Jan 12 12:10 pm | T (Coach) | Timothy Mccormack | 9F |

### Summary of Airfare Charges

Timothy Mccormack
*Mileage Plan MVP Member # **'*
Ticket 027-2180438570

| | |
|---|---|
| Base Fare and Surcharges | $651.16 |
| Taxes and Other Fees | $70.44 |
| Ticketing Fee (non refundable) | $15.00 |
| per person total: | $736.60 |

### Total Fare      **USD $736.60**

### Total Charges and Credits

$736.60 was charged to Visa *********** held by Timothy Mccormack on 01/04/2012

### Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

### Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays,

### Hotels & Cars

**Need a Hotel?**
Use our hotel deal finder to book a hotel in Miami.

**Need a Ride?**
Use our car deal finder to rent a car in Miami.

### Get the Signature Card

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

1

**Heather Post**

---

| | |
|---|---|
| **From:** | Alaska Airlines ███████████ |
| **Sent:** | Friday, January 06, 2012 9:18 AM |
| **To:** | Timothy McCormack |
| **Subject:** | Confirmation Letter - NJCEEN 01/15/12 - from Alaska Airlines |
| | |
| **Categories:** | WSC v. Olem |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME**
**PLAN & BOOK**
**DEALS**
**TRAVEL INFO**
**GIFTS & PRODUCTS**
**MILEAGE PLAN**

# Confirmation Code: NJCEEN

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16<br>Boeing 737-800 | Seattle, WA (SEA)<br>Sun, Jan 15<br>10:40 pm | Miami (MIA)<br>Mon, Jan 16<br>7:09 am | F<br>(First) | Timothy B<br>Mccormack | 2A |
| Alaska Airlines AS17<br>Boeing 737-800 | Miami (MIA)<br>Wed, Jan 25<br>8:25 am | Seattle, WA (SEA)<br>Wed, Jan 25<br>12:09 pm | F<br>(First) | Timothy B<br>Mccormack | 3A |

**Summary of Airfare Charges**

Timothy B Mccormack
*Mileage Plan MVP Member # ****
Ticket 027-2180556235

| | |
|---|---|
| Base Fare and Surcharges | $1,393.48 |
| Taxes and Other Fees | $126.12 |
| Ticketing Fee (non refundable) | $15.00 |
| per person total: | $1,534.60 |

| **Total Fare** | **USD $1,534.60** |
|---|---|

**Total Charges and Credits**

$1,534.60 was charged to Visa *********** held by Timothy B Mccormack on 01/06/2012

**Trip Protection by Access America**

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

**Flight Status Alerts**

When you create a Flight Status Alert, we notify you in the event of delays,

**Hotels & Cars**

**Need a Hotel?**
Use our hotel deal finder to book a hotel in Miami.

**Need a Ride?**
Use our car deal finder to rent a car in Miami.

**Get the Signature Card**
Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

**Heather Post**

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME
PLAN & BOOK
DEALS
TRAVEL INFO
GIFTS & PRODUCTS
MILEAGE PLAN**

# Confirmation Code: NJCEEN

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16<br>Boeing 737-800 | Seattle, WA (SEA)<br>Sun, Jan 15<br>10:40 pm | Miami (MIA)<br>Mon, Jan 16<br>7:09 am | F<br>(First) | Timothy B<br>Mccormack | 2A |
| Alaska Airlines AS17<br>Boeing 737-800 | Miami (MIA)<br>Wed, Jan 25<br>8:25 am | Seattle, WA (SEA)<br>Wed, Jan 25<br>12:09 pm | F<br>(First) | Timothy B<br>Mccormack | 3A |

**Summary of Airfare Charges**

Timothy B Mccormack
*Mileage Plan MVP Member # \*\*'*
Ticket 027-2180556235

| | |
|---|---|
| Base Fare and Surcharges | $1,393.48 |
| Taxes and Other Fees | $126.12 |
| *per person total:* | $1,519.60 |

| **Total Fare** | **USD $1,519.60** |
|---|---|

**Total Charges and Credits**

$1,519.60 was charged to Visa \*\*\*\*\*\*\*\*\*\*\*\* held by Timothy B Mccormack on 01/06/2012

**Trip Protection by Access America**

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

**Flight Status Alerts**

When you create a Flight Status Alert, we notify you in the event of delays, early arrivals, and cancellations of Alaska Airlines flights (email or text

**Hotels & Cars**

**Need a Hotel?**

Use our hotel deal finder to book a hotel in Miami.

**Need a Ride?**

Use our car deal finder to rent a car in Miami.

