```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100035833
Cashier ID: jmorgan
Transaction Date: 03/09/2012
Payer Name: BURSTEIN AND ASSOCIATES PA
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PLAINTIFF COUNTER DEFENDANT
 Case/Party: D-FLS-1-09-CV-023494-001
 Amount:        $455.00
--------------------------------
CHECK
 Check/Money Order Num: 5265
 Amt Tendered: $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:09-CV-23494-PCH

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```