# Exhibit 3

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 2/17/2010  Page No  3<br>Bill No. **1006622**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe Co.** |
|---|---|---|

---

**2/8/2010**                                      By: J/        Slip No. 1006740              $210.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to telephone conversation with Julio Acosta and Robert Olemberg regarding options to resolve controversy with Washington Shoe Corp.  Possible approach for settlement without involving payment of money. Discussed merits of case, motion to dismiss, defenses, and strategy followed by Barefoot attorneys.  Instructions from client to explore settlement without payment money.     (0.7 Hrs @ 300.00)

---

**2/9/2010**                                      By: J/        Slip No. 1006743              $175.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to conference with Julio Acosta as to different approaches to exploring settlement of the litigation with Washington Shoe.  Discussed our duty to disclose invoices and purchase orders including sources. Also, discuss introducing procedure for registering copyrights for Olem's designs.     (.50 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 2/17/2010    Page No   4

Bill No. **1006622**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

2/9/2010                          By: J/       Slip No. 1006756                $245.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Drafting letter, pursuant to Julio's request, outlining our prior conversation with my recommendations including settlement strategies.  Also, research on statutory damages and other remedies under copyright laws.      (0.7 Hrs @ 350.00)

*CR*

---

2/10/2010                         By: J/       Slip No. 1006782                $105.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating communications received from Julio Acosta relating to the copyrightability of designs, including conducting searches for clearing designs.  Contacted Government Liaison. Shared vendor's information with client. Copies to file.      (0.3 Hrs @ 350.00)

*CR*
*V*

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta       Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 2/17/2010   Page No  5

Bill No. **1006622**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**2/11/2010**                    By: J/at      Slip No. 1006796           $97.00

Dkt No. **290350**

*NPP*
*US*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
January.

---

**Invoice Total:**        **$2262.00**

## Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

### INVOICE

Bill Date: 3/19/2010    Page No   1

Bill No. **1006928**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/22/2010 | By: J/cd | Slip No. 1006928 | $60.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

NPP   Our legal services in connection with reviewing and forwarding Defendants Response to the Motion to Strike for the above referenced litigation matter. Updating attorney records and making the pertinent annotations to the file.    (0.2 Hrs @ 300.00)

---

| 2/22/2010 | By: J/cd | Slip No. 1006930 | $60.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

NPP   Our legal services in connection with reviewing and forwarding Defendants Response to the Motion to Dismiss for the above referenced litigation matter. Updating attorney records and making the pertinent annotations to the file.    (0.2 Hrs @ 300.00)

7.4

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 3/19/2010   Page No  2<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

2/24/2010                    By: j/mj        Slip No. 1006962              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing scheduling order; entering pertinent information regarding deadlines into attorney database and updating client's records and making the pertinent annotations to the file.      (1.0 Hrs @ 350.00)

---

2/25/2010                    By: J/         Slip No. 1006981              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to several telephone conversations between 2/24/10 and 2/25/10 regarding possible settlement, review of documents, invoices and status reports with Tim McCormack, Esq., Julio Acosta and Jennifer Chang.      (1.0 Hrs @ 350.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 3/19/2010    Page No  3

Bill No. **1006928**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

3/4/2010                              By: J/         Slip No. 1007045              $525.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to preparation for conference with Tim McCormack, Esq.,
conference and post conference notes. Conference with client's representatives, Robert Olemberg,
Julio Acosta going over possible strategies and courses of action to be followed. Went over different
legal theories included in the motion to dismiss.     (1.5 Hrs @ 350.00)

---

3/5/2010                              By: J/cd        Slip No. 1007054              $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with finalizing and filing a Motion to Dismiss with the United States
District Court Southern District of Florida for the above referenced litigation matter.  Updating attorney
records and making the pertinent annotations to the file.     (2.0 Hrs @ 350.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 3/19/2010    Page No   4

Bill No. **1006928**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

3/5/2010                          By: J/cd         Slip No. 1007055                $700.00

Dkt No. **290350**

*NPf*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with finalizing and filing a Motion to Strike with the United States
District Court Southern District of Florida for the above referenced litigation matter.  Updating attorney
records and making the pertinent annotations to the file.     (2.0 Hrs @ 350.00)

---

3/5/2010                          By: J/cd         Slip No. 1007056                $350.00

*NPf*  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with conference with Mr. Tim McCormack discussing Motion to
Dismiss, possible expert witnesses and Settlement demand letter.  Discussed that No additional
briefing was necessary and discussed that the Judge has ordered a renewal of the Motion to Dimiss.     (1.0 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 3/19/2010   Page No  5<br><br>Bill No. **1006928**<br><br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |
|---|---|---|

---

**3/5/2010**        By: J/cd      Slip No. 1007057      $240.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with conference with Judge Huck's, clerk, Esra with regards to Hearing
scheduled for Tuesday at 1:30 pm.  Called McCormack and left two messages regarding said hearing.     (0.8 Hrs @ 300.00)

---

**3/8/2010**        By: J/cd      Slip No. 1007065      $60.00

Dkt No. **290350**

DUP
NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with contacting Judge Huck's Clerk, Esra with regards to confirming
tomorrows hearing for our Motion to Strike in connection with the above referenced litigation matter.
Making the pertinent annotations to the file.     (0.2 Hrs @ 300.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 3/19/2010    Page No  6<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

| 3/8/2010 | By: J/cd | Slip No. 1007066 | $120.00 |
|---|---|---|---|

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with reviewing and forwarding Notice of Telephonic hearing which has been scheduled for Tuesday, March 9, 2010 at 1:30 pm with the Honorable Judge Huck regarding our Motion to Strike to our client for the above referenced litigation matter.  Updating attorney records and making the pertinent annotations to the file.     (0.4 Hrs @ 300.00)

---

| 3/8/2010 | By: J/cd | Slip No. 1007068 | $175.00 |
|---|---|---|---|

*NPP*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with preparing and drafting a Renewed Motion to Dismiss Amended Counterclaim for the above referenced litigation matter.  Updating attorney records and making the pertinent annotations to the file.     (.50 Hrs @ 350.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 3/19/2010   Page No  7

Bill No. **1006928**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**3/9/2010**                              By: J/          Slip No. 1007086              $1050.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to preparation for hearing on motion to strike and underlying
grounds. Research on supplemental jurisdiction of Washington state.  Attending hearing presided by
Judge Huck.  Also attended by Tom Manos, Esq., local counsel, and Tim McCormack, Esq. Seattle
counsel for Washington Shoes, Corp.     (3.0 Hrs @ 350.00)

---

**3/9/2010**                              By: J/at        Slip No. 1007089              $146.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
February.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 3/19/2010   Page No  8<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |
|---|---|---|

---

3/9/2010                           By: J/cd        Slip No. 1007096              $120.00

Dkt No. **290350**

**NPP** Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with drafting a Joint Motion for Extension of the Pretrial Deadlines and
Trial Date for the above referenced matter with the United States District Court.  Updated attorney
records and making the pertinent annotations to the file.     (0.4 Hrs @ 300.00)

---

3/9/2010                           By: J/cd        Slip No. 1007098                $0.00

Dkt No. **290350**

**NPP** Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with drafting a Notice of Unavailability to be filed with the United States
District Court.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta     Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 3/19/2010   Page No  9

Bill No. **1006928**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**3/9/2010**                    By: J/cd        Slip No. 1007101              $175.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with conference call hearing with Mr. Tim McCormack, Tom Manos
and Judge Paul C. Huck regarding our Motion to Dismiss Filing.  Obtaining new instructions from Judge
Huck with regards to filing a Renewed Motion to Strike.     (0.5 Hrs @ 350.00)

---

**3/11/2010**                   By: J/         Slip No. 1007126              $350.00

Dkt No. **290350**

CK

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to reviewing statement from So Yuen of Hoi Ling Tsung Mei
Printing Trading Co. Conferece with Julio Acosta about the designs included as attachments. Discuss
possibility of taking deposition upon written questions.  Letter to Mr. So Yuen asking for particulars of
author.     (1.0 Hrs @ 350.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta    Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 3/19/2010   Page No  10

Bill No. **1006928**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/12/2010 | By: J/cd | Slip No. 1007135 | $60.00 |
|---|---|---|---|

Dkt No. 290350

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
Our legal services in connection with obtaining, reviewing and processing Washington Shoe Co.'s Memorandum of Law in Support of Motion for Summary Judgment [D.E. 30] and Washington Shoe Co.'s Separate Statement of Material Facts in Support of Motion for Summary Judgment [D.E. 30] which was filed today via CMECF. Updated attorney records and making the pertinent annotation to the file.   (0.2 Hrs @ 300.00)

---

| 3/12/2010 | By: J/cd | Slip No. 1007136 | $60.00 |
|---|---|---|---|

Dkt No. 290350

UR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
Our legal services in connection with obtaining, reviewing and processing Declaration filed by Mr. Timothy McCormack [D.E. 32] and President of Washington Shoe, Mr. Robert Moehring [D.E. 33] which was filed today via CMECF. Updated attorney records and making the pertinent annotation to the file.   (0.2 Hrs @ 300.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 3/19/2010   Page No   11

Bill No. **1006928**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**3/12/2010**                    By: J/cd        Slip No. 1007137            $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
Our legal services in connection with obtaining, reviewing and processing Washington Shoe Co.'s
Motion for Summary Judgment which was filed March 11, 2010 via CMECF.  Updated attorney records
and making the pertinent annotation to the file.     (0.2 Hrs @ 300.00)

---

**3/13/2010**                    By: J/         Slip No. 1007142            $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
For legal services rendered relating to drafting direct questions for deposition upon written
interrogatories for Chinese author. Drafting letter to opposite counsel accompanying same and
discussion of procedure for taking deposition. Copies to client.     (1.0 Hrs @ 350.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 3/19/2010   Page No   12<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- |

---

**3/15/2010**                By: J/          Slip No. 1007154              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
*Npp*     For legal services rendered relating to drafting of initial disclosures and forwarding same to Julio
Acosta for review.    (1.0 Hrs @ 350.00)

---

**3/16/2010**                By: j/mj        Slip No. 1007165              $437.50

Dkt No. **290350**

√   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including drafting motion for
enlargement of time and memorandum of law; updating client's records and making the pertinent
annotations to the file.    (1.25 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | **INVOICE** |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta       Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Bill Date: 3/19/2010   Page No  13<br><br>Bill No. **1006928**<br><br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**3/16/2010**                    By: J/cd        Slip No. 1007166           $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with reviweing Motoin for Summary Judgment
filed by opposite party along with affidavits and summary of material facts.
Researched the law for different application defenses.  Correspondence with
client.  Prepared declartions of Julio Acosta and Shahin Rezeai. Motion to
abate their Motoin for Summary Judgment.     (8.0 Hrs @ 350.00)

**3/16/2010**                    By: J/cd        Slip No. 1007167           $1400.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Research on copyright laws, independent creator. Appalachian case and
Supplemented the declaration of Mr. Julio Acosta.     (4.0 Hrs @ 350.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta                Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 3/19/2010    Page No   14<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

3/16/2010                                By: J/cd          Slip No. 1007172                $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP   Our legal services in connection with revising, finalizing and sending via fax and via U.S. Mail Plaintiff's
Initial Disclosures to opposite counsel for the above referenced litigation matter. Updating attorney
records and making the pertinent annotations to the file.      (0.8 Hrs @ 300.00)

---

3/16/2010                                By: J/cd          Slip No. 1007173                $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP   Our legal services in connection with revising, finalizing and sending via fax and via U.S. Mail Plaintiff's
First Set of Request for Documents to opposite counsel for the above referenced litigation matter.
Updating attorney records and making the pertinent annotations to the file.      (0.8 Hrs @ 300.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 3/19/2010   Page No   15

Bill No. **1006928**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/16/2010 | By: J/cd | Slip No. 1007174 | $240.00 |

Dkt No. **290350uest**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

NPP  Our legal services in connection with revising, finalizing and sending via fax and via U.S. Mail Plaintiff's
First Set of Request for Admission to Defendant to opposite counsel for the above referenced litigation
matter. Updating attorney records and making the pertinent annotations to the file.     (0.8 Hrs @ 300.00)

---

| 3/17/2010 | By: J/sp | Slip No. 1007181 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

NPP  For reviewing experts' curriculum and qualifications. Telephone conferences with different agents for
experts. Updating attorney records and making pertinent annotations to the file.     (1.0 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 3/19/2010   Page No   16<br><br>Bill No. **1006928**<br><br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**3/17/2010**                          By: J/sp          Slip No. 1007182                    $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A

Contacted Shanghai United States Consulate via email and telephone. Left voice mail with Shanghai Consulate and various voice messages for United States Department of State China Department as well as Dominica G. Williams with regard to obtaining instructions on depositions upon written interrogatories.     (0.8 Hrs @ 300.00)

---

**3/17/2010**                          By: J/cd          Slip No. 1007201                    $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
Our legal services in connection with contacting the copyright office regarding the status of the deposit request for ZEBRA SUPREME-OLEM.  Drating a second request for said deposit and drafting a second request for the deposit for DITSY DOT prior to the 90 day deadline period.  Sending said requests via fax and via mail to the United States Copyright Office.  Updating attorney records and making the pertinent annotations to the file.     (0.8 Hrs @ 300.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 3/19/2010   Page No   17<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**3/17/2010**                          By: J/cd          Slip No. 1007202                    $94.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
United States Copyright Office fees for the request of the deposit of ZEBRA SUPREME-OLEM.
(Invoice Pending from United States Copyright Office)

---

**3/18/2010**                          By: J/cd          Slip No. 1007204                    $30.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with scheduling a call out conference call with Global Crossing for
Friday March 18, 2010 at 12:00 pm EST for a Telephonic Hearing with Judge Paul C. Huck regarding
the Motion to Modify Scheduling Order.     (0.1 Hrs @ 300.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta   Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 3/19/2010   Page No  18<br>Bill No. **1006928**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

| 3/18/2010 | By: J/cd | Slip No. 1007205 | $60.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
*NPP* Our legal services in connection with reviewing and processing Notice of Telephonic hearing set for
Friday March 19, 2010 at 12:00 pm EST before Judge Paul C. Huck regarding the Motion to Modify
Scheduling Order.  Updating attorney records and making the pertinent annotations to the file.     (0.2 Hrs @ 300.00)

---

| 3/19/2010 | By: J/cd | Slip No. 1007242 | $175.00 |
|---|---|---|---|

*NPP* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Telephone Hearing with Judge Paul C. Huck, Mr. Tom Manos, Esq. and Mr. Timothy McCormack, Esq
in reference to Plaintiff's Motion to Modify Scheduling Order and Incorporated Memorandum of Law for
the above referenced matter. Updating attorney records with Judge Huck's request, order and
instructions in reference to said Motion.     (0.5 Hrs @ 350.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 3/19/2010    Page No   19

Bill No. **1006928**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**3/19/2010**                    By: J/cd        Slip No. 1007244              $48.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Cost for telephonic conference ordered through commercial carrier as order by  Judge Paul C. Huck.
Updating attorney records with said cost and fees.

**Invoice Total:**       **$13006.00**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010    Page No   1<br>Bill No. **1007247**<br>Acct.   **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

3/19/2010             By: J/cd       Slip No. 1007247           $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

*NPP*   Travel expenses and Conference with Mr. Acosta and Mr. Roberto Olemberg at Olem Shoe Corp. regarding the above referenced litigation matter. Discussing deadlines and pending Motions and Extensions of Time. Updating client record and making annotations to to the file. ***NO CHARGE***

---

3/19/2010             By: J/cd       Slip No. 1007248          $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

*NPP*   Our legal services in connection with reviewing and processing ORDER received from the chambers of Judge Paul C. Huck in connection with the above referenced litigation matter. Sending ORDER to Mr. Acosta via email. Making the pertinent annotations to the file.   '/ -1 Gq ?   2/ / -/ / (

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 4/8/2010     Page No  2

Bill No. **1007247**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

3/20/2010                          By: J/sp      Slip No. 1007249            $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing the first draft of the Response for the Request for
Admissions for the above referenced matter, forwarding said  draft to Mr. Julio Acosta via email with a
copy of requested admissions. Requesting pertinent changes be made and unanswered admissions
responded,   updating attorney records and making the pertinent annotations to the file.     '/ -1 Gq  ?  2/ / -/ / (

NPP

---

3/20/2010                          By: J/cd      Slip No. 1007250           $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with gathering documents for Plaintiff's Interrogatories to Defendant for
the above referenced litigation matter.  Updating attorney records and making the pertinent annotation
to the file.     '/ -3 Gq  ?  2/ / -/ / (

NPP

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 4/8/2010    Page No  3<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

**3/20/2010**                                    By: J/cd          Slip No. 1007251                $300.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
Our legal services in connection with preparing and drafting Plaintiff's Reponse to Interrogatories to
Defendant and Request for Production of Documents to Defendant for the above referenced litigation
matter.  Updating attorney records and making the pertinent annotation to the file.    '0-/ Gʻq  ?  2/ / -/ / (

**3/20/2010**                                    By: J/cd          Slip No. 1007252                $60.00

Dkt No. **290350**

N PP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
Our legal services in connection with drafting Stipulated Protective Order in connection with the above
referenced matter.    '/ -1 Gʻq  ?  2/ / -/ / (

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010     Page No  4<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

3/22/2010                         By: J/cd        Slip No. 1007257                    $60.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with reviewing and forwarding a copy of the Minute Entry for
proceedings held before Judge Paul C. Huck filed in the United States District Court for the Motion
Hearing held on March 19, 2010 to Modify Scheduling Order in reference to Plaintiff's MOTION for
Extension of Time to Complete Discovery and Memorandum of Law.     '/ -1 Gʋ ?  2/ / -/ / (

---

3/22/2010                         By: J/cd        Slip No. 1007258                   $360.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our egal services in connection with revising and forwarding Plaintiff's Interrogatories in connection
with the above referenced litigation matter.  Updating attorney records and making the pertinent
annotations to the file.     '0-1 Gʋ ?  2/ / -/ / (

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta        Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010      Page No  5<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**3/22/2010**                By: J/cd        Slip No. 1007259              $875.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

NPP  Our legal services in connection with finalizing Plaintiff's Interrogatories to Defendant and serving said documents to
    McCormack via U.S. Mail. Updating attorney records and making the pertinent annotations to the file.    '1-4 Gq ? 24/ -/ / (

**3/23/2010**                By: J/cd        Slip No. 1007273              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

CK  For legal services in connection with preparing and revising documents relating to the questions to be
    proposed for deposition upon written questions of Su Yuan. Revising the declaration of  Julio Acosta
    and Shahin.  Forwarding drafts of said declaration to client via email. Updating records and making the
    pertinent annotations to the file.    '7-/ Gq ? 24/ -/ / (

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta      Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010     Page No  6<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |
|---|---|

---

3/23/2010                              By: J/cd        Slip No. 1007274                $1400.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with creating and revising interrogatories for Washington Shoe Corp.
Reviewed invoices from Chinese supplier and compiled information. Emails to Julio Acosta
ascertaining differences in stock Nos. and other particulars.    '3-/ Gợ ?  24/ -/ / (

*CRlR*

---

3/23/2010                              By: J/cd        Slip No. 1007275                $1400.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including drafting and revising
Requests for admissions, preparing Proposal for Modification of Deadlines and serving attorneys Matos
and MCCormack.  Conferences with Julio Acosta in reference to last sales of the allegedly copyrighted
boots.    '3-/ Gợ ?  24/ -/ / (

*CR*

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date: 4/8/2010     Page No  7

Bill No. **1007247**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**3/23/2010**                          By: J/sp          Slip No. 1007276                    $0.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including correcting and modifying
revised version of Proposal to Modify.  Sending same to opposite counsel for comments and or
approval.

