Exhibit 4

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 9/28/2010  Page No  11<br>Bill No. **1008996**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- | --- |

---

| **9/17/2010** | Slip No. 1009172.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.45 | $54.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with reviewing WSC Request for Withdrawal of Olem's Motion for Partial Summary Judgment of Count 1 Copyright Infringement Claim and Notice of Request for Rulle 11 Sanctions.  Updating attorney records and making the pertinent annotations to the file.

---

| **9/16/2010** | Slip No. 1009173.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.45 | $54.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. 290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.

Our paralegal services in connection with reviewing WSC Response to Olem's Motion for Partial Summary Judgment of Count 1: Copyright Infringement and Supporting Memorandum of Law which was filed today by Washington for the above referenced matter.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 9/28/2010    Page No   12

Bill No. **1008996**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 9/16/2010 | Slip No. 1009174.00 | By: J/ | Rate: 350.00<br>Hrs: 1.50 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP* Our legal services in connection with reviewing Mediator's Report and sending communication to Ms. Michelle Sebree from the law office of Lott & Friedland in connection with the above referenced matter.

---

| 9/17/2010 | Slip No. 1009175.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.25 | $30.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*CR* Our paralegal services in connection with drafting a communication to Mr. Stephen Ruwe in connection with the location of the deposition for Ms. Juanita Lyle in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 9/28/2010   Page No   13<br>Bill No. **1008996**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

| 9/17/2010 | Slip No. 1009176.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our paralegal services in connection with drafting a report for client including all of the deadlines we currently have in our database for the above referenced matter and forwarding same to Mr. Acosta as requested.

| 9/17/2010 | Slip No. 1009177.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our paralegal services in connection with reviewing and sending ORDER and AMENDED ORDER issued today by Magistrate, Judge O'Sullivan DENYING Washington Shoe Co. Motion to Extend Discovery Deadline.  Updating attorney records and making the pertinent annotations to the file.

## Sanchelima & Associates, P.A.
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

### INVOICE

Bill Date: 9/28/2010   Page No   14

Bill No. **1008996**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 9/17/2010 | Slip No. 1009178.00 | By: J/cd | Rate: 120.00 | $90.00 |
|---|---|---|---|---|
| | | | Hrs: 0.75 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP



Our paralegal services in connection with reviewing and sending Re-Notice of Video-Taped Deposition *Duces Tecum* filed today, September 17, 2010, by Washington Shoe Co. for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 9/14/2010 | Slip No. 1009184.00 | By: J/cd | Rate:  Hrs: | $727.40 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

American Airlines Flight ticket for Flight No. 1054 from Miami International Airport to DCA Washington, DC. Ticket for Flight No. 1261 from DCA Washington to Miami International Airport to take the deposition of Juanita Lyle. ***Flight has been cancelled. Once we receive the credit from American Airlines, client will receive refund.***

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

# Patents, Trademarks & Copyrights
### 235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127     Via fax | **INVOICE**<br>Bill Date: 9/28/2010   Page No  15<br>Bill No. **1008996**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 9/20/2010 | Slip No. 1009195.00 | By: J/ | Rate: 350.00<br>Hrs: 6.00 | $2100.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Our legal services in connection with drafting, suplementing and finalizing Plaintiff's Third set of Request for Admissions, Plaintiff's Third set of Request for Production of Documents and Plaintiff's Second Set of Interrogatories to Defendant. Updating attorney records and making the pertinent annotations to the file.

---

| 9/20/2010 | Slip No. 1009196.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Our paralegal services in connection with faxing and mailing Plaintiff's Third set of Request for Admissions and Plaintiff's Second Set of Interrogatories to Defendant. Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 9/28/2010   Page No   16

Bill No. **1008996**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 9/20/2010 | Slip No. 1009197.00 | By: J/ | Rate: 350.00 | $1400.00 |
|---|---|---|---|---|
| | | | Hrs: 4.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and analyzing over 600 documents we have received from Washington Shoe which is a portion of their production of documents.

---

| 9/19/2010 | Slip No. 1009198.00 | By: J/ | Rate: 350.00 | $1750.00 |
|---|---|---|---|---|
| | | | Hrs: 5.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with meeting with Mr. Burtsein regarding the progress of this case. Discussing documents we have received from Washingon Shoe and reviewing Washington Shoe's response to Count 1.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | | |
|---|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | | **INVOICE**<br>Bill Date: 9/28/2010  Page No  17<br>Bill No. **1008996**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 9/21/2010 | Slip No. 1009200.00 | By: J/cd | Rate: 120.00<br>Hrs: 6.00 | $720.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our paralegal services in connection with reviewing the invoices and bills of lading we received from Olem Shoe Corp. Bates stamping said documents with Bates no OLEM-000815 through OLEM-001145 and stamping said documents with attorneys eyes only to be sent to Mr. McCormack. Creating a CD with said documents to be produced to Washington Shoe.

---

| 9/22/2010 | Slip No. 1009232.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Prepared and sent Agreement to be bound by protective order to Mr. Olemberg for his review and his signature. Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 9/28/2010   Page No   18

Bill No. **1008996**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 9/22/2010 | Slip No. 1009233.00 | By: J/cd | Rate: 120.00 Hrs: 0.32 | $38.40 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

 Drafting, preparing and sending email communication to Ms. Goldaper regarding the status of the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 9/22/2010 | Slip No. 1009234.00 | By: J/cd | Rate: 120.00 Hrs: 2.00 | $240.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with gathering selected bates numbered documents provided by Washington Shoe to be included in Plaintiff's Third Request for Admissions.  Preparing a communication to send documents to Mr. McCormack regarding the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 9/28/2010   Page No   19<br>Bill No. **1008996**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

| 9/22/2010 | Slip No. 1009235.00 | By: J/cd | Rate: 120.00<br>Hrs: 6.00 | $720.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with preparing a chart referencing Olem's Production of Documents to Washington's Request for Documents in connection with the above referenced matter.  Reviewing the discovery file containing these requests.  Updating attorney records and making the pertinent annotations to the file.

---

| 9/22/2010 | Slip No. 1009236.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with obtaining a letter from Olem's CPA regarding cost figures for the above referenced matter.  Prepared and sent said letter to Mr. McCormack via fax and email.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127　　Via fax | **INVOICE**<br>Bill Date: 9/28/2010　Page No　20<br>Bill No. **1008996**<br>Acct.　**Olem Shoe Corp.**<br>　　**/Litigation/Washington Shoe Co.** |

---

**9/24/2010**　　　Slip No. 1009239.00　　By: J/cd　　Rate: 120.00　　　$60.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hrs: 0.50

Dkt No. **290350**

NPP　Our file No. 290350 v. Washington Shoe Co. (Ditsy Dot)　*** U.S.A.

Preparing and sending the word version of:
• Plaintiff's Third Set of Request for Admission to Defendant
• Plaintiff's Second Set of Interrogatories
• Plaintiff's Third Set of Requests for Documents
to Mr. McCormack for their discovery responses

---

**9/27/2010**　　　Slip No. 1009240.00　　By: J/cd　　Rate: 120.00　　　$10.80
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hrs: 0.09

NPP　Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**　*** U.S.A.

Our paralegal services in connection with reviewing and processing communication received from Ms.
Goldper in connection with her availability for trial.

---

**Invoice Total:**　　**$25096.77**

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 10/29/2010 Page No 1<br>Bill No. **1009248**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |
|---|---|---|

| 9/28/2010 | Slip No. 1009248.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with telephone conference with Mr. Gary L. Hausken from the Department of Justice regarding the documents/correspondence for Deposit VAu 756-950 for the above referenced matter which we are trying to obtain from the United States Copyright Office.

---

| 9/28/2010 | Slip No. 1009249.00 | By: J/ | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with Research on support for reply in support of motion for summary judgment on count I for the above referenced litigation matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 10/29/2010  Page No  2

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**9/28/2010**          Slip No. 1009250.00          By: J/          Rate: 350.00                    $1400.00
                                                                    Hrs: 4.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with drafting Plaintiff's Reply in Support of its Partial Summary
Judgment on Defendant's Counterclaim Count I for Copyright Infringement, identifying the Exhibits to
be added to said motion, Plaintiff's Motion to file Documents Under Seal and Proposed Order.

---

**9/28/2010**          Slip No. 1009251.00          By: J/cd          Rate: 120.00                    $420.00
                                                                     Hrs: 3.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with supplements to Plaintiff's Reply in Support of its Partial Summary
Judgment on Defendant's Counterclaim Count I for Copyright Infringement and Plaintiff's Motion to file
Documents Under Seal and Proposed Order.  Gathering exhibits and indexing each exhibit with its
exhibit number.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 10/29/2010 Page No  3<br>Bill No. **1009248**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

| 9/28/2010 | Slip No. 1009323.00 | By: J/cd | Rate: 120.00<br>Hrs: 3.00 | $360.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with travel time to the court house to file documents under seal. Obtaining stamp confirmation of said filing and updating our records and making the pertinent annotations to the file.

| 10/11/2010 | Slip No. 1009339.00 | By: J/at | Rate:  Hrs: | $334.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of September, 2010.

# Sanchelima & Associates, P.A.
## Attorneys at Law

J. Sanchelima, Reg. Patent Attorney

## Patents, Trademarks & Copyrights
### 235 S.W Le Jeune Road · Miami, Florida 33134-1762

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax |

**INVOICE**

Bill Date: 10/29/2010 Page No 4

Bill No. **1009248**

Acct. **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.**

---

**10/11/2010**     Slip No. 1009347.00     By: J/cd     Rate: 120.00     $300.00
Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Letter to McCormack along with downloading ALL exhibits to a CD for Mr. McCormack relating to the documents he is requesting to see. Updating attorney records and making the pertinent annotations to the file.

---

**10/6/2010**     Slip No. 1009349.00     By: J/cd     Rate: 350.00     $350.00
Hrs: 1.00

*NPP* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with conference with Dr. Burstein regarding Pre-Trial Stipulation and matters relating to jury trial for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE** |
|---|---|---|
| | | Bill Date: 10/29/2010 Page No 5 |
| | | Bill No. **1009248** |
| | | Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 10/8/2010 | Slip No. 1009350.00 | By: J/ | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

*NPP* Reviewing renewed request questions that were rejected by Judge Huck. Reviewed the possibility of appealing Judge Hucks' rejection. Updating attorney records and making the pertinent annotations to the file.

| 10/12/2010 | Slip No. 1009362.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.00 | $240.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

*NPP* Our paralegal services in connection with preparing and sending letter to McCormack with the original CD No 1 labeled Attorney Client Privilege in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | Bill Date: 10/29/2010 Page No 6<br>Bill No. **1009248**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| **10/12/2010** | Slip No. 1009363.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.50 | $300.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

NPP   Our paralegal services in connection with preparing and sending a CD to Mccormack, Manos and Burstein with the additional Bates Nos which were not produced before. Creating a CD for each and extracting documents to be downloaded. Updating attorney records and making the pertinent annotations to the file.

---

| **10/14/2010** | Slip No. 1009384.00 | By: J/cd | Rate: 120.00   Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

NPP   Our paralegal services in connection with downloading, reviewing and processing D.E. 201 (Order issued by Magistrate Judge O'Sullivan in connection with the Washington Shoe's Motion for Protective Order and the Immediate Return of Privileged Documents for the above referenced matter). Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**
Bill Date: 10/29/2010 Page No 7
Bill No. **1009248**
Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 10/14/2010 | Slip No. 1009386.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, reviewing and processing D.E. 204 (WSC Reply to Olem's Memorandum of Law in Opposition to Washington Shoe's Motion for Rule 11 and 56(g) Sanctions). Updating attorney records and making the pertinent annotations to the file.

---

| 10/14/2010 | Slip No. 1009387.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

*UR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, reviewing and processing D.E. 201 (Order issued by Magistrate Judge O'Sullivan in connection with the informal discovery conference held on October 12, 2010, for the above referenced matter.) Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 10/29/2010  Page No  8<br>Bill No. **1009248**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|---|

---

**10/14/2010**      Slip No. 1009388.00      By: J/cd      Rate:120.00  Hrs:0.79      $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*US*

Our paralegal services in connection with downloading, reviewing and processing D.E. 207 (WSC Reply to Olem's Memorandum of Law in Opposition to Washington Shoe's Motion for Rule 11 and 56(g) Sanctions and WSC Notice of Striking  [D.E. 203]  which has been filed with the United States District Court Southern District of Florida for the above referenced matter.) Updating attorney records and making the pertinent annotations to the file.

---

**10/14/2010**      Slip No. 1009389.00      By: J/cd      Rate:120.00  Hrs:0.79      $95.00

*NPP*

Dkt No. **290350**

*CRR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with downloading, reviewing and processing D.E. 208 (Enclosed please find a copy of WSC Reply to Olem's Opposition to Washington Shoe's Request for Renewed Summary Judgment which has been filed with the United States District Court Southern District of Florida for the above referenced matter.) Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 10/29/2010 Page No  9

Bill No. **1009248**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 10/16/2010 | Slip No. 1009410.00 | By: J/cd | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Reviewed deposition of Roel Salonga identifying the changes in the Zebra designs as reported by the Copyright Reporter.  Determine the possible argument as to the originality of the Zebra pattern design.  Review of Zebra sales and Ditsy Dot sales prior to Copyright application.  Updating attorney records and making the pertinent annotations to the file.

---

| 10/16/2010 | Slip No. 1009411.00 | By: J/ | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Reviewing case law cited by the reporter of Copyrights. Reviewed case law on the issue of originality and question of fact.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127    Via fax | **INVOICE**<br>Bill Date: 10/29/2010 Page No 10<br>Bill No. **1009248**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

**10/18/2010**     Slip No. 1009412.00     By: J/cd     Rate: 350.00     $175.00
                                                        Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*

Review of Bates Nos OLEM-000299 through OLEM-000390 in connection with production Mr. McCormack is requesting. Contacting client and reviewing said documents.

---

**10/18/2010**     Slip No. 1009413.00     By: J/cd     Rate: 120.00     $240.00
                                                        Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*

Extracting Bates Nos OLEM-000299 through OLEM-000390 in connection with production Mr. McCormack is requesting. Sending copies of same to client for review with Mr. Sanchelima.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta    Via fax<br>800 N.W. 21 Street<br>Miami, Florida 33127 | **INVOICE**<br>Bill Date: 10/29/2010  Page No   11<br>Bill No. **1009248**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 10/19/2010 | Slip No. 1009414.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with preparing and filing a Notice of Unavailability in connection with the above referenced matter.  Mr. Sanchelima will not be available during the dates of November 22, 2010 - December 3rd, 2010 due to a prearranged Trial.  Forwarded said notice to client.  Updated attorney records and making the pertinent annotations to the file.

---

| 10/19/2010 | Slip No. 1009415.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with processing and forwarding WSC Motion for Continuance of the trial dates.  Updating attorney records and making the pertinent annotations to the file.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

**INVOICE**

Bill Date: 10/29/2010  Page No  12

Bill No. **1009248**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**10/19/2010**          Slip No. 1009425.00          By: J/          Rate: 350.00          $122.50
                                                                                          Hrs: 0.35

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Conference with Dr. Burstein in connection with tomorrows hearing.  Coming up with a game plan on
what will be discussed during the hearing.

---

**10/19/2010**          Slip No. 1009426.00          By: J/cd          Rate: 120.00          $180.00
                                                                                            Hrs: 1.50

Dkt No. **290350**

*CR*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing file for hearing on Response from Register of Copyright
with regard to the above referenced matter.  Updating attorney records and making the pertinent
annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 10/29/2010 Page No   13

Bill No. **1009248**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| **10/20/2010** | Slip No. 1009439.00 | By: J/ | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with preparation and attendance of hearing regarding the Response of the Register of Copyrights (D.E. # 209) before the Honorable Paul C. Huck, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida.

CR

---

| **10/20/2010** | Slip No. 1009440.00 | By: J/cd | Rate: 120.00 Hrs: 0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

CR Our paralegal services in connection with reviewing, processing and forwarding [D.E. 213] Civil Minutes. Result of the hearing is the case will be stayed to allow the parties to seek the further input of the register of copyrights.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 10/29/2010 Page No   14

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| | | | | |
|---|---|---|---|---|
| **10/21/2010** | Slip No. 1009450.00 | By: J/ | Rate: 350.00<br>Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  *** U.S.A.**

NPP  Our legal services in connection with preparing and drafting OLEM SHOE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STRIKE PARAGRAPH 4 OF THE AFFIDAVIT OF ROEL SALONGA along with its proposed ORDER to be filed with the United States District Court Southern District of Florida.

---

| | | | | |
|---|---|---|---|---|
| **10/21/2010** | Slip No. 1009452.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  *** U.S.A.**

NPP  Our paralegal services in connection with finalizing and filing OLEM SHOE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STRIKE PARAGRAPH 4 OF THE AFFIDAVIT OF ROEL SALONGA along with its proposed ORDER with the United States District Court Southern District of Florida.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

Bill No. **1009248**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 10/22/2010 | Slip No. 1009459.00 | By: J/ | Rate: 350.00<br>Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

conference with Steve Ruwe, of the US Copyright Office relating to the ability of non-claimants to participate in the cancelation of copyright registrations. Also, the practice of the US Copyright Office with respect to Section 411(b)(2) and how to bring the questions in front of the Copyright Register, including the published v. unpublished issue, referencing back to the original copies and the prior art for lack of originality.

---

| 10/22/2010 | Slip No. 1009460.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with several phone calls and email communications to Mr. McCormack in connection with a conference the Judge has ordered with the Copyright Office. Regarding the proposed questions to be submitted to the Copyright Register.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 10/29/2010 Page No   16

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/21/2010**   Slip No. 1009461.00   By: J/   Rate: 350.00   $1400.00
                                                Hrs: 4.00

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with research done in connection with Preliminary thoughts on the proposed questions to be submitted to the Copyright Register.  Additional research done at the UM Law library in connection with the above referenced matter.

