Exhibit 5

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 5/31/2011    Page No   11

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/4/2011 | Slip No. 1011543.00 | By: J/js | Rate: 350.00 Hrs: 0.40 | $140.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including discussed with client pros and cons of taking depositions in Seattle for Stetson and Bennett. Discussed deferral on expert until report issues.  Check on Copyright Office availability of deposit for Rock 'n Roll registration.



---

| 5/5/2011 | Slip No. 1011553.00 | By: J/js | Rate: 350.00 Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including conference with Harbinder Johal in reference to progress report on litigation, exposure to statutory damages, issues of depositions in Seattle and the admissibility of evidence, confidentiality of material discussed and included in bills, settlement approach and strategy for trial.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011   Page No   12

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/5/2011 | Slip No. 1011554.00 | By: J/js | Rate: 350.00 Hrs: 1.60 | $560.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including going over timeline for shipments of footwear bearing the designs form China, dates of actual notice for Ditsy Dots copyright registration and Zebra Supreme registration.  1.0 hr.
Conference with Julio Acosta. Computed shipments and number of customers to whom allegedly infringing goods were shipped. Calculated potential exposure under willful  and non-willful standard.
0.6 hrs.

---

| 5/5/2011 | Slip No. 1011555.00 | By: J/js | Rate: 350.00 Hrs: 0.60 | $210.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including exchanging emails with client in reference to possible settlement strategy and possibly serving offer of judgment for $125,000.00. Likelihood of acceptance.
Downside for service.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   13

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/5/2011 | Slip No. 1011556.00 | By: J/js | Rate: 350.00 Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including discussing desirability of pursuing cancelation of registrations with the Copyright Office versus creating estoppel in Court. Several emails on the topic.

*CR*

---

| 5/5/2011 | Slip No. 1011557.00 | By: J/js | Rate: 350.00 Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including conference with Robert Forbes and Mr. Weir of Government Liaison about VAu 0009988276 (Rock 'n Roll) issued on 5/21/2009 by Washington Shoe Co. Planned search and inspection at the Copyright Office.

*CR*

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011   Page No   14

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/5/2011 | Slip No. 1011558.00 | By: J/js | Rate: 350.00 | $175.00 |
|---|---|---|---|---|
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including evaluation of serving subpoena for documents only (without oral questions) to Ms. Diane Bennett. Compared to document requests. Compared Order limitations.
Investigated need to appoint local counsel to issue subpoena. Cost/benefit analysis.

---

| 5/5/2011 | Slip No. 1011559.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewed first affidavit of Karl Moehring based on notes taken during April 28, 2011 hearing to determine matter stricken out. Stricken subject matter supported trade dress infringement cause of action in particular secondary meaning.  Studied effect on the viability of the trade dress cause of action, based on Olem's motion for summary judgment. Prepared internal memorandum.

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011    Page No   15

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**5/6/2011**            Slip No. 1011563.00        By: J/at        Rate:  Hrs:            $279.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
April, 2011.

---

**5/6/2011**            Slip No. 1011565.00        By: J/js        Rate: 350.00            $420.00
                                                                  Hrs: 1.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing order dated
April 29, 2011 and comparing it to the report submitted by WSC's counsel. Reviewed Olem's motion to
Strike Second Affidavit of Karl Moehring.  Reviewed Mr. Moehring's affidavit.  Prepared communication
to attorney McCormack pointing out deficiencies in the report including failure to discuss issues relating
to the authenticity of the registrations and deposits.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

# INVOICE

Bill Date: 5/31/2011   Page No   16

Bill No. **1011482**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/6/2011 | Slip No. 1011566.00 | By: J/js | Rate: 350.00<br>Hrs: 0.30 | $105.00 |
|----------|---------------------|----------|----------------------------|---------|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including communicating to client and insured matters pertaining to insufficiency of report filed on May 2, 2011 by attorney McCormack.

---

| 5/6/2011 | Slip No. 1011571.00 | By: J/js | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
|----------|---------------------|----------|----------------------------|---------|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewed standard for reporting work product and other confidential information to insurance carrier, as well as risk for waiving attorney-client privilege. Explain to client practice to be followed. to ensure compliance with reasonableness requirement and "cost/benefit" test.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   17

Bill No. **1011482**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 5/6/2011 | Slip No. 1011576.00 | By: J/js | Rate: 350.00 Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing response from McCormack to request to supplement report. Consultation with co-counsel and desirability to have another conference.

---

| 5/9/2011 | Slip No. 1011578.00 | By: J/js | Rate: 350.00 Hrs: 3.00 | $1050.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including notice requirements under Copyright laws to show willfulness, diligence showing, factors for determining statutory damages, reviewed and selected exhibits to be used in timeline to show innocent infringement or lack of willfulness.  2.0 hrs.
Prepared documents for Ditsy Dots  timeline for demonstrative aids. 1.0 hr.

# Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   18

Bill No. **1011482**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**5/9/2011**      Slip No. 1011579.00      By: J/js      Rate: 350.00      $525.00
                                                                        Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on deposit requirements, non-complaince with mandatory deposit requierments as it compare with argument raised by WSC and suported by Dunnahoo where delay of deposit does not extinguish claim. Cf Torres-Negron case, Frist Circuit.

---

**5/9/2011**      Slip No. 1011582.00      By: J/cd      Rate: 350.00      $175.00
                                                                        Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

Our legal services in connection with supplementing and finalizing the latest draft of PLAINTIFF/COUNTER-DEFENDANT RESPONSE TO WASHINGTON SHOE'S MOTION FOR PROTECTIVE ORDER CONCERNING DISCOVERY PROPOUNDED BY PLAINTIFF AFTER DISCOVERY CUTTOFF for the above referenced matter prior to filing.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 5/31/2011    Page No   19

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 5/9/2011 | Slip No. 1011583.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.60 | $72.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

Our paralegal services in connection with filing PLAINTIFF/COUNTER-DEFENDANT RESPONSE TO WASHINGTON SHOE'S MOTION FOR PROTECTIVE ORDER CONCERNING DISCOVERY PROPOUNDED BY PLAINTIFF AFTER DISCOVERY CUTTOFF with the United States District Court Southern District of Florida.  .40 hrs

Preparing and drafting email communication and sending copy of same to client via email.  .20 hrs

---

| 5/10/2011 | Slip No. 1011594.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.20 | $24.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

Review of calendar, drafting and sending email communication to Mr. Timothy McCormack in connection with the availability of Mr. Roel Salonga so that we may take his deposition in Seattle.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011   Page No   20

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**5/10/2011**          Slip No. 1011595.00          By: J/cd          Rate: 350.00          $175.00
                                                                      Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CR*
*UR*   Several phone calls to Mr. Bob Weir in connection with obtaining a copy of the deposit for Rock 'n Roll
Copyright Registration from the United States Copyright Office in connection with the above referenced
matter.

---

**5/10/2011**          Slip No. 1011596.00          By: J/cd          Rate:  Hrs:          $120.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Invoice from Accurate Confidential Research (Invoice No. 11-56-51)
For Two Locate Searches (Jessica Stetson and Roel Salonga).  Sent copy of same to our client.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   21

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/11/2011 | Slip No. 1011606.00 | By: J/cd | Rate: 350.00 | $175.00 |
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*NPP* Our legal services in connection with digesting Expert Report by Roel Salonga in connection with the above referenced matter.

---

| 5/11/2011 | Slip No. 1011607.00 | By: J/cd | Rate: 350.00 | $175.00 |
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*UR* Answering email communications to client in reference to the Expert Report of Roel Salonga.  Email communications regarding our proposal of video deposition of Roel Salonga as an expert witness.

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011   Page No   22

Bill No. **1011482**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 5/11/2011 | Slip No. 1011610.00 | By: J/cd | Rate: 120.00 | $90.00 |
|---|---|---|---|---|
| | | | Hrs: 0.75 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting Marriott Hotels and obtaining best available deal for Mr. Sanchelima stay in Seattle, WA while taking the deposition of Roel Salonga.   .50 hrs

Booking and payment online for two night at the Seattle Marriott Waterfront. Updating records for access to Mr. Sanchelima of this information.   .25 hrs

| 5/11/2011 | Slip No. 1011612.00 | By: J/cd | Rate: 120.00 | $78.00 |
|---|---|---|---|---|
| | | | Hrs: 0.65 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting American Airlines and obtaining flight rates for Mr. Sanchelima to and from Seattle Washington to take the deposition of Roel Salonga of Washington Shoe.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   23

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

| | | | | |
|---|---|---|---|---|
| 5/11/2011 | Slip No. 1011614.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.50 | $300.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing documents and printing additional copies for the deposition of Roel Salonga to be used at the time of deposition.

ພR

---

| | | | | |
|---|---|---|---|---|
| 5/11/2011 | Slip No. 1011615.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Online research of Roel Salonga via google, and several social networks such as Facebook, Linkedin, Etc.  Printing said documents pertaining to information that may be used during his deposition.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/31/2011  Page No  24<br>Bill No. **1011482**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

5/11/2011          Slip No. 1011616.00          By: J/cd          Rate: 120.00          $78.00
                                                                   Hrs: 0.65

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting and scheduling a the video deposition of Roel Salonga for Friday, May 20, 2011, located at 1001 Fourth Ave, Suite 4500, Seattle, Washington 98154 at 10:00 am.  Obtaining all fees for deposition.   0.35 hrs

Sending email communication to client informing them of same.  0.15 hrs

Email to opposite counsel informing them we will be taking the deposition of Mr. Roel Salonga.  0.15 hrs

---

5/11/2011          Slip No. 1011617.00          By: J/cd          Rate: 120.00          $108.00
                                                                   Hrs: 0.90

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing and drafting a Notice of Deposition for Roel Salonga. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011    Page No   25

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 5/11/2011 | Slip No. 1011621.00 | By: J/js | Rate: 350.00 Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including replying to our expert witness' communication and bringing her up to date in particular with respect to attacks on her report by Mr. Salonga in his affidavit and report.

---

| 5/11/2011 | Slip No. 1011622.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including providing instructions to staff for taking video deposition of Roel Salonga including the contents of the requests for production of documents attached to the notice. Directed staff to collecting exhibits for deposition and marking of the different declarations for the examination of the witness.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011   Page No   26

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/12/2011 | Slip No. 1011630.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

*CR*
*UR*
*TD*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including researched U.S.Patent
and Trademark Office for design patents owned by WSC where the inventors were Diane Bennett and
Robert Moehring. Seven design patents have been issued and assignments from 2003.

---

| 5/12/2011 | Slip No. 1011631.00 | By: J/js | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

*UR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation of material for
deposition of expert witness Roel Salonga. Went over different exhibits to be used in deposition.
Reviewing prior deposition transcript.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/31/2011   Page No   27<br>Bill No. **1011482**<br>Acct.  **Olem Shoe Corp.**<br>        **/Litigation/Washington Shoe Co.** |
|---|---|

| 5/12/2011 | Slip No. 1011632.00 | By: J/js | Rate: 350.00<br>Hrs: 2.50 | $875.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on expert witness law (Daubert I and II, Kuhmo) as it applies to the limitations in copyright law on the issue of originality.  Salonga's testimony in opposition ot Goldaper's testimony.

| 5/12/2011 | Slip No. 1011633.00 | By: J/js | Rate: 350.00<br>Hrs: 2.30 | $805.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing and selecting Ditsy Dots related exhibits in preparation for expert's deposition. Compared  registration specimens. Compared previous testimonies to identify inconsistencies.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   28

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
        **/Litigation/Washington Shoe**
        **Co.**

---

| 5/13/2011 | Slip No. 1011646.00 | By: J/cd | Rate: 120.00 | $84.00 |
|---|---|---|---|---|
| | | | Hrs: 0.70 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing Notice of Deposition sent to opposite counsel in connection with the Deposition of Roel Salonga.   020 hrs

Preparing email communication and forwarding same to our client.   .50 hrs

---

| 5/13/2011 | Slip No. 1011647.00 | By: J/cd | Rate: 120.00 | $78.00 |
|---|---|---|---|---|
| | | | Hrs: 0.65 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with contacting Watkins Court Reporters regarding availability for a phone line being available while Roel Salonga's deposition is going on so that our co-counsel can listen in.   .20  hrs

Receiving, updating records and informing our co-counsel Mr. Burstein regarding the available phone line to call into which we have received from Watkins Court Reporters via email.   .45 hrs

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   29

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| | | | | |
|---|---|---|---|---|
| 5/13/2011 | Slip No. 1011648.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.50 | $60.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Preparing and drafting email communication to Nicole at Watkins Reporters with a copy of the Notice that has been served on opposite counsel.   .35 hrs

NPP

Follow up call to Ms. Nicole Ergerer in reference to receiving said notice regarding same.  .015  hrs

| | | | | |
|---|---|---|---|---|
| 5/14/2011 | Slip No. 1011649.00 | By: J/js | Rate: 350.00<br>Hrs: 3.00 | $1050.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A     .
For legal services rendered relating to the above referenced matter including selecting exhibits to be used in the deposition of Roel Salonga relating to the Rose Zebra Supreme, Ditsy Dots, and Zebra Supreme.  Researched Daubert I and Daubert II criteria for expert witnesses for federal litigation. Discoverability of documents, limits of attorney work product and attorney client privilege.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/31/2011   Page No   30<br><br>Bill No. **1011482**<br><br>Acct.   **Olem Shoe Corp.**<br>         **/Litigation/Washington Shoe**<br>         **Co.** |

---

| 5/16/2011 | Slip No. 1011659.00 | By: J/cd | Rate:   Hrs: | $347.30 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*CR*

Invoice from Government Liaison regarding the examination of the deposit for VAu 988-276, Rock 'n Roll copyright.  See invoice attached.

---

| 5/16/2011 | Slip No. 1011665.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.65 | $78.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*UR*

Our paralegal services in connection with follow up call to Mr. McCormack's office, Mr. Manos's office, Mr. Burstein's office and Watkins Court Reporters to confirm Friday's deposition for Roel Salonga in connection with the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011    Page No  31

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/17/2011 | Slip No. 1011682.00 | By: J/cd | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Research on expert witness testimony under Daubert I and Dauvert II for federal causes of action.
Standard applie to state causes of action for unfair competition.   1.0 hrs

Research on disqualification of expert witness.      1.0 hrs

Also, preparing questions relating to different exhibits.     1.0 hrs

---

| 5/20/2011 | Slip No. 1011717.00 | By: J/cd | Rate: 350.00 | $2800.00 |
|---|---|---|---|---|
| | | | Hrs: 8.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Taking the deposition of Roel Salonga in Seattle, Washington in connection with the above referenced matter.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 5/31/2011   Page No   32

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**5/19/2011**          Slip No. 1011718.00          By: J/cd          Rate: 350.00          $1225.00
                                                                      Hrs: 3.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Pier diem in connection with travel to Seattle, Washington.

---

**5/21/2011**          Slip No. 1011719.00          By: J/cd          Rate: 350.00          $2800.00
                                                                      Hrs: 8.00

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Per diem traveling back to Miami, Florida from Seattle, Washington after taking the deposition of Roel
Salonga.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 5/31/2011   Page No  33<br>Bill No. **1011482**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**5/20/2011**          Slip No. 1011721.00          By: J/cd          Rate:  Hrs:          $221.10

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice received from Court Reporter Patricia Sanders for the transcript of the April 28, 2011, hearing in connection with the above referenced matter.

---

**5/20/2011**          Slip No. 1011723.00          By: J/cd          Rate:120.00  Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with downloading, reviewing and processing a copy of Order issued by Judge Bandstra regarding D.E. 306 Washington Shoe Motion for Protective Order Concerning Discovery Propounded by Plaintiff After Discovery Cutoff for the above referenced matter.  Updating attorney record and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No  34

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 5/18/2011 | Slip No. 1011758.00 | By: J/cd | Rate: 350.00 Hrs: 2.50 | $875.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Organizing exhibits, studying the transcripts for the April 28, 2011 hearing.

---

| 5/18/2011 | Slip No. 1011759.00 | By: J/cd | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing the Motion to Strike the declaration of Roel Salonga and all declarations by Roel Salonga.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   35

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/25/2011 | Slip No. 1011781.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing magistrate order granting motion for protective order and evaluating probabilities of obtaining favorable results if motion for reconsideration is filed. Reviewed local rules.  Previous discovery requests,  court ordered deadlines for submission of discovery requests. Reviewed motion for protective order and response. Evaluated arguments to be advanced.
Reviewed other deadlines, including those for filing pre-trial motions and motions in limine.
Discussed subject matter with client.

---

| 5/25/2011 | Slip No. 1011782.00 | By: J/js | Rate: 350.00 | $315.00 |
|---|---|---|---|---|
| | | | Hrs: 0.90 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including studying chronology of events for the disclosure of Stetson as the creator and followed by Bennett as the creator. Compared answers to interrogatories to identify inconsistencies as to the timing of the creation and the association of these persons with WSC.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No  36

Bill No. **1011482**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 5/30/2011 | Slip No. 1011807.00 | By: J/js | Rate: 350.00 Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research on jury
instructions for copyright and trade dress counts.  Secondary meaning and claim of authorship.
Checked for standard jury instructions in other cases in the circuit.  Specific language in jury
instructions for reconstruction of Ditsy Dots file. Credibility of witnesses instructions.