**Get the Signature Card**

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

# Heather Post

| | |
|---|---|
| **From:** | Alaska Airlines ██████████ |
| **Sent:** | Wednesday, January 11, 2012 12:30 PM |
| **To:** | Timothy McCormack |
| **Subject:** | Confirmation Letter - NJFCOL 01/13/12 - from Alaska Airlines |
| **Categories:** | WSC v. Olem |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME**
**PLAN & BOOK**
**DEALS**
**TRAVEL INFO**
**GIFTS & PRODUCTS**
**MILEAGE PLAN**

## Confirmation Code: NJFCOL

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.



| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS17 Boeing 737-800 | Miami (MIA) Fri, Jan 13 8:25 am | Seattle, WA (SEA) Fri, Jan 13 12:10 pm | S (Coach) | Timothy Mccormack | 6D |

### Summary of Airfare Charges

Timothy Mccormack
*Mileage Plan MVP Member # ***

Ticket 027-2180829039

| | |
|---|---|
| Change Fee | $75.00 |
| New Ticket 027-2180829038 (previous ticket 027-2180695183) | |
| New Ticket Value | $1,291.60 |
| Additional Amount Due | $342.00 |
| *per person total:* | $417.00 |

| | |
|---|---|
| **Total Fare** | **USD $417.00** |

### Total Charges and Credits

$417.00 was charged to Visa ************ held by Timothy B Mccormack on 01/11/2012

### Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

### Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays, early arrivals, and cancellations of Alaska Airlines flights (email or text message).

### Hotels & Cars

#### Need a Hotel?
Use our hotel deal finder to book a hotel in Seattle, WA.

#### Need a Ride?
Use our car deal finder to rent a car in Seattle, WA.

### Get the Signature Card

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

Apply

### Sign up for the Insider

**Heather Post**

---

| | |
|---|---|
| **From:** | Alaska Airlines ▮▮▮▮▮▮▮▮ |
| **Sent:** | Friday, January 06, 2012 11:15 AM |
| **To:** | Timothy McCormack |
| **Subject:** | Confirmation Letter - OJVFTE 01/14/12 - from Alaska Airlines |
| **Categories:** | WSC v. Olem |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**HOME**
**PLAN & BOOK**
**DEALS**
**TRAVEL INFO**
**GIFTS & PRODUCTS**
**MILEAGE PLAN**

# Confirmation Code: OJVFTE

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS16 Boeing 737-800 | Seattle, WA (SEA) Sat, Jan 14 10:40 pm | Miami (MIA) Sun, Jan 15 7:10 am | F (First) | Heather Post | 3F |
| Alaska Airlines AS17 Boeing 737-800 | Miami (MIA) Sat, Jan 21 8:25 am | Seattle, WA (SEA) Sat, Jan 21 12:09 pm | Y (Coach) | Heather Post | 9F |

### Summary of Airfare Charges

**Heather Post**

Ticket 027-2180564144

| | |
|---|---|
| *Base Fare and Surcharges* | $1,253.95 |
| *Taxes and Other Fees* | $115.65 |
| *Ticketing Fee (non refundable)* | $15.00 |
| *per person total:* | $1,384.60 |

### Total Fare — USD $1,384.60

### Total Charges and Credits

$1,384.60 was charged to Visa *********** held by Timothy B Mccormack on 01/06/2012

### Trip Protection by Access America

Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

### Flight Status Alerts

When you create a Flight Status Alert, we notify you in the event of delays,

---

### Hotels & Cars

#### Need a Hotel?

Use our hotel deal finder to book a hotel in Miami.

#### Need a Ride?

Use our car deal finder to rent a car in Miami.

### Get the Signature Card

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §



**FedEx Billing Online**

## Tracking ID Details Back

### Tracking ID Summary                                    Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | < Prev  793113178797  Next > | |
| Invoice no. | 4-013-25743 |
| Account no. | |
| Bill date | 01/12/2012 |
| Total Billed | $326.80 |
| Status | Paid CC |

View Tracking ID History
View signature proof of delivery

**Messages**

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details                                    Help Hide

**Sender Information**

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

**Recipient Information**

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

**Shipment Details**

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 60.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 316.79 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 37.18 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -31.67 |
| **Total charges** | **$326.80** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 01/13/2012 09:24 |
| Service area code | A1 |
| Signed by | J RALDO |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details Back

### Tracking ID Summary                                        Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | < Prev  793113178856  Next > | |
| Invoice no. | 4-013-25743 | |
| Account no. | | |
| Bill date | 01/12/2012 | |
| Total Billed | $101.19 | |
| Status | Paid CC | |

View Tracking ID History
View signature proof of delivery

**Messages**

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

### Transaction Details                                        Help Hide

**Sender Information**

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

**Recipient Information**

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

**Shipment Details**

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 18.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 95.04 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 11.15 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -9.50 |
| **Total charges** | **$101.19** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 01/13/2012 09:24 |
| Service area code | A1 |
| Signed by | J RALDO |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details                                                          Back

### Tracking ID Summary                                                    Help Hide

#### Billing Information

| | | | Messages |
|---|---|---|---|
| Tracking ID no. | < Prev | 793113178878 Next > | FedEx has audited this shipment for correct packag Read More.. |
| Invoice no. | | 4-013-25743 | Distance Based Pricing, Zone 8 |
| Account no. | | | Fuel Surcharge - FedEx has applied a fuel surcharg Read More.. |
| Bill date | | 01/12/2012 | |
| Total Billed | | $85.08 | |
| Status | | Paid CC | |