---

**3/23/2010**                          By: J/sp          Slip No. 1007280                   $350.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with drafting and editing a reply to the response to our
renewed motion to dismiss amended counterclaim.     '0-/  Gq  ?  24/ -/ / (

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 4/8/2010     Page No  8

Bill No. **1007247**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/26/2010 | By: J/cd | Slip No. 1007305 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with revising and drafting a new version of the Request for Production of Documents combining Mr. Sanchelima's response and clients response for the above referenced litigation matter.  Forwarding said draft to Mr. Olemberg and Mr. Acosta via email.  Updating attorney records and making the pertinent annotations to the file.     '/ -5 Gʠ ?  2/ / -/ / (

NPP

---

| 3/26/2010 | By: J/cd | Slip No. 1007307 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with revising and drafting a new version of the Interrogatories combining Mr. Sanchelima's response and clients response for the above referenced litigation matter.  Forwarding said draft to Mr. Olemberg and Mr. Acosta via email.  Updating attorney records and making the pertinent annotations to the file.     '/ -5 Gʠ ?  2/ / -/ / (

NPP

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 4/8/2010    Page No  9<br><br>Bill No. **1007247**<br><br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 3/26/2010 | By: J/cd | Slip No. 1007308 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with revising and drafting a new version of the Admissions combining
Mr. Sanchelima's response and clients response for the above referenced litigation matter.  Forwarding
said draft to Mr. Olemberg and Mr. Acosta via email.  Updating attorney records and making the
pertinent annotations to the file.    '/ -5 G�q ?  2/ / -/ / (

*NPP*

| 3/23/2010 | By: J/cd | Slip No. 1007309 | $1080.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in meeting with Mr. Acosta and Mr. Olemberg at Olem Shoe Corporation from
10:00am - 7:00pm.  Reviewing the Request for Production of Documents,  Admissions,  Interrogatories,
Declaration of Julio Acosta and the Declaration of Shahin Rezaie for the above referenced litigation
matter.  Reviewing each question and or request individually and responding to said request. Travel
expenses included.    '2-5 Gʇ ?  2/ / -/ / (

*UʀR*
*NPP*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | | **INVOICE** | |
|---|---|---|---|
| Mr. Julio Acosta | Via fax | Bill Date: 4/8/2010 | Page No 10 |
| 800 N.W. 21 Street | | Bill No. **1007247** | |
| Miami, Florida 33127 | | Acct. **Olem Shoe Corp. /Litigation/Washington Shoe Co.** | |

3/26/2010                    By: J/cd        Slip No. 1007310              $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Gathering additional documents to be provided in the request for production of documents and Bates stamping said documents. Uploading stamped documents to an electronic database and saving each corresponding document for the corresponding requests. Updating attorney records and making the pertinent annotations to the file.      '/ -7 Gｑ ? 2/ / -/ / (

3/26/2010                    By: J/sp        Slip No. 1007312              $480.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

For legal services in connection with several communications via email, phone and   mail to ProTranslating Services regarding Notice of Clarification, Certificate of Accuracy and declaration of Mr. Su Yuan.      '0-5 Gｑ ? 2/ / -/ / (

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

### INVOICE

Bill Date: 4/8/2010     Page No   11

Bill No. **1007247**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

3/26/2010                     By: J/sp        Slip No. 1007313              $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

NPP  For legal services in connection with a holding a conference with Mr. Olemberg, Mr. Acosta and Mr.
Rezaie to review Responses to Interrogatories, Requests for Admissions and Request for Production of
Documents. Taking notes of amendments and questions and prepping documents for final review.    '/ -7 Gq  ?  2/ / -/ / (

---

3/26/2010                     By: J/sp        Slip No. 1007314              $180.00

VPP  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered in connection with revising a reply to the response to our renewed motion
to dismiss amended counterclaim.  Updating attorney records and making the pertinent annotations to
the file.    '/ -5 Gq  ?  2/ / -/ / (

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | **INVOICE** | |
|---|---|---|
| Mr. Julio Acosta          Via fax | Bill Date: 4/8/2010     Page No   12 | |
| 800 N.W. 21 Street | Bill No. **1007247** | |
| Miami, Florida 33127 | Acct.  **Olem Shoe Corp.** | |
| | **/Litigation/Washington Shoe** | |
| | **Co.** | |

---

3/26/2010                          By: J/cd        Slip No. 1007316                    $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with research to locate an attorney or officer to take the deposition of
Mr. Su Yuan in China.  Sending particulars to Mr. Tim McCormack via email for his review.  Updating
attorney records and making the pertinent annotations to the file.     '/ -1 Gʍ ?  2/ / -/ / (

---

3/17/2010                          By: J/cd        Slip No. 1007318                    $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Answering several emails to client's representatives, including email from Julio Acosta of March 16,
2010, with explanations about legal theory of the copyright case in particular with respect to the Zebra
design.     '0-/ Gʍ ?  24/ -/ / (

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date: 4/8/2010    Page No  13

Bill No. **1007247**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**3/26/2010**                    By: J/sp      Slip No. 1007320            $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with researching the Hague Convention and its application in China in
reference to deposition of citizens for US litigation, federal rules in reference to using foreign associates
for depositions by written questions.    '/ -7 Gợ ?  2/ / -/ / (

---

**3/26/2010**                    By: J/cd      Slip No. 1007325            $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and processing a copy of the Joint  Proposal To Modify
Deadlines and End Discovery and ORDER Continuing Trial Date and Providing For Other Deadlines to
client via email.  Updating attorney records and making the pertinent annotations to the file.    '/ -5 Gợ ?  2/ / -/ / (

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE** |
|---|---|---|

Bill Date: 4/8/2010    Page No   14

Bill No. **1007247**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

3/27/2010                    By: J/           Slip No. 1007331              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
For legal services rendered relating to reviewing discovery documents to be served, including answers to interrogatories, requests for production of documents and admissions. Preparing motion for protective order and supporting memorandum. Answering several questions from Robert Olemberg. Research on Section 411 of the Copyright Laws. Drafting letter to insist on the production of file history by Copyright Office.  Reviewed declaration of Su Yuan.     '7-/ Gq  ? 24/ -/ / (

---

3/30/2010                    By: J/cd          Slip No. 1007344              $720.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with finalizing and sending discovery Response (Request for Production of Documents, Response to the Interrogatories, and Response to the Request for Admissions along with Plaintiff Priviledge log to opposite counsel with regard to the above referenced litigation matter.  Updating attorney records and making the pertinent annotations to the file.     '1-3 Gq  ? 2/ / -/ / (

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010    Page No   15<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|

---

3/30/2010                              By: J/sp      Slip No. 1007367              $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

For legal services rendered in connection with processing, saving and filing translated Declaration for Su Yuan from English to Mandarin. Updating attorney records and making the pertinent annotations to the file.    '/ -3 Gq̄  ?  2/ / -/ / (

---

3/30/2010                              By: J/cd      Slip No. 1007370              $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing and drafting the Second Set of Request for Admissions for the above referenced litigation matter.  Updating attorney records and making the pertinent annotations to the file.    '/ -1 Gq  ?  2/ / -/ / (

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta           Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 4/8/2010    Page No   16

Bill No. **1007247**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe Co.**

---

3/30/2010                    By: J/cd        Slip No. 1007371              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
*NPP* Our legal services in connection with revising and drafting the a Reply to the Motion to Dismiss for the above referenced litigation matter. Updating attorney records and making the pertinent annotations to the file.

---

3/30/2010                    By: J/cd        Slip No. 1007372              $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
*NPP* Our legal services in connection with preparing and drafting the a Reply to the Motion to Strike for the above referenced litigation matter. Updating attorney records and making the pertinent annotations to the file.     '/ -1 Gʳ ?  2/ / -/ / (

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE** |
|---|---|---|
| | | Bill Date: 4/8/2010    Page No   17 |
| | | Bill No. **1007247** |
| | | Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

3/30/2010                                          By: J/cd          Slip No. 1007373                    $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing and drafting a communication to the Copyright Office
directed Steve Ruwe in reference to the deposit for Ditsy Dot for the above referenced litigation matter.
Updating attorney records and making the pertinent annotations to the file.      '/ -1 Gᴄ┬ ?  2/ / -/ / (

---

4/1/2010                                           By: J/sp          Slip No. 1007385                   $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

For legal services in connection with preparing and editing the Proposed Protective Order, Motion for
Protective Order and contacting client and opposite counsel via email for updates and updated drafts.      '0-/ Gᴄ┬ ?  24/ -/ / (

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | | | **INVOICE** | |
|---|---|---|---|---|
| Mr. Julio Acosta | | Via fax | Bill Date: 4/8/2010 | Page No 18 |
| 800 N.W. 21 Street | | | Bill No. **1007247** | |
| Miami, Florida 33127 | | | Acct. **Olem Shoe Corp.** **/Litigation/Washington Shoe Co.** | |

| 4/1/2010 | By: J/sp | Slip No. 1007386 | $60.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

*NPP*

For legal services in connection with making necessary modification to Motion for Protective Order and Proposed Protective Order, updating attorney records and making the pertinent annotations to the file.   '/ -1 Gₜ ?  2/ / -/ / (

| 3/31/2010 | By: J/sp | Slip No. 1007388 | $180.00 |
|---|---|---|---|

*NPP*
*√*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating research performed via database and internet searches for cases cited by opposite counsel, prepping case study binder, updating attorney records and making the pertinent annotations to the file.    '/ -5 Gₜ ?  2/ / -/ / (

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 4/8/2010     Page No   19

Bill No. **1007247**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/1/2010**                    By: J/      Slip No. 1007410            $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to drafting and negotiating confidentiality protective order with Tim
McCormack, Esq. and client, reviewing discovery requests objected to, several communications
relating the nature of the documents being protected.  Exchanged several drafts after conducting
research to determine whether Mr. McCormack could be excluded.    '1-/ Gꝗ ?  24/ -/ / (

---

**4/4/2010**                    By: J/      Slip No. 1007411            $875.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Dots pattern)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the preparation of answer to counterclaim based on order
dismissing second count (trade dress).  Research on what constitutes deposit to limit admission as to
the scope of copyright registration and preserving objection to adjudicated scope of copyright
protection.    '1-4 Gꝗ ?  24/ -/ / (

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 4/8/2010    Page No   20<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |
|---|---|---|

| 4/5/2010 | By: J/cd | Slip No. 1007418 | $0.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating explanation of ORDER received for Motion to Dismiss for the above referenced matter including updating client's records and making the pertinent annotations to the file.

*NPP*

| 4/6/2010 | By: J/sp | Slip No. 1007439 | $175.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

For legal services rendered relating to the above referenced matter including reviewing material sent by potential  expert witness, Gabriele Goldaper, in reference to her past experience. Compared Mr. Goldaper's experience with other experts.    '/ -4 Gq̃ ?  24/ -/ / (

*NPP*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta                Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date: 4/8/2010      Page No   22

Bill No. **1007247**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/6/2010**                    By: J/cd        Slip No. 1007456              $120.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A

*NPP*  Our legal services in connection with revising and making changes to the Stipulated Protective Order
and forwarding latest version to Mr. Timothy McCormack for his approval and signature.  Updating
attorney records and making the pertinent annotations to the file.   '/ -3 Gʰ ?  2/ / -/ / (

---

**4/6/2010**                    By: J/cd        Slip No. 1007461              $180.00

*iِR*  Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
Our legal services in connection with revising and making changes to the declaration of Julio Acosta in
connection with the above referenced litigation matter.  Updating attorney records and making the
pertinent annotations to the file.   '/ -5 Gʰ ?  2/ / -/ / (

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010    Page No 21<br>Bill No. **1007247**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

4/6/2010        By: J/sp      Slip No. 1007440      $175.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
For legal services rendered in connection with hosting a conference with Gabriele Goldaper, an expert in the garment industry. Discussed the lack of originality for the Polka dots design and the zebra design. Also, industry customs relating to the manner in which purchases are made, including the degree of care an ordinary purchaser will exercise in ascertaining whether a particular pattern is protectable.    '/ -4 Gɋ ? 24/ -/ / (

*CR*
*NPP*

---

4/6/2010        By: J/sp      Slip No. 1007451      $1400.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
For legal services rendered in connection with preparing response to Washinton Shoe Co's motion for summary judgment, research on different theories for invalidating copyright registration No. VAu756 950.    '3-/ Gɋ ? 24/ -/ / (

*CR*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 4/8/2010   Page No   23<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

---

| 4/6/2010 | By: J/cd | Slip No. 1007462 | $180.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with revising and making changes to the declaration of Shahin Rezaie
in connection with the above referenced litigation matter.  Updating attorney records and making the
pertinent annotations to the file.     '/ -5 Gq̅ ?  2/ / -/ / (

---

| 4/7/2010 | By: J/ | Slip No. 1007472 | $350.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to designing expert witness' areas of inquiry, inspecting expert
sources.  Interviewing expert Gabriele Goldaper. Reviewed Mr. Walace's cv.  Research on Daubert
decision on experts in Federal Court. Rule 702.     '0-/ Gq̅ ?  24/ -/ / (

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127     Via fax | **INVOICE**<br>Bill Date: 4/8/2010    Page No   24<br>Bill No. **1007247**<br>Acct.   **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

4/7/2010                  By: J/cd       Slip No. 1007474           $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Research on access requirement and opportunity to copy based on representations made by
Washington Shoe Co. on its availability of boots displayed on the World Shoe + Accessories trade
shows in Las Vegas and distribution through Target stores. Compared to other cases in other
jurisdictions for similar treatment. Research on bare possibility to copy versus reaonable opportunity to
copy.   '1-/ Gꞯ ? 24/ -/ / (

---

4/7/2010                  By: J/sp       Slip No. 1007476           $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered in connection with preparing case research binder, organizing cases,
creating detailed table of contents with case summaries and continuing to research cases dealing with
copyright infringement and copyright office fraud.     (0.6 Hrs @ 300.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 4/8/2010    Page No   25<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

**3/16/2010**                          By: J/cd        Slip No. 1007477                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with forwarding direct questions for Su Yuan to Julio Acosta in reference to the above referenced litigation matter.  Updating attorney records and making the pertinent annotations to the file.

*C R*

---

**4/8/2010**                           By: J/at        Slip No. 1007495                  $97.00

Dkt No. **290350**

*V*
*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of March, 2010.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta        Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 4/8/2010        Page No  26<br>Bill No. **1007247**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**3/31/2010**                     By: J/cd      Slip No. 1007499                $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with several communications throughout the month of March regarding
the above referenced litigation matter at no cost to client.  Updating attorney records and saving said
communications and making annotations to the file regarding same.

**Invoice Total:**        **$20977.00**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 5/3/2010     Page No   1

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/9/2010**                    By: J/cd        Slip No. 1007505              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Follow up call to Mr. Steven Ruwe in reference to the availability of the deposit or new pictures for
DISTY DOT.  Updating attorney records and making the pertinent annotations to the file.

---

**4/9/2010**                    By: J/cd        Slip No. 1007506              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with communication with the United States Copyright Office in
connection with the deposit for ZEBRA SUPREME-OLEM.  Sending LS FORM to Ms. Tonya Lewis via
email and making annotations to the file.