---

**10/22/2010**   Slip No. 1009462.00   By: J/   Rate: 350.00   $1575.00
                                                Hrs: 4.50

*CR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with drafting a Memorandum of my Preliminary thoughts on the proposed questions to be submitted to the Copyright Register.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 10/29/2010 Page No   17

Bill No. **1009248**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**10/22/2010**          Slip No. 1009463.00          By: J/          Rate: 350.00          $700.00
                                                                     Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Discussed the viability of bringing different questions in front of the Copyright Register to provoke an opinion on the lack of originality of the Ditsy Dots design.

*CR*

---

*CR*

**10/23/2010**          Slip No. 1009478.00          By: J/cd          Rate: 350.00          $1400.00
                                                                       Hrs: 4.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Research conducted on The affixer theory.   Reviewing case law and researching of same. Reviewed cases where different media had been used and the Courts found sufficient originality to constitute original derivative work independent from the basic work.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta          Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 10/29/2010  Page No  18

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/23/2010**          Slip No. 1009479.00          By: J/          Rate: 350.00          $1050.00
                                                                      Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

CR  Review and analyze emails from Roel Salonga to the Chinese manufacturer showing that there is a degree of skill required to control the proportionality of the design, colors and other considerations in the creation of the mylars and the transferring of the designs to the prints.

---

**10/26/2010**          Slip No. 1009502.00          By: J/          Rate: 350.00          $1400.00
                                                                      Hrs: 4.00

Dkt No. **290350**

CR  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Preparation for conference with attorney McCormack pursuant to directive issued by the Court requiring the parties to discuss the copyright issues with the Copyright Office. Researching Compendium II of the Copyright Office for Cancelation and Supplementary proceedings. Prepared proposed stipulations for discussion with Bernardo Burstein, Esq. and subsequently proposal for McCormack.  Started preparing report.

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>
Olem Shoe Corp.<br>
Mr. Julio Acosta<br>
800 N.W. 21 Street<br>
Miami, Florida 33127
</td><td>Via fax</td><td>
<b>INVOICE</b><br>
Bill Date: 10/29/2010  Page No   19<br>
Bill No. <b>1009248</b><br>
Acct.  <b>Olem Shoe Corp.</b><br>
<b>/Litigation/Washington Shoe Co.</b>
</td></tr>
</table>

| 10/26/2010 | Slip No. 1009503.00 | By: J/ | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
Telephone conference with attorney McCormack, and Mr. Burstein in conference, to discuss the possible stipulation as to how to proceed in view of the Court order's directive.

| 10/19/2010 | Slip No. 1009520.00 | By: J/cd | Rate: 120.00 Hrs: 0.85 | $102.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with processing Defendants responses to Olems Second Set of Interrogatories in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 10/29/2010  Page No  20

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 10/14/2010 | Slip No. 1009521.00 | By: J/cd | Rate: 120.00 Hrs: 0.85 | $102.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP*  Our paralegal services in connection with processing Defendants responses to Olem's Third Set of Request for Production of Documents in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 10/25/2010 | Slip No. 1009522.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Downloading, processing and updating our records with Order on Olem Shoe Corp.'s Notice of Withdrawal of Its Motion to Strike Paragraph 4 of the Affidavit of Roel Salonga which was withdrawn in its entirety by Judge Paul C Huck.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE
Bill Date: 10/29/2010 Page No  21

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 10/20/2010 | Slip No. 1009523.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

VP P Our paralegal services in connection with processing Order Staying Case and Vacating Trial Order in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| CR 10/20/2010 | Slip No. 1009524.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with ordering transcript of the Hearing held today, October 20, 2010, with regard to the Response from the Register of Copyrights for the above referenced matter.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 10/29/2010 Page No 22

Bill No. **1009248**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 10/27/2010 | Slip No. 1009525.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with processing transcript of the Hearing held today, October 20, 2010, with regard to the Response from the Register of Copyrights for the above referenced matter. Distribution of said transcript, Updating attorney records and making the pertinent annotations to the file.

| 10/24/2010 | Slip No. 1009526.00 | By: J/cd | Rate: Hrs: | $0.00 |
|---|---|---|---|---|

*CRR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Several email communications with regard to email in reference to Rainboot photos from Target Zabrina Polka Dot between Mr. Sanchelima, Mr. Olemberg and Mr. Burstein.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta      Via fax
800 N.W. 21 Street
Miami, Florida 33127

## INVOICE

Bill Date: 10/29/2010 Page No  23

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 10/26/2010 | Slip No. 1009527.00 | By: J/ | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with preparing and sending a letter to Mr. Timothy McCormack
enclosing the material in the record that shows sales of Ditsy Dots boots prior to August 9, 2007.
Updating attorney records and making the pertinent annotations to the file.

---

| 10/13/2010 | Slip No. 1009528.00 | By: J/ | Rate: 350.00 | $700.00 |
|---|---|---|---|---|
| | | | Hrs: 2.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with reviewing the deposition transcript of Julio Acosta in connection
with the above referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

# INVOICE

Bill Date: 10/29/2010 Page No  24

Bill No. **1009248**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/27/2010**          Slip No. 1009529.00          By: J/cd          Rate:  Hrs:          $30.60

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Invoice received from the United States District Court Southern District of Florida in connection with
ordering a transcript for a hearing held on October 20, 2010 regarding the Response of the Register of
Copyrights.

---

**10/29/2010**          Slip No. 1009542.00          By: J/          Rate: 350.00          $1050.00
                                                                                           Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing minutes from the October 20, 2010 status conference and other documents, including the
Compendium II of Copyrights to answer to multiple inquiries formulated by Robert Olemberg in
reference to possible outcomes and likelihood of prevailing in the questions to be submitted to the
Copyright Register.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami, Florida 33127 | Via fax | **INVOICE**<br>Bill Date: 10/29/2010  Page No  25<br>Bill No. **1009248**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- | --- |

---

| 10/29/2010 | Slip No. 1009544.00 | By: J/ | Rate: 350.00<br>Hrs: 2.50 | $875.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with meeting with Mr. Burstein and Mr. Olemberg regarding the conference to be held with Mr. McCormack and Mr. Manos in reference to seeking advice from the Register of Copyrightd regarding the issue discussed in court previously.

---

| 10/29/2010 | Slip No. 1009545.00 | By: J/cd | Rate:  Hrs: | $0.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal services in connection with several email communications and responses regarding the issues now pending in this litigation, the Ditsy Dot sales in 2006, rule 411(b) and the subpoena's to customers.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami, Florida 33127

Via fax

## INVOICE

Bill Date: 10/29/2010 Page No 26

Bill No. **1009248**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/23/2010**          Slip No. 1009546.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CR* Several communications and responses with Mr. Olemberg and Mr. Burstein regarding Target Zabrina
Polka Dot with regard to additional questions to the copyright office and the Motion under 411.
Updating attorney records and making the pertinent annotations to the file.

---

**10/9/2010**          Slip No. 1009547.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CR* Our legal services in connection with reviewing several email communications and responses
regarding Privileged Documents and Su Yuan's company as manufacturer of WSC's prints. Updating
attorney records and making the pertinent annotations to the file.

---

**Invoice Total:          $22446.10**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 11/30/2010 Page No 1

Bill No. **1009570**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**11/2/2010**        Slip No. 1009570.00        By: J/cd        Rate:120.00  Hrs:0.79        $95.00

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, processing and updating attorney records with [D.E. 217] in connection with Order Denying Motion as Moot on Defendant's Motion to Continue Trial [D.E. 211].

---

**11/2/2010**        Slip No. 1009571.00        By: J/        Rate: 350.00        $1050.00
                                                              Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CR*

Reviewed Tom Manos correspondence relating to conference of October 29 with Tom Manos, Esq., Tim McCormack, Bernardo Burstein and Robert Olemberg. Research Compendium II and replied to Tom Manos correspondence.

---



# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mrs. Jennifer Olemberg<br>800 N.W. 21 Street<br><br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 11/30/2010 Page No  2<br>Bill No. **1009570**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**11/4/2010**          Slip No. 1009610.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Our legal services in connection with drafting a list and sending Olem's 15 customers to Robert Olemberg via email as requested.  Updating attorney record and making the pertinent annotations to the file.

---

**11/10/2010**          Slip No. 1009653.00          By: J/cd          Rate: 120.00          $120.00
                                                                      Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Our legal services in connection with various communication to Mr. Timothy McCormack in connection with scheduling a conference in connection with pending matter regarding the above referenced and the Orer dated October 21, 2010.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street

Miami Florida 33127

### INVOICE

Bill Date: 11/30/2010 Page No 3

Bill No. **1009570**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/11/2010 | Slip No. 1009654.00 | By: J/at | Rate:  Hrs: | $312.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of October, 2010.

---

| 11/12/2010 | Slip No. 1009662.00 | By: J/ | Rate: 350.00  Hrs: 1.50 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with teleconference with Mr. McCormack from Dr. Burstein's office in connection with Stipulations and finding a solution and reviewing Order by Judge Huck.

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mrs. Jennifer Olemberg<br>800 N.W. 21 Street<br><br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 11/30/2010  Page No  4<br>Bill No. **1009570**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**11/12/2010**          Slip No. 1009663.00          By: J/cd          Rate: 350.00          $525.00
                                                                              Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.



Our legal services in connection with reviewing letter from Mr. Burstein in connection with Washington Shoe's Form CA.  Review of Mr. Manos response. Research on the quantity of deposits to Accompany Application for copyright registrationwhich consistsof copies representing the entire work for which registration is to be made.

---

**11/17/2010**          Slip No. 1009680.00          By: J/cd          Rate:  Hrs:          $34.80

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Expense fees associated with express mail packages you sent to Mccormack on October 12, 2010. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street

Miami Florida 33127

## INVOICE

Bill Date: 11/30/2010 Page No 5

Bill No. **1009570**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe Co.**

---

| 11/18/2010 | Slip No. 1009694.00 | By: J/cd | Rate: 350.00<br>Hrs: 3.00 | $1050.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP Our legal services in connection with revising report to court with Dr. Burstein and Ms. Machado regarding the above referenced matter.

---

| 11/19/2010 | Slip No. 1009705.00 | By: J/cd | Rate: 350.00<br>Hrs: 4.00 | $1400.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP Our legal services in connection with revising and supplementing the Joint Report requested by Judge Huck to be timely filed with regard to the above referenced matter. Several communications to Dr. Burstein and Ms. Machado regarding same.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street

Miami Florida 33127

### INVOICE

Bill Date: 11/30/2010 Page No 6

Bill No. **1009570**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/17/2010 | Slip No. 1009706.00 | By: J/cd | Rate: 350.00 Hrs: 1.50 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

 Our legal services in connection with reviewing correspondence received from Mr. McCormack and Mr. Manos discussing correspondence with Dr. Burstein. Studied CA form and instructions along with Compendium II.

---

| 11/22/2010 | Slip No. 1009737.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing and processing an Order received from the United States District Court, Southern District of Florida signed by Judge Paul C Huck in connection with the above referenced matter. Case has been stayed pending response from the Copyright Office. [D.E. 219]

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mrs. Jennifer Olemberg<br>800 N.W. 21 Street<br><br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 11/30/2010 Page No  7<br>Bill No. **1009570**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**11/22/2010**      Slip No. 1009738.00      By: J/cd      Rate:120.00  Hrs:0.79      $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our paralegal services in connection with reviewing and processing a copy of the Joint Report Pursuant to the Court's Stay Order in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**11/22/2010**      Slip No. 1009739.00      By: J/cd      Rate: 350.00      $350.00
                                                      Hrs: 1.00

Dkt No. **290350**

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the filed Joint Report Pursuant to the Court's Stay Order and the Order issued by Judge Paul C Huck in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mrs. Jennifer Olemberg<br>800 N.W. 21 Street<br><br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 11/30/2010 Page No 8<br>Bill No. **1009570**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**11/24/2010**    Slip No. 1009768.00    By: J/    Rate: 350.00    $140.00
                                                            Hrs: 0.40

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to conference with Scot Brown, Esq., attorney for Shoe Factory in
reference to material that is going to produce. Requested review material prior to submission specially
in view of the fact that the case has been stayed and the registrations are being examined by the
Copyright Office for possible cancelation.

---

**11/19/2010**    Slip No. 1009802.00    By: J/cd    Rate:120.00  Hrs:0.79    $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing and processing STATUS REPORT Joint, Pursuant to
Court's Stay Order [DE 214] by Olem Shoe Corporation(a Florida corporation), Isaac Olemberg, Nieves
Olemberg, Robert Olemberg, Washington Shoe Corporation(a Washington corporation) (Attachments:
# (1) Exhibit Letter to Copyright Office from McCormack dated November 10, 2010, # (2) Exhibit
Section of the Compendium, # (3) Exhibit Form CA)(Manos, Tom) to Olem Shoe.  Updating attorney
records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mrs. Jennifer Olemberg<br>800 N.W. 21 Street<br><br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 11/30/2010 Page No 9<br>Bill No. **1009570**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

**11/11/2010**                Slip No. 1009804.00        By: J/cd        Rate: 350.00                $1050.00
                                                                          Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Preparing and sending letter to Mr. Ruwe from the United States Copyright office an email communication containing the outstanding court order, The provisions in the Compendium, Mr. Sanchelima's view of how this litigation can be simplified if the Copyright Office determines the validity of the registrations in question and a forwarded copy of the hearing held on October 20, 2010 regarding the above referenced matter.

---

**11/3/2010**                Slip No. 1009805.00        By: J/cd        Rate: 350.00                $262.50
                                                                        Hrs: 0.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing and drafting a letter which Olem Shoe should send to its clients giving them an update on this litigation.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street

Miami Florida 33127

## INVOICE

Bill Date: 11/30/2010  Page No   10

Bill No. **1009570**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 11/8/2010 | Slip No. 1009806.00 | By: J/cd | Rate: 350.00 Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with drafting a letter to Mr. Ariel Furst in connection with the status of this litigation, explaining that the Court has expressed its intention to have the Copyright Office determine the validity of the registrations.  Updating attorney records and making the pertinent annotations to the file.

---

| 11/10/2010 | Slip No. 1009807.00 | By: J/cd | Rate: 350.00 Hrs: 4.50 | $1575.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing and drafting PLAINTIFF'S REQUEST FOR THE COURT TO INTERVENE IN THE SUBMISSION OF ESTABLISHED FACTS TO THE COPYRIGHT REGISTER FOR RESOLUTION OF VALIDITY ISSUES.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street

Miami Florida 33127

## INVOICE

Bill Date: 11/30/2010 Page No 11

Bill No. **1009570**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**11/10/2010**      Slip No. 1009808.00      By: J/cd      Rate: 120.00      $120.00
Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with various phone calls and follow up emails to Mr. McCormack and Mr. Manos in reference to scheduling a telephonic conference to discuss the pending order from the court.

---

**11/29/2010**      Slip No. 1009809.00      By: J/cd      Rate:  Hrs:      $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Several email communications and phone calls throughout the month of November with Olem Shoe regarding the pending Order from the Court, CA forms, ORDER Denying Motion as Moot; re [211] Motion to Continue, STATUS REPORT Joint, ORDER; re [218] Status Report; Stay in this case will remain in place until further order of the Court and other related issues.

---

**Invoice Total:**      **$9594.30**

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mrs. Jennifer Olemberg<br>800 N.W. 21 Street<br><br>Miami Florida 33127 | Biling Period: 12/07/2010 - 12/24/2010<br>Case No. 09-23494-cv-Huck/O'Sullivan (S.D. Fla.)<br>Claim No.:. E2670702<br><br>Tax Id - 59-2042637 | **INVOICE**<br>Bill Date: 12/24/2010 Page No  1<br>Bill No. **1009897**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

**12/7/2010**          Slip No. 1009897.00          By: J/at          Rate:  Hrs:          $312.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of November, 2010.

---

**12/19/2010**          Slip No. 1009992.00          By: J/          Rate: 350.00          $105.00
                                                                 Hrs: 0.30

Dkt No. **300038**

Our file No. **300038 v. Washington Shoe Co. (Zebra boots)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to preparation of material for attorney Furst. Selecting material for insurance coverage and claims for advertising injury.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mrs. Jennifer Olemberg
800 N.W. 21 Street

Miami Florida 33127

**INVOICE**

Bill Date: 12/24/2010 Page No   2

Bill No. **1009897**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**12/09/2010**          Slip No. 1009994.00          By: J/cd          Rate:120.00  Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our paralegal services in connection with reviewing and processing D.E. 220 NOTICE OF UNAVAILABILITY by Washington Shoe Corporation for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**12/22/2010**          Slip No. 1010015.00          By: J/          Rate: 350.00          $700.00
                                                                    Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*UR* *OK* Our legal services in connection with conference with Mr. Ariel Furst regarding the above referenced matter.  Mr. Sanchelima explained the status and the different avenues this case has taken.  Mr. Sanchelima discussed the response from the Copyright Office and the pending tasks to be done.

---

                                        **Invoice Total:**          **$1212.00**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 1/26/2011   Page No   1

Bill No. **1010042**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/3/2011 | Slip No. 1010042.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing correspondence, responding and updating our expert witness, Gabriele Goldaper of the status of the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 1/4/2011 | Slip No. 1010062.00 | By: J/ | Rate: 350.00  Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing material sent by attorneys Kingston and McCormack regarding form CA in connection with the DISTY DOT and ZEBRA SUPREME copyright registrations. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

</td><td>

**INVOICE**

Bill Date: 1/26/2011    Page No   2

Bill No. **1010042**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

</td></tr>
</table>

| 1/4/2011 | Slip No. 1010063.00 | By: J/ | Rate: 350.00<br>Hrs: 6.00 | $2100.00 |

Dkt No. **290350**

*UR*
*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Reviewing the material sent by Kingston and McCoramck as well as the discovery deposition transcript and affidavit of Roel Salonga. Preparing memorandum and compiling exhibits in connection with the preparation of the status report due as ordered by the court.