---

| 5/31/2011 | Slip No. 1011808.00 | By: J/js | Rate: 350.00 Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including drafting report to client
and notes to file on conference with CNA and carrier's representatives as to the progress of the case.
Ansered questions in previous emails from Mr. Olemberg.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | | **INVOICE**<br>Bill Date: 5/31/2011   Page No  37<br>Bill No. **1011482**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 5/31/2011 | Slip No. 1011820.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.40 | $48.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with downloading [D.E. 321] ORDER RE–SETTING TRIAL AND CALENDAR CALL from Pacer, updating attorney records for the above referenced mater and making the pertinent annotations to the file.

| 5/31/2011 | Slip No. 1011821.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.75 | $262.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with discussing Pretrial Case Conferencing Report as of May 4, 2011 with Ms. Harbinder of CNA via telephone conference.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011   Page No   38

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 5/31/2011 | Slip No. 1011824.00 | By: J/cd | Rate: 120.00 Hrs: 0.40 | $48.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading [D.E. 320] Olem's Motion for Enlargement of Time from Pacer, updating attorney records for the above referenced mater and making the pertinent annotations to the file.

NPP

---

| 5/31/2011 | Slip No. 1011825.00 | By: J/cd | Rate: 120.00 Hrs: 0.35 | $42.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Our paralegal services in connection with calculating the new deadlines pretrial procedures based on [D.E.321] issued by the Judge regarding the above referenced matter.   .25 hrs

Email communication to client informing them of same.   .10 hrs

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 5/31/2011    Page No   39

Bill No. **1011482**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 5/31/2011 | Slip No. 1011828.00 | By: J/cd | Rate:  Hrs: | $86.40 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice received from Global Crossing regarding a telephonic conference held on May 7, 2011 at
12:00PM with Mr. Jesus Snchelima, Mr. Bernardo Burstein, Mr. Tim McCormack and Mr. Tom Manos
to discuss the above referenced matter.

NPP

**Invoice Total:**        **$33171.45**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Biling Period: 6/10/2011 - 6/23/2011<br>Case No. 09-23494-cd-Huck/O'Sullivan (S.D. Fla.)<br>Claim No.: E2670702<br>Tax Id - 59-2042637 | Bill Date: 6/27/2011    Page No  1<br>Bill No. **1011915**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 6/10/2011 | Slip No. 1011915.00 | By: J/cd | Rate:  Hrs: | $1198.99 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

*NPP*   Invoice No. 74479 in the amount of $1,198.99, dated June 10, 2011 received from Watkins Reporters regarding the video deposition of Roel Salonga. Please see attached.

| 6/23/2011 | Slip No. 1012045.00 | By: J/cd | Rate:  Hrs: | $160.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

*NPP*
*uR*   Invoice No. 749370 received from U.S. Legal Support for our recent order of a copy of the video deposition of Julio Acosta, Shahin Rezaie and Robert Olemberg.  See invoice attached.

**Invoice Total:**     **$1358.99**

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp. <br> Mr. Julio Acosta <br> 800 N.W. 21 Street <br> Miami Florida 33127 | Biling Period: 6/2/2011 - 6/29/2011 <br> Case No. 09-23494-cd-Huck/O'Sullivan (S.D. Fla.) <br> Claim No.: E2670702 <br> Tax Id - 59-2042637 | Bill Date: 6/30/2011    Page No  1 <br> Bill No. **1011857** <br> Acct.  **Olem Shoe Corp.** <br> **/Litigation/Washington Shoe Co.** |

---

| 6/2/2011 | Slip No. 1011857.00 | By: J/cd | Rate: 120.00 <br> Hrs: 0.50 | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Email communication and follow up call to Watkins Reporters regarding the status of the transcript for the deposition of Roel Salonga which occurred May 20, 2011 as well as the video.  Updated attorney records and making the pertinent annotations to the file.

---

| 6/2/2011 | Slip No. 1011860.00 | By: J/cd | Rate: 350.00 <br> Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with several email communications with Mr. Olemberg and Mr. Burstein regarding the letter to Mr. Briganti from the copyright office and the Ditsy Dots.  Saving communications to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011     Page No  2

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/3/2011 | Slip No. 1011867.00 | By: J/cd | Rate: 120.00 | $300.00 |
|---|---|---|---|---|
| | | | Hrs: 2.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing, downloading and saving a copy of three CD's we have
received from Watkins Reporters in connection with the Deposition of Roel Salonga for the above
referenced matter.

---

| 6/14/2011 | Slip No. 1011940.00 | By: J/cd | Rate: 350.00 | $87.50 |
|---|---|---|---|---|
| | | | Hrs: 0.25 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing DE 316 which we received in the mail. Order Denying
Motion To Seal Plaintiff's First Set of Interrogatories to Defendant and Answers Thereto.

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No  3

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/15/2011**          Slip No. 1011948.00        By: J/at        Rate:  Hrs:                $156.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of May, 2011.

---

**6/17/2011**          Slip No. 1011979.00        By: J/cd        Rate:  Hrs:                $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with processing Notice of Unavailability to Olem Shoe entered by Mr. Timothy McCormack in connection with the above referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No  4

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

6/17/2011        Slip No. 1011980.00        By: J/cd        Rate:  Hrs:        $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP* Our legal services in connection with processing Motion for Leave to Supplement Record on Summary Judgment to Olem Shoe entered by Mr. Bernardo Burstein in connection with the above referenced matter.

---

*NPP* 6/17/2011        Slip No. 1011981.00        By: J/cd        Rate:  Hrs:        $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with processing RENEWED MOTION TO STRIKE AFFIDAVIT OF ROEL SALONGA FILED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND MOTION IN LIMINE TO EXCLUDE TESTIMONY OF ROEL SALONGA to Olem Shoe entered by Mr. Bernardo Burstein in connection with the above referenced matter.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No  5

Bill No. **1011857**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

6/17/2011          Slip No. 1011983.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with processing Notice of Hearing to Olem Shoe entered by the Court
in connection with the above referenced matter.

*NPP*

---

6/17/2011          Slip No. 1011989.00          By: J/cd          Rate: 350.00          $350.00
                                                                  Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with review of Motion Strike Salonga as an expert witness. Issuing
communication to co counsel.  Considering Frye standard for expert witness for Florida courts.

*CRR*
*NPP*

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 6/30/2011    Page No  6

Bill No. **1011857**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2011 | Slip No. 1011990.00 | By: J/cd | Rate: 350.00 Hrs: 2.00 | | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing Salonga's deposition as purported expert and preparing Errata for court reporter.    1.0 hrs

Digesting portions relevant to issues in the case (originality concept being equated to uniqueness-following Blestein's decision and ignoring Feist).   1.0 hrs

_CR_
_UR_

---

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2011 | Slip No. 1011994.00 | By: J/cd | Rate:   Hrs: | | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

_NPP_  Our legal services in connection with processing to Olem Shoe Corp. [D.E. 326] ORDER ON MOTION FOR LEAVE TO SUPPLEMENT RECORD entered by Judge Paul C Huck via email, in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No  7

Bill No. **1011857**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 6/19/2011 | Slip No. 1011997.00 | By: J/js | Rate: 350.00<br>Hrs: 1.75 | $612.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing order directing
parties to address certain issues at evidentiary hearing and produce boots alleged to have been
infringed. Reviewed different documents identified by the court in the order and others related to the
same issue.  Reviewed  transcript of hearing of April 28, 2011 in reference to the motions to strike.

*NPP*

---

| 6/19/2011 | Slip No. 1011998.00 | By: J/js | Rate: 350.00<br>Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing Olem's first
general objection to the comparison of Olem's boots alleged to infringe WSC's copyright. Propriety of
the boot-to-to boot comparison versus a comparison between the copyright registration deposit and
Olem's boot.
Addressing the Court's concerns and reviewing each of the court documents involved and exhibits
referred to for the first general objection.  Prepared summary of flaws in the comparison.

*CR*

---

# Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No  8

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/19/2011 | Slip No. 1011999.00 | By: J/js | Rate: 350.00 Hrs: 1.50 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing Olem's fsecond
general objection to the comparison of Olem's Zebra boots alleged to infringe WSC's copyright for the
Zebra Supreme. The copyright deposits being different than those for Ditsy Dots requires a different
argument. In particular, if the Rose Zebra Supreme is a pre-existing work.
Addressing the Court's concerns and reviewing each of the court documents involved and exhibits
referred to for the first general objection.  Prepared summary of flaws in the comparison.
Reviewed proposed letter to Briganti, Copyright Office Examiner, and supplemented it for use at
evidentiary hearing.

---

| 6/19/2011 | Slip No. 1012000.00 | By: J/js | Rate: 350.00 Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including several email
communications with client to explain matters to be discussed at hearing on evidentiary issues.
Ascertained that WSC's position was understood by client.  And explained differences between Ditsy
Dots and Zebra patterned designs since different treatment is required.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 6/30/2011    Page No  9<br>Bill No. **1011857**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

| 6/20/2011 | Slip No. 1012001.00 | By: J/js | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

NPP For legal services rendered relating to the above referenced matter including reviewing correspondence with opposite counsel to determine tendering of documents and boot samples in anticipation of objections to be voiced at hearing on evidence issues.  Reviewed documents produced to support opportunity to make proper comparisons.  Verified answers to questions posed to Karl

| 6/20/2011 | Slip No. 1012002.00 | By: J/js | Rate: 350.00<br>Hrs: 1.25 | $437.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A

UR For legal services rendered relating to the above referenced matter including reviewing the declaration and deposition of our client relating to the boots provided. Reviewed the exhibits included in Mr. Burstein's paralegal's declaration and compared them to those cited in McCormack's original affidavit and those from Karl's Affidavit. [DE 250-4].  Reviewed language in Court order to ensure compliance.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 6/30/2011    Page No   10

Bill No. **1011857**

Acct.  **Olem Shoe Corp.**
        **/Litigation/Washington Shoe**
        **Co.**

---

6/20/2011          Slip No. 1012003.00          By: J/js          Rate: 350.00                    $210.00
                                                                  Hrs: 0.60

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including coordinating with
counsel's office and client the production of evidence to comply with the Court's instructions. Letter to
both with instructions to our staff.  Identifying relevant boot samples.

---

6/20/2011          Slip No. 1012004.00          By: J/js          Rate: 350.00                    $350.00
                                                                  Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation for hearing on
evidentiary issues. Started review of motions for summary judgment to identify additional issues for the
Court, as instructed. Effective date of "corrected" registration, reviewed single case cited by opposite
counsel in support of using the early basic registration's effective date.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No   11

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/21/2011 | Slip No. 1012014.00 | By: J/js | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on originality as a matter of law, degree of creativity required to overcome triviality. Feist and cases from the 11th circuit holding works lacked originality as a matter of law including Sherry Manufacturing. Compared design features described in Sherry with present case. Memo to file.

---

| 6/21/2011 | Slip No. 1012015.00 | By: J/js | Rate: 350.00<br>Hrs: .50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including communication to client explaining what to be expected for hearing on evidentiary issues.  Discuss availability of boot samples, ensured that co-counsel has all boots considered in affidavit.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No   12

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

6/21/2011          Slip No. 1012019.00          By: J/js          Rate: 350.00          $1050.00
                                                                  Hrs: 3.00

Dkt No. **290350**



Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing  motions for
summary judgment, declarations and exhibits in support thereof, along with photographs of all boots
used in preparation for tomorrow's hearing.  Prepared chart for each photograph of boots and where
supported by testimony for their authenticity.  (1.0 hr.)
Reviewed motions to strike Karl's declaration with respect to copyright registration exhibits in
anticipation to tomorrow's hearing.  (1.0 hr).
Prepared memorandum on points to be brought up on other collateral issues, including effective date of
registrations with their corrective actions. (0.5 hrs.).

---

6/21/2011          Slip No. 1012033.00          By: J/gh          Rate: 120.00          $240.00
                                                                  Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.
For paralegal services rendered relating to the above referenced matter including legal assistant time
reviewing and selecting declarations and exhibits in support of  motions for summary judgment, along
with photographs of all boots used in preparation for tomorrow's hearing.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 6/30/2011   Page No   13<br>Bill No. **1011857**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**6/22/2011**          Slip No. 1012035.00          By: J/gh          Rate: 350.00          $1400.00
                                                                              Hrs: 4.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
For legal services rendered in connection with the above referenced matter including Mr.
Sanchelima's time attending a hearing in front of Judge Huck on evidentiary issues and
objections raised by plaintiff/ counter defendant Olem Shoe Corp. in the " General
objections" portion of its Statement in opposition to Washington Shoe Co. Statement of
undisputed facts. Addressing the Court's concerns and updating client's records and making the
pertinent annotations to the file including deadline for reaching agreement as to the authenticity of the
photographs of the boots and whether they were Olem's boots.  Additional matters discussed included
the separate tests for copyright and trade dress infringement, referral to magistrate Palermo for
mediation was discussed. (4.0 Hrs)

---

**6/22/2011**          Slip No. 1012037.00          By: J/gh          Rate: 120.00          $480.00
                                                                              Hrs: 4.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
For services rendered in connection with the above referenced matter including paralegal 's
time attending the hearing in front of Judge Huck on evidentiayr issues. Gathering information
to prepare memo of the hearing, and taking notes of the principal issues addressed during the hearing.
Provided support to attorney Sanchelima with several boot specimens, classifying and selecting photos
subject of the hearing. Updating client's records and making the pertinent annotations to the file. (4.0
Hrs)

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 6/30/2011   Page No   14

Bill No. **1011857**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

6/27/2011          Slip No. 1012086.00          By: J/cd          Rate:   Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with downloading D.E. 324 Renewed Motion To Strike Affidavit of Roel
Salonga which was filed with Pacer (United States District Court Southern District of Florida filing
system for the above referenced matter.  Updating attorney records, send copy of same to client and
making the pertinent annotations to the file.

NPP

---

6/27/2011          Slip No. 1012087.00          By: J/cd          Rate: 350.00                $122.50
                                                                   Hrs: 0.35

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP

Our legal services in connection with reviewing and digesting D.E. 324 Renewed Motion To Strike Affidavit of Roel
Salonga which was filed with Pacer (United States District Court Southern District of Florida filing
system for the above referenced matter.

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 6/30/2011   Page No   15

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/27/2011**          Slip No. 1012088.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading D.E. 328 Washington Shoe Company's
Response which was filed with Pacer (United States District Court Southern District of Florida filing
system for the above referenced matter.  Updating attorney records, send copy of same to client and
making the pertinent annotations to the file.



---

**6/27/2011**          Slip No. 1012089.00          By: J/cd          Rate: 350.00          $105.00
                                                                      Hrs: 0.30

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing D.E. 328 Washington Shoe Company's Response
which was filed with Pacer (United States District Court Southern District of Florida filing system for the
above referenced matter.



---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No   16

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/27/2011 | Slip No. 1012090.00 | By: J/cd | Rate:  Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading D.E. 329 Washington Shoe Company's Notice of Compliance which was filed with Pacer (United States District Court Southern District of Florida filing system for the above referenced matter. Updating attorney records, send copy of same to client and making the pertinent annotations to the file.



NPP

---

| 6/27/2011 | Slip No. 1012091.00 | By: J/cd | Rate: 350.00  Hrs: 0.25 | $87.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 329 Washington Shoe Company's Notice of Compliance which was filed with Pacer (United States District Court Southern District of Florida filing system for the above referenced matter.

NPP

---

## Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 6/30/2011  Page No  17

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/27/2011**          Slip No. 1012092.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal assistant services in connection with downloading D.E. 330 Olem's Status Report which was filed with Pacer (United States District Court Southern District of Florida filing system for the above referenced matter. Updating attorney records, send copy of same to client and making the pertinent annotations to the file.

NPP

---

**6/27/2011**          Slip No. 1012093.00          By: J/cd          Rate: 350.00          $70.00
                                                                     Hrs: 0.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with reviewing D.E. 330 Olem's Status Report which was filed with Pacer (United States District Court Southern District of Florida filing system for the above referenced matter.

NPP

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011   Page No   18

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**6/27/2011**          Slip No. 1012094.00          By: J/cd          Rate: 350.00                    $350.00
                                                                                                      Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing report on authenticity of the boots examined.  Provided observation for supplementing same and several communications with co-counsel as to the strategies to be followed in connection with authenticity issues and similarity issues that may be stipulated such as Bennette's employment.



---

**6/28/2011**          Slip No. 1012107.00          By: J/cd          Rate:    Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading and sending copy to client of D.E. 331 Notice of Compliance with Court's Directive to File Memorandum of Law Concerning Sanctions by Washington Shoe which was filed today with the United States District Court Southern District of Florida for the above referenced matter.