View Tracking ID History
View signature proof of delivery

### Transaction Details                                                    Help Hide

#### Sender Information

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

#### Recipient Information

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

#### Shipment Details

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 15.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

#### Charges

| | |
|---|---|
| Transportation Charge | 79.20 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 9.29 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -7.91 |
| **Total charges** | **$85.08** |

#### Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 01/13/2012 09:24 |
| Service area code | A1 |
| Signed by | J RALDO |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details      Back

### Tracking ID Summary      Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev   793113178889   Next > |
| Invoice no. | 4-013-25743 |
| Account no. | |
| Bill date | 01/12/2012 |
| Total Billed | $251.59 |
| Status | Paid CC |

View Tracking ID History
View signature proof of delivery

**Messages**

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

### Transaction Details      Help Hide

**Sender Information**

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

**Recipient Information**

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

**Shipment Details**

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 46.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 242.87 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 28.50 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -24.28 |
| **Total charges** | **$251.59** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 01/13/2012 10:10 |
| Service area code | A1 |
| Signed by | J.ANDERSON |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details                                                                                Back

### Tracking ID Summary                                                                       Help  Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev  793113178904  Next > |
| Invoice no. | 4-013-25743 |
| Account no. | |
| Bill date | 01/12/2012 |
| Total Billed | $267.70 |
| Status | Paid CC |

View Tracking ID History
View signature proof of delivery

**Messages**

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details                                                                       Help  Hide

**Sender Information**

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

**Recipient Information**

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

**Shipment Details**

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 49.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 258.71 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 30.36 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -25.87 |
| **Total charges** | **$267.70** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 01/13/2012 10:10 |
| Service area code | A1 |
| Signed by | J.ANDERSON |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details Back

### Tracking ID Summary  Help  Hide

#### Billing Information

| | |
|---|---|
| Tracking ID no. | < Prev   793113178915   Next > |
| Invoice no. | 4-013-25743 |
| Account no. | |
| Bill date | 01/12/2012 |
| Total Billed | $165.66 |
| Status | Paid CC |

View Tracking ID History
View signature proof of delivery

#### Messages

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details  Help  Hide

#### Sender Information

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

#### Recipient Information

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

#### Shipment Details

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 30.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

#### Charges

| | |
|---|---|
| Transportation Charge | 158.40 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 18.59 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -15.83 |
| **Total charges** | **$165.66** |

#### Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 01/13/2012 10:10 |
| Service area code | A1 |
| Signed by | J.ANDERSON |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details Back

### Tracking ID Summary <span>Help Hide</span>

#### Billing Information

| | |
|---|---|
| Tracking ID no. | < Prev  793113179017  Next > |
| Invoice no. | 4-013-25743 |
| Account no. | |
| Bill date | 01/12/2012 |
| Total Billed | $144.17 |
| Status | Paid CC |

View Tracking ID History
View signature proof of delivery

#### Messages

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details <span>Help Hide</span>

#### Sender Information

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

#### Recipient Information

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

#### Shipment Details

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 26.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

#### Charges

| | |
|---|---|
| Transportation Charge | 137.28 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 16.11 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -13.72 |
| **Total charges** | **$144.17** |

#### Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 01/13/2012 09:24 |
| Service area code | A1 |
| Signed by | J RALDO |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details Back

### Tracking ID Summary                    Help Hide

#### Billing Information

| | |
|---|---|
| Tracking ID no. | < Prev  793113179040  Next > |
| Invoice no. | 4-013-25743 |
| Account no. | |
| Bill date | 01/12/2012 |
| Total Billed | $138.80 |
| Status | Paid CC |

View Tracking ID History
View signature proof of delivery

#### Messages

FedEx has audited this shipment for correct packag Read More..
Distance Based Pricing, Zone 8
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details                    Help Hide

#### Sender Information

Timothy McCormack
McCormack Intellectual Propert
617 Lee Street
SEATTLE WA 98109
US

#### Recipient Information

Zachary Weaver
Lewis Tein
3059 GRAND AVE STE 340
COCONUT GROVE FL 33133
US

#### Shipment Details

| | |
|---|---|
| Ship date | 01/12/2012 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 08 |
| Package type | Customer Packaging |
| Pieces | 1 |
| Weight | 25.0 lbs |
| Bundle no. | 3458894 |
| Rated method | 002 |
| Meter No. | 3261519 |
| Declared value | $500.00 |

#### Charges

| | |
|---|---|
| Transportation Charge | 132.03 |
| Declared Value Charge | 4.00 |
| Fuel Surcharge | 15.52 |
| Courier Pickup Charge | 0.50 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -13.25 |
| **Total charges** | **$138.80** |

#### Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 01/13/2012 09:24 |
| Service area code | A1 |
| Signed by | J RALDO |

View signature proof of delivery

Back