---



# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010    Page No 2<br>Bill No. **1007505**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**4/9/2010**       By: J/cd     Slip No. 1007514      $60.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services in connection with reviewing and processing a Notice of Telephonic Hearing for Plaintiff Renewed Motion to Strike for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.     (0.2 Hrs @ 300.00)

---

**4/9/2010**       By: J/cd     Slip No. 1007515      $875.00

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with preparing and drafting a Motion to Appoint Depo Officer to take Deposition upon written questions for Mr. Su Yuan. Researching for support of memorandum for the preparation of Plaintiff's Motion. Providing client with a draft of said motion for review and approval. Updating attorney records and making the pertinent annotations to the file.     (2.5 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date: 5/3/2010     Page No  3

Bill No. **1007505**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**4/9/2010**                         By: J/cd        Slip No. 1007516            $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with extensive research conducted regarding access to copies of work
deposited in the United States Copyright Office relating to the above referenced matter.     (2.0 Hrs @ 350.00)

---

**4/12/2010**                        By: J/sp        Slip No. 1007517            $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered in connection with compiling additional case study research to Cases
binder and editing table of contents, saving information in e-folder.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

# Patents, Trademarks & Copyrights
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta        Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010      Page No  4<br>Bill No. **1007505**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

4/12/2010                    By: J/cd         Slip No. 1007531              $2800.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection revising and supplementing Plaintiff's Answer to Counterclaim and supplementing
Plaintiff's Affirmative Defenses for the above referenced litigation matter. Extensive research at a local library for
same.  Updating attorney records and making the pertinent annotations to the file.    (8.0 Hrs @ 350.00)

NPP

---

4/14/2010                    By: J/sp         Slip No. 1007552              $180.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with editing and proofreading Motion to Appoint Foreign
Officer. Researching cases where foreign officers were appointed and obtaining the required documents for
appointing said officer.    (0.6 Hrs @ 300.00)

NPP

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010    Page No  5<br>Bill No. **1007505**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

4/14/2010                    By: J/sp        Slip No. 1007554              $120.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference: N/A
For legal services rendered in connection with contacting TASA to obtain instructions on proceeding
with contracting an expert witness.  Calculating costs and its procedure in order to inform client to receive
instructions on how to proceed with contracting an expert witness.      (0.4 Hrs @ 300.00)

---

4/12/2010                    By: J/cd        Slip No. 1007557              $350.00

√    Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference: N/A
Our legal services in connection with preparing for hearing for Plaintiff's Motion to Strike. Reviewing Plaintiff's
renewed Motion and Defendant's response. Gathering documents and files needed for the preparation of said
hearing.  Updating attorney records and making the pertinent annotations to the file.      (1.0 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010    Page No 6<br>Bill No. **1007505**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

4/12/2010            By: J/cd      Slip No. 1007558       $150.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Cost and fees for the preparation and scheduling of conference call made with Global Crossing associated with the Hearing for Motion to Strike. Notifying opposing counsel of said conference.     (0.5 Hrs @ 300.00)

Npp

---

4/13/2010            By: J/cd      Slip No. 1007560       $1400.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with reviewing and supplementing Plaintiff's Answer to Amended Counterclaim and affirmative Defenses. Reviewing Counter-Plaintiff's exhibits and changes for the preparation of Plaintiff's response to the Amended Counterclaim and Affirmative Defenses. Updating attorney records and making the pertinent annotations to the file.     (4.0 Hrs @ 350.00)

Npp

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 5/3/2010    Page No  7

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

4/14/2010                        By: J/cd        Slip No. 1007561              $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing the first draft of Plaintiff's Motion for the Issuance of
Request to Register Copyrights Pursuant to 17 U.S.C. **§** 411(B)(2).   Review of space 6(a) and 6(b) of the VA
copyright application.  Research of 37 C.F.R. 201.5(c)(3) to supplement said Motion.  Updating attorney records
and making the pertinent annotations to the file.     (2.0 Hrs @ 350.00)

---

4/14/2010                        By: J/cd        Slip No. 1007562              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with additional supplements made to Mr. Acosta's Declaration and
preparation of the filing of said document with the United States District Court, Southern District of Florida for the
above referenced matter.    (1.0 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
**Attorneys at Law**

# Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta    Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010     Page No   8

Bill No. **1007505**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/15/2010 | By: J/sp | Slip No. 1007572 | $700.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services in connection with reviewing arguments made in McCormack's letter. Researching
Hague Convention and Rule 28 for the appointment or commissioning of an officer in China. Updating
attorney records with same for our reference and future use in Plaintiff's Motion.     (2.0 Hrs @ 350.00)

---

| 4/15/2010 | By: J/ | Slip No. 1007581 | $262.50 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to discussion with Chris Lenegro, Esq. in reference to progress in
both cases and exchanged ideas, including using the Compendium of Copyright Office to show that
polka dots are in the public domain. Discussed the lacking of originality in the author.     (0.75 Hrs @ 350.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 5/3/2010    Page No  9

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/19/2010**                         By: J/          Slip No. 1007595              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including revising Olem's Material
Facts in Opposition to Washington Shoe's Material Facts statement.
Supplementation of Julio Acosta's declaration to support Olem's Material Facts.
Supplementing Response to Washington Shoe's Motion for Summary Judgment.
Research on reference to copies including Cole v. Wonder case and other "unpublished" work cases.     (8.0 Hrs @ 350.00)

---

**4/17/2010**                         By: J/sp         Slip No. 1007600              $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered in connection with comparing declaration with material facts for Motion of
Summary Judgment, editing and adjusting document with pertinent citations, footnotes and exhibits.   0.8 Hrs @ 300.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 5/3/2010    Page No   10

Bill No. **1007505**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

4/19/2010                          By: J/sp        Slip No. 1007601                $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with finalizing the 7th draft of Mr. Acosta's declaration.  Organizing corresponding
exhibits for the said declaration. Bates stamping said additional documents for this declaration.  Updating attorney
records and making annotations to the file.    (0.8 Hrs @ 300.00)

*U R*

---

4/17/2010                          By: J/cd        Slip No. 1007605                $420.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing Olem's response to Motion for Summary
Judgment.  Gathering exhibits corresponding to our response.  Updating attorney records and making
the pertinent annotations to the file.    (1.4 Hrs @ 300.00)

*N P P*

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 5/3/2010     Page No   11

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/19/2010**                    By: J/cd        Slip No. 1007608              $420.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

*NPP* Our legal services in connection to making changes to the response of the Motion for Summary
Judgment. Supplementing said response draft. Gathering additional exhibits corresponding to said response.
Updating attorney records with new version of said response.      (1.4 Hrs @ 300.00)

---

**4/19/2010**                    By: J/cd        Slip No. 1007609              $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

*NPP* Our legal services in connection with preparing and drafting an Agreement To Be Bound By Protective
Order for Mr. Jesus Sanchelima, Esq. and Mr. Julio Acosta for the above referenced litigation matter.      (0.6 Hrs @ 300.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta    Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010    Page No   12

Bill No. **1007505**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/19/2010 | By: J/cd | Slip No. 1007617 | $300.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with preparing and drafting the Second Set of Admissions for the
above referenced litigation matter. Review if the first set for the creation of the second set. Updating
attorney records and making the pertinent annotations to the file.    (1.0 Hrs @ 300.00)

*NPP*

---

| 4/20/2010 | By: J/cd | Slip No. 1007618 | $700.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Research on work made for hire, authorship and originality. Supplementing the legal discussion
portion on those areas in our response to Washington Shoe's motion for summary judgment.    (2.0 Hrs @ 350.00)

*CR*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 5/3/2010      Page No  13

Bill No. **1007505**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

4/20/2010                    By: J/at      Slip No. 1007620              $82.16

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with
regards to the above referenced matter. Documents have been saved to clients file.

---

4/20/2010                    By: j/mj      Slip No. 1007629              $122.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including conference with Patchen
Haggerty regarding deposition in seattle; discussed issues and confidential settlement agreement;
updating client's records and making the pertinent annotations to the file.    (0.35 Hrs @ 350.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | | |
| --- | --- | --- |
| Mr. Julio Acosta | Via fax | **INVOICE** |
| 800 N.W. 21 Street | | Bill Date: 5/3/2010    Page No  14 |
| Miami, Florida 33127 | | Bill No. **1007505** |
| | | Acct.  **Olem Shoe Corp.** |
| | | **/Litigation/Washington Shoe** |
| | | **Co.** |

4/20/2010                              By: J/cd          Slip No. 1007630                $420.00

Dkt No. **290350**

N♈♈

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing the latest draft for the Motion for Summary
Judgment for the above referenced litigation matter.  Preparation of exhibits and documents needed to
produce for client review.     (1.2 Hrs @ 350.00)

───────────────────────────────────────────────────────────

4/21/2010                              By: J/sp          Slip No. 1007634                  $0.00

Dkt No. **290350**

N♈♈
U♈

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with holding a conference on 04/20/2010 with Robert
Olemberg and Julio Acosta in reference to Summary Judgment and Mr. Acosta's Declaration.
Reviewing of exhibits, making pertinent annotations to file and updating records.

───────────────────────────────────────────────────────────

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010      Page No   15

Bill No. **1007505**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

**4/20/2010**                     By: J/sp        Slip No. 1007635              $420.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with modifying, editing and re-structuring Acosta declaration
with corresponding exhibits.  Making notes to declaration based on Mr. Acosta's feedback, explaining
exhibits and declaration structure to Mr. Acosta and Mr. Olemberg.     (1.2 Hrs @ 350.00)

---

**4/20/2010**                     By: J/sp        Slip No. 1007636              $360.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with drafting first, second and third versions of Supplemental
Interrogatories, making pertinent changes and modifications and coordinating matching exhibits.     (1.2 Hrs @ 300.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via Email
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010    Page No  16

Bill No. **1007505**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

4/21/2010                     By: J/      Slip No. 1007642          $4200.00

Dkt No. **290350**

*UR*
*CR*
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing declaration of Julio Acosta
and Statement of Material Facts. Selected exhibits to show invalidity Reviewed Mr. Acosta's declaration several times.
Prepared Statement of Facts in Opposition to Washington Shoe's statement of Facts. Reviewed Shahin Rezeie'
declaration. Selected exhibits to be used in Mr. Rezaie's declaration and/or Acosta's declaration depending on availability of
Mr. Rezaie. Contacted the Copyright Office, expedited letter documenting unavailability. Research on Fraud in the Copyright
Office. Research on Unclean Hands and Estoppel. Other equitable defenses. Research on independent creation. Researched
striking similarities for substantially similarity test and exceptions to bypassing access test. Investigated facts on common works,
such as polka dots and zebra-like stripe designs for triggering exceptions.      (12.0 Hrs @ 350.00)

---

4/20/2010                     By: J/      Slip No. 1007643          $700.00

Dkt No. **290350**

*NPP*
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparing supplemental
answers to interrogatories (1st set) served by Washington Shoe Co. Reviewed protective order.
Drafted agreement to be bound. Letter to attorneys Manos and McCormack.      (2.0 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010     Page No   17

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/21/2010**                By: J/sp        Slip No. 1007646              $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to editing Julio Acosta declaration draft 8 with corresponding
Exhibits, modifying bates numbers and re-ordering exhibits with paragraph alterations.     (0.8 Hrs @ 300.00)

---

**4/21/2010**                By: J/sp        Slip No. 1007647              $420.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with editing, revising and reviewing Shahin Rezaie's
Declaration.  Adding and Bates numbering exhibits which correspond with said declaration.     (1.4 Hrs @ 300.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | | | **INVOICE** | |
|---|---|---|---|---|
| Mr. Julio Acosta | Via fax | | Bill Date: 5/3/2010 | Page No 18 |
| 800 N.W. 21 Street | | | Bill No. **1007505** | |
| Miami, Florida 33127 | | | Acct. **Olem Shoe Corp.** | |
| | | | **/Litigation/Washington Shoe** | |
| | | | **Co.** | |

4/21/2010                     By: J/sp          Slip No. 1007648              $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered in connection with preparing Material Facts, editing content, making
revisions, adding exhibits and citations.   Verifying sources and confirming location of citations for Material Facts.
Updating attorney records and making annotations to the file for said filing.     (0.8 Hrs @ 300.00)

4/21/2010                     By: J/cd          Slip No. 1007654             $1080.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing the latest draft for the Motion for Summary
Judgment for the above referenced litigation matter.  Preparation of exhibits and documents needed to
produce for client review.     (3.6 Hrs @ 300.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010     Page No   19

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/21/2010**                         By: J/cd          Slip No. 1007655          $1400.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Several hours spent supplementing the latest draft for the Motion for Summary Judgment for the above
referenced litigation matter.  Preparation of exhibits and documents needed to produce for client
review.      (4.0 Hrs @ 350.00)

---

**4/22/2010**                         By: J/          Slip No. 1007658          $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including supplementing response
motion for summary judgment in view of answers to requests for admission and for production of
documents.  Revisions to response, added exceptions to the striking similarities bypass for showing
access.   Reviewed exhibits to be used in Acosta's declaration.
Revised Statement of Facts in Opposition to Washington Shoe's Statement of Facts.  Research on
summary judgment tests for copyright cases.
Supervised uploading of response, declarations and statement of material facts.      (8.0 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
### 235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010    Page No   20<br>Bill No. **1007505**<br>Acct. **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

4/22/2010          By: J/sp      Slip No. 1007659      $720.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered in connection with finalizing the declaration of Julio Acosta including supplementing averments from Mr. Rezaie's original statement, confirming contents with Mr. Acosta, finalizing exhibits with proper bates numbering and legible content, separating exhibits in PDFs for online filing, consolidated statements in Mr. Acosta's testimony in order to provide support for Olem's Material Facts in response to Washington Shoe's Material facts, updating attorney records and making pertinent annotations to file.    (2.4 Hrs @ 300.00)

*UR*

---

4/22/2010          By: J/sp      Slip No. 1007660      $540.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to finalizing Olem's Material Facts in Opposition to Washington Shoe Co., editing and revising document content, adding corresponding exhibits and bates numbers and matching citations with location in original documents, comparison with other relevant information, updating attorney records and making pertinent annotations to file.    (1.8 Hrs @ 300.00)

*NPP*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date: 5/3/2010     Page No  21

Bill No. **1007505**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

**4/26/2010**                    By: J/cd        Slip No. 1007668            $125.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Invoice No. 12595 received from ProTranslating for the translation of the declaration of Su Yuan from
English into Chinese.  (See invoice attached).



---

**4/29/2010**                    By: J/cd        Slip No. 1007700            $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and processing correspondence and Original
documents received from the United States Copyright Office in connection with the copyright deposit
for Ditsy Dot.  Updating attorney records and making the pertinent annotations to the file.     (0.6 Hrs @ 300.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta       Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 5/3/2010     Page No  22

Bill No. **1007505**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/29/2010**                    By: J/cd        Slip No. 1007702              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and processing correspondence and Original
Documents to client which we have received from the United States Copyright Office for DITSY DOTS.
Updating clients records with confirmation of forwarded documents.

---

**4/29/2010**                    By: J/cd        Slip No. 1007703              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and processing correspondence and Original
Documents to client which we have received from the United States Copyright Office for Zebra
Supreme.  Updating clients records with confirmation of forwarded documents.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta      Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010     Page No  23<br>Bill No. **1007505**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

**4/29/2010**                     By: J/cd        Slip No. 1007704              $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and processing correspondence and Original
documents received from the United States Copyright Office in connection with the copyright deposit
for Zebra Supreme.  Updating attorney records and making the pertinent annotations to the file.      (0.6 Hrs @ 300.00)

---

**4/29/2010**                     By: J/cd        Slip No. 1007708              $165.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Credit Card payment for Request.  Retrieval of records from storage for VAu 756-950 from the United
States Copyright Office.  (See invoice attached)

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 5/3/2010    Page No 24<br>Bill No. **1007505**<br>. Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

**4/29/2010**      By: J/cd      Slip No. 1007709      $94.50

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
*CR* Credit Card payment for Request. Retrieval of records from storage for VAu 1-007-893 from the United
States Copyright Office. (See invoice attached)

---

**4/29/2010**      By: J/cd      Slip No. 1007710      $120.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
*CR* Our legal services in connection with preparing, drafting and sending letter to the Attnention of Mr.
David Christopher from the United States Copyright Office in connection with the incorrect documents
received regarding our request as well as request for additional documents for VAu 756-950 and
deposit date. Updating attorney records with our inquiry and updated file for follow up. (0.4 Hrs @ 300.00)

---

**Invoice Total:**      **$28556.66**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   1

---

**4/30/2010**                    By: J/sp        Slip No. 1007712              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered in connection with updating case research, editing Table of Contents with more specific information, and updating the above referenced file with highlighted cases.

---

**4/30/2010**                    By: J/sp        Slip No. 1007715              $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered in connection with preparing and drafting the first draft of the supplemental request for production of documents, noting WSC's instructions and preparing files for review.     (0.6 Hrs @ 300.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   2

---

**5/1/2010**                                      By: J/sp          Slip No. 1007718                    $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with editing and supplementing the supplemental response
for production of documents for the above referenced matter.     (0.6 Hrs @ 300.00)

NPP

---

**5/1/2010**                                      By: J/sp          Slip No. 1007719                    $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with documenting WSC interrogatory responses with Olem
interrogatories and noting language, objections, comments and response for analysis.     (0.6 Hrs @ 300.00)

NPP

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   3

---

| 5/3/2010 | By: J/cd | Slip No. 1007726 | $480.00 |
|---|---|---|---|

Dkt No. **290350**

**Our file No. 290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing, gathering and compiling Exhibits and last draft for filing Plaintiff's Motion for the Issuance of Request to Register of Copyrights Pursuant to 17 U.S.C. § 411(B)(2) with the United States District Court Southern District of Florida for the above referenced matter.     (1.6 Hrs @ 300.00)

---

| 5/3/2010 | By: J/cd | Slip No. 1007727 | $2100.00 |
|---|---|---|---|

Dkt No. **290350**

**Our file No. 290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing and finalizing the last draft for Plaintiff's Motion for the Issuance of Request to Register of Copyrights Pursuant to 17 U.S.C. § 411(B)(2) and revisal of final Exhibits to be included in said motion.  Updating attorney records and making the pertinent annotations to the file.     (6.0 Hrs @ 350.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No  4

---

**5/3/2010**                      By: J/cd          Slip No. 1007728                    $480.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with drafting the first Amended Motion for the Issuance of Requests to
Register of Copyrights Pursuant to 17 U.S.C. § 411(B)(2) for the above referenced matter.  Updating
attorney records and making the pertinent annotations to the file.      (1.6 Hrs @ 300.00)

*CR*

---

**5/4/2010**                      By: J/sp          Slip No. 1007740                    $250.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal fees in connection with conducting a trademark design search for a Zebra Print and Polka
Dots print.  Updating attorney records and making the pertinent annotations to the file.      (0.83 Hrs @ 300.00)

*CRR*
*TD*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:5/31/2010
Bill No. **1007712**
Page No   5

---

5/3/2010                          By: J/sp        Slip No. 1007741              $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
NPP   For legal services in connection with editing and finalizing documents for the Supplemental Request for
Production of Documents to be presented to opposite counsel.     (0.8 Hrs @ 300.00)

---

5/3/2010                          By: J/sp        Slip No. 1007742               $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
NPP   For legal services in connection with preparing response letter to Tim McCormack, Esq. in reference to
Past due and Incomplete Interrogatory Responses. Including analysis of responses and objections,
formatting the letter and recording Mr. Sanchelima's responses.

---

# Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   6

---

**5/4/2010**                      By: J/sp      Slip No. 1007743            $1652.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For consultation services including review of information, analysis, etc of Expert Witness Gabrielle
Goldaper via TASA Group. Four hours are paid in advance as per TASA guidelines. Updating attorney
records and making annotations to the file. (Fees)

---

**5/4/2010**                      By: J/sp      Slip No. 1007744             $175.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Administrative one-time fee required by TASA Group for providing Expert Witness for the above
referenced matter.