---

| 1/4/2011 | Slip No. 1010064.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.50 | $300.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our paralegal services in connection with reviewing and inputting relevant dates into our chronological in connection with the report received by Mr. McCormack in connection with the status report that needs to be filed with the Clerk of Courts as per the order issued by Judge Huck.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

J. Sanchelima, Reg. Patent Attorney

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 1/26/2011   Page No  3

Bill No. **1010042**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/4/2011 | Slip No. 1010065.00 | By: J/cd | Rate: Hrs: | $113.39 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Invoice received from Global Crossing in connection with the conference held on Wednesday, December 22, 2010 at 12:00 pm with Mr. Burstein, Ms. Machado, Mr. Furst and Mr. Sanchelima. (Invoice 0205132226)

---

| 1/6/2011 | Slip No. 1010096.00 | By: J/cd | Rate: 120.00  Hrs: 2.00 | $240.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CRR* Our paralegal services in connection with preparing and drafting Notification of Ninety Day Expiring for Q on Motion for Summary Judgment Count I in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 1/26/2011    Page No  4

Bill No. **1010042**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 1/7/2011 | Slip No. 1010098.00 | By: J/cd | Rate:120.00  Hrs: 0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our paralegal services in connection with obtaining, reviewing and processing [D.E. 221] Second Joint Status Report Pursuant to the Court's Stay Order which was filed yesterday, January 6, 2011,  with the United States District Court, Southern District of Florida for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 1/10/2011 | Slip No. 1010115.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our paralegal services in connection with reviewing and processing an Order received from the United States District Court Southern District of Florida entered by Judge Paul C Huck in connection with the Stay Order for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 1/26/2011   Page No  5<br>Bill No. **1010042**<br>Acct.  **Olem Shoe Corp.**<br>        **/Litigation/Washington Shoe Co.** |

---

**1/11/2011**          Slip No. 1010121.00          By: J/          Rate: 350.00          $700.00
                                                                    Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.



Our legal services in connection with preparing and drafting the Proposed Pattern Civil Jury Instructions for Copyright Cases for the Seventh Circuit in connection with the above referenced matter.  Sending copy to our co-counsel, updating attorney records and making the pertinent annotations to the file.

---

**1/11/2011**          Slip No. 1010122.00          By: J/          Rate: 350.00          $1050.00
                                                                    Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing and drafting Olem Shoe's Proposal in connection with the Order issued by the Judge on January 10, 2010 regarding the Joint Report recently filed in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127</td><td>**INVOICE**<br><br>Bill Date: 1/26/2011   Page No  6<br><br>Bill No. **1010042**<br><br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.**</td></tr>
</table>

| 1/11/2011 | Slip No. 1010123.00 | By: J/cd | Rate:  Hrs:<br>1.00 | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Our legal services in connection with conference with Julio Acosta and Robert Olemberg on January 10, 2011 in connection with the Notice of Ninety Days Expiring in connection with the above referenced matter.  Strategies to be used in the near future and obtaining instructions from Mr. Olemberg in connection with proceeding with this litigation.

| 1/11/2011 | Slip No. 1010124.00 | By: J/ | Rate: 350.00<br>Hrs: 0.35 | $122.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Our legal services in connection with conference with Dr. Burstein regarding division of work and tasks to be completed.  Discussed the order issued by the Judge on January 10, 2011 and information regarding proposal Mr. Sanchelima will send.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 1/26/2011   Page No   7

Bill No. **1010042**

Acct.  **Olem Shoe Corp.**
      **/Litigation/Washington Shoe**
      **Co.**

---

**1/11/2011**            Slip No. 1010125.00        By: J/        Rate: 350.00            $1225.00
                                                                 Hrs: 3.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing different arguments presented by Mr. McCormack
regarding the Form CA.  Analyzing and reviewing the Form CA filed for supplemental registration and
comparing it to what was previously stated  in the deposition of Roel Salonga.

---

**1/12/2011**            Slip No. 1010149.00        By: J/at      Rate:  Hrs:            $312.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
December, 2010.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 1/26/2011    Page No  8

Bill No. **1010042**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 1/12/2011 | Slip No. 1010150.00 | By: J/at | Rate:  Hrs: | $38.40 |

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with
regards to the above referenced matter. Documents have been saved to clients file.

| 1/17/2011 | Slip No. 1010184.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing the first draft of a Notice of Unavailability in connectio
with the above referenced matter.  Updating attorney records and making the pertinent annotations to
the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 1/26/2011   Page No  9

Bill No. **1010042**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/18/2011 | Slip No. 1010195.00 | By: J/jd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

*NPp*  Our paralegal services in connection with preparing the first draft of a Notice of Unavailability of the witnesses in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 1/26/2011 | Slip No. 1010295.00 | By: J/js | Rate: 350.00<br>Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

*CR*  For legal services rendered relating to the above referenced matter including reviewing notice of filing CA supplementary registrations with the Copyright Office, and the new supplementary registrations themselves.  Reviewed prior statements of WSC and prepared report to client's representatives and co-counsel, Bernardo Burstein.  Reviewed letter requesting declassification of material under confidentiality order.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 1/26/2011    Page No   10

Bill No. **1010042**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/26/2011 | Slip No. 1010296.00 | By: J/cd | Rate:120.00  Hrs: 0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CR* Our paralegal services in connection with reviewing and processing Washington Shoe Co. Notice of Filing Corrected Copyright Registrations [D.E. 224] for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 1/20/2011 | Slip No. 1010310.00 | By: J/jd | Rate:120.00  Hrs: 1.0 | $120.00 |

*NPP*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with finalizing and filing the Notice of Unavailability for Mr. Jesus Sanchelima in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 1/26/2011   Page No   11

Bill No. **1010042**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 1/26/2011 | Slip No. 1010315.00 | By: J/cd | Rate: 350.00 Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our legal services in connection with teleconference with Dr. Burstein to discuss the proposal that needs to be filed for the above referenced matter with the United States District Court Southern District of Florida as Ordered by Judge Paul C Huck.

---

| 1/26/2011 | Slip No. 1010316.00 | By: J/jd | Rate:120.00  Hrs:1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our paralegal services in connection with preparing and drafting a Notice of Unavailability for Olem Shoe with the dates received from Mr. Julio Acosta on January 18, 2011.  Updating attorney records and making the pertinent annotations to the file.

---

**Invoice Total:**        **$8373.79**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No   1

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 1/27/2011 | Slip No. 1010317.00 | By: J/js | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

NPP For legal services rendered relating to the above referenced matter including reviewing McCormack's request for declassification of certain documents. Research on the source of new documents (invoices), reviewed provisions of protective order. Prepared reply to Mr. McCormack and recommendation to client. Reserach bases for motion and effect of current stay order.

---

| 1/27/2011 | Slip No. 1010326.00 | By: J/jd | Rate: 120.00 Hrs: 1.35 | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

NPP Supplementing the latest draft of Notice of Unavailability and filing the Notice of Unavailability with the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA Case No. 09-23494-cv-Huck/O'Sullivan relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

<table>
<tr><td>
Olem Shoe Corp.<br>
Mr. Julio Acosta<br>
800 N.W. 21 Street<br>
Miami Florida 33127
</td><td>
<strong>INVOICE</strong><br>
Bill Date: 2/28/2011   Page No  2<br>
Bill No. <strong>1010317</strong><br>
Acct.  <strong>Olem Shoe Corp.<br>
/Litigation/Washington Shoe Co.</strong>
</td></tr>
</table>

---

| 1/27/2011 | Slip No. 1010329.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing a Litigation Statement, LS Form for VAu000988278 (Rose Zebra Supreme), VAu001007893 (Zebra Supreme - Olem) and VAu756-950 (Disty Dots) for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 1/27/2011 | Slip No. 1010331.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.75 | $90.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing, drafting and sending letter to Copyright Office with a detailed explanation of our requests along with the 3 Litigation Statement - LS Form attached via fax and via US. Mail in connection with the above referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

**INVOICE**

Bill Date: 2/28/2011    Page No  3

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

---

| 1/27/2011 | Slip No. 1010332.00 | By: J/cd | Rate: 120.00 | $0.00 |
|---|---|---|---|---|
| | | | Hrs: 0.35 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with follow up call to the Copyright Office in connection with the fax previously sent earlier today with the three (3) Litigation Statement - LS Forms, as well as our detailed letter.  Received a quote from the copyright office for Rose Zebra Supreme and Zebra Supreme Olem. I was told by a Copyright Office representative that the Disty Dot file has not been assigned a box and they do not have any information available.

---

| 1/27/2011 | Slip No. 1010336.00 | By: J/jd | Rate: 120.00 | $90.00 |
|---|---|---|---|---|
| | | | Hrs: 0.75 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

Updating chrono in regards to Declassification of Documents Request from McCormack relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 2/28/2011   Page No  4

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 1/28/2011 | Slip No. 1010346.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

NPP  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing proposed changes by Bernardo Burstein, Esq. to Olem's response with proposal to be submitted to the Court. Amendments to the document after telconference with Mr. Burstein. Reviewed record to supplement response. Sent modifications.

---

| 1/28/2011 | Slip No. 1010347.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

NPP  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing protective order in view of recent request from WSC for declassifying the records attached as exhibits to his letter dated January 25, 2011. Conference with Mr. Manos. Notes to file. Report to client.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   5

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/28/2011 | Slip No. 1010350.00 | By: J/jd | Rate: 120.00<br>Hrs: 2.25 | $270.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference: N/A

Updating chrono in regards to Declassification of Documents Request from McCormack relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

NPP

---

| 1/28/2011 | Slip No. 1010353.00 | By: J/jd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference: N/A

Our paralegal services in connection with preparing the first draft of a Notice of Unavailability of the witnesses in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

NPP

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   6

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
          **/Litigation/Washington Shoe**
          **Co.**

---

**1/31/2011**          Slip No. 1010367.00          By: J/cd          Rate: 120.00          $360.00
                                                                                        Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with various telephone calls throughout the week to the Copyright Office and speaking with Ms. Antoniette Hobbs in connection with our request for Zebra Supreme.  We have requested ALL documents related to this case, correspondence, memos, CA Forms, Supplementary Applications, Etc.  Updating attorney records and making the pertinent annotations to the file.

---

**2/1/2011**          Slip No. 1010377.00          By: J/at          Rate: 350.00          $175.00
                                                                                      Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal services rendered in connection with Mr. Sanchelima's time spent reviewing with Ms. Denise Garret at the Copyright Office the file history for Zebra Supreme relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No  7

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/29/2011 | Slip No. 1010382.00 | By: J/js | Rate: 350.00<br>Hrs: 4.00 | $1400.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing letter dated
Novembeer 22, 2010 from Examiner Briganti to WSC requesting reason for not initiating cancelation
proceeding.  Worked on hte third draft of the Proposal to the Court and forward it to Bernardo.
Reviewing Response of December 25, 2010 from attorney Kingston outlining differences between the
Rose Zebra and the Zebra Supreme patterns. Started research on case law cited.

CRR

---

| 2/1/2011 | Slip No. 1010383.00 | By: J/js | Rate: 350.00<br>Hrs: 8.00 | $2800.00 |
|---|---|---|---|---|

Dkt No. **290350**

CRR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research authorities cited
by WSC's counsel in its letter to Examiner Briganti, including Ninth Circuit decisions on originality.
Shepardized. Reviewed 11th Circuit decisions on originality. Compared designs differences in North
Coast controversy with the alleged differences brought up by WSC. Distinguishing ERG. Estoppel
arguments for court proceeding.  Started drafting letter to Briganti.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No  8

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

2/2/2011          Slip No. 1010384.00          By: J/cd          Rate: 120.00          $120.00
                                                                  Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP* Our paralegal services in connection with downloading and reviewing and updating our records and files
with  [D.E. 226] and [D.E. 227].  Olem and Washington Shoe Response in reference to pending items
regarding the above referenced matter.  Forwarding same to Olem Shoe.

---

2/2/2011          Slip No. 1010393.00          By: J/cd          Rate: 120.00          $150.00
                                                                  Hrs: 1.25

*UR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with reviewing correspondence received from Mr. Ariel Furst regarding
insurance coverage as well as the Law Firm Billing Guidelines.  Updating attorney records and making
the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE
Bill Date: 2/28/2011    Page No  9

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/2/2011 | Slip No. 1010401.00 | By: J/cd | Rate: 350.00 Hrs: 0.35 | $122.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with various communication with Dr. Burstein regarding the proposed letter to Mr. Brigianti in connection with the above referenced matter.

---

| 2/2/2011 | Slip No. 1010402.00 | By: J/cd | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with reviewing WSC Second production of Documents in connection with the above referenced matter.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 2/28/2011   Page No   10

Bill No. **1010317**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**2/3/2011**          Slip No. 1010408.00          By: J/js          Rate: 350.00          $1400.00
                                                                     Hrs: 4.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
*CR* For legal services rendered relating to the above referenced matter including reviewing exhibits
produced on September 9, 2010 and digesting same for originality issues.  Started classification for
final trial exhibits. Added otochronological databases.

---

**2/3/2011**          Slip No. 1010413.00          By: J/jd          Rate: 120.00          $120.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
*NPf* For legal services rendered in selecting documents in preparation for the upcoming telephonic
conference with Judge Huck, including both parties' proposals for resolving the case, relating to the
above referenced matter including updating client's records and making the pertinent annotations to the
file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

<table>
<tr><td>

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

</td><td>

**INVOICE**

Bill Date: 2/28/2011   Page No   11

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

</td></tr>
</table>

---

| 2/3/2011 | Slip No. 1010414.00 | By: J/js | Rate: 350.00<br>Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A



For telephonic conference with Bernardo Burstein, co-counsel, in preparation for requested conference with Judge Huck.  Discussed position to be taken for trying the case, Opposition to Amendments and Lack of Justification for Amendment.  All relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

---

| 2/4/2011 | Slip No. 1010428.00 | By: J/cd | Rate:   Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with updating the above referenced matter with several emails to and from Olem Shoe from February 2, 2011 to the present in reference to WSC's Late Filing and the documents being requested from the United States Copyright Office.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
### 235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 2/28/2011  Page No  12

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/4/2011 | Slip No. 1010437.00 | By: J/js | Rate: 350.00<br>Hrs: 6.00 | $2100.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing and digesting
documents produced in September, 2010 batch. Classifying documents and matching them with issues
to be proved, namely, separate works (affixer theory), Ditsy Dots creation-publication, Zebra Rose
Supreme, Zebra Supreme.  Reviewing supplementary registrations for Ditsy Dots and Zebra Supreme
and comparing them with communications between WSC and chinese factories for assessment of
contribution to the final design on the boots by the chinese factories.  Reviewed prosecution documents
and arguments prepared and sent by Laurel Kingston, Esq.  to attorney William Briganti at the
Copyright Office.

---

| 2/4/2011 | Slip No. 1010438.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.75 | $210.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

Our paralegal services in connection with gathering documents and correspondence received from Mr.
McCormack relating to correspondence from the United States Copyright Office and Copies of the CA
Forms  for Disty Dot and Zebra Supreme and Bates Stamping said documents. Applied Bates No(s)
OLEM-001147 through OLEM-001199

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   13

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 2/7/2011 | Slip No. 1010456.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with contacting Ms. Denise Garrett at the Copyright Office in reference to three new requests.  We have been given instructions to proceed with the retrieval of ROSE ZEBRA SUPREME, DITSY DOTS and the Supplementary registration for DITSY DOTS.  Handwriting said request and sending to Ms. Garrett at the Copyright office via fax and email.  Updating attorney records and making the pertinent annotations to the file.

---

| 2/7/2011 | Slip No. 1010457.00 | By: J/cd | Rate:   Hrs: | $342.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice / Receipt received from the United States Copyright Office for Correspondence retrieval of VA 1 -432-332.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No   14

Bill No. **1010317**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 2/7/2011 | Slip No. 1010460.00 | By: J/js | Rate: 350.00 | $1400.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 4.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research originality in 11th Circuit, reviewed differences in different decisions. Prepared for conference with judge Huck.

---

| 2/8/2011 | Slip No. 1010471.00 | By: J/js | Rate: 350.00 | $2800.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 8.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation for status conference in front of judge Huck to discus the remaining issues in the case.  Reviewed WSC's proposal in its response filed on February 1, 2011including arguments and authorities cited. Researched possible amendment f the pleadings and developed objections to granting the amendment without a dismissal. Possibilty of seeking attorneys' fees for brining action without making the pertinent corrections. Compared time window for correcting the copyright registrations: from May 1, 2010 ( motion under Section 411(b)(2) filed) to May 24 ( cutoff for amending pleadings).  Researched case law cited by WSC in particular the use of the presumptions of the copyright registration. The effect of

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   15

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/9/2011 | Slip No. 1010475.00 | By: J/at | Rate:  Hrs: | $312.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of January, 2011.