---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 6/30/2011    Page No  19<br>Bill No. **1011857**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

| 6/28/2011 | Slip No. 1012108.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.35 | $122.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 331 Notice of Compliance with Court's Directive to
File Memorandum of Law Concerning Sanctions by Washington Shoe which was filed today with the
United States District Court Southern District of Florida for the above referenced matter.

---

| 6/28/2011 | Slip No. 1012109.00 | By: J/js | Rate: 350.00<br>Hrs: 0.50 | $175.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including review memorandum filed
by WSC in reference to sanctions under Rule 11 and propriety of directing payment of said sanctions to
a charitable institution.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011    Page No  20

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

6/28/2011          Slip No. 1012114.00          By: J/cd          Rate: 350.00          $175.00
                                                                   Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

Our legal services in connection with reviewing Rule 11 Sanctions. Property of assigning awards to charity contributions.  Reviewing Ethics Opinions as they relate to an award to attorneys fees.

---

6/28/2011          Slip No. 1012115.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

Our legal assistant services in connection with downloading and sending copy to client of D.E. 332 Plaintiff, Olem Shoe Corp.'s Memorandum of Law Regarding The Court Ability To Order Attorneys To Pay Monetary Sanctions to Charity which was filed today with the United States District Court Southern District of Florida for the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 6/30/2011    Page No   21

Bill No. **1011857**

Acct.  **Olem Shoe Corp.**
          **/Litigation/Washington Shoe Co.**

---

6/28/2011          Slip No. 1012116.00          By: J/cd          Rate: 350.00          $140.00
                                                                                   Hrs: 0.40

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 332 Plaintiff, Olem Shoe Corp.'s Memorandum of Law Regarding The Court Ability To Order Attorneys To Pay Monetary Sanctions to Charitywhich was filed today with the United States District Court Southern District of Florida for the above referenced matter.

---

6/28/2011          Slip No. 1012119.00          By: J/js          Rate: 350.00          $525.00
                                                                                   Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on pre-existing work disclosure requirement for derivative work as discussed during June 22 hearing.   Reviewed pertinent provisions of the Copyright compendium II and GB Marketing and Russ Berry NY  cases. Shepardized. Drafted informal memorandum. Reviewed CFR.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 6/30/2011     Page No   22

Bill No. **1011857**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 6/29/2011 | Slip No. 1012127.00 | By: J/cd | Rate:  Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with downloading, processing to client and updating attorney records pertaining to D.E. 333 Order Referring Case To Magistrate Judge William C. Turnoff for Settlement, which was filed today with the United States District Court Southern District of Florida for the above referenced matter.

NPP

---

| 6/29/2011 | Slip No. 1012128.00 | By: J/cd | Rate: 350.00  Hrs: 0.20 | $70.00 |

Dkt No. **290350**

NPP  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 333 Order Referring Case To Magistrate Judge William C. Turnoff for Settlement, which was filed today with the United States District Court Southern District of Florida for the above referenced matter.

---

**Invoice Total:**     **$11378.50**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp. | Biling Period: 7/01/2011 - 7/31/2011 | Bill Date: 7/31/2011  Page No  1 |
| Mr. Julio Acosta | Case No. 09-23494-cd-Huck/O'Sullivan (S.D. Fla.) | Bill No. **1012160** |
| 800 N.W. 21 Street | Claim No.: E2670702 | Acct. **Olem Shoe Corp.** |
| Miami Florida 33127 | Tax Id - 59-2042637 | **/Litigation/Washington Shoe Co.** |

| 7/1/2011 | Slip No. 1012160.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including conference with Julio
Acosta in reference to calculation of lost profits based on sales minus expenses.  What constitutes
expenses and how to present the evidence.  Went over the excel spreadsheets and what was reported
to WSC's attorneys. Went over list of expenses.

| 7/5/2011 | Slip No. 1012163.00 | By: J/cd | Rate:  Hrs: | $0.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing to client and updating attorney
records pertaining to D.E. 334 Order Scheduling Settlement Conference signed by Magistrate Judge
William C. Turnoff, which was filed today with the United States District Court Southern District of
Florida for the above referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 7/31/2011   Page No  2

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe Co.**

---

**7/5/2011**           Slip No. 1012164.00      By: J/cd        Rate: 350.00              $87.50
                                                                Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting D.E. 334 Order Scheduling Settlement
Conference signed by Magistrate Judge William C. Turnoff, which was filed today with the United
States District Court Southern District of Florida for the above referenced matter.



---

**7/5/2011**           Slip No. 1012170.00      By: J/js        Rate: 350.00             $420.00
                                                                Hrs: 1.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including review of reply to motion
(Second) to strike Salonga as expert witness.  Research on Daubert, Frye cases and FRE 201 and
702, as well as FRE 104(a). Preparing documents for mediation in front of Harry Schaefer, Esq.

NPP

---

## Sanchelima & Associates, P.A.
### Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011    Page No  3<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

**7/6/2011**          Slip No. 1012188.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing to client and updating attorney records pertaining to D.E. 336 Washington Shoe Motion in Limine which was filed today with the United States District Court Southern District of Florida for the above referenced matter.



---

**7/6/2011**          Slip No. 1012189.00          By: J/cd          Rate: 350.00          $525.00
                                                                    Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and digesting D.E. 336 Washington Shoe Motion in Limine and the exhibits attached to said motion.

NPP

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011   Page No   4

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/7/2011**          Slip No. 1012205.00          By: J/cd          Rate:   Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating
attorney record with information regarding D.E. 337 Olem's Second Motion in Limine and its Exhibits
which was filed with the United States District Court Southern District of Florida for the above
referenced matter.

NPP

---

**7/7/2011**          Slip No. 1012206.00          By: J/cd          Rate: 350.00          $192.50
                                                                     Hrs: 0.55

Dkt No. **290350**

NPP   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with thoroughly reviewing D.E. 337 Olem's Second Motion in Limine
and its Exhibits (about 57 pages of exhibits) which was filed with the United States District Court
Southern District of Florida for the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No  5

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 7/7/2011 | Slip No. 1012210.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing file on form CA
and employment records produced by WSC pursuant to motion to compel as it regards Salonga,
Stetson and Bennett. Correlated the dates of employment with the dates of creation and publication in
the Ditsy Dots.
Went over documents in CD produced on September, 2010 to ascertain Bennett's employment date to
support work made for hire claim of rthe Ditys Dots.

| 7/7/2011 | Slip No. 1012211.00 | By: J/js | Rate: 350.00 | $105.00 |
|---|---|---|---|---|
| | | | Hrs: 0.30 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing motion for
leave to appear telephonically at magistrate's settlement conference.

NPP

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No  6<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

**7/7/2011**          Slip No. 1012212.00          By: J/js          Rate: 350.00          $350.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including several emails with client
explaining nature of proceedings and the status of the case at present, with possible alternative
avenues. Preparation of client for settlement conference and strategy to be followed for possible
settlement. Researched presiding magistrate.

NPO

---

**7/8/2011**          Slip No. 1012215.00          By: J/js          Rate: 350.00          $105.00
                                                                     Hrs: 0.30

NPP    Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including discussing with client on
strategy to be followed on settling case with WSC, desirability of personal appearance by
representative, cost/benefit of challenging motion and documenting local counsel's inability to bind
principal.  Memo to file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No  7

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 7/8/2011 | Slip No. 1012221.00 | By: J/cd | Rate:  Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating attorney record with information regarding D.E. 338  Washington Shoes's Motion to Appear Telephonically which was filed with the United States District Court Southern District of Florida for the above referenced matter.



NPP

---

| 7/8/2011 | Slip No. 1012222.00 | By: J/cd | Rate:  Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating attorney record with information regarding D.E. 339 Notice of Telephonic Conference which was filed with the United States District Court Southern District of Florida for the above referenced matter.

NPP

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011   Page No  8

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**7/8/2011**          Slip No. 1012223.00          By: J/cd          Rate:   Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating
attorney record with information regarding D.E. 340 Olem Shoe Corp.'s Memorandum of Law which
was filed with the United States District Court Southern District of Florida for the above referenced
matter.



---

**7/8/2011**          Slip No. 1012224.00          By: J/cd          Rate:   Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating
attorney record with information regarding D.E. 341 Bernardo Burstein, Esq.'s Request which was filed
with the United States District Court Southern District of Florida for the above referenced matter.

NPP

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No  9<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**7/8/2011**          Slip No. 1012225.00          By: J/cd          Rate: 350.00                    $87.50
                                                                                         Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and digesting D.E. 338  Washington Shoes's Motion to
Appear Telephonically which was filed today with the United States District Court Southern District of
Florida for the above referenced matter.



---

**7/8/2011**          Slip No. 1012226.00          By: J/cd          Rate: 350.00                    $350.00
                                                                                         Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and digesting D.E. 339 Notice of Telephonic
Conference,  which was filed today with the United States District Court Southern District of Florida for
the above referenced matter.  Discussing attendance and review of Motion, Response and Reply with
co-counsel regarding same.

NPP

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No   10

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/8/2011**          Slip No. 1012227.00      By: J/cd        Rate: 350.00                $175.00
                                                                Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting D.E. 340 Plaintiff/Counter-Defendant
Olem Shoe Corp.'s Memorandum of Law in Opposition to Washington Shoe's Motion to Appear
Telephonically, which was filed today with the United States District Court Southern District of Florida
for the above referenced matter.



---



**7/8/2011**          Slip No. 1012228.00      By: J/cd        Rate: 350.00                 $87.50
                                                                Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 341 Bernardo Burstein, Esq.'s Request to be
Excused From The Teleconference On July 12, 2011 along with the its proposed order,  which was
filed today, July 8, 2011, with the United States District Court Southern District of Florida for the above
referenced matter.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No   11

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 7/9/2011 | Slip No. 1012231.00 | By: J/js | Rate: 350.00 Hrs: 3.50 | $1225.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing renewed
motion to strike in preparation for hearing on the motion and authorities cited therein. 1.5 hours.
Reviewing Roel Salonga's challenged affidavit in support of WSC's motion for summary judgment.
Cross-referenced to criticism of Olem's expert's report  1.5 hr.   Reviewed WSc's response to renewed
motion to strike Salonga as an expert witness. 0.5 hr. Reviewed of Olem Shoe's reply and authorities.
0.5 hrs.

*NPP*
*CRR*

| 7/9/2011 | Slip No. 1012232.00 | By: J/js | Rate: 350.00 Hrs: 2.25 | $787.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing Olem's expert's
declaration in support of Olem's motion for summary judgment, including  exhibits and expert's report,
to compare with Salonga's criticism. 1.25 hr
Reviewed Olem's expert's declaration in opposition to WSC's motion for summary judgment, criticized
by Salonga.  Compared exhibits with identify the differences and Salonga's arguments. 1.0

*NPP*
*UR*
*CRR*

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011   Page No   12

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**7/9/2011**          Slip No. 1012233.00          By: J/js          Rate: 350.00          $700.00
                                                                     Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing CDs with
invoices to detect pricing deterioration in WSC's product line, argument related to measure of damages
in addition to lost profits.  Identified invoices to WSC customers over time with same pricing structure.
Started preparing stipulation of facts relating to damages.

---

**7/9/2011**          Slip No. 1012234.00          By: J/js          Rate: 350.00          $350.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing invoices from
Chinese supplier for WSC's boots. Total number of boots imported.  Compare to declarations to show
large sales in trade dress count.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011    Page No   13<br><br>Bill No. **1012160**<br><br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**7/10/2011**  Slip No. 1012235.00  By: J/js  Rate: 350.00  $1050.00
Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparing letter to opposite counsel in connection with the "referencing" issue of the 2009 deposits submitted by attorney McCormack to the Copyright Office. Went over documentation, including depositions of Karl Moehring and Salonga to identify issues pertain to this matter. 2.0 hrs.  Reviewing Salonga's index. Preparing letter, communicating with client's representative, and reviewing Cole v. Wonder. 1.0.

---

**7/10/2011**  Slip No. 1012236.00  By: J/js  Rate: 350.00  $350.00
Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including digesting Salonga's 5/20/2011 deposition for hearing on motion to disqualify him as expert, and other related issues.

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 7/31/2011   Page No  14

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 7/10/2011 | Slip No. 1012237.00 | By: J/js | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

NPP  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing cases cited by
WSC in opposition to motion to disqualify Salonga as expert including the issue of relevancy and
reliability of Salonga's purported expert testimony.  Reviewed application of Daubert, Kumho and other
11th Circuit decision to the fact pattern in the present case.

---

| 7/10/2011 | Slip No. 1012238.00 | By: J/js | Rate: 350.00 | $437.50 |
|---|---|---|---|---|
| | | | Hrs: 1.25 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
NPP  For legal services rendered relating to the above referenced matter including analyzing exhibits to be
used at hearing on motion to disqualify Mr. Salonga as expert. Reviewed Goldaper's declaration and
report, specifically, the portions attacked by Mr. Salonga.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011    Page No   15<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- |

---

| 7/11/2011 | Slip No. 1012243.00 | By: J/js | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including preparing first draft of
proposed stipulated facts to be circulated among those participating in the litigation.  Different factors
for measuring damages need to be excluded. Additional preliminary basic facts as to dates of
employment of the different alleged creators will be proposed as stipulated facts.

*CRL*

---

| 7/11/2011 | Slip No. 1012244.00 | By: J/cd | Rate:   Hrs: | $0.00 |
| --- | --- | --- | --- | --- |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with contacting Global Crossing and various email
communications to schedule the telelphonic hearing requested by Judge Huck to discuss the Motion to
Strike the affidavit of Roel Salonga in connection with the above referenced matter.

*NPP*

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No  16

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 7/11/2011 | Slip No. 1012248.00 | By: J/cd | Rate:  Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating attorney record with information regarding D.E. 342 Paperless Order Denying Defendant's Motion for Leave to Appear Telephonically, which was filed Friday, July 8, 2011, with the United States District Court Southern District of Florida for the above referenced matter.



---

| 7/11/2011 | Slip No. 1012249.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.10 | $35.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 342 Paperless Order Denying Defendant's Motion for Leave to Appear Telephonically, which was filed Friday, July 8, 2011, with the United States District Court Southern District of Florida for the above referenced matter.



---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 7/31/2011    Page No   17

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**7/11/2011**          Slip No. 1012250.00       By: J/cd        Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading, sending to client, processing and updating
attorney records with D.E. 343 Amended Notice of Telephonic Conference (Change in Time Only),
which was filed today, July 11, 2011, with the United States District Court Southern District of Florida
for the above referenced matter.



NPP

---

**7/11/2011**          Slip No. 1012251.00       By: J/cd        Rate: 350.00                $87.50
                                                                 Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 343 Amended Notice of Telephonic Conference
(Change in Time Only), which was filed today, July 11, 2011, with the United States District Court
Southern District of Florida for the above referenced matter. Making the pertinent changes to make
myself available for said hearing.

NPP

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No   18<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

7/11/2011             Slip No. 1012254.00        By: J/cd         Rate: 350.00                     $525.00
                                                                  Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing MALTINA CORPORATION and Julio Blanco-Herrera,
Plaintiffs-Appellees, v. CAWY BOTTLING CO., INC., Defendant-Appellant. 613 F.2d 582; 1980 U.S.
Sending copy of same to Mr. Julio Acosta.  Drafting and sending an email communication to Mr. Acosta
outlining several areas involving damages.



---

7/11/2011             Slip No. 1012257.00        By: J/at          Rate:   Hrs:                    $312.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
June, 2011.



---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No   19<br>Bill No. **1012160**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**7/12/2011**           Slip No. 1012258.00        By: J/at        Rate:  Hrs:              $113.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with regards to the above referenced matter. Documents have been saved to clients file.

**7/12/2011**           Slip No. 1012259.00        By: J/cd        Rate: 350.00          $420.00
                                                                   Hrs: 1.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Research on Copyright Office's Primary Jurisdiction doctrine as it is applied by Syntek. Court deference to governmental agencies or referral to the while maintaining jurisdiction.  Explored possibility of motion to stay proceedings.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 7/31/2011   Page No   20

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/12/2011**          Slip No. 1012261.00          By: J/js          Rate: 350.00          $525.00
                                                                      Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation for motion to
disqualify Salonga and motion limine to prevent testimony from reaching the jury, conference with co-
counsel, reviewing deposition trasncripts of Saonga, hearing transcripts of April 28, 2011 hearing,
reviewed FRE 104(a); 403(a) and 702.

NPP
UR

---

**7/12/2011**          Slip No. 1012262.00          By: J/js          Rate: 350.00          $437.50
                                                                      Hrs: 1.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including attneding telephonic
hearing on Olem's renewed motion to disqualify Salonga as expert and motion in limine.  Notes to file.
Reporting to client. Reviewing April 28, 2011 hearing transcript based on judge Huck's comments.

NPP

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 7/31/2011    Page No   21

Bill No. **1012160**
Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/12/2011**          Slip No. 1012268.00          By: J/cd          Rate: 350.00          $525.00
                                                                       Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Preparation and review of Olem's Renewed Motion to Strike Salonga Affidavit, Washington Shoe's
Response and Olem's Reply prior to today's hearing (July 12, 2011) before Judge Paul C Huck via
teleconference.