---

## Sanchelima & Associates, P.A.
**Attorneys at Law**

## Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   7

---

**5/3/2010**                    By: J/cd          Slip No. 1007747          $300.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with Filing an Amended Motion for the Issuance of Requests to
Register of Copyrights Pursuant to 17 U.S.C. § 411(B)(2) for the above referenced matter.  Updating
attorney records and making the pertinent annotations to the file.     (1.0 Hrs @ 300.00)

---

**5/1/2010**                    By: J/cd          Slip No. 1007748          $300.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with Filing Plaintiff's Motion for the Issuance of Requests to Register of
Copyrights Pursuant to 17 U.S.C. § 411(B)(2) for the above referenced matter.  Updating attorney
records and making the pertinent annotations to the file.     (1.0 Hrs @ 300.00)

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:5/31/2010<br>Bill No. **1007712**<br><br>Page No  8 |

---

**5/1/2010**                              By: J/cd          Slip No. 1007749                    $1050.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing and drafting the first draft for the Plaintiff's  Motion for
Summary Judgment in connection with the above referenced matter.      (3.0 Hrs @ 350.00)

---

**5/4/2010**                              By: J/cd          Slip No. 1007750                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing Plaintiff's Motion to Appoint or Comission Person
Before Whom Deposition Upon Written Questions May Be Taken in connection with the above
referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta            Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:5/31/2010
Bill No. **1007712**

Page No   9

---

5/5/2010                          By: J/sp        Slip No. 1007756                $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered in connection with reviewing Tim McCormack's concerns and drafting a
reply to his objections and advancing our requests for compliance.

---

5/5/2010                          By: J/         Slip No. 1007764               $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to research on attorney/advocate doctrine as it relates to motion to
compel deposition of attorney McCormack.  Need for information and evidence and exhaustion of other
possible sources for the information relating to the 2009 filings. Supplementing motion to compel
deposition.     (2.0 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010

Bill No. **1007712**

Page No   10

---

5/5/2010                          By: J/        Slip No. 1007765              $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to preparation of answer to second amended complaint, affirmative
defenses added for trade dress infringement including functionality, laches, and estoppel.  Reviewed
exhibits to support affirmative defenses.    (2.0 Hrs @ 350.00)

TD

---

5/6/2010                          By: J/cd       Slip No. 1007775              $525.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing the final version of Plaintiff's Answer to Second
Amended Counterclaim and Affirmative Defenses in connection with the above referenced matter.
Updating attorney records with latest supplemented version ready for filing.    (1.5 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   11

---

5/6/2010                    By: J/cd         Slip No. 1007776              $1225.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

NPP

Final revisions in connection with supplements made to the final version of Plaintiff's Answer to Second
Amended Counterclaim and Affirmative Defenses in connection with the above referenced matter.     (3.5 Hrs @ 350.00)

---

5/6/2010                    By: J/cd         Slip No. 1007777              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

NPP

Our legal services in connection with preparing and filing Plaintiff's Answer to Second Amended
Counterclaim and Affirmative Defenses with the United States District Court, Southern District of
Florida.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
### Attorneys at Law

### Patents, Trademarks & Copyrights
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   12

---

**5/6/2010**                    By: J/cd        Slip No. 1007778                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with forwarding a copy of Plaintiff's Answer to Second Amended
Counterclaim and Affirmative Defenses with the United States District Court, Southern District of
Florida.

*Npp*

---

**5/6/2010**                    By: J/sp        Slip No. 1007779                    $0.00

Dkt No. **290350**

*N pp*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with contacting McCormack's office and Sound Legal Copy in
reference to obtaining documents for production and costs involved with our receipt of them.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   13

---

5/7/2010                          By: J/sp          Slip No. 1007780                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with giving specific instructions to Mr. Mendez at Sound Legal Copy in
reference to how the documents should be prepared and delivered, requested invoice and particulars
on the documents we will be receiving.

---

5/8/2010                          By: J/          Slip No. 1007785                    $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to review of cases cited by Mr. McCormack in reference to duty to
disclose opinions of  application of facts to legal theories. To the extent that such interrogatories and
requests can expedite the resolution of the litigation. (Meese v. Eaton Mnfg. and others.    (1.0 Hrs @ 350.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:5/31/2010
Bill No. **1007712**

Page No   14

---

5/8/2010                    By: J/        Slip No. 1007786              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to revision of motion to appoint commission in China based on new
allegations of attorney McCormack and refusal to agree as to the taking of the deposition of Mr. Liu.     (1.0 Hrs @ 350.00)

---

5/8/2010                    By: J/cd      Slip No. 1007787               $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing WSC Undisputed Facts which was filed May 6, 2010
with the United States District Cout Southern District of Florida and preparing communication to client
regarding same.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   15

---

**5/8/2010**                          By: J/cd          Slip No. 1007788                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered in connection with sending letter to client regarding WSC Undisputed
NPP Facts. Updating attorney records and making the pertinent annotations to the file.

---

**5/8/2010**                          By: J/cd          Slip No. 1007789                    $240.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with processing and compiling documents relating to Defendants
Reply to Material Facts to clients file and updating database with important deadlines. Making
NPP annotations to the file.     (0.8 Hrs @ 300.00)

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010

Bill No. **1007712**

Page No   16

---

| 5/8/2010 | By: J/ | Slip No. 1007790 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the review of translations' alleged inaccuracies and arguments
brought by Mr. McCormack in reference to these translations and possible impact on the current
litigation.     (1.5 Hrs @ 350.00)

---

| 5/07/2010 | By: J/sp | Slip No. 1007819 | $240.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with preparing, editing and filing Motion to Compel Defendant's
Counsel to Testify in Deposition as Fact Witness for the above referenced matter with the United
States District Court, Southern District of Florida.     (0.8 Hrs @ 300.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010

Bill No. **1007712**

Page No  17

---

**5/11/2010**                    By: J/cd        Slip No. 1007824                $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and processing ORDER received from the chambers of
United States Magistrate Judge John J. O'Sullivan Striking our Motion to Compel for the above
referenced matter. Updating attorney records and files and making the pertinent annotations to the file.          (0.2 Hrs @ 300.00)

*NPP*

---

**5/11/2010**                    By: J/cd        Slip No. 1007825                $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with forwarding the Order received regarding our Motion to Compel for
the above referenced matter to client via email.  Updating attorney records and making the pertinent
annotations to the file.

*NPP*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp./Litigation/Washington Shoe Co. <br> Mr. Julio Acosta          Via fax <br> 800 N.W. 21 Street <br> Miami, Florida 33127 | **INVOICE** <br><br> Bill Date:5/31/2010 <br> Bill No. **1007712** <br> Page No   18 |

---

5/11/2010                                    By: J/cd          Slip No. 1007826                    $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing Professional Translating Services comments with
regard to inaccuracies in the Chinese Translation.  Updating attorney records and making the pertinent
annotations to the file.      (0.2 Hrs @ 300.00)

*CR*

---

5/13/2010                                    By: J/sp          Slip No. 1007855                    $240.00

Dkt No. **290350**

*CK*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with gathering pertinent information and preparing the first draft Ms.
Helen Di, translator of Mr. Su Yuan's documents, declaration for use in conjunction with Plaintiff's
Response to Washington Shoe Company's Objections and Motion to Strike the Declaration of Su
Yuan.      (0.8 Hrs @ 300.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No  19

---

**5/13/2010**                    By: J/at        Slip No. 1007858                    $290.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of April, 2010 for the above referenced matter.

---

**5/14/2010**                    By: AG         Slip No. 1007862                    $200.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered in connection with research for Rule 28 ORDER and affidavit supporting order.  Drafting said Order for Plaintiff's Motion to Commission a Person Before Whom Deposition Upon Written Questions May be Taken.     (0.57 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:5/31/2010<br>Bill No. **1007712**<br><br>Page No   20 |
|---|---|

---

5/14/2010                           By: J/sp          Slip No. 1007865                    $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with coordinating date and time with opposite counsel Tom Manos and
Magistrate John J. O'Sullivan.  Preparing and filing a Notice of Hearing as per Magistrate O'Sullivan, to
discuss Plaintiff's Motion to Compel Defendant's Counsel to Testify in Deposition as Fact Witness .    (0.4 Hrs @ 300.00)

*NPP*

---

5/14/2010                           By: J/           Slip No. 1007867                    $262.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to preparing proposed order to appoint commission of Mr. Liu.
Reviewed other forms and adapted clauses to present case. Incorporated exhibits to motion to
appoint commission.     (0.75 Hrs @ 350.00)

*CR*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co. | **INVOICE** |
|---|---|
| Mr. Julio Acosta          Via fax | |
| 800 N.W. 21 Street | Bill Date:5/31/2010 |
| Miami, Florida 33127 | Bill No. **1007712** |
| | Page No   21 |

---

**5/14/2010**                                        By: J/          Slip No. 1007869                    $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including coordinating the setting of hearing on motion to compel attorney McCormack to testify.  Preparing for hearing in front of Magistrate Sullivan.     (1.0 Hrs @ 350.00)

*NPP*

---

**5/17/2010**                                        By: J/sp         Slip No. 1007872                    $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services in connection with filing *Plaintiff's Motion to Commission a Person Before Whom Deposition Upon Written Questions May be Taken* with the United States District Court.     (0.2 Hrs @ 350.00)

*UR*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:5/31/2010

Bill No. **1007712**

Page No  22

---

**5/15/2010**                                By: J/       Slip No. 1007904              $1750.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot/Zebra patterns)** *** U.S.A.
For legal services rendered relating to the above referenced matter including research at U M law
library to on work made for hire in support of motion for summary judgment. Commissioned work and
limitations.     (5.0 Hrs @ 350.00)

*CR*

---

**5/17/2010**                                By: J/       Slip No. 1007905              $2100.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including drafting response to
objections to declaration of Su Yuan, reviewed Chinese translations, research law on admissible
hearsay evidence at motion for summary judgment stage. Went over objections to translations by
translator Shao and our translator, Helen Di.  Developed defense arguments.  Several telephone
conversations with Professional Translators, Corp.  Drafting declaration of Helena Di, first draft.     (6.0 Hrs @ 350.00)

*CR*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010

Bill No. **1007712**

Page No   23

---

**5/20/2010**                    By: J/          Slip No. 1007906                    $1050.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Continued research on different issues raised in WSC's motion to strike including the authenticity
requirements for translations. California case law cited. Differentiation with present case where
declaration is in English. Prepared second draft of declaration for Helen Di. Several telephone
conversations with Professional Translators to obtain declaration from Ms. Helena Di.    (3.0 Hrs @ 350.00)

---

**5/20/2010**                    By: J/          Slip No. 1007907                    $1050.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including updating client's records
and making the pertinent annotations to the file.
Continued the preparation of response to motion to strike.  Admissibility of Document No. 1 arguments.
Objecitons to the translation terms, i.e. "develop" versus "create". Look for synonyms in dictionaries.
Prepared arguments.    (3.0 Hrs @ 350.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   24

---

| 5/20/2010 | By: J/cd | Slip No. 1007918 | $120.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with reviewing and docketing Washington Shoe Co. Memorandum in
Opposition to Olem's Motion for the Issuance of Request to Register of Copyrights Pursuant to 17 U.S.
C. § 411(B)(2).  Updating attorney records and making the pertinent annotations to the file.     (0.4 Hrs @ 300.00)

*CR*

---

| 5/20/2010 | By: J/cd | Slip No. 1007919 | $420.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Revisions made to the Motion to Commission A Person Before Whom Deposition Upon Written
Questions May Be Taken by Apellete attorney for the above referenced matter.----------------------- See
Invoice Attached.

*UR*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:5/31/2010

Bill No. **1007712**

Page No   25

---

**5/20/2010**                                By: J/sp        Slip No. 1007922                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services in connection with contacting Magistrate O'Sullivan's office to amend hearing set for
June 3, 2010 to include discussion of Plaintiff's Motion to Commission a Person Before Whom
Deposition Upon Written Questions may be Taken (DE # 88, 5/17/10) and drafting Amended Notice of
Hearing.

---

**5/20/2010**                                By: J/           Slip No. 1007925                  $525.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including conferences with
representatives of Professional Translators, Inc and Ms. Helen Di to discuss the objections cited by
opposite counsel relating to the translations propounded.    (1.5 Hrs @ 350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta      Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:5/31/2010<br>Bill No. **1007712**<br><br>Page No   26 |
| --- | --- |

---

**5/20/2010**                By: J/        Slip No. 1007926        $350.00

*UR*
*CR*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the preparation of the declaration of Helen Di and selection of
exhibits to counter the arguments relating to the alleged inaccuracies and alleged fraud.     (1.0 Hrs @ 350.00)

---

**5/21/2010**                By: J/cd      Slip No. 1007930        $142.56

*NPP*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Invoice No. 9032590159 from Global Crossing in connection with conference for Hearing held for the
above referenced matter on March 18, 2010. (See invoice attached)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

### INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No  27

---

**5/21/2010**                          By: J/cd       Slip No. 1007932                    $43.14

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Invoice No. 9032641127 from Global Crossing with regard to conference for Hearing for Motion for
Motion to Strike for the above referenced matter. (See invoice attached)

*Npp*

---

**5/25/2010**                          By: J/cd       Slip No. 1007973                    $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
*CR* Our legal services in connection with preparing and forwarding communication to Mr. Ruwe from the
United States Copyright Office in reference to the deposit that had been "lost" and the submitted
"replacement".  Requested comments and requested the procedure and place of documentation for this
type of issue.  Updated attorney records with said requests.     (1.0 Hrs @ 350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta       Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:5/31/2010
Bill No. **1007712**

Page No   28

---

**5/26/2010**            By: J/cd       Slip No. 1007982       $165.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Invoice received from United States Copyright Office in connection with Retrieval of Records from
Storage for Ditsy Dot. (See invoice attached)

---

**Invoice Total:**       **$22130.20**

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No   1

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/25/2010 | Slip No. 1007957.00 | By: J/sp | Rate: 120.00 | $120.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For o` q legal services in connection with making final changes to Plaintiff Response to Washington Shoe
Company's Objection and Motion Strike the Declaration of Su Yuan and filing both documents and
Declaration of Helen Di.

---

| 5/31/2010 | Slip No. 1008014.00 | By: J/cd | Rate: 120.00 | $180.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o` q legal services in connection with reviewing and updating changes to Draft 7 of PLAINTIFF'S
MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS PURSUANT TO 17
U.S.C. § 411(B)(2).  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 6/28/2010    Page No  2

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 5/29/2010 | Slip No. 1008015.00 | By: J/cd | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with drafting and supplementing PLAINTIFF'S MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS PURSUANT TO 17 U.S.C. § 411(B)(2). For legal services rendered relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

*CR*

---

| 5/30/2010 | Slip No. 1008016.00 | By: J/cd | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with supplements made and research for  PLAINTIFF'S MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS PURSUANT TO 17 U.S.C. § 411 (B)(2).  Updating attorney records and making the pertinent annotations to the file.

*CR*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   2

---

**7/6/2010**                      By: J/cd        Slip No. 1008382               $95.00

*NPP*  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with downloading and processing and Notice of Hearing scheduled for
Wednesday, July 7, 2010 for the above referenced matter before the honorable Judge Paul C Huck.     (0.79 Hrs @ $120.00)

---

**7/7/2010**                      By: J/cd        Slip No. 1008392               $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
*CRR*  Your Reference: N/A
Our paralegal services in connection with drafting letter to Mr. Liu regarding Rule 28, 31 and Examination
Questions per JM edits; finalized same. Updating attorney records and making annotations to the file.     (0.5 Hrs @ $120.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   1

---

**7/2/2010**                          By: J/          Slip No. 1008368                $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including updating finalizaing
second set of requests for admissions to WSC for the genuiness of documents and facts.    (2.0 Hrs @ $350.00)

*NPP*

---

**7/6/2010**                          By: J/cd          Slip No. 1008381                $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
Email communication to Global Crossing in connection with setting telephonic  hearing as ordered by
the Court for the above referenced matter.\*

*NPP*



**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   45<br>Bill No. **1007957**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**6/28/2010**                Slip No. 1008323.00          By: J/cd          Rate:  Hrs:                $550.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Invoice received from Protranslating for the conference call held on May 20, 2010 and the declaration
of Helen Di in connection with the above referenced matter.  (See invoice attached)

**Invoice Total:**        **$37293.00**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No  44<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

| 6/28/2010 | Slip No. 1008321.00 | By: J/cd | Rate: 200.00<br>Hrs: 5.50 | $1100.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Legal services in connection with review of Defendant's Response and Plaintiff's draft in connection
with Motion under Rule 411. Review Societe case (1987 S. Ct. case) Review of Washington Shoe Co.
Sur-Reply and Plaintiff's Response to Sur-Reply.  (See invoice attached)

| 6/28/2010 | Slip No. 1008322.00 | By: J/cd | Rate:   Hrs: | $300.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Invoice received from Protranslating for the translation of letter to Su Yuan dated June 15, 2010 with
questions into Traditional and Simplified Chinese. (See invoice attached)

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | | **INVOICE** |
|---|---|---|
| Mr. Julio Acosta | Via fax | Bill Date: 6/28/2010   Page No   43 |
| 800 N.W. 21 Street | | Bill No. **1007957** |
| Miami, Florida 33127 | | Acct.  **Olem Shoe Corp.** |
| | | **/Litigation/Washington Shoe Co.** |

---

**6/26/2010**          Slip No. 1008318.00          By: J/cd          Rate:120.00   Hrs:1.00          $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with forwarding copies of the area of the Zebra Print laminate and the
Polka Dots laminate where there is writing in the Chinese language to be translated into English.
Updating attorney records and making the pertinent annotations to the file.

CRR

---

**6/28/2010**          Slip No. 1008320.00          By: J/cd          Rate:   Hrs:          $6872.05

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Invoice - The Tasa Group for Consultation services including a total of 20 hours for review,
teleconference, report preparation and report from Expert Witness for the above referenced matter.
(See attached)

V

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010   Page No   42

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 6/26/2010 | Slip No. 1008316.00 | By: J/cd | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with drafting a document for each witness (11 in total) that we will depose to include questions, facts and statements made in the declarations filed by witnesses and key information we have discovered.  Updating attorney records and making the pertinent annotations to the file.