---

| 2/9/2011 | Slip No. 1010487.00 | By: J/js | Rate: 350.00  Hrs: 4.00 | $1400.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparation for conference called by Judge Huck. inventories files and reviewed old correspondence with WSC's counsel showing that he has been placed on notice of the defects of the registrations. Conference with Bernardo Burstein, esq. in reference to position to be taken in view of the inminent need for an amendment by WSC.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No   16

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 2/9/2011 | Slip No. 1010491.00 | By: J/cd | Rate: 120.00 Hrs: 2.00 | $240.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparation of Boxes for court including all files associated with this matter.  Sorting of files pleadings and motions.  File inventory and updating our records.

| 2/9/2011 | Slip No. 1010492.00 | By: J/cd | Rate: 120.00 Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with processing Notice of Status Conference Cancelation [D.E. 229], Notice of Re-Scheduled Teleconference [D.E. 230] and Cancelation of Re-Scheduled Telephone Conference [D.E. 231].  Updating attorney records and making the pertinent annotations to the file.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 2/28/2011   Page No   17<br>Bill No. **1010317**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 2/9/2011 | Slip No. 1010496.00 | By: J/js | Rate: 350.00<br>Hrs: 3.50 | $1225.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

CR

For legal services rendered relating to the above referenced matter including research on fabrication of presumption via copyright certificates. Reviewed authorities commentaries (Nimmer) and court decisions shunning the practice.  Added mateiral to propose letter to Briganti at the Copyright Office.

---

| 2/10/2011 | Slip No. 1010510.00 | By: J/jd | Rate: 120.00<br>Hrs: 0.75 | $90.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

Our paralegal services in connection with processing Notice of Status Telephone Conference [D.E. 232].
Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 2/28/2011   Page No   18

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/10/2011 | Slip No. 1010511.00 | By: J/jd | Rate: 120.00 Hrs: 2.50 | $150.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A

Our paralegal services in connection with preparation of Boxes for court, preparing table of contents, organizing NOTICES file, sorting of files pleadings and motions.  File inventory and Updating attorney records and making the pertinent annotations to the file.

---

| 2/10/2011 | Slip No. 1010514.00 | By: J/js | Rate: 350.00 Hrs: 5.00 | $1750.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research on amendment to pleadings, dismissal with right to leave to amend. Exceptions to "freely given" amendments under Foman v. Davis, such as "undue delay', "undue prejudice" and "futility of amendments".  Reviewed registration of Rose Zebra in 2009 and prior sales in 2007. Different actions of WSC in delaying litigation, costs to Olem. Prepare memorandum.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   19

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/11/2011 | Slip No. 1010523.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.70 | $245.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our legal services in connection with attending a telephonic hearing today, February 11, 2011 at 10:30 am, with Judge Paul C Huck, Dr. Burstein, Mr. McCormack and Mr. Manos in connection with status of the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

NPP

---

| 2/11/2011 | Slip No. 1010525.00 | By: J/cd | Rate: 350.00<br>Hrs: 2.50 | $875.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP

Our legal services in connection with preparing for hearing which will be held Friday, February 11, 2011 at 10:30 am via teleconference with Judge Paul C Huck, Dr. Burstein, Mr. McCormack and Mr. Manos in connection with status of the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 2/28/2011   Page No   20

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/11/2011 | Slip No. 1010527.00 | By: J/cd | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with preparation with Dr. Burstein for a second hearing at 12:00 pm.
with Judge Paul C Huck, Dr. Burstein, Mr. McCormack and Mr. Manos in connection with providing new
dates for discovery and deposition as well as status changes regarding the above referenced.
Updating attorney records and making the pertinent annotations to the file.

---

| 2/11/2011 | Slip No. 1010528.00 | By: J/cd | Rate: 350.00 | $157.50 |
|---|---|---|---|---|
| | | | Hrs: 0.45 | |

*NPP*  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection attending a second conference at 12:00 pm with Judge Paul C Huck,
Dr. Burstein, Mr. McCormack and Mr. Manos in connection with changes in new deadlines for new
motions to be filed, discovery and depositions regarding the above referenced matter.  Updating
attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   21

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/11/2011 | Slip No. 1010535.00 | By: J/js | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including attending telephonic status conference with Bernardo Burstein, Esq. including subsequent conference with attorney Manos and McCormack to discuss outstanding discovery matters. Subsequent conference with Judge Huck. Conference with Bernardo and report to client.

*Npp*

---

| 2/11/2011 | Slip No. 1010536.00 | By: J/js | Rate: 350.00 Hrs: 1.25 | $437.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation of 4th set of requests for production of documents to WSC based on  agreement reached during the status conference.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 2/28/2011   Page No   22

Bill No. **1010317**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 2/14/2011 | Slip No. 1010547.00 | By: J/jd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

Our paralegal services in connection with processing [D.E. 233] Order Denying Motions for Summary Judgments [D.E. 29, 135, 143 &144] as Moot.  Updating attorney records and making the pertinent annotations to the file.

---

*UR* | 2/14/2011 | Slip No. 1010548.00 | By: J/cd | Rate: 120.00  Hrs: 0.40 | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with contacting Watkins Court Reporting in connection with upcoming depositions to be taken in Seattle, Washington.  I was provided a price for the transcription and per page fee.  Watkins Court Reporting will be sending us the video fees.  Conference room is complementary.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 2/28/2011    Page No   23

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/13/2011 | Slip No. 1010550.00 | By: | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

NPP  Our legal services in connection with reviewing motions for summary judgment to consolidate them. Statement of facts for Rose zebra. Memo to file. Updating attorney records and making the pertinent annotations to the file.

---

| 2/16/2011 | Slip No. 1010574.00 | By: J/cd | Rate: 120.00 Hrs: 1.75 | $210.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with three follow up calls to the Copyright Office regarding our requests.  One email communication reminding them of our requests.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No  24

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/16/2011 | Slip No. 1010575.00 | By: J/jd | Rate: 120.00 | $120.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

Our paralegal services in connection with reorganizing our misc. files in preparation for trial in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 2/16/2011 | Slip No. 1010576.00 | By: J/js | Rate: 350.00 | $700.00 |
|---|---|---|---|---|
| | | | Hrs: 2.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

For legal services rendered relating to the above referenced matter including research on derivative work, reviewed cases relied on by WSC (Montogomery, RFMAS and others) as they may apply the originality required for derivative work. Digested cases for use in preparing answer.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No   25

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/16/2011 | Slip No. 1010577.00 | By: J/js | Rate: 350.00 Hrs: 1.50 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including meeting with Bernardo Burstein, esq. to discuss discovery strategy and how to proceed. Possibility of requesitng a hearing in front of magistrate Sullivan. Went over Salonga's affidavit testimony and excerpts of deposition transcript.

*UR*

---

| 2/16/2011 | Slip No. 1010578.00 | By: J/js | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing 3rd amended counterclaim and possible defenses.  Researched requirement of "access" that was not plead and possibility of filing a motion to dismiss for failure to state a cause of action.  Studied registration certificates for the Rose Zebra, published blank form submitted as exhibit.  Considered motion to strike irrelevant mateiral or incorporate it in motion.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 2/28/2011    Page No    26

Bill No. **1010317**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**



| 2/18/2011 | Slip No. 1010601.00 | By: J/jd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

Our paralegal services in connection with processing Amended Counterclaim Including Corrective
Copyright Registration [D.E. 234, 234-1, 234-2], and updating attorney records and making the
pertinent annotations to the file.

---

| 2/21/2011 | Slip No. 1010605.00 | By: J/js | Rate: 350.00  Hrs: 2.50 | $875.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research on affirmative
defenses, reviewed third amended counterclaim and compared to second amended counterclaim.
Researched W. Patry treatise, relied on by WSC.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011     Page No   27

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 2/21/2011 | Slip No. 1010606.00 | By: J/js | Rate: 350.00 Hrs: 6.00 | $2100.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A

 For legal services rendered relating to the above referenced matter including research on motion to dismiss under rule 12(b)(b)(6) for failure to state a cause of action since Washington Shoe failed to allege "access" to the allegedly protectible work.  Researched case law to support position.

---

| 2/21/2011 | Slip No. 1010629.00 | By: J/jd | Rate: 120.00 Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A

Our paralegal services in connection with preparation  drafting the Answer to Counterclaim Affirmative Defenses updating attorney records and making the pertinent annotations in the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   28

Bill No. **1010317**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/22/2011 | Slip No. 1010630.00 | By: J/js | Rate: 350.00 Hrs: 2.50 | $875.00 |

Dkt No. **290350**

*CR*   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research on functionality and drafting affirmative defense.  Researched referencing deposit for copyright and prepared affirmative defense. Reviewed possible estoppel affirmative defense.  Researched fraud in the procurement of the copyright registrations, including the supplementary registrations.

---

| 2/22/2011 | Slip No. 1010641.00 | By: J/js | Rate: 350.00 Hrs: 3.50 | $1225.00 |

*CRR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewed different rose zebra designs produced by WSC in response to previous requests for production. Reviewing recent production. Reported finding in several mails.  Went over different emails relating to scheduling of discovery and deposition.  Reviewed answer and affirmative defenses proposed by Bernardo Burstein.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 2/28/2011   Page No   29<br>Bill No. **1010317**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|

| 2/22/2011 | Slip No. 1010642.00 | By: J/js | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

CRK   Our file No. **290350 v. Washington Shoe Co.**  \*\*\*  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewed distinctiveness and secondary meaning affirmative defenses proposed as affirmative defenses by Robert Bouvatte, Esq. (Burstein & Assoc). Reviewed diultion affirmative defense. Issued opinion as to their applicability to current proceedings.

| 2/23/2011 | Slip No. 1010652.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

CRK
NPP   Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with telephonic conference with Bernardo Bustein, Esq. discussing Answer and Affirmative Defenses, Motion to Dismiss, Motions for Summary Judgment, Stated of Undisputed Facts, Expert Witness, Lay Witness and preparation for the deposition in Seattle. Discussed how the work will be divided and what steps will be taken to complete and file the documents requested by the judge.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 2/28/2011   Page No   30

Bill No. **1010317**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/23/2011 | Slip No. 1010653.00 | By: J/cd | Rate: 120.00 Hrs: 1.00 | $120.00 |

*NPP*
*CRR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant service in connection with attending a telephonic conference with Bernardo Bustein, Esq. and Jesus Sanchelima, Esq.  Discussing Answer and Affirmative Defenses, Motion to Dismiss, Motions for Summary Judgment, Stated of Undisputed Facts, Expert Witness, Lay Witness and preparation for the deposition in Seattle.  Discussed how the work will be divided and what steps will be taken to complete and file the documents requested by the judge.

---

| 2/23/2011 | Slip No. 1010654.00 | By: J/cd | Rate: 120.00 Hrs: 1.50 | $180.00 |

*NPP*
*CRR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing the first draft of the Renewed Motion  for Summary Judgment Count 1, first draft of the Renewed Motion  for Summary Judgment Count 2 and first draft of the Renewed Material Facts.  Sending said drafts to Dr. Burstein and a copy of the original Motions for Summary Judgment Count I, II and Material of Facts filed previously along with its exhibits. Updating attorney records and making the pertinent annotations to the file.

---

## Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   31

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/23/2011 | Slip No. 1010658.00 | By: J/cd | Rate: 120.00 | $84.00 |
|---|---|---|---|---|
| | | | Hrs: 0.70 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with coordinating the depositions for March 17, 2011 with the Court Reporter (Watkins Reporting) for the above referenced matter.  Updating particulars from Watkins as well as providing them with the information requested.

---

| 2/23/2011 | Slip No. 1010663.00 | By: J/cd | Rate: 120.00 | $0.00 |
|---|---|---|---|---|
| | | | Hrs: 0.40 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection reviewing and processing a fax we have received from the United States Copyright Office in connection with the available correspondence for Rose zebra.  Contacted the Copyright Office and left message for Ms. Tonya Lewis asking if this is all they found in this file. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No  32

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

2/23/2011          Slip No. 1010664.00          By: J/cd          Rate: 120.00          $120.00
                                                                  Hrs: 1.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with printing several copies of the deposition of Roel Salonga, Bree
Brewer and Karl Moehring as reference for the deposition during March.  Updating attorney records
and making the pertinent annotations to the file.

---

2/24/2011          Slip No. 1010676.00          By: J/jd          Rate:120.00   Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

Our paralegal services in connection with processing Answer To The Amended (Third) Counterclaim,
Affirmative Defenses, and Demand for Trial By Jury [D.E. 235].  Updating attorney records and making
the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No   33

Bill No. **1010317**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/24/2011 | Slip No. 1010679.00 | By: J/js | Rate: 350.00 Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing exhibits produced by WSC in September, 2010 production for evidence of prior creation of patterns.
Incorporated documents for preparaiton of deposition of Salonga.
Reviewed notice of deposition under Rule 30(b)(6) preapred by Bernardo Burstein and added topic for deposition.

---

| 2/24/2011 | Slip No. 1010684.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including briefing Robert Bouvatte, esq. on issues relating to orginality, separate works, declaration of Shahin as it relates to the "separate works" defenses and other maters pertaining to strategy in the case.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 2/28/2011   Page No  34

Bill No. **1010317**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 2/25/2011 | Slip No. 1010706.00 | By: J/js | Rate: 350.00 Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewnd notice of deposition under Rule 30(b)(6) and emails between Burstein and McCormack. Provided support for our deposition request.

---

| 2/25/2011 | Slip No. 1010708.00 | By: J/cd | Rate: 120.00 Hrs: 0.35 | $42.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection searching for a Marriott hotel near the downtown Seattle, Washington -are for the depositions which will take place on Monday March 14, 2010.  Obtaining pricing and availability.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 2/28/2011    Page No   35<br>Bill No. **1010317**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 2/25/2011 | Slip No. 1010710.00 | By: J/jd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

Our paralegal services in connection with gathering and printing multiple copies in preparation of the Deposition that will take place in the month of March. Documents gathered and printed were the Deposition Of Roel Salonga, Deposition of Brigida Brewer and Deposition of Karl Moehring. Updating attorney records and making the pertinent annotations to the file.

---

| 2/25/2011 | Slip No. 1010711.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing and drafting the first draft of the Agreement to be bound by Protective Order for Mr. Robert Bouvatte in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   36

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/26/2011 | Slip No. 1010713.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing the Zebra Supreme computer file created by Salonga with the boots submitted to Mr. Briganti. Identification of mistake in the zebra pattern. Comparison.

---

| 2/26/2011 | Slip No. 1010714.00 | By: J/js | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation of exhibit for expert witness Gabriele Goldaper, drafting letter with instructions. Reviewed case law on topics for expert to discuss with respect to "substantial similarity" and "striking similarities".

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 2/28/2011  Page No  37<br>Bill No. **1010317**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

2/27/2011          Slip No. 1010715.00          By: J/js          Rate: 350.00          $2450.00
                                                                   Hrs: 7.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including conducting research on
"access" at University of Miami Law School lbrary. Inferential copying. Requirement of showing
"access" as an element of the cause of action. Current state of the law in the different circuits.  Report
to client and co-counsel. Prepared memo of law on defense of lack of access, substantial similarities.

---

2/28/2011          Slip No. 1010723.00          By: J/cd          Rate: 350.00          $1050.00
                                                                   Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with attending a meeting with Dr. Burstein, Dr. Bouvatte and Shahin
Resaie in connection with Shahin's trstimony.  Also discussed the testimony of the expert witness as
well as strategies. Updated attorney records and make the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011   Page No  38

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/28/2011 | Slip No. 1010724.00 | By: J/cd | Rate: 120.00 Hrs: 0.15 | $18.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with phone calls to the Copyright office in connection with the status of our certified copies.  Updating attorney records and making annotations to the file.

---

| 2/28/2011 | Slip No. 1010725.00 | By: J/jd | Rate: 120.00 Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

Our paralegal services in connection with making multiple copies of the Deposition Of Roel Salonga, Deposition of Brigida Brewer and Deposition of Karl Moehring  in preparation of the upcoming depositions that will take place in the month of March.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 2/28/2011    Page No   39

Bill No. **1010317**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 2/28/2011 | Slip No. 1010726.00 | By: J/cd | Rate:  Hrs: | $26.19 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Target purchase for Black/Silver Zebra Rainboot, Size 6 for the use of comparison.

---

| 2/28/2011 | Slip No. 1010727.00 | By: J/cd | Rate: 120.00  Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with reviewing the comparisons in the Zebra boot design we received from McCormack.  Issue of Originality and strategies we will use to proceed with this case.

# Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 2/28/2011   Page No   40<br>Bill No. **1010317**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 2/28/2011 | Slip No. 1010729.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.00 | $240.00 |
|---|---|---|---|---|

*CR*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing and gathering copies of the best certificates of registration for Ditsy Dots and Zebra Supreme Olem for the above referenced matter.  Gathering Copies of the Public Catalogs and Deposits.

| 2/28/2011 | Slip No. 1010730.00 | By: J/js | Rate: 350.00<br>Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparing letter ot expeert witness Gabriele Goldaper based on matters discussed with Bernardo Burstein, Esq. and Shahin.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 2/28/2011   Page No   41<br>Bill No. **1010317**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**3/1/2011**          Slip No. 1010731.00          By: J/js          Rate: 350.00          $700.00
                                                                        Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparing letter for expert witness Goldaper, amendment after reviewing proposed established facts statement from Robert Bovatte, Esq. Went over statement and replied with suggestions.  Went over history of case since Opinion issued by Copyright Register to further supplement letter to Mr. Briganti, at the Copyright Office. Reviewed file history for CA Form for Zebra Supreme.

---

**3/1/2011**          Slip No. 1010746.00          By: J/jd          Rate: 120.00          $120.00
                                                                        Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** ***  U.S.A.
Your Reference: N/A

For paralegal services rendered relating to the above referenced matter including preparing the first draft of letter to Ms. Goldaper and updating client's records and making the pertinent annotations to the file.

---

**Invoice Total:**          **$42731.69**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | **INVOICE** | |
|---|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Biling Period: March 4, 2011<br>Case No. 09-23494-cv-Huck/O'Sullivan (S.D. Fla.)<br>Claim No.:. E2670702<br>Tax Id - 59-2042637 | Bill Date: 3/4/2011　　Page No　1<br><br>Bill No. **1010795**<br><br>Acct. **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** | |

3/4/2011　　　　Slip No. 1010795.00　　　By: J/cd　　　Rate:　Hrs:　　　　$1320.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP　Preparation of document by Gabriele Goldaper. Reference FL-54-0275-1084891,for invoice received
from The Tasa Group for a total of four (4) hours at a rate of $440.00 totaling to $1,320.00.