---

**7/13/2011**          Slip No. 1012282.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing and sending to client D.E. 345
Washington Shoe's Emergency Motion To Reschedule Settlement Conference which was filed by
Washington Shoe with the United States District Court Southern District of Florida for the above
 referenced matter. Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011   Page No   22

Bill No. **1012160**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**7/13/2011**       Slip No. 1012283.00       By: J/cd       Rate:   Hrs:       $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading, processing and sending to client D.E. 346 Notice of Striking Docket Entry No. 345 which was filed by Washington Shoe with the United States District Court Southern District of Florida for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

NPP

---

**7/13/2011**       Slip No. 1012284.00       By: J/cd       Rate:   Hrs:       $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our assistant legal services in connection with downloading, processing and sending to client D.E. 347 and D.E. 347-1, Washington Shoe's Emergency Motion To Reschedule Settlement Conference and proposed order which was filed by Washington Shoe with the United States District Court Southern District of Florida for the above referenced matter. Updating attorney records and making the pertinent annotations to the file.

NPP

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE
Bill Date: 7/31/2011    Page No   23

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**7/13/2011**          Slip No. 1012285.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing and sending to client D.E. 349,  Order Granting Washington Shoe's Emergency Motion To Reschedule Settlement Conference which was filed by Paul C Huck with the United States District Court Southern District of Florida for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

 NPP

---

**7/13/2011**          Slip No. 1012286.00          By: J/cd          Rate: 350.00          $175.00
                                                                       Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and digesting D.E. 345 (Washington Shoe's Emergency Motion To Reschedule Settlement Conference Washington Shoe's Emergency Motion To Reschedule Settlement Conference), D.E. 346 (Notice of Striking Docket Entry No. 345) and D.E. 347 through D.E. 347-1,  (Washington Shoe's Emergency Motion To Reschedule Settlement Conference and proposed order) filed by Washington Shoe Co. with the United States District Court Southern District of Florida in connection with the above referenced matter.  Discussing same with co-counsel.

NPP

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011   Page No  24

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**7/13/2011**          Slip No. 1012287.00          By: J/cd          Rate: 350.00          $140.00
                                                                     Hrs: 0.40

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and discussing D.E. 349 with Mr. Burstein,  Order
Granting Washington Shoe's Emergency Motion To Reschedule Settlement Conference.  Coordinating
new dates of availability for settlement conference.



---

**7/13/2011**          Slip No. 1012288.00          By: J/cd          Rate: 350.00          $350.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparation and gathering of documents for tomorrow's
settlement conference with Judge Turnoff in connection with the above reference matter.  Discussing
settlement proposition and strategies with Co-Counsel.

NPP

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011    Page No   25<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
| --- | --- |

---

**7/12/2011**              Slip No. 1012289.00          By: J/cd          Rate: 120.00                        $300.00
                                                                                                    Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with extracting documents for issues regarding this case
mainly preparation of our proposed stipulated facts.

*NPP*

---

**7/13/2011**              Slip No. 1012290.00          By: J/cd          Rate: 120.00                        $300.00
                                                                                                    Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal assistant services in connection with extracting documents for issues regarding this case
mainly preparation of our proposed stipulated facts.  Introducing information into the Chrono regarding
same.

*NPP*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   26

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/14/2011**          Slip No. 1012308.00          By: J/cd          Rate: 120.00          $420.00
Hrs: 3.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with gathering and reviewing discovery documents in
preparation for trial.  Gathering the most relevant exhibits to be discussed prior to preparing and
copying exhibits to be used  at trial.

---

**7/14/2011**          Slip No. 1012309.00          By: J/cd          Rate: 350.00          $700.00
Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services in connection with organizing and developing questions for the second Motion under
rule 411(b)(2) and Motion to Stay pending primary jurisdiction of the Copyright Office. .75 hrs

Conference with Mr. Robert Bouvatte in connection with the proposed stipulated facts.  .50 hrs

Developed argument  for established fraud in the Copyright Office by Washington Shoe Co.   .35 hrs

Researched cases involving defective date of copyright registrations.  .40 hrs

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No   27

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/14/2011**          Slip No. 1012310.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading from pacer, processing and sending a
copy to our client of D.E. 350 NOTICE OF UNAVAILABILITY FROM JULY 25 – AUGUST 1, 2011.
Updating attorney records and making the pertinent annotations to the file.

NPP

---

**7/14/2011**          Slip No. 1012311.00          By: J/cd          Rate: 350.00          $35.00
                                                                     Hrs: 0.10

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with reviewing D.E. 350 NOTICE OF UNAVAILABILITY
FROM JULY 25 – AUGUST 1, 2011.  Updating calendar regarding same.



NPP

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011   Page No   28

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/14/2011**          Slip No. 1012312.00          By: J/cd          Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading from pacer, processing and sending a
copy to our client of D.E. 351 Paperless Order Rescheduling Settlement Conference for August 3,
2011, at 10:00 a.m., filed by Judge William C. Turnoff in connection with the above referenced matter.
Updating attorney records and making the pertinent annotations to the file.

*NPP*

---

**7/14/2011**          Slip No. 1012313.00          By: J/cd          Rate: 350.00          $35.00
                                                                        Hrs: 0.10

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 351 Paperless Order Rescheduling Settlement
Conference for August 3, 2011, at 10:00 a.m., filed by Judge William C. Turnoff in connection with the
above referenced matter. Cleared calendar to attend same.

*NPP*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   29

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 7/14/2011 | Slip No. 1012318.00 | By: | Rate: 350.00 | $140.00 |
|---|---|---|---|---|
| | | | Hrs: 0.40 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including conference with Robert Bouvatte, Esq. to test arguments in reference to fraud in the procurement issue.  Discussed applicable case law to guide adequate 411(b)(2) questions.

√PP

| 7/14/2011 | Slip No. 1012319.00 | By: J/js | Rate: 350.00 | $420.00 |
|---|---|---|---|---|
| | | | Hrs: 1.20 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including drafting and serving first set of stipulated facts to WSC for next day's meeting with counsel as mandated by court order.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No   30

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/15/2011**          Slip No. 1012320.00          By: J/cd          Rate: 350.00                    $350.00
                                                                        Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including participating in the
meeting of counsel to discuss the logistics for the pre-trial stipulation due on August 5, 2011.

*NPP*

---

**7/15/2011**          Slip No. 1012335.00          By: J/cd          Rate: 120.00                    $336.00
                                                                        Hrs: 2.80

*CR*    Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with extracting documents from Washington Shoe production
of documents.  Comparing VA Application to registration and photographs.  Extracted documents are
being gathered in preparation for trial.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011   Page No   31

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 7/15/2011 | Slip No. 1012337.00 | By: J/js | Rate: 350.00<br>Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing exhibits with
Mr. Acosta to establish lost profits. Discrepancies on number of pairs of boots, and costs, including
overhead expenses, etc. Reviewed spreadsheets submitted by client and compared to admissions by
WSC.

| 7/18/2011 | Slip No. 1012339.00 | By: J/cd | Rate: 350.00<br>Hrs: 2.50 | $875.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Reviewing Karl Moehring's affidavit [ DE 273-4] and Transcript of April 28, 2011 hearing to ascertain
the stricken subject matter for lack of predicate.
.50 hrs.

Review case law cited by WSC in opposition to our motion for summary judgment on the issue of trade
dress. Compared to what's left in the support
of the product design cause of action after the stricken subject matter. In particular, attempted support
to bypass requirement of showing secondary

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No   32

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
         **/Litigation/Washington Shoe**
         **Co.**

---

**7/18/2011**         Slip No. 1012341.00       By: J/cd        Rate: 350.00              $525.00
                                                                Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

"Started compiling witnesses list, selecting exhibits to be introduced with witness and testimony.
Documented  Shahin Rezai's testimony and documents and thing produced."  1.5 hrs.

---

**7/18/2011**         Slip No. 1012349.00       By: J/cd       Rate:   Hrs:              $186.90

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Expense: Invoice received from Patricia Sanders for our transcript request for the hearing held on June
22, 2011.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   33

Bill No. **1012160**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe Co.**

---

| 7/19/2011 | Slip No. 1012373.00 | By: J/cd | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with gathering information, facts and exhibits to complete the witness list to be used at trial. 3.0 hrs

Reviewing and gathering exhibits to be used along with Shahin Rezaie and Julio Acosta's testimony. 1.0 hrs

NPP

---

| 7/19/2011 | Slip No. 1012375.00 | By: J/js | Rate: 350.00 Hrs: 3.50 | $1225.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including supplementing exhibits to be used in Shihin Rezai's tesitmony. 1.5 hrs. Extracting and supplementing exhibits to be used in Acosta's testimony. 2.0 hrs. Reviewed CPA's letter. Email to Acosta identifying conflicting percentages for overhead.

NPP

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 7/31/2011   Page No   34

Bill No. **1012160**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/19/2011**          Slip No. 1012376.00          By: J/js          Rate: 350.00          $262.50
                                                                      Hrs: 0.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing
contemporaneous settlement agreements with Shoe Station and Shoe Station/Bestfit. Correlated with
witness list naming Shoe Station as possible witness. Possible double recovery issue based on the
agreement with Shoe Station.

---

**7/20/2011**          Slip No. 1012378.00          By: J/js          Rate: 350.00          $875.00
                                                                      Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation of lost profits
report and testimony outline for Julio Acosta based on the information he provided inclduing Olem's
CPA as to different elements of cost.  Extracted exhibits in support of testimony and reviewed previous
delcaration of Julio Acosta. Circulated report among Olem's representatives, addressed comments.
Engtered clarification of figures on overhead. 1.5 hr.
Compared invoces from WSC for possible price deterioration. Reviewed initial letters from WSC
alleging damages of $230,000.00 for WSC's lost profits. Reviewed Karl Moehring's dpeosition
transcriot for sales testimonv and conceded  expenses. 1.0 hr.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   35

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**7/20/2011**          Slip No. 1012383.00          By: J/cd          Rate:   Hrs:          $90.78

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice No. 20110080 received from Mr. Larry Herr for the transcript of the telephonic hearing held on July 12, 2011 in connection with the above referenced matter.

NPP

---

**7/11/2011**          Slip No. 1012385.00          By: J/cd          Rate: 350.00          $70.00
                                                                      Hrs: 0.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing a letter we have received from CNA regarding supplements to prior reservation of rights and supplementary payments.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>
Olem Shoe Corp.<br>
Mr. Julio Acosta<br>
800 N.W. 21 Street<br>
Miami Florida 33127
</td><td>
<b>INVOICE</b><br>
Bill Date: 7/31/2011   Page No  36<br>
Bill No. <b>1012160</b><br>
Acct.  <b>Olem Shoe Corp.</b><br>
<b>/Litigation/Washington Shoe</b><br>
<b>Co.</b>
</td></tr>
</table>

| 7/20/2011 | Slip No. 1012386.00 | By: J/cd | Rate: 350.00<br>Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Our legal services in connection with preparing and drafting witness list for Shahin Rezaie and Julio Acosta.

---

| 7/20/2011 | Slip No. 1012387.00 | By: J/cd | Rate: 120.00<br>Hrs: 2.50 | $300.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP  Gathering bates stamped exhibits which are referenced in the witness list for Shahin Rezaie and Julio Acosta.  These exhibits and witness list is to be used at trial.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   37

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 7/20/2011 | Slip No. 1012390.00 | By: J/js | Rate: 350.00 Hrs: 0.75 | $262.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing transcript of
telephonic hearing of July12, 2011. Answering client's questions pertaining to hearing on renewed
motion to disqualify Salonga as an expert. Several meails to client explaining Court's rulings.

*NPP*

---

| 7/20/2011 | Slip No. 1012391.00 | By: J/js | Rate: 350.00 Hrs: 1.20 | $420.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including
reviewing second expert report executed by Mr. Salonga and exhibits produced. Reviewing of pertinent
portions of Salonga's prior testimony. Letters to client regarding same and discussion of options.

*NPP
cre*

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 7/31/2011   Page No   38

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/20/2011**          Slip No. 1012392.00          By: J/js          Rate: 350.00          $210.00
                                                                       Hrs: 0.60

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A

NPP   For legal services rendered relating to the above referenced matter including preparing for settlement
agreement conference in front of magistrate Turnoff. Reading several emails from client pertaining to
approach to be taken in reference to presentation of possible solution of controversy. Reviewed notes
of previous mediation conferences.

---

**7/21/2011**          Slip No. 1012397.00          By: J/cd          Rate: 350.00          $210.00
                                                                       Hrs: 0.60

Dkt No. **290350**

NPP   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing attorney Manos reply to Olem's request to stipulate
facts.
Memo to file and communication with associate.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No   39<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.<br>/Litigation/Washington Shoe<br>Co.** |

---

**7/21/2011**            Slip No. 1012400.00            By: J/cd            Rate: 350.00            $700.00
                                                                            Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection reviewing the Second Expert Report by Roel Salonga D.E. 352 which
was filed with the US District Court Southern District of Florida by WSC.  Digesting portions against the
deposition.

*NPP*

---

**7/21/2011**            Slip No. 1012401.00            By: J/cd            Rate: 350.00            $70.00
                                                                            Hrs: 0.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Telephone conference with Robert Bouvatte and discussed the general subject matter for Shahin's
tesitmony and Acosta's lost profits.   .10 hrs

Conference with Goldaper in connection with making arrangements with Goldaper for her
testimony.  .10 hrs

*NPP*

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011  Page No  40

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 7/21/2011 | Slip No. 1012414.00 | By: J/js | Rate: 350.00 | $350.00 |
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewed correspondence
from opposite counsel in reference to motion in limine.
Researched Gener-Villar and RFMAS cases holding that effective date of basic registration holds
notwithstanding supplementary registration.

---

| 7/21/2011 | Slip No. 1012415.00 | By: J/js | Rate: 350.00 | $420.00 |
| | | | Hrs: 1.20 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on derivative
work and second and ninth circuit decisions on the originality requirement for derivative work.
Application to the present case in terms of the 2-d and 3-D adaptation.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   41

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 7/22/2011 | Slip No. 1012416.00 | By: J/js | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including research on originality test for derivative work. Case law bookends, Gracen and Mirage. Durham's 2-prong test as it applies to the 2005 2-dimensional design adn the copyrighted boot designs. Analysis of the elongated dots as part of the manufacturing process.

*CR*

---

| 7/22/2011 | Slip No. 1012417.00 | By: J/js | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing response to second motion in limine, invesitgated Stetson's offering of her designs online, prepared memo on telcon with Stetson and potential call of Sanchelima as witness.

*CR*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011   Page No   42

Bill No. **1012160**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| | | | | |
|---|---|---|---|---|
| **7/22/2011** | Slip No. 1012418.00 | By: J/js | Rate: 350.00<br>Hrs: 0.30 | $105.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including coordinating expert
Goldaper's testimony, letter to Goldaper.  Subject matter for her testimoony extends to likelihood of
confusion and similarity of designs.

CRR

| | | | | |
|---|---|---|---|---|
| **7/22/2011** | Slip No. 1012420.00 | By: J/js | Rate: 350.00<br>Hrs: 1.30 | $455.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including several communications
with Mr. McCormack relating to the Court ordered directive to sit down and discuss the outstanding
reconstruction issues.  Formulating questions rleating to reconsturction of the Ditsy Dots registration.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No  43

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 7/22/2011 | Slip No. 1012433.00 | By: J/cd | Rate:  Hrs: | $0.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, saving, sending to client and making the pertinent annotations to the file regarding D.E. 354 through 354-35.

---

| 7/22/2011 | Slip No. 1012434.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and digesting D.E. 354 through 354-35 which was filed by Washington Shoe Co. in connection with the above referenced matter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011   Page No   44

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/23/2011**        Slip No. 1012438.00        By: J/js        Rate: 350.00        $2100.00
Hrs: 6.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing WSC's motion
in limine and researched authorities cited. Reviewed Court's order[ DE47] partially granting and
partially denying Olem's motion to dismiss in reference to the subject matters claimed to be protected
being a 2-d design on a 3-d useful object (a boot). Parts 1- 3 of WSC's motion in limine [DE 336],
including reviewing Copyright Office circulars for deposit guidlenes.
Reviewed WSC's argument that rejection of question under Rule 411(b)(2) is equivlent to foreclosing
the defense altogether.    2.0 hours.
Reviewied our proposed response, researched derivative works as they apply to 2-d design fixed on 3-

---

**7/24/2011**        Slip No. 1012439.00        By: J/js        Rate: 350.00        $2100.00
Hrs: 6.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing parts 8 though
11 of proposed response memorandum to WSC's motion in limine.
Research, opinion and proposed course of action n the issue of "separate works" and support by our
witnesses' testimony. 1.5 hrs.
Originality of derivative works versus non-derivative work, suitability of ID material submitted to support
Reg. No.  VAu756 950.  Copyright Office circular. 1.5 hrs.
Reviewed copyright Register's opinio, particularly what is meant by "authorship choice? in the context
of Chinese boot manufacturers and teir contribution. 1.0 hr.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

### INVOICE

Bill Date: 7/31/2011    Page No  45

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**7/25/2011**          Slip No. 1012447.00          By: J/cd          Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating
our records with information and copies regarding D.E. 355 WSC Motion for Clarification Regarding
Trial Setting.