---

| 6/26/2010 | Slip No. 1008317.00 | By: J/cd | Rate: 120.00 | $300.00 |
|---|---|---|---|---|
| | | | Hrs: 2.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with opening and creating eleven physical and electronic folders for the depositions of witnesses we have selected for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127    Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   41<br>Bill No. **1007957**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**6/26/2010**     Slip No. 1008314.00     By: J/cd     Rate: 120.00     $330.00
                                                                       Hrs: 2.75

Dkt No. **290350**

CR    Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
Our paralegal services in connection with supplementing the Notice of Deposition for Jessica Stetson, Karl Moehring, Kim Bertholf, Roel Salonga, Valerie Moehring, Robert Moehring, Mark Moehring, Kelly Towsley, Dave Wise, Bryce Dulay and Bree Brewer for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**6/26/2010**     Slip No. 1008315.00     By: J/     Rate: 350.00     $1050.00
                                                                       Hrs: 3.00

Dkt No. **290350**

UR    Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
Our legal services in connection with reviewing the declarations of Roel Salonga and Karl Moehring for the preparation of Karl Moehring's deposition and Roel Salonga's deposition. Drafting a document which will obtain facts, questions and information from witnesses declarations.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 6/28/2010    Page No   40

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/25/2010**          Slip No. 1008312.00      By: J/cd        Rate: 120.00                    $300.00
                                                                Hrs: 2.50

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with gathering Exhibits for PLAINTIFF'S RESPONSE TO SUR-REPLY
IN OPPOSITION TO PLAINTIFF'S
MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS
PURSUANT TO 17 U.S.C. § 411(B)(2) AND SUBMISSION OF AMENDED PROPOSED
REQUEST and PROPOSED REQUEST TO THE REGISTER OF THE COPYRIGHT OFFICE
PURSUANT SECTION 17 U.S.C. 411(b)(2), scanning and bates stamps said documents.  Updating
our records and making annotations to the file.

---

**6/26/2010**          Slip No. 1008313.00      By: J/cd        Rate: 120.00                    $180.00
                                                                Hrs: 1.50

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with using Fast Case, Referenced Legal to search for the following
individuals: Jessica Stetson, Karl Moehring, Kim Bertholf, Roel Salonga, Valerie Moehring, Robert
Moehring, Mark Moehring, Kelly Towsley, Dave Wise, Bryce Dulay, Bree Brewer and Timothy
McCormack for Deposition purposes.  Updating attorney records and making the pertinent annotations
to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta        Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 6/28/2010 · Page No  39

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/24/2010 | Slip No. 1008309.00 | By: J/ | Rate: 350.00 | $2800.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 8.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing drafts No. 6 and 7 of PLAINTIFF'S RESPONSE TO SUR-REPLY IN OPPOSITION TO PLAINTIFF'S
MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS
PURSUANT TO 17 U.S.C. § 411(B)(2) AND SUBMISSION OF AMENDED PROPOSED
REQUEST and drafts No. 3 and 4 of PROPOSED REQUEST TO THE REGISTER OF THE
COPYRIGHT OFFICE PURSUANT SECTION 17 U.S.C. 411(b)(2).  Updating our records and making
annotations to the file.

---

| 6/25/2010 | Slip No. 1008311.00 | By: J/cd | Rate:350.00 | Hrs:1.14 | $400.00 |
|---|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
Our legal services in connection with filing PLAINTIFF'S RESPONSE TO SUR-REPLY IN
OPPOSITION TO PLAINTIFF'S MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF
COPYRIGHTS PURSUANT TO 17 U.S.C. § 411(B)(2) AND SUBMISSION OF AMENDED
PROPOSED REQUEST and PROPOSED REQUEST TO THE REGISTER OF THE COPYRIGHT
OFFICE PURSUANT SECTION 17 U.S.C. 411(b)(2).   Updating our records and making annotations to
the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010   Page No   38

Bill No. **1007957**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/24/2010**          Slip No. 1008283.00      By: J/cd      Rate: 120.00          $180.00
                                                              Hrs: 1.50

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

 Our paralegal services in connection with making changes and supplementing PROPOSED REQUEST TO THE REGISTER OF THE COPYRIGHT OFFICE PURSUANT SECTION 17 U.S.C. 411(b)(2) in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**6/24/2010**          Slip No. 1008287.00      By: J/      Rate: 350.00          $700.00
                                                            Hrs: 2.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

For legal services rendered relating to the above referenced matter including reviewing the proposed report from expert witness, Gabrielle Goldaper. Discussed ten points that could be explained or modified in reference to industry standards, public domain subject matter and secondary meaning. Conference with expert Gabrielle Goldaper. Discussed issues in copyright law and secondary meaning relating to the print patterns.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No  37

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/24/2010**           Slip No. 1008281.00        By: J/cd         Rate: 120.00                    $180.00
                                                                    Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

*CR* Our paralegal services in connection with supplementing the 5th draft of PLAINTIFF'S RESPONSE TO
SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR THE ISSUANCE OF REQUEST TO
REGISTER OF COPYRIGHTS PURSUANT TO 17 U.S.C. § 411(B)(2) AND SUBMISSION OF
AMENDED PROPOSED REQUEST in connection with the above referenced matter.

---

**6/24/2010**           Slip No. 1008282.00        By: J/          Rate: 350.00                    $700.00
                                                                   Hrs: 2.00

Dkt No. **290350**

*CR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing and drafting the PROPOSED REQUEST TO THE
REGISTER OF THE COPYRIGHT OFFICE PURSUANT SECTION 17 U.S.C. 411(b)(2) for the above
referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010   Page No   36

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/24/2010 | Slip No. 1008279.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.00 | $240.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Several communications throughout the day with Expert Witness (Ms. Gabriele Goldaper) for original
color documents, exhibits and bates stamped documents with regard to the preparation of the Expert
Report which is Due July 1, 2010 in connection with the above referenced matter.

*NPP*

---

| 6/24/2010 | Slip No. 1008280.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.75 | $90.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with preparing and drafting main document for Schedule A, B and C to
be combined with the Direct Questions and the Cross-Exam Questions for the Deposition of Mr. Su
Yuan in connection with the above referenced matter.

*CR*

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No   35

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/22/2010 | Slip No. 1008275.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
10:30pm.  Called the Law offices of Mr. Dongfang Liu in connection with his availability and fees in connection with the deposition upon written questions for Mr. Su Yuan for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 6/24/2010 | Slip No. 1008278.00 | By: J/ | Rate: 120.00<br>Hrs: 0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with communication with opposite counsel (Mr. Tom Manos) in connection with status of Deposition Upon Written Questions of Su Yuan and Motion Whether Court Should Stay Motion for Summary Judgment.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127    Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   34<br>Bill No. **1007957**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**6/22/2010**     Slip No. 1008258.00     By: J/cd     Rate:120.00   Hrs:0.79     $95.00

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with forwarding Notice of Selected Expert Witness's to Mr.
mcCormack and Mr. Manos office via fax in connection with the above referenced matter.

---

**6/24/2010**     Slip No. 1008272.00     By: J/cd     Rate: 120.00     $90.00
    Hrs: 0.75

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with preparing and forwarding Direct Questions (Schedule "B") and
Cross-Examination Questions (Schedule "C") for the Deposition of Mr. Su Yuan to Professional
Translating Services in connection with the above referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 6/28/2010   Page No  33<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**6/22/2010**          Slip No. 1008256.00          By: J/cd          Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with forwarding a copy of the receipt we received for the payment
Sanchelima & Associates made to United States Copyright Office for the inspections of Copyrights
registration related to the above reference matter to Julio via email.  Updating attorney records and
making the pertinent annotations to the file.

---

**6/22/2010**          Slip No. 1008257.00          By: J/cd          Rate: 120.00          $360.00
                                                                      Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with several phone calls and letters to Mr. McCormack's office in
connection with the scheduling of depositions in Seattle, Washington for the above referenced matter.
Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   32<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

| 6/22/2010 | Slip No. 1008254.00 | By: J/cd | Rate:  Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with forwarding Notice of Cross Exam to Julio via email from
Washington Shoe Company in connection with the above referenced matter.  Updating attorney
records and making the pertinent annotations to the file.

| 6/22/2010 | Slip No. 1008255.00 | By: J/cd | Rate:120.00   Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

NPP

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with processing Notice of Cross Exam received from Washington
Shoe Company in connection with the above referenced matter.  Updating attorney records and
making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| 6/18/2010 | Slip No. 1008237.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.50 | $300.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
Our paralegal services in connection with gathering Exhibits for PLAINTIFF'S RESPONSE TO SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS PURSUANT TO 17 U.S.C. § 411(B)(2).  Stamping and collating exhibits and adding said documents to our response.

---

| 6/18/2010 | Slip No. 1008238.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
Our paralegal services in connection with preparing and sending an electronic communication to Mr. Dongfang Liu informing him that this matter is still pending and active and we will proceed to inform him as soon as we have confirmation to utilize his services.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 6/28/2010    Page No   30<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

6/18/2010      Slip No. 1008235.00     By: J/cd     Rate:   Hrs:       $0.00

Dkt No. **290350**

UR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with forwarding [D.E. 109] ORDER GRANTING PLAINTIFF'S
MOTION TO COMMISSION A PERSON BEFORE WHOM DEPOSITION UPON WRITTEN
QUESTIONS MAY BE TAKEN and [D.E. 110] ORDER to Mr. Acosta and Mr. Olemberg. Updating
attorney records and making the pertinent annotations to the file.

---

6/18/2010      Slip No. 1008236.00     By: J/cd     Rate:120.00   Hrs:0.71     $85.00

UR

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with preparing a package via US Mail Express with copies of all
declarations that have been filed in this case to Ms. Goldaper. Tracking EM529782452US.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 6/28/2010   Page No   29

Bill No. **1007957**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/18/2010**       Slip No. 1008233.00       By: J/cd       Rate:120.00   Hrs:0.50       $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with follow up call to the clerk for Judge O'Sulivan to confirm receipt of
our word perfect document [D.E. 88.1] Proposed ORDER for Plaintiff's MOTION TO COMMISSION A
PERSON BEFORE WHOM DEPOSITION UPON WRITTEN QUESTIONS MAY BE TAKEN.  Updating
attorney records and making the pertinent annotations to the file.

---

**6/18/2010**       Slip No. 1008234.00       By: J/cd       Rate: 120.00       $180.00
                                                            Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with downloading and processing [D.E. 109] ORDER GRANTING
PLAINTIFF'S MOTION TO COMMISSION A PERSON BEFORE WHOM DEPOSITION UPON
WRITTEN QUESTIONS MAY BE TAKEN and [D.E. 110] ORDER.  Updating attorney records and
making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   28<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

---

| 6/18/2010 | Slip No. 1008231.00 | By: J/ | Rate: 350.00<br>Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
Our legal services in connection with preparing a  letter addressed to Mr. McCormack with regard to
the communications and phone calls to his office in reference to the availability for deposition for the
individuals we have chosen for deposition for the above referenced matter.

---

| 6/18/2010 | Slip No. 1008232.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with processing and forwarding letter to McCormack via fax and email
with copies of our previous communications and new letter regarding availability for deposition.
Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010   Page No   27

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/18/2010**           Slip No. 1008229.00           By: J/cd           Rate: 120.00                    $120.00
                                                                         Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with preparing and forwarding [D.E. 88.1] Proposed ORDER Plaintiff's
MOTION TO COMMISSION A PERSON BEFORE WHOM DEPOSITION UPON WRITTEN
QUESTIONS MAY BE TAKEN to a colleague to convert word document into a word perfect so that the
document can be sent to the court house for processing.  Updating attorney records and making
annotations to the file.

---

**6/18/2010**           Slip No. 1008230.00           By: J/cd           Rate: 120.00                    $120.00
                                                                         Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with preparing and sending word perfect document [D.E. 88.1]
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMMISSION A PERSON BEFORE
WHOM DEPOSITION UPON WRITTEN QUESTIONS MAY BE TAKEN to the chambers of Judge
O'Sullivan as requested by Judge O'Sullivan for the above referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 6/28/2010   Page No   26

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

6/17/2010          Slip No. 1008213.00      By: J/cd        Rate: 120.00              $60.00
                                                            Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection processing and updating our records with the two versions of the
translations to the letters for Su Yuan, Simplified and Traditional.

---

6/17/2010          Slip No. 1008215.00      By: J/cd        Rate:  Hrs:               $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with forwarding a copy of the two Chinese Translations of the letter to
Su Yuan (Simplified and Traditional) in connection with the above referenced matter to Julio via email.

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 6/28/2010    Page No  25

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**6/17/2010**          Slip No. 1008211.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with downloading and forwarding copies of the communications sent to Ms. Goldaper with regard to the Decla. of Su Yuan and the copies of the Deposits for Ditsy Dot and Zebra Supreme-Olem to Mr. Acosta in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.



---

**6/17/2010**          Slip No. 1008212.00          By: J/cd          Rate: 120.00          $120.00
                                                                    Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with preparing and gathering original letter in English along with the translation to Chinese to be sent to Mr. Su Yuan via email and via fax from Mr. Sanchelima with regard to the above referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010  Page No  24<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

| 6/16/2010 | Slip No. 1008209.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. 290350

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
Our o` q legal services in connection with downloading WASHINGTON SHOE'S SUR-REPLY
MEMORANDUM IN OPPOSITION TO OLEM'S MOTION FOR THE ISSUANCE OF REQUEST TO
THE COPYRIGHT OFFICE UNDER SECTION 4ll(b)(2) OF TITLE 17 AND ARGUMENT RE
WHETHER THE MATTER SHOULD BE STAYED.  Updating attorney records and making the pertinent
annotations to the file.

| 6/17/2010 | Slip No. 1008210.00 | By: J/cd | Rate:  Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. 290350

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
Our legal services in connection with processing WASHINGTON SHOE'S SUR-REPLY
MEMORANDUM IN OPPOSITION TO OLEM'S MOTION FOR THE ISSUANCE OF REQUEST TO
THE COPYRIGHT OFFICE UNDER SECTION 4ll(b)(2) OF TITLE 17 AND ARGUMENT RE
WHETHER THE MATTER SHOULD BE STAYED to Julio and Mr. Olemberg.  Updating attorney
records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No  23<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 6/16/2010 | Slip No. 1008205.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our o`q legal services in connection with gathering copies of the deposits for Ditsy Dots and Zebra
Supreme-Olem and sending a copy to Ms. Gabriele Goldaper via email and U.S. Express Mail.
Updating attorney records and making the pertinent annotations to the file.

---

| 6/17/2010 | Slip No. 1008206.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.25 | $30.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our o`q legal services in connection with gathering and obtaining the the declaration filed by Mr. Su Yuan
in connection with the above referenced matter and sending same to Ms. Goldaper as requested.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 6/28/2010   Page No   22

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/17/2010 | Slip No. 1008199.00 | By: J/cd | Rate: 120.00 Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o` q legal services in connection with finalizing PLAINTIFF'S REPLY TO RESPONSE TO MOTION TO COMMISSION A PERSON BEFORE WHOM DEPOSITION UPON WRITTEN QUESTIONS MAY BE TAKEN and filing said reply with the United States District Court Southern District of Florida.  Updating attorney records and making the pertinent annotations to the file.

---

| 6/16/2010 | Slip No. 1008200.00 | By: J/cd | Rate: 120.00 Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o` q legal services in connection with finalizing PLAINTIFF'S BRIEF ON THE ISSUE OF WHETHER THE COURT SHOULD STAY THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and filing said brief with the United States District Court Southern District of Florida.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 6/28/2010    Page No  21

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 6/17/2010 | Slip No. 1008195.00 | By: J/ | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with attending a teleconference with Gariele Goldaper in connection
with reviewing documents that have been sent to her regarding expert witness.  Discussing the above
mentioned case and review of additional documents that may be needed.

---

| 6/17/2010 | Slip No. 1008196.00 | By: J/ | Rate:  Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

*UR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with telephone conference with Mr. Julio Acosta and Mr. Robert
Olemberg with regards to the conference with Ms. Goldaper.  Discussed PLAINTIFF'S BRIEF ON THE
ISSUE OF WHETHER THE COURT SHOULD STAY THE DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT and the PLAINTIFF'S REPLY TO RESPONSE TO MOTION TO COMMISSION A
PERSON BEFORE WHOM DEPOSITION UPON WRITTEN QUESTIONS MAY BE TAKEN.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | Via fax | **INVOICE** |
| Mr. Julio Acosta | | Bill Date: 6/28/2010   Page No   20 |
| 800 N.W. 21 Street | | Bill No. **1007957** |
| Miami, Florida 33127 | | Acct.  **Olem Shoe Corp.** |
| | | **/Litigation/Washington Shoe** |
| | | **Co.** |

| 6/15/2010 | Slip No. 1008179.00 | By: J/ | Rate: 350.00 | $1050.00 |
| | | | Hrs: 3.00 | |

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with traveling and inspection of copyright registration's at the United
States Copyright Office.  Obtaining specific information for each registration as well as the registration
process used at the Copyright Office so deposits.  Updating records relating to the above referenced.

| 6/17/2010 | Slip No. 1008194.00 | By: J/ | Rate: 350.00 | $700.00 |
| | | | Hrs: 2.00 | |

Dkt No. **290350**

UR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with final review and supplements made to the PLAINTIFF'S REPLY
TO RESPONSE TO MOTION TO COMMISSION A PERSON BEFORE WHOM DEPOSITION UPON
WRITTEN QUESTIONS MAY BE TAKEN and PLAINTIFF'S BRIEF ON THE ISSUE OF WHETHER
THE COURT SHOULD STAY THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 6/28/2010    Page No   19

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

**6/14/2010**         Slip No. 1008153.00      By: J/cd       Rate:120.00   Hrs:0.79      $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our o`d legal services in connection with processing Affidavit which was filed with the United States District
Court Southern District of Florida signed by Karl Moehring in support of the reply to the Motion for
Summary Judgment for the above referenced matter.

---

**6/15/2010**         Slip No. 1008178.00      By: J/        Rate: 350.00                 $2800.00
                                                             Hrs: 8.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with research, preparing and drafting the first draft of Plaintiff's Reply
to Response to Motion to Commission a Person Before Whom Deposition Upon Written Questions May
Be Taken.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010   Page No   18

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 6/14/2010 | Slip No. 1008150.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o`q legal services in connection with preparing and sending letter to Mr. McCormack in reference to adding an additional witness Robert Moehring in connection to the depositions we are trying to schedule during the month of July.  Updating attorney records and making the pertinent annotations to the file.

---

| 6/14/2010 | Slip No. 1008151.00 | By: J/cd | Rate:120.00   Hrs:0.79 | $95.00 |

Dkt No. **Olem Shoe Corp.**

**/Litigation/290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o`q legal services in connection with processing the Response to Motion for Plaintiff's Motion to ommission a person Before Whom Deposition Upon Written Questions May Be Taken.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No   17

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 6/14/2010 | Slip No. 1008148.00 | By: J/cd | Rate: 120.00 | $120.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
Our o` q legal services in connection with contacting and sending an email communication the court reporter Pat Sanders to request a copy of the transcripts for the hearing that was held on  Wednesday, June 9, 2010 before the honorable Judge Paul C. Huck for Washington Shoe's Objection to and Motion to Strike the Declaration of Su Yuan (Doc. #82) and on Olem Shoe's Motion for the Issuance of Request to Register of Copyrights Pursuant to 17 U.S.C. § 411(b)(2) (Doc. #76).