**Invoice Total:**　　　**$1320.00**

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Biling Period: March 16, 2011<br>Case No. 09-23494-cv-Huck/O'Sullivan (S.D. Fla.)<br>Claim No.:. E2670702<br>Tax Id - 59-2042637 | **INVOICE**<br>Bill Date: 3/16/2011   Page No  1<br><br>Bill No. **1010954**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| | | | | | |
|---|---|---|---|---|---|
| **3/16/2011** | Slip No. 1010954.00 | By: J/cd | Rate:  Hrs: | | $826.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice issued by The TASA Group (Reference No. FL-54-0275-1085430) for preparing a second declaration by Gabriele Goldaper including two (2) hours in connection with the above referenced matter.

*UR*
*NPP*

**Invoice Total:**          $826.00

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Altmf Oddmc92.0.1/ 00 , / 2.20.1/ 00<br><br>Case No. 09-23494-cv-Huck/O'Sullivan 'R-C- EK -(<br>Claim No.:. E2670702<br><br>S` wkd , 48,1/ 31526 | **INVOICE**<br>Bill Date: 3/31/2011    Page No   1<br>Bill No. **1010760**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

3/2/2011                    Slip No. 1010760.00          By: J/cd              Rate: 350.00                    $122.50
                                                                                Hrs: 0.35

Dkt No. **290350**

\Pf    Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with telephone conference with Mr. Bouvatte in connection with the
declaration that needs to be drafted for our expert as well al the support that needs to be used.
Discussed undisputed facts in connection with this matter as well.

---

3/2/2011                    Slip No. 1010761.00          By: J/cd              Rate: 350.00                    $122.50
                                                                                Hrs: 0.35

Dkt No. **290350**

NPP    Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with a telephonic conference with our expert Ms. Gabriele Goldaper
regarding the declaration we will begin to prepare and the support that she will use for the declaration.
Also discussed the terms for payment.  Ms. Goldaper has requested 3 hours paid in advance in order
to proceed with any additional work.

---

377

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011   Page No  2

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/2/2011 | Slip No. 1010762.00 | By: J/cd | Rate: 120.00 Hrs: 0.35 | $42.00 |

Dkt No. **290350**

CR  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting, leaving message, drafting and sending an email communication to Ms. Tonya Lewis at the United States Copyright Office in connection with the status of the certified copies we ordered with regards to the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/2/2011 | Slip No. 1010763.00 | By: J/cd | Rate: 350.00 Hrs: 0.35 | $122.50 |

Dkt No. **290350**

CRR  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection withpreparing, drafting and sending an email communication to Ms. Gabriele Goldaper (Expert) in reference to a declaration we will need to support our motion for summary judgment and in opposition to
WSC's motion that we anticipate, from you on the issue of the alleged originality of the patterns in question. I will start with the "zebra" pattern. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**
Bill Date: 3/31/2011    Page No  3
Bill No. **1010760**
Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/2/2011 | Slip No. 1010764.00 | By: J/cd | Rate: 350.00 | $122.50 |
|---|---|---|---|---|
| | | | Hrs: 0.35 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Drafting and sending email communication to Ms. Gabriele Goldaper enclosing copies of the lengthy December 15, 2011 letter sent by WSC's counsel to the Copyright Office successfully averting the cancelation of Reg. No. VAu 1007893 (Zebra Supreme-Olem pattern) and instead obtaining a supplementary registration, Reg. No. VA-1-432-334.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/2/2011 | Slip No. 1010765.00 | By: J/cd | Rate: 350.00 | $122.50 |
|---|---|---|---|---|
| | | | Hrs: 0.35 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Preparing, drafting and sending email communications to Ms. Goldaper the Comparison of "mistakes' in the Rose and Supreme stripes. Explaining what we want to do in connection with the "mistake" argument that WSC's counsel has engineered.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   4

Bill No. **1010760**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**3/2/2011**            Slip No. 1010766.00        By: J/cd        Rate:  Hrs:              $0.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with several emails and completing final draft to the letter we were
going to send to Mr. Briganti. Pursuant to the instructions we have received from Mr. Robert Olemberg
we have been asked to not to send the letter to Mr. Briganti just yet.  Updated our records and made
annotations to the file.

---

**3/2/2011**            Slip No. 1010773.00        By: J/js        Rate: 350.00        $1750.00
                                                                    Hrs: 5.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including legal research on
"Substantial Similarities", "Access",  "Striking Similarities", "Common Source", "Indepedent Creation"
and "Coincidence" concepts.  Prepared material for conference with expert Gabriele Godlaper.  Wrote
report on matters to be discuss and points to be alleged and proved to overcome a holding of "striking
Similarities". WEnt over case law in the 11th circuit.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No  5

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

3/2/2011                Slip No. 1010774.00          By: J/js          Rate:  Hrs:                $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A

NPP

For legal services rendered relating to the above referenced matter including reviewing order to lift
stay. Instructions to compute new deadlines.

---

3/3/2011                Slip No. 1010787.00          By: J/jd          Rate:120.00  Hrs:0.79          $95.00

NPP  Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A

Our paralegal services in connection with processing Notice of Status Conference Cancelation [D.E. 236]
Order Lifting Stay and Re-Setting Trial and Calendar Call.  Updating attorney records and making the
pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 3/31/2011   Page No   6<br><br>Bill No. **1010760**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|

---

| 3/4/2011 | Slip No. 1010801.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.50 | $180.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*

Our paralegal services in connection with preparing and drafting the first draft of Plaintiff's Motion to File Under Seal.  Gathering and labeling said exhibits regarding same.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/4/2011 | Slip No. 1010803.00 | By: J/jd | Rate: 120.00<br>Hrs: 1.25 | $150.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

*NPP*
*CRR*

Our paralegal services for preparation of the letter and shipment of 4 boots to Ms. Goldaper for her examination, via UPS overnight delivery relating to the above referenced matter including updating client's records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No  7

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 3/4/2011 | Slip No. 1010804.00 | By: J/jd | Rate: 120.00 Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

Our paralegal assistant services in connection with searching for available and affordable flight from Miami, Florida to Seattle, Washington to take the depositions of a representative of Washington Shoe Co. Updating attorney records and making the pertinent annotations to the file

---

| 3/4/2011 | Slip No. 1010805.00 | By: J/cd | Rate: 120.00 Hrs: 0.75 | $90.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with issuing check and drafting letter to Margaret Shockley from The Tasa Group Regarding the advance payment including three (3) hours as requested by Ms. Goldaper.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 3/31/2011   Page No  8

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/4/2011 | Slip No. 1010806.00 | By: J/cd | Rate:  Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection sending Olem Shoe a copy of the check and letter to Margaret Shockley from The Tasa Group Regarding the advance payment including three (3) hours as requested by Ms. Goldaper.

---

| 3/4/2011 | Slip No. 1010807.00 | By: J/cd | Rate: 120.00  Hrs: 1.00 | $120.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with adding several additional exhibits to the Motion to File Under Seal which is being prepared to be filed on Monday, March 7, 2011. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 3/31/2011    Page No  9

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 3/4/2011 | Slip No. 1010808.00 | By: J/cd | Rate: 120.00 Hrs: 0.40 | $48.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Our paralegal assistant services in connection with drafting a second draft of the Motion to File Under Seal which is being prepared to be filed on Monday, March 7, 2011. Updating attorney records and making the pertinent annotations to the file.

---

| 3/4/2011 | Slip No. 1010809.00 | By: J/cd | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

UR  Our legal services in connection with reviewing and supplementing the Declaration of Shahin Rezaie in connection with our Motion for Summary Judgment.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   10

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/4/2011 | Slip No. 1010810.00 | By: J/cd | Rate: 350.00 | $192.50 |
|---|---|---|---|---|
|  |  |  | Hrs: 0.55 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*UR*  Our legal services in connection with reviewing and responding to several communication with Mr. McCormack regarding our date for deposition and his availability for our conference on Monday, March 7, 2011.

---

| 3/4/2011 | Slip No. 1010811.00 | By: J/cd | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 1.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our legal services in connection with  attending and preparing for conference with Mr. Olemberg, Sr. Mr. Olemberg, Julio and other from Olem Shoe regarding the current status of this case as well as the Lift to Stay which was recently issued by Judge Paul C Huck.  Explained that depositions will be taken regarding this matter on March 14, 2011.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011    Page No   11

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/4/2011 | Slip No. 1010812.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.60 | $72.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with dividing the report issued by Ms. Gabriele Goldaper in connection with the above referenced matter.  Sending copies to Mr. Robert Bouvatte. Updating attorney records and making the pertinent annotations to the file.

---

| 3/5/2011 | Slip No. 1010813.00 | By: J/js | Rate: 350.00<br>Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including revising the declaration for expert witness submitted by Robert Bouvatte, Esq. and Bernardo Burstein, Esq. in support of motion for summary judgment.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   12

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/5/2011 | Slip No. 1010814.00 | By: J/js | Rate: 350.00 | $0.00 |
|---|---|---|---|---|
| | | | Hrs: 0.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including several telephonic conferences with Julio Acosta in reference to his declaration testimony, provided copies of his prior declarations and chronological events spreadsheet to help in declaration.

---

| 3/5/2011 | Slip No. 1010815.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including revieinwg proposed declaration for Julio Acosta and Shahin Reziae proposed by Robert Bovatte, Esq. and provided comments about same.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   13

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 3/7/2011 | Slip No. 1010816.00 | By: J/js | Rate: 350.00 | $3500.00 |
| | | | Hrs: 10.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including revising motion for summary judgment and supporting documents prepared by Bernardo Burstein and Robert Bovatte including motion, memorandum, declarations for expert and lay witnesses Julio Acosta and Shahin Reziae. Reearhc at UM for common source, independent creation, preemption, ordinary observer, total feel test as it is applied in the 11th circuit. Discussed several aspects of strategy and proof to be used in this case.

---

| 3/7/2011 | Slip No. 1010826.00 | By: J/at | Rate:  Hrs: | $312.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of February, 2011.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011   Page No  14

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/7/2011 | Slip No. 1010842.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

*NPP*
*CRR*
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including supplementing motion to file under seal documentary evidence in support of our motion for summary judgment.

---

| 3/8/2011 | Slip No. 1010843.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

*UR*
Dkt No. **290350**

*NPP*
*CRR*
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including several communications pertaining to discovery issues and the scope of discovery to be allowed for deposition under Rule 30(b)(6), correspondence with Bernardo Burstein, Esq. in reference to course of action for discovery issues. Several email s with attorney McCormack, scheduling hearing for discovery motion. Reviewed documents filed with WSC's motion for summary judgment, supporting declaration and exhibits.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 3/31/2011    Page No   15

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 3/8/2011 | Slip No. 1010844.00 | By: J/js | Rate: 350.00 Hrs: 0.70 | $245.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

NPP  For legal services rendered relating to the above referenced matter including reviewing proposed order submitted. Compared ot what is requested in pleadings.

---

| 3/9/2011 | Slip No. 1010853.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

UR  Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Bree Brewer in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011    Page No   16

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

| 3/9/2011 | Slip No. 1010854.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem
Shoe Corp. of portions of the deposition of Kimberly Bertholf in connection with the above referenced
matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010855.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem
Shoe Corp. of portions of the deposition of Karl Moehring in connection with the above referenced
matter.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   17

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

3/9/2011                    Slip No. 1010856.00          By: J/cd          Rate:120.00   Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Kelly Towsley  in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

3/9/2011                    Slip No. 1010857.00          By: J/cd          Rate:120.00   Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Mark Moehring in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 3/31/2011   Page No   18<br>Bill No. **1010760**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

AR

| 3/9/2011 | Slip No. 1010858.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Julio Acosta for a deposition taken on September 23, 2010, in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

UR

| 3/9/2011 | Slip No. 1010859.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Julio Acosta for a deposition taken on September 20, 2011, in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

## Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 3/31/2011    Page No   19

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**3/9/2011**          Slip No. 1010860.00          By: J/cd          Rate:120.00   Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Robert Moehring in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**3/9/2011**          Slip No. 1010861.00          By: J/cd          Rate:120.00   Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Bryce Dulay in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   20

Bill No. **1010760**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/9/2011 | Slip No. 1010862.00 | By: J/cd | Rate:120.00 | Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Shahin Rezaie for a deposition taken on September 23, 2010, in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010863.00 | By: J/cd | Rate:120.00 | Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Robert Olemberg in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

</td><td>

**INVOICE**
Bill Date: 3/31/2011    Page No   21

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

</td></tr>
</table>

| 3/9/2011 | Slip No. 1010864.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Roel Salonga in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010865.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. of portions of the deposition of Shahin Rezaie for a deposition taken on September 20, 2010, in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   22

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/9/2011 | Slip No. 1010866.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP Our paralegal assistant services in connection with downloading and processing a Motion for Summary Judgment filed by Washington Shoe in connection with the above referenced matter. Updating attorney records with our deadline to respond and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010867.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. with a copy of the declaration of Julio Acosta along with its Exhibits in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   23

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

3/9/2011    Slip No. 1010868.00    By: J/cd    Rate:120.00  Hrs:0.79    $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a Notice of filing by Olem Shoe Corp. with a copy of the declaration of Gabriele Goldaper along with its Exhibits in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.



---

3/9/2011    Slip No. 1010869.00    By: J/cd    Rate:120.00  Hrs:0.79    $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with downloading and processing a supplement filed (Statement of Undisputed Facts) filed by Washington Shoe Co. in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   24

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/9/2011 | Slip No. 1010870.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing Olem Shoe Corp
Statement of Undisputed Facts along with its Exhibits in connection with the above referenced matter.
Updating attorney records and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010871.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |

*NPP* Dkt No. **290350**
*CRF*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal assistant services in connection with downloading and processing Olem's Motion for Hearing
with regards to the Motions for Summary Judgment in connection with the above referenced matter.
Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 3/31/2011    Page No  25<br>Bill No. **1010760**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 3/9/2011 | Slip No. 1010872.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP
CRR
Our paralegal assistant services in connection with downloading and processing an ORDER entered by Judge Paul C Huck in connection with our Motion for Hearing with regards to the Motions for Summary Judgment in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010873.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP
Our paralegal assistant services in connection with downloading and processing a Clerk's Notice in reference to the Supplement filed by Washington Shoe Co.  Downloading and processing a Notice of Striking filed in connection with the Supplement previously filed. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp. | **INVOICE** |
|---|---|
| Mr. Julio Acosta | Bill Date: 3/31/2011   Page No   26 |
| 800 N.W. 21 Street | Bill No. **1010760** |
| Miami Florida 33127 | Acct.  **Olem Shoe Corp.** |
| | **/Litigation/Washington Shoe** |
| | **Co.** |

| 3/9/2011 | Slip No. 1010874.00 | By: J/cd | Rate:120.00  Hrs:0.79 | $95.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*

Our paralegal assistant services in connection with downloading and processing a Notice by Washington Shoe Co. regarding a Notice of Filing Proposed Order granting Motion for Summary Judgment in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

| 3/9/2011 | Slip No. 1010875.00 | By: J/cd | Rate: 350.00 | $0.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

*NPP*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with finalizing Olem's Motion to File Under Seal for the above referenced matter.  Reviewing Exhibits associated with this Motion.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011    Page No   27

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 3/9/2011 | Slip No. 1010876.00 | By: J/cd | Rate: 120.00 Hrs: 2.00 | $240.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection finalizing, making several copies and going to the United States District Court in downtown, Miami to file Olem's Motion to File Under Seal in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/9/2011 | Slip No. 1010877.00 | By: J/cd | Rate: 120.00 Hrs: 0.70 | $84.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with printing and sending a copy of Olem's Motion to File Under Seal along with its Exhibits to Mr. Timothy McCormack, Mr. Tom Manos and Mr. Bernardo Burstein via email and mail, return receipt.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>
Olem Shoe Corp.<br>
Mr. Julio Acosta<br>
800 N.W. 21 Street<br>
Miami Florida 33127
</td><td>
<b>INVOICE</b><br>
Bill Date: 3/31/2011  Page No  28<br>
Bill No. <b>1010760</b><br>
Acct.  <b>Olem Shoe Corp.<br>
/Litigation/Washington Shoe Co.</b>
</td></tr>
</table>

| 3/11/2011 | Slip No. 1010900.00 | By: J/cd | Rate: 350.00<br>Hrs: 3.00 | $1050.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with researching issues based on validity. Reviewing Washington Shoe Co. Motion for Summary Judgment and preparing the first draft of our response. Updating attorney records and making the pertinent annotations to the file.

| 3/13/2011 | Slip No. 1010904.00 | By: J/js | Rate: 350.00<br>Hrs: 5.00 | $1750.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including revieiwng and studying WSC's motion for summary judgment and started preparing outline for defenses to be used. Several emails with attorneys Burstein and Bouvatte in reference to authorities cited and possible strategy to be followed. Research at UM law library for treatise treatment of issues. Started preparing Statement of Undisputed Facts in Opposition to motoin for smmary judgment. Coordinated with Burstein and Bouvatte for the preparation of declarations.

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 3/31/2011    Page No   29

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 3/14/2011 | Slip No. 1010920.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including discussed expert's declaration with Robert Bovatte, Esq. and Bernardo Burstein, Esq. to include characterization of evidence as not being "strikingly similar". Also, statement of undisputed facts and continued working on outline for response to motion for summary judgment.