NPP

---

**7/25/2011**          Slip No. 1012448.00          By: J/cd          Rate:  Hrs:                    $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal assistant services in connection with downloading, processing, sending to client and updating
our records with information and copies regarding D.E. 356 Order Resetting Trial Date and Granting
Motion for Clarification.

NPP

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No   46<br>Bill No. **1012160**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**7/25/2011**          Slip No. 1012449.00          By: J/cd          Rate: 350.00                    $105.00
                                                                                                    Hrs: 0.30

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting D.E. 356 Order Resetting Trial Date and
Granting Motion for Clarification.  Reviewing calendar regarding changes of new pretrial deadlines.

NPP

---

**7/25/2011**          Slip No. 1012450.00          By: J/cd          Rate: 350.00                    $52.50
                                                                                                    Hrs: 0.15

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting  D.E. 355 WSC Motion for Clarification
Regarding Trial Setting which was filed on Friday, July 22, 2011.

NPP

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 7/31/2011   Page No  47<br>Bill No. **1012160**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**7/25/2011**          Slip No. 1012451.00          By: J/js          Rate: 350.00                    $210.00
                                                                      Hrs: 0.60

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including corespondence with
attorneys Manos and McCormack in reference to court mandated conference regarding reconstruction
of Ditsy Dots registration.  Correspondence to client answering questions regarding same..

---

**7/25/2011**          Slip No. 1012452.00          By: J/js          Rate: 350.00                    $175.00
                                                                      Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing with client
effect of trial date delay and strategy to be followed with respect to pending stipulations. Consideration
of whether 90 day local rule to request adjudication of trade dress portion of motion for summary
judgment.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 7/31/2011    Page No   48

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
Co.

---

**7/26/2011**          Slip No. 1012460.00          By: J/cd          Rate:   Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with downloading,
processing, sending to client and updating our records with information
and copies regarding D.E. 358 Plaintiff/Counter–Defendant Olem Shoe
Corp.'s Memorandum of Law in Opposition to Washington Shoe Motion
NPP in Limine [D.E. 336]

---

**7/26/2011**          Slip No. 1012461.00          By: J/cd          Rate: 350.00          $122.50
                                                                      Hrs: 0.35

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

NPP Our legal services in connection with reviewing and digesting D.E. 358 Plaintiff/Counter–
Defendant Olem Shoe Corp.'s Memorandum of Law in Opposition to
Washington Shoe Motion in Limine [D.E. 336]

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/8/2011  Page No  8

Bill No. **1013098**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 10/26/2011 | Slip No. 1013255.00 | By: J/cd | Rate: 350.00 | $700.00 |
|---|---|---|---|---|
| | | | Hrs: 2.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and supplementing response memorandum.  Providing Mr. Burtein, Mr. Bouvatte and Mr. Olemberg Mr. Sanchelima's opinion regarding same.  Mr. Sanchelima also discussed "work for hire" copyright ownership provisions of the Copyright Act of 1976 (17 USCS 101, 201(b))--with respect to a sculpture on homelessness.

---

| 10/26/2011 | Slip No. 1013256.00 | By: J/cd | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with drafting a second letter to Mr. Briganti in connection with Basic Reg. No. VAu 1007893 (Zebra Supreme-Olem) and Supplementary Reg. No. VA 1-432-334 (Zebra Supreme).  Researching several valid points to be made in connection with exhibits to how evidence.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011   Page No  7

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/25/2011**              Slip No. 1013248.00        By: J/cd        Rate: 350.00              $525.00
                                                                       Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and supplementing our letter to Mr. Briganti in
connection with the above referenced matter.  Review exhibits to be included in said letter and sending
a draft copy to Mr. Burstein and Mr. Olemberg to review same.

---

**10/25/2011**              Slip No. 1013249.00        By: J/cd        Rate: 120.00              $300.00
                                                                       Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with supplementing and making corrections to the letter to
Mr. Briganti.  Gathering several exhibits to be included in said letter.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011    Page No  6

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| **10/24/2011** | Slip No. 1013230.00 | By: J/js | Rate: 350.00 | $700.00 |
|---|---|---|---|---|
| | | | Hrs: 2.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.



For legal services rendered relating to the above referenced matter including preparation of letter to Mr. William Briganti requesting cancelation of copyright Reg. No. VAu 000988278 based on failure to meet comply with statutory formalities and lack of necessary creativity to meet threshold of originality required.

---

| **10/24/2011** | Slip No. 1013234.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

For legal services rendered relating to the above referenced matter including reviewing and annotating response to WSC's motion to supplement memorandum in motion for summary judgment. Selecting exhibits and excerpts of Karl Moehring's deposition to support position.

NPP

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011    Page No  5

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/24/2011**          Slip No. 1013228.00          By: J/js          Rate: 350.00          $350.00
                                                                        Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including reviewed and updated letter to Briganti requesting cancelation of registration VAu 1007893 (Zebra Supreme- Olem) based on failure to comply with statutory formalities of registration and requisite level of creativity to satisfy originality threshold.  Distributed copy to co-counsel and client's representatives with opinion.

---

**10/24/2011**          Slip No. 1013229.00          By: J/js          Rate: 350.00          $700.00
                                                                        Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including preparing letter to Mr. William Briganti, Copyright Office, relating to the cancelation of Reg. No. VAu 756 950 (Ditsy Dots) for failure to comply with statutory requirements and/or its lack of sufficient creativity to satisfy the threshold for originality.  Reviewed Compendium II, regulations and law pertaining to examination of copyright applications.  Reviewed and cited documents filed in court, and part of the record, on position taken by WSC.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011    Page No  4

Bill No. **1013098**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 10/21/2011 | Slip No. 1013204.00 | By: J/cd | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

 Our legal services in connection with attending a post hearing conference discussing the outcome of the hearing and details which occurred during hearing with Mr. Burstein, Bouvatte and Olemberg. Discussed future coarse of action in reference to contacting Mr. Briganti at the Copyright Office.

---

| 10/21/2011 | Slip No. 1013205.00 | By: J/cd | Rate: 350.00 Hrs: 0.25 | $87.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing Mr. Burstein's response to Mr. McCormack regarding motion for summary judgment papers in connection with the above referenced matter.

Npp

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**
Bill Date: 11/8/2011   Page No 3

Bill No. **1013098**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/21/2011**          Slip No. 1013202.00          By: J/cd          Rate: 120.00          $24.00
Hrs: 0.20

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading and reviewing D.E. 372 ORDER granting [371]
Motion for Leave to Supplement Record on Summary Judgment. Signed by Judge Paul C. Huck on
10/21/2011 which was filed by Washington Shoe Company in connection with the above referenced
matter.   Updating attorney records and making the pertinent annotations to the file.

 NPP

---

**10/21/2011**          Slip No. 1013203.00          By: J/cd          Rate: 350.00          $175.00
Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing for today's hearing before Judge C Huck in connection
with the above referenced matter.

NPP

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/8/2011    Page No  2

Bill No. **1013098**

Acct.  **Olem Shoe Corp.**
        **/Litigation/Washington Shoe Co.**

---

**10/17/2011**          Slip No. 1013171.00          By: J/cd          Rate: 350.00                    $1050.00
                                                                        Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

CR

Research on the issue framed by judge guck to be addressed in Friday s hearing.

Invalidity of the Rose Zebra registration.

---

**10/21/2011**          Slip No. 1013201.00          By: J/cd          Rate: 120.00                    $60.00
                                                                        Hrs: 0.50

NPP

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with downaloading and reviewing D.E. 371 MOTION for Leave to File Supplement Record on Summary Judgment by Washington Shoe Corporation(a Washington corporation). (Attachments: # (1) Exhibit A-1, # (2) Exhibit A-2, # (3) Exhibit B)(Tein, Michael) which was filed by Washington Shoe Company in connection with the above referenced matter. Printing a copy of same for Mr. Sancheima's review and for use at the hearing. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | Alhimf Oddqnc98./ 0.1/ 00 , 8.2/ .1/ 00<br>B` r d Mn- / 8, 12383, bc, Gt bj .St qmee' R-C- ER -(<br>BR h  Mn-9D156/ 6/ 1<br>Tax Id - 59-2042637 | **INVOICE**<br>Bill Date: 11/8/2011   Page No  1<br>Bill No. **1013098**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**10/11/2011**   Slip No. 1013098.00   By: J/cd   Rate: 350.00   $350.00
Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with conference call with Mr. Robert Olemberg and Mr. Julio Acosta in connection with reviewing Notice of Hearing issued by Judge Paul C Huck.  Several email communications regarding the closest reference and analyzing issues discussed in connection with the validity of the copyright registrations.

---

**10/17/2011**   Slip No. 1013161.00   By: J/at   Rate:   Hrs:   $69.68

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with regards to the above referenced matter. Documents have been saved to clients file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | Biling Period: 9/01/2011 - 9/30/2011<br>Case No. 09-23494-cd-Huck/Turnoff (S.D. Fla.)<br>Claim No.: E2670702<br>Tax Id - 59-2042637 | Bill Date: 9/30/2011    Page No   1<br>Bill No. **1012952**<br>Acct.  **Olem Shoe Corp.**<br>         **/Litigation/Washington Shoe**<br>         **Co.** |

**9/22/2011**            Slip No. 1012952.00          By: J/cd              Rate:   Hrs:                    $217.99

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Invoice for telephonic conference on July 26, 2011 using Global Crossing.  Invoice No. 90334074433.

*Npp*

**Invoice Total:**      $217.99

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 8/22/2011    Page No  9

Bill No. **1012010**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**8/8/2011**              Slip No. 1012682.00         By: J/cd         Rate:   Hrs:                    $18.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

NPP  Garage parking fee at the Miami Parking Courthouse from 9:30 PM - 16:30 PM on August 8, 2011.

---

Invoice Total:          **$11028.50**

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 8/22/2011    Page No  8<br>Bill No. **1012010**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

**8/5/2011**          Slip No. 1012576.00          By: J/cd          Rate: 350.00          $1050.00
                                                                    Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with travel time and attending meeting with Mr. Manos, Mr.
McCormack, Mr. Burstein and myself at Mr. Manos office regarding pretrial stipulations for the above
referenced matter. Outcome of the meeting, case has been settled.

*N PP*

---

**8/1/2011**          Slip No. 1012589.00          By: J/at          Rate:  Hrs:          $312.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Legal research with Lexis Nexis regarding the above mentioned case matter. Services for the month of
July 2011. (See copy of invoice No. 1107163689 attached).

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 8/22/2011   Page No  7

Bill No. **1012010**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**8/4/2011**          Slip No. 1012566.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with downloading and processing D.E. 362 Minute Entry for proceedings held before Magistrate Judge William C. Turnoff: Settlement Conference held on 8/3/2011 (10:00AM-6:30PM). Settlement Conference continued to Thursday, 8/4/2011 at 10:00 AM in Miami Division before Magistrate Judge William C. Turnoff. (lw1) and D.E. 363 Minute Entry for proceedings held before Magistrate Judge William C. Turnoff: Settlement Conference held on 8/4/2011 (10:00AM -4:10PM). Case Not Settled. (lw1) which has been entered for the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

Npp

---

**8/5/2011**          Slip No. 1012575.00          By: J/cd          Rate: 350.00          $1050.00
                                                                     Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with preparing and extracting documents for meeting with Mr. Manos, Mr. McCormack, Mr. Burstein and myself regarding pretrial stipulations for the above referenced matter.

V

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 8/22/2011    Page No  6

Bill No. **1012010**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 8/3/2011 | Slip No. 1012563.00 | By: J/cd | Rate: 350.00 Hrs: 10.00 | $3500.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with attending settlement conference and negotiations conducted before Magistrate Turnoff in connection with the above referenced matter at C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 11th Floor, Miami, Florida 33128.



NPP

| 8/4/2011 | Slip No. 1012564.00 | By: J/cd | Rate: 350.00 Hrs: 8.00 | $2800.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with continued negotiations conducted before Magistrate Turnoff in connection with the above referenced matter at C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 11th Floor, Miami, Florida 33128.

JPP

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 8/22/2011   Page No  5

Bill No. **1012010**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/3/2011 | Slip No. 1012544.00 | By: J/cd | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with review of documents and files including loss and profits, our last counsel conference, stipulated facts and privilege log to be taken to today's settlement conference with Judge Turnoff regarding the above referenced matter.

NPP

---

| 8/3/2011 | Slip No. 1012545.00 | By: J/cd | Rate: 120.00 Hrs: 1.50 | $180.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal assistant services in connection with gathering, printing and preparing files for today's settlement conference with Judge Turnoff regarding the above referenced matter.

NPP

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 8/22/2011    Page No  4

Bill No. **1012010**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**8/2/2011**              Slip No. 1012536.00          By: J/cd          Rate:   Hrs:              $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with downloading, processing and making annotations to the file
regarding Washington Shoe's Reply to Olem Shoe's Memorandum of Law in Opposition to Washington
Shoe's Motion In Limine [D.E. 336]  which was filed yesterday with the United States District Court
Southern District of Florida for the above referenced matter.



---

**8/2/2011**              Slip No. 1012537.00          By: J/cd          Rate: 350.00          $157.50
                                                                         Hrs: 0.45

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

For legal services rendered relating to the above referenced matter including reviewing and digesting
Washington Shoe's Reply to Olem Shoe's Memorandum of Law in Opposition to Washington Shoe's
Motion In Limine [D.E. 336]



---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | **INVOICE**<br>Bill Date: 8/22/2011   Page No  3<br>Bill No. **1012010**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**8/2/2011**          Slip No. 1012528.00          By: J/cd          Rate:  Hrs:          $0.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.

Our legal services in connection with downloading, processing and making annotations to the file regarding Plaintiff/Counter-Defendant Olem Shoe Corp.'s Reply Memorandum of Law in Further Support of Olem Shoe's Second Motion in Limine [D.E. 337] which was filed yesterday with the United States District Court Southern District of Florida for the above referenced matter.

---

**8/2/2011**          Slip No. 1012529.00          By: J/cd          Rate: 350.00          $175.00
                                                                    Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.

Our legal services in connection with reviewing and digesting Plaintiff/Counter-Defendant Olem Shoe Corp.'s Reply Memorandum of Law in Further Support of Olem Shoe's Second Motion in Limine [D.E. 337] and the exhibits filed.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

**INVOICE**

Bill Date: 8/22/2011    Page No  2

Bill No. **1012010**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 8/2/2011 | Slip No. 1012526.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing reply
memorandum in support of Washington Shoe's motion in limine. Reviewed portions of pleadings cited.
Answers to Washington Shoe's discovery as possible limitation on what could be brought in front of the
jury.  Reviewed two-dimensional counter- argument.

*NPP*

---

| 8/2/2011 | Slip No. 1012527.00 | By: J/js | Rate: 350.00 | $175.00 |
|---|---|---|---|---|
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing Olem's reply in
support of its motion in limine and exhibits attached thereto.  Letters to and from attorney McCormack
in reference to authenticity and admissibility .

*NPP*

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami Florida 33127 | Biling Period: 8/01/2011 - 8/8/2011<br>Case No. 09-23494-cd-Huck/Turnoff (S.D. Fla.)<br>Claim No.: E2670702<br>Tax Id - 59-2042637 |

## INVOICE

Bill Date: 8/22/2011    Page No   1

Bill No. **1012010**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**8/3/2011**                Slip No. 1012010.00          By: J/at          Rate:   Hrs:                    $36.00

Dkt No. **290350**

NPP   Garage parking fee at the Miami Parking Courthouse on August 2, 2011 and August 3, 2011.

---

**8/2/2011**                Slip No. 1012417.00          By: J/js          Rate: 350.00                     $525.00
                                                                           Hrs: 1.50

Dkt No. **290350**

CR   Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing response to
second motion in limine, invesitgated Stetson's offering of her designs online, prepared memo on
telconference with Stetson and potential call of Sanchelima as witness.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   52

Bill No. **1012160**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**7/31/2011**              Slip No. 1012506.00          By: J/js          Rate: 350.00                    $700.00
                                                                          Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including drafting memorandum
outlining all outstanding matters that need to be addressed including a brief description for each.
Details as to possible tactical approaches for each defense.

---

**Invoice Total:**        **$39017.72**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011   Page No   51

Bill No. **1012160**

Acct.   **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| **7/30/2011** | Slip No. 1012504.00 | By: J/js | Rate: 350.00 | $2100.00 |
| --- | --- | --- | --- | --- |
| | | | Hrs: 6.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including drafting reply to attorney
McCormack's letter dated July 28, 2011 in reference to reconstruction of Ditsy Dots.
Compiled history of searches in the Copyright Office for the Ditsy Dots copyright registration, identifying
Bates numbered exhibits to support diligent efforts in exhausting Copyright Office's search resources.
1.5 hrs.
Reviewing Seiler decision on Best Evidence rule as it applies to the facts in this case.  1.0 hr.
Reviewing Robert Moehring's deposition transcript to identify participation, or lack thereof, in the
preparation of the copyright application for Ditsy Dots. 1.0 hr.