---

| 6/14/2010 | Slip No. 1008149.00 | By: J/cd | Rate: 120.00 | $84.00 |
|---|---|---|---|---|
| | | | Hrs: 0.70 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
Our o` q legal services in connection with preparing and drafting letter to Su Yuan with regards to the declaration we are also preparing which needs to be filed with the United States District Court for the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | | **INVOICE** |
| --- | --- | --- |
| Mr. Julio Acosta | Via fax | Bill Date: 6/28/2010    Page No   16 |
| 800 N.W. 21 Street | | Bill No. **1007957** |
| Miami, Florida 33127 | | Acct.  **Olem Shoe Corp.** |
| | | **/Litigation/Washington Shoe** |
| | | **Co.** |

---

| 6/10/2010 | Slip No. 1008115.00 | By: J/cd | Rate:  Hrs: | $78.39 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

∨

Nρρ

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Invoice received from Sound Legal Copy for the Request for Production of Documents we have
obtained for the above referenced matter. (See invoice attached)

---

| 6/14/2010 | Slip No. 1008147.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

ΧΚ

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o` d legal services in connection with providing opposite counsel with copies of Bates No. OLEM
-000110 through OLEM-000198.  Provided the provider "Black" with the two original cellophanes (dots
design and zebra print).  Carlos Escalona was the representative who came and retrieved the
documents.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No   15

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

6/9/2010          Slip No. 1008111.00       By: J/cd        Rate:  Hrs:              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with forwarding a copy of the first draft of the decla. of Su Yuan to
Julio/Olemberg via email.

*CR*

---

6/9/2010          Slip No. 1008112.00       By: J/cd        Rate: 120.00          $180.00
                                                            Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our o` d legal services in connection with preparing an drafting the first draft of the declaration of Su Yuan
in connection with the above referenced matter.

*CR*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 6/28/2010   Page No  14

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/9/2010 | Slip No. 1008109.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.00 | $240.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
Our o` q legal services in connection with completing the third draft of the Second Supplemental Response
now that Julio sent us an excel of the invoices.  Saving the excel spreadsheets for Zebra and the black
and white dots and Bates Stamped said docs as OLEM- 000201 thru OLEM-000220.*

NPP

---

| 6/9/2010 | Slip No. 1008110.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
Our o` q legal services in connection with completing the 5th draft of the second set of req. for admission to
def. for JS review.  Printed the Bates no.'s being identified in the requests.

NPP

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE
Bill Date: 6/28/2010    Page No   13

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/8/2010 | Slip No. 1008107.00 | By: J/cd | Rate: 120.00 | $60.00 |
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our o`q legal services in connection with downloading, saving and updating attorney records with the copy of Notice of Hearing on Washington Shoe's Objection to and Motion to Strike the Declaration of Su Yuan (Doc. #82) and on Olem Shoe's Motion for the Issuance of Request to Register of Copyrights Pursuant to 17 U.S.C. § 411(b)(2) (Doc. #76) will be held on Wednesday, June 9, 2010 at 11:30 a.m. before the Honorable Paul C. Huck, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor Courtroom 13-2, Miami, Florida.

---

| 6/9/2010 | Slip No. 1008108.00 | By: J/cd | Rate:   Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with forwarding Notice of Hearing on Washington Shoe's Objection to and Motion to Strike the Declaration of Su Yuan (Doc. #82) and on Olem Shoe's Motion for the Issuance of Request to Register of Copyrights Pursuant to 17 U.S.C. § 411(b)(2) (Doc. #76) to Julio Acosta via email.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 6/28/2010    Page No   12<br>Bill No. **1007957**<br>Acct. **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

**6/9/2010**      Slip No. 1008104.00      By: J/cd      Rate:   Hrs:      $512.00

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Fees paid to the copyright office via telephone with a credit card in connection with retrieval of the following records to be made available for Mr. Sanchelima's inspection in the United States Copyright Office, Library of Congress, Washington DC on June 14, 2010. (1) VAu 756950 (Ditsy Dots) – In Mr. Ruwe's Office, (2) VAu001007893 (Zebra Supreme - Olem), (3) VAu000988278 (Rose Zebra Supreme), (4) VA0001092652 (Dalmatian boot drawing), (5) VA0001158697 (Dalmatian boot and (6) V3468D276 (Dalmation boot designs and

---

**6/8/2010**      Slip No. 1008105.00      By: J/cd      Rate: 120.00      $240.00
                                                          Hrs: 2.00

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o`q legal services in connection with finalizing and filing Supplement to WSC Objection/Motion to the Decl. of Su Yuan via CMECF with the United States District Court Southern District of Florida for the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   11<br><br>Bill No. **1007957**<br><br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**6/9/2010**                  Slip No. 1008102.00          By: J/cd          Rate: 120.00                    $240.00
                                                                                              Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
CR Our o`d legal services in connection with various calls and emails to the United States Copyright Office
Record Researcg and Certification Section in connection with scheduling an appointment to meet with
someone from there office and inspect several copyright registration Mr. Sanchelima has requested.

---

**6/9/2010**                  Slip No. 1008103.00          By: J/cd          Rate: 350.00                    $350.00
                                                                                              Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
CR Our legal services in connection with scheduling an appointment and drafting a letter to Ms. Scott from
the United States Copyright Office Record Research and Certification Section in connection with the list
of copyright Registrations Mr. Sanchelima will be inspecting upon his arrival to Washington, DC on
Monday June 14, 2010.

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127     Via fax | **INVOICE**<br>Bill Date: 6/28/2010   Page No   10<br>Bill No. **1007957**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 06/04/2010 | Slip No. 1008100.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o`q legal services in connection with email communication sent to Mr. Steve Ruwe asking to confirm receipt and or respond to Mr. Sanchelima's questions as to the "lost" and "replacement" of work for copyright registration VAu 756-950. Making annotations to the file.

---

| 6/4/2010 | Slip No. 1008101.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
|---|---|---|---|---|

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our o`q legal services in connection with supplements made to the Supplemental Response of WSC Objection/Motion yo the Declaration of Su Yuan. Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No  9

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/7/2010**           Slip No. 1008088.00        By: J/at          Rate:  Hrs:              $21.56

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A

Cost of courier employed to obtain a certified copy of the copyright Ditsy Dot from the United States
Library of Congress. Updating attorney records and making the pertinent annotations to the file.

---

**6/8/2010**           Slip No. 1008089.00        By: J/cd          Rate: 200.00   Hrs:          $300.00
                                                                          1.50

Dkt No. **290350**

*UR*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A

Review and revise Plaintiff's Motion to Commission a Person Before Whom Depositions upon Written
Questions.

Brief review of PACER documents

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No  8

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/6/2010 | Slip No. 1008086.00 | By: J/ | Rate: 350.00<br>Hrs: 1.00 | $350.00 |

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to review of Reply to Motion to Strike Su Yuan's declaration and affidavit of Tim McCormack in support of the Reply.  Reviewed translatons submitted by Mr. McCormack.

---

| 6/7/2010 | Slip No. 1008087.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.25 | $30.00 |

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
Our o` d legal services in connection with preparing the first draft of PLAINTIFF'S SUPPLEMENTAL RESPONSE TO WASHINGTON SHOE COMPANY'S OBJECTION AND MOTION TO STRIKE THE DECLARATION OF SU YUAN.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 6/28/2010   Page No  7<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**6/4/2010**          Slip No. 1008081.00          By: J/cd          Rate: 120.00                    $120.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP Our o`q legal services in connection with preparing and drafting letter to Mr. Timothy McComack in connection with the Second Supplement of Interrogatory Responses we are submitting for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**6/7/2010**          Slip No. 1008085.00          By: J/at          Rate:  Hrs:                     $290.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of May, 2010 for the above referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

J. Sanchelima, Reg. Patent Attorney

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 6/28/2010   Page No  6

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

6/4/2010            Slip No. 1008078.00      By: J/cd        Rate: 120.00              $120.00
                                                             Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP   Our o` d legal services in connection with preparing and drafting the first draft to Olem's Second
Supplement Answers to Interrogatories.  Updating attorney records and making the pertinent
annotations to the file.

---

6/4/2010            Slip No. 1008080.00      By: J/         Rate: 350.00              $175.00
                                                             Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP   Our legal services in connection with preparing and drafting letter to Karen Griffith regarding the
procedure to obtain the documents mentioned in our response to the Request for Production of
Documents in connection with the above referenced matter.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
### 235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta      Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 6/28/2010   Page No  5<br>Bill No. **1007957**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

**6/4/2010**          Slip No. 1008068.00          By: J/cd          Rate: 350.00          $700.00
                                                                     Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP Our legal services in connection with preparing for hearing on Plaintiff's Motion to Compel Defendant's
Counsel to Testify in Deposition as Fact Witness (DE # 85, 5/7/10) and Plaintiff's Motion to
Commission a Person Before Whom Deposition Upon Written Questions (DE # 88, 05/17/10) which will
take place on Thursday, June 3, 2010 at 2:00 p.m. before the Honorable John J. O'Sullivan, United
States Magistrate Judge.

---

**6/4/2010**          Slip No. 1008069.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP Our legal services in connection with meeting with Mr. Julio Acosta and Mr. Olemberg to discuss the
status of the above referenced case and to discuss the hearing that took place on Thursday, June 3,
2010 at 2:00 p.m. before the Honorable John J. O'Sullivan, United States Magistrate Judge for
Plaintiff's Motion to Compel Defendant's Counsel to Testify in Deposition as Fact Witness (DE # 85,
5/7/10) and Plaintiff's Motion to Commission a Person Before Whom Deposition Upon Written
Questions (DE # 88, 05/17/10).

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No   4

Bill No. **1007957**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/3/2010 | Slip No. 1008051.00 | By: AM | Rate: 200.00 | $200.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 1.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.  Specifically, investigating and drafting Plaintiff's second Request for Production of Documents.

---

| 6/4/2010 | Slip No. 1008067.00 | By: J/cd | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 1.00 |  |

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Attending hearing on Plaintiff's Motion to Compel Defendant's
Counsel to Testify in Deposition as Fact Witness (DE # 85, 5/7/10) and Plaintiff's Motion to Commission a Person Before Whom Deposition Upon Written Questions (DE # 88, 05/17/10) on Thursday, June 3, 2010 at 2:00 p.m. before the Honorable John J. O'Sullivan, United States Magistrate Judge, Fifth Floor Courtroom, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami Florida 33128.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 6/28/2010    Page No  3

Bill No. **1007957**

Acct.  **Olem Shoe Corp.**
        **/Litigation/Washington Shoe Co.**

| 5/31/2010 | Slip No. 1008017.00 | By: J/cd | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with additional supplementing to PLAINTIFF'S MOTION FOR THE ISSUANCE OF REQUEST TO REGISTER OF COPYRIGHTS PURSUANT TO 17 U.S.C. § 411(B)(2).

| 5/31/2010 | Slip No. 1008018.00 | By: J/cd | Rate: 350.00 Hrs: 6.00 | $2100.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing and classifying the Documents we have received in two CD's with regard to WSC Response to the Request for Production of Documents.  Extracting documents that may be useful throughout the above mentioned case.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

J. Sanchelima, Reg. Patent Attorney

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp./Litigation/Washington Shoe Co. <br> Mr. Julio Acosta          Via fax <br> 800 N.W. 21 Street <br> Miami, Florida 33127 | **INVOICE** <br><br> Bill Date:7/30/2010 <br> Bill No. **1008368** <br><br> Page No  3 |

---

**7/8/2010**          By: J/sp          Slip No. 1008395          $30.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For paralegal services rendered relating to the above referenced matter including calendaring and setting
up commercial carrier for the Telephonic Hearing on Olem's Motion for the Issuance of Request to
Register of Copyrights to be heard on July 9 as well as updating client's records and making the
pertinent annotations to the file.     (0.25 Hrs @ $120.00)

---

**7/8/2010**          By: J/cd          Slip No. 1008400          $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with gathering and reviewing translated documents for Schedule A, B
and C along with the Direct Questions and the Cross Examination Questions in connection with the
above referenced matter.     (1.5 Hrs @ $120.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta  Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:7/30/2010<br>Bill No. **1008368**<br><br>Page No  4 |

7/8/2010  By: J/cd  Slip No. 1008401  $240.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with finalizing and serving our second set of admissions to Mr.
Timothy McCormack, Esq and Mr. Tom J Manos via fax and via US Mail in connection with the above
referenced matter.    (2.0 Hrs @ $120.00)

---

7/8/2010  By: J/cd  Slip No. 1008402  $120.00

*UR*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with supplementing the second declaration of Mr. Julio Acosta in
connection with the above referenced matter.  Sending declaration to Mr. Acosta for his signature.
Bates stamping and gathering the exhibits associated with this declaration.    (1.0 Hrs @ $120.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta               Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   5

---

7/8/2010                     By: J/cd        Slip No. 1008403              $420.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with preparing and drafting the second declaration of Mr. Julio Acosta
in connection with the above referenced matter.     (3.5 Hrs @ $120.00)

---

7/8/2010                     By: J/cd        Slip No. 1008404              $700.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with downloading, saving and reviewing the appeal and objection filed
by Mr. Timothy McCormack in connection with the above referenced matter.     (2.0 Hrs @ $350.00)

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:7/30/2010<br>Bill No. **1008368**<br><br>Page No   6 |
|---|---|

---

7/6/2010                    By: J/        Slip No. 1008405              $1050.00

Dkt No. **290350**

*UR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with preparing and drafting a Motion to Strike the declaration of Roel
Salonga in connection with the above referenced matter to be used along with the declaration of Julio
Acosta.     (3.0 Hrs @ $350.00)

---

7/5/2010                    By: J/        Slip No. 1008406              $875.00

Dkt No. **290350**

*CR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with preparing the second declaration of Mr. Su Yuan in connection
with the above referenced matter.     (2.5 Hrs @ $350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co. | **INVOICE** |
|---|---|
| Mr. Julio Acosta          Via fax | Bill Date:7/30/2010 |
| 800 N.W. 21 Street | Bill No. **1008368** |
| Miami, Florida 33127 | Page No   7 |

---

**7/9/2010**                           By: J/sp          Slip No. 1008408                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including updating client's records and making the pertinent annotations to the file in connection with preparing and finalizing e-mail correspondence to Mr. McCormack enclosing letter to Mr. Liu including Rules, Orders and translated Examination Questions.

---

**7/9/2010**                           By: J/          Slip No. 1008419                    $262.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including updating client's records and making the pertinent annotations to the file including preparation and finalization of an extensive e-mail correspondence to Mr. Liu regarding contact with Su Yuan, translated examination questions, as well as details regarding Su Yuan's position and statements.     (0.75 Hrs @ $350.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   8

---

**7/9/2010**                              By: J/sp        Slip No. 1008420              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including updating client's records and making the pertinent annotations to the file regarding several e-mail communications by and between opposing counsel and JS discussing translated examination questions and material objections to same, labeling of documents produced and their possible error as well as the declaration or Roel Salonga.     (1.0 Hrs @ $350.00)



---

**7/14/2010**                            By: J/cd        Slip No. 1008474              $42.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with filing OLEM SHOE CORP'S MOTION TO STRIKE PARAGRAPH 4 AND EXHIBIT 5 AND 6 OF THE AFFIDAVIT OF ROEL SALONGA AND INCORPORATED MEMORANDUM OF LAW along with the Declaration of Julio Acosta and its corresponding Exhibit with the United States District Court, Southern District of Florida via CMECF for the above referenced matter.     (0.35 Hrs @ $120.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   9

---

7/13/2010                          By: J/cd        Slip No. 1008476              $300.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
*NPP* Our paralegal services in connection with making the final supplements to OLEM SHOE CORP.'S MOTION
TO STRIKE PARAGRAPH 4 AND EXHIBIT 5 AND 6 OF THE AFFIDAVIT OF ROEL SALONGA AND
INCORPORATED MEMORANDUM OF LAW for the above referenced matter.     (2.5 Hrs @ $120.00)

---

7/12/2010                          By: J/cd        Slip No. 1008478              $1020.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
*NPP* Our legal services in connection with reviewing the letter received from McCormack with its Request for
Production of documents and Interrogatories in connection with the above referenced matter with Mr.
Acosta and Mr. Olemberg.  Updating attorney records and making the pertinent annotations to the file.     (2.91 Hrs @ $350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta              Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   10

---

**7/12/2010**                    By: J/        Slip No. 1008479              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with conference at Olem Shoe Corp. with Mr. Julio Acosta and Mr.
Shahin Rezaie in connection with the Deposition of Su Yuan.  Providing Shahin with a copy of the
deposition questions and instructions.