---

| 3/15/2011 | Slip No. 1010940.00 | By: J/js | Rate: 350.00 Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing certified copies delivered by the Copyright Office, reviewing different exhibits and documents to support motion for summary judgment.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011    Page No   30

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe**
       **Co.**

---

| 3/16/2011 | Slip No. 1010952.00 | By: J/cd | Rate: 120.00 | $144.00 |
|---|---|---|---|---|
| | | | Hrs: 1.20 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing the certified copies we received for Ditsy Dots, Zebra Supreme and Zebra Rose.  We were only sent correspondence we already have for Ditsy Dots and Zebra Supreme.  All other documents requested were not received. Sent email communication to the United States Copyright Office inquiring same.

---

| 3/16/2011 | Slip No. 1010958.00 | By: J/js | Rate: 350.00 | $262.50 |
|---|---|---|---|---|
| | | | Hrs: 0.75 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including coordinating with expert witness Gabriele Goldaper her additional testimony in reference to new declarations to be submitted. Discussing with Robert Bouvatte and Bernardo Burstein the need to have our expert characterize the differences for lack of substantial similarity purposes and not using Acosta or other Olem representatives.  Search for additional documents and exhibits to support differneces in Rose Zebra designs. Forward same to Burstein.  Stated preparing motion to fiel under seal additional documents.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   31

Bill No. **1010760**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/16/2011 | Slip No. 1010959.00 | By: J/js | Rate: 350.00 | $1750.00 |
|---|---|---|---|---|
| | | | Hrs: 5.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research at UM law library on Seciton 106(2) relating to alleged violation of right to create derivative work.  Additional research on evidentiary burden of copyright claimant, specially when reconstruction of the deposit is needed. Subject matter jurisdiction and Compendium II, Section 606.04 on deposit requirements. Coles v. Wonder and Torres Negron cases as they apply to the facts in the case.  After the fact reconstruction of the Zebra.  Authentication problems, Best Evidence Rule.  Self authenticated documents under Rule 201 of the Code of Evidence. Deposits incorporated by reference and not entitled  to prima facie.



---

| 3/21/2011 | Slip No. 1010983.00 | By: J/cd | Rate: 350.00 | $1750.00 |
|---|---|---|---|---|
| | | | Hrs: 5.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing the proposed declartion for expert witness Gabriele Goldaper and the last draft of the motion for sum judgment Pp 12 - 16 in reference to striking similarity issue as it compared to substantial similarity. Also right to create derivative works on the rose zebra supreme and how Olem boots violate this right.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   32

Bill No. **1010760**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/21/2011 | Slip No. 1010990.00 | By: J/cd | Rate: 120.00 | $180.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our paralegal services in connection with gathering all the referenced Bates No(s) we have received from Mr. Robert Bouvatte regarding our new Motion to File Under Seal.  Updating attorney records and making the pertinent annotations to the file.

---

| 3/21/2011 | Slip No. 1010991.00 | By: J/cd | Rate: 120.00 | $120.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our paralegal services in connection with preparing the first draft including all the referenced Bates No(s) we have received from Mr. Robert Bouvatte regarding our new Motion to File Under Seal.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   33

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 3/22/2011 | Slip No. 1011010.00 | By: J/js | Rate: 350.00 Hrs: 4.50 | $1575.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing, commenting and enlarging memorandum in opposition to WSC's motion for summary judgment, including addition of exhibits and case law. in particular in connection with striking similarity, common source or common geometric figures and referencing copies decisions. Annotated last draft of motion and correlated with statement in opposition to undisputed facts. Supplemented motion to file under seal documents produced by WSC under For Attorneys Eyes Only protective order.

| 3/23/2011 | Slip No. 1011024.00 | By: J/js | Rate: 350.00 Hrs: 5.00 | $1750.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including studying WSC's response to Olem's motion for summary judgment, statement in opposition to Olem's statement of Undisputed Facts, WSC's motion for filing documents under seal, Statement under seal, declarations of Roel Salonga and Karl Mohering and Robert Mohering.  Reviewing motion for clarification, protective order and for sanctions filed by WSC. Compared statements with previous statements and identified conceded subject matter.  Identify weak areas for possible reply.  Research on secondary meaning and proof elements for connecting product design trade dress with the public. Conagra factors.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011    Page No   34

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/25/2011 | Slip No. 1011057.00 | By: J/js | Rate: 350.00 | $2275.00 |
|---|---|---|---|---|
| | | | Hrs: 6.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing WSC's statement of undisputed facts in opposition to Olem's statement of undisputed facts.  Drafting report to be used as the basis for addressing arguments in reply brief. Corroborating facts alleged by WSC with exhiibts and otheer documents prevoiusly filed including the deposition transcripts of Dulay, Karl Moehring, Robert Moehring, Salonga, Stetson and Bennet.

---

| 3/26/2011 | Slip No. 1011058.00 | By: J/js | Rate: 350.00 | $420.00 |
|---|---|---|---|---|
| | | | Hrs: 1.20 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing motion to dismiss for 2-dimensional work copyright registration when a picture of a 3-dimensional object is deposited. Reviewed NY decision (Eliya v. Kohl's) in view of possible argument in motion for summary judgment. Separate owrk creation and the issue of separable copyrightable elements.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   35

Bill No. **1010760**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/26/2011 | Slip No. 1011059.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including meeting with Robert Olemberg, Bernardo Burstein, Esq. and Robert Bouvatte, Esq. to discuss reply and strategy to follow. Divided work load.  Discussed motions to strike affidavits of Salonga, Stetson, Bennet and Karl Mohering. Went over similarities between the work and Olme's boots. Discuss different defenses, including the referencing of the deposit to qualify as a "copy".



---

| 3/26/2011 | Slip No. 1011060.00 | By: J/js | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including drafting motion to strike Jessica Stetson's affidavit, research on admissible subject matter for motion for summary judgment purposes.  Went over hearsay issues. Reviewed Court order scheduling trial and dates for submitting witness lists.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   36

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/28/2011 | Slip No. 1011061.00 | By: J/js | Rate: 350.00<br>Hrs: 2.50 | $875.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including studying Washington
Shoe's response to Olem's motion for summary judgment, reviewed statement in support thereof and
Karl's affidavit with exhibits.  Provided memorandum in refernec eto deficiencies in the showing of the
acquisition of secondary meaning so they can be incorporated in the repely brief.

---

| 3/28/2011 | Slip No. 1011062.00 | By: J/js | Rate: 350.00<br>Hrs: 2.25 | $787.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparing motion to strike
Diane Bennett's declaration and memorandum in support thereof. Researched court orders and
procedural cases in connection with admissibility of evidence in motions for summary judgment.
Evidence code on hearsay as it applies to the statements made by the declarant, Ms. Diane Bennett.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 3/31/2011   Page No   37

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/28/2011 | Slip No. 1011070.00 | By: J/cd | Rate: 350.00 | $700.00 |
|---|---|---|---|---|
| | | | Hrs: 2.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

*NPP* Our legal services in connection with reviewing exhibits 14 and 15 in Karl Moehrings affidavit and preparing summary of deficiencies for secondary meaning test. Updating attorney records and making the pertinent annotations to the file.

---

| 3/28/2011 | Slip No. 1011076.00 | By: J/cd | Rate: 350.00 | $875.00 |
|---|---|---|---|---|
| | | | Hrs: 2.50 | |

Dkt No. **290350**

*UR*
*CR*
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with preparing and drafting OLEM SHOE CORP.'S MOTION TO STRIKE THE DECLARATION OF JESSICA STETSON AND INCORPORATED MEMORANDUM OF LAW in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011    Page No   38

Bill No. **1010760**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 3/28/2011 | Slip No. 1011080.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 1.00 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including revising motion to strike
Jessica Stetson's affidaivt, added new exhibits in support thereof, including excerpts of Salonga's
deposition.

---

| 3/29/2011 | Slip No. 1011105.00 | By: J/cd | Rate: 350.00 | $735.00 |
|---|---|---|---|---|
|  |  |  | Hrs: 2.10 |  |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with supplementing, finalizing, and filing OLEM SHOE CORP.'S
MOTION TO STRIKE THE DECLARATION OF DIANE BENNETT AND INCORPORATED
MEMORANDUM OF LAW which was filed today with the United States District Court, Southern District
of Florida for the above referenced matter.  Updating attorney records and making the pertinent
annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No  39

Bill No. **1010760**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/30/2011 | Slip No. 1011106.00 | By: J/cd | Rate: 350.00 Hrs: 1.60 | $560.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with supplementing, finalizing, and filing OLEM SHOE CORP.'S MOTION TO STRIKE CERTAIN PARAGRAPHS AND EXHIBITS OF KARL MOEHRING'S DECLARATION AND INCORPORATED MEMORANDUM OF LAW which was filed today with the United States District Court, Southern District of Florida for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

| 3/30/2011 | Slip No. 1011107.00 | By: J/cd | Rate: 350.00 Hrs: 2.75 | $962.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with supplementing, gathering exhibits to be included in motion, finalizing, and filing OLEM SHOE CORP.'S MOTION TO STRIKE THE DECLARATION OF JESSICA STETSON AND INCORPORATED which was filed today with the United States District Court, Southern District of Florida for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 3/31/2011   Page No   40

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**3/30/2011**           Slip No. 1011114.00           By: J/cd           Rate:120.00   Hrs:0.79           $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP* Our paralegal services in connection with downloading, processing and updating attorney records with [D.E. 287] Washington Shoe Company's Reply in Support of Its Motion for Summary Judgment which was filed yesterday with the United States District Court, Southern District of Florida for the above referenced matter.

---

**3/30/2011**           Slip No. 1011115.00           By: J/cd           Rate:120.00   Hrs:0.79           $95.00

*CRR* Dkt No. **290350**

*NPP* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with downloading, processing and updating attorney records with [D.E. 290] PLAINTIFF/COUNTER-DEFENDANT OLEM SHOE CORP.'S REPLY TO WASHINGTON SHOE CO.'S RESPONSE TO OLEM SHOE'S MOTION FOR SUMMARY JUDGMENT which was filed yesterday with the United States District Court, Southern District of Florida for the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 3/31/2011    Page No  41<br>Bill No. **1010760**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- |

---

| 3/29/2011 | Slip No. 1011116.00 | By: J/cd | Rate: 350.00<br>Hrs: 3.75 | $1312.50 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with reviewing the filed declaration of Mr. Karl Moehring [D.E 273-4] Defendant, Washington Shoe Co. ("Washington") as part of opposition to Olem's Motion for Summary Judgment [D.E. 254].  Reviewing and analyzing all 17 exhibits associated with the file declaration. Supplements made to Olem's Motion to Strike the Declaration of Mr. Karl Moehring.

---

| 3/30/2011 | Slip No. 1011117.00 | By: J/cd | Rate: 350.00<br>Hrs: 3.50 | $1225.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with supplementing, gathering exhibit pages to be included in Olem Motion to Strike, finalizing, and filing OLEM SHOE CORP.'S MOTION TO STRIKE THE DECLARATION OF Roel Salonga which was filed today with the United States District Court, Southern District of Florida for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 3/31/2011   Page No   42

Bill No. **1010760**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 3/30/2011 | Slip No. 1011118.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.85 | $297.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing, drafting, finalizing, and filing a Proposed Order for OLEM SHOE CORP.'S MOTION TO STRIKE THE DECLARATION OF JESSICA STETSON which was filed today with the United States District Court, Southern District of Florida for the above referenced matter.  Preparing letter and Proposed order in text format to be sent to Judge Paul C Huck as ordered by the court. Updating attorney records and making the pertinent annotations to the file.

---

| 3/30/2011 | Slip No. 1011119.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.70 | $245.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing, drafting, finalizing, and filing a Proposed Order for OLEM SHOE CORP.'S MOTION TO STRIKE THE DECLARATION OF Diane Bennett which was filed today with the United States District Court, Southern District of Florida for the above referenced matter. Preparing letter and Proposed order in text format to be sent to Judge Paul C Huck as ordered by the court. Updating attorney records and making the pertinent annotations to the file.

---

**Invoice Total:**       **$37219.50**

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

Biling Period: 4/4/2011 - 4/29/2011
Case No. 09-23494-cd-Huck/O'Sullivan (S.D. Fla.)
Claim No.: E2670702
Tax Id - 59-2042637

**INVOICE**
Bill Date: 4/29/2011   Page No   1
Bill No. **1011155**
Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| **4/4/2011** | Slip No. 1011155.00 | By: J/cd | Rate: 350.00 Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing, scanning and updating our records with copies of the original certified copies of the deposit for Ditsy Dots, Zebra Supreme Olem and Rose Zebra Supreme which have also been sent to client.

---

| **4/4/2011** | Slip No. 1011156.00 | By: J/cd | Rate: 350.00 Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing letter we have received from Colliau Elenius Murphy Carluccio Keener & Morrow in connection with the above referenced matter. Sending same copy to our client. Updating attorney records and making the pertinent annotation to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No  2<br>Bill No. **1011155**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**4/5/2011**                Slip No. 1011174.00        By: J/cd        Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*V*
*UR*
*NPP*

Our legal services in connection with gathering exhibits to be included with a letter to CNA regarding invoice to Olem from Sanchelima & Associates for the Month of May, 2010.  Updating attorney records and making the pertinent annotations to the file.

**4/5/2011**                Slip No. 1011175.00        By: J/cd        Rate: 350.00                $280.00
                                                                                              Hrs: 0.80

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP*

Our legal services in connection with supplements made to Motion to Strike Karl Moehring's second affidavit.  Gathering exhibits needed to be included in this motion.  Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No  3<br><br>Bill No. **1011155**<br><br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**4/6/2011**          Slip No. 1011179.00          By: J/cd          Rate: 350.00          $87.50
                                                                    Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing, downloading, processing and updating our records
with information regarding [D.E. 294] Case Reassignment of Paired Magistrate Judge pursuant to
Administrative Orders 2010-145 and 2011-18 to Magistrate Judge Ted E. Bandstra. Magistrate Judge
John J. O'Sullivan no longer assigned to case. (dm) (Entered: 04/06/2011).

---

**4/6/2011**          Slip No. 1011184.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with finalizing our letter to CNA regarding our Bill from May, 2010
along with gathering the expenses associated with this bill.  Updating attorney records and making the
pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011   Page No  4

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 4/8/2011 | Slip No. 1011206.00 | By: J/at | Rate:  Hrs: | $312.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of March, 2011.

NPP

---

| 4/8/2011 | Slip No. 1011219.00 | By: J/cd | Rate: 350.00 Hrs: 0.81 | $283.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP

Our legal services in connection with supplementing and finalizing MOTION TO STRIKE EXHIBITS 1 – 3 TO THE SECOND AFFIDAVIT OF KARL MOEHRING [D.E. 287-1], gathering the exhibits mentioned in Motion and preparing for filing with the United States District Court Southern District of Florida for the above referenced matter.  (0.85 = 51 Mins)

Our legal services in connection with filing MOTION TO STRIKE EXHIBITS 1 – 3 TO THE SECOND AFFIDAVIT OF KARL MOEHRING [D.E. 287-1] with the United States District Court Southern District of Florida. (0.25 = 15 mins)

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No  5

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 4/9/2011 | Slip No. 1011225.00 | By: J/at | Rate:  Hrs: | $372.72 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with regards to the above referenced matter. Documents have been saved to clients file.

---

| 4/11/2011 | Slip No. 1011245.00 | By: J/cd | Rate:  Hrs: | $342.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice received via mail from the United States Copyright Office in connection with retrieval of records from storage, photocopying documents and certification.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | **INVOICE** |
|---|---|
| Olem Shoe Corp. | Bill Date: 4/29/2011    Page No  6 |
| Mr. Julio Acosta | |
| 800 N.W. 21 Street | Bill No. **1011155** |
| Miami Florida 33127 | Acct.  **Olem Shoe Corp.** |
| | **/Litigation/Washington Shoe** |
| | **Co.** |

| 4/11/2011 | Slip No. 1011247.00 | By: J/cd | Rate:  Hrs: | $139.83 |
|---|---|---|---|---|

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Invoice received via mail from Global Crossing in connection with a teleconference that was held on March 7, 2011 at 12:00 pm regarding the new order that was issued by the Judge as well as the discovery cutoff and motions to be filed.

| 4/12/2011 | Slip No. 1011266.00 | By: J/at | Rate:  Hrs: | $97.19 |
|---|---|---|---|---|

*CRR*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** **** U.S.A.

Invoice No. 0000FA2645121 from UPS received on April 1, 2011 for sending a package to Ms. Gabriel Goldaper with 4 boots for her examination, via UPS overnight delivery on March 4, 2011.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011    Page No  7

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 4/12/2011 | Slip No. 1011272.00 | By: J/at | Rate:  Hrs: | $98.07 |

Dkt No. **290350**

Our file No. **290350  v. Washington Shoe Co. (Ditsy Dot)** **** U.S.A.

Invoice No. 0000FA2645121 from UPS received on April 1, 2011 for receiving a package from Ms. Gabriel Goldaper with 4 boots which she examed, via UPS overnight delivery on March 10, 2011.

CRR

| 4/12/2011 | Slip No. 1011278.00 | By: J/ | Rate: 350.00  Hrs: 0.30 | $105.00 |

Dkt No. **290350**

Our file No. **290350**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing scheduling court order,
conference with co-counsel Bernardo Burstein, Esq., to discuss next course of action in reference to discovery, divided tasks.  we will take the lead in drafting requests for production of documents to cover the new subject matter in the third amended counter-claim (Rose Zebra).

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011    Page No  8

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**4/12/2011**          Slip No. 1011283.00          By: J/cd          Rate: 350.00                    $0.00
Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

V
UR
NPP

Our legal services in connection with corrections and changes made to the May invoice to comply with CNA's biling requests.