---

| **7/31/2011** | Slip No. 1012505.00 | By: J/js | Rate: 350.00 | $1575.00 |
| --- | --- | --- | --- | --- |
| | | | Hrs: 4.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including re-drafting letter to
attorney McCormack..0.5 hrs.
Research on attorney client privilege for communications pertaining to prosecuting copyright
applications .  1.5 hrs.
Researching issues of fraud as it relates to the procurement and maintenance of copyright applications.
1.5 hrs.
Reviewing privilege log to identify any communications prior to December 2009 that would protect
WSC from disclosure of documents. 1.0 hr.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE

Bill Date: 7/31/2011    Page No   50

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 7/29/2011 | Slip No. 1012498.00 | By: J/cd | Rate: 120.00 | $120.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with extracting and organizing documents and letters to and from the Copyright Office for Mr. Sanchelima's response regarding the deposit of Ditsy Dot in connection with the above referenced matter.

---

| 7/29/2011 | Slip No. 1012503.00 | By: J/js | Rate: 350.00 | $787.50 |
|---|---|---|---|---|
| | | | Hrs: 2.25 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing several emails from attorney McCormack pertaining to authenticity issues raised in the motions to strike, production of certified copies and reconstruction issues of the Ditsy Dots copyright registration.  1.25 hrs.
Reviewed proposed declaration and entered comments, proposed amendments. 0.5 hrs.
Replied to attorney McCormack. 0.5 hr.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami Florida 33127

## INVOICE
Bill Date: 7/31/2011   Page No   49

Bill No. **1012160**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 7/26/2011 | Slip No. 1012468.00 | By: J/cd | Rate: 350.00 Hrs: 1.25 | $437.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

 Telephone conference with Mr. Burstein, Mr. Bouvatte, Mr. McCormack and Mr. Manos regarding reconstruction of the Ditsy Dots as per the Court order of April 28, 2011.

NPP

---

| 7/28/2011 | Slip No. 1012493.00 | By: J/cd | Rate:   Hrs: | $103.84 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Invoice received from Global Crossing for conference held on July 12, 2011 with Jesus Sanchelima, Tom Manos, Tim McCormack, Bernardo Burstein and Judge Paul C Huck to discuss renewed motion to strike the
12 affidavit of Roel Salonga and to exclude his testimony in connection with the above referenced matter.

NPP

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**
Bill Date: 11/8/2011    Page No  9
Bill No. **1013098**
Acct.  **Olem Shoe Corp.**
       **/Litigation/Washington Shoe Co.**

| 10/26/2011 | Slip No. 1013260.00 | By: J/cd | Rate: 120.00<br>Hrs: 1.00 | $120.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with gathering exhibits to be included in Briganti's letter regarding (Zebra Supreme) in connection with the above referenced matter.

| 10/27/2011 | Slip No. 1013272.00 | By: J/js | Rate: 350.00<br>Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

For legal services rendered relating to the above referenced matter including updating letter to Briganti based on additional evidence and documents, including preexisting work.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011   Page No   10

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/27/2011**          Slip No. 1013274.00          By: J/cd          Rate: 120.00          $30.00
                                                                        Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with downloading, processing, reviewing and calendaring the Notice of
Telephonic Status Conference D.E. 377 issued by the Court for November 1, 2011 at 12:30 PM for the
above referenced matter.

NPP

---

**10/27/2011**          Slip No. 1013276.00          By: J/cd          Rate: 350.00          $350.00
                                                                        Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with supplements made to Mr. Briganti's letter and exhibits to be
added to said letter.  Circulating same through Mr. Burstein, Mr. Bouvtte and Mr. Olemberg for their
comments and or request for changes.

CR

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

# INVOICE

Bill Date: 11/8/2011    Page No  11

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**10/27/2011**          Slip No. 1013277.00          By: J/cd          Rate: 350.00          $175.00
                                                                        Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing Unopposed MOTION for Leave to File Supplement to Summary Judgment Record by Washington Shoe Corporation. (Attachments: # (1) Exhibit Ditsy Dots Copyright Registration, # (2) Exhibit Rose Zebra Supreme Copyright Registration, # (3) Exhibit Zebra Supreme Copyright Registration, # (4) Text of Proposed Order) which was filed on October 25, 2011, with the United States District Court Southern District of Florida for the above referenced matter.

---

**10/27/2011**          Slip No. 1013278.00          By: J/cd          Rate: 350.00          $87.50
                                                                        Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing RESPONSE to Motion re [371] MOTION for Leave to File Supplement Record on Summary Judgment filed by Olem Shoe Corporation. Replies due by 11/4/2011.  which was filed on October 25, 2011, with the United States District Court Southern District of Florida for the above referenced matter.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011   Page No   12

Bill No. **1013098**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**10/27/2011**          Slip No. 1013280.00          By: J/cd          Rate: 350.00                    $245.00
                                                                       Hrs: 0.70

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our legal services in connection with reviewing Order Granting Washington Shoe Company's
Unopposed Motion for Leave to Supplement the Summary Judgment Record.  Discussed same with
Mr. Burstein, Mr Bouvatte and Mr. Olemberg.

---

**10/31/2011**          Slip No. 1013304.00          By: J/cd          Rate: 350.00                    $875.00
                                                                       Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with Mr. Sanchelima's time coordinating all exhibits to coordinate and
be referenced in the same order for all three letters to Mr. Briganti in connection with the above
referenced matter. Updating attorney records and making the pertinent annotations to the file.

*NPP*

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 11/8/2011   Page No  13<br>Bill No. **1013098**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**10/31/2011**           Slip No. 1013305.00         By: J/cd          Rate: 120.00                      $840.00
                                                                      Hrs: 7.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with supplementing, typing in corrections and supplementing the three
(3) letters to Mr. Briganti on Friday, October 28, 2011, in connection with the above referenced matter.
Printing all exhibits to coordinate with all three letters, updating attorney records and making the
pertinent annotations to the file.

*CR*

---

**11/2/2011**           Slip No. 1013327.00         By: J/cd          Rate: 350.00                      $350.00
                                                                      Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with getting prepared and organized for our hearing via telephone with
Judge Paul C Huck in connection with a status conference on November 2, 2011,  in connection with
the above referenced matter.

*NPP*

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/8/2011   Page No   14

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**11/2/2011**          Slip No. 1013329.00          By: J/cd          Rate: 350.00          $1050.00
                                                                     Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with sending, responding and replying to several email communications between yesterday and today in connection with Basis for Cancelation and transmittal letter to be sent to Briganti.  Explained to Mr. Olemberg the reason for the letter as well as the expected outcome.   Discussed Section 411(b)(2)  with Burstein as well as the fact that Briganti appears to have proceed under 37 CFR 201.7(b)(3).

---

**11/2/2011**          Slip No. 1013330.00          By: J/cd          Rate: 350.00          $175.00
                                                                     Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with preparing and drafting an email communication to McCormck which was sent yesterday, November 1, 2011, in connection with asking for the Form CA application that McCormack had to file in order to obtain the supplemental registration? The transmittal letter to the Copyright Office. Or the Office did not require one this time? Mr. Sanchelima has asled that McCormack produce any and all documents and physical items ( as well as the identities of those who provided you the information on what "might have happened" ) you relied in the speculative version of the sequence of events you conveyed to the Copyright Office.

---

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/8/2011   Page No  15

Bill No. **1013098**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**11/4/2011**         Slip No. 1013344.00         By: J/js         Rate: 350.00         $700.00
                                                                   Hrs: 2.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.



For legal services rendered relating to the above referenced matter including reviewing fourth amended complaint and exhibits.  Several communications with Burstein's firm and emails with client.  Reviewed Exhibits A through H. Discussed possibility of using interlineation versus a an amended counterclaim.

---

**11/5/2011**         Slip No. 1013351.00         By: J/js         Rate: 350.00         $262.50
                                                                   Hrs: 0.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including attending telephonic status conference at 11:00 AM with judge Huck relating to issues on validity of Rose Zebra Supreme and possible course of action to proceed with the litigation. 0.5 hrs. Conference with client and Burstein's firm post conference. 0.15 hrs.  to discuss results of conference and plan for possible avenues to be taken by WSC.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

# INVOICE

Bill Date: 11/8/2011     Page No   16

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/5/2011 | Slip No. 1013352.00 | By: J/js | Rate: 350.00 | $175.00 |
|---|---|---|---|---|
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including attending follow up status conference with judge Huck on Rose Zebra cause of action and election by WSC to pursue its Rose Zebra Supreme claim.  Conference with client and Burstein's firm post- hearing conference with client.

---

| 11/7/2011 | Slip No. 1013355.00 | By: J/cd | Rate: 120.00 | $60.00 |
|---|---|---|---|---|
| | | | Hrs: 0.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, updating records and circulating D.E. 379 and D.E. 380 in connection with Civil Minutes entered by court reporter Diane Miller in connection with the above referenced matter.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE
Bill Date: 11/8/2011    Page No   17

Bill No. **1013098**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**11/7/2011**              Slip No. 1013362.00        By: J/cd         Rate: 350.00                    $262.50
                                                                       Hrs: 0.75

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with telephonic conference with Mr. Bouvatte in connection with the
letter to be sent to Mr. Briganti as well as the exhibits to be included.

---

**11/7/2011**              Slip No. 1013363.00        By: J/cd         Rate: 350.00                    $1050.00
                                                                       Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with several email communications with Mr. Olemberg, Mr. Burstein
and Mr. Bouvatte in connection with the letter to Briganti, procedures and the copyright registrations.
Several revisions and supplements made to the letter with Briganti.  Updated records regarding the
exchange today and instructions from the client, we understand that we will not challenge the copyright
registrations for the Ditsy Dots or the Zebra Supreme.  We will only challenge the Rose Zebra
Supreme.  Updated attorney records and made the pertinent annotations to the file.

---

                                                        **Invoice Total:**        **$13473.68**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

Biling Period: 11/1/2011 - 11/30/2011
Case No. 09-23494-cd-Huck/Turnoff (S.D. Fla.)
Claim No. E2670702
Tax ID - 59-2042637

**INVOICE**
Bill Date: 11/30/2011   Page No   1
Bill No. **1013371**
Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

**11/8/2011**          Slip No. 1013371.00          By: J/cd          Rate: 120.00          $780.00
                                                                      Hrs: 6.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with supplementing, making changes and corrections to our letter to Mr. Briganti.  Reviewing the listed exhibits to be included as well as the corresponding D.E., page and paragraph references.

---

**11/8/2011**          Slip No. 1013372.00          By: J/cd          Rate: 120.00          $300.00
                                                                      Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with collecting and collating exhibits to be included in our letter to Briganti.  Preparing and drafting a List of Exhibits.  Prepared and drafted the Agreement to be bound by protective Order for Mr. Briganti as well as located and saved a copy of the Protective Order to be sent to Briganti.  Updated attorney records and made the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

<table>
<tr><td>

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

</td><td>

**INVOICE**

Bill Date: 11/30/2011 Page No 2

Bill No. **1013371**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

</td></tr>
</table>

---

**11/8/2011**          Slip No. 1013373.00          By: J/cd          Rate: 350.00          $350.00
                                                                     Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

Mr. Sanchelima's time reviewing the first portion of the letter to be sent to Mr. Briganti along with
Exhibits A-E in connection with said letter. Updating attorney records and making the pertinent
annotations to the file .

---

**11/9/2011**          Slip No. 1013383.00          By: J/cd          Rate: 120.00          $600.00
                                                                     Hrs: 5.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** \*\*\* U.S.A.

Our paralegal services in connection with finalizing and sending the completed letter to Briganti, along with
the corresponding exhibits.  Divided the exhibits to avoid bandwidth issues via email.   Sent same in 5
separate email communications to Briganti.  Additionally, drafted an Agreement to Be Bound By
Protective Order for Briganti and prepare and sent a separate email communication with the draft
agreement and Stipulated Protective Order [D.E. 53] filed with the United States District Court Southern
District of Florida for the above referenced matter on April 14, 2011. Updated attorney records and
made the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011 Page No  3

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/9/2011 | Slip No. 1013384.00 | By: J/cd | Rate: 350.00 Hrs: 4.00 | $1400.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with supplementing and responding to emails between Bouvatte, Olemberg and Burstein in connection with our letter to Briganti.  Finalized and reviewed the final exhibits to be included A-Q.

---

| 11/9/2011 | Slip No. 1013385.00 | By: J/cd | Rate: 350.00 Hrs: 9.00 | $3150.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing the deposition transcripts of Roel Salonga (both), Bree Brewer and Robert Moehring in connection with Exhibit H to be included in the exhibits with Mr. Briganti's letter.  Review of the 4th Amended Counterclaim. Several email communications with Burstein, Bouvatte and Olemberg regarding same.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011 Page No  4

Bill No. **1013371**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 11/10/2011 | Slip No. 1013396.00 | By: J/cd | Rate: 350.00 Hrs: 1.50 | $525.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the transcript received from Burstein's office.   Mr. Sanchelima corresponded with Mr. Burstein regarding Statutory Damages election by WSC and explained thay it will depend on the what Huck approves as jury instructions (how many infringements, i.e. diff. colors, shipments, etc.) and whether it was inadvertent ($750-$30K) or innocent (zero).  I have updated attorney records and made the pertinent annotations to the file.

| 11/10/2011 | Slip No. 1013398.00 | By: J/cd | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing 4th amended counter claim and comparing to third amended counter claim. Studied amendments that would be required to the Affirmative Defenses in view of the latest corrections.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011 Page No 5

Bill No. **1013371**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**11/10/2011**     Slip No. 1013399.00     By: J/js     Rate: 350.00     $175.00
Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing the November 4, 2011 hearing.

*NPP*

---

**11/10/2011**     Slip No. 1013401.00     By: J/js     Rate: 350.00     $350.00
Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing and amending proposed Affirmative Defenses.

*NPP*
*crur*

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/30/2011  Page No  6

Bill No. **1013371**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/11/2011 | Slip No. 1013405.00 | By: J/cd | Rate: 350.00 | $525.00 |
|---|---|---|---|---|
| | | | Hrs: 1.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with reviewing and making comments and suggestions to Olem Shoe Corp Answer and affirmative defenses.  Reviewing the transcript for the hearing.  Updating files and making annotations to the file.

---

| 11/14/2011 | Slip No. 1013421.00 | By: J/cd | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with reviewing the Affidavit of Timothy McCormack which has been served upon the office of General Counsel at the US Copyright Office.  Reviewed the attached exhibits and the transcript pages he has included.  Updated attorney records and made the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/30/2011 Page No 7

Bill No. **1013371**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

11/14/2011          Slip No. 1013422.00          By: J/cd          Rate: 350.00          $175.00
                                                                     Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the Affidavit of William Briganti.   Reviewing the attached exhibits and letter to Mr. Briganti.  Updated attorney records and made the pertinent annotations to the file.

---

11/14/2011          Slip No. 1013425.00          By: J/js          Rate: 350.00          $437.50
                                                                     Hrs: 1.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewed discovery for damages issues. Outline on strategy to defend damages and lost profits.  Statutory damages election. Attorneys' fees and costs.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011  Page No  8

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| **11/14/2011** | Slip No. 1013426.00 | By: J/js | Rate: 350.00 Hrs: 0.20 | $70.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewed order denying extension of time. Prior correspondence with co-counsel in connection with our position on the issue. Recommendation on how to proceed and possible consequences of not filing affidavit.  Whether Olem withheld consent.

NPP

---

| **11/15/2011** | Slip No. 1013434.00 | By: J/js | Rate: 350.00 Hrs: 2.00 | $700.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including investigating the issues relating to damages including review of the pertinent discovery documents. Communications with Burstein and Robert Olemberg relating to the damages issues, including lost profits and potential price erosion. Reviewed admissibility of evidence issues.  Reviewed depo transcirpt of Karl Moehring, answers to interrogatories and requests for admissions, as well as initial disclosures.

CR
UR

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
**235 S.W Le Jeune Road · Miami, Florida 33134-1762**

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

<table>
<tr><td>
Olem Shoe Corp.<br>
Mr. Julio Acosta<br>
800 N.W. 21 Street<br>
Miami FL 33127
</td>
<td>
<b>INVOICE</b><br>
Bill Date: 11/30/2011 Page No  9<br>
Bill No. <b>1013371</b><br>
Acct.  <b>Olem Shoe Corp.</b><br>
<b>/Litigation/Washington Shoe Co.</b>
</td></tr>
</table>

| 11/15/2011 | Slip No. 1013447.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with several email communications regarding Final Issues for Trial. Settlement regarding shoe station.  Forwarding copies of letters from McCormack's office regarding productions of additional defendant documents. Mr. Sanchelima stated that an alternative for a measure of damages is a reasonable royalty probably in the neighborhood of 5% of net sales. Updated attorney records and made the pertinent annotations to file.