*CR*

---

**7/14/2010**                    By: J/cd      Slip No. 1008480              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our legal services in connection with preparation of files for the 10 depositions to be taken in Seattle,
Washington for WSC.  Producing several photocopies, arranging and selecting documents needed
which are related to the deposition questions which will be asked to the individuals being deposed.    (8.0 Hrs @ $350.00)

*UR*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   11

---

7/15/2010                          By: J/        Slip No. 1008483              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Attorney's Fees in connection with taking the depositions of Kim Bertholf, Dave Wise and Kelly Towsley
of Washington Shoe Co. for the above referenced matter in Seattle, Washington.     (8.0 Hrs @ $350.00)

---

7/14/2010                          By: J/at       Slip No. 1008485              $145.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
June, 2010.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co. | **INVOICE** |
|---|---|
| Mr. Julio Acosta          Via fax | |
| 800 N.W. 21 Street | Bill Date:7/30/2010 |
| Miami, Florida 33127 | Bill No. **1008368** |
| | Page No   12 |

7/16/2010                          By: J/cd        Slip No. 1008516              $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with setting telephonic hearing with the Clerk, contacting the office of Mr. Tom Manos and informing Gloria (paralegal) of today's hearing for REQUEST FOR A TELEPHONIC EMERGENCY DISCOVERY CONFERENCE.  Contacting Global Crossing to set up a Dial Out to Jesus Sanchelima's mobile phone and Mr. Timothy McCormack's mobile phone in connection with the above referenced matter.     (1.0 Hrs @ $120.00)

NPP

7/16/2010                          By: J/cd        Slip No. 1008518              $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with downloading and updating clients files with ORDER [D.E. 122] issued by Magistrate O'Sullivan in connection with issues concerning Defendant coaching his witnessed throughout Plaintiff's deposition.  Updating attorney records and making the pertinent annotations to the file.     (0.79 Hrs @ $120.00)

NPP

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co. | **INVOICE** |
| Mr. Julio Acosta          Via fax | |
| 800 N.W. 21 Street | Bill Date:7/30/2010 |
| Miami, Florida 33127 | Bill No. **1008368** |
| | Page No   13 |

---

**7/16/2010**                     By: J/cd          Slip No. 1008520                $300.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with gathering documents, scanning and assigning Bates No(s) OLEM
-000199 through OLEM-000380 in connection with the above reference matter.     (2.5 Hrs @ $120.00)

---

**7/16/2010**                     By: J/          Slip No. 1008522                $175.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with drafting a letter to Magistrate John O'Sullivan requesting an
Emergency discovery conference with regard to issues arising during deposition of Washington Shoe
Co. counsel in connection with the above referenced matter.     (0.5 Hrs @ $350.00)

NPP

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   14

| 7/16/2010 | By: J/cd | Slip No. 1008523 | $180.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with preparing and drafting Supplement to Plaintiff Response to Defendant's First Set of Request for Production of Documents.  Drafting letter to Mr. McCormack and updating attorney records.     (1.5 Hrs @ $120.00)

NPP

| 7/19/2010 | By: J/at | Slip No. 1008547 | $245.60 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with regards to the above referenced matter. Documents have been saved to clients file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date: 7/30/2010
Bill No. **1008368**

Page No   15

---

| 7/16/2010 | By: J/ | Slip No. 1008548 | $2800.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Attorney's Fees in connection with taking the depositions of Karl Moehring, Robert Moehring and Mark Moehring of Washington Shoe Co. for the above referenced matter in Seattle, Washington.   (8.0 Hrs @ $350.00)

UR

---

| 7/19/2010 | By: J/ | Slip No. 1008549 | $2800.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Attorney's Fees in connection with taking the depositions of Valerie Moehring, Bryce Dulay, Roel Salonga and Bree Brewer of Washington Shoe Co. for the above referenced matter in Seattle, Washington.   (8.0 Hrs @ $350.00)

UR

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:7/30/2010
Bill No. **1008368**

Page No   16

---

7/17/2010                    By: J/        Slip No. 1008551              $875.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Travel and research conducted in connection with the Museum of History and Industry with regard to
Washington Shoe Mfg. Co, the historical building in the Pioneer District in downtown Seattle     (2.5 Hrs @ $350.00).

---

7/18/2010                    By: J/        Slip No. 1008553              $350.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with contacting Jessica Stetson's current employer to schedule a date
and time to confer with Ms. Stetson with regard to the above referenced matter.     (1.0 Hrs @ $350.00)

---

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta       Via fax
800 N.W. 21 Street
Miami, Florida 33127

### INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   17

---

| 7/20/2010 | By: J/ | Slip No. 1008554 | $2800.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Finalization and collection of transcripts for the 10 depositions conducted within the last few days in
Seattle, Washington.     (8.0 Hrs @ $350.00)

*UR*

---

| 7/22/2010 | By: J/at | Slip No. 1008589 | $84.90 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Cost of courier for sending urgent documents to Mrs. Goldaper via UPS Next Day Air in order to obtain
a timely report from Expert Witness. ( See attached)

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   18

---

7/26/2010                          By: J/cd        Slip No. 1008615                    $15.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  *** U.S.A.
Your Reference:  N/A

VR
Fees  from Washington Secretary of State for obtaining Last filed annual report and original registration document.  Se invoice attached.

---

7/29/2010                          By: J/cd        Slip No. 1008628                    $120.00

Dkt No. **290350**

CRR
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  *** U.S.A.
Our paralegal services in connection with reviewing documents and pictures received from Expert witness
Mrs. Gabriele Goldaper in connection with the use of Polka Dots and Zebra print design.    (1.0 Hrs @ $120.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:7/30/2010<br>Bill No. **1008368**<br><br>Page No   19 |
|---|---|

---

**7/27/2010**　　　　　　　By: J/cd　　　　Slip No. 1008629　　　　　　$0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our legal services in connection with follow up call to the Washington Secretary of State for the request we sent for a copy of the amendment made to the articles of incorporation from Robert Michael Moehring, Inc. to Washington Shoe Co. on Setp 10, 1990 for Unified Business Identifier Number 601263636.  Updating attorney records and making the pertinent annotations to the file.

---

**7/26/2010**　　　　　　　By: J/cd　　　　Slip No. 1008630　　　　　　$120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection drafting and sending a letter along with a Credit/Debit Payment Authorization form to the Washington Secretary of State for the request we sent for a copy of the amendment made to the articles of incorporation from Robert Michael Moehring, Inc. to Washington Shoe Co. on Setp 10, 1990 for Unified Business Identifier Number 601263636.  Updating attorney records and making the pertinent annotations to the file.     (1.0 Hrs @ $120.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                    Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**
Page No   20

---

**7/27/2010**                    By: J/cd        Slip No. 1008631              $300.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our paralegal services in connection with finalizing Supplement to Plaintiff Response to Defendant's First
Set of Request for Production of Documents. Serving documents to Mr. Timothy McCormack, Esq. and
Mr. Tom J Manos, Esq. on July 27, 2010 via US Express Mail.  Updating attorney records and making
the pertinent annotations to the file.     (2.5 Hrs @ $120.00)

---

**7/27/2010**                    By: J/cd        Slip No. 1008632              $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our paralegal services in connection with Bates Stamping several documents and assigning them Bates
Nos OLEM-000199-OLEM-000611.  These documents have been saved to client file and a copy has
been made available for the inspection of opposite counsel.     (1.0 Hrs @ $120.00)

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co. | **INVOICE** |
|---|---|
| Mr. Julio Acosta          Via fax | |
| 800 N.W. 21 Street | Bill Date:7/30/2010 |
| Miami, Florida 33127 | Bill No. **1008368** |
| | Page No   21 |

---

| 7/29/2010 | By: J/cd | Slip No. 1008634 | $0.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our legal services in connection with follow up call to the Washington Secretary of State for the request
we sent for a copy of the amendment made to the articles of incorporation from Robert Michael
Moehring, Inc. to Washington Shoe Co. on Setp 10, 1990 for Unified Business Identifier Number
601263636.  Customer services representative has provided me with tracking No. 1936885.   Updating
attorney records and making the pertinent annotations to the file.

---

| 7/23/2010 | By: J/cd | Slip No. 1008635 | $300.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our paralegal services in connection with saving and updating our records with a copy of the transcript,
word index and exhibits for the deposition of Bertholf, Kim., Moehring, Karl., Moehring, Robert.,
Towsley, Kelly., and Wise, David.    (2.5 Hrs @ $120.00)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010
Bill No. **1008368**
Page No   22

---

**7/23/2010**                          By: J/cd        Slip No. 1008636                $60.00

Dkt No. 290350

*NPP*
*UR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with offering another Mediator by the name Amanda Esqueibel, Esq.
as order by the court on January 12, 2010,  [D.E. 8],  at least ninety (90) days prior to the calendar call
the parties shall select a mediator certified under Local Rule 16.2B, shall schedule a time, date, and
place for mediation, and shall jointly file a proposed order scheduling mediation in the form specified by
Local Rule 16.2.H. to Mr. McCormack in connection with the above referenced matter via email.
Updating attorney records and making the pertinent annotations to the file.     (.50 Hrs @ $120.00)

---

**7/26/2010**                          By: J/         Slip No. 1008637               $350.00

Dkt No. 290350

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with conference with Mr. McCormack in connection with the
Supplemental Response for the Request for Production of Documents and the selection of a Mediator
which needs to be done as ordered by the court.     (1.0 Hrs @ $350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

### INVOICE

Bill Date:7/30/2010
Bill No. **1008368**
Page No   23

---

**7/23/2010**                    By: J/      Slip No. 1008639          $1050.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with drafting the first draft of OLEM'S SEPARATE STATEMENT OF
MATERIAL FACTS IN SUPPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT.
Updating attorney records and making the pertinent annotations to the file.     (3.0 Hrs @ $350.00)

*NPP*

---

**7/22/2010**                    By: J/      Slip No. 1008641          $1050.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing the first draft of PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II (TRADE DRESS
INFRINGEMENT).     (3.0 Hrs @ $350.00)

*TD*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

### INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   24

---

**7/22/2010**                    By: J/cd        Slip No. 1008642              $360.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with supplements being made to the first draft of PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II
(TRADE DRESS  INFRINGEMENT).  Updating attorney records and making the pertinent annotations
to the file.     (3.0 Hrs @ $120.00)

---

**7/17/2010**                    By: J/         Slip No. 1008643              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing the rough drafts of the depositions of Kimberly Bertholf,
Dave Wise, Kelly Towsley, Karl Moehring, Robert Moehring and Mark Moehring for the above
referenced matter.     (8.0 Hrs @ $350.00)

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010

Bill No. **1008368**

Page No   25

---

| 7/18/2010 | By: J/ | Slip No. 1008644 | $2800.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with the preparation of questions for the depositions of Mrs. Valerie
Moehring, Bryce Dulay, Mr. Roel Salonga and Mrs. Bree Brewer.     (8.0 Hrs @ $350.00)

---

| 7/22/2010 | By: J/cd | Slip No. 1008646 | $1400.00 |
|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our legal services in connection with preparing, drafting and serving Mr. Timothy McCormack, Esq.
and Mr. Tom J. Manos, Esq.  with Plaitiff's Second Set of Request for Documents via Facsimile and U.
S. Mail. in connection with the above referenced matter.     (4.0 Hrs @ $350.00)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date:7/30/2010

Bill No. **1008368**

Page No   26

---

| 7/2/2010 | By: J/cd | Slip No. 1008647 | $480.00 |

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with finalizing and serving Mr. Timothy McCormack, Esq. and Mr. Tom J. Manos, Esq. with PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT via Facsimile and via U.S. Mail in connection with the above referenced matter.     (4.0 Hrs @ $120.00)

---

| 7/29/2010 | By: J/cd | Slip No. 1008648 | $240.00 |

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with reviewing and saving a copy of the transcript, word index and exhibits received from the court reporter for Mr. Roel Salonga, Mrs. Valerie Moehring, Mr. Bryce Dulay and Mr. Mark Moehring.     (2.0 Hrs @ $120.00)

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:7/30/2010
Bill No. **1008368**

Page No  27

---

7/29/2010                        By: J/        Slip No. 1008650                $525.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with reviewing the complete deposition of Kimberly Bertholf for the
above referenced matter.     (1.5 Hrs @ $350.00)

---

7/29/2010                        By: J/at        Slip No. 1008652                $57.77

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Invoice No. 9032792124 from Global Crossing with regard to conference for Hearing for REQUEST
FOR A TELEPHONIC EMERGENCY DISCOVERY CONFERENCE.  (See invoice attached)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No   28

---

7/31/2010                          By: J/      Slip No. 1008670              $875.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with preparing and drafting the declaration of Gabriele Goldaper
Olem's expert witness in support of the Material Facts.  Forwarding said draft to Ms. Goldaper.      (2.5 Hrs @ $350.00)

---

7/31/2010                          By: J/      Slip No. 1008671              $2800.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our legal services in connection with supplementing Olem's Material Facts.  Reviewing and reading
transcripts of the depositions taken thoroughly to be included in said document.      (8.0 Hrs @ $350.00)

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co. | **INVOICE** |
|---|---|
| Mr. Julio Acosta                Via fax | |
| 800 N.W. 21 Street | Bill Date:7/30/2010 |
| Miami, Florida 33127 | Bill No. **1008368** |
| | Page No   29 |

---

**7/31/2010**  By: J/cd  Slip No. 1008672  $780.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with reviewing, selecting and extracting the corresponding exhibits being referenced in the footnotes of the Supplemented version of Olem's Material Facts.  Creating pages within the Exhibits with titles corresponding to each section.  Updating attorney records and making the pertinent annotations to the file.     (6.5 Hrs @ $120.00)

NPP

---

**7/31/2010**  By: J/cd  Slip No. 1008673  $180.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Our paralegal services in connection with reviewing the correction forms for the transcripts of Roel Salonga, Karl Moehring and Robert Moehring's deposition.  Preparing said documents for delivery to Watkins Reporters.     (1.5 Hrs @ $120.00)

UR
NPP

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date:7/30/2010<br>Bill No. **1008368**<br>Page No   30 |
|---|---|

**8/2/2010**                     By: J/cd        Slip No. 1008679                $4289.05

*VR*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** **\*\*\*** U.S.A.
Your Reference:  N/A
Invoice for services rendered from Watkins Court Reporters, Appearance and transcripts for the ten
(10) depositions taken in Seattle, Washington in connection with the above referenced matter. (See
Invoice Attached)

---

**8/2/2010**                     By: J/cd        Slip No. 1008680                $125.00

*CR*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** **\*\*\*** U.S.A.
Your Reference:  N/A
Translation of Exhibit B for the Statement of Su Yuan with both designs (Polka Dot and Zebra from
Chinese to English.  See translator's invoice attached (Invoice 12216).

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

# INVOICE

Bill Date:7/30/2010
Bill No. **1008368**

Page No  31

---

8/2/2010                          By: J/cd        Slip No. 1008681                    $225.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Translation of Dots and Zebra Serial No Info for the Deposition of Mr. Su Yuan.  See translator's
invoice attached (Invoice 15542).



---

8/2/2010                          By: J/cd        Slip No. 1008682                    $935.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Schedule A and B for the cross examination for the Deposition of Mr. Su Yuan.  See translator's invoice
attached (Invoice 15722).



---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp./Litigation/Washington Shoe Co.
Mr. Julio Acosta                 Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date:7/30/2010
Bill No. **1008368**

Page No   32

---

8/2/2010                              By: J/cd        Slip No. 1008684              $1850.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Customized certificates of the translation for schedules A., B, C Cross Examination questions and Direct Questions for the deposition of Mr. Su Yuan. See translator's invoice attached. (Invoice 15723)

---

8/2/2010                              By: J/cd        Slip No. 1008685              $470.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Translation of the Second Declaration of Mr. Su Yuan from English to Chinese.  See translator's invoice attached (Invoice 16026).

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp./Litigation/Washington Shoe Co.<br>Mr. Julio Acosta          Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br><br>Bill Date:7/30/2010<br>Bill No. **1008368**<br>Page No   33 |

---

8/2/2010                                  By: J/cd          Slip No. 1008686                    $250.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

CR   Translation from English to Spanish of Pages 3-17 of the Deposition of Su Yuan.  See translators
invoice attached (Invoice 16025).

---

8/2/2010                                  By: J/cd          Slip No. 1008687                    $305.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

CR   Translation from Chinese to English of the response received from Su Yuan in reference to our letter
regarding his deposition and preparation of declaration.  See translators invoice attached.

---

**Invoice Total:**          **$48246.82**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127    Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No   1<br>Bill No. **1008745**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

8/6/2010      Slip No. 1008745.00     By: J/      Rate: 350.00         $875.00
                                                                   Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with teleconference with Mr. Timothy McCormack in reference to discussion of pending Discovery issues. Reviewed several requests from Mr. McCormack and responded accordingly.

8/4/2010      Slip No. 1008747.00     By: J/cd      Rate: 120.00         $300.00
                                                                   Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Our paralegal services in connection with supplementing draft 10 of the Material Facts. Review of Excerpts to be included and added. Extracting said excerpts and adding them to the existing files.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 8/31/2010    Page No  2

Bill No. **1008745**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**8/3/2010**          Slip No. 1008748.00       By: J/cd          Rate: 120.00                    $240.00
                                                                  Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
Our paralegal services in connection with supplementing draft 8 and 9 of the Material Facts.  Review of
Excerpts to be included and added.  Extracting said excerpts and adding them to the existing files.

---

**8/6/2010**          Slip No. 1008751.00       By: J/cd          Rate: 120.00                     $60.00
                                                                  Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Review of the declaration of our Expert Witness Gabriele Goldaper in connection with the Material
Facts.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 8/31/2010   Page No  3

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/6/2010 | Slip No. 1008752.00 | By: J/cd | Rate: 120.00 | $180.00 |
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our paralegal services in connection with supplementing draft 2 of the Motion to File Sealed Documents.
Review of Excerpts to be included and added.

---

| 8/5/2010 | Slip No. 1008753.00 | By: J/ | Rate: 350.00 | $700.00 |
| | | | Hrs: 2.00 | |

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection research and creating a draft for Motion to File Under Seal Review of
Excerpts to be included and added.  Extracting said excerpts and adding them to the existing files.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No  4<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |
| --- | --- | --- |

---

8/5/2010              Slip No. 1008754.00          By: J/cd          Rate: 120.00                    $60.00
                                                                      Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting Mediator Mrs. Leslie Lott, Esq. of Lott & Friedland, P.
A. in connection with availability for scheduling of Mediation for the above referenced matter.

*NPP*

---

8/5/2010              Slip No. 1008755.00          By: J/           Rate: 350.00                   $350.00
                                                                      Hrs: 1.00

*NPP*  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with drafting Notice of Mutual Selection By Parties Of Mediator for the
above referenced matter.  Consulting with Mr. McCormack with regard to his availability.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No  5<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

8/5/2010              Slip No. 1008757.00        By: J/cd        Rate: 120.00              $180.00
                                                                 Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP*  Our paralegal services in connection with finalizing and filing Notice of Mutual Selection By Parties Of
Mediator for the above referenced matter with the United States District Court Southern District of
Florida.  Updating attorney records and making the pertinent annotations to the file.

---

8/6/2010              Slip No. 1008758.00        By: J/cd        Rate:  Hrs:                $0.00

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with forwarding filing Notice of Mutual Selection By Parties Of
Mediator for the above referenced matter to Julio Acosta via email.   Updating attorney records and
making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 8/31/2010    Page No  6

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

8/5/2010                    Slip No. 1008759.00          By: J/          Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

*NPP*  Our legal services in connection with teleconference with Mr. Robert Olemberg and Mr. Julio Acosta with regard to Mr. McCormack's Discovery requests and case of status for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

8/6/2010                    Slip No. 1008762.00          By: J/cd        Rate:  Hrs:                    $0.00

*NPP*  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with forwarding Defendant's Second Set of Request for Admissions to Mr. Julio Acosta for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127    Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No 7<br>Bill No. **1008745**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**8/4/2010**          Slip No. 1008763.00          By: J/          Rate: 350.00          $2800.00
                                                                     Hrs: 8.00

Dkt No. **290350**

 Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with supplementing Olem's Material Facts and Olem's Motion for Summary Judgment. Reviewing the depositions taken and extracting excerpts to be added to said Material Facts in connection with the above referenced matter.