---

**4/12/2011**          Slip No. 1011284.00          By: J/cd          Rate:01/ -/ /   Hrs:/ -4/          $60.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our o`d legal services in connection with downloading and processing copy to client of Responses filed with the United States District Court Southern District of Florida:  [D.E. 296] Washington Shoe Co. response to Olem's Motion to strike the affidavit of Diane Bennett in connection with the above referenced matter.

Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

**INVOICE**

Bill Date: 4/29/2011    Page No  9

Bill No. **1011155**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

---

**4/12/2011**          Slip No. 1011285.00          By: J/cd          Rate:01/ -/ /   Hrs:0.50          $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our o` q legal services in connection with downloading and processing copy to client of Responses filed
with the United States District Court Southern District of Florida:  [D.E. 297] Washington Shoe Co.
response to Olem's Motion to strike the declaration of Jessica Stetson in connection with the above
referenced matter.

Updating attorney records and making the pertinent annotations to the file.

---

**4/13/2011**          Slip No. 1011291.00          By: J/          Rate: 350.00          $525.00
                                                                    Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparation of third set of
requests for production of documents pertaining to added copyright registration (Rose Zebra) cause of
action, and disclosure of new witness, Ms. Diane Bennett, after last discovery cutoff. Requested
computer files for work created, inclduing basic and derivative work for the Zebra and Dots designs.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No   10

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/13/2011 | Slip No. 1011304.00 | By: J/cd | Rate: 120.00 Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

Our o` q̇ legal services in connection with preparing drafting and sending Ms. Harbinder Johal 10 email communications which included Olem's Motion for Summary Judgement, Undisputed Facts, Washington Shoe's Response and Olem's Reply.  Olem's Motion to Strike the Affidavit of Kar Moehring, Roel Salonga, Diane Bennett and Jessica Stetson.

Updating attorney records and making the pertinent annotations to the file.

---

| 4/13/2011 | Slip No. 1011305.00 | By: J/cd | Rate: 120.00 Hrs: 1.75 | $210.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

Our o` q̇ legal services in connection with reviewing the rest of Olem's May bill and making changes to comply with the billing guidelines of CNA.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No   11<br>Bill No. **1011155**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

**4/15/2011**          Slip No. 1011321.00          By: J/js          Rate: 350.00          $525.00
                                                                      Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing response to
Olem;s motion to strike Stetson's affidavit. Reviewed cited authorities and Ms. Stetson's pertinent
provisions in her affidavit cited by Washington Shoe Co.  Reviewed answers to discovery in
contradictory position.



---

**4/15/2011**          Slip No. 1011323.00          By: J/js          Rate: 350.00          $875.00
                                                                      Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparing reply in support
of Olem's motion to strike Stetson's affidavit. Reviewed moving papers and exhibits and compared it to
response to identified conceded subject matter. Argument relating to willful failure to include Ms.
Stetson in witness list.  Hearsay statements in Stetson's affidavit analyzed against alleged justification
of not being offered for their truth. Flaws n their position argued.  Reviewed Salonga's deposition to cite
excerpts in support of position. Reviewed Robert Moehring's deposition transcript.  Responses to
interrogatories were reviewed for possible inconsistencies.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011    Page No   12

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/15/2011 | Slip No. 1011325.00 | By: J/gh | Rate: 01/ -/ /   Hrs:0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our o` q legal services in connection with downloading and processing copy to client of Responses filed with the United States District Court Southern District of Florida:  [D.E. 298] Washington Shoe Co. response to Olem's Motion to strike the affidavit of Roel Solonga in connection with the above referenced matter.

Updating attorney records and making the pertinent annotations to the file.

*NPP*

---

| 4/15/2011 | Slip No. 1011333.00 | By: J/cd | Rate: 350.00   Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our legal services in connection with finalizing the latest draft of PLAINTIFF'S THIRD SET OF REQUESTS FOR DOCUMENTS to Washington shoe for the above referenced matter.

Sending same to Washington Shoe via fax and mail and a copy to Olem shoe via email.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No   13

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**4/15/2011**          Slip No. 1011334.00       By: J/cd          Rate: 350.00          $262.50
                                                                    Hrs: 0.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

NPP  Our legal services in connection with finalizing the latest draft of PLAINTIFF'S THIRD SET OF
INTERROGATORIES to Washington shoe for the above referenced matter.

Sending same to Washington Shoe via fax and mail and a copy to Olem shoe via email.  Updating
attorney records and making the pertinent annotations to the file.

---

**4/15/2011**          Slip No. 1011338.00       By: J/cd          Rate:01/ -/ /   Hrs:0.50      $60.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

NPP  Our o` d legal services in connection with downloading and reviewing [D.E. 299] NOTICE by Washington
Shoe Corporation(a Washington corporation) re [298] Response to Motion,, of FILING CORRECTION
TO ITS RESPONSE.  Sending copy to client, Updating attorney records and making the pertinent
annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011   Page No   14

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
        **/Litigation/Washington Shoe**
        **Co.**

---

| 4/18/2011 | Slip No. 1011342.00 | By: J/cd | Rate: 120.00 | $60.00 |
|---|---|---|---|---|
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

NPP  Our o` q legal services in connection with reviewing, processing and updating our attorney records with D.E. 300 Washington Shoe Company's Response to Olem Shoe Corp.'s (Amended) Motion to Strike Certain Paragraphs and Exhibits of Karl Moehring's Declaration and Incorporated Memorandum of Law.

---

| 4/19/2011 | Slip No. 1011370.00 | By: J/cd | Rate:  Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

NPP  Our legal services in connection with drafting, sending and providing a copy of Olem's Expert Report to Ms. Johal in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No   15

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| | | | | |
|---|---|---|---|---|
| **4/20/2011** | Slip No. 1011384.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with supplements made to the fourth draft of Olem's Reply in Support of its Motion to Strike the Declaration of Jessica Stetson.  Updating attorney records and making the pertinent annotations to the file.

---

| | | | | |
|---|---|---|---|---|
| **4/20/2011** | Slip No. 1011385.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with finalizing and filing Olem's Reply to Washington Shoe's Response to OLEM SHOE CORP.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF JESSICA STETSON with the United States District Court Southern District of Florida for the above referenced matter.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011   Page No   16

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/20/2011 | Slip No. 1011386.00 | By: J/cd | Rate: 120.00 Hrs: 0.60 | $72.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our o` d legal services in connection with preparing, drafting and sending a copy of OLEM SHOE CORP'S
REPLY IN SUPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF JESSICA STETSON
which was filed with the United States District Court Southern District of Florida to client.  Updating our
attorney records with same and making the pertinent annotations to the file.

---

| 4/21/2011 | Slip No. 1011396.00 | By: J/js | Rate: 350.00 Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing Roel Salonga's
affidavit and exhibits and Olem's motion to strike and comparing same with response filed by WSC.
Reviewed case law cited by WSC in its response and arguments advanced.  Read Tampa Bay and
Shepardized it to define exception to Rule 701 on lay opinions.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | **INVOICE** |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Bill Date: 4/29/2011   Page No  17 |
| | Bill No. **1011155** |
| | Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 4/21/2011 | Slip No. 1011397.00 | By: J/js | Rate: 350.00<br>Hrs: 2.50 | $875.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparation of first draft of reply in support of motion to strike, developed argument, and researched the case law for support. Public domain is outside the scope of employment of Salonga. Cited treatise on Public Domain and Copyright.
Case law to support our position.  Construction of exhibits.  Limitations on documents kept in the regular course of business.  Lack of foundation of testimony on "ordinary observer".   Circulated draft among client's representative and co-counsel.  Finalized reply. Circulated last draft giving last chance to others to comment. Drafted transmittla letters.

---

| 4/22/2011 | Slip No. 1011404.00 | By: J/gh | Rate:01/ -/ /   Hrs9.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Our o` q legal services in connection with downloading and processing copy to client of Responses filed with the United States District Court Southern District of Florida: [D.E. 302] RESPONSE to Motion to Strike Exhibits 1 - 3 of the Second Affidavit of Karl Moehring and Memorandum of Law in connection with the above referenced matter.

Updating attorney records and making the pertinent annotations to the file.

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No   18<br>Bill No. **1011155**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**4/22/2011**           Slip No. 1011406.00         By: J/cd         Rate: 120.00                     $150.00
                                                                    Hrs: 1.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** ***  U.S.A.

Our o`ḍ legal services in connection with finalizing and filing OLEM SHOE CORP.'S REPLY IN SUPPPORT OF ITS MOTION TO STRIKE PARAGRAPHS 3; 5; 7 AND 9 OF ROEL SALONGA'S AFFIDAVIT AND EXHIBITS "2" AND "4" with the United States District Court Southern District of Florida in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

*NPP*

---

**4/22/2011**           Slip No. 1011407.00         By: J/cd         Rate: 120.00                     $54.00
                                                                    Hrs: 0.45

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** ***  U.S.A.

Our o`ḍ legal services in connection with downloading OLEM SHOE CORP.'S REPLY IN SUPPPORT OF ITS MOTION TO STRIKE PARAGRAPHS 3; 5; 7 AND 9 OF ROEL SALONGA'S AFFIDAVIT AND EXHIBITS "2" AND "4" from Pacer which was filed with the United States District Court Southern District of Florida in connection with the above referenced matter.  Sending copy of same to client via email.

*NPP*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No  19

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 4/22/2011 | Slip No. 1011408.00 | By: J/cd | Rate: 350.00 | $875.00 |
|---|---|---|---|---|
| | | | Hrs: 2.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

For legal services rendered relating to the above referenced matter including reviewing the declaration of Ms. Diane Bennett and Olem's motion to strike.  Reviewing the response filed by WSC. Preparing the first draft to Olem's Reply to Our Motion to Strike the declaration of Diane Bennett.

---

| 4/22/2011 | Slip No. 1011411.00 | By: J/cd | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Finalizing the latest draft of OLEM SHOE CORP.'S REPLY IN SUPPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF DIANE BENNETT regarding the above referenced matter. Reviewing [D.E. No. 8] and Plaintiff's First Set of Interrogatories.  Reviewing the declaration of Diane Bennett.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011   Page No   20

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/22/2011 | Slip No. 1011412.00 | By: J/cd | Rate: 120.00 Hrs: 0.45 | $54.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our o` q legal services in connection with downloading and processing copy to client of Responses filed with the United States District Court Southern District of Florida:  [D.E. 304] OLEM SHOE CORP.'S REPLY IN SUPPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF DIANE BENNETT in connection with the above referenced matter.

Updating attorney records and making the pertinent annotations to the file.

---

| 4/25/2011 | Slip No. 1011417.00 | By: J/cd | Rate: 120.00 Hrs: 2.50 | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with digesting information from Invoice No. 1008368, dated July 30, 2010.  Making changes as requested to each individual slip to comply with the CNS Billing Guidlines. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011   Page No   21

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| **4/25/2011** | Slip No. 1011423.00 | By: J/cd | Rate: 350.00 | $752.50 |
|---|---|---|---|---|
| | | | Hrs: 2.15 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with compiling information and documents in connection with Olem's Motion to File Under Seal in connection with Olem's Reply in support of its Motion to Strike the Declaration of Diane Bennett.     1.30 hrs

*UR*  Preparing and drafting Proposed Order.                         0.35 hrs

Completing the Sealed Tracking form to be filed with same.          0.25 hrs

---

| **4/26/2011** | Slip No. 1011434.00 | By: J/cd | Rate: 350.00 | $175.00 |
|---|---|---|---|---|
| | | | Hrs: 0.50 | |

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with finalizing our Motion to File Under Seal in connection with D.E. 286. Including a Proposed Order and the Exhibit included in said Motion.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011   Page No   22

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 4/26/2011 | Slip No. 1011435.00 | By: J/cd | Rate: 120.00 Hrs: 1.60 | $192.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with travel time            0.45 hrs

*CR* and filing Plaintiff's Motion to File Under Seal in connection with D.E. 286 (Plaintiff's Motion to Strike the Declaration of Diane Bennett) with the United States District Court Southern District of Florida, Downtown Miami.   .85 hrs

Sending copy of filing to client.  Updating attorney records and making the pertinent annotations to the file.            .30 hrs

| 4/26/2011 | Slip No. 1011436.00 | By: J/cd | Rate:120.00   Hrs:0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A

*CR* Our paralegal services in connection with digesting and processing to client a Notice received from the United States District Court regarding a Hearing Judge Paul C Huck has requested for Thursday, April 28, 2011, at 11:00 a.m. before the Honorable Paul C. Huck.  United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida on the following motions: Olem Shoe Corp.'s Motion to Strike the Declaration of Jessica Stetson (D.E. # 288); Olem Shoe Corp.'s Motion to Strike Paragraphs 3; 5; 7 and 9 of Roel Salonga's Affidavit and Exhibits 2 and 4 (D.E. # 291); Olem Shoe Corp.'s Motion to Strike Declaration of Diane Bennett (D.E. # 286); Olem Shoe Corp.'s Motion to Strike

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No   23

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| **4/26/2011** | Slip No. 1011438.00 | By: J/cd | Rate:120.00   Hrs:0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our paralegal services in connection with processing Defendant/Counter-Plaintiff Washington Shoe's Motion for Protective Order Concerning Discovery Propounded By Plaintiff After Discovery Cutoff and Incorporated Memorandum of Law filed with the United States District Court Southern District of Florida by Washington Shoe Co to client.  Updating attorney records and making the pertinent annotations to the file.

---

| **4/26/2011** | Slip No. 1011443.00 | By: J/js | Rate: 350.00   Hrs: 3.50 | $1225.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research on proper use of affidavits to support motions for summary judgment and specifically when the testimony cannot be reduced to admissible evidence at trial.  1.5 hrs.
 Cf Rule 56(c)(2)  providing for "objections" in lieu of motions to strike. No implementation details in Rule 56. Disapproval by Committee. Rule change on December, 2010. Preserving objection/error for appeal.  1.0 hr.
Shepardize Philbin v. TRW.  Compare facts to present case. Pre-trial orders. Non-disclosure of witnesses Stetson and Bennett.  1.0 hr.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No  24<br>Bill No. **1011155**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 4/26/2011 | Slip No. 1011444.00 | By: J/js | Rate: 0.00<br>Hrs: 1.00 | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

*NPP*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including discussing the pending motions and matters to be brought up at the hearing.  Went over the different affidavits and likelihood of prevailing in one or more of the motions and what is being attacked on the affidavits. Explained the importance of challenigng the affidavits that support WSC motions.

---

| 4/27/2011 | Slip No. 1011448.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.35 | $42.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*N PP*

Our paralegal services in connection with digesting and processing to client. D.E. 307 which was entered today by Judge Paul C Huck for the above referenced matter in the United States District Court Southern District of Florida.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No  25<br>Bill No. **1011155**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**4/27/2011**            Slip No. 1011450.00         By: J/cd          Rate: 120.00                    $30.00
                                                                        Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting Judge Bandstra's chambers in connection with Case
No. 1:09-cv-23494-PCH.  Inquiring if D.E. 8 is still effective  since the case has been assigned to a new
Judge in replacement of Judge O'Sullivan. Obtaining the Judical Assistant and Law Clerk name and
phone No.  Updating our records to reflect this information.

---

**4/27/2011**            Slip No. 1011451.00         By: J/cd          Rate: 350.00                    $700.00
                                                                        Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with digesting all 5 pending Motions to Strike we have recently filed.
1.0 hrs

Preparing for meeting with Mr. Burstein and Mr. Olemberg to discuss our Motions to Strike and unlisted
witnesses on the Witness List.   1.0 hrs

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011   Page No   26

Bill No. **1011155**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 4/27/2011 | Slip No. 1011452.00 | By: J/cd | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Meeting with Mr. Burstein and Mr. Olemberg.  Reviewing all five (5) declarations filed by individuals of WSC.  Reviewed witness list and previous cases where there was unlisted witnesses.  Reviewed Motions to Strike previously filed and prepared for tomorrow's hearing with the strategies developed throughout the meeting.

*NPP*

---

| 4/27/2011 | Slip No. 1011454.00 | By: J/cd | Rate: 120.00 | $48.00 |
|---|---|---|---|---|
| | | | Hrs: 0.40 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP* Obtaining a copy of [D.E. 308] REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO STRIKE EXHIBITS 1 – 3 TO THE SECOND AFFIDAVIT OF KARL MOEHRING (D.E. 287 -1) [D.E. 295] which was filed today by Mr. Burtsein. 0.15 hrs

Preparing letter and sending copy of same to client.  Updating our attorney records and making the pertinent annotations to the file.  0.25 hrs

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011   Page No   27<br>Bill No. **1011155**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 4/27/2011 | Slip No. 1011456.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.70 | $245.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with perusal of [D.E. 308] REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO STRIKE EXHIBITS 1 – 3 TO THE SECOND AFFIDAVIT OF KARL MOEHRING (D.E. 287-1) [D.E. 295] which was filed today by Mr. Burtsein with the United States District Court Southern District of Florida for the above referenced matter.

PuP

---

| 4/28/2011 | Slip No. 1011463.00 | By: J/js | Rate: 350.00<br>Hrs: 3.00 | $1050.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

CR
NPP

Travel time to and from the court house.   1.0 hrs

Attending hearing on motions to strike affidavits of Karl Moehring, Roel Salonga, Jessica Stetson and Diane Bennett 1.0 hrs

Argued motions in Court in the AM and after a break continued in the PM. The case if off the calendar. Motions were partially granted striking portions of the affidavits and exhibits. Transcript is being

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 4/29/2011   Page No   28

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/27/2011 | Slip No. 1011467.00 | By: J/cd | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CRR* Research on methods for showing that determination that work is or is not in the public domain requires specialized training and is not within the purview of Rule 701 of the Code of Evidence.