---

| 11/17/2011 | Slip No. 1013479.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with reviewing and digesting McCormack's UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE AFFIDAVIT FROM THE UNITED STATES COPYRIGHT OFFICE. Discussing same with Mr. Olemberg and Mr. Burstein.  Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011  Page No  10

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**11/17/2011**          Slip No. 1013480.00          By: J/cd          Rate: 120.00                    $60.00
                                                                       Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our paralegal services in connection with downloading, updating records and sending a copy of DE. 388 McCormack's UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE AFFIDAVIT FROM THE UNITED STATES COPYRIGHT OFFICE to Olem Shoe.  Updating attorney records and making the pertinent annotations to the file.

---

**11/17/2011**          Slip No. 1013487.00          By: J/js          Rate: 350.00                    $175.00
                                                                       Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research damages related correspondence. Conference with R. Olemberg in reference to possible scenarios for damages and WSC's evidence. Discussed statutory damages and attorneys' fees' exposure. Prepare several emails ansering questions relating to the case.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE
Bill Date: 11/30/2011  Page No  11

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/21/2011 | Slip No. 1013518.00 | By: J/cd | Rate: 350.00 | $350.00 |
| --- | --- | --- | --- | --- |
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our legal services in connection with several email communications to Olemberg and Burstein
regarding Briganti's Declaration and McCormacks New Declaration.............................................

---

| 11/22/2011 | Slip No. 1013520.00 | By: J/js | Rate: 350.00 | $262.50 |
| --- | --- | --- | --- | --- |
| | | | Hrs: 0.75 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including review of Briganti's
affidavit and rendering opinion to client and co-counsel. Discussed course of action to be followed.
Preservation of objections through a proffer.  Conference with Examiner Carol Franco, Copyright
Office, in reference to message left for Mr. Briganti and Mr. Ashley, in connection with the submission
of evidence relating to the invalidity of the Rose Zebra Supreme registration.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/30/2011 Page No  12

Bill No. **1013371**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

**11/22/2011**          Slip No. 1013527.00          By: J/cd          Rate:120.00  Hrs:0.79          $95.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with processing D.E. 390, 390-1 and 390-2 (Notice, Exhibits and Affidavit of U.S. Copyright Office) in connection with the above referenced matter to Olem Shoe Corp and Mr. Burstein via email.  Updating attorney records and making the pertinent annotations to the file.

---

**11/22/2011**          Slip No. 1013528.00          By: J/cd          Rate: 350.00          $350.00
                                                                        Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting the information in D.E. 390, 390-1 and 390-2 (Notice, Exhibits and Affidavit of U.S. Copyright Office) in connection with the above referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

## Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE
Bill Date: 11/30/2011 Page No  13

Bill No. **1013371**

Acct. **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 11/22/2011 | Slip No. 1013529.00 | By: J/cd | Rate:120.00 Hrs:0.79 | $95.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with processing D.E. 31 (Notice of Unavailability) in connection with the above referenced matter to Olem Shoe Corp and Mr. Burstein via email.  Updating attorney records and making the pertinent annotations to the file.

---

| 11/22/2011 | Slip No. 1013533.00 | By: J/cd | Rate: 350.00 Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with supplements and amendments made to Olem's Objection to Notice of Filing Affidavit of U.S. Copyright Office. Updating attorney records and making the pertinent annotations to the file.

**Sanchelima & Associates, P.A.**
Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 11/30/2011 Page No  14

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**11/23/2011**          Slip No. 1013553.00          By: J/cd          Rate: 120.00          $60:00
                                                                        Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.

Our paralegal services in connection with processing a Notice of Hearing entered by Judge Huck in connection with a status conference regarding the above mentioned case.  Entering hearing into our calendar for Mr. Sanchelima's availability.  Processing same to Olem via email and making the pertinent annotations to the file.

NPP

---

**11/26/2011**          Slip No. 1013557.00          By: J/js          Rate: 350.00          $350.00
                                                                        Hrs: 1.00

Dkt No. **290350**

CR

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including research on lost profits and damages for copyright infringement actions and statutory damages. Reviewed different discovery submissions by WSC and answered questions formualted by client.  Preparation for damages trial mateiral.

---

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011  Page No  15

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 11/28/2011 | Slip No. 1013571.00 | By: J/cd | Rate: 350.00 Hrs: 2.50 | $875.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing documents, affidavits and pleadings in preparation for tomorrows hearing. Updating records and making annotations in preparation of hearing.

*NPP*

---

| 11/28/2011 | Slip No. 1013573.00 | By: J/ | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including preparation for status conference with Judge Huck in regarding the new addition of the Rose Zebra Supreme copyright registration. Issues of admissibility, Best Evidence Rule and Best Copy. Conference with attorneys Burstein and Bouvette.

*CR*

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 11/30/2011  Page No  16

Bill No. **1013371**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| **11/29/2011** | Slip No. 1013579.00 | By: J/cd | Rate: 350.00 | $875.00 |
|---|---|---|---|---|
| | | | Hrs: 2.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with attending hearing as scheduled for today for a status conference by Judge Huck.  Meeting with Olemberg and Burstein at Olem Shoe to discuss the hearing further. Updating attorney records and making the pertinent annotations to the file.

NPP

---

| **11/29/2011** | Slip No. 1013580.00 | By: J/cd | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the Counterclaim's and most recent declaration by Mr. Briganti for the hearing.  Several email communications to Mr. Olemberg regarding Roadblockers and the Best Evidence Rule, FRE 104.  Reopening discovery and Acost's testimony as well as WSC's initial disclosures.

NPP

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 11/30/2011 Page No 17<br><br>Bill No. **1013371**<br><br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**11/30/2011**     Slip No. 1013587.00     By: J/cd     Rate: 350.00     $525.00
                                                        Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with several email communications between Mr. Sanchelima, Mr. Olemberg, Mr. Burstein and Mr. Bouvatte in connection with declassification of documents. Decision of the Zebra Rose and the estoppel issue. Updating attorney records and making the pertinent annotations to the file.

---

**Invoice Total:**     **$16760.00**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | | |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | Biling Period: 12/1/2011 - 12/23/2011<br>Case No. 09-23494-cd-Huck/Turnoff (S.D. Fla.)<br>Claim No. E2670702<br>Tax ID - 59-2042637 | **INVOICE**<br>Bill Date: 12/23/2011 Page No  1<br>Bill No. **1013590**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**12/1/2011**          Slip No. 1013590.00          By: J/          Rate: 350.00          $350.00
                                                                        Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including reviewing judge Huck's scheduling order, reference to paragraphs 6 through 8 of Olem's affirmative defenses.  Prepared communication to R. Bouvatte with outline for motion for summary judgment including procedure under Best Evidence Rule ( FRE 104) and following Seiler decision. Copy to client reporting strategy to be followed.

---

**12/1/2011**          Slip No. 1013610.00          By: J/cd          Rate: 120.00          $60.00
                                                                        Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with reviewing and entering new deadlines for the most recent order D.E. 395 entered by Judge Huck in connection with the above referenced matter.  Clearing Mr. Sanchelima's calendar and updating records.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

### INVOICE

Bill Date: 12/23/2011  Page No  2

Bill No. **1013590**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 12/2/2011 | Slip No. 1013620.00 | By: J/cd | Rate: 350.00 | $122.50 |
|---|---|---|---|---|
| | | | Hrs: 0.35 | |

Dkt No. **290350**

*NPP*
*US*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with teleconference with Mr. Briganti in connection with the 11 page
report in reference with the Rose Zebra Supreme issue.

*NPP*
*US*
*CRR*

| 12/3/2011 | Slip No. 1013631.00 | By: J/js | Rate: 350.00 | $402.50 |
|---|---|---|---|---|
| | | | Hrs: 1.15 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including
review of material on Rose Zebra and WSC's production to supplement draft on Statement of Material
Facts. Declaration of Julio Acosta, and other admissions in the documents produced including emails
with WSC's suppliers.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 12/23/2011 Page No 3

Bill No. **1013590**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 12/4/2011 | Slip No. 1013632.00 | By: J/js | Rate: 350.00 Hrs: 3.00 | $1050.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including research on preexisting work case law to not require work or material to have been published, registered or be part of the public domain. Reviewing Montgomery case. Law review articles leading to case law on joint authorship for manuscripts as preexisting work. Wessemann v. Free and Marurizio cases analyzed and report to co-counsel.
Reviewed order on motions for partial summary judgment and analyzed issue of preexisting work definition as adopted by the Court. Reviewed Congresssional record on 1976 Copyright Act.

---

| 12/5/2011 | Slip No. 1013633.00 | By: J/js | Rate: 350.00 Hrs: 1.00 | $350.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
Your Reference: N/A
For legal services rendered relating to the above referenced matter including reviewing Montgomery v. Noga case cited in order. Marked Order with comments on hte differences for originality with Sherry decision. Judhe Huck's reasoning for originlity based on Prince Group case upholding polka dots design's copyright. Difference of non-uniform distances in dots.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 12/23/2011 Page No 4<br><br>Bill No. **1013590**<br><br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|

---

| 12/5/2011 | Slip No. 1013634.00 | By: J/cd | Rate: 350.00<br>Hrs: 2.00 | $700.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting Judge Huck's ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT in connection with the above referenced matter. Reviewing exhibits and cited references mentioned in said motion.

---

| 12/5/2011 | Slip No. 1013635.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.25 | $87.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and entering important dates included in DE. 395 ORDER SETTING EXPEDITED BRIEFING FOR SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT entered by Judge Huck in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 12/23/2011 Page No  5<br>Bill No. **1013590**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**12/6/2011**          Slip No. 1013700.00          By: J/cd          Rate: 350.00          $1050.00
                                                                      Hrs: 3.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with comments to Burstein regarding PLAINTIFF/COUNTER-
DEFENDANT OLEM SHOE CORP.'S  SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT.
Added footnotes and supplemented the latest version received from Burstein.

---

**12/8/2011**          Slip No. 1013804.00          By: J/cd          Rate: 350.00          $350.00
                                                                      Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with Reviewing last version of the Motion for Summary Judgment.
Research on evidentiary issues.  Updating attorney records and making the pertinent annotations to
the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 12/23/2011 Page No 6

Bill No. **1013590**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 12/8/2011 | Slip No. 1013805.00 | By: J/cd | Rate: 350.00 Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the filed version of D.E. 398 PLAINTIFF/COUNTER-DEFENDANT OLEM SHOE CORP.'S SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT and the exhibits filed with said Motion. Updating attorney records and making the pertinent annotations to the file.

| 12/8/2011 | Slip No. 1013807.00 | By: J/cd | Rate: 350.00 Hrs: 0.60 | $210.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the filed version of D.E. 399 OLEM SHOE CORP.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT and the exhibits filed with said Motion. Updating attorney records and making the pertinent annotations to the file.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 12/23/2011 Page No 7

Bill No. **1013590**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 12/8/2011 | Slip No. 1013808.00 | By: J/cd | Rate: 350.00 | $350.00 |
| | | | Hrs: 1.00 | |

Dkt No. **290350**

*NPD*
*US*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 400 WSC'S SUPPLEMENTAL MOTION FOR
SUMMARY JUDGMENT AND MEMORANDUM OF LAW and the exhibits filed with said Motion.
Updating attorney records and making the pertinent annotations to the file.

---

| 12/8/2011 | Slip No. 1013809.00 | By: J/cd | Rate: 350.00 | $350.00 |
| | | | Hrs: 1.00 | |

Dkt No. **290350**

*NPD*
*US*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 401 WSC'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT and the exhibits filed with said Motion.
Updating attorney records and making the pertinent annotations to the file.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 12/23/2011  Page No  8

Bill No. **1013590**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**12/8/2011**          Slip No. 1013816.00        By: J/js          Rate: 350.00                    $175.00
                                                                    Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

*CR*
*NPP*

For legal services rendered relating to the above referenced matter including reviewing Salonga's second deposition transcript (May 20, 2011) for admission that he had not participated in the preparation and filing of the 2007 VA copyright application certified by Robert Moehring.

*US*

---

*NPP*
*WS*

**12/9/2011**          Slip No. 1013834.00        By: J/cd          Rate: 350.00                    $525.00
                                                                    Hrs: 1.50

Dkt No. **290350**

*CR*
Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)  ***  U.S.A.**

Our legal services in connection with discussing several issues found in D.E. 401 WSC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT with Mr Burstein and Mr. Bouvatte such as Roel Salonga did not participate in the preparation of the 2007 VA application, Adjustments in production, changes from manufacturer to manufacturer as well as other Rose Zebra patterns. Updating records regarding same.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 12/23/2011  Page No  9

Bill No. **1013590**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

12/14/2011          Slip No. 1013859.00      By: J/cd          Rate: 350.00          $350.00
                                                               Hrs: 1.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E. 403 PLAINTIFF/COUNTER-DEFENDANT'S
RESPONSES TO WASHINGTON SHOE CO.'S STATEMENT OF MATERIAL FACTS IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT and its exhibits.  Updating records and making the
pertinent annotations to the file.

---

12/15/2011          Slip No. 1013874.00      By: J/cd          Rate: 350.00          $175.00
                                                               Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing the filed version of D.E. 403 PLAINTIFF/COUNTER-
DEFENDANT'S RESPONSES TO WASHINGTON SHOE CO.'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENTwhich was filed with the United States
District Court, Southern District of Florida in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 12/23/2011  Page No   10

Bill No. **1013590**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 12/15/2011 | Slip No. 1013875.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.40 | $490.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** ***  U.S.A.

*NPP*
*US*
*CR*

Our legal services in connection with reviewing the filed version of D.E. 404 PLAINTIFF/COUNTER-DEFENDANT OLEM SHOE CORP.'S MEMORANDUM OF LAW IN OPPOSITION TO WASHINGTON SHOE CO.'S which was filed with the United States District Court, Southern District of Florida in connection with the above referenced matter.

---

| 12/15/2011 | Slip No. 1013876.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.90 | $665.00 |

Dkt No. **290350**

*NPP*
*US*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** ***  U.S.A.

Our legal services in connection with reviewing the filed version of  D.E. 405 DEFENDANT / COUNTER-PLAINTIFF WASHINGTON SHOE COMPANY'S RESPONSE TO OLEM'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT which was filed with the United States District Court, Southern District of Florida in connection with the above referenced matter.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

### Patents, Trademarks & Copyrights
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 12/23/2011  Page No   11

Bill **No. 1013590**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 12/16/2011 | Slip No. 1013881.00 | By: J/js | Rate: 350.00<br>Hrs: 2.50 | $875.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including reviewing WSC's response to our motion for summary judgment and report to Robert Bouvatte, Esq. - co-counsel firm in reference to counter arguments to defenses asserted.  These include issues relating to the deposits, publication and burden of porduction of evidence.

---

| 12/16/2011 | Slip No. 1013886.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.75 | $262.50 |

Dkt No. **290350uiries.**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparing, drafting and sending a letter to Mr. Ruwe from the Copyright Office in connection with lost deposits by the Copyright Office.  Asked to be notified of changes being made instead of having to periodically order certified copies as well as other inquiries.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 12/23/2011  Page No  12

Bill No. **1013590**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**12/20/2011**          Slip No. 1013912.00          By: J/cd          Rate: 350.00          $525.00
                                                                       Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing D.E. 410 WASHINGTON SHOE COMPANY'S REPLY
TO OLEM'S OPPOSITION TO WASHINGTON SHOE'S SUPPLEMENT TO MOTION FOR SUMMARY
JUDGMENT.  Making annotations and obtaining information from said reply.  Updating attorney
records with pertinent information.

CR
NPP
US

---

**Invoice Total:**          **$9650.00**

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| | | **INVOICE** |
|---|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | Biling Period: 1/9/2012 - 1/24/2012<br>Case No. 09-23494-cd-Huck/Bandstra (S.D. Fla.)<br>Claim No. E2670702<br>Tax ID - 59-2042637 | Bill Date: 1/24/2012   Page No  1<br><br>Bill No. **1013806**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**01/09/2012**          Slip No. 1013806.00          By: J/at          Rate:   Hrs:                    $40.48

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Quarterly statement for Pacer. Several documents have been downloaded during the last quarter with regards to the above referenced matter. Documents have been saved to clients file.

---

**1/2/2012**          Slip No. 1014026.00          By: J/cd          Rate: 120.00                 $60.00
                                                                     Hrs: 0.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, processing, sending to Mr. Olemberg via email, updating records, calendar and making the pertinent annotations to the file regarding D.E. 412 Status Conference to be held Tuesday, January 3, 2012 at 11:15 am in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012   Page No  2

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**1/3/2012**           Slip No. 1014032.00      By: J/cd       Rate: 350.00              $262.50
                                                               Hrs: 0.75

Dkt No. 290350

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Attending Status Conference via telephone as requested by Judge Huck in connection with the above
referenced matter.  Updating attorney records and making the pertinent annotations to the file.