---

**8/5/2010**          Slip No. 1008767.00          By: J/cd          Rate: 350.00          $2800.00
                                                                        Hrs: 8.00

Dkt No. **290350**

 Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing the latest version of Olem's Material Facts and Olem's Motion and supplementing said motions. Reviewing the extracted excerpts to be added to said Material Facts in connection with the above referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 8/31/2010    Page No  8<br>Bill No. **1008745**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

8/9/2010      Slip No. 1008775.00      By: J/      Rate: 350.00      $140.00
                                                      Hrs: 0.40

Dkt No. 290350

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to preparing a letter to Mr. McCormack in reference to "Defendant'
Counter Plaintiff's Disclosure of Rebuttal Expert Witness" dated August 9th, 2010.

---

8/9/2010      Slip No. 1008778.00      By: J/at      Rate:   Hrs:      $290.00

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
July, 2010.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. Mr. Julio Acosta 800 N.W. 21 Street Miami, Florida 33127 | Via fax | **INVOICE** |
|---|---|---|

Bill Date: 8/31/2010   Page No  9

Bill No. **1008745**

Acct.  **Olem Shoe Corp. /Litigation/Washington Shoe Co.**

---

| 8/10/2010 | Slip No. 1008792.00 | By: J/ | Rate: 350.00 Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
For legal services rendered relating to the documentation of different discovery issues pertaining to this litigation and those that will have to be brought in front of the magistrate for resolution, including the scope of discovery based on the copyrighted designs.

---

| 8/10/2010 | Slip No. 1008800.00 | By: J/ | Rate: 350.00 Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

*NPP*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

Our legal services in connection with gathering documents and files for the preparation of Mr. McCormack's teleconference with Mr. Sanchelima in connection with deficiencies of Plaintiff's Request for Production of Documents for the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No   10<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

8/10/2010          Slip No. 1008801.00          By: J/          Rate: 350.00          $525.00
                                                                Hrs: 1.50

Dkt No. **290350**

 Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with attending a teleconference with Mr. McCormack, Esq. in connection with deficiencies of Plaintiff's Request for Production of Documents for the above referenced matter.

---

8/10/2010          Slip No. 1008802.00          By: J/          Rate: 350.00          $1400.00
                                                                Hrs: 4.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with final review of PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II (TRADE DRESS1 INFRINGEMENT), OLEM'S STATEMENT OF MATERIAL FACTS IN SUPPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT,  Motion to File Documents under Seal, The declaration of Julio Acosta and its exhibits and Mrs. Gabriele Goldaper's Declaration along with its Exhibits.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 8/31/2010   Page No   11

Bill No. **1008745**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/9/2010 | Slip No. 1008803.00 | By: J/ | Rate: 350.00 Hrs: 8.00 | $2800.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Supplements and review of PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II (TRADE DRESS1 INFRINGEMENT), OLEM'S STATEMENT OF MATERIAL FACTS IN SUPPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT,  Motion to File Documents under Seal, The declaration of Julio Acosta and its exhibits and Mrs. Gabriele Goldaper's Declaration along with its Exhibits.

---

| 8/7/2010 | Slip No. 1008804.00 | By: J/cd | Rate: 350.00 Hrs: 8.00 | $2800.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Review of excerpts of deposition transcripts and supplement to PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II (TRADE DRESS1 INFRINGEMENT) and OLEM'S STATEMENT OF MATERIAL FACTS IN SUPPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 8/31/2010    Page No   12

Bill No. **1008745**

Acct.   **Olem Shoe Corp.**
        **/Litigation/Washington Shoe**
        **Co.**

---

| 8/10/2010 | Slip No. 1008805.00 | By: J/cd | Rate: 120.00 Hrs: 8.00 | $960.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preapration and filing of PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II (TRADE DRESS1 INFRINGEMENT), OLEM'S STATEMENT OF MATERIAL FACTS IN SUPPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT, Motion to File Documents under Seal, The declaration of Julio Acosta and its exhibits and Mrs. Gabriele Goldaper's Declaration along with its Exhibits.

---

| 8/11/2010 | Slip No. 1008811.00 | By: J/cd | Rate: 350.00 Hrs: 3.00 | $1050.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing for hearing before the honorable Judge Paul C. Huck in connection with Olem's Motion For the Issuance of Request To Register Of Copyrights Pursuant to 17 U.S.C. 411(B)(2).

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 8/31/2010   Page No   13

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/11/2010 | Slip No. 1008812.00 | By: J/ | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CK*  Our legal services in connection with attendng a hearing before the honorable Judge Paul C. Huck in connection with Olem's Motion For the Issuance of Request To Register Of Copyrights Pursuant to 17 U.S.C. 411(B)(2) today, August 11, 2010 at 11:00 at 400 North Miami Ave, Miami, Florida.  13 Floor.

---

| 8/12/2010 | Slip No. 1008834.00 | By: J/cd | Rate: 120.00 | $360.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our paralegal services in connection with preparing and filing a Motion to Seal Documents in connection with the above referenced matter with the Clerks of Courts at the Steven Larimore building, Downtown, Miami. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 8/31/2010   Page No   14

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**8/12/2010**          Slip No. 1008835.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with filing a Plaintiff's Amended Motion to Seal Documents in
connection with the above referenced matter with the Clerks of Courts at the Steven Larimore building,
Downtown, Miami. Updating attorney records and making the pertinent annotations to the file.

*NPP*

---

**8/19/2010**          Slip No. 1008898.00          By: J/cd          Rate: 120.00          $210.00
                                                                      Hrs: 1.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing and filing PLAINTIFF'S RESPONSE TO
DEFENDANT'S OBJECTIONS TO PROPOSED REQUEST TO THE COPYRIGHT OFFICE, Exhibits
and Proposed Amended Questions with the United States District Court Southern District of Florida for
the above referenced matter.  Updating attorney records and making the pertinent annotations to the
file.

*CR*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 8/31/2010    Page No   15

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/19/2010 | Slip No. 1008899.00 | By: J/cd | Rate: 120.00 | $180.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 1.50 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with preparing and forwarding Subpoena for the employment records
of Jessica Stetson to Ms. Pat Jones at Nordstrom in connection with the above referenced matter.
Updating attorney records and making the pertinent annotations to the file.

---

| 8/22/2010 | Slip No. 1008923.00 | By: J/ | Rate: 350.00 | $1400.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 4.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the preparation of Olem's motion for partial summary judgment
on count I  copyright infringement (ditsy dots) based on recently obtained evidence relating to Ms.
Jessica Stetson's dates of employment with a third party. Research on "work for hire".

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No  16<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.**<br>        **/Litigation/Washington Shoe**<br>        **Co.** |

---

| 8/24/2010 | Slip No. 1008940.00 | By: J/cd | Rate: 350.00<br>Hrs: 5.00 | $1750.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.

*CR* Our legal services in connection with preparing and drafting Plaintiff's Motion for Partial Summary Judgment on Defendant's Counterclaim Count 1 for Copyright Infringement. Updating attorney records and making the pertinent annotations to the file.

---

| 8/28/2010 | Slip No. 1008963.00 | By: J/ | Rate: 350.00<br>Hrs: 8.00 | $2800.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.
Your Reference:  N/A
*CR* For legal services rendered relating to reviewing multiple documents filed by WSC inclduing Request for Renewed Summary Judgment, Response to Third Amended REQUEST under Section 411(b)(2) and notice of witness tampering.  Researched law on Work Made For Hire to apply on Chinese manufacturers, researched witness tampering allegations and affidavit of Jessica Stetson.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No   17<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

---

| 8/29/2010 | Slip No. 1008964.00 | By: J/ | Rate: 350.00<br>Hrs: 8.00 | $2800.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

*CR*   For legal services rendered relating to the preparation of Mediation Statement including exhibits. Frist draft of motion to strike Jessica Stetson's affidavit.  First draft of Response ot WSC's Request for Renewed Summary Judgment.

---

| 8/25/2010 | Slip No. 1008970.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*   Our paralegal services in connection with filing Plaintiff's Motion for Partial Summary Judgment on Defendant's Counterclaim Count 1 with the United States District Court, Southern District of Florida for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | | |
|---|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | | **INVOICE**<br>Bill Date: 8/31/2010   Page No  18<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

8/25/2010          Slip No. 1008971.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CKR*

Our legal services in connection with forwarding Plaintiff's Motion for Partial Summary Judgment on Defendant's Counterclaim Count 1 to Mr. Acosta via email.  Updating attorney records and making the pertinent annotations to the file.

---

8/23/2010          Slip No. 1008972.00          By: J/          Rate: 350.00          $1400.00
                                                                    Hrs: 4.00

*UR*          Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing and drafting a Cross Notice of Hearing for discovery for the hearing set for August 31, 2010 for the above referenced matter.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

J. Sanchelima, Reg. Patent Attorney

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 8/31/2010    Page No  19

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/24/2010 | Slip No. 1008973.00 | By: J/cd | Rate: 120.00 | $480.00 |
|---|---|---|---|---|
| | | | Hrs: 4.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with supplementing and finalizing Cross Notice of Discovery Hearing for the above referenced matter.  Extracting and adding the corresponding exhibits to said Notice. Updating records and making annotations to the file.

---

| 8/27/2010 | Slip No. 1008974.00 | By: J/cd | Rate: 120.00 | $180.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with filing Olem's Cross Notice of Discovery Hearing for the above referenced matter with the United States District Court, Southern District of Florida.  Updating records and making annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 8/31/2010    Page No  20

Bill No. **1008745**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

8/27/2010          Slip No. 1008975.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with forwarding Olem's Cross Notice of Discovery Hearing to Mr.
Acosta via email for the above referenced matter.  Updating records and making annotations to the file.

---

8/25/2010          Slip No. 1008976.00          By: J/          Rate: 350.00          $700.00
                                                              Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with receiving and reviewing *WSC Request for Renewed
Summary Judgment, Response to Olem's Amended (Third)
Request to Copyright Office and Notice of Witness Tampering* for the above
referenced matter.  Updating records and making annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 8/31/2010   Page No   21<br>Bill No. **1008745**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**8/30/2010**           Slip No. 1008977.00           By: J/cd           Rate:   Hrs:           $0.00

Dkt No. **290350**

*Npp*   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with email proposal to Mr. Acosta for meeting at Sanchelima &
Associates, P.A. for Tuesday, August 31, 2010 to discuss the above referenced matter.

---

**8/30/2010**           Slip No. 1008978.00           By: J/cd           Rate: 120.00           $60.00
                                                                          Hrs: 0.50

*UR*   Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing and sending a communication to Mr. McCormack in
connection with our discovery requests.  Requested the word document for *Defendant's Second Set of
Request for Admission Propounded to Plaintiff and Defendant's Second Set of Request for Admission
Propounded to Plaintiff (FOR ATTORNEYS EYES ONLY).*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE** |
|---|---|---|
| | | Bill Date: 8/31/2010    Page No  22 |
| | | Bill No. **1008745** |
| | | Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

NPP

---

8/30/2010          Slip No. 1008979.00          By: J/          Rate: 350.00          $1750.00
                                                                Hrs: 5.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing and drafting the Mediation Statement for the above referenced matter to be sent to Ms. Leslie Lotts office for Mediation.

---

8/19/2010          Slip No. 1008980.00          By: J/cd          Rate: 120.00          $240.00
                                                                  Hrs: 2.00

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing employment records of Jessica Stetson that have been received from Nordstrom via fax in connection with the above referenced matter.

---

**Invoice Total:**          **$33990.00**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | | **INVOICE**<br>Bill Date: 9/28/2010    Page No  1<br>Bill No. **1008996**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**9/2/2010**      Slip No. 1008996.00     By: J/cd     Rate:  Hrs:      $755.79

Dkt No. **290350**

*UR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Invoice received from Gabriele Goldaper (The Tasa Group) in connection with reviewing Olem's Partial Motion for Summary Judgment Count II, Olem's Material Facts along with the Declaration of Julio Acosta, Gabriele Goldaper and Excerpts of the depositions included ins aid Motion. See invoice attached.

**9/7/2010**      Slip No. 1009012.00     By: J/cd     Rate: 120.00      $42.00<br>                                                            Hrs: 0.35

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.<br>Your Reference: N/A

*NPP* Our paralegal services pursuant to Mr. Sanchelima's instructions for the preparation of the general and specific objections for Plaintiff's Responses to Defendant's Second Set of Requests for Admissions. Also, updating client's records and making the pertinent annotations to the file. Verifying accuracy and matching with requests for admissions.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta     Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 9/28/2010   Page No  2<br>Bill No. **1008996**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**9/8/2010**     Slip No. 1009025.00     By: J/cd     Rate:   Hrs:     $2143.50

Dkt No. **290350**

*UR*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**   ***   U.S.A.

Teleconference with Mr. Acosta in reference to the this case. Review and edit of Gabriele Goldaper declaration. Research at Fashion Institute for Polka Dot and Zebra Print images in the public domain. (See invoice attached)

---

**9/10/2010**     Slip No. 1009046.00     By: J/cd     Rate:   Hrs:     $148.98

*NPP*   Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**   ***   U.S.A.

Invoice - Copies of transcript for Hearing before Judge Paul C Huck on June 9, 2010 and transcript for Hearing before the Magistrate Judge John O'Sullivan on August 11, 2010 regarding Discovery. (See attached)

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 9/28/2010   Page No  3<br>Bill No. **1008996**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 9/8/2010 | Slip No. 1009050.00 | By: J/ | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
NPP  Our legal services in connection with conference with Mr. Bernardo Burstein in connection with developments of this case and discussing today's hearing and strategies on how to proceed.

| 9/5/2010 | Slip No. 1009051.00 | By: J/ | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

NPP  Our legal services in connection with reviewing and supplementing Plaintiff Response to Defendant's Request for Admissions for the above referenced matter.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**
Bill Date: 9/28/2010   Page No  4
Bill No. **1008996**
Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

9/10/2010          Slip No. 1009052.00          By: J/          Rate: 350.00          $2800.00
                                                                Hrs: 8.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our legal services in connection with supplementing Reply to Washington Shoe Co. Response to
Motion Summary Judgment Count 2.  Reviewing our initial Motion and WSC Response.

---

9/9/2010          Slip No. 1009053.00          By: J/cd          Rate: 120.00          $240.00
                                                                 Hrs: 2.00

*UR*  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing and supplementing the Declaration of Shahin Rezaie in
connection with the above referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 9/28/2010    Page No  5

Bill No. **1008996**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 9/4/2010 | Slip No. 1009055.00 | By: J/ | Rate: 350.00 | $1400.00 |
| | | | Hrs: 4.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with preparing and drafting the Declaration of Shahin Rezaie in connection with the above referenced matter.  Gathering exhibits to be included in said declaration.

---

| 9/13/2010 | Slip No. 1009062.00 | By: J/at | Rate:  Hrs: | $290.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of August, 2010.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 9/28/2010   Page No  6<br>Bill No. **1008996**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**9/15/2010**          Slip No. 1009092.00          By: J/at          Rate:  Hrs:          $28.90

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Associated costs for sending hard copies of PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT ON DEFENDANT'S COUNTERCLAIM'S COUNT II (TRADE DRESS1 INFRINGEMENT),
OLEM'S STATEMENT OF MATERIAL FACTS IN SUPPPORT OF ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT,  Motion to File Documents under Seal, The declaration of Julio Acosta and its
exhibits and Mrs. Gabriele Goldaper's Declaration along with its Exhibits  to the attention of Mrs.
Gabriele Goldaper via Express Mail.

---

**9/10/2010**          Slip No. 1009162.00          By: J/cd          Rate: 120.00          $330.00
                                                                    Hrs: 2.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with finalizing and serving Plaintiff's Notice of Serving Its Second
Supplement to Defendant's First Set of Request for Production of Documents for the above referenced
matter to Mr. McCormack and Mr. Manos via email and US Mail.  Updating attorney records and
making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 9/28/2010    Page No  7

Bill No. **1008996**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 9/10/2010 | Slip No. 1009163.00 | By: J/ | Rate: 350.00<br>Hrs: 9.00 | $3150.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

NPP  Our legal services in connection with attending Mediation for the above referenced matter at the office
of Lott & Friedland, PA. in Miami, Florida.
Conference with Mr. Timothy McCormac regarding mediation and several pending discovery matters.
Conference with Judge O'Sullivan's JA regarding same.

| 9/10/2010 | Slip No. 1009164.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.00 | $240.00 |

Dkt No. **290350**

TD  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with finalizing and filing PLAINTIFF'S REPLY MEMORANDUM IN
SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S
COUNTERCLAIM'S COUNT II (TRADE DRESS1 INFRINGEMENT) for the above referenced matter
with the United States District Court, Southern District of Florida.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 9/28/2010   Page No  8<br>Bill No. **1008996**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**9/10/2010**          Slip No. 1009165.00          By: J/cd          Rate: 120.00          $180.00
                                                                      Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with gathering the exhibits needed for Shahin's Declaration.  Email to Mr. Acosta copies of said exhibits and latest version of Shahin's declaration.

---

**9/13/2010**          Slip No. 1009166.00          By: J/cd          Rate: 120.00          $54.00
                                                                      Hrs: 0.45

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing and sending an email communication to Mr. Dong Fang Liu in connection with the deposition of Mr. Su Yuan for the above referenced matter.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 9/28/2010    Page No  9

Bill No. **1008996**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe Co.**

---

| 9/12/2010 | Slip No. 1009167.00 | By: J/ | Rate: 350.00<br>Hrs: 2.50 | $875.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with meeting with Mr. Burstein and Ms. Machado  regarding several pending discovery issues Mr. McCormack is requesting.  Reviewing all the production of documents served to us and the Documents we have provided Washington.

---

| 9/15/2010 | Slip No. 1009168.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.75 | $330.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with finalizing and filing PLAINTIFFS RESPONSE TO WASHINGTONS MOTION TO CONTINUE DISCOVERY CUTOFF with the United States District Court, Southern District of Florida for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

**INVOICE**

Bill Date: 9/28/2010   Page No   10

Bill No. **1008996**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

9/14/2010          Slip No. 1009169.00          By: J/cd          Rate: 350.00          $1575.00
                                                                  Hrs: 4.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*WR* Our legal services in connection with supplementing PLAINTIFFS RESPONSE TO WASHINGTON'S MOTION TO CONTINUE DISCOVERY CUTOFF which will be filed with the United States District Court, Southern District of Florida for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

9/17/2010          Slip No. 1009171.00          By: J/cd          Rate: 120.00          $54.00
                                                                  Hrs: 0.45

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP* Our paralegal services in connection with reviewing Plaintiff's First Set of Requests for Documents and Revised Responses Thereto which was received from Washington for the above referenced matter.