---

*CR*

| 4/27/2011 | Slip No. 1011468.00 | By: J/cd | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewed answers to Interrogatories and chronology of disclosures of creators of Ditsy Dots.
Reviewed Affidavits of Jessica Stetson and Diane Bennett.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 4/29/2011  Page No  29<br><br>Bill No. **1011155**<br><br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**4/29/2011**          Slip No. 1011469.00          By: J/cd          Rate: 350.00          $350.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Reviewing exhibits in affidavits in preparation for hearing in front of judge Huck on Thursday April 28, 2011.

N PP

---

**4/29/2011**          Slip No. 1011470.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Preparing and drafting a Notice of Unavailability for Mr. Jesus Sanchelima in connection with the above referenced case.  Filing said Notice and sending copy of same to client.  Dates of unavailability are May 13, 2011 - May 18, 2011, May 31, 2011 - June 19, 2011 and June 23, 2011 - June 27, 2011.

N PP

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No   30

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 4/29/2011 | Slip No. 1011474.00 | By: J/gh | Rate:120.00  Hrs:0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
For paralegal services rendered relating to the above referenced matter including processing to Mr. Acosta
copy of [D.E. 311] CIVIL MINUTES. Updating client's records and making the pertinent annotations to
the file.

NPP

---

| 4/29/2011 | Slip No. 1011475.00 | By: J/cd | Rate: 350.00
Hrs: 2.30 | $805.00 |
|---|---|---|---|---|

Dkt No. **290350**

NPP  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with preparing, drafting and gathering email communications to
proceed to file PLAINTIFF'S COUNSEL NOTICE OF FILING SUPPORTING EVIDENCE OF
COMPLIANCE WITH LOCAL RULE 7.1(a)(3).  1.75 hrs

Filing PLAINTIFF'S COUNSEL NOTICE OF FILING SUPPORTING EVIDENCE OF
COMPLIANCE WITH LOCAL RULE 7.1(a)(3) with the United States District Court Southern District of
Florida.  0.20 hrs

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011    Page No   31

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/29/2011**          Slip No. 1011476.00      By: J/cd        Rate: 120.00              $132.00
                                                                Hrs: 1.10

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with reviewing [D.E. 314] Order on Plaintiff's Motion to Strike which
was entered by Judge Paul C Huck with the United States Court, Southern District of Florida for the
above referenced matter.   0.35 hrs

*NPP* Entering the pertinent deadlines provided by Judge Huck in file.   0.50 hrs

Drafting and sending email communication to client with copy of [D.E. 314] Order on Plaintiff's Motion
to Strike.  Updating attorney records and making annotations to the file.   0.25 hrs

---

**4/28/2011**          Slip No. 1011477.00      By: J/cd        Rate: 350.00              $175.00
                                                                Hrs: 0.50

*CR* Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Conference with co-counsel in connection with depositions to be taken of Roel Salonga, Jessica
Stetson and Diane Bennett. Inclusive conflict of interest acting as expert witness in connection with the
above referenced matter.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 4/29/2011   Page No   32

Bill No. **1011155**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**4/29/2011**          Slip No. 1011478.00          By: J/cd          Rate: 350.00          $0.00
                                                                     Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Telephonic conference with Harbinder Johal in connection with discussing Pretrial Case Conferencing
Report.

---

                                                     **Invoice Total:**        **$17989.31**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Biling Period: Expenses (May 11-21, 2011)<br>Case No. 09-23494-cv-Huck/O'Sullivan (S.D. Fla.)<br>Claim No.:. E2670702<br>Tax Id - 59-2042637 |

**INVOICE**

Bill Date: 5/25/2011    Page No   1

Bill No. **1011611**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

5/11/2011          Slip No. 1011611.00          By: J/cd          Rate:   Hrs:                    $628.73

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

 Hotel May 19, 2010 and Saturday May 20, 2011, including Taxes, Parking and telecommunication services  at the Seattle Marriott.

---

5/11/2011          Slip No. 1011613.00          By: J/cd          Rate:   Hrs:                    $520.40

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP Airfare: Our legal services in connection with booking and purchasing tickets from American Airlines for Mr. Sanchelima, (Flight No. 6933) and from (Flight No. 6852) to and from Seattle,  Washington to take the deposition of purported expert Roel Salonga of Washington Shoe.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

# Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 5/25/2011    Page No   2

Bill No. **1011611**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**5/12/2011**            Slip No. 1011625.00        By: J/at         Rate:   Hrs:                    $150.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

NPP  Fees charged by American Airlines for cancellation of flight ticket from San Francisco, California to Miami, Florida, instead of change for airfare from Miami to San Francisco.

---

**5/14/2011**            Slip No. 1011729.00        By: J/cd         Rate:   Hrs:                    $6.53

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

NPP  FedEx Office receipt for printing and copying of exhibits and/or documents for the deposition of Roel Salonga.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/25/2011    Page No  3

Bill No. **1011611**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

5/14/2011          Slip No. 1011730.00          By: J/cd          Rate:  Hrs:                    $12.15

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

 FedEx Office receipt for printing and copying of exhibits and/or documents for the deposition of Roel Salonga.

---

5/21/2011          Slip No. 1011731.00          By: J/cd          Rate:  Hrs:                    $214.97

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Ground Transportation: Rental Car from Dollar Seatac Airport. From May 19, 2011 to May 21, 2011.
Receipt No. SEA-77196.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/25/2011   Page No  4<br>Bill No. **1011611**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**5/14/2011**          Slip No. 1011732.00          By: J/cd          Rate:  Hrs:          $2.17

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

 FedEx Office receipt for printing, copying of exhibits and/or documents and/or supplies needed for the deposition of Roel Salonga.

---

**5/17/2011**          Slip No. 1011733.00          By: J/cd          Rate:  Hrs:          $10.97

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

 FedEx Office receipt for printing, copying of exhibits and/or documents and/or supplies needed for the deposition of Roel Salonga.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/25/2011   Page No  5<br>Bill No. **1011611**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |
| --- | --- |

---

| 5/21/2011 | Slip No. 1011734.00 | By: J/cd | Rate:  Hrs: | $40.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Baggage fee for flight from Seattle to Miami. Ticket No. 0272169040582

---

| 5/21/2011 | Slip No. 1011735.00 | By: J/cd | Rate:  Hrs: | $67.79 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Meals Charge for May 21, 2011. See receipt attached.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/25/2011    Page No  6<br>Bill No. **1011611**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- |

**5/20/2011**             Slip No. 1011736.00       By: J/cd          Rate:   Hrs:                  $119.20

Dkt No. **290350**

NPP   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Meals Charge for May 20, 2011. See receipt attached.

---

**5/14/2011**             Slip No. 1011739.00       By: J/cd          Rate:   Hrs:                  $5.46

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   FedEx Office receipt for printing, copying of exhibits and/or documents and/or supplies needed for the deposition of Roel Salonga.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/25/2011    Page No   7

Bill No. **1011611**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

5/14/2011              Slip No. 1011740.00          By: J/cd          Rate:   Hrs:                    $9.85

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

N ℓℓ  FedEx Office receipt for printing, copying of exhibits and/or documents and/or supplies needed for the
deposition of Roel Salonga.

---

5/20/2011              Slip No. 1011741.00          By: J/cd          Rate:   Hrs:                    $13.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NℓℓP  Parking fee: Seattle Library for research conducted for the deposition of Roel Salonga.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/25/2011    Page No  8

Bill No. **1011611**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

5/20/2011            Slip No. 1011742.00        By: J/cd        Rate:  Hrs:            $14.89

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP     Meal Charge for May 20, 2011. See receipt attached.

---

5/19/2011            Slip No. 1011743.00        By: J/cd        Rate:  Hrs:            $18.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP     Meal Charge for May 19, 2011. See receipt attached.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/25/2011   Page No  9

Bill No. **1011611**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/14/2011 | Slip No. 1011744.00 | By: J/cd | Rate:  Hrs: | $61.20 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  FedEx Office receipt for printing, copying of exhibits and/or documents and/or supplies needed for the deposition of Roel Salonga.

---

| 5/19/2011 | Slip No. 1011745.00 | By: J/cd | Rate:  Hrs: | $30.29 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Meal Charge for May 19, 2011. See receipt attached.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 5/25/2011    Page No   10

Bill No. **1011611**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**5/19/2011**          Slip No. 1011755.00      By: J/cd          Rate:  Hrs:              $50.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP    Transportation: S.F. American Taxicab.

---

**5/21/2011**          Slip No. 1011756.00      By: J/cd          Rate:  Hrs:              $55.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP    Transportation: Yellow Cab Cooperative.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 5/25/2011   Page No  11

Bill No. **1011611**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/13/2011 | Slip No. 1011757.00 | By: J/cd | Rate:  Hrs: | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Airline Charge. Baggage Charge (2) at $30.00 each.

---

| 5/21/2011 | Slip No. 1011778.00 | By: J/cd | Rate:  Hrs: | $4.85 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP   Meal charge on May 21, 2011.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/25/2011    Page No  12

Bill No. **1011611**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**5/21/2011**          Slip No. 1011779.00          By: J/cd          Rate:  Hrs:                    $1.49

Dkt No. **290350**

NPP   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Meal charge on May 21, 2011.

---

**5/22/2011**          Slip No. 1011780.00          By: J/cd          Rate:  Hrs:                    $35.00

Dkt No. **290350**

NPP   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Travel charge (Flamingo Taxi)

---

**Invoice Total:**          **$2132.44**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp. | Biling Period: 4/30/2011 - 5/31/2011 | Bill Date: 5/31/2011    Page No   1 |
| Mr. Julio Acosta | Case No. 09-23494-cd-Huck/O'Sullivan (S.D. Fla.) | |
| 800 N.W. 21 Street | Claim No.: E2670702 | Bill No. **1011482** |
| Miami Florida 33127 | Tax Id - 59-2042637 | Acct.  **Olem Shoe Corp.** |
| | | **/Litigation/Washington Shoe** |
| | | **Co.** |

| 4/30/2011 | Slip No. 1011482.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on statutory damages as an issue for the jury. Factors to be evaluated by the jury. Willfulness, blameworthiness to enhance limits of statutory damages. Limitations to $200 for innocent infringement. Deterrence effect of statutory damages. Feltner decision Shepardized.

| 4/30/2011 | Slip No. 1011483.00 | By: J/js | Rate: 350.00 | $630.00 |
|---|---|---|---|---|
| | | | Hrs: 1.80 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on actual damages and profits under 17 USC 504(b). Evidence for showing damages such as injury to market value of Ditsy Dots and Zebra Supreme designs.  Olem's profits as a measure of damages.  Prohibition of double recovery as a limiting factor. Compensatory nature of actual damages.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No  2

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 4/30/2011 | Slip No. 1011484.00 | By: J/js | Rate: 350.00 | $630.00 |
|---|---|---|---|---|
| | | | Hrs: 1.80 | |

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation of pretrial case conferencing report. Checking file documents and pleadings, research to provide answers, opinions and estimates requested. See report for details.

---

| 5/1/2011 | Slip No. 1011485.00 | By: J/js | Rate: 350.00 | $280.00 |
|---|---|---|---|---|
| | | | Hrs: 0.80 | |

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including researching offer of judgment for state, and possibly federal, causes of action.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/31/2011   Page No  3<br>Bill No. **1011482**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

| 5/2/2011 | Slip No. 1011501.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Conference with Mr. Burstein in connection with Exhibits in Karl Moehring's declaration as well as the authenticity rule.  Updating attorney records and making the pertinent annotations to the file.

| 5/2/2011 | Slip No. 1011502.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with several phone calls to Mr. McCormack, Mr. Manos and Mr. Burstein in connection with scheduling a teleconference for today to discuss [D.E. 314] issued by Judge Huck.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011   Page No  4

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/2/2011 | Slip No. 1011503.00 | By: J/cd | Rate: 120.00 | $42.00 |
|---|---|---|---|---|
| | | | Hrs: 0.35 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Nℓℓ   Our legal services in connection with drafting an email communication to Global Crossing in connection with setting a conference for today, May 2, 2011, as instructed by Judge Paul C Huck. Contacting Global Crossing for said reservation. Contacting opposing counsels and informing them of same.

---

| 5/2/2011 | Slip No. 1011504.00 | By: J/cd | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Nℓℓ   Our legal services in connection with conference with Mr. Manos, Mr. McCormack and Mr. Burstein to discuss: ORDERED that the Court DEFERS RULING o Olem's Motion to Strike Exhibits 1-3 to the second Affidavit of Karl Moehring [D.E. # 295]. As indicated at the April 28, 2011 hearing, the parties will confer regarding the issues raised by this Motion and Report to the Court regarding their conferral by Monday, May 2, 2011.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011    Page No  5

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/3/2011 | Slip No. 1011508.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing WSC's report
on conference filed with Court, compared to notes.  Prepared agenda for points to be discussed on
deficiency of report. Allocating priority to tasks to be undertaken.  Evaluated possible conflict of interest
in the appointment of an employee as an expert witness. Started collecting information on Salonga to
evaluate possibility of challengin him as an expert witness.

---

| 5/3/2011 | Slip No. 1011509.00 | By: J/cd | Rate: 120.00 Hrs: 0.35 | $42.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with downloading [D.E.315] Status Report filed by
Washington Shoe Co. from Pacer.  Preparing email communication to
client, updating attorney records and processing same to client.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 5/31/2011   Page No  6

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/3/2011 | Slip No. 1011517.00 | By: J/js | Rate: 350.00 | $420.00 |
|---|---|---|---|---|
| | | | Hrs: 1.20 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including revising pretrial conference report based on latest conference with WSC's counsel, reviewed pleadings and other documents pertaining possible injunctive relief. Researched cost/benefit basics as it applies to this litigation, proposed course of action. Strategy for depositions.

---

| 5/3/2011 | Slip No. 1011518.00 | By: J/cd | Rate: 120.00 | $86.40 |
|---|---|---|---|---|
| | | | Hrs: 0.72 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with telephone call with Harbinder Johal in connection with clarification of the paid invoices and confirmation of the invoices that have not been processed or paid.   0.20 hrs

Reviewing our database and ascertaining the invoices to be sent to Ms. Johal as requested for payment. Preparing and drafting an email and sending same to Ms. Johal.   0.55 hrs

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

```
┌──────────────────────────────────────────────────────────────────────────┐
│ Olem Shoe Corp.                      INVOICE                                │
│ Mr. Julio Acosta                     Bill Date: 5/31/2011    Page No  7     │
│ 800 N.W. 21 Street                                                          │
│ Miami Florida 33127                  Bill No. 1011482                       │
│                                      Acct.  Olem Shoe Corp.                 │
│                                             /Litigation/Washington Shoe     │
│                                             Co.                             │
└──────────────────────────────────────────────────────────────────────────┘
```

| 5/3/2011 | Slip No. 1011527.00 | By: J/gh | Rate:120.00  Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Our paralegal services in connection with downloading, processing and updating attorney records with [D.E. 316] ORDER Denying Motion to Seal.

| 5/3/2011 | Slip No. 1011529.00 | By: J/js | Rate: 350.00 Hrs: 6.50 | $2275.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing motion for protective order against written discovery served, reviewed cited case law.  1.5 hrs.
Reviewed requests for production and interrogatories filed.  Scheduling order provisions, amendments to scheduling order.  Notes on February 11, 2011telephonic hearing with judge Huck.  2.0 hrs.
Researched Rule 26(c) "good cause", award of expenses including attorney's fees provision for prevailing non-movant. Rule 37(a)(5)(B).  2.0 hrs.
Reviewed local rules and Rule 26(c) for the certificate requirement alleging a good faith effort to confer.
Scheduling Order [DE 8] pertaining to treatment of discovery motions.  1. 0 hr.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011    Page No   8

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/4/2011 | Slip No. 1011530.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including discussing with Mr.
Acosta cancelation order document dated October 27, 2009 relating to footwear bearing the design.
Bates P000 004. C/D letter was received days later. Cleared confusion and received a copy of the
correct document. Instructed staff to
Bates number the new document and prepare supplement to our discovery responses to serve the new
document.  Reviewed supplementary response. Instructed staff to digest odcument in our chronological
database.

*NPP*
*WR*

---

| 5/4/2011 | Slip No. 1011531.00 | By: J/js | Rate: 350.00 | $490.00 |
|---|---|---|---|---|
| | | | Hrs: 1.40 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including drafting first draft of the
response to WSC's motion for protective order, including argument and citations.

*NPP*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 5/31/2011   Page No  9

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/4/2011 | Slip No. 1011538.00 | By: J/js | Rate: 350.00 | $1575.00 |
|---|---|---|---|---|
| | | | Hrs: 4.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including finalizing response to
motion for protective order.  1.5 hr.
Researched award of reasonable expenses including attorneys' fees.  1.0 hr.
Prepared argument as to the logical reading or Scheduling Order and
investigated prior counsel admonishment on WSC's motions stricken. Research support award  of
expenses. WSC prior motions stricken for not following Local Rules. Researched Local Rule, checked
amendments of April 15, 2011.  2.0 hr.

---

| 5/4/2011 | Slip No. 1011539.00 | By: J/cd | Rate: 120.00 | $240.00 |
|---|---|---|---|---|
| | | | Hrs: 2.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with gathering depositions, declarations and exhibits to preparing
physical and electronic folders for depositions to be taken in Seattle, Washington for the above
referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No  10

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

5/4/2011               Slip No. 1011540.00          By: J/cd          Rate: 120.00                    $276.00
                                                                      Hrs: 2.30

Dkt No. **290350**

*CR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with printing and making various copies of all of the declarations, depositions, associated exhibits and information obtained via internet for Timothy McCormack, Jessica Stetson, Roel Salonga, Diane Bennett and Lauren Kingston.

---

5/4/2011               Slip No. 1011541.00          By: J/cd          Rate: 120.00                     $18.00
                                                                      Hrs: 0.15

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Preparing and sending latest draft of the Pretrial Conferencing Report to Ms. Johal via email in connection with the above referenced matter.

---