---

**1/3/2012**           Slip No. 1014033.00      By: J/cd       Rate: 350.00              $875.00
                                                               Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

Our legal services in connection with several email communications between Mr. Sanchelima with Mr.
Burstein as well as Mr. Acosta in connection with Canceled PO in 2009.  Documents specifically
relating to direct damages including answer to Int. No. 1 of Second Set of Interrogatories.  WSC's
settlement documents with Shoe Station.
Research on factors to be considered for statutory damages in copyright cases.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 1/24/2012   Page No  3<br>Bill No. **1013806**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |

---

| 1/3/2012 | Slip No. 1014034.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.50 | $525.00 |
|---|---|---|---|---|

Dkt No. **290350**

*NPP*
*US*
*CR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with several email communication between Mr. Sanchelima, Mr. Burtsein and Mr. Oleberg regarding Affidavit required by Mr. Ruwe from the Copyright Office in connection with resuscitated 2007 registration. Discussing McCormack's Notice of Intent to File Re-Issued Copyright Registration from the United States Copyright Office.

---

*US*
*NPP*
*CRR*

| 1/4/2012 | Slip No. 1014048.00 | By: J/cd | Rate: 120.00<br>Hrs: 0.25 | $30.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, sending to Olem and updating records and calendar regarding D.E. 415 Order of Reference to Magistrate Judge For Settlement Conference which was entered by Judge Paul C Huck in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012    Page No  4

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/4/2012 | Slip No. 1014050.00 | By: J/cd | Rate: 120.00 Hrs: 0.25 | $30.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading, processing and updating records with D.E. 416 Washington Shoe's Notice of Pending Motions in Limine which was filed by WSC in connection with the above referenced matter.

---

| 1/5/2012 | Slip No. 1014066.00 | By: J/cd | Rate: 350.00 Hrs: 1.00 | $350.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting the Declaration of Steven Ruwe which was received in connection with the above referenced matter. Updating records and discussing same with Mr. Burstein.

---

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 1/24/2012  Page No  5<br>Bill No. **1013806**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |
|---|---|

---

| 1/5/2012 | Slip No. 1014067.00 | By: J/cd | Rate: 350.00<br>Hrs: 1.20 | $420.00 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and digesting D.E. 419 Washington Shoe's Memorandum on Damages which was filed by WSC in connection with the above referenced matter. Sending a copy to our client regarding same.

---

| 1/5/2012 | Slip No. 1014068.00 | By: J/cd | Rate: 350.00<br>Hrs: 0.15 | $52.50 |
|---|---|---|---|---|

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Our legal services in connection with reviewing and updating our file with D.E. 418 Order Denying Without Prejudice Motion in Limine.  Sending copy of same to client.  Updating records and making annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012   Page No  6

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/5/2012 | Slip No. 1014069.00 | By: J/cd | Rate: 350.00 | $332.50 |
|---|---|---|---|---|
| | | | Hrs: 0.95 | |

Dkt No. 290350

*CRR* Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

*NPP*  Our legal services in connection with reviewing and making annotations regarding D.E. 417 Order On
Supplemental Cross-Motions For Summary Judgment which was entered by Judge Huck in connection
*US*  with the above referenced matter.  Sent copy of same to Mr. Olemberg.

---

| 1/6/2012 | Slip No. 1014082.00 | By: J/cd | Rate: 120.00 | $300.00 |
|---|---|---|---|---|
| | | | Hrs: 2.50 | |

*CRR*
*VR*  Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.
*US*
Our legal services in connection with obtaining docket information, Briefs, Orders of Dimissal, Case
Status and Denied Motion for Summary Judgment for Barefoot Tess, LLC v. Washington Shoe
Company (Case No. 1:09-cv-02683-WDQ), Washington Shoe Company v. Town Shoes LTD (Case No.
2:09-cv-00434-RSM) and Express, LLC v. Forever 21, Inc. Case No. (2:09-cv-04514-ODW-VBK).

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

# INVOICE

Bill Date: 1/24/2012   Page No  7

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/8/2012 | Slip No. 1014083.00 | By: J/js | Rate: 350.00 Hrs: 6.00 | $2100.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including reviewing Olem Shoe's proposed pre-trial exhibits including invoices from the 15 customers selected. Determining critical dates for infringement.  Reviewed proposed list of exhibits submitted by WSC.  Prepared memoranda to discuss objections to be presented for proposed documents.  Reviewed several communications from lead counsel and client's representatives.

---

| 1/9/2012 | Slip No. 1014084.00 | By: J/js | Rate: 350.00 Hrs: 8.00 | $2800.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

For legal services rendered relating to the above referenced matter including continued reviewing WSC's exhibits, proposed pre-trial stipulations.  Discussed several points with lead counsel. Reviewed proposed  jury instructions and  verdict form.  Research on pattern jury instructions from the 9th and 7th Circuits.  Proposed amendments to jury instructions.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road • Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012    Page No  8

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

1/9/2012                Slip No. 1014087.00        By: J/cd        Rate: 120.00                    $30.00
                                                                   Hrs: 0.25

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with downloading D.E 421 Washington Shoe Co. Motion in Limine
which was sent to Mr. Olemberg via email.  Updated records and files with information regarding same.

---

1/9/2012                Slip No. 1014088.00        By: J/cd        Rate: 350.00                    $525.00
                                                                   Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing D.E 421 Washington Shoe Co. Motion in Limine along
with its exhibits which was filed on January 9, 2012, with the United States District Court Southern
District of Florida in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 1/24/2012    Page No  9

Bill No. **1013806**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 1/10/2012 | Slip No. 1014107.00 | By: J/cd | Rate: 350.00 | $1050.00 |
|---|---|---|---|---|
| | | | Hrs: 3.00 | |

Dkt No. **320013**

Our file No. **320013 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

Reviewing Acosta's spreadsheets, drawing conclusions for timeline for justification of Olem's sales and shipments of goods.  Reviewed invoices to Olem's customers, including those deliver to WSC. Proposed Powerpoint presentation to facilitate jurors' understanding of Olem's figures.

US
CRR
NPP

---

| 1/10/2012 | Slip No. 1014114.00 | By: J/js | Rate: 350.00 | $350.00 |
|---|---|---|---|---|
| | | | Hrs: 1.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.
Your Reference:  N/A
For legal services rendered relating to the above referenced matter including reviewing Olem's jury instructions and WSC's proposed jury instructions. Confernce with R. Bouvatte, co-counsel. Research 7th Circuit jury instructions.

CR
NPP
US

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| | |
|---|---|
| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 1/24/2012   Page No  10<br>Bill No. **1013806**<br>Acct.  **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe**<br>**Co.** |

---

**1/10/2012**          Slip No. 1014115.00          By: J/js          Rate: 350.00          $525.00
                                                                      Hrs: 1.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

For legal services rendered relating to the above referenced matter including reviewing Karl's deposition transcript to derive excerpts relating to WSC's profits with the Target business arrangement. Calculation of a reasonable royalty. Reviewed WSC's memorandum on damages.

---

**1/10/2012**          Slip No. 1014120.00          By: J/js          Rate: 350.00          $875.00
                                                                      Hrs: 2.50

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  \*\*\*  U.S.A.

For legal services rendered relating to the above referenced matter including reviewing several emails in connection with objections to Olem's proposed jury instructions, proposed stipulations to waive subpoenas, and confidentiality protective order.  Reviewed provisions in patterned in interrogatories. Went over motion to compel discovery on damages and WSC''s responses in preparation for Jauanry 11, 2012 hearing.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012   Page No   11

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/11/2012 | Slip No. 1014128.00 | By: J/cd | Rate: 350.00 | $2800.00 |
|---|---|---|---|---|
| | | | Hrs: 8.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection time spent on January 10, 2012, computing potential pricing differences in Washington Shoe Companies invoices.  Updating records and discussing same with co counsel.

---

| 1/11/2012 | Slip No. 1014130.00 | By: J/cd | Rate: 120.00 | $600.00 |
|---|---|---|---|---|
| | | | Hrs: 5.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with preparing documents On Tuesday, January 10, 2012 and files for today's calendar call and today's settlement conference.

# Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 1/24/2012   Page No   12

Bill No. **1013806**

Acct.   **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

| 1/11/2012 | Slip No. 1014131.00 | By: J/cd | Rate: 120.00 | $780.00 |
|---|---|---|---|---|
| | | | Hrs: 6.50 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with gathering and printing exhibits.  Gathering tabbing and placing files in order for trial next week.  Reviewing exhibits to be used at trial and the proposed jury Instructions.

*NPD
US
CRR*

| 1/11/2012 | Slip No. 1014133.00 | By: J/cd | Rate: 350.00 | $227.50 |
|---|---|---|---|---|
| | | | Hrs: 0.65 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with processing and reviewing D.E. 424 and 424-1 PLAINTIFF/COUNTER-DEFENDANT, OLEM SHOE CORP.'S MOTION FOR SANCTIONS FOR VIOLATION OF FED.R.CIV.P. 26(A)(1)(a),OR IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE NEW EVIDENCE CONCERNING WASHINGTON SHOE'S ACTUAL DAMAGES which was filed yesterday, January 10, 2012,  with the United States District Court Southern District of Florida in connection with the above referenced matter.

*NPD
US
CRR*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

# INVOICE

Bill Date: 1/24/2012   Page No   13

Bill No. **1013806**

Acct. **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

| 1/11/2012 | Slip No. 1014134.00 | By: J/cd | Rate: 350.00 Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with processing and digesting D.E. 426 and 426-1 NOTICE OF FILING JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS which was filed yesterday, January 10, 2012, with the United States District Court Southern District of Florida in connection with the above referenced matter.

*NPP*
*CRR*
*US*

---

*NPP*

| 1/11/2012 | Slip No. 1014135.00 | By: J/cd | Rate: 350.00 Hrs: 0.35 | $122.50 |

*CRR*

*US*   Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting D.E. 427 NOTICE OF SCRIVENER'S ERROR AND CORRECTION THEREOF which was filed yesterday, January 10, 2012, with the United States District Court Southern District of Florida in connection with the above referenced matter.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012    Page No  14

Bill No. **1013806**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

| 1/12/2012 | Slip No. 1014138.00 | By: J/cd | Rate: 350.00 | $3150.00 |
|---|---|---|---|---|
| | | | Hrs: 9.00 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with attending the calendar call before Judge Paul C Huck in connection with the above referenced matter.  Then attending a settlement conference before Judge Turnoff.  These events occurred on Wednesday, January 11, 2012.

US
NPP
CRR

---

| 1/12/2012 | Slip No. 1014156.00 | By: J/cd | Rate: 350.00 | $1750.00 |
|---|---|---|---|---|
| | | | Hrs: 5.00 | |

NPP
US

CRR

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with attending the continued hearing before Magistrate Judge William C. Turnoff.  Updating records regarding same.

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

---

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

### INVOICE

Bill Date: 1/24/2012   Page No   15

Bill No. **1013806**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe Co.**

---

| 1/12/2012 | Slip No. 1014157.00 | By: J/cd | Rate: 350.00 | $227.50 |
|---|---|---|---|---|
| | | | Hrs: 0.65 | |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting RESPONSE in Opposition to DE 424 MOTION for Sanctions MOTION in Limine filed by Washington Shoe Corporation as well as Exhibit 1 - Olem Shoe's Initial Disclosures. Sending a copy of same to Olem Shoe.

*NPP*
*CRR*
*US*

---

| 1/12/2012 | Slip No. 1014158.00 | By: J/cd | Rate: 350.00 | $210.00 |
|---|---|---|---|---|
| | | | Hrs: 0.60 | |

*NPP*
*CRR*
*US*

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing Joint MOTION to Bring Electronic Equipment into the courtroom by Washington Shoe Corporation (Attachments: # (1) Text of Proposed Order on motion for permission to bring electronic equipment).  Sending a copy of same to Olem Shoe Corp.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

# INVOICE

Bill Date: 1/24/2012   Page No   16

Bill No. **1013806**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

| 1/12/2012 | Slip No. 1014159.00 | By: J/cd | Rate: 350.00 Hrs: 0.50 | $175.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with reviewing and digesting NOTICE by Washington Shoe Corporation(a Washington corporation) of Filing Amended Joint Proposed Jury Instructions and Verdict Forms (Attachments: # (1) Exhibit Amended Joint Proposed Jury Instructions).  Sending copy of same to client.

*NPP*
*US*
*CRR*

| 1/13/2012 | Slip No. 1014163.00 | By: J/cd | Rate: 350.00 Hrs: 6.00 | $2100.00 |

*NPP*

Dkt No. **290350**

*CRR*
*US*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with preparation for trial.  Reviewing and discussing the trial exhibits with Mr. Burstein and Mr. Robert Douvatte.  Updating records and making annotations to the file.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

| Olem Shoe Corp.<br>Mr. Julio Acosta<br>800 N.W. 21 Street<br>Miami FL 33127 | **INVOICE**<br>Bill Date: 1/24/2012   Page No   17<br>Bill No. **1013806**<br>Acct. **Olem Shoe Corp.**<br>**/Litigation/Washington Shoe Co.** |
|---|---|

| 1/16/2012 | Slip No. 1014174.00 | By: J/cd | Rate: 350.00<br>Hrs: 10.00 | $3500.00 |
|---|---|---|---|---|

Dkt No. **290350**

NAP
US
CRR
BB

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Research at UM Law Library on damages and lost profits in connection with the above referenced matter.  Preparing for Trial at Mr. Burstein's office.

| US<br>NAP | 1/17/2012 | Slip No. 1014191.00 | By: J/cd | Rate: 350.00<br>Hrs: 7.00 | $2450.00 |
|---|---|---|---|---|---|

Dkt No. **290350**

CRR
BB

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with travel time and time spent On Monday, January 16, 2012 reviewing exhibits and pretrial stipulations at Mr. Bernardo Burstein's office in connection with our trial set for Tuesday, January 17, 2012.

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012   Page No   18

Bill No. **1013806**

Acct.  **Olem Shoe Corp.**
**/Litigation/Washington Shoe**
**Co.**

---

1/17/2012 | Slip No. 1014192.00 | By: J/cd | Rate: 350.00 | $2800.00
| | | Hrs: 8.00 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with time spent on the evening of January 16, 2012, reviewing and collating exhibits, cease an desist letters and their responses, cross examination documents and sales of WSC to be used during our trial set for Tuesday, January 17, 2012.

*NPP*
*US*
*CRR*
*DUP*

---

1/17/2012 | Slip No. 1014193.00 | By: J/cd | Rate: 120.00 | $420.00
| | | Hrs: 3.50 |

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our paralegal services in connection with time spent assisting Mr. Sanchelima on the evening of January 16, 2012, reviewing and collating exhibits, cease an desist letters and their responses, cross examination documents and sales of WSC to be used during our trial set for Tuesday, January 17, 2012.

*NPD*
*US*
*CRR*

**Sanchelima & Associates, P.A.**
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

**INVOICE**

Bill Date: 1/24/2012   Page No   19

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

1/17/2012          Slip No. 1014194.00          By: J/cd          Rate:   Hrs:          $17.54

Dkt No. **290350**

*NPP*
*US*
*CRR*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

EXPENSE SLIP:  Multiple sets of copies made for this weeks trial at Kinkos.

---

*NPP*
*US*
*CRR*  1/17/2012          Slip No. 1014195.00          By: J/cd          Rate: 350.00          $3500.00
                                                                        Hrs: 10.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** *** U.S.A.

Our legal services in connection with one full day spent at trial in connection with the above referenced
matter. Additional research conducted at UM Library.

---

# Sanchelima & Associates, P.A.
## Attorneys at Law

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

## INVOICE

Bill Date: 1/24/2012   Page No   20

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**1/18/2012**        Slip No. 1014197.00        By: J/cd        Rate: 350.00                    $3500.00
                                                                Hrs: 10.00

Dkt No. **290350**

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** **\*\*\*** U.S.A.

Our legal services in connection with attending trial on Tuesday, January 18, 2012 in connection with
the above referenced matter.

*NPP*
*CRR*
*US*

---

**1/14/2012**        Slip No. 1014230.00        By: J/cd        Rate: 350.00                    $2800.00
                                                                Hrs: 8.00

Dkt No. **290350**

*NPP*  Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)** **\*\*\*** U.S.A.

*CRR*  Working with all Pre-Trial exhibits, organizing files and preparing Julio Acosta for Trial.

*US*

## Sanchelima & Associates, P.A.
**Attorneys at Law**

**Patents, Trademarks & Copyrights**
235 S.W Le Jeune Road · Miami, Florida 33134-1762

J. Sanchelima, Reg. Patent Attorney

Tel: 305-447-1617
Fax: 305-445-8484
www.sanchelima.com

Olem Shoe Corp.
Mr. Julio Acosta
800 N.W. 21 Street
Miami FL 33127

# INVOICE

Bill Date: 1/24/2012  Page No  21

Bill No. **1013806**

Acct.  **Olem Shoe Corp.
/Litigation/Washington Shoe
Co.**

---

**1/15/2012**          Slip No. 1014231.00       By: J/cd        Rate: 350.00                    $2800.00
                                                                 Hrs: 8.00

Dkt No. **290350**

*NPP*
*CRR*

Our file No. **290350 v. Washington Shoe Co. (Ditsy Dot)**  ***  U.S.A.

*US*

Thorough research on jury instructions, Seventh Circuit pattern instructions versus Ninth Circuit.
Making annotations regarding same.

---

**Invoice Total:**      **$45638